IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
DYSON TECHNOLOGY LIMITED           :
and DYSON, INC.,                   :
                Plaintiffs,       :    Civil Action No. 05-_____
                                  :
     v.                          :
                                  :    **JURY TRIAL DEMANDED**
MAYTAG CORPORATION,                :
                                  :
                Defendant.        :
------------------------------------------------------------x

**PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT**

The parent corporation of plaintiff Dyson Technology Limited is Dyson James Limited.  The parent corporation of plaintiff Dyson, Inc. is Dyson Technology Inc.  No publicly-held corporation, directly or indirectly, owns 10% or more of the stock of Dyson Technology Limited or Dyson, Inc.

/s/ John W. Shaw
_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
YOUNG CONAWAY
  STARGATT & TAYLOR LLP
1000 West Street
Wilmington, Delaware 19899-0391
(302) 571-6600

David B. Tulchin
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Plaintiffs*
  *Dyson Technology Limited and Dyson, Inc.*

Dated: June 27, 2005