

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

**Francis DiGiovanni**
Partner
TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

July 15, 2005

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

      Re:   *Dyson Technology Limited et al. v. Maytag Corporation*,
              Civil Action No. 05-434-GMS

Dear Judge Sleet:

      The parties have filed, contemporaneously herewith, a stipulation and proposed order extending the time by which defendant must move, answer, or otherwise plead in response to the complaint. The proposed extension is for two weeks, which, if granted, would move the due date from July 18, 2005, to August 1, 2005.

      Defendant respectfully submits that good cause exists for this extension due to a death in the immediate family of defendant's in-house patent counsel, resulting in in-house patent counsel's absence from his office from a time before the filing of the Complaint until late this week. Defendant further states that the absence of in-house patent counsel from his office has inhibited counsel's ability to engage in an appropriate investigation before responding to the Complaint.

                                           Respectfully submitted,

                                           Francis DiGiovanni

FD:dhd
cc: Clerk of the Court (by electronic filing)
John W. Shaw, Esquire (by electronic filing and e-mail)
David B. Tulchin, Esquire (by e-mail)
406604_1