IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434-GMS |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

### PLAINTIFFS' MOTION FOR AN EARLY PRELIMINARY INJUNCTION HEARING DATE AND EXPEDITED DISCOVERY

Plaintiffs Dyson Technology Limited and Dyson, Inc. (collectively, "Dyson") hereby move pursuant to Federal Rules of Civil Procedure 16 and 26 for an early preliminary injunction hearing date and expedited discovery. The grounds for this motion are fully set forth in Dyson's opening brief in support of its motion, filed herewith.

WHEREFOR plaintiffs Dyson Technology Limited and Dyson, Inc. respectfully request that the Court enter the attached order setting a briefing schedule on their preliminary injunction motion, scheduling an evidentiary hearing on plaintiffs'

preliminary injunction motion, and permitting the parties to conduct immediate and expedited discovery on issues relevant thereto.

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
C. Barr Flinn (No. 4092)
bflinn@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

Attorneys for Plaintiffs

OF COUNSEL

David B. Tulchin
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

Dated: July 19, 2005