IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-434-GMS |
| v. | )<br>) | |
| MAYTAG CORPORATION, | )<br>)<br>) | |
| Defendant. | )<br>) | |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, John W. Shaw, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for Plaintiffs has made a reasonable effort to reach agreement with counsel for Defendant on the matters set forth in the foregoing motion.

*/s/ John W. Shaw*
John W. Shaw (No.3362)

Dated: July 19, 2005