IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-434-GMS |
| v. | )<br>) | |
| MAYTAG CORPORATION, | )<br>) | |
| Defendant. | )<br>) | |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2005, having considered Plaintiffs' Motion for an Early Preliminary Injunction Hearing Date and Expedited Discovery, and the parties' arguments and papers thereon, IT IS HEREBY ORDERED that the motion is granted as follows:

1. Plaintiffs' preliminary injunction motion, opening brief, and supporting papers, if any, shall be filed on or before July 29, 2005.

2. Defendant's answering brief and supporting papers, if any, opposing plaintiffs' preliminary injunction motion shall be filed and served on or before August 24, 2005.

3. Plaintiffs' reply brief and any supporting papers, if any, shall be filed on or before September 9, 2005.

4. The Court shall hold an evidentiary hearing on plaintiffs' preliminary injunction motion beginning at _____ _.m. on _____, 2005.

5. The parties may commence discovery related to plaintiffs' preliminary injunction motion immediately, subject to the following restrictions:

Case 1:05-cv-00434-GMS    Document 6-3    Filed 07/19/2005    Page 2 of 2

-2-

  a. The time for responding to requests for the production of documents shall be fifteen (15) days;

  b. Each side shall be limited to four depositions; and

  c. All discovery on plaintiffs' preliminary injunction motion shall be completed by September 16, 2005.

_____<br>
United States District Judge

-2-

DB01:1744671.1                  063753.1001