## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on July 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Francis DiGiovanni (#3189)
>   CONNOLLY BOVE LODGE & HUTZ LLP
>   The Nemours Building – 8th Floor
>   1007 N. Orange Street
>   Wilmington, Delaware 19801

I further certify that on July 19, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

>   YOUNG CONAWAY STARGATT
>   & TAYLOR, LLP
>
>   /s/ C. Barr Flinn
>   _____
>   C. Barr Flinn (No. 4092)
>   John W. Shaw (No. 3362)
>   Glenn C. Mandalas (No. 4432)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   gmandalas@ycst.com
>
>   *Attorneys for Defendants*