IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF DAVID B. TULCHIN, JAMES T. WILLIAMS,
KEITH MCKENNA, AND RICHARD C. PEPPERMAN**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David B. Tulchin, James T. Williams, Keith McKenna, and Richard C. Pepperman to represent Dyson Technology Limited and Dyson, Inc. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: July 19, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of David B. Tulchin, James T. Williams, Keith McKenna, and Richard C. Pepperman is granted.

Date: _____, 2005

_____
United States District Judge