## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, David B. Tulchin, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and of the other jurisdictions reflected on Attachment A, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

David B. Tulchin
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Dated: June 29, 2005

Attachment A

David B. Tulchin -- Bar Admissions

| Court | Date of Admission |
|---|---|
| New York, 2nd Department | 04/24/74 |
| U.S. Supreme Court | 06/27/77 |
| U.S. Court of Appeals for the First Circuit | 11/07/84 |
| U.S. Court of Appeals for the Second Circuit | 07/09/75 |
| U.S. Court of Appeals for the Third Circuit | 11/09/88 |
| U.S. Court of Appeals for the Fourth Circuit | 06/10/88 |
| U.S. Court of Appeals for the Fifth Circuit | 05/23/78 |
| U.S. Court of Appeals for the Sixth Circuit | 03/08/84 |
| U.S. Court of Appeals for the Seventh Circuit | 02/06/91 |
| U.S. Court of Appeals for the Federal Circuit | 05/25/88 |
| U.S. District Court for the S.D.N.Y. | 01/28/75 |
| U.S. District Court for the E.D.N.Y. | 02/14/75 |
| U.S. District Court for the N.D. Ohio | 11/26/84 |
| U.S. District Court for the W.D.N.Y | 07/17/96 |
| U.S. District Court for the District of Colorado | 10/23/98 |
| U.S. District Court for the Eastern District of Arkansas | 11/15/04 |
| U.S. District Court for the Western District of Arkansas | 11/15/04 |