IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>    Plaintiffs,<br><br>  v.<br><br>MAYTAG CORPORATION,<br><br>    Defendant. | C.A. No. 05-434 |

**CERTIFICATION OF KEITH MCKENNA
IN SUPPORT OF MOTION TO BE ADMITTED
*PRO HAC VICE***

  Pursuant to Local Rule 83.5, I, Keith McKenna, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

              /s/ Keith McKenna
              Keith McKenna

              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York 10004
              (212) 558-4000

Dated: July 1, 2005