IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br><br>                 Plaintiffs,<br>     v.<br><br>MAYTAG CORPORATION,<br><br>                 Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-434-GMS |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Defendant Maytag Corporation shall file and serve any answering brief opposing plaintiffs' Motion for an Early Preliminary Injunction Hearing Date and Expedited Discovery (D.I. 6) on or before Wednesday, July 27, 2005.

2. Plaintiffs shall file their reply brief in support of their Motion for an Early Preliminary Injunction Hearing Date and Expedited Discovery, if required, on or before Friday, July 29, 2005.

| | |
|---|---|
| YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLP<br><br>/s/ John W. Shaw<br>_____<br>John W. Shaw (No. 3362)<br>jshaw@ycst.com<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571-6600<br>Attorneys for Plaintiffs | CONNOLLY BOVE LODGE &<br>   HUTZ LLP<br><br>/s/<br>_____<br>Francis DiGiovanni (No. 3189)<br>fdigiovanni@cblh.com<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302) 658-5614<br>Attorney for Defendant |

So Ordered this ___ day of July, 2005

_____
United States District Judge