IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-434-GMS |
| v. | )<br>) | |
| MAYTAG CORPORATION, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs Dyson Technology Limited and Dyson, Inc. (collectively, "Dyson") hereby move pursuant to Federal Rule of Civil Procedure 65(a) for an Order enjoining defendant Maytag Corporation, pending the final hearing and determination of this action, from making, using, selling, offering to sell and/or importing the Hoover Fusion vacuum cleaner in the United States, and for such other and further relief as this Court deems just and proper. The grounds for this motion are fully set forth in the following documents, filed herewith: (1) Plaintiffs' Opening Brief in Support of Their Motion for a Preliminary Injunction; (2) Affidavit of James Dyson, sworn to July 22, 2005; (3) Affidavit of Jeffrey Hyman, sworn to July 22, 2005; and (4) Affidavit of Gareth Evan Lyn Jones, sworn to July 25, 2005.

-2-

WHEREFORE Dyson respectfully requests that the Court enter the attached order granting this motion for a preliminary injunction.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ C. Barr Flinn*

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
jshaw@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Plaintiffs

OF COUNSEL

David B. Tulchin
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

July 29, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) |
| Plaintiffs, v. | ) ) ) |
| MAYTAG CORPORATION, | ) ) ) |
| Defendant. | ) ) |

C.A. No. 05-434-GMS

### [PROPOSED] ORDER

At Wilmington this ____ day of _____, 2005, having considered Plaintiffs' Motion for a Preliminary Injunction, and the parties' arguments and papers thereon, IT IS HEREBY ORDERED that the motion is granted as follows:

Maytag Corporation, its officers, directors, employees, agents, and affiliates, and all other persons who receive actual notice of this order by personal service or otherwise and who are acting in concert or participation with Maytag Corporation and its officers, directors, employees, agents, and affiliates, are enjoined, pending the final hearing and determination of this action, from making, using, selling, offering to sell and/or importing the Hoover "Fusion" vacuum cleaner in the United States.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on July 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on July 29, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> BY FEDERAL EXPRESS
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ GCM

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*