## Exhibit 10 – Photograph showing the cone-shaped inner cyclone of the Hoover Fusion



## Exhibit 11 – Diagram illustrating air path between the container outlet and the air inlet of the inner cyclone of the Hoover Fusion



Note – schematic only, not drawn to scale

## Exhibit 12 – Photographs of the inner cyclone of the Hoover Fusion



Note – inner cyclone is shown upside down from orientation in the machine

## Exhibit 13 – Photograph of the inner cyclone of the Hoover Fusion



Note - Arrows show tangential nature of air entering the inner cyclone

## Exhibit 14 – Photograph of air outlet from inner cyclone of the Hoover Fusion



Air outlet from the inner cyclone

## Exhibit 15 – Photograph of the dirt collection chamber on the Hoover Fusion



Note - Dirt collection chamber (shown removed from the cone assembly for clarity)

# Exhibit 16 – Extract from Hoover Fusion Owner's Manual showing the location of the dirt receiving and collecting chamber





Dirt receiving and collecting chamber

## Exhibit 17 – Extract from Hoover Fusion Owner's Manual showing open container base and receiving chamber to facilitate emptying of dirt

Dirt receiving and collecting chamber is open to bottom to facilitate the emptying of dirt





**How to empty**
Disconnect cleaner from electrical outlet. Do not use the cleaner without dirt cup or filters in place.
Press dirt cup release button (B) and pivot cup out.

Holding dirt cup over trash receptacle, press dirt cup door release button (C) to open dirt cup door (D).

Press dirt cup door release button to latch dirt cup door closed.

Place bottom of dirt cup in first. Pivot cup into cleaner body.



Press on dirt cup release button while firmly pressing on dirt cup. Release button in order for it to return to proper position and lock the dirt cup into place.

**Cleaning filters**
**Cyclonic filter assembly**
**How to clean**
Disconnect cleaner from electrical outlet. Do not use cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.
Twist filter assembly (A) counterclockwise. Remove assembly from dirt cup.



Dirt and debris can be cleaned from the filter assembly by brushing with the cleaner's combination tool.

Place the filter assembly on the dirt cup, aligning tabs (A) on either side of filter with slots on dirt cup (B) and twist it clockwise to secure into position.

Replace dirt cup as described in Figs. 3-4 & 3-5.