> **Review this manual before operating cleaner**

# Thank you for choosing a HOOVER® product

Please enter the COMPLETE model and serial numbers in the spaces provided.

Model_____

Serial number_____

Hint: Attach your sales receipt to this owner's manual. Verification of date of purchase may be required for warranty service of your HOOVER product.

Be sure to fill out and return the product registration card included with your cleaner (see back cover).



SERIAL NUMBER

# Contents

Assembling Cleaner ............................3
Carton Contents..................................3
Cleaner Descriptions...........................4
How To Use ......................................4-6
  Cleaning Tools ...............................6
If You Have a Problem ......................10
Important Safeguards ..........................2
Lubrication ..........................................9
Maintenance ....................................6-10
  Authorized Service..........................10
  Cleaning Filters ...........................7-8
  Clearing Blockages ........................11
  Emptying Dirt Cup..........................6-7
  Replacing Agitator Brush Roll ........9
  Replacing Belt ..............................8-9
  Replacing Headlight.........................8
Thermal Protector .............................10
Warranty ............................................12

c(UL)us
LISTED

© 2005 The Hoover Company
www.hoover.com

# Important Safeguards!

When using an electrical appliance, always follow basic precautions, including the following:

**READ ALL INSTRUCTIONS BEFORE USING THIS APPLIANCE**

**WARNING:** To reduce the risk of fire, electric shock, or injury:

- Do not use outdoors or on wet surfaces.
- Close supervision is necessary when any appliance is used by or near children. Do not allow vacuum cleaner to be used as a toy or to run unattended at any time.
- Keep hair, loose clothing, fingers, feet and all parts of body away from openings, rotating agitator and other moving parts. Do not operate cleaner in bare feet or when wearing open toe shoes or sandals.
- Do not pick up anything that is burning or smoking, such as cigarettes, matches, or hot ashes.
- Do not use to pick up flammable or combustible materials such as gasoline or fine wood sandings or use in areas where they may be present.
- Avoid picking up hard, sharp objects with the cleaner. They may damage the cleaner.
- Always turn off this appliance before connecting or disconnecting hose.
- Do not use without dirt cup or filters in place. Empty cup and clean filter frequently when picking up very fine materials such as powder.
- Use extra care when cleaning on stairs.
- Do not put any object into openings. Do not use with any opening blocked; keep free of dust, lint, hair, or anything that may reduce air flow.
- Do not pull or carry by cord, use cord as a handle, close door on cord or pull cord around sharp edges or corners. Do not run appliance over cord. Keep cord away from heated surfaces.
- Always disconnect cord from electrical outlet before servicing the cleaner.
- Unplug cleaner when not in use. Turn off all controls before unplugging.
- Do not unplug by pulling on cord. To unplug, grasp the plug, not the cord. Never handle plug or appliance with wet hands.
- The use of an extension cord is not recommended.
- Do not use with damaged cord or plug. If appliance is not working as it should, has been dropped, damaged, left outdoors, or dropped into water, take it to a Hoover Sales and Service Center or Authorized Hoover Warranty Service Dealer (Depot).
- Use vacuum cleaner only for its intended use as described in the instructions. Use only attachments recommended by The Hoover Company; others may cause hazards.

**WARNING:** This product contains chemicals known to the State of California to cause cancer. *Wash hands after handling.*

# Save these instructions!

you need any assistance:
**Visit** our website at **www.hoover.com.** Click on the "Service" button to find the service outlet nearest you  OR
**Call 1-800-944-9200** for an automated referral of authorized service outlet locations (U.S. only) OR **1-330-499-9499** to speak with a representative in our Consumer Response Center.
Please do not return this product to the store.

# 1. Cleaner assembly

## Carton contents



A. Handle section
B. Cleaner body
C. Cleaning tools and wands

Remove all parts from carton and identify each item shown.
Make sure all parts are located before disposing of packing materials.

## Attach handle



Grasp orange tie wrap (A) and pull until the black plug (B) comes out of the handle cavity.
**DO NOT** remove orange tie wrap until step 1-3 is complete.



**Note:** The plug will only fit together one way. If plug is not fitting together, check alignment of ends.
**After the plug ends are fully connected,** the orange tie wrap (A) must be removed.
**Use caution so as NOT TO CUT the black power cord.** Discard the orange tie wrap.

Hold plug (B) with one hand; upper handle (C) with other hand.
Push plug into upper handle, aligning with opposite end of plug and push firmly **until you hear a snap.**
After ends are connected, lightly pull on plug to make sure it is securely attached.



Align the groove (D) on the back of the **upper** handle with the small projection (E) on the back of the handle housing.
**Push upper handle down until you hear a click.**



Press button (F) at handle base and push handle all the way down.

***Continued →*** 3

A125



## Position tools

Place smaller diameter end of wand (A) into bottom of rack. Snap wand into clip at top. Repeat with other wand.

Crevice tool (B) fits into one of the extension wands.

Snap combination tool (C) and powered hand tool (D) into storage areas on back of cleaner as shown.

---

# 2. How to use

## Cleaner description



1. Handle grip
2. ON/OFF switch
3. Telescoping handle
4. Handle release button
5. Carrying handle
6. Dirt cup release button
7. Dirt cup assembly
8. Dirt cup door hinge
9. Stair cleaning handle: located below lower edge of dirt cup.
10. Headlight
11. Nozzle control knob: turn knob to correct setting for height of carpet being cleaned.
12. Furniture guard: helps prevent cleaner from marking furniture.
13. Hose handle
14. Combination tool
15. Powered hand tool
16. Hose
17. Hose/tool holder
18. Wands
19. Crevice tool
20. Cord hooks: wrap cord around hooks for storage. Top hook can be rotated right or left for easy cord release.
21. Handle release pedal: step on lever to lower handle to operating or low positions.

Operate cleaner only at voltage specified on data plate on back of cleaner.

This cleaner is intended for household use.

---

## Polarized plug

To reduce the risk of electric shock, this appliance has a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install the proper outlet. Do not change the plug in any way.

## ON-OFF switch

Plug cord into electrical outlet. To turn cleaner ON, push ON/OFF switch once.

To turn cleaner OFF, push switch again.



## Telescoping handle

For convenience in storing or carrying your cleaner, the handle is designed to retract into the body of the cleaner. Lower the handle by depressing the button (A) located at the handle base and pushing the handle down. Raise the handle by depressing the button and pulling the handle upward, locking it into the desired position.



## Transporting cleaner

To move your cleaner from room to room, put handle in upright position, tilt cleaner back on rear wheels and push forward.

A126

4



## Carrying cleaner

The cleaner can also be moved by using the carrying handle.



## Handle positions

The handle of your cleaner has three positions; **upright** for storage and when using cleaning tools; **operating position** for general operation on carpet and floors; **low** for reaching under low furniture. Step on handle release lever to lower handle.



## Carpet height adjustment

The cleaning of carpet and rugs takes place at the nozzle (A).

When it is necessary to raise and lower the nozzle for various carpet pile heights, place handle in upright position and turn the nozzle control knob (B) to the desired setting. **The nozzle will not move into the adjusted position until the cleaner handle is lowered to the operating position.**



## Settings

For maximum cleaning performance, the following carpet height settings are recommended:

• **Lowest setting:** for all types of carpet.

**Note:** If the cleaner is difficult to push, turn knob to the next higher setting.

• **Higher settings:** for very deep pile carpet, where easier pushing effort is desired, while maintaining good cleaning performance.



## Cleaning lightweight flexible rugs

Stand on one end of rug and move cleaner toward other end or edge. Before reaching edge, push down on handle. This will lift up the nozzle (front of cleaner) as shown and will prevent rug from clinging to cleaner. Continue to lift up nozzle so that when you have reached the edge, it is completely off the rug. Move cleaner back to start again, lower nozzle, and use only forward strokes.



## Stair cleaning

A stair cleaning handle has been designed for ease in using your cleaner on stairs. With handle in operating position, place fingers under edge of stair cleaning handle (A) and guide cleaner with other hand on upper handle.

As an alternative, you may use the hose and power hand tool for stair cleaning. Clean from bottom to top.

When using cleaning tools, the agitator will continue to rotate.

CAUTION: To avoid personal injury or unnecessary wear to carpet, and to prevent the cleaner from falling, always place it at bottom of stairs.

*Continued* → 5

A127

# Cleaning tools

Tools allow for cleaning surfaces above the floor and for reaching hard to clean areas.

The cleaner is ready for tool use when **handle is in upright position**.

CAUTION: The agitator continues to rotate while cleaner handle is in upright position. Avoid tipping cleaner or setting it on furniture, fringed area rugs or carpeted stairs during tool use.

## How to clean tools

To clean the hose, wipe off dirt with a cloth dampened in a mild detergent. Rinse with a damp cloth.

Cleaning tools may be washed in warm water with a detergent. Rinse and air dry before using.



## Removing hose

When using cleaning tools, **cleaner handle should be in the upright position**. Also, **turn cleaner OFF before disconnecting and connecting hose to hose tube (A)**.

To use hose, lift hose end (B) as shown. Check to be sure the hose tube cover (C) is closed over the hose tube.

When you are finished cleaning with the tools, lift cover from hose tube and reposition hose end into tube.



## Select proper tool

D. Combination tool use with brush for carved furniture, table tops, books, lamps, lighting fixtures, venetian blinds, baseboards, shutters, and registers.
Remove brush to clean upholstered furniture, draperies, mattresses, clothing, and carpeted stairs.
E. Powered hand tool may be used for upholstered furniture, draperies, mattresses, clothing, automobile interiors, and carpeted stairs.

F. Crevice tool may be used in tight spaces, corners and along edges in such places as dresser drawers, upholstered furniture, stairs and baseboards.

