# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| C. BARR FLINN, ESQUIRE<br>DIRECT DIAL: 302-571-6692<br>DIRECT FAX:  302-576-3292<br>bflinn@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

July 29, 2005

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

Re:  Dyson Technology Limited v. Maytag Corporation,
     C.A. No. 05-434-GMS

Dear Judge Sleet:

I write to request oral argument on plaintiffs' Motion for an Early Preliminary Injunction Hearing Date and Expedited Discovery. Briefing on the motion was completed today, and the parties' papers may be found at docket items 6, 7, 10, 11 and 18.

Respectfully submitted,

C. Barr Flinn
(No. 4092)

GCM:cam

cc:   Clerk of the Court (by CM/ECF)
      Francis DiGiovanni, Esquire (by CM/ECF and hand delivery)
      Ray L. Weber, Esquire (by Federal Express)

DB01:1774026.1

063753.1002