IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>        Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-434-GMS<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 STATEMENT

Defendant Maytag Corporation ("Maytag"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1: Maytag has no parent corporation, and no publicly held corporation owns 10% or more of Maytag's stock.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Facsimile (302) 658-5614

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Facsimile (330) 376-9646

Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Facsimile (312) 558-5700

Attorneys for Defendant Maytag Corporation

## **CERTIFICATE OF SERVICE**

      I, Francis DiGiovanni, hereby certify that on August 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

      I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by Federal Express on the following counsel of record:

> David B. Tulchin
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York  10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

409300v1