IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED and       )
DYSON, INC.,                       )
                                   )
            Plaintiffs,            )
                                   )
      v.                           )        Civil Action No. 05-434 (GMS)
                                   )
MAYTAG CORPORATION,                )
                                   )
            Defendant.             )

## ORDER

WHEREAS, on July 19, 2005, Dyson Technology Limited and Dyson, Inc. (collectively, "Dyson") filed a motion for an early preliminary injunction hearing date and expedited discovery (D.I. 6) in this patent infringement action;

WHEREAS, the motion asserts that an early preliminary injunction hearing date is necessary to prevent immediate and irreparable injury, and expedited discovery is appropriate to develop evidence for the preliminary injunction hearing;

WHEREAS, on July 27, 2005, Maytag Corporation ("Maytag") filed an answer brief (D.I. 11), opposing Dyson's motion and contending that Dyson could not show irreparable harm;

WHEREAS, on August 3, 2005, the court held a teleconference with the parties and heard argument on Dyson's motion; and

WHEREAS, after having considered the parties' submissions (D.I. 7, 11, 18) and arguments, as well as the pertinent case law, the court concludes that Dyson has not made the appropriate showing required for an early preliminary injunction hearing and expedited discovery;

IT IS HEREBY ORDERED that:

1.    Dyson's Motion for an Early Preliminary Injunction Hearing Date and Expedited

Discovery (D.I. 6) is DENIED.


Dated: August __5__ , 2005                                        _____

                                                                              UNITED STATES DISTRICT JUDGE



2