IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the briefing schedule for Plaintiffs' Motion for Preliminary Injunction is set as follows:

- Defendant's answering brief must be filed and served by August 29, 2005.

- Plaintiffs' reply brief must be filed and served by September 20, 2005.

/s/ Glenn C. Mandalas
C. Barr Flinn (#4092)
John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6000
jshaw@ycst.com

*Attorneys for Plaintiffs*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendant*

SO ORDERED, this ____ day of August, 2005

_____
United States District Judge

410523_1.DOC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 8, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>C. Barr Flinn (#4092)
>John W. Shaw (#3362)
>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6000
>jshaw@ycst.com

I hereby further certify that on August 8, 2005, I have served the foregoing document on the above counsel by hand, and the following in the manner so indicated:

*BY U.S. POSTAL SERVICE:*

>David B. Tulchin
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19801
>(302) 658-9141
>fdigiovanni@cblh.com
>*Attorneys for Defendant*