Case 1:05-cv-00434-GMS    Document 26    Filed 08/09/2005    Page 1 of 2

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT | RICHARD J.A. POPPER | THE BRANDYWINE BUILDING | ATHANASIOS E. AGELAKOPOULOS | TIMOTHY E. LENGKEEK |
| BEN T. CASTLE | TERESA A. CHEEK | 1000 WEST STREET, 17TH FLOOR | JOSEPH M. BARRY | MATTHEW B. LUNN |
| SHELDON N. SANDLER | NEILLI MULLEN WALSH | WILMINGTON, DELAWARE 19801 | SEAN M. BEACH | JOSEPH A. MALFITANO |
| RICHARD A. LEVINE | JANET Z. CHARLTON | | DONALD J. BOWMAN, JR. | GLENN C. MANDALAS |
| RICHARD A. ZAPPA | ROBERT S. BRADY | P.O. BOX 391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | JOEL A. WAITE | WILMINGTON, DELAWARE 19899-0391 | CURTIS J. CROWTHER | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | BRENT C. SHAFFER | | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | DANIEL P. JOHNSON | (302) 571-6600 | ERIN EDWARDS | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | CRAIG D. GREAR | (800) 253-2234 (DE ONLY) | KENNETH J. ENOS | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | TIMOTHY JAY HOUSEAL | FAX: (302) 571-1253 | IAN S. FREDERICKS | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | BRENDAN LINEHAN SHANNON | | JAMES J. GALLAGHER | JOHN J. PASCHETTO |
| JOSY W. INGERSOLL | MARTIN S. LESSNER | | DANIELLE GIBBS | ADAM W. POFF |
| ANTHONY G. FLYNN | PAULINE K. MORGAN | 110 WEST PINE STREET | ALISON G.M. GOODMAN | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | C. BARR FLINN | P.O. BOX 594 | SEAN T. GREECHER | FRANCIS J. SCHANNE |
| EUGENE A. DIPRINZIO | NATALIE WOLF | GEORGETOWN, DELAWARE 19947 | KARA S. HAMMOND | MICHELE SHERRETTA |
| JAMES L. PATTON, JR. | LISA B. GOODMAN | (302) 856-3571 | STEPHANIE L. HANSEN | MICHAEL P. STAFFORD |
| ROBERT L. THOMAS | JOHN W. SHAW | (800) 255-2234 (DE ONLY) | DAWN M. JONES | JOHN E. TRACEY |
| WILLIAM D. JOHNSTON | JAMES P. HUGHES, JR. | FAX: (302) 856-9338 | RICHARD S. JULIE | MARGARET B. WHITEMAN |
| TIMOTHY J. SNYDER | EDWIN J. HARRON | | KAREN E. KELLER | CHRISTIAN DOUGLAS WRIGHT |
| BRUCE L. SILVERSTEIN | MICHAEL R. NESTOR | WWW.YOUNGCONAWAY.COM | JENNIFER M. KINKUS | SHARON M. ZIEG |
| WILLIAM W. BOWSER | MAUREEN D. LUKE | | EDWARD J. KOSMOWSKI | |
| LARRY J. TARABICOS | ROLIN P. BISSELL | | JOHN C. KUFFEL | OF COUNSEL |
| RICHARD A. DILIBERTO, JR. | SCOTT A. HOLT | DIRECT DIAL: 302-571-6692 | | STUART B. YOUNG |
| MELANIE K. SHARP | JOHN T. DORSEY | DIRECT FAX: 302-576-3292 | SPECIAL COUNSEL | EDWARD B. MAXWELL, 2ND |
| CASSANDRA F. ROBERTS | M. BLAKE CLEARY | bflynn@ycst.com | JOHN D. MCLAUGHLIN, JR. | |
| | | | ELENA C. NORMAN (NY ONLY) | |
| | | | PATRICIA A. WIDDOSS | |

August 9, 2005

BY CM/ECF

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

        Re:    Dyson Technology Limited v. Maytag Corporation
                C.A. No. 05-434-GMS

Dear Judge Sleet:

       This is in response to the Court's request that the parties explain the reasons for the Stipulation and Proposed Order submitted yesterday concerning the briefing of the motion for a preliminary injunction. As the Court knows, Dyson moved for a preliminary injunction on July 29 because it believes that it is threatened with irreparable injury if defendant Maytag's infringement is allowed to continue until such time as the Court can hold a trial on the merits of the infringement claims. Dyson asked the Court to expedite discovery and to establish a schedule for briefing and for a hearing.

       On August 3, the Court held a telephone conference and denied Dyson's requests for expedited discovery and a hearing date. Instead, the Court stated that the parties should brief the motion for a preliminary injunction. Absent some contrary agreement, Maytag's brief would be due on August 12.

       On August 4, Maytag's counsel asked Dyson's counsel for an adjournment of its time to submit its brief in opposition to the preliminary injunction motion. The parties then

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Gregory M. Sleet
August 9, 2005
Page 2

agreed on the briefing schedule that is reflected in the Stipulation submitted to the Court yesterday.

The parties do not by the proposed Stipulation seek to affect or impair the Court's schedule in any fashion, and the Stipulation does not specify a date for any hearing of the preliminary injunction motion. Instead, the Stipulation merely seeks to provide convenient and practicable dates for the parties to submit papers.

The dates in the proposed Stipulation have been agreed to by the parties, and reflect dates that both sides believe are realistic and workable. Dyson, for its part, intends to comply with the schedule and has no intention of seeking any further delay. It respectfully requests that the Court permit the parties to proceed on the agreed-upon schedule.

Respectfully submitted,

*C. Barr Flinn by [signature]*

C. Barr Flinn
(No. 4092)

CBF:drw
cc:  Clerk of the Court (by CM/ECF)
     Francis DiGiovanni (by CM/ECF and hand delivery)
     Ray L. Weber (by Facsimile)
     Stephen P. Durchslag (by Facsimile)
     David B. Tulchin (by Facsimile)