IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-434-GMS <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS was served upon the following attorneys of record on August 29, 2005:

**BY HAND AND ECF:**

C. Barr Flinn
John W. Shaw
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS:**

David B. Tulchin
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

|  |  |
|---|---|
|  | Ray L. Weber<br>Laura J. Gentilcore<br>Renner, Kenner, Greive, Bobak, Taylor & Weber<br>400 First National Tower<br>Akron, OH 44308<br>Phone (330) 376-1242<br><br>Stephen P. Durchslag<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Phone (312) 558-5600 |
| Dated: August 29, 2005 | Attorneys for Defendant Maytag Corporation |

414331v1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on August 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by Federal Express on the following counsel of record:

> David B. Tulchin
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York  10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)