IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 05-05-434 |
| v | ) ) | |
| MAYTAG CORPORATION | ) ) | |
| Defendant | ) | |

**APPENDIX TO DEFENDANT MAYTAG CORPORATION'S
BRIEF IN OPPOSITION TO DYSONS'
MOTION FOR PRELIMINARY INJUNCTION**

Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
Facsimile (302) 658-5614

Ray L. Weber  (Ohio Reg. No. 0006497)
Laura J. Gentilcore (Ohio Reg. No. 0034702)
Renner, Kenner, Greive, Bobak,
    Taylor & Weber
400 First National Tower
Akron, OH  44308\
Phone  (330) 376-1242
Facsimile (330) 376-9646

Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone  (312) 558-5600
Facsimile  (312) 558-5700

Attorneys for Defendant Maytag Corporation

1

PDF created with pdfFactory trial version www.pdffactory.com

Attached hereto are the Affidavits and evidentiary materials referenced in Defendant Maytag Corporations Brief in Opposition to Motion for Preliminary Injunction, not otherwise presented in the record herein.

Respectfully submitted,

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Facsimile (302) 658-5614

Ray L. Weber  (Ohio Reg. No. 0006497)
Laura J. Gentilcore (Ohio Reg. No. 0034702)
Renner, Kenner, Greive, Bobak,
    Taylor & Weber
400 First National Tower
Akron, OH  44308\
Phone  (330) 376-1242
Facsimile (330) 376-9646

Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone  (312) 558-5600
Facsimile  (312) 558-5700

Attorneys for Defendant Maytag Corporation

PDF created with pdfFactory trial version www.pdffactory.com

## TABLE OF CONTENTS

**Page**

U.S. Patent 4,643,748 ("the '748 patent")……………………………………. MAPP 001

U.S. Patent 4,826,515 ("the '515 patent")……………………………….…..MAPP 010

U.S. Patent 4,853,008 ("the '008 patent")……………………………….…..MAPP 024

U.S. Patent 5,858,038 ("the '038 patent")……………………………….…..MAPP 032

Affidavit of Charles D. DeGraff……………………………………….…..MAPP 041

Affidavit of David Baker………………………………………………….MAPP 069

Selections from '038 Patent Prosecution History……………………….....MAPP 074

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on August 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by Federal Express on the following counsel of record:

> David B. Tulchin
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)

PDF created with pdfFactory trial version www.pdffactory.com