# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED and )
DYSON, INC. )
)
          Plaintiffs, )
      v. )    No. C.A. 05-434-GMS
)
MAYTAG CORPORATION, )
)
          Defendant. )

## APPENDIX TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION

C. Barr Flinn (No. 4092)
bflinn@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

Attorneys for Plaintiffs

OF COUNSEL

David B. Tulchin
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

September 20, 2005

## TABLE OF CONTENTS

Page

Summary of Disputed Elements

    '515 Patent ...................................................................................C1

    '748 Patent ...................................................................................C4

    '008 Patent ...................................................................................C7

    '038 Patent ...................................................................................C13

Reply Affidavit of Gareth Evan Lyn Jones, sworn to September 15, 2005...................C15

    Exhibit 30....................................................................................C32

    Exhibit 31....................................................................................C33

    Exhibit 32....................................................................................C34

    Exhibit 33....................................................................................C35

    Exhibit 34....................................................................................C36

    Exhibit 35....................................................................................C37

Whirlpool Corp. 2004 Summary Annual Report ..........................................C38

Unreported Opinions

    *A.W. Indus. Inc.* v. *Electronic Connector Serv. Inc.*,
        46 U.S.P.Q. 2d 1218 (S.D. Fla. 1997) ...........................................C78

    *Solarex Corp.* v. *Advanced Photovoltaic Sys., Inc.*,
        No. 93-229-JJF, 1995 WL 314742 (D. Del. Jan. 6, 1995)...........................C87

    *Spalding & Evenflo Cos.* v. *Acushnet Co*,
        2 U.S.P.Q. 2d 1070 (D. Mass. 1986) ...........................................C94

    *Sun Microsystems, Inc.* v. *Dataram Corp.*,
        No. 96-20708, 1997 WL 50272 (N.D. Cal. Feb. 4, 1997) ...........................C97

# SUMMARY OF DISPUTED ELEMENTS

# Summary of Disputed Elements

## The '515 Patent

| Claim No. 14 of the '515 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 14. A cleaning apparatus comprising: | | | |
| (a) an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, | 14.1 | Unchallenged | |
| a dirty air inlet at an upper portion of the outer container spaced from the bottom | 14.2 | "Upper portion" means very "top" of the container and dirty air inlet is 41% from the "top." (Maytag Br. at 8) | "Upper portion" means above the midline of the container, not at the very top of the container; in any event, the dirty air inlet is only about 30.7% from the "top" of the container. (Dyson Reply Br. at 6) |
| and is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container | 14.3 | Claim element is not met because dirty air inlet does not "cause" tangential airflow. (Maytag Br. at 8) | Dirty air inlet need only be "oriented" for supplying tangential air flow; it need not "cause" the tangential airflow. (Dyson Reply Br. at 6-7) |
| which has a circular cross-section | 14.4 | Unchallenged | |
| and an air outlet from the container at an upper portion of the container; | 14.5 | Unchallenged | |
| (b) a circular cross-sectioned cyclone with a longitudinal axis mounted inside the container, the cyclone comprising | 14.6 | Unchallenged | |
| a cyclone air inlet at an upper end and having a first diameter of the cyclone in air communication with the air outlet of the container, | 14.7 | Unchallenged | |

