

**Cook for the Cure**

*Cook for the Cure* presented by KitchenAid was created to give passionate cooks a way to support the Susan G. Komen Breast Cancer Foundation and the fight against breast cancer. To date, the program has raised over $2.3 million for the cause through donation-with-purchase programs, special fundraising events, auctions and grass roots initiatives.

**The Woman's Consulate**

A *Consul* brand initiative and social responsibility project for Whirlpool Latin America creates employment and income opportunities for women with low levels of income and schooling. The program promotes citizenship development for women through access to information and education, stimulating their participation in and contribution to the community.

REBA Habitat for Humanity® CONCERT TOUR PRESENTED BY Whirlpool

**Loyalty to a Cause**

Five years ago, Whirlpool's relationship with Habitat for Humanity International began as an idea from one of our employees who held a deep passion for the organization. Since then, Whirlpool Corporation and thousands of Whirlpool employees have been partnering with Habitat to eliminate poverty housing and homelessness worldwide.

A few years into our relationship, Habitat for Humanity wanted to raise public awareness of its mission and encourage more people to get involved. At the time, *Whirlpool* brand was exploring the strong connection between music and loyalty. To make this connection for Habitat, Whirlpool reached out to Reba McEntire, a celebrity with a strong commitment to Habitat, and soon plans were in place for a 2004 television campaign and concert tour. Reba's tour carried Habitat's message to over a half-million people in the United States, and the commercial in which she starred touched millions more.

Customer loyalty research tells us that efforts such as this are important to consumers. For Whirlpool and our employees, this simply confirms what we already know ... that making a difference in the communities in which we work is the right thing to do.

C50

# Building unmatched customer loyalty requires unique solutions... built on a platform of innovation

In 1999, Whirlpool began investing in a strategy of innovation to create value for our customers and loyalty for our brands. Between 2001 and 2004, more than 30 new innovations were introduced into the market globally, driving additional sales and contributing to profitability. In 2005, Whirlpool is accelerating the introduction of new innovation from our pipeline. Our investment strategy for the innovation pipeline is simple ... maintain a planned rate of compelling product innovation that:

- Delivers new and differentiated solutions to our consumers
- Establishes sustainable competitive advantage
- Creates differentiated shareholder value

Today our pipeline is filled with ideas and products that will help drive new revenue and loyalty growth for Whirlpool in 2005 and over the coming years.







**In.kitchen "Ritual Concept"**
Currently under development with a high-end Italian kitchen manufacturer, "Ritual" is one of Whirlpool's critically acclaimed built-in kitchen concepts (unveiled in 2004). "Ritual" blends two environments–the kitchen and the dining room–into a single unit that hosts all kitchen appliances and a table upon which to present a meal. It is expected to enter the marketplace in 2006.

**Advanced Dispenser**
This advanced ice and water dispenser fills any size container twice as fast as previous Whirlpool models. The oversized dispenser cavity accommodates both large and small containers. The patented filtration system includes touch-button measured filling (in ounces, cups or liters), and a slide-out dispenser tray provides a sturdy platform for hands-free filling from a 180° rotating faucet.

**Fabric Freshener**
With the simple touch of a button, the collapsible *Whirlpool* Fabric Freshener conveniently takes out wrinkles while freshening fabrics. Leveraging key learnings from another innovative product, *Whirlpool Personal Valet*, the compact, portable Fabric Freshener was designed to meet customer needs by providing a clothes-refreshing device that removes odors, quickly and easily without chemicals or detergents, reduces wrinkles, provides gentle drying, and extends wearability and garment life.

C51

# Consumer-Driven Innovation

Whirlpool's innovation pipeline begins with brand-based customer loyalty research, which is applied to new business and product ideas that are brought to market through a multi-leveled commercial development process.



### New Business

Opportunities are developed to create new customers and business models.

### New Products

Completely new product lines are created to solve previously unmet consumer needs.

### Marketable Innovation

Unique, innovative features are designed to update existing products and present new product attributes to the marketplace.

### Product Replacement

Existing product lines are replaced with updated innovation based on key learnings.

