# Consolidated Condensed Statements of Operations

| Year Ended December 31 (millions of dollars except per share data) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net sales | $13,220 | $12,176 | $11,016 |
| **Expenses** | | | |
| Cost of products sold | 10,358 | 9,423 | 8,473 |
| Selling, general and administrative | 2,087 | 1,916 | 1,736 |
| Intangible amortization | 2 | 4 | 14 |
| Restructuring costs | 15 | 3 | 101 |
| Operating Profit | 758 | 830 | 692 |
| **Other Income (Expense)** | | | |
| Interest and sundry income (expense) | (14) | (41) | (54) |
| Interest expense | (128) | (137) | (143) |
| Earnings from continuing operations before income taxes and other items | 616 | 652 | 495 |
| Income taxes | 209 | 228 | 193 |
| Earnings from continuing operations before equity earnings and minority interests | 407 | 424 | 302 |
| Equity in loss of affiliated companies | (1) | - | (27) |
| Minority interests | - | (10) | (13) |
| Earnings from continuing operations | 406 | 414 | 262 |
| Discontinued operations, net of tax | - | - | (43) |
| Cumulative effect of change in accounting principle, net of tax | - | - | (613) |
| Net earnings (loss) | $ 406 | $ 414 | $ (394) |
| **Per share of common stock:** | | | |
| Basic earnings from continuing operations | $ 6.02 | $ 6.03 | $ 3.86 |
| Discontinued operations, net of tax | - | - | (0.62) |
| Cumulative effect of change in accounting principle, net of tax | - | - | (9.03) |
| Basic net earnings (loss) | $ 6.02 | $ 6.03 | $ (5.79) |
| Diluted earnings from continuing operations | $ 5.90 | $ 5.91 | $ 3.78 |
| Discontinued operations, net of tax | - | - | (0.62) |
| Cumulative effect of change in accounting principle, net of tax | - | - | (8.84) |
| Diluted net earnings (loss) | $ 5.90 | $ 5.91 | $ (5.68) |
| Dividends | $ 1.72 | $ 1.36 | $ 1.36 |
| **Weighted-average shares outstanding: (millions)** | | | |
| Basic | 67.4 | 68.7 | 67.9 |
| Diluted | 68.9 | 70.1 | 69.3 |

C66

25

# Consolidated Condensed Balance Sheets

| December 31 (millions of dollars) | 2004 | 2003 |
|---|---|---|
| **ASSETS** | | |
| **Current assets** | | |
| Cash and equivalents | $ 243 | $ 249 |
| Trade receivables, less allowances (2004: $107; 2003: $113) | 2,032 | 1,913 |
| Inventories | 1,701 | 1,340 |
| Prepaid expenses | 74 | 62 |
| Deferred income taxes | 189 | 129 |
| Other current assets | 275 | 172 |
| Total Current Assets | 4,514 | 3,865 |
| **Other assets** | | |
| Investment in affiliated companies | 16 | 11 |
| Goodwill, net | 168 | 165 |
| Other intangibles, net | 108 | 85 |
| Deferred income taxes | 323 | 268 |
| Prepaid pension costs | 329 | 357 |
| Other assets | 140 | 154 |
| | 1,084 | 1,040 |
| **Property, plant and equipment** | | |
| Land | 91 | 84 |
| Buildings | 1,073 | 1,004 |
| Machinery and equipment | 5,933 | 5,391 |
| Accumulated depreciation | (4,514) | (4,023) |
| | 2,583 | 2,456 |
| Total Assets | $8,181 | $7,361 |