| December 31 (millions of dollars) | 2004 | 2003 |
|---|---:|---:|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current liabilities** | | |
| Notes payable | $ 244 | $ 260 |
| Accounts payable | 2,297 | 1,944 |
| Employee compensation | 300 | 303 |
| Deferred income taxes | 57 | 48 |
| Accrued expenses | 811 | 701 |
| Restructuring costs | 13 | 45 |
| Income taxes | 110 | 95 |
| Other current liabilities | 146 | 174 |
| Current maturities of long-term debt | 7 | 19 |
| Total Current Liabilities | 3,985 | 3,589 |
| **Other liabilities** | | |
| Deferred income taxes | 240 | 236 |
| Pension benefits | 367 | 298 |
| Postemployment benefits | 499 | 489 |
| Other liabilities | 256 | 251 |
| Long-term debt | 1,160 | 1,134 |
| | 2,522 | 2,408 |
| **Minority interests** | 68 | 63 |
| **Stockholders' equity** | | |
| Common stock, $1 par value: | 90 | 88 |
|   Shares authorized - 250 million | | |
|   Shares issued - 90 million (2004); 89 million (2003) | | |
|   Shares outstanding - 67 million (2004); 69 million (2003) | | |
| Paid-in capital | 737 | 659 |
| Retained earnings | 2,596 | 2,276 |
| Accumulated other comprehensive loss | (601) | (757) |
| Treasury stock - 23 million shares (2004); 20 million shares (2003) | (1,216) | (965) |
| Total Stockholders' Equity | 1,606 | 1,301 |
| Total Liabilities and Stockholders' Equity | $8,181 | $7,361 |

# Consolidated Condensed Statements of Cash Flows

| Year Ended December 31 (millions of dollars) | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Operating activities** | | | |
| Net earnings (loss) | $ 406 | $ 414 | $(394) |
| Adjustments to reconcile net earnings (loss) to net cash provided by (used in) operating activities: | | | |
| Cumulative effect of a change in accounting principle | - | - | 613 |
| Equity in losses of affiliated companies, less dividends received | 1 | - | 27 |
| (Gain) loss on disposition of assets | (7) | 6 | 5 |
| Loss on discontinued operations | - | - | 43 |
| Depreciation and amortization | 445 | 427 | 405 |
| Changes in assets and liabilities, net of business acquisitions: | | | |
| Trade receivables | (16) | 4 | (67) |
| Inventories | (266) | (127) | 101 |
| Accounts payable | 253 | 163 | 63 |
| Product recalls | 12 | 6 | (239) |
| Restructuring charges, net of cash paid | (33) | (89) | 33 |
| Taxes deferred and payable, net | (18) | 55 | 157 |
| Tax paid on cross currency interest rate swap gain | - | - | (86) |
| Accrued pension | 6 | (109) | (37) |
| Other - net | 11 | (6) | 161 |
| **Cash Provided by Operating Activities** | $ 794 | $ 744 | $ 785 |
| **Investing activities** | | | |
| Capital expenditures | $(511) | $(423) | $(430) |
| Proceeds from sale of assets | 74 | 75 | 27 |
| Acquisitions of businesses, less cash acquired | (2) | (4) | (179) |
| **Cash Used for Investing Activities** | $(439) | $(352) | $(582) |
| **Financing activities** | | | |
| Net (repayments) proceeds of short-term borrowings | $ (37) | $ 7 | $(165) |
| Proceeds of long-term debt | - | 6 | 6 |
| Repayments of long-term debt | (21) | (221) | (77) |
| Dividends paid | (116) | (94) | (91) |
| Purchase of treasury stock | (251) | (65) | (46) |
| Redemption of WFC preferred stock | - | (33) | (25) |
| Common stock issued under stock plans | 64 | 65 | 80 |
| Other | 3 | (10) | (5) |
| **Cash Used for Financing Activities** | $(358) | $(345) | $(323) |
| Effect of Exchange Rate Changes on Cash and Equivalents | $ (3) | $ 10 | $ (4) |
| (Decrease) Increase in Cash and Equivalents | $ (6) | $ 57 | $(124) |
| Cash and Equivalents at Beginning of Year | 249 | 192 | 316 |
| **Cash and Equivalents at End of Year** | $ 243 | $ 249 | $ 192 |