| 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|
| $ 10,343 | $ 10,325 | $ 10,511 | $ 10,323 | $ 8,617 | $ 8,523 | $ 8,163 | $ 7,949 |
| 306 | 807 | 875 | 688 | 11 | 278 | 366 | 370 |
| 93 | 577 | 514 | 564 | (171) | 100 | 214 | 269 |
| 34 | 367 | 347 | 310 | (46) | 141 | 195 | 147 |
| (21) | – | – | 15 | 31 | 15 | 14 | 11 |
| 21 | 367 | 347 | 325 | (15) | 156 | 209 | 158 |
| 378 | 375 | 437 | 542 | 378 | 336 | 483 | 418 |
| 368 | 371 | 386 | 399 | 322 | 318 | 282 | 246 |
| 113 | 70 | 103 | 102 | 102 | 101 | 100 | 90 |
| 3,311 | 3,237 | 3,177 | 3,882 | 4,281 | 3,812 | 3,541 | 3,078 |
| 3,102 | 3,303 | 2,892 | 3,267 | 3,676 | 4,022 | 3,829 | 2,988 |
| 209 | (66) | 285 | 615 | 605 | (210) | (288) | 90 |
| 2,052 | 2,134 | 2,178 | 2,418 | 2,375 | 1,798 | 1,779 | 1,440 |
| 6,967 | 6,902 | 6,826 | 7,935 | 8,270 | 8,015 | 7,800 | 6,655 |
| 1,295 | 795 | 714 | 1,087 | 1,074 | 955 | 983 | 885 |
| 1,458 | 1,684 | 1,867 | 2,001 | 1,771 | 1,926 | 1,877 | 1,723 |
| 0.51 | 5.24 | 4.61 | 4.09 | (0.62) | 1.90 | 2.64 | 1.98 |
| 0.50 | 5.20 | 4.56 | 4.06 | (0.62) | 1.88 | 2.60 | 1.95 |
| 0.31 | 5.20 | 4.56 | 4.25 | (0.20) | 2.08 | 2.78 | 2.10 |
| 1.36 | 1.36 | 1.36 | 1.36 | 1.36 | 1.36 | 1.36 | 1.22 |
| 21.44 | 23.84 | 24.55 | 26.16 | 23.71 | 25.93 | 25.40 | 23.21 |
| 73.33 | 47.69 | 65.06 | 55.38 | 55.00 | 46.63 | 53.25 | 50.25 |
| 3.0% | 7.8% | 8.3% | 6.7% | 0.1% | 3.3% | 4.5% | 4.7% |
| 0.9% | 5.6% | 4.9% | 5.5% | (2.0)% | 1.2% | 2.6% | 3.4% |
| 0.3% | 3.6% | 3.3% | 3.0% | (0.5)% | 1.7% | 2.4% | 1.8% |
| 1.3% | 20.7% | 17.9% | 17.2% | (0.8)% | 8.2% | 11.6% | 9.5% |
| 0.3% | 5.4% | 4.7% | 4.0% | (0.2)% | 2.0% | 2.9% | 2.5% |
| 1.1 x | 1.0 x | 1.1 x | 1.2 x | 1.2 x | 0.9 x | 0.9 x | 1.0 x |
| 48.0% | 49.4% | 37.7% | 43.5% | 46.1% | 44.2% | 45.2% | 35.6% |
| 236.5 x | 9.2 x | 14.3 x | 13.0 x | -- | 22.4 x | 19.2 x | 23.9 x |
| 1.4 x | 4.1 x | 4.3 x | 3.1 x | 0.9 x | 2.5 x | 3.4 x | 4.2 x |
| 68,036 | 70,637 | 76,044 | 76,507 | 74,697 | 77,178 | 76,812 | 77,588 |
| 67,215 | 66,265 | 74,463 | 76,089 | 75,262 | 74,415 | 74,081 | 73,845 |
| 8,840 | 11,780 | 12,531 | 13,584 | 10,171 | 11,033 | 11,686 | 11,821 |
| 61,923 | 62,527 | 62,706 | 59,885 | 62,419 | 49,254 | 46,546 | 39,671 |
| 12.2% | 0.3% | 7.9% | (1.2)% | 6.8% | 6.3% | 20.8% | 12.0% |

