## Stock-Split Exchange and Dividend History

March 1952, 2-for-1 stock exchange
December 1954, 100% stock dividend
May 1965, 2-for-1
May 1972, 3-for-1
December 1986, 2-for-1

Example: 100 shares of Whirlpool common stock purchased in February 1952 equaled 4,800 shares in January 2005.

## Common Stock

| Market Price | High | Low | Close |
|---|---|---|---|
| 4Q 2004 | $69.77 | $54.53 | $69.21 |
| 3Q 2004 | $68.88 | $58.15 | $60.09 |
| 2Q 2004 | $70.98 | $61.05 | $68.60 |
| 1Q 2004 | $80.00 | $66.60 | $68.87 |
| 4Q 2003 | $73.35 | $65.52 | $72.65 |
| 3Q 2003 | $71.95 | $62.25 | $67.77 |
| 2Q 2003 | $65.66 | $48.41 | $63.70 |
| 1Q 2003 | $57.92 | $42.80 | $49.03 |

## Trademarks

AccuSense, Acros, Bauknecht, big, Brastemp, Brastemp You, briva, Consul, Crolls, Dreamspace, Duet, Embraco, Ensemble, Eslabón de Lujo, Estate, Freezerator, Gladiator, Ice Magic, Ignis, Inglis, Insperience, JetChef, KIC, KitchenAid, Laden, Max! Fitness, Max! Magnum, Max! Moka, Mercury, Mini-BI, Moka II, Origami, Polar, Polara, Pro Line, Roper, Sec Fácil, Supermatic, Titanium, Total Legendary Care, Whirlpool, Whirlpool Gold, and 6th Sense are trademarks of Whirlpool Corporation or its wholly or majority-owned affiliates.

Cook for the Cure is a registered trademark of The Susan G. Komen Breast Cancer Foundation.

Habitat for Humanity is a registered trademark of Habitat for Humanity, Inc.

IKEA is a registered trademark of Inter-Ikea Systems B.V.

Kenmore and Turbozone are trademarks of Sears Brands, LLC.

Lowe's is a registered trademark of LF, LLC.

ENERGY STAR is a U.S. registered mark.

© 2005 Whirlpool Corporation. All rights reserved.

## Whirlpool Corporation General Offices

*World Headquarters and North America Region*
2000 N. M-63
Benton Harbor, MI 49022-2692
Telephone: 269.923.5000

*Europe Region*
Viale G. Borghi 27
21025 Comerio (VA), Italy
Telephone: 39.0332.759.111
Fax: 39.0332.759.347

*Latin America Region*
Av. das Nações Unidas N. 12995
São Paulo - S.P. CEP 04578-000, Brazil
Telephone: 55.11.5586.6100
Fax: 55.11.5586.6040

*Asia Region*
565 Jin Gang Road
Jingqiao Export Processing Zone
Pudong New Area
Shanghai, PRC 201206
Telephone: 86.21.5899.5550
Fax: 86.21.5899.4449

*Product and Service Information (North America)*
KitchenAid brand: 800.422.1230
Whirlpool brand: 800.253.1301

*Internet Address*
Whirlpool financial information and more are available at Whirlpool's site on the Internet: www.whirlpoolcorp.com.

# Directors & Executive Committee

## Directors

**Gary T. DiCamillo** [1,3]
President and
Chief Executive Officer,
TAC Worldwide Co.

**Jeff M. Fettig**
Chairman, President and
Chief Executive Officer
of the Company

**Allan D. Gilmour** [1,3]
Former Vice Chairman,
Ford Motor Company

**Kathleen J. Hempel** [2,5]
Former Vice Chairman and
Chief Financial Officer,
Fort Howard Corporation

**Michael F. Johnston** [2,3]
President and
Chief Operating Officer,
Visteon Corporation

**James M. Kilts** [1,4]
Chairman of the Board and
Chief Executive Officer,
The Gillette Company

**Arnold G. Langbo** [1,4]
Former Chairman of the Board
and Chief Executive Officer,
Kellogg Company

**Miles L. Marsh** [2,4]
Former Chairman of the Board
and Chief Executive Officer,
Fort James Corporation

**Paul G. Stern** [3,4]
Partner, Thayer Capital Partners,
LLP and Arlington Capital
Partners, LLP

**Janice D. Stoney** [1,4]
Former Executive Vice President,
US WEST Communications
Group, Inc.

**Michael D. White** [1,2]
Chairman and
Chief Executive Officer,
PepsiCo International

Committees
1. Audit
2. Corporate Governance and Nominating
3. Finance
4. Human Resources

## Executive Committee

**Jeff M. Fettig**
Chairman, President and
Chief Executive Officer

**David A. Binkley**
Senior Vice President,
Global Human Resources

**Mark E. Brown**
Senior Vice President,
Global Strategic Sourcing

**Daniel F. Hopp**
Senior Vice President,
Corporate Affairs and
General Counsel

**Mark Hu**
Executive Vice President and
President, Whirlpool Asia

**Paulo F. M. Periquito**
Executive Vice President and
President, Latin America

**David L. Swift**
Executive Vice President,
North American Region

**Roy W. Templin**
Executive Vice President and
Chief Financial Officer

**Michael D. Thieneman**
Executive Vice President and
Chief Technology Officer

**Michael A. Todman**
Executive Vice President and
President, Whirlpool Europe