## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Steven F. Reich, Jeffrey S. Edelstein, and Monica Y. Youn of Manatt, Phelps, & Phillips LLP to represent plaintiffs Dyson Technology Limited and Dyson, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware   19801
(302) 571-6600
kkeller@ycst.com

Dated:  November 11, 2005

DB01:1904426.1                                                                                       063753.1002

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of

Steven F. Reich, Jeffrey S. Edelstein, and Monica Y. Youn is granted.

Dated: November \_\_\_\_, 2005


_____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Steven F. Reich, Esquire, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the Court of Appeals of the State of New York and of the Court of Appeals of the District of

Columbia. I also have been admitted to practice before the United States District Court for the

Southern and Eastern Districts of New York, District of Columbia, and District of Maryland

as well as the United States Court of Appeals for the Second and District of Columbia Circuits,

and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify I am generally familiar with this Court's Local Rules. In accordance

with Standing Order for District Court Fund effective January 1, 2005, I further certify that the

annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid, previously, the fee

payment will be submitted to the Clerk's Office upon filing of this motion.

Steven F. Reich
Manatt Phelps & Phillips
7 Times Square
New York, New York 10036
(212) 790-4500

80347307.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jeffrey S. Edelstein, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Jeffrey S. Edelstein, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, NY 10036

Dated: October 26, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Monica Youngna Youn, Esquire, certify that I am

eligible for admission to this Court, am admitted, practicing and in good standing as a member of

the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of

this action. I also certify I am generally familiar with this Court's Local Rules. In accordance

with Standing Order for District Court Fund effective January 1, 2005, I further certify that the

annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee

payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Monica Y. Youn, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, NY 10036
(212) 790-4500

Dated:  October 26, 2005

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on November 11, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on November 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> BY FEDERAL EXPRESS
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn  (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited*
*and Dyson, Inc.*

DB01:1773945.1                                                               063753.1001