IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF GARRARD R. BEENEY**

     Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Garrard R. Beeney to represent Dyson Technology Limited and Dyson, Inc. in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            _____
                            C. Barr Flinn (No. 4092)
                            John W. Shaw (No. 3362)
                            Adam W. Poff (No. 3990)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware  19801
                            (302) 571-6600
                            bflinn@ycst.com

Dated:  December 7, 2005

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Garrard R. Beeney is granted.

Date: _____, 2005

                            _____
                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Garrard R. Beeney, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Garrard R. Beeney
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
(212) 558-3737

December 1, 2005

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on December 7, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Francis DiGiovanni, Esquire
>   CONNOLLY BOVE LODGE & HUTZ LLP
>   The Nemours Building – 8th Floor
>   1007 N. Orange Street
>   Wilmington, Delaware 19801

I further certify that on December 7, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>   BY FEDERAL EXPRESS
>
>   Ray L. Weber, Esquire
>   Laura J. Gentilcore, Esquire
>   RENNER, KENNER, GREIVE, BOBAK,
>     TAYLOR & WEBER
>   400 First National Tower
>   Akron, OH 44308

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ Adam W. Poff
>   _____
>   C. Barr Flinn (No. 4092)
>   John W. Shaw (No. 3362)
>   Adam W. Poff (No. 3990)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   apoff@ycst.com
>
>   *Attorneys for Dyson Technology Limited*
>   *and Dyson, Inc.*