IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>      Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-434-GMS <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

MAYTAG CORPORATION'S INITIAL DISCLOSURES was served upon the following attorneys of record on December 12, 2005:

| BY HAND AND ECF: | BY FEDERAL EXPRESS: |
|---|---|
| C. Barr Flinn <br> John W. Shaw <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 | Richard C. Pepperman, II <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, New York  10004 |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

*Attorneys for Defendant Maytag Corporation*

433504v1