# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| C. BARR FLINN, ESQUIRE<br>DIRECT DIAL: 302-571-6692<br>DIRECT FAX: 302-576-3292<br>bflinn@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

December 12, 2005

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

Re:   Dyson Technology Limited v. Maytag Corporation,
      C.A. No. 05-434-GMS

Dear Judge Sleet:

Enclosed please find the draft Scheduling Order for the above-captioned case. The dates in the Order are consistent with the dates agreed upon at the Rule 16 conference with one exception. The date for submission of a protective order has been changed from December 12 to December 19. The parties are very close to completing a protective order, but require an additional week to finalize certain details.

Should your Honor have any questions or concerns about the Order, counsel for the parties are available at the Court's convenience.

Respectfully submitted,

C. Barr Flinn
(No. 4092)

CBF: awp

cc:   Clerk of the Court (by CM/ECF)
      Francis DiGiovanni, Esquire (by CM/ECF and hand delivery)
      Ray L. Weber, Esquire (by Federal Express)