# YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. BARR FLINN, ESQUIRE
DIRECT DIAL: 302-571-6692
DIRECT FAX: 302-576-3292
bflinn@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 12, 2005

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

Re: Dyson Technology Limited v. Maytag Corporation,
C.A. No. 05-434-GMS

Dear Judge Sleet:

Enclosed please find the Supplemental Affidavit of Jeffrey Hyman, which Dyson files in support of its pending motion for a preliminary injunction. We stand ready to provide the Court with whatever additional assistance the Court may require in order to decide the motion. Because two of the four patents-in-suit will expire during the first half of next year, this motion is particularly important to Dyson.

Respectfully submitted,

C. Barr Flinn
(No. 4092)

CBF: awp

cc: Clerk of the Court (by CM/ECF)
Francis DiGiovanni, Esquire (by CM/ECF and hand delivery)
Ray L. Weber, Esquire (by Federal Express)

DB01:1774026.1

063753.1002