IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-434-GMS <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a true and correct copy of the following document:

DEFENDANT MAYTAG CORPORATION'S FIRST SET OF REQUESTS FOR

PRODUCTION OF DOCUMENTS TO PLAINTIFFS DYSON TECHNOLOGY LIMITED

AND DYSON, INC. was served upon the following attorneys of record on December 27, 2005:

| BY HAND DELIVERY: | BY US MAIL: |
|---|---|
| C. Barr Flinn <br> John W. Shaw <br> Glenn C. Mandalas <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801Wilmington, Delaware 19801 | David B. Tulchin <br> Richard C. Pepperman, II <br> James T. Williams <br> Keith McKenna <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, New York 10004 <br><br> Steven F. Reich <br> Jeffrey S. Edelson <br> Monica Y. Youn <br> Manatt, Phelps, Phillips, LLP <br> 7 Times Square <br> New York, NY 10004 |

2

| | |
|---|---|
| Dated:  December 27, 2005 | /s/ Stephanie O'Byrne<br>Francis DiGiovanni (#3189)<br>Stephanie O'Byrne (#4446)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19899<br>sobyrne@cblh.com<br>Phone (302) 658-9141<br><br>Ray L. Weber<br>Laura J. Gentilcore<br>Renner, Kenner, Greive, Bobak, Taylor & Weber<br>400 First National Tower<br>Akron, OH  44308<br>Phone  (330) 376-1242<br><br>Stephen P. Durchslag<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Phone  (312) 558-5600<br><br>Attorneys for Defendant Maytag Corporation |

436331v1