# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED and : 
DYSON, INC., :
                                  :
            Plaintiffs, :
                                  :
       v. :       Civil Action No. 05-434-GMS
                                  :
MAYTAG CORPORATION, :
                                  :
           Defendant. :

## ORDER

At Wilmington this **5**[th] day of **January, 2006**.

IT IS ORDERED that the teleconference scheduled for Friday, March 3, 2006 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, March 6, 2006 at 9:00 a.m.  Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge_____

UNITED STATES MAGISTRATE JUDGE