IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT'S WRITTEN RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS (1-18) was served via First Class Mail upon the following attorneys of record on January 5, 2006:

| | | |
|---|---|---|
| C. Barr Flinn <br> John W. Shaw <br> Glenn C. Mandalas <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 | David B. Tulchin <br> Richard C. Pepperman, II <br> James T. Williams <br> Keith McKenna <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, New York 10004 | Steven F. Reich <br> Jeffrey S. Edelson <br> Monica Y. Youn <br> Manatt, Phelps, Phillips, LLP <br> 7 Times Square <br> New York, NY 10004 |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

|  |  |
|---|---|
|  | Ray L. Weber<br>Laura J. Gentilcore<br>Renner, Kenner, Greive, Bobak, Taylor & Weber<br>400 First National Tower<br>Akron, OH  44308<br>Phone  (330) 376-1242<br><br>Stephen P. Durchslag<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Phone  (312) 558-5600 |
| Dated:  January 6, 2006 | Attorneys for Defendant Maytag Corporation |

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

> Richard C. Pepperman, II
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
>
> Steven F. Reich
> Manatt, Phelps, Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

437850_1