IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

DEFENDANT MAYTAG CORPORATION'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS DYSON TECHNOLOGY LIMITED AND DYSON, INC. was served upon the following attorneys of record on February 2, 2006.

**VIA HAND DELIVERY**
C. Barr Flinn
John W. Shaw
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**VIA FEDERAL EXPRESS**
David B. Tulchin
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004

**VIA FEDERAL EXPRESS**
Steven F. Reich
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone  (330) 376-1242

Kimball R. Anderson
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone  (312) 558-5600

Dated:  February 2, 2006          Attorneys for Defendant Maytag Corporation

444638_1

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on February 3, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by U.S. Mail on the following counsel of record:

> Richard Pepperman
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
>
> Steven F. Reich
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)