IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-434-GMS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT'S WRITTEN RESPONSE TO PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS (59-62) were served upon the following attorneys of record by first class mail on February 8, 2006:

| | | |
|---|---|---|
| C. Barr Flinn <br> John W. Shaw <br> Glenn C. Mandalas <br> Young Conaway Stargatt <br>  & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 | David B. Tulchin <br> Richard C. Pepperman, II <br> James T. Williams <br> Keith McKenna <br> Sullivan & Cromwell LLP <br> 125 Broad Street <br> New York, New York  10004 | Steven F. Reich <br> Jeffrey S. Edelson <br> Monica Y. Youn <br> Manatt, Phelps, Phillips, LLP <br> 7 Times Square <br> New York, NY  10004 |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

        Ray L. Weber
        Laura J. Gentilcore
        Renner, Kenner, Greive, Bobak, Taylor & Weber
        400 First National Tower
        Akron, OH  44308
        Phone  (330) 376-1242

        Kimball R. Anderson
        Stephen P. Durchslag
        Lisa J. Parker
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL  60601
        Phone (312) 558-5600

Dated:  February 9, 2006        Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Glenn C. Mandalas
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Monica Y. Youn
> Manatt, Phelps, Phillips, LLP
> 7 Times Square
> New York, NY  10004

>> /s/ Francis DiGiovanni
>> Francis DiGiovanni (#3189)
>> Stephanie O'Byrne (#4446)
>> Connolly Bove Lodge & Hutz LLP
>> The Nemours Building
>> 1007 N. Orange Street
>> Wilmington, DE  19899
>> Phone (302) 658-9141

445720_1