IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs,<br>v. | )<br>)<br>) | C.A. No. 05-434 (GMS) |
| MAYTAG CORPORATION, | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs Dyson Technology Limited and Dyson, Inc. will take the deposition upon oral examination of defendant Maytag Corporation ("Maytag") by and through one or more officers, directors, or managing agents, or other persons who are designated and consent to testify on its behalf, concerning the design, development, manufacture and distribution of the Hoover Fusion vacuum cleaner, including the background and history of those matters. The person or persons so designated shall testify as to matters known or reasonably available to Maytag concerning the above subjects. The deposition of the person or persons so designated shall take place on April 3, 2006, beginning at 10:00 a.m., and shall continue from day to day until completed, at the offices of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, or at such other time(s) and place(s) as the parties may agree. The deposition shall be recorded by stenographic means and videotaped.

Dated: Wilmington, Delaware
March 3, 2006

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        By: /s/ C. Barr Flinn

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on March 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on March 3, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>BY FEDERAL EXPRESS and FACSIMILE
>
>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>  TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>
>*Attorneys for Dyson Technology Limited*
>*and Dyson, Inc.*