IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | Honorable Gregory M. Sleet |
| Defendant. | ) ) | |

## DEFENDANT MAYTAG CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS

Defendant Maytag Corporation ("Maytag") moves for leave to amend its Counterclaims under Federal Rule of Civil Procedure 15(a). Defendant Maytag's Affirmative Defenses and Amended Counterclaims are attached to this motion as Exhibit A. Maytag also has attached a redlined version of the amended counterclaims as Exhibit B, so that the Court may easily see what information has been added. *See* Local Rule 15.1. Specifically, the amended counterclaims supplement Maytag's allegations that Plaintiffs' advertising is false and misleading by adding allegations related to a new commercial that Plaintiffs added to their website and recently began broadcasting on national television. Because, as explained more fully in the Memorandum of Law filed by Maytag, leave to amend under Rule 15(a) is liberally granted, Maytag respectfully submits that this motion should be granted.

Counsel for Maytag has corresponded with counsel for Plaintiffs, and counsel for Plaintiffs stated that they will not oppose this motion.

Dated: March 24, 2006     By:   /s/ Francis DiGiovanni
                                Francis DiGiovanni (#3189)
                                Stephanie O'Byrne (#4446)
                                Connolly Bove Lodge & Hutz LLP
                                The Nemours Building
                                1007 N. Orange Street
                                Wilmington, DE  19899
                                Phone (302) 658-9141
                                Facsimile (302) 658-5614

                                Attorneys for Defendant Maytag Corporation

OF COUNSEL:

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600
Facsimile (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
   Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone  (330) 376-1242
Facsimile (330) 376-9646