IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | Honorable Gregory M. Sleet |
| Defendant. | ) ) | |

### ORDER

WHEREAS, the Court has reviewed the defendant Maytag Corporation's Unopposed Motion for Leave to Amend Its Counterclaims (the "Motion") and argument made thereupon;

IT IS SO ORDERED, this ___ day of _____, 2006, pursuant to Federal Rule of Civil Procedure 15(a), that the Motion is granted, and defendant Maytag Corporation's Counterclaims are amended as set forth in Exhibit A to the Motion.

_____
United States District Judge