## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by Federal Express on the following counsel of record:

>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York  10004
>
>Steven F. Reich
>Jeffrey S. Edelson
>Monica Y. Youn
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, New York  10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)

454716_1