IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>        Plaintiffs, <br>v. <br><br>MAYTAG CORPORATION, <br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-434-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT MAYTAG CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (1-2) was served as follows upon the following attorneys of record on April 24, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelson |
| Glenn C. Mandalas | Keith McKenna | Monica Y. Youn |
| The Brandywine Building | Sullivan & Cromwell LLP | Manatt, Phelps, Phillips, LLP |
| 1000 West Street, 17th Floor | 125 Broad Street | 7 Times Square |
| Wilmington, Delaware 19801 | New York, New York  10004 | New York, NY  10004 |

Dated:  April 24, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH  44308

Phone  (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone  (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

>Richard C. Pepperman, II
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004
>
>Steven F. Reich
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)
>Stephanie O'Byrne (#4446)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE 19899
>Phone (302) 658-9141

460560_1