IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-434-GMS<br>)<br>)<br>) |

## JOINT SUBMISSION OF CLAIM CONSTRUCTION CHARTS

Pursuant to the Court's Scheduling Order of December 19, 2005, plaintiffs Dyson Technology Limited and Dyson, Inc., by and through their undersigned counsel, and defendant Maytag Corporation, by and through its undersigned counsel, submit as Exhibit A hereto Joint Claim Construction Charts for the asserted claims of U.S. Patent Nos. 4,826,515 ('515 patent); 4,643,748 ('748 patent); 4,853,008 ('008 patent); and 5,858,038 ('038 patent), the patents-in-suit. The asserted claims are claim no. 14 of the '515 patent, claim nos. 15, 16 and 17 of the '748 patent, claim nos. 1, 2, 3, 7, 11, 23, 24 and 25 of the '008 patent, and claim nos. 1, 2, 3, 7, 13 and 14 of the '038 patent. In accordance with the Scheduling Order, the parties exchanged lists of terms to be construed and engaged in meet-and-confer sessions in an attempt to narrow the list of terms. Exhibit A contains two claim construction charts. In the first chart, the parties present their respective proposed claim constructions for the asserted claims and citations to intrinsic evidence for those terms or phrases that are the subject of dispute and that require construction by the Court. In the second chart, the parties present their agreed claim constructions for certain claim terms that require construction.

-2-

Dated: May 12, 2006

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By: /s/ John W. Shaw | By: /s/ Francis DiGiovanni |
| C. Barr Flinn (No. 4092)<br>John W. Shaw (No. 3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600 | Francis DiGiovanni (No. 3189)<br>Stephanie O'Byrne (No. 4446)<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141 |
| OF COUNSEL: | OF COUNSEL: |
| Garrard R. Beeney<br>Richard C. Pepperman, II<br>James T. Williams<br>Keith McKenna<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | Ray L. Weber<br>Laura J. Gentilcore<br>RENNER, KENNER, GREIVE, BOBAK TAYLOR & WEBER<br>400 First National Tower<br>Akron, OH 44308<br>(330) 376-1242 |
| Steven F. Reich<br>Jeffrey S. Edelstein<br>Monica Y. Youn<br>MANATT, PHELPS & PHILLIPS, LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 790-4500 | Stephen P. Durchslag<br>Kimball R. Anderson<br>Lisa Parker<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
| *Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.* | *Attorneys for Maytag Corporation* |