IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-434-GMS |

## MAYTAG'S UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF THE DEADLINE FOR FILING OPENING MARKMAN BRIEFS

Frank DiGiovanni (# 3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone  (330) 376-1242

Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone  (312) 558-5600

Dated:  May 17, 2006         Attorneys for Defendant Maytag Corporation

Defendant Maytag Corporation ("Maytag") hereby moves this Court to extend the deadline for both parties to file their opening claim construction briefs ("Markman briefs") by one week, from May 19, 2006 to May 26, 2006. The original May 19, 2006 deadline for filing the opening Markman briefs was set following the court's December 5, 2005 scheduling conference (D.I. 46). Answering briefs are due June 9, 2006 (D.I. 46) and the Markman Hearing is scheduled for July 11, 2006.

Maytag requests a one week extension of time for filing the opening Markman briefs, and does not request an extension of time for filing the reply briefs. The parties filed and exchanged claim construction charts on Friday, May 12, 2006 (D.I. 70), and have since successfully narrowed the number of disputed terms. Discussions between the parties are ongoing and additional time may further reduce the number if claim construction issues ultimately before the Court.

Counsel for Maytag has conferred with counsel for Plaintiff, Dyson Technology Ltd. ("Dyson") concerning this motion. Dyson does not oppose Maytag's request to set May 26, 2006 as the deadline for both parties to file their opening Markman briefs.

Entry of the attached Order resetting this deadline is respectfully requested.

By: CONNOLLY BOVE LODGE & HUTZ LLP

May 17, 2006

/s/ Stephanie O'Byrne
Frank DiGiovanni (# 3189)
Stephanie O'Byrne (#4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658 9141

*Attorneys for Defendant Maytag*

**OF COUNSEL:**

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

## **CERTIFICATE OF SERVICE**

I, Stephanie O'Byrne, hereby certify that on May 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by Federal Express on the following counsel of record:

>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004
>
>Steven F. Reich
>Jeffrey S. Edelson
>Monica Y. Youn
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, New York 10004

>/s/ Stephanie O'Byrne
>Stephanie O'Byrne  (#4446)

465148_1