UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING MAYTAG'S UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF THE DEADLINE FOR FILING OPENING MARKMAN BRIEFS**

Having considered Maytag's Unopposed Motion For a One Week Extension of The Deadline for Filing Opening Markman Briefs,

**IT IS HEREBY ORDERED THAT:**

Maytag's Motion is hereby GRANTED. The May 19, 2006 deadline set forth following the court's December 5, 2005 scheduling conference (D.I. 46) for both parties to file their opening Markman briefs hereby changed to May 26, 2006.

**SO ORDERED**, this _____ day of _____ 2006.

_____
United States District Court Judge