IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., </br></br>        Plaintiffs,</br></br>  v.</br></br>MAYTAG CORPORATION,</br></br>        Defendant. | )</br>)</br>)</br>)</br>)  Civil Action No. 05-434-GMS</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT MAYTAG CORPORATION'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DYSON TECHNOLOGY LIMITED AND DYSON INC. were served as follows upon the following attorneys of record on May 23, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | David B. Tulcin | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelson |
| The Brandywine Building | James T. Williams | Monica Y. Youn |
| 1000 West Street, 17th Floor | Keith McKenna | Manatt, Phelps, Phillips, LLP |
| Wilmington, Delaware 19801 | Sullivan & Cromwell LLP | 7 Times Square |
| | 125 Broad Street | New York, NY 10004 |
| | New York, New York 10004 | |

Dated: May 24, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
  Taylor & Weber
400 First National Tower

Akron, OH 44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Stephanie O'Byrne, hereby certify that on May 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

>Richard C. Pepperman, II
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York  10004
>
>Steven F. Reich
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, NY  10004

>/s/ Stephanie O'Byrne
>Francis DiGiovanni (#3189)
>Stephanie O'Byrne (#4446)
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899
>Phone (302) 658-9141

466634_1