G. Wands are used to give extra length to your hose. Use them with any of the above tools.



## Attach wand and tools

Attach tool or wand to the hose (H).

Attach tool to wand (I) by pushing it firmly onto the wand.

Twist wand or tool slightly to tighten or loosen the connection.



## Combination tool

Slide brush to remove.

To replace brushes, align bottom of brush with grooves (J) on tool. Slide brush into place.

# 3. Maintenance

Familiarize yourself with these home maintenance tasks as proper use and care of your cleaner will ensure continued cleaning effectiveness.



## Dirt cup

### When to empty

It is recommended that the dirt cup be emptied before the dirt reaches the fill line (A), or after every use if preferred.

CAUTION: Very fine materials, such as face powder or corn-starch, may seal the filter and cause loss of suction. When using the cleaner for this type of dust, empty the cup and clean the filters often.

A128







## How to empty

Disconnect cleaner from electrical outlet. Do not use the cleaner without dirt cup or filters in place.

Press dirt cup release button (B) and pivot cup out.

Holding dirt cup over trash receptacle, press dirt cup door release button (C) to open dirt cup door (D).

Press dirt cup door release button to latch dirt cup door closed.

Place bottom of dirt cup in first. Pivot cup into cleaner body.



Press on dirt cup release button while firmly pressing on dirt cup.

Release button in order for it to return to proper position and lock the dirt cup into place.

## Cleaning filters

### Cyclonic filter assembly
#### How to clean

Disconnect cleaner from electrical outlet. Do not use cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Twist filter assembly (A) counter-clockwise. Remove assembly from dirt cup.



Dirt and debris can be cleaned from the filter assembly by brushing with the cleaner's combination tool.

Place the filter assembly on the dirt cup, aligning tabs (A) on either side of filter with slots on dirt cup (B) and twist it clockwise to secure into position.

Replace dirt cup as described in Figs. 3-4 & 3-5.

## Secondary filter
### How to clean

Disconnect cleaner from electrical outlet. Do not operate cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Pull down on latch (A) located at the top of the dirt cup cavity to remove gray filter frame. Remove black foam filter (B) from frame. Hand wash in cold water with a mild detergent.

Let filter air dry and replace it into filter frame.

Reposition filter frame by inserting tabs (C) into slots (D) on back of dirt cup cavity. Rotate filter frame up toward top of dirt cup cavity and snap closed.

*Continued* → 7

## Final filter
### How to clean

Disconnect cleaner from electrical outlet. Do not operate cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Pull filter frame (A) straight out from bottom of dirt cup cavity. Remove filter (B) from frame.

Hand wash in cold water with a mild detergent.

Let filter air dry and replace it on filter frame.

Reposition filter frame in bottom of dirt cup cavity.

### What to buy

When purchasing new filters, ask for **HOOVER part No. 93001633 Filter pack**, which includes (1) primary filter, part No. 93001723 and (1) final filter, part No. 93001726.

## Headlight replacement
### What to buy

This cleaner uses a 13 volt, T-3 114 wedge base bulb, **Hoover part No. 27313107**.



### Removing lens

Disconnect cleaner from electrical outlet.

Press handle release pedal and place handle in low position.

Using a Phillips screwdriver, remove the the screw as shown and lift off lens.



### Installing bulb

Pull old bulb straight out of socket. Push new bulb straight into socket until locked in place.

**Excessive force is not required.**



### Replacing lens

Reposition lens and secure with the screw.

## Belt replacement

The belt on your Hoover cleaner causes the agitator to rotate and is important for the effective operation of the cleaner. The belt is located under the hood of the cleaner and should be checked from time to time to be sure it is in good condition.

### When to replace

Disconnect cleaner from electrical outlet.

To check belt, remove hood as shown in Fig. 3-13. Replace belt if it is stretched, cut or broken.

### What to buy

To assure effective operation, use only genuine HOOVER belts with your cleaner. When purchasing a new belt, ask for **HOOVER part No. 38528040** (belt package part No. 40201190).



### How to replace

Disconnect cleaner from electrical outlet.

### Removing hood

Press handle release pedal and place handle in low position.

Using a coin, turn the two slots (A) on either side of the hood as shown.

A130



Rotate hood toward front of cleaner and remove the hood.



**Removing agitator brush roll**
Remove agitator brush roll and used belt.
Discard used belt.



**Installing new belt**
With lettering on outside of belt, slide new belt over motor pulley (B).



**Replacing agitator brush roll**
Insert agitator through belt and place belt in belt guide (C) on agitator.



**Securing agitator**
Grasp agitator firmly and fit it into position by first sliding end opposite the belt into the rectangular slot (D) on side of cleaner.
Pull other side of agitator (E) into place.
Turn agitator making sure belt turns freely and is not pinched between agitator and bottom of cleaner.



**Replacing hood**
Align tabs (F) on hood with slots (G) on base of cleaner. Pivot hood into position.
Secure hood into position by turning the coin slots (Fig. 3-13).

## The agitator brush roll
### When to replace
When agitator brushes are worn, the agitator should be replaced.
To check condition of brushes, **disconnect cleaner from electrical outlet.**



Move edge of a card across bottom plate while turning agitator. To maintain cleaning effectiveness, replace agitator if brushes do not touch card.

### What to buy
When purchasing a new agitator, ask for **HOOVER** part No. 48414113.
### How to replace
**Disconnect cleaner from electrical outlet.**
Remove hood, belt and agitator following directions in "The belt" section beginning with Fig. 3-13.
Discard old agitator.
Continue following the directions in "The belt" section to reposition belt, new agitator and hood.

## Lubrication
The motor is equipped with bearings that contain sufficient lubrication for the life of the motor. The addition of lubricant could cause damage. **Therefore, do not add lubricant to motor bearings.**

*Continued* ➡ 9

## Thermal protector

An internal thermal protector has been designed into your cleaner to protect it from overheating.

**When the thermal protector activates, the cleaner will stop running.** If this happens, proceed as follows:

1. **Turn the cleaner OFF and disconnect it from the electrical outlet.**

2. Check secondary and final filters for dirt accumulation.

3. Refer to "Clearing blockages" section.

4. **When cleaner is unplugged and the motor cools for 30 minutes,** the thermal protector automatically resets and cleaning may continue.

If the thermal protector continues to activate after following the above steps, your cleaner may need servicing (see "Service" section).

## Service

To obtain approved HOOVER service and genuine HOOVER parts, locate the nearest **Hoover Sales and Service Center or Authorized Hoover Warranty Service Dealer (Depot)** by:

• checking the Yellow Pages under "Vacuum Cleaners - Household" OR -

• checking the list of Sales and Service Centers provided with this cleaner  OR -

• checking the Service section of The Hoover Company on-line at **www.hoover.com**  OR -

• calling 1-800-944-9200 for an automated referral of authorized service outlet locations (U.S. only).

**Do not** send your cleaner to The Hoover Company in North Canton for service, this will only result in delay.

If further assistance is needed, contact The Hoover Consumer Response Center, Phone: 1-330-499-9499.

In Canada, contact Hoover Canada, Burlington, Ontario L7R 4A8, Phone:  1-800-263-6376.

Always identify your cleaner by the **complete** model number when requesting information or ordering parts. (The model number appears on the back of the cleaner.)

# 4. If you have a problem

If a minor problem occurs, it usually can be solved quite easily when the cause is found by using the checklist below.

## Problem:  Cleaner won't run

**Possible Cause**
*Possible Solution*
• **Not firmly plugged in**
• *Plug unit in firmly*
• **No voltage in wall receptacle**
• *Check fuse or breaker*
• **Blown fuse or tripped breaker**
• *Replace fuse or reset breaker*
• **Thermal protector activated**
• *Unplug cleaner and allow cleaner to cool for 30 minutes (this will reset the thermal protector)*

## Problem:  Cleaner/tools won't pick up

**Possible Cause**
*Possible Solution*
• **Broken or worn belt**
• *Replace belt*
• **Agitator brush roll worn**
• *Replace brush roll*
• **Dirt cup full**
• *Empty dirt cup*
• **Incorrect carpet height setting**
• *Move nozzle control knob to lower setting*
• **Blockage in air flow passages**
• *Clear blockage*

## Problem:  Cleaner hard to push

**Possible Cause**
*Possible Solution*
• **Incorrect carpet height setting**
• *Move carpet height control to a higher setting*

## Problem:  Smoky/burning smell detected

**Possible Cause**
*Possible Solution*
• **Belt broken or stretched**
• *Replace agitator brush roll belt as described in Figs. 3-13 through 3-19 in the Maintenance section*

A132

# Clearing blockages

Disconnect cleaner from electrical outlet.

Low suction or pick up may be due to a blockage in the system. Refer to the following steps to check for blockages **continuing with each step until the blockage is found:**

1. Check fullness of dirt cup; empty if needed.



**Checking airflow path**

2. Plug cleaner in and turn ON. Check for suction at end of hose (A). If there is suction, continue with step 3.

3. **Turn cleaner OFF and unplug.** Check connection at hose tube (B); remove any blockage.



**Checking airflow path through hose inlet tube on back of cleaner**

4. **Turn cleaner OFF and unplug.**

5. If blockage can be seen in tube (C), remove 5 screws using a Phillips screwdriver.

6. Pull tube from cleaner, remove blockage.

7. Reposition tube on back of cleaner, replace 5 screws.



**Checking under hood**

8. **Turn cleaner OFF and unplug.**

9. Remove hood, belt and agitator (Figs. 3-13 through 3-15).

Look into opening (C) for blockages and remove.