-1-

C1

| Claim No. 14 of the '515 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| an interior dirt rotational surface of frusto-conical shape defining the cyclone for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, | 14.8 | "[The cyclone of the Fusion vacuum cleaner does not maintain the velocity of the air, but accelerates it." (Maytag Br. at 8-9) | The words "maintaining its velocity" do not mean that the air flow must remain at a constant speed, just that it continue to flow through inner cyclone. Maytag's interpretation is inconsistent with recognized principles of cyclonic technology and would not even cover the preferred embodiment of the patent. (Dyson Reply Br. at 7) |
| the air inlet being oriented for supplying air tangentially to the surface, | 14.9 | Unchallenged | |
| an outer surface of frusto-conical shape, | 14.10 | Unchallenged | |
| and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone; | 14.11 | Unchallenged | |
| (c) a dirt receiving and collecting chamber extending from the bottom of the container to a portion of the outer surface of the cyclone, | 14.12 | Unchallenged | |
| wherein the chamber and cyclone are separable from the outer container | 14.13 | Unchallenged | |
| wherein the receiving chamber has a circular cross-sectioned inner surface around the axis with a minimum diameter furthest from the opening of 3 times the diameter of the cone opening | 14.14 | The diameter of the receiving chamber furthest from the cone opening is the diameter of the plastic portion of the receiving chamber, not the rubber-like material on that chamber. The plastic portion has a diameter that is 2.9 times the diameter of the cone opening. (Maytag Br. at 9) | The diameter of the dirt collection chamber furthest from the cone opening is located on the rubber-like portion of the chamber that touches the bottom container, and that diameter is about 3.11 times the diameter of the cone opening. The rubber-like material is glued tight to the dirt collection chamber and forms one component. (Dyson Reply Br. at 8) Even if the ring seal is excluded, the diameter of the plastic portion of the |

-2-

C2

| Claim No. 14 of the '515 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| | | | receiving chamber is 2.97 times the diameter of the cone opening, which, when rounded to the nearest tenth, is still 3 times the diameter of the cone opening. (Dyson Reply Br. at 7-8) |
| and wherein the chamber is open to the bottom of the container to facilitate emptying of the dirt; | 14.15 | Unchallenged | |
| (d) ring seal means between the chamber and outer container; and | 14.16 | Unchallenged | |
| (e) means for generating an air flow | 14.17 | Unchallenged | |
| which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, | 14.18 | Unchallenged | |
| the air flow rotating around the frusto-conical interior surface of the cyclone and the inner surface of the receiving chamber and depositing dirt in the receiving chamber. | 14.19 | Unchallenged | |

-3-

C3

# The '748 Patent

| Claim No. 15 of the '748 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 15. In a cleaning apparatus including | | | |
| an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, | 15.1 | Unchallenged | |
| a dirty air inlet at an upper portion of the outer container spaced from the bottom | 15.2 | *Same as Element 14.2.* | *Same as Element 14.2.* |
| which is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container | 15.3 | *Same as Element 14.3.* | *Same as Element 14.3.* |
| which has a circular cross-section | 15.4 | Unchallenged | |
| and an air outlet from the container at the upper portion of the container; | 15.5 | Unchallenged | |
| a circular cross-sectioned cyclone having a longitudinal axis and mounted inside the container, the cyclone comprising | 15.6 | Unchallenged | |
| a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, | 15.7 | Unchallenged | |
| an interior dirt rotational surface of frusto-conical shape for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, | 15.8 | *Same as Element 14.8.* | *Same as Element 14.8.* |
| the air inlet being oriented for supplying air tangentially to the surface, | 15.9 | Unchallenged | |

-4-

C4

| Claim No. 15 of the '748 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| an outer surface of frusto-conical shape, | 15.10 | Unchallenged | |
| and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone; | 15.11 | Unchallenged | |
| a dirt receiving and collecting chamber extending from the cone opening; | 15.12 | Unchallenged | |
| and means for generating an air flow | 15.13 | Unchallenged | |
| which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, | 15.14 | Unchallenged | |
| the air flow rotating around the frusto-conical interior surface of the cyclone and depositing the dirt in the receiving chamber | 15.15 | Unchallenged | |
| the improvement which comprises: a disc means provided on the outside of the cyclone intermediate the receiving chamber and the air outlet of the container and around to the longitudinal axis of cyclone | 15.16 | "[T]he disc of the Fusion vacuum cleaner is not provided on the outside of the cyclone, but secured about an upper portion of the receiving chamber." The disc is not intermediate the receiving chamber and the air outlet. Intermediate means "in the middle." Here, the disc is below the boundary of the receiving chamber itself. (Maytag Br. at 10) | The disc is "on" the outside of the cyclone. The inside diameter of the disc surrounds and touches the outer surface of the inner cyclone and is attached to it by the same screws that secure the disc to the shroud. The disc is also intermediate the receiving chamber and the air outlet of the container (here, the shroud). The term "intermediate" here means "between" not in the middle. In any event, the disc here is not only between the air outlet (or shroud) and the receiving chamber, but also in the middle of those two components. (Dyson Br. at 9-10) |