   

# 2001 ———————————→ 2004

## New Business and Product Innovations


**Family Studio**
First in a family of fabric care centers [NA] ■


***Gladiator* GarageWorks**
Garage organizing appliances and solutions [NA] ◆ ✱

**Economic House**
A water solution that provides filtered, chilled water replacing bottled water [LA] ✱


**Pure**
Provides filtered, chilled and carbonated water [EU] ✱


**Outdoor Entertaining**
Stainless steel and built-in outdoor appliances, including refrigerators and grills [NA] ✱ ● ◆


**Brand Licensing**
Extends the *KitchenAid* brand reach through gadgets, bakeware, cookware, linens, etc. [NA] ✱


***Polara***
Refrigerated free-standing range [NA] ●

***briva* In-Sink Dishwasher**
First-of-its kind stainless-steel double sink with powerful built-in dishwasher [NA] ▲

**Trolley**
Pedestal with removable trolley to improve loading & unloading front-loading washing machine [EU] ■


***Mini BI* Microwave**
Space saving, easy to install microwave [EU] ●


**Laundry Pedestals**
Family of pedestals for front-loading washer and matching dryer [NA] ■

**Semi-Professional Laundry Pair**
Heavy duty washer and dryer & after-sales service [EU] ■


**Drawer Dishwasher**
Unique dishwasher in single or double drawers [NA] [EU] ▲

**Dish pedestal**
Dishwasher pedestal with drawer [NA] ▲


**Text Assistant Display (TAD) Oven**
User-friendly LCD interface including assisted, manual, memo & demo modes [EU] ●

**Design Your Own Sink**
Consumer customizable sink system [NA] ▲

**Design Your Own Refrigerator**
Consumer customizable refrigerator [NA] [LA] ◆


**Design Your Own Dishwasher**
Consumer customizable dishwasher [NA] ▲

**One Touch Sensor**
Advanced sensor dishwasher control for all levels of cleaning needs [EU] ▲


***Pro Line Total Legendary Care* (TLC)**
Premium customer care program [NA] ✱


**Scrubber Lid for Volcan Washer**
Innovative scrubber lid feature that replaces standard metal lid [NA] ■

**Kitchen Portables**
Countertop appliances offered in an expansive array of colors [NA] ✱


***Turbozone* Dishwasher**
Intensified wash zone for heavily soiled dishes [NA] ▲


**6th Sense Technology**
Sophisticated sensors that automatically control all product functions to ensure optimum results [EU] [LA] [AA]
◆ ▲ ● ■


**Twin**
Fully integrated built-in microwave oven [EU]


**Jobim**
Range with improved ovens & burners, better power and more conveniences [LA] ●


***Big/Dreamspace***
Large capacity washing machine designed for big items [EU] ■


***Pro Line* Appliances**
Series of large and small coordinated appliances [NA] ✱

● COOKING    ■ FABRIC CARE    ▲ CLEANING    ◆ REFRIGERATION    ✱ OTHER

C53

Case 1:05-cv-00434-GMS   Document 32-5   Filed 09/20/2005   Page 5 of 8

# 2005
### New Business and Product Innovations Planned for Commercialization



**Water Domain**
Multi-phase licensing project including water softeners, filters and dispensers [NA] ★



**Laundry Payment Station**
Commercial laundry centralized payment station [NA] ■



**JetChef**
Three-in-one oven combining conventional, steam & microwave technology for high-speed cooking with programmable ease [EU] ●



**Fabric Freshener**
Collapsible in-home clothes revitalizing system that provides wrinkle and odor removal and is easily stored [NA] [EU] ■



***Pro Line* Laundry**
Laundry pair with commercial-quality durability and stainless steel interior & exterior [NA] ■



**Ingredient Center**
New refrigerated drawers for fresh produce at the countertop [NA] ◆



***Max! Fitness, Max! Magnum, Max! Moka***
Max! microwave ovens with unique accessory algorithms to prepare healthy food and dense hot chocolate as well as brew fresh espresso [EU] ●