(5) Earnings from continuing operations before income taxes and other items, as a percent of sales.
(6) Earnings from continuing operations, as a percent of sales.
(7) Net earnings (loss), divided by average stockholders' equity. Average stockholders' equity is computed on a 13-month average beginning in 2001.
(8) Net earnings (loss), divided by average total assets.
(9) Debt divided by debt, stockholders' equity and minority interests.
(10) Ratio of earnings before interest and income tax expense to interest expense.
(11) Stock appreciation plus reinvested dividends.

# Shareholders' and Other Information

## Financial Information

Whirlpool Corporation's annual report on Form 10-K, a cassette-tape recording of the annual report to shareholders and other financial information is available free of charge to stockholders of record.

The Financial Summary contained in this Summary Annual Report should be read together with the Company's Consolidated Financial Statements and related notes, and the "Management's Discussion and Analysis." This information appears in the Financial Supplement to the Company's Proxy Statement and in the Financial Supplement to the 2004 Annual Report on Form 10-K, both of which are available through the Internet at www.whirlpoolcorp.com.

Company earnings releases for each quarter - typically issued in April, July, October and February - can be obtained by contacting:

*Larry Venturelli*
Vice President, Investor Relations
Whirlpool Corporation, 2000 N. M-63,
Mail Drop 2800
Benton Harbor, MI 49022-2692
Telephone: 269.923.4678
Fax: 269.923.3525
Email: larry_m_venturelli@whirlpool.com

## Certifications

The most recent certifications by the Company's Chief Executive Officer and Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 are filed as exhibits to our Annual Report on Form 10-K. The Chief Executive Officer's most recent certification to the New York Stock Exchange pursuant to Section 303A.12(a) the NYSE's Listed Company Manual was submitted May 10, 2004.

## Transfer Agent, Shareholder Records, Dividend Disbursements and Corporate Secretary

For information about or assistance with individual stock records, transactions, dividend checks or stock certificates, contact:

*EquiServe Trust Company, N.A.*
*Shareholder Services*
P.O. Box 43069
Providence, RI 02940-3069
Telephone: 877.498.8861
Outside the United States: 781.575.2879
TDD/TTY for hearing impaired:
201.222.4955
www.equiserve.com
Internet account access:
http://gateway.equiserve.com

For additional information about the Company, contact:

*Robert T. Kenagy*
Corporate Secretary
Whirlpool Corporation, 2000 N. M-63,
Mail Drop 2200
Benton Harbor, MI 49022-2692
Telephone: 269.923.3910
Fax: 269.923.3722
Email: robert_t_kenagy@whirlpool.com

## Direct Stock Purchase Plan

As a participant in the DirectSERVICE Investment and Stock Purchase PROGRAM, you can be the direct owner of your shares of Whirlpool Common Stock. Non-shareholders may purchase their initial shares through the plan for a minimum investment of $250, or through automatic bank account debits of $50 for five months. Participants may make cash contributions of up to $250,000 annually, invested daily, with or without reinvesting their dividends, and can sell part of the shares held in the program without exiting the plan. There are modest transaction processing fees and brokerage commissions for purchases, sales and dividend reinvestment.

For details, contact EquiServe or visit their Direct Stock Purchase Plan Website to enroll.

## Annual Meeting

Whirlpool Corporation's next annual meeting is scheduled for April 19, 2005, at 8:00 a.m. (Central Time), at 120 East Delaware Place, 8th Floor, Chicago, Illinois.

## Stock Exchanges

Common stock of Whirlpool Corporation (exchange symbol: WHR) is listed on the New York and Chicago stock exchanges.