10. Replace belt, agitator and hood.

11

# Full One Year Warranty
## (Domestic Use)

Your HOOVER® appliance is warranted in normal household use, in accordance with the Owner's Manual against original defects in material and workmanship for a period of one full year from date of purchase. This warranty provides, at no cost to you, all labor and parts to place this appliance in correct operating condition during the warranted period. This warranty applies when the appliance is purchased in the United States including its territories and possessions, or in Canada or from a U. S. Military Exchange. Appliances purchased elsewhere are covered by a limited one year warranty which covers the cost of parts only. This warranty does not apply if the appliance is used in a commercial or rental application.

This warranty only applies when the product is in use in the country or territory in which it is purchased.

Warranty service can only be obtained by presenting the appliance to one of the following authorized warranty service outlets. Proof of purchase will be required before service is rendered.

1. Hoover Sales and Service Centers.

2. Hoover Authorized Warranty Service Dealers (Depots).

**For an automated referral of authorized service outlets in the U.S.A., phone 1-800-944-9200 OR**

**visit The Hoover Company on-line at www.hoover.com**

This warranty does not cover pick up, delivery, or house calls; however, if you mail your appliance to a Hoover Sales and Service Center for warranty service, transportation will be paid one way.

While this warranty gives you specific legal rights, you may also have other rights which vary from state to state.

If further assistance is needed, or if there are questions concerning this warranty or the availability of warranty service outlets, phone the Hoover Consumer Response Center, 1-330-499-9499.

In Canada, contact Hoover Canada, Burlington, Ontario L7R 4A8. 1-800-263-6376.

A134

# HOOVER®

## FUSION™

### Sistema de filtración ciclónica

**Manual del propietario**
ESPAÑOL → 13-19

## Índice

Ensamblado de la aspiradora .....................14

Contenido de la caja ..................................14

Descripción de la aspiradora......................14

Cómo usar la aspiradora.......................14-16

Accesorios de limpieza .....................15

Si tiene un problema...................................18

Salvaguardias importantes .......................13

Lubricación .................................................17

Mantenimiento ......................................16-18

Servicio autorizado ............................18

Limpieza de los filtros.........................18

Eliminación de obstrucciones .............18

Vaciado del depósito para polvo .........16

Reemplazo del rodillo de
escobillas del agitador ........................17

Reemplazo de la correa .....................17

Reemplazo de la luz delantera .......16-17

Protector térmico .......................................17

Garantía......................................................19

Este producto ha sido diseñado para ser ensamblado con facilidad (vea la página 14)

**Lea este manual antes de hacer funcionar la aspiradora.**



c (UL) us
LISTED

© 2005 The Hoover Company
www.hoover.com

Gracias por haber elegido un producto HOOVER®
Anote los números COMPLETOS de modelo y serie en los espacios provistos.
Modelo _____
Número de serie _____
Consejo: Adjunte su recibo de compra a este Manual del propietario.
Para obtener el servicio de garantía de su producto HOOVER puede requerirse la verificación de la fecha de compra.

Asegúrese de llenar y devolver la tarjeta adjunta de registro del producto incluida con su aspiradora (vea la contraportada).

# ¡Salvaguardias importantes!

Al usar un aparato eléctrico, observe siempre las precauciones básicas, incluyendo las siguientes:

**LEA TODAS LAS INSTRUCCIONES ANTES DE USAR ESTE APARATO**

## ADVERTENCIA:
Para reducir el riesgo de incendios, choques eléctricos o lesiones:

- No use este aparato en el exterior o en superficies mojadas.
- Es necesaria una supervisión estricta cuando cualquier aparato es utilizado por o cerca de los niños. No permita que la aspiradora sea usada como un juguete ni que funcione sin atención en ningún momento.
- Mantenga el cabello, la ropa holgada, los dedos de las manos y pies y todas las partes del cuerpo alejados de las aberturas, del agitador rotatorio y otras piezas en movimiento. No haga funcionar la aspiradora descalzo ni cuando calce sandalias o zapatos que dejen los dedos de los pies al descubierto.
- No aspire nada que se esté quemando o echando humo, como cigarrillos, cerillos o cenizas calientes.
- No use este aparato para aspirar materiales inflamables o combustibles como gasolina o restos de madera lijada, ni en áreas donde pudieran encontrarse presentes.
- Evite recoger objetos duros o afilados con la aspiradora. Éstos pueden dañar la aspiradora.
- Apague siempre este aparato antes de conectar o desconectar la manguera.
- No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar. Vacíe el depósito y limpie con frecuencia cuando aspire materiales muy finos como talco.
- Tenga especial cuidado al limpiar escaleras.
- No coloque ningún objeto en las aberturas. No la use con ninguna abertura obstruida; manténgala libre de polvo, pelusa, cabello o cualquier cosa que pueda reducir el flujo de aire.
- No tire de ésta ni la transporte por el cordón, ni tampoco use el cordón como mango, no cierre la puerta sobre el cordón ni tire del mismo alrededor de los bordes agudos ni esquinas. No pase el aparato sobre el cordón. Mantenga el cordón alejado de las superficies calientes.
- Desconecte siempre el cordón de la toma de corriente eléctrica antes de prestar servicio a la aspiradora.
- Desconecte el cordón cuando la aspiradora no esté en uso. Antes de desenchufarla, apague todos los controles.
- No la desconecte tirando del cordón. Para desenchufarla, sujete el enchufe y no el cordón. Nunca toque el enchufe ni el aparato con las manos mojadas.
- No se recomienda el uso de cordones de extensión.
- No use el aparato si el cordón o el enchufe está dañado. Si el aparato no está funcionando apropiadamente, se ha dejado caer, ha sido dañado, se ha dejado a la intemperie o se ha dejado caer en agua, llévelo a un Centro de ventas y servicio de Hoover o a un Concesionario autorizado de servicio de garantía de Hoover (Depósito).
- Use la aspiradora solamente para lo que ha sido diseñada según se describe en las instrucciones. Use solamente los accesorios recomendados por The Hoover Company; el uso de otros accesorios puede ser peligroso.

## ADVERTENCIA Este producto contiene substancias químicas conocidas en el estado de California por ser causantes de cáncer. *Lávese las manos después de manipularlo.*

# ¡Guarde estas instrucciones!

A135

## Si necesita asistencia:

Visite nuestra página en Internet www.hoover.com. Haga clic en el botón "Service" para encontrar el centro de servicio más cercano a usted O

Llame al **1-800-944-9200** para obtener una referencia automatizada de las ubicaciones de los centros de servicio autorizados (solamente en EE.UU.) O Llame al **1-330-499-9499** para hablar con un representante en nuestro Centro de respuesta al cliente.

Por favor no devuelva este producto a la tienda.

USE ESTAS INSTRUCCIONES EN ESPAÑOL JUNTO CON LAS FIGURAS PASO-A-PASO PROVISTAS EN EL MANUAL DE INGLÉS.

# 1. Ensamblado de la aspiradora

## Contenido de la caja

### 1-1

Accesorios incorporados en la aspiradora

A. Sección del mango

B. Cuerpo de la aspiradora

C. Accesorios de limpieza y tubos de extensión

Saque todos los componentes de la caja e identifique cada pieza que se muestra.

Asegúrese de encontrar todas las piezas antes de desechar el material de embalaje.

## Coloque el mango

### 1-2

Sujete la banda de sujeción anaranjada (A) y tire hasta que el enchufe negro (B) salga de la cavidad para el mango.

NO saque la banda de sujeción anaranjada hasta que haya completado el paso 1-3.

### 1-3

Sujete el enchufe (B) con una mano y el mango superior (C) con la otra mano. Empuje el enchufe dentro del mango superior, alineándolo con el extremo opuesto del enchufe y empújelo firmemente hasta escuchar que encaja. Cuando los extremos estén conectados,

tire ligeramente del enchufe para asegurarse de que está bien conectado.

**Nota:** El enchufe solamente se conectará de una manera. Si el enchufe no se conecta bien, revise el alineamiento de los extremos.

Una vez que los extremos del enchufe estén completamente conectados, deberá sacar la banda de sujeción anaranjada (A). Tenga cuidado de **NO CORTAR** el cordón eléctrico negro. Deseche la banda de sujeción anaranjada.

### 1-4

Alinee la acanaladura (D) en la parte posterior del mango **superior** con la proyección pequeña (E) en la parte posterior del compartimiento del mango.

Empuje el mango superior hacia abajo hasta que escuche un chasquido.

### 1-5

Oprima el botón (F) en la base del mango y empuje el mango completamente hacia abajo.

### 1-6

## Coloque los accesorios

Coloque el extremo de diámetro más pequeño del tubo de extensión (A) en la parte inferior del soporte. Encaje el tubo en el otro en la parte superior. Repita el procedimiento con el otro tubo.

El accesorio para hendiduras (B) cabe dentro de uno de los tubos de extensión.

Encaje el accesorio combinado (C) y el accesorio de mano turboaccionado (D) en las áreas de almacenamiento en la parte posterior de la aspiradora como se muestra.

# 2. Cómo usar la aspiradora

## Descripción de la aspiradora

### 2-1

1. Asidero del mango

2. Interruptor de encender y apagar

3. Mango telescópico

4. Botón para soltar el mango

5. Asa para transportar

6. Botón para soltar el depósito para polvo

7. Conjunto del depósito para polvo

8. Bisagra de la puerta del depósito para polvo

9. **Mango para limpiar escaleras:** ubicado debajo del borde inferior del depósito para polvo.

10. Luz delantera

11. **Perilla de control de la boquilla:** gire la perilla a la posición correcta para la altura de la alfombra que está aspirando.

12. **Protector para muebles:** ayuda a evitar que la aspiradora haga marcas en los muebles.