-5-

C5

| Claim No. 15 of the '748 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| with a space between the interior surface of the container and the disc means for passage of air | 15.17 | Unchallenged | |
| wherein the disc means retards long strands in the dirt from clogging the air outlet and retains the strands in the container. | 15.18 | Unchallenged | |

| Claim No. 16 of the '748 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 16. The apparatus of claim 15 wherein the disc means is circular around the longitudinal axis of the cyclone. | | No infringement by virtue of its dependence on claim no. 15. | The Fusion has the elements of this claim. Because claim no. 15 is infringed, this claim is infringed. |

| Claim No. 17 of the '748 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 17. The apparatus of claim 16 wherein the disc means is conical in shape around the longitudinal axis with a smaller opening attached to the outer surface of the cyclone and a larger opening below the smaller opening facing the bottom of the container such that there is a tapered wall between the openings. | | No infringement by virtue of its dependence on claim nos. 16. | The Fusion has the elements of this claim. Because claim no. 16 is infringed, this claim is infringed. |

-9-

C6

## The '008 Patent

| Claim No. 1 of the '008 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 1. In a cleaning apparatus including | | | |
| an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, | 1.1 | Unchallenged | |
| a dirty air inlet which is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container | 1.2 | *Same as Element 14.3.* | *Same as Element 14.3.* |
| which has a circular cross-section | 1.3 | Unchallenged | |
| and an air outlet from the container; | 1.4 | Unchallenged | |
| a circular cross-sectioned cyclone having a longitudinal axis mounted inside the container, the cyclone comprising | 1.5 | Unchallenged | |
| a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, | 1.6 | Unchallenged | |
| an interior dirt rotational surface of frusto-conical shape for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, | 1.7 | *Same as Element 14.8.* | *Same as Element 14.8.* |
| the air inlet being oriented for supplying air tangentially to the surface, | 1.8 | Unchallenged | |
| an outer surface of frusto-conical shape, | 1.9 | Unchallenged | |

-7-

C7

| Claim No. 1 of the '008 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone; | 1.10 | Unchallenged | |
| a dirt receiving and collecting chamber extending from the cone opening; | 1.11 | Unchallenged | |
| and means for generating an air flow | 1.12 | Unchallenged | |
| which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, | 1.13 | Unchallenged | |
| the air flow rotating around the frusto-conical interior surface of the cyclone and depositing the dirt in the receiving chamber | 1.14 | Unchallenged | |
| the improvement which comprises: | | | |
| (a) a shroud means mounted on and around the outer surface of the cyclone and having opposed ends along the longitudinal axis and providing for outlet air from the container into the air inlet to the cyclone | 1.15 | Unchallenged | |
| wherein the shroud means is mounted at one end below the air inlet to the cyclone and extends along the outer surface with the other end at a position intermediate to the cone opening and the air inlet to the cyclone, | 1.16 | "[T]he air inlets to the cyclone . . . are actually below the upper end of the shroud by at least 3/16 inch." (Maytag Br. at 11) | Maytag improperly includes as part of the shroud, the portion of the plastic component that is situated above the shroud and surrounds the air inlet to the inner cyclone. The shroud is only the perforated portion of the plastic component that surrounds the outside surface of the inner cyclone, which is below the air inlet to the inner cyclone. (Dyson Reply Br. at 10-11) |