**SNABBT (Quick)**
Kid-friendly, customizable microwave oven that matches Ikea's "Living with Children" theme [EU] ●





**High Efficiency Wash**
Soak and pulse dishwasher filter for easy cleaning and improved performance [EU] ▲

**Soft Dry**
New condenser dryer equipped with space-saving accessory to dry delicates [EU] ■



**Advanced Water Dispenser**
New ice and water dispenser with pre-programmed quantities [NA] ◆



***Titanium* Appliance Line**
Line of cooking appliances made of real titanium – a highly durable, fingerprint-resistant material [EU] ●



***Origami***
Multi-functional cooktop accessories [EU] ●

**Hygienic Refrigerator**
Anti-bacterial air filtration solution for freezer and refrigerator [EU] ◆



**Crystal Coating**
Protective layer that reduces thermal & abrasive effects on stainless steel & aluminum cooktops [NA] ●



**Speedcook Appliance**
High-speed microwave hood combo with built-in look and increased capacity [NA] ●



**Moka II**
A Max! microwave oven with an innovative "Espresso Moka" accessory [EU] ●



**Coffee Grinder**
Reintroduction of the *KitchenAid* retro Burr coffee grinder [NA] ★

C54

# North America Operating Review



*David L. Swift*
*Executive Vice President,*
*North American Region*

Significant New Product Introductions:



- The stylish new *KitchenAid Ensemble* front-loading washer and dryer delivers high water and energy efficiency and extends the *KitchenAid* brand into other areas of the home.



- *KitchenAid* brand expanded its *Pro Line* series of professional-style countertop appliances with the introduction of a commercial-quality food processor.

Whirlpool North America made significant advances in our customer loyalty strategy during 2004, while confronting unprecedented increases in raw material and oil-related costs. Our people met these challenges by delivering record manufacturing productivity gains, new product innovations, and effective brand and product mix.

Consumer demand remained strong throughout 2004 as low interest rates in the United States helped maintain the momentum of new housing starts, sales of existing homes and spending on durable goods. Whirlpool North America posted record revenue of $8.3 billion in 2004. Operating profit declined 4 percent to $778 million, largely because of the costs of key raw materials and logistics.

During 2004, we made a commitment for a $180 million multi-year investment to strengthen our North American manufacturing base and extend our leadership position in the U.S. appliance industry. The investment is expected to deliver a series of innovative new products to consumers in the U.S. domestic market and throughout the world. In addition, the investment will help us improve the efficiency and productivity of our North American manufacturing platform.

We made significant progress across the region with another year of record sales in Canada and further integration of Whirlpool Mexico into our regional operations. In 2005, and in the years ahead, the operation will play a strategic role within Whirlpool Corporation's global operating platform, serving as an important product export, manufacturing and supply-chain provider for North America and other global markets. A prime example of Whirlpool Mexico's growing importance is the pending launch of a super efficient and affordable front-loading clothes washer at the company's expanded Monterrey facility.

We continued to make significant inroads with our strategy of focusing our operations on customers. Meeting their needs and simplifying their lives is crucial in building loyalty to the company's brands, as exemplified by the *Whirlpool*, *KitchenAid* and *Gladiator* brands. In line with this strategy, teams of Whirlpool engineers, designers and marketers are constantly undertaking dozens of customer-loyalty initiatives to deliver unique solutions to our customers.

Whirlpool North America continued to make rapid strides in broadening our innovation strategy through partnerships, exclusive arrangements and licensing agreements with like-minded innovative companies. These affiliations speed up Whirlpool's introduction of unique solutions that better fulfill customer needs and desires. Through an innovative licensing agreement, we successfully launched a new line of water products with Lowe's that extended the reach of the *Whirlpool* brand and strengthened our trade relationship with this retailer. Likewise, the *KitchenAid* brand was extended into kitchen gadgets, cookware and linens through innovative licensing agreements.