13. Asa de la manguera

14. Accesorio combinado

15. Accesorio de mano turboaccionado

16. Manguera

17. Sujetador para la manguera/accesorios

18. Tubos de extensión

19. Accesorio corto para hendiduras

20. **Ganchos para el cordón:** envuelva el cordón alrededor de los ganchos para guardarlo. El gancho superior se puede girar hacia la derecha o izquierda para soltar el cordón con facilidad.

21. **Pedal para soltar el mango:** pise la palanca para bajar el mango a las posiciones de funcionamiento o posiciones bajas.

Haga funcionar la aspiradora solamente con el voltaje especificado en la placa de datos que se encuentra en su parte posterior.

Esta aspiradora ha sido diseñada para uso doméstico.

## Enchufe polarizado

Para disminuir el riesgo de choque eléctrico, este aparato tiene un enchufe polarizado (una patilla es más ancha que la otra). Este enchufe podrá usarse en una toma de corriente polarizada, sólo de una manera. Si el enchufe no encaja completamente en la toma de corriente, inviértalo. Si aun así no encaja, comuníquese con un electricista calificado para que le instale la toma de corriente adecuada. No modifique el enchufe de manera alguna.

## Interruptor de encender/apagar (ON/OFF)

Enchufe el cordón en una toma de corriente eléctrica. Para encender la aspiradora (ON), empuje el interruptor de encender y apagar una vez.

Para apagar la aspiradora (OFF),

**2-2**

...pulse el interruptor de nuevo.

## Mango telescópico

Para almacenar o transportar la aspiradora con comodidad, el mango está diseñado para retraerse en el cuerpo de la aspiradora. Baje el mango oprimiendo el botón (A) ubicado en la base del mango y empujando el mango hacia abajo. Levante el mango oprimiendo el botón y tirando del mango hacia arriba, trabándolo en la posición deseada.

**2-3**

## Traslado de la aspiradora

Para mover la aspiradora de una habitación a otra, coloque el mango en la posición vertical, incline la aspiradora hacia atrás sobre las ruedas traseras y empújela hacia delante.

**2-4**

## Para transportar la aspiradora

La aspiradora también se puede mover usando el asa para transportar.

**2-5**

## Posiciones del mango

El mango de su aspiradora tiene tres posiciones: **vertical**, para guardarla y usar los accesorios de limpieza; **posición de funcionamiento**, para uso general sobre alfombras de pared a pared y pisos; y **baja**, para aspirar debajo de muebles de poca altura. Pise la palanca para bajar el mango.

**2-6**

## Ajuste de la altura para alfombras

La limpieza de las alfombras de pared a pared y de área tiene lugar en la boquilla (A).

Cuando sea necesario elevar y bajar la boquilla para limpiar alfombras de distintos espesores, coloque el mango en posición vertical y gire la perilla de control de la boquilla (B) a la posición deseada.

La boquilla no se moverá a la posición de ajuste hasta después de bajar el mango de la aspiradora a la

posición de funcionamiento.

**2-7**

## Posiciones

Para obtener el máximo rendimiento de limpieza, se recomiendan las siguientes posiciones según la altura de la alfombra:

- **Posición baja:** para todo tipo de alfombras.

**Nota:** Si le cuesta mucho empujar la aspiradora, gire la perilla a la siguiente posición más alta.

- **Posiciones más altas:** para alfombra de pelo muy denso cuando se desea disminuir el esfuerzo de empuje en tanto que se mantiene una buena eficiencia de limpieza.

**2-8**

## Limpieza de alfombras livianas y flexibles

Párese en un extremo de la alfombra y pase la aspiradora hacia el otro extremo o borde. Antes de llegar al borde, empuje el mango hacia abajo. Esto levantará la boquilla (parte delantera de la boquilla) como se muestra y evitará que la alfombra se adhiera a la aspiradora. Continúe levantando la boquilla de modo que, cuando llegue al borde, esté completamente separada de la alfombra. Retroceda la aspiradora para comenzar otra vez, baje la boquilla y pásela solamente hacia delante.

**2-9**

## Limpieza de escaleras

Se ha diseñado un mango para limpiar las escaleras a fin de facilitar el uso de su aspiradora en escaleras. Con el mango en posición de funcionamiento, coloque los dedos debajo del borde del mango para limpiar escaleras (A) y pase la aspiradora con la otra mano puesta en el mango superior.

Como alternativa, puede usar la manguera y el accesorio de mano turboaccionado para limpiar las escaleras. Limpie de abajo hacia arriba.

Durante el uso de los accesorios de limpieza, el agitador continúa girando.

PRECAUCIÓN: Para evitar lesiones personales y el desgaste innecesario de la alfombra, y para impedir que se caiga la aspiradora, colóquela siempre en la parte inferior de las escaleras.

## Accesorios de limpieza

Los accesorios le permiten limpiar superficies que están a mayor altura que el piso y llegar a áreas difíciles de limpiar.

La aspiradora está lista para usarse con los accesorios cuando el mango está en posición vertical.

PRECAUCIÓN: El agitador continúa girando mientras el mango de la aspiradora está en posición vertical. Al usar los accesorios, evite inclinar la aspiradora o colocarla sobre muebles, alfombras con flecos o escaleras alfombradas.

## Cómo limpiar los accesorios

Para limpiar la manguera, quite el polvo con un paño humedecido en detergente suave. Enjuague con un paño húmedo.

Los accesorios de limpieza se pueden lavar en agua tibia con un detergente. Enjuáguelos y deje que se sequen al aire libre antes de usarlos.

**2-10**

## Para sacar la manguera

Cuando use los accesorios de limpieza, el mango de la aspiradora deberá estar en posición vertical. Asimismo, apague la aspiradora antes de desconectar y conectar la manguera al tubo de la manguera (A).

Para usar la manguera, levante el extremo de la manguera (B) como se muestra. Verifique para asegurarse de que la cubierta del tubo de la manguera (C) esté cerrada sobre el tubo de la manguera.

Cuando haya terminado de limpiar con los accesorios, levante la cubierta del tubo de la manguera y vuelva a colocar el extremo de la manguera dentro del tubo.

**2-11**

## Selección del accesorio apropiado

D. Uso del accesorio combinado con escobilla para muebles tallados, superficies de las mesas, libros, lámparas, accesorios de iluminación, persianas venecianas, zócalos, postigos de ventanas y rejillas de ventilación.

Saque la escobilla para limpiar muebles tapizados, cortinajes, colchones, prendas de vestir y escaleras

15

alfombradas.

E. El **accesorio de mano turboaccionado** se puede usar para muebles tapizados, cortinas, colchones, prendas de vestir, interiores de automóviles y escaleras alfombradas.

F. El **accesorio para hendiduras** se puede usar en lugares estrechos, esquinas y en los bordes de sitios como cajones de cómodas, muebles tapizados, escaleras y zócalos.

G. Los **tubos de extensión** se usan para hacer más larga la manguera. Úselos con cualquiera de los accesorios antes mencionados.

## 2-12

## Colocación del tubo de extensión y de los accesorios

Coloque el accesorio o tubo de extensión en la manguera (H).

Coloque el accesorio en el tubo de extensión (I), empujándolo firmemente en el tubo de extensión.

Gire el tubo de extensión o el accesorio ligeramente para apretar o aflojar la conexión.

## 2-13

## Accesorio combinado

Deslice la escobilla para sacaria.

## 2-14

Para volver a colocar las escobillas, alinee la parte inferior de la escobilla con las acanaladuras (J) del accesorio. Deslice la escobilla en su lugar.

# 3. Mantenimiento

Familiarícese con estas tareas de mantenimiento en el hogar, ya que el uso y cuidado adecuados de su aspiradora asegurarán la eficacia en la limpieza por largo tiempo.

## 3-1

## Depósito para polvo

### Cuándo vaciar

Se recomienda que el depósito para polvo se vacíe antes que el polvo llegue a la línea de llenado (A) o, si se prefiere, después de cada uso.

PRECAUCIÓN: Los materiales muy finos, tales como el talco facial o la maicena, podrían sellar el filtro y ocasionar que disminuya la succión.

Cuando use la aspiradora para retirar material de esta índole, vacíe el depósito y cambie los filtros a menudo.

## 3-2

## Cómo vaciar

Desconecte la aspiradora de la toma de corriente eléctrica. No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

Presione el botón para soltar el depósito para polvo (B) y gire para sacar el depósito.

## 3-3

Sujetando el depósito para polvo sobre el recipiente de basura, oprima el botón para soltar la puerta del depósito para polvo (C) para abrir la puerta del depósito para polvo (D).

Oprima el botón para soltar la puerta del depósito para polvo para cerrar la puerta del depósito para polvo.

## 3-4

Coloque primero la parte inferior del depósito para polvo. Gire el depósito para insertarlo en el cuerpo de la aspiradora.

## 3-5

Presione el botón para soltar el depósito para polvo mientras presiona firmemente el depósito para polvo. Suelte el botón para que regrese a la posición correcta y trabe el depósito para polvo en su lugar.

## Limpieza de los filtros

### Conjunto del filtro ciclónico

### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-6

Saque el depósito para polvo como se describe en la figura 3-2.

Gire el conjunto del filtro (A) en el sentido contrario a las agujas del reloj. Saque el conjunto del depósito para polvo.

## 3-7

La suciedad y los residuos se pueden

limpiar del conjunto del filtro cepillándolo con el accesorio combinado de la aspiradora.

Coloque el conjunto del filtro en el depósito para polvo, alineando las lengüetas (A) en cada lado del filtro con las ranuras del depósito para polvo (B) y gírelo en sentido de las agujas del reloj para fijarlo en su posición.