-8-

C8

| Claim No. 1 of the '008 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| wherein the shroud means contacts the outer surface of the cyclone for closure at the other of the ends | 1.17 | Unchallenged | |
| and wherein the shroud means has perforations adjacent to the position intermediate to the cone opening for the flow of air from the outer container to the cyclone inlet; and | 1.18 | The Fusion's perforations "are not adjacent to the position at the end of the shroud nearest to cone opening, but such perforations are spaced about an inch away from such location." (Maytag Br. at 11-12) | Although the patent specification at one point refers to perforations being "immediately adjacent" the bottom of the shroud, the claim element is broader—requiring only that the perforations be "adjacent" that position. Furthermore, the perforations on the shroud are less than one-half inch from this location and are thus "adjacent" to it. (Dyson Reply Br. at 11) |
| (b) disc means provided on the shroud means at a lower longitudinal extent of the shroud means and the air inlet of the cyclone and around the axis of cyclone | 1.19 | The words "provided on" require that the disc and shroud be one integral component. They are two components on the Fusion.<br><br>Because of this, the disc "does not provide the lower longitudinal extent of the shroud . . . but extends well below the lower longitudinal extent of the shroud and even further beyond the perforations that comprise the air inlet of the cyclone." (Maytag Br. at 12) | Maytag improperly attempts to read words into the claim element. Nothing in the patent requires that the disc and shroud be one component. The patent specification shows that the words "provided on" simply require that the disc be attached to the bottom of the shroud, which it is on the accused product.<br><br>The claim element is met if the air inlet is above the shroud and the disc is at a lower longitudinal extent of the shroud, which is the case on the Fusion. (Dyson Reply Br. at 11-12) |
| with a space between the interior surface of the container and the disc means for passage of air, | 1.20 | Unchallenged | |

-9-

C9

| Claim No. 1 of the '008 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| wherein the disc means aids in dirt removal in the first container by preventing some of the dirt from flowing into the air inlet to the cyclone. | 1.21 | Unchallenged | |

| Claim No. 2 of the '008 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 2. The apparatus of claim 1 wherein the disc means is circular in cross-section around the longitudinal axis of the cyclone. | | No infringement by virtue of its dependence on claim no. 1. | The Fusion has the elements of this claim. Because claim no. 1 is infringed, this claim is infringed. |

| Claim No. 3 of the '008 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 3. The apparatus of claim 1 wherein the disc means has a conical shape around the shroud means such that a larger portion of the conical shape faces towards the bottom of the container. | | No infringement by virtue of its dependence on claim no. 1. | The Fusion has the elements of this claim. Because claim no. 1 is infringed, this claim is infringed. |

| Claim No. 7 of the '008 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 7. The apparatus of claim 1 wherein the disc means is positioned about one-third of the distance between the cone opening and the air inlet of the cyclone. | | No infringement by virtue of its dependence on claim no. 1. | The Fusion has the elements of this claim. Because claim no. 1 is infringed, this claim is infringed |

| Claim No. 11 of the '008 Patent | | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 11. The apparatus of claim 1 wherein the outer container has a substantially cylindrical sidewall. | | No infringement by virtue of its dependence on claim no. 1. | The Fusion has the elements of this claim. Because claim no. 1 is infringed, this claim is infringed. |

C10

| Claim No. 23 of the '008 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| A shroud means for use in a cleaning apparatus including an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, a dirty air inlet which is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container which has a circular cross-section and an air outlet from the container; a circular cross-sectioned cyclone having a longitudinal axis mounted inside the container, the cyclone comprising a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, an interior dirt rotational surface of frusto-conical shape for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer surface of frusto-conical shape, and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone; a dirt receiving and collecting chamber extending from the cone opening; and means for generating an air flow which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the frusto-conical interior surface of the cyclone and depositing the dirt in the receiving chamber the improvement which comprises:

(a) a shroud means to be mounted on and around the outer surface of the cyclone and having opposed ends along the longitudinal axis of the cyclone and providing for outlet air from the container into the air inlet to the cyclone wherein the shroud means is mounted at one end below the air inlet to the cyclone at one of the opposed ends of the shroud means and extends along the outer surface with the other end at a position intermediate to the cone opening and the air inlet to the cyclone, wherein the shroud means contacts the outer surface of the cyclone for closure at the other of the ends and wherein the shroud means has perforations adjacent to the position intermediate to the cone opening for the flow of air from the outer container to the | This is materially the same as claim no. 1. Thus, it is not infringed for the same reasons as claim no. 1 is not infringed. | For the same reasons that the Fusion infringes claim no. 1, it also infringes claim no. 23. |