The strength of our brands and our relationships with trade partners have secured leadership positions with the top American retailers and buying groups that represent more than 80 percent of all retail appliance purchases in the U.S. Likewise, our strong position with contract builders continues to grow, with *KitchenAid*

---

**Key Statistics**
- No. 1 position in the industry
- $8.3 billion in 2004 sales
- $778 million in 2004 operating profit
- Approximately 28,000 employees

**Brands**
**United States**
*Whirlpool, KitchenAid, Gladiator, Roper, Estate*
**Mexico**
*Whirlpool, Acros, Supermatic, Crolls*
**Canada**
*Inglis, Whirlpool, KitchenAid*

**Locations**
Headquarters:
Benton Harbor, MI
Manufacturing Locations:
United States
LaVergne, TN; Findlay, OH;
Marion, OH; Greenville, OH;
Clyde, OH; Benton Harbor, MI;
Evansville, IN; Fort Smith, AR;
Tulsa, OK; Oxford, MS

Mexico
Monterrey, Celaya, Puebla

**Principal Products**
Air Purifiers, Automatic Dryers, Automatic Washers, Built-in Ovens, Countertop Appliances, Dehumidifiers, Dishwashers, Fabric Fresheners, Freezers, Hot Water Heaters, Ice Makers, Microwave Ovens, Ranges, Refrigerators, Room Air Conditioners, Trash Compactors, Water Dispensers


- The rugged design of the new *Gladiator* GarageWorks *Freezerator* refrigerator enables it to cope with temperature extremes in the garage.


- A variety of new *Whirlpool* brand ovens and ranges were introduced in 2004 with unique features such as sophisticated glass touch controls for ease of use and cleaning.


- The new *Whirlpool Gold* super capacity dishwasher with *AccuSense* adaptive wash cycle automatically selects the right wash cycle based on load size and food deposits.

brand channel revenue growing 20 percent in 2004. Total sales have grown at an average annual rate of 10 percent for each of the past five years. Additionally, our market share among the top 30 national builders was up 33 percent in 2004 versus 2002.

Energy and water conservation continue to be a primary concern of Whirlpool, and we continued to work closely with the U.S. Environmental Protection Agency and the U.S. Department of Energy during 2004 to reduce greenhouse gas emissions through the introduction of energy-efficient, ENERGY STAR® qualified appliances. As a result, Whirlpool was named an ENERGY STAR® *Partner of the Year* for the sixth time.

We upgraded our commitment to Habitat for Humanity last year through increased donations, products and employee involvement. Once a partnership only in North America where the company donates an ENERGY STAR® qualified refrigerator and range for every Habitat home, Whirlpool now partners with Habitat in 18 countries around the world. In addition to sponsoring a summer concert tour for Reba McEntire on behalf of Habitat, we cosponsored the 2004 Jimmy Carter Work Project (JCWP) in Mexico to help generate enthusiasm for the 2005 JCWP in Whirlpool's headquarter community of Benton Harbor, Michigan, where we will build 24 homes in two weeks.

Our commitment to social causes also extended to *KitchenAid* brand's fundraising partnership with The Susan G. Komen Breast Cancer Foundation. In 2004 alone, KitchenAid raised more than $750,000 for the fight against cancer through the sale of special pink-colored *KitchenAid* products and other fund-raising efforts, bringing total donations since 2001 to $2.3 million.

### Outlook

In 2005, Whirlpool North America expects to continue successfully executing our customer loyalty strategy, with strong brands and innovative products attracting and retaining customers for life. We expect modest growth of 2 percent in industry shipments in the United States.

To reduce the impact of significantly higher materials and logistics costs, we have implemented price increases ranging from 5-to-10 percent, effective in early January 2005. We are also focusing on additional productivity initiatives, reducing non-product-related spending and increasing the pace of innovative product introduction in 2005.

**Awards:**
- *International Design* magazine named Whirlpool Corporation one of the ten best companies for global design leadership, citing "visionary scenarios" created by the company for what the future may hold in the areas of fabric care and the kitchen.

- Whirlpool Corporation was, for the sixth time, named an ENERGY STAR® *Partner of the Year* by the U.S. Department of Energy and U.S. Environmental Protection Agency.

- Whirlpool Corporation is the first recipient of the Home Safety Council Product Innovation for Consumer Safety Award, recognizing outstanding product innovations that help reduce the risk of injury and enhance consumer safety at home.

- Whirlpool Canada was named one of the top 50 places to work in Canada among a national survey of employers.