Vuelva a colocar el depósito para polvo como se describe en las figuras 3-4 y 3-5.

### Filtro secundario

### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No utilice la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-8

Saque el depósito para polvo como se describe en la figura 3-2.

Presione la traba (A) ubicada en la parte superior de la cavidad del depósito para polvo sacar el marco gris del filtro. Saque el filtro de espuma negra (B) del marco. Lávelo a mano en agua fría con un detergente suave.

Deje que el filtro se seque al aire libre y vuelva a colocarlo en la aspiradora.

Vuelva a colocar el marco del filtro insertando las lengüetas (C) en las ranuras (D) en la parte posterior de la cavidad del depósito para polvo. Gire el marco del filtro hacia la parte superior de la cavidad del depósito para polvo y encájelo para cerrarlo.

### Filtro final

### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No utilice la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-9

Saque el depósito para polvo como se describe en la figura 3-2.

Tire del marco del filtro (A) directamente hacia fuera cara sacarlo del fondo de la cavidad del depósito para polvo. Saque el filtro (B) del marco.

Lávelo a mano en agua fría con un detergente suave.

Deje que el filtro se seque al aire libre y vuelva a colocarlo en el marco del filtro.

Vuelva a colocar el marco del filtro en el fondo de la cavidad del depósito para polvo.

### Qué comprar

Cuando compre filtros nuevos, pida el paquete de filtros No. de **pieza 93001633** de Hoover, que incluye (1)

A138

filtro principal, No. de pieza 93001723 y (1) filtro final, No. de pieza 93001726.

## Reemplazo de la luz delantera

### Qué comprar

Esta aspiradora usa un bombillo de 13 voltios de base en cuña, tipo T-3 114, pieza No. 27313107 de Hoover.

### 3-10

Para sacar la lente

Desconecte la aspiradora de la toma de corriente eléctrica.

Presione el pedal para soltar el mango y coloque el mango en la posición baja.

Con un destornillador Phillips, saque el tornillo como se muestra y levante la lente.

### 3-11

Para instalar el bombillo

Saque el bombillo usado, directamente de su receptáculo. Inserte uno nuevo y empújelo hasta que quede fijo en su lugar.

No se requiere usar fuerza excesiva.

### 3-12

Para reemplazar la lente

Vuelva a colocar la lente y asegúrela con el tornillo.

## Reemplazo de la correa

La correa de su aspiradora Hoover hace posible que el agitador gire y es importante para el funcionamiento eficaz de la aspiradora. La correa está ubicada debajo de la cubierta de la aspiradora y se debe revisar periódicamente para asegurarse de que esté en buenas condiciones.

### Cuándo reemplazarla

Desconecte la aspiradora de la toma de corriente eléctrica.

Para revisar la correa, saque la cubierta como se muestra en la figura 3-13. Reemplace la correa si está estirada, rota o cortada.

### Qué comprar

Para asegurar un funcionamiento eficaz, use solamente correas genuinas HOOVER con su aspiradora. Cuando compre una correa nueva, pida la pieza No. 38528040 de HOOVER (paquete de correa con número de pieza 40201190).

### 3-13

Cómo reemplazarla

Desconecte la aspiradora de la toma de corriente eléctrica.

### Para separar la cubierta

Presione el pedal para soltar el mango y coloque el mango en la posición baja.

Usando una moneda, gire las dos ranuras (A) en ambos lados de la cubierta como se muestra.

### 3-14

Gire la cubierta hacia la parte delantera de la aspiradora y saque la cubierta.

### 3-15

Para sacar el rodillo de escobillas del agitador

Saque el rodillo de escobillas del agitador y la correa usada.

Deseche la correa usada.

### 3-16

Para instalar la correa nueva

Con las letras en la parte de afuera de la correa, deslice la nueva correa sobre la polea del motor (B).

### 3-17

Reemplazo del rodillo de escobillas del agitador

Introduzca el agitador a través de la correa y coloque la correa en la guía para la correa (C) del agitador.

### 3-18

Para sujetar de manera segura el agitador

Sujete firmemente el agitador y colóquelo en posición, deslizando primero el extremo opuesto de la correa en la ranura rectangular (D) en el lado de la aspiradora.

Tire del otro lado del agitador (E) para colocarlo en su lugar.

Gire el agitador, asegurándose que la correa gire libremente y no quede presionada entre el agitador y la parte inferior de la aspiradora.

### 3-19

Para volver a colocar la cubierta

Alinee las lengüetas (F) de la cubierta con las ranuras (G) de base de la aspiradora. Gire la cubierta para colocarla en su posición.

Asegure la cubierta en su lugar girando las ranuras para las monedas (figura 3-13).

## El rodillo de escobillas del agitador

### Cuándo reemplazarlo

El agitador se debe reemplazar cuando las escobillas del agitador estén gastadas.

Para revisar la condición de las escobillas, desconecte la aspiradora de la toma de corriente eléctrica.

### 3-20

Pase el borde de una tarjeta a lo ancho de la placa inferior, mientras hace girar el agitador. Para mantener una limpieza eficaz, reemplace el agitador si las escobillas no tocan la tarjeta.

### Qué comprar

Cuando compre un agitador nuevo, pida la pieza No. 48414113 de HOOVER.

### Cómo reemplazarlo

Desconecte la aspiradora de la toma de corriente eléctrica.

Saque la cubierta, la correa y el agitador siguiendo las instrucciones de la sección "La correa", comenzando con la figura 3-13.

Deseche el agitador usado.

Continúe siguiendo las instrucciones de la sección "La correa" para volver a colocar la correa, el agitador nuevo y la cubierta en su lugar.

## Lubricación

El motor tiene cojinetes que cuentan con suficiente lubricación para la vida útil del motor. La adición de lubricantes podría causar daños. Por lo tanto, no añada lubricante a los cojinetes del motor.

## Protector térmico

Su aspiradora tiene incorporado un protector térmico para impedir el sobrecalentamiento. Cuando el protector térmico se activa, la aspiradora deja de funcionar. Si esto sucede, proceda de la siguiente manera:

1. Apague la aspiradora y desconéctela de la toma de corriente eléctrica.

2. Revise si se ha acumulado suciedad en los filtros secundario y final.

3. Consulte la sección "Eliminación de obstrucciones".

4. Una vez que la aspiradora esté

A139

desconectada de la toma de corriente eléctrica y el motor se haya enfriado durante 30 minutos, el protector térmico se repone automáticamente y se puede seguir pasando la aspiradora.
Si el protector térmico sigue activándose después de efectuar los pasos anteriores, es probable que su aspiradora necesite servicio (vea la sección "Servicio").

## Servicio

Para obtener el servicio aprobado HOOVER y piezas genuinas HOOVER, localice el **Centro de ventas y servicio de Hoover** o el **Concesionario autorizado de servicio de garantía de Hoover (Depósito)** más cercano:

- consultando las páginas amarillas de la guía de teléfonos, bajo "Vacuum Cleaners-Household" ("Aspiradoras - Artículos del hogar") O -
- consultando la lista de Centros de servicio de fábrica provista con esta aspiradora, O -
- consultando la sección "Service" (Servicio) de The Hoover Company en línea en **www.hoover.com** O -
- llamando al 1-800-944-9200 para obtener una referencia automatizada de las ubicaciones de los centros de servicio autorizados (solamente en EE.UU.).

No envíe su aspiradora a The Hoover Company en North Canton para obtener servicio; esto sólo le causará demoras.

Si necesita asistencia adicional, comuníquese con The Hoover Company Centro de respuesta al cliente, teléfono 1-330-499-9499.

En Canadá, comuníquese con Hoover Canada, Burlington, Ontario L7R 4A8, teléfono: 1-800-263-6376.

Al solicitar información u ordenar piezas, siempre identifique su aspiradora por el número **completo** de modelo. (El número de modelo figura en la parte posterior de la aspiradora.)

## 4. Si tiene un problema

Si ocurre un problema menor, generalmente puede resolverse con bastante facilidad cuando se halla la causa, usando la siguiente lista de verificación.

### Problema: La aspiradora no funciona

**Causa posible**
*Solución posible*

- No está bien enchufada
- *Enchúfela bien*
- No hay voltaje en la toma de corriente de la pared

- *Revise el fusible o el disyuntor*
- Fusible quemado o se disparó el disyuntor
- *Reemplace el fusible o reajuste el disyuntor*
- Protector térmico activado
- *Desenchufe la aspiradora y permita que se enfríe durante 30 minutos (esto reajustará el protector térmico)*

### Problema: La aspiradora/los accesorios de la aspiradora no aspiran

**Causa posible**
*Solución posible*

- La correa está rota o desgastada
- *Reemplace la correa*
- El rodillo de escobillas del agitador está desgastado
- *Reemplace el rodillo de escobillas*
- El depósito para polvo está lleno
- *Vacíe el depósito para polvo*
- Ajuste incorrecto de la altura para alfombras
- *Mueva la perilla de control de la boquilla a una posición más baja*
- Obstrucción en los pasos del flujo de aire
- *Elimine la obstrucción*

### Problema: Dificultad para empujar la aspiradora

**Causa posible**
*Solución posible*

- Ajuste incorrecto de la altura para alfombras
- *Coloque el control de la altura para alfombras en una posición más alta*

### Problema: Se detecta un olor a humo/quemado

**Causa posible**
*Solución posible*

- Correa rota o estirada
- *Reemplace la correa del rodillo de escobillas del agitador como se describe en las figuras 3-13 a 3-19 en la sección de Mantenimiento*

## Eliminación de obstrucciones

Desconecte la aspiradora de la toma de corriente eléctrica.