-11-

| Claim No. 23 of the '008 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| cyclone inlet; and<br><br>(b) disc means provided on the shroud means at a lower longitudinal extent of the shroud means and the air inlet of the cyclone and around the axis of the cyclone with a space between the interior surface of the container and the disc means for passage of air, wherein the disc means aids in dirt removal in the first container by preventing some of the dirt from flowing into the air inlet to the cyclone. | | |

| Claim No. 24 of the '008 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| 24. The shroud means of claim 23 wherein the disc means is circular in cross-section around the longitudinal axis of the cyclone. | No infringement by virtue of its dependence on claim no. 23. | The Fusion has the elements of this claim. Because claim no. 23 is infringed, this claim is infringed. |

| Claim No. 25 of the '008 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| 25. The shroud means of claim 23 wherein the disc means has a conical shape around the shroud means such that a larger portion of the conical shape faces towards the bottom of the container. | No infringement by virtue of its dependence on claim no. 23. | The Fusion has the elements of this claim. Because claim no. 23 is infringed, this claim is infringed. |

-12-

C12

## The '038 Patent

| Claim No. 1 of the '038 Patent | Element No. | Maytag's Position | Dyson's Response |
|---|---|---|---|
| 1. Vacuum cleaner apparatus for separating dirt or dust from an airflow comprising | | Claim is invalid. | For purposes of this motion only, Dyson withdraws its claim of infringement of this claim. |
| a frustoconical cyclone | 1.1 | | |
| having a tangential air inlet located at or adjacent the end of the cyclone having the larger diameter | 1.2 | | |
| and a cone opening located at the end of the cyclone having a smaller diameter than at the end having the larger diameter, | 1.3 | | |
| and a collector arranged so as to surround the cone opening and having a base surface facing towards the cone opening, | 1.4 | | |
| wherein the distance between the cone opening and the base surface is either less than 8 mm or between 30 mm and 70 mm | 1.5 | *For purposes of claim nos. 13 and 14:*<br><br>The distance between the cone opening and the base surface on the Hoover Fusion is 72.2 mm, "outside of the recited range of the claim." (Maytag Br. at 13) | *For purposes of claim nos. 13 and 14:*<br><br>The measured distance on the Hoover Fusion is 70.82 mm, not 72.2 mm. Furthermore, Maytag concedes that the distance in the Hoover Fusion performs substantially the same function, in substantially the same way and obtains substantially the same result, thereby infringing under the doctrine of equivalents. (Dyson Reply Br. at 13-14) |
| such that there is improved separation of the dirt or dust because of the distance in the apparatus. | 1.6 | | |

-13-

| Claim No. 13 of the '038 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| 13. Apparatus as claimed in any one of claims 3, 4, 5, or 6 wherein the base surface has a diameter spaced around the longitudinal axis of the cyclone with an upwardly extending annular wall from the base surface wherein a diameter of the wall is greater at an end adjacent the base surface than at an end remote therefrom. | The Fusion does not have the recited annular wall. (Maytag Br. at 14) | The Hoover Fusion "has an annular wall that clearly extends upwardly from the base surface of the outer container." (Dyson Reply Br. at 14) |

| Claim No. 14 of the '038 Patent | Maytag's Position | Dyson's Response |
|---|---|---|
| 14. Apparatus as claimed in any one of claims 3, 4, 5 or 6 wherein the base surface is spaced around the longitudinal axis of the cyclone with an upwardly extending annular wall from the base surface wherein the end of the wall remote from the base surface is radiused. | The Fusion does not have the recited annular wall. (Maytag Br. at 14) | The Hoover Fusion "has an annular wall that clearly extends upwardly from the base surface of the outer container." (Dyson Reply Br. at 14) |

-14-

C14