C56

15

# Europe Operating Review



*Michael A. Todman*
*Executive Vice President and*
*President, Whirlpool Europe*



Significant New Product Introductions:

- *6th Sense* Technology: Introduced in 2004, Whirlpool's unique *6th Sense* technology has been applied across all product lines (such as this refrigerator) to save time and energy for users, while also providing them choice, flexibility, simplicity and excellent results in their household tasks.





- The *Whirlpool JetChef* three-in-one oven combines conventional, steam and microwave technology for high-speed cooking, while *6th Sense* technology adjusts the settings for the best results based on the food type.

- The *Whirlpool* Progressive Collection provides cutting-edge technology in a complete range of innovative products with clean, essential design, using stylish, functional glass and stainless steel.

Whirlpool Europe achieved significant performance improvements in 2004, with revenue up 13.8 percent to $3.1 billion and operating profit increasing 34.5 percent to $166 million.

The continued performance improvement is due in part to the successful pan-European expansion of our built-in appliance business, reflected in a 17-percent increase in the number of units sold last year. The strong growth rates of our two major pan-European kitchen trade partners, IKEA and Alno, contributed to this success. Innovative *Whirlpool* brand products like the *6th Sense* product line, the new *JetChef* three-in-one oven and the *Mini-BI* built-in oven contributed to the performance improvement, while record levels of productivity during 2004 also helped offset increased material costs in the region.

Whirlpool Europe's core strategy continues to focus on effectively building lifelong customer loyalty across all of the varied markets of the region. In 2004, we began consolidation of the company's 32 different market organizations into a few key "market regions" to improve our efficiency and execution of our customer loyalty initiatives. The new organization of combined markets will also reduce complexity, improve execution and bring about cost efficiencies.

During 2004, we continued to strengthen our regional operating position through strategic changes to our manufacturing footprint and the continued application of Lean Manufacturing and Six Sigma. Our people used these tools to achieve record productivity last year. In Central Europe, we expanded production of refrigerators and dishwashers in Wroclaw, Poland–which also is the site of our new cooking manufacturing facility, currently under construction.

We significantly strengthened our trade-partner relationships in 2004 while marking our 15th anniversary of business and brand leadership in the region. Whirlpool Europe welcomed more than 2,000 European retail trade partners and members of the media at an award-winning event that strengthened brand positioning in the region, unveiled *in.kitchen*–our concept kitchens of the future–and presented product innovations, such as the new *Whirlpool* brand Progressive Collection line of kitchen appliances.

Lastly, we're proud to have leveraged Whirlpool Corporation's long-standing commitment to social causes and its successful relationship with Habitat for Humanity International in 2004 by launching a building and product-donation program in Europe.

## Outlook

Consumer demand for our products and brands, especially the *Whirlpool* brand, is expected to result in improved regional sales growth. Our built-in appliance business should continue to contribute to our performance during the year. We also are carrying out plans to mitigate higher raw material costs and improve profitability through price increases, productivity improvements and innovation. We anticipate modest industry shipment growth across Europe in 2005.

**Awards:**
- The European Incentive & Business Travel & Meeting Exhibition awarded Whirlpool Europe the "Best Business to Business Event" for "Experience the Vision," Whirlpool Europe's 15th anniversary event held in Cannes, France, in March 2004.

- Whirlpool France won the 2004 Janus de la Santé award in partnership with Handicap Zero, a well-known French charity dedicated to the blind.

### Key Statistics
- No. 3 position in Western and Central Europe
- $3.1 billion in 2004 sales
- $166 million in 2004 operating profit
- Approximately 14,000 employees

### Brands
Whirlpool, Bauknecht, Ignis, Polar, Laden

### Locations
Operations Center: Comerio, Italy
Manufacturing Locations:
France Amiens
Germany Neunkirchen, Schorndorf
Italy Naples, Siena, Cassinetta, Trento
Poland Wroclaw
Slovakia Poprad
South Africa Isithebe
Sweden Norrköping

### Principal Products
Automatic Dryers, Automatic Washers, Built-in Hobs, Built-in Ovens, Dishwashers, Free-standing Cookers, Freezers, Microwave Ovens, Ranges, Refrigerators