La succión o aspiración baja se puede deber a una obstrucción en el sistema. Consulte los **siguientes pasos** a fin de revisar si hay obstrucciones, siguiendo los pasos uno a uno hasta que encuentre la obstrucción:

1. Revise el nivel de llenado del depósito para polvo; vacíelo si es necesario.

### 4-1

Revisión del paso del flujo de aire

2. Enchufe la aspiradora y enciéndala. Revise si hay succión en el extremo de la manguera (A). Si hay succión, continúe con el paso 3.
3. Apague la aspiradora y desconéctela. Revise la conexión en el tubo de la manguera (B); elimine cualquier obstrucción.

### 4-2

Revisión del paso del flujo de aire a través del tubo de entrada de la manguera en la parte posterior de la aspiradora

4. Apague la aspiradora y desconéctela.
5. Si puede verse la obstrucción en el tubo (C), saque 5 tornillos usando un destornillador Phillips.
6. Tire del tubo para sacarlo de la aspiradora; elimine la obstrucción.
7. Vuelva a colocar el tubo en la parte posterior de la aspiradora y vuelva a colocar los 5 tornillos.

### 4-3

Revisión debajo de la cubierta

8. Apague la aspiradora y desconéctela.
9. Saque la cubierta, la correa y el agitador (figuras 3-13 y 3-15). Mire dentro de la abertura (C) para ver si hay obstrucciones y elimínelas.
10. Vuelva a colocar la correa, el agitador y la cubierta.

A140

## Garantía de un año completo
### (Uso doméstico)

Su aparato HOOVER® está garantizado para uso doméstico normal, según el Manual del propietario, contra defectos originales en el material y la fabricación por el período de un año completo a partir de la fecha de compra. La presente garantía cubre gratuitamente toda la mano de obra y las piezas necesarias para dejar este aparato en buen estado de funcionamiento durante el período de garantía. Esta garantía es válida si el aparato fue comprado en los Estados Unidos, en sus territorios y posesiones, en Canadá o en una tienda situada en una base militar de los EE.UU. Los aparatos comprados en otros lugares están cubiertos por una garantía limitada de un año que cubre solamente el costo de las piezas. Esta garantía no es válida si el aparato es utilizado para uso comercial o de alquiler.

Esta garantía solamente es válida cuando el producto se usa en el país o territorio en el cual fue comprado.

El servicio bajo garantía se puede obtener solamente al presentar el aparato en uno de los centros autorizados de servicio de garantía indicados a continuación. Puede requerirse la presentación de un comprobante de compra antes de efectuar el servicio.

1. Centros de ventas y servicio de Hoover

2. Concesionarios autorizados de servicio de garantía de Hoover (Depósitos).

Para obtener una referencia automatizada de las ubicaciones de los centros autorizados de servicio en los Estados Unidos, llame al 1-800-944-9200 O

visite The Hoover Company en línea en www.hoover.com

Esta garantía no cubre la recogida, la entrega, ni las visitas a domicilio; sin embargo, si envía su aparato a un Centro de ventas y servicio de Hoover para un servicio de garantía, el transporte se pagará en una sola dirección.

Esta garantía le otorga derechos legales específicos, usted puede tener además otros derechos que varían de estado a estado.

Si necesita asistencia adicional, o si tiene preguntas sobre esta garantía o la disponibilidad de centros de servicio de garantía, llame al Centro de respuesta al cliente de Hoover al 1-330-499-9499.

En Canadá, comuníquese con: Hoover Canada, Burlington, Ontario L7R 4A8, 1-800-263-6376.

A141

# HOOVER MD

## FUSION MC

### Système de filtration cyclonique

---

### Guide de l'utilisateur

FRANÇAIS → 20-26

## Contenu

Assemblage de l'aspirateur ......................21

Contenu de l'emballage ..............................21

Description de l'aspirateur .........................21

Utilisation ....................................................21

   Accessoires de nettoyage ....................22

Dépannage ..................................................25

Consignes de sécurité importantes ..........20

Lubrification .................................................24

Entretien .....................................................23

   Service autorisé ....................................24

   Nettoyage des filtres .............................23

   Déblocage des obstructions .................25

   Vidage du vide-poussière .....................23

   Remplacement du rouleau-brosse
de l'agitateur .............................................24

   Remplacement de la courroie .............24

   Remplacement de l'ampoule ...............23

Protecteur thermique ..................................24

Garantie ......................................................26

Ce produit a été conçu pour un assemblage facile (voir page 21)

### Lire attentivement ces instructions avant d'utiliser l'appareil.



c UL us
LISTED

© 2005 The Hoover Company
www.hoover.com

---

## Merci d'avoir choisi un produit HOOVER MD

Veuillez inscrire les numéros de modèle et de série COMPLETS dans les espaces fournis à cet effet.

Modèle : _____

Numéro de série : _____

Conseil : Il est recommandé de joindre votre reçu de caisse au guide de l'utilisateur, car une vérification de la date d'achat peut être effectuée avant toute réparation couverte par la garantie de votre produit HOOVER.

Assurez-vous de remplir et de retourner la carte d'enregistrement incluse avec votre aspirateur (voir à l'endos).

---

## Consignes de sécurité importantes !

Durant l'utilisation d'un appareil électrique, toujours respecter les précautions élémentaires, y compris les suivantes :

LIRE TOUTES LES INSTRUCTIONS AVANT D'UTILISER CET APPAREIL

## Avertissement :
Afin de réduire au minimum les risques d'incendie, de choc électrique ou de blessures :

- Ne pas utiliser l'appareil à l'extérieur ou sur une surface mouillée.
- Faire preuve d'une grande prudence lorsque l'appareil est utilisé par des enfants ou près de ceux-ci. Ne pas utiliser l'appareil comme jouet ni le laisser sans surveillance.
- Garder cheveux, vêtements, doigts, pieds ou toute autre partie du corps à bonne distance des ouvertures, de l'agitateur et des autres pièces mobiles de l'appareil. Ne pas utiliser l'appareil pieds nus ni avec des sandales ou des souliers qui laissent les orteils à découvert.
- Ne pas utiliser l'aspirateur pour ramasser toute matière qui dégage de la fumée ou qui brûle, comme les cigarettes, des allumettes ou des cendres encore chaudes.
- Ne pas ramasser de liquides inflammables ou combustibles comme de l'essence ou de la sciure de bois, et ne pas utiliser l'appareil dans des endroits où de tels composés sont présents.
- Éviter d'aspirer des objets durs et acérés. Ils pourraient endommager l'aspirateur.
- Toujours éteindre l'aspirateur avant d'enlever ou de poser le tuyau.
- Ne pas utiliser l'appareil si le vide-poussière ou les filtres ne sont pas en place. Si des matériaux très fins sont aspirés (par ex. de la poudre), vider le vide-poussière et nettoyer le filtre fréquemment.
- Faire preuve d'une grande prudence pendant l'utilisation dans les escaliers.
- Ne pas introduire d'objets dans les ouvertures. S'assurer qu'aucune ouverture n'est obstruée ; garder celles-ci exemptes de poussière, de mousse, de cheveux ou de toute autre matière qui pourrait réduire le débit d'air.
- Ne pas tirer l'appareil par le cordon d'alimentation, utiliser le cordon pour transporter ou soulever l'appareil, coincer, écraser ou tirer le cordon autour de coins ou d'arêtes vives. Ne pas faire passer l'appareil sur le cordon. Garder le cordon loin de toute surface chauffée.
- Toujours débrancher l'appareil avant d'en effectuer l'entretien.
- Débrancher l'appareil s'il n'est pas utilisé. Éteindre toutes les commandes avant de débrancher l'appareil.
- Ne pas tirer sur le cordon d'alimentation pour débrancher l'appareil. Saisir la fiche et non le cordon. Ne jamais manipuler la fiche ou l'appareil avec les mains mouillées.
- L'utilisation d'une rallonge électrique n'est pas recommandée.
- Ne pas utiliser l'appareil si la fiche ou le cordon est endommagé. Si l'appareil fonctionne mal, s'il est tombé par terre ou dans l'eau, s'il est endommagé ou a été laissé à l'extérieur, il doit être apporté à un Centre de vente et de service Hoover ou chez un détaillant de service garanti autorisé Hoover (dépôt).
- N'utiliser cet aspirateur que conformément à son usage prévu, tel que décrit dans le présent guide. N'utiliser que les accessoires recommandés par Hoover ; d'autres accessoires pourraient s'avérer dangereux.

## AVERTISSEMENT :
Cet appareil contient des produits chimiques reconnus dans l'état de Californie pour causer le cancer. Se laver les mains après l'avoir manipulé.

## Ranger et conserver ces instructions !

A142

**Si vous avez besoin d'aide :**

Visitez notre site Web au www.hoover.com. Cliquez sur le bouton « Service » pour connaître l'adresse du Centre de service le plus près de chez vous OU Composez le 1 800 944-9200 pour écouter un message vous indiquant les adresses des Centres de service autorisés (É.-U. seulement) OU Composez le 330 499-9499 pour parler à un représentant du Centre d'aide à la clientèle.

Ne pas retourner ce produit au détaillant

UTILISER LES INSTRUCTIONS NUMÉROTÉES DE CETTE SECTION FRANÇAISE AVEC LES ILLUSTRATIONS NUMÉROTÉES CORRESPONDANTES DE LA SECTION ANGLAISE DE CE GUIDE.

# 1. Assemblage de l'aspirateur

## Contenu de l'emballage

**1-1**

Accessoires emballés sur l'appareil

A. Manche

B. Corps de l'appareil

C. Accessoires de nettoyage et rallonges

Retirer toutes les pièces de la boîte et les identifier à l'aide des croquis ci-contre.

Avant de disposer de l'emballage en carton, s'assurer qu'aucune pièce ne manque.

## Pour fixer le manche

**1-2**

Saisir l'attache orange (A) et le tirer jusqu'à ce que la fiche noire (B) sorte de la cavité du manche.

NE PAS enlever l'attache orange avant que les étapes 1-3 aient été complétées.

**1-3**

Tenir la fiche (B) d'une main et la partie supérieure du manche (C) de l'autre main. Insérez la fiche dans la section supérieure du manche, en l'alignant à la partie opposée de la fiche, puis enfoncez

fermement jusqu'à ce que vous entendiez un déclic. Lorsqu'elle est branchée, tirer légèrement sur la fiche pour s'assurer qu'elle est solidement fixée.

**Remarque :** La fiche mâle ne peut s'insérer dans la fiche femelle que dans un sens. Si fiche ne peut être insérée, vérifier l'alignement de la fiche mâle et de la fiche femelle.

Lorsque les extrémités des fiches auront été connectées à fond, l'attache orange (A) peut être enlevée. Faire attention de ne PAS SECTIONNER le cordon d'alimentation noir. Jeter l'attache orange.

**1-4**

Aligner la rainure (D) à l'arrière de la partie supérieure du manche avec le petit bouton saillant (E) situé à l'arrière du boîtier du manche.

Pousser la partie supérieure du manche vers le bas jusqu'à ce qu'il y ait un déclic.

**1-5**

Appuyer sur le bouton (F) situé à la base du manche et enfoncer le manche jusqu'au fond.

**1-6**

## Rangement des accessoires

Placez la plus petite extrémité du raccord (A) dans le bas du porte-accessoires. Emboîtez le raccord dans la pince en haut. Répétez la procédure avec l'autre raccord.

Le bec suceur (B) s'adapte dans l'une des rallonges.

Enclencher l'accessoire combiné (C) et l'accessoire portatif à turbine (D) dans les sections de rangement au dos de l'appareil comme illustré.

# 2. Utilisation

## Description de l'aspirateur

**2-1**

1. Poignée
2. Interrupteur Marche/Arrêt
3. Manche télescopique
4. Bouton de dégagement du manche
5. Poignée de transport
6. Bouton de dégagement du vide-poussière
7. Ensemble du vide-poussière

8. Charnière de la porte du vide-poussière
9. Poignée pour nettoyage d'escaliers : située sous la base du vide-poussière.
10. Ampoule
11. Bouton de réglage de la hauteur : tourner ce bouton au réglage désiré en fonction de la longueur des poils du tapis à nettoyer.
12. Protège-meubles : empêche l'aspirateur de marquer les meubles.
13. Manche du tuyau
14. Accessoire combiné
15. Accessoire portatif à turbine
16. Tuyau
17. Support à tuyau et accessoires
18. Rallonges
19. Petit bec suceur
20. Crochets de rangement du cordon : enrouler le cordon autour des crochets pour le ranger. Le crochet supérieur pivote vers la gauche ou la droite, ce qui facilite le dégagement du cordon.
21. Pédale de déblocage du manche : appuyer sur cette pédale pour abaisser le manche à sa position de fonctionnement ou à la position basse.

N'utiliser l'aspirateur qu'à la tension spécifiée sur la plaque signalétique située à l'arrière de l'appareil.

Cet aspirateur est destiné à une utilisation domestique seulement.

## Fiche polarisée

Afin que les risques d'électrocution soient minimes, cet appareil a été pourvu d'une fiche polarisée (une lame est plus large que l'autre). Elle ne pourra entrer dans une prise d'alimentation que dans un sens. Si la fiche n'entre pas, la retourner et essayer de nouveau. Si elle ne peut être branchée, s'adresser à un électricien qualifié, qui installera une prise d'alimentation conforme. Ne modifier la fiche sous aucun prétexte.

## Interrupteur Marche/Arrêt (ON/OFF)

Brancher le cordon dans une prise d'alimentation. Pour allumer l'appareil, appuyer sur l'interrupteur Marche/Arrêt.

Pour éteindre l'appareil, appuyer de nouveau sur l'interrupteur.

**2-2**

## Manche télescopique

Le manche est conçu pour rentrer dans le corps de l'appareil afin d'en faciliter le rangement et le transport. Pour rentrer le manche, appuyer sur le bouton (A) situé à la base du manche tout en l'enfonçant.

21

A143

Pour sortir le manche, appuyer sur le bouton et tirer le manche vers le haut en le bloquant à la position désirée.

## 2-3

## Transport de l'aspirateur

Pour déplacer l'appareil d'une pièce à l'autre, placer le manche à la position verticale, incliner l'appareil sur ses roulettes arrière et pousser.

## 2-4

## Transport de l'aspirateur

L'aspirateur peut également être déplacé à l'aide de la poignée de transport.

## 2-5

## Positions du manche

Le manche de l'aspirateur comporte trois positions : **position verticale**, pour le rangement et l'utilisation des accessoires ; **position de fonctionnement**, pour l'utilisation normale sur les planchers et tapis ; et **position basse** pour nettoyer sous les meubles. Appuyer avec le pied sur le levier de dégagement du manche pour abaisser celui-ci.

## 2-6

## Réglage selon la hauteur du tapis

Le nettoyage des tapis et moquettes se produit au niveau de la buse (A).

Lorsqu'il est nécessaire de monter ou d'abaisser la buse en fonction des différentes longueurs de poils de tapis, placer le manche en position verticale et régler le bouton de contrôle (B) de la façon appropriée.

L'embout ne se déplacera pas si le manche n'est pas abaissé en position de fonctionnement.

## 2-7

## Réglages

Pour une performance maximale, les réglages de hauteur suivants sont recommandés :

• **Réglage le plus bas** : pour tous les types de moquette.

**Remarque** : S'il est difficile de déplacer l'appareil pendant le nettoyage, tourner le bouton à un réglage supérieur.

• **Réglages plus hauts** : pour faciliter

le nettoyage des moquettes très épaisses tout en assurant une bonne performance d'aspiration.

## 2-8

## Nettoyage des tapis légers et flexibles

Se placer sur une extrémité du tapis et diriger l'aspirateur vers l'extrémité opposée. Avant d'atteindre le rebord, abaisser le manche. Ainsi, la buse (à l'avant de l'aspirateur) se soulèvera et le tapis ne restera pas coincé dans l'aspirateur. Continuer de lever la buse de l'aspirateur, de façon à ce qu'elle ne touche plus du tout au tapis une fois le rebord atteint. Ramener l'appareil vers soi, rabaisser le devant de l'appareil, puis répéter l'opération en s'assurant que l'appareil n'aspire que lorsqu'il se déplace vers l'avant.

## 2-9

## Nettoyage des escaliers

La poignée pour nettoyage d'escaliers a été conçue pour faciliter l'utilisation de l'aspirateur dans les escaliers. Avec le manche en position de fonctionnement, placer les doigts sous le rebord de la poignée (A) pour nettoyer les escaliers et saisir le manche de l'autre main pour guider l'aspirateur.

Une autre possibilité est de nettoyer les escaliers avec le tuyau et l'accessoire portatif à turbine. Commencer par le bas de l'escalier.

Lors de l'utilisation des accessoires de nettoyage, l'agitateur continue de tourner.

**MISE EN GARDE** : Afin d'éviter les blessures et l'usure prématurée du tapis et d'empêcher l'appareil de tomber, toujours placer l'appareil au bas de l'escalier.

## Accessoires de nettoyage

Les accessoires permettent de nettoyer les surfaces plus élevées et les endroits difficiles à atteindre.

Pour utiliser les accessoires, placer le manche à la position verticale.

**MISE EN GARDE** : L'agitateur continue de tourner lorsque le manche est en position verticale. Lors de l'utilisation des accessoires, éviter de faire basculer l'aspirateur ou de le placer sur des meubles, des franges de tapis ou des escaliers recouverts de tapis.

## Nettoyage des accessoires

Pour nettoyer le tuyau, essuyer la saleté avec un chiffon trempé dans un détergent doux. Rincer avec un chiffon humide.

Les accessoires peuvent être lavés à l'eau tiède avec un détergent. Rincer puis laisser sécher à l'air libre avant de les réutiliser.

## 2-10

## Pour enlever le tuyau

Lors de l'utilisation des accessoires, le manche de l'aspirateur doit être en position verticale. Éteindre l'aspirateur (OFF) avant de poser ou de retirer le tuyau du tube pour tuyau (A).

Pour utiliser le tuyau, soulever son extrémité (B), tel qu'il est illustré. S'assurer que le clapet du tube pour tuyau (C) recouvre le tube hermétiquement.

Lorsque les accessoires ne sont plus utilisés, soulever le clapet du tube pour tuyau et y insérer le tuyau.

## 2-11

## Choix de l'accessoire approprié

D. L'accessoire combiné peut être utilisé avec la brosse à épousseter pour nettoyer les boiseries sculptées, dessus de tables, livres, lampes, luminaires, stores vénitiens, plinthes, volets et grilles à registre.
Enlever la brosse pour nettoyer les meubles capitonnés, tapisseries, matelas, vêtements et escaliers avec tapis.

E. L'accessoire portatif à turbine convient pour les meubles capitonnés, tapisseries, matelas, vêtements, intérieurs d'auto et escaliers avec tapis.

F. Le bec suceur peut s'employer dans les espaces restreints, les coins et les rebords d'endroits tels que les tiroirs, meubles capitonnés, escaliers et plinthes.

G. Les rallonges prolongent votre tuyau. Elles peuvent être utilisées avec n'importe quel accessoire indiqué plus haut.

## 2-12

## Installation de la rallonge et des accessoires de nettoyage

Fixer l'accessoire ou la rallonge au tuyau (H).

Fixer l'accessoire (I) en l'enfonçant bien en place dans la rallonge.

A144


Tourner légèrement la rallonge ou l'accessoire pour serrer ou desserrer la connexion.


**13**

## Accessoire combiné

Faire glisser la brosse pour l'enlever.

**2-14**

Pour replacer la brosse, aligner sa base avec les rainures (J) de l'accessoire. Faire glisser la brosse en place.

# 3. Entretien

Il est recommandé de vous familiariser avec les opérations d'entretien ; une utilisation et un entretien corrects de l'appareil assureront son bon fonctionnement.

**3-1**

## Vide-poussière

### Quand le vider ?

Il est recommandé de vider le vide-poussière avant que la poussière n'atteigne la ligne (A) ou après chaque usage si désiré.

MISE EN GARDE : Des matières très fines, comme de la poudre pour le visage ou la fécule de maïs, peuvent sceller le filtre et réduire la succion. Lorsque l'appareil est utilisé pour aspirer de tels produits, vider le vide-poussière et nettoyer les filtres plus souvent.

**3-2**

## Vidage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

Appuyer sur le bouton de dégagement du vide-poussière (B) et faire pivoter le vide-poussière.

**3-3**

Tenir le vide-poussière au-dessus d'une poubelle et appuyer sur le bouton de dégagement de la porte du vide-poussière (C) pour ouvrir la porte (D).

Appuyer sur le bouton de dégagement de la porte du vide-poussière pour enclencher la porte et la fermer.

**3-4**

Placer la base du vide-poussière en premier. Faire pivoter le vide-poussière dans l'aspirateur.

**3-5**

Enfoncer le bouton de dégagement du vide-poussière tout en appuyant sur le vide-poussière.

Relâcher le bouton pour qu'il reprenne sa position et verrouiller le vide-poussière en place.

# Nettoyage des filtres

## Ensemble du filtre cyclonique

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-6**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Faire tourner l'ensemble du filtre (A) dans le sens antihoraire. Enlever l'ensemble du filtre du vide-poussière.

**3-7**

La poussière et les débris peuvent être enlevés de l'ensemble du filtre en le brossant avec l'accessoire combiné de l'aspirateur.

Placer l'ensemble du filtre sur le vide-poussière, aligner les languettes (A) d'un côté du filtre avec les fentes du vide-poussière (B) et faire tourner dans le sens horaire pour fixer en place.

Remettre en place le vide-poussière, tel qu'il est décrit aux figures 3-4 et 3-5.

## Filtre secondaire

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-8**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Appuyer sur le verrou (A) situé sur le dessus de la cavité du vide-poussière pour enlever le cadre gris du filtre. Enlever le filtre en mousse noire (B) du cadre. Laver le filtre à la main avec de l'eau froide et un détergent doux.

Laisser le filtre sécher à l'air libre et le remettre en place dans l'appareil.

Remettre en place le cadre du filtre en insérant les languettes (C) dans les fentes (D) situées au fond de la cavité du vide-poussière. Faire tourner le cadre du filtre vers le haut de la cavité du vide-poussière et enclencher en place.

## Filtre terminal

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-9**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Tirer le cadre du filtre (A) tout droit pour l'enlever de la base de la cavité du vide-poussière. Enlever le filtre (B) du cadre.

Laver le filtre à la main avec de l'eau froide et un détergent doux.

Laisser le filtre sécher à l'air libre et le remettre en place dans le cadre du filtre.

Remettre en place le cadre du filtre dans la base de la cavité du vide-poussière.

### Quoi acheter ?

À l'achat de nouveaux filtres, demander l'ensemble de filtres HOOVER n° 93001633, qui inclus un (1) filtre primaire, n° 93001723, et un (1) filtre terminal, n° 93001726.

# Remplacement de l'ampoule

## Quoi acheter ?

Cet appareil utilise une ampoule 13 volts, T-3 114 à culot poussoir. pièce Hoover n° 27313107.

**3-10**

## Enlèvement de la lentille

Débrancher l'appareil de la prise de courant.

Appuyer sur la pédale de déblocage du manche et placer le manche à sa position basse.

À l'aide d'un tournevis cruciforme, retirer la vis, comme il est illustré, puis soulever la lentille.

**3-11**

## Pose de l'ampoule

Tirer sur l'ampoule pour l'enlever de la douille. Enfoncer directement la nouvelle ampoule jusqu'à ce qu'elle se bloque en place.

Éviter d'utiliser une force excessive.

A145

## 3-12

### Remise en place de la lentille

Remettre la lentille puis fixer en place avec la vis.

## Remplacement de la courroie

La courroie de votre aspirateur Hoover fait tourner l'agitateur et est essentielle au bon fonctionnement de l'appareil. S'assurer régulièrement du bon état de la courroie située sous le couvercle de l'aspirateur.

### Quand la remplacer ?

Débrancher l'appareil de la prise de courant.

Pour vérifier la courroie, retirer le couvercle tel qu'illustré à la Figure 3-13. Remplacer la courroie si elle est étirée, coupée ou sectionnée.

### Quoi acheter?

Afin de s'assurer de son fonctionnement optimal, n'utiliser que des courroies originales HOOVER avec votre aspirateur. À l'achat d'une nouvelle courroie, demander la pièce HOOVER n° 38528040 (numéro de pièce de l'ensemble de la courroie 40201190).

## 3-13

### Comment la remplacer ?

Débrancher l'appareil de la prise de courant.

Pour enlever le couvercle

Appuyer sur la pédale de déblocage du manche et placer le manche à sa position basse.

À l'aide d'une pièce de monnaie, tourner les deux fentes (A) des deux côtés du couvercle, tel qu'il est illustré.

## 3-14

Faire tourner le manche vers l'avant de l'aspirateur et l'enlever.

## 3-15

### Pour enlever le rouleau-brosse de l'agitateur

Enlever le rouleau-brosse de l'agitateur et la courroie usée.

Jeter la courroie usée.

## 3-16

Pour installer une nouvelle courroie

---

Avec le lettrage à l'extérieur, faire glisser la nouvelle courroie sur la poulie du moteur (B).

## 3-17

### Remise en place du rouleau-brosse de l'agitateur

Insérer l'agitateur dans la courroie et placer cette dernière dans le guide-courroie (C) de l'agitateur.

## 3-18

### Pour fixer l'agitateur

Saisir fermement l'agitateur puis l'insérer en position, d'abord en faisant glisser son extrémité opposée à la courroie dans la rainure rectangulaire (D) sur le côté de l'appareil.

Tirer l'autre côté de l'agitateur (E) pour le mettre en place.

Faire tourner l'agitateur pour s'assurer qu'il tourne librement et que la courroie n'est pas coincée entre l'agitateur et la base de l'aspirateur.

## 3-19

### Pour replacer le couvercle

Aligner les languettes (F) du couvercle avec les fentes (G) sur la base de l'aspirateur. Faire pivoter le couvercle en position.

Fixer le couvercle en position en tournant les fentes avec la pièce de monnaie (figure 3-13).

## Le rouleau-brosse de l'agitateur

### Quand le remplacer ?

L'agitateur doit être remplacé lorsque ses brosses sont usées.

Pour vérifier l'état des brosses, couper l'alimentation électrique de l'appareil.

## 3-20

Placer l'extrémité d'un morceau de carton en travers de la plaque inférieure tout en faisant tourner l'agitateur. Afin de maintenir l'efficacité de l'appareil, remplacer l'agitateur si les brosses ne touchent pas au carton.

### Quoi acheter ?

À l'achat d'un nouvel agitateur, demander la pièce HOOVER n° 48414113.

### Comment le remplacer ?

Débrancher l'appareil de la prise de courant.

Retirer le couvercle, la courroie et

---

l'agitateur en suivant les directives de section « Courroie » commençant ave la figure 3-13.

Jeter le vieil agitateur au rebut.

Continuer à suivre les directives de la section sur la courroie pour remettre en place la courroie, le nouvel agitateur e le couvercle.

## Lubrification

Le moteur est pourvu de deux paliers suffisamment lubrifiés pour toute la durée de vie du moteur. Toute lubrification supplémentaire pourrait causer des dommages. Par conséquent, ne pas ajouter de lubrifiant aux paliers du moteur.

## Protecteur thermique

L'aspirateur est doté d'une protection thermique interne pour le protéger contre les surchauffes. Lorsque la protection thermique est activée, l'aspirateur cesse de fonctionner. Dans un tel cas, procéder de la façon suivante :

1. Éteindre l'aspirateur (OFF) et le débrancher de la prise de courant.

2. Vérifier l'accumulation de poussière sur le filtre secondaire et le filtre terminal.

3. Débloquer le tuyau (voir la section « Déblocage des obstructions »).

4. Lorsque l'aspirateur est débranché et le moteur laissé au repos pendant 30 minutes, la protection thermique se réinitialise automatiquement, et le nettoyage peut reprendre.

Si la protection thermique continue de s'activer après avoir suivi les étapes ci-dessus, l'aspirateur peut avoir besoin d'être réparé (voir la section « Service »).

## Service

Pour obtenir le service autorisé HOOVER ou des pièces d'origine HOOVER, il vous faut l'adresse du **Centre de vente et de service Hoover ou de l'atelier de service garanti autorisé (dépôt) le plus près de chez vous.** Pour l'obtenir, vous pouvez :

- consulter les Pages Jaunes sous la rubrique « Aspirateurs domestiques » OU -

- vérifier la liste des Centres de vente et service en usine fournie avec cet appareil OU -

- consulter la section Service de Hoover sur Internet au **www.hoover.com** OU -

- composer le 1 800 944-9200 pour