Fusion has a shroud means which has a circular cross-section and is mounted on and around the outer surface of the inner cyclone that provides an outlet for air to pass from the container into the air inlet to the inner cyclone. The longitudinal axis of the inner cyclone passes through the center of the top and bottom openings of the inner cyclone. Thus, because the shroud has a circular cross-section and it sits around the outside of the inner cyclone, its opposing ends are also along the longitudinal axis of the inner cyclone.

**Element 1.16 – "wherein the shroud means is mounted at one end below the air inlet to the cyclone and extends along the outer surface with the other end at a position intermediate to the cone opening and the air inlet to the cyclone,"**

62. The Hoover Fusion also has Element 1.16. This element requires the shroud means to be positioned below the air inlet to the cone-shaped cyclone and extend along the outer surface of the inner cyclone to a position somewhere before the cone opening at the bottom of the inner cyclone. I have examined the location of the component on the Hoover Fusion containing the shroud and have concluded that it meets these requirements. The component is mounted such that the shroud begins at a point several centimeters ("cm") below the air inlet to the inner cyclone and it extends down along the outer surface of the inner cyclone to a point approximately 9 cm above the cone opening at the bottom of the cyclone. A photograph, with notations, showing where the shroud means is located in respect to the air inlet and cone opening is attached as Exhibit 24.

**Element 1.17 – "wherein the shroud means contacts the outer surface of the cyclone for closure at the other of the ends"**

63. The Hoover Fusion also has Element 1.17. This element requires that the bottom end of the shroud means touch the outer surface of the inner cyclone at

the point where the shroud means ends. Based on my examination of the Fusion's shroud means, its bottom end touches the outer surface of the inner cyclone where the shroud means ends. In fact, the bottom end of the shroud means is fastened to the outer surface of the cyclones by screws. A photograph, with notations, showing the location of the bottom of the shroud means is attached as Exhibit 25.

**Element 1.18 – "and wherein the shroud means has perforations adjacent to the position intermediate to the cone opening for the flow of air from the outer container to the cyclone inlet; and"**

64.    The Hoover Fusion also has Element 1.18. This element requires that the shroud means have perforations adjacent that portion of the shroud positioned between the air inlet to the inner cyclone and the cone opening at the bottom of the inner cyclone so that air can pass through the perforations to the air inlet of the inner cyclone. As discussed above (¶ 25), the Fusion's shroud does have these perforations. The perforations are adjacent that portion of the shroud positioned between the air inlet to the inner cyclone and the cone opening at the bottom of the inner cyclone so that air can pass through the perforations to the air inlet of the inner cyclone.

**Element 1.19 – "(b) disc means provided on the shroud means at a lower longitudinal extent of the shroud means and the air inlet of the cyclone and around the axis of the cyclone"**

65.    The Hoover Fusion also has Element 1.19. This element requires that a disc means must surround the axis of the inner cyclone and touch the bottom portion of the shroud. The Hoover Fusion has such a disc means. As explained (¶¶ 47 and 53), it surrounds the axis of the inner cyclone and is fastened to the bottom portion of the shroud means by screws.

**Element 1.20 – "with a space between the interior surface of the container and the disc means for passage of air,"**

66.    This element is the same as Element 15.17 of the '748 Patent. Thus, for the reasons discussed above (¶ 48), the Hoover Fusion has Element 1.20 of the '008 Patent.

**Element 1.21 – "wherein the disc means aids in dirt removal in the first container by preventing some of the dirt from flowing into the air inlet to the cyclone."**

67.    The Hoover Fusion also has Element 1.21, which is the last element of claim no. 1 of the '008 Patent. This element states that the disc means described above assists in preventing some dirt from flowing out of the outer container and into the inner cyclone. In my opinion, based on my expertise and experience, I believe that the Fusion's disc means performs this function.

### Claim No. 2 of the '008 Patent

68.    Claim no. 2 of the '008 Patent has the following elements:

"The apparatus of claim 1 wherein the disc means is circular in cross-section around the longitudinal axis of the cyclone."

69.    The Hoover Fusion has these elements. As discussed above in paragraph 51, the disc mounted under the shroud is circular and, as explained in paragraph 47 above, when in its proper place, it is situated around the longitudinal axis of the inner cyclone.

### Claim No. 3 of the '008 Patent

70.    Claim no. 3 of the '008 Patent has the following elements:

"The apparatus of claim 1 wherein the disc means has a conical shape around the shroud means such that a larger

-32-

portion of the conical shape faces towards the bottom of the
container."

71.    The Hoover Fusion has these elements.  As discussed in paragraph

53 above, the Fusion's disc means is conical in shape, with the larger portion of the

conical shape facing toward the bottom of the container.

### Claim No. 7 of the '008 Patent

72.    Claim no. 7 of the '008 Patent has the following element:

"The apparatus of claim 1 wherein the disc means is
positioned about one-third of the distance between the cone
opening and the air inlet of the cyclone"

73.    The Hoover Fusion has this element.  Using an electronic height

gauge, I determined that the distance between the bottom of the Fusion's disc and the

cone opening on the bottom of the inner cyclone was about 63.89 mm.  I also determined

that the total distance between the mid-point of the air inlet and the cone opening at the

bottom of the inner cyclone was about 215.59 mm.  Thus, the disc on the Fusion is set at

a position slightly less than one-third of the distance between the cone opening and the

air inlet (63.89/215.59 or about 29.6%).  Had I chosen to measure from the midpoint of

the disc rather than the top of the disc, which I believe would have been reasonable to do,

this distance would have been 33.03% – almost exactly one-third of the distance between

the cone opening and the air inlet of the cyclone.

### Claim No. 11 of the '008 Patent

74.    Claim no. 11 of the '008 Patent has the following element:

"The apparatus of claim 1 wherein the outer container has a
substantially cylindrical sidewall."

D33

75.    The Hoover Fusion has this element.  As explained in paragraph 24 above, the outer container has a circular cross-section.

### Claim Nos. 23 through to 25 of the '008 Patent

76.    The elements of claim nos. 23 through to 25 of the '008 Patent are either the same as the elements of claim nos. 1 through to 3 of the '008 patent or differ from those elements in ways that are immaterial here.  Thus, for the reasons discussed above (¶¶ 56-71), the Hoover Fusion has all of the elements of claim nos. 23 through to 25 of the '008 Patent.

**The '038 Patent**

77.    In my opinion, the Hoover Fusion also has each of the elements, or an equivalent thereof, of claim nos. 1, 2, 3, 7, 13 and 14 of the '038 Patent and, therefore, infringes that patent.  A copy of the '038 Patent is attached hereto as Exhibit 26.

### Claim No. 1 of the '038 Patent

78.    The elements of claim no. 1 of the '038 Patent, broken down in an easy-to-follow format, are as follows:

| Claim No. 1 of the '038 Patent | Element # |
|---|---|
| 1. Vacuum cleaner apparatus for separating dirt or dust from an airflow comprising | |
| a frustoconical cyclone | 1.1 |
| having a tangential air inlet located at or adjacent the end of the cyclone having the larger diameter | 1.2 |
| and a cone opening located at the end of the cyclone having a smaller diameter than at the end having the larger diameter, | 1.3 |
| and a collector arranged so as to surround the cone opening and having a base surface facing towards the cone opening, | 1.4 |

D34

| wherein the distance between the cone opening and the base surface is either less than 8 mm or between 30 mm and 70 mm | 1.5 |
|---|---|
| such that there is improved separation of the dirt or dust because of the distance in the apparatus. | 1.6 |

**Element 1.1 – "a frustoconical cyclone"**

79.     The Hoover Fusion has Element 1.1 of the '038 Patent.  This element requires that the vacuum cleaner apparatus have a frustoconical cyclone.  As discussed above in reference to Element Nos. 14.8 and 14.10 of the '515 Patent (¶¶ 28 and 30), the inner cyclone of the Hoover Fusion is a frustoconical cyclone.

**Element 1.2 – "having a tangential air inlet located at or adjacent the end of the cyclone having the larger diameter"**

80.     The Hoover Fusion also has Element 1.2 of the '038 Patent.  This element requires a tangential air inlet at or adjacent the end of the inner cyclone having the larger diameter, which is the end of the inner cyclone nearest the top of the container.  The Hoover Fusion has a tangential air inlet (see ¶ 29), and it is located adjacent the end of the cyclone having the larger diameter.

**Element 1.3 – "and a cone opening located at the end of the cyclone having a smaller diameter than at the end having the larger diameter,"**

81.     The Hoover Fusion has Element 1.3 of the '038 Patent.  This element requires that there be a cone opening located at the end of the inner cyclone (or bottom of the inner cyclone) that has a smaller diameter than the end of the inner cyclone having the larger diameter (or at the top of the inner cyclone).  I observed that the diameter of the opening at the bottom of the inner cyclone is smaller than the diameter of the opening at the top of the inner cyclone.

-35-

**D35**

**Element 1.4 – "and a collector arranged so as to surround the cone opening and having a base surface facing towards the cone opening,"**

82.     The Hoover Fusion has Element 1.4 of the '038 Patent. This element requires that there be a collector that surrounds the cone opening at the bottom of the inner cyclone that has a base surface facing towards the cone opening. The dirt collection chamber discussed above (¶ 32), meets this requirement. It surrounds the cone opening at the bottom of the inner cyclone and has a base surface facing towards that cone opening.

**Element 1.5 – "wherein the distance between the cone opening and the base surface is either less than 8 mm or between 30 mm and 70 mm"**

83.     Element 1.5 of the '038 Patent requires that the distance between the cone opening at the bottom of the inner cyclone and the base surface of the container be either less than 8 mm or between 30 mm and 70 mm. I have measured the distance between the cone opening at the bottom of the inner cyclone and the base surface of the container on two of the new Hoover Fusions that were in my possession using a coordinate measuring machine. The distance on the first Hoover Fusion was 70.75 mm and the distance on the second Hoover Fusion was 70.89 mm, for an average distance of 70.82 mm. This average distance is slightly above the range set out in Element 1.5. I am informed, however, that where an accused device does not fall within the literal words of a claim element, there is a U.S. legal doctrine providing that if the accused device performs substantially the same function in substantially the same way to achieve substantially the same result as the claim element, it will be considered an equivalent of that claim element and infringement may still be found. In my opinion, this doctrine should be applied here. As set forth in this claim, the function of setting the distance

-36-

between the cone opening at the bottom of the inner cyclone and the base surface of the container to a particular value is to achieve improved dirt or dust separation. This is the function of setting the distance between the cone opening at the bottom of the inner cyclone and the base surface of the container of the Hoover Fusion at about 70.82 mm. The way this is achieved in the claim element is by setting the distance at less than 8 mm or between 30 mm and 70 mm. The way this achieved in the Hoover Fusion is by setting a distance that is less than 1 mm outside the range called for in Element 1.5 of the '038 Patent, which is substantially the same as the claim element. As is discussed in the next paragraph, by setting the distance between the cone opening and the base surface in the Hoover Fusion at about 70.82 mm, the Hoover Fusion is able to achieve the result of improved separation of dirt or dust from air; this is the same result as the claim element.

**Element 1.6 – "such that there is improved separation of the dirt or dust because of the distance in the apparatus."**

84.    Element 1.6, which is the last element of claim no. 1 of the '038 Patent, states that setting the distance between the cone opening and the base surface at either less than 8 mm or between 30 mm and 70 mm improves the separation of dirt or dust from air. The distance between the cone opening and the base surface on the Hoover Fusion performs this function. Using a standard test dust known as R10, I tested the dust separation efficiency of the Hoover Fusion cyclonic apparatus using apparatus that had a distance between the cone opening at the bottom of the inner cyclone and the base surface of the container set at about 70.82 mm (*see* ¶ 83) – and determined that approximately 10.14% of the dust sucked into that cyclonic apparatus was not collected by the apparatus. Using the same standard test dust, I then tested the dust separation

-37-

efficiency of a Hoover Fusion cyclonic apparatus using apparatus that had been modified so that the distance between the cone opening at the bottom of the inner cyclone and the base surface of the container was 100 mm (the "modified cyclonic cleaning apparatus"). The modification included extending the length of the dirt collection chamber by about 30 mm and dropping that portion of the bottom of the outer container forming the bottom of the dirt collection chamber by the same distance. The depth of the outer container surrounding the dirt collection chamber was not altered. I determined that approximately 10.84% of the dust sucked into the modified cyclonic cleaning apparatus was not collected by that apparatus. Thus, the tests showed there was about a 7% dust separation improvement at a distance of approximately 70.82 mm over a distance of 100 mm. Because the geometry of the outer container remained the same, it is my opinion that the observed change in dust separation efficiency of the apparatus occurred only in the inner cyclone and was due entirely to the change in the distance between the cone opening and the bottom of the inner cyclone.

### Claim No. 2 of the '038 Patent

85.    Claim no. 2 of the '038 Patent has the following element:

"Apparatus as claimed in claim 1, wherein the base surface is substantially planar."

86.    The Hoover Fusion has this element. This element requires that the base surface below the cone opening be substantially planar. I have examined the base surface of the container below the cone opening and have found that it is substantially planar. A diagram illustrating the planar nature of the base surface is attached hereto as Exhibit 27.

-38-

<u>Claim No. 3 of the '038 Patent</u>

87.    Claim no. 3 of the '038 Patent has the following element:

"Apparatus as claimed in claim 2, wherein the distance
between the cone opening and the base surface is measured
parallel to a longitudinal axis between the ends of the
cyclone."

88.    The Hoover Fusion has this element.  This element requires that the distance between the cone opening and the base surface be measured parallel to the longitudinal axis between the ends of the inner cyclone.  The distance between the cone opening at the bottom of the inner cyclone and the base surface of the container of the Hoover Fusion discussed in paragraph 83, above, was measured parallel to the longitudinal axis between the ends of the inner cyclone.

<u>Claim No. 7 of the '038 Patent</u>

89.    Claim no. 7 of the '038 Patent has the following element:

"Apparatus as claimed in any one of claims 3, 4, 5 or 6,
wherein the base surface has a diameter which is spaced
around a longitudinal axis of the cyclone."

90.    The Hoover Fusion has this element.  This element requires that the Hoover Fusion have the apparatus claimed in any of claim nos. 3, 4, 5 or 6 of the '038 Patent and that the base surface below the inner cyclone have a diameter which is spaced around a longitudinal axis of the inner cyclone.  As discussed in paragraph 88, the Hoover Fusion has the apparatus claimed in claim no. 3.  The longitudinal axis of the inner cyclone passes through approximately the center of the base surface.  Thus, the diameter of the base surface is spaced around the longitudinal axis of the inner cyclone.

A diagram illustrating the relative position of the longitudinal axis of the inner cyclone and the diameter of the base surface is attached as <u>Exhibit 28</u>.

### Claim No. 13 of the '038 Patent

91.    Claim no. 13 of the '038 Patent has the following elements:

"Apparatus as claimed in any one of claims 3, 4, 5 or 6,
wherein the base surface has a diameter spaced around the
longitudinal axis of the cyclone with an upwardly
extending annular wall from the base surface wherein a
diameter of the wall is greater at an end adjacent the base
surface than at an end remote therefrom."

92.    The Hoover Fusion has these elements. These elements require that the Hoover Fusion have the apparatus claimed in any of claim nos. 3, 4, 5 or 6 of the '038 Patent and that (a) the base surface below the inner cyclone have a diameter spaced around the longitudinal axis of the inner cyclone with an upwardly extending annular, or ring-shaped, wall from the base surface and (b) the diameter of the annular wall be greater at the end adjacent the base surface than at the end remote from the base surface. As discussed in paragraph 88, the Hoover Fusion has the apparatus claimed in claim no. 3. As discussed in paragraph 90, it also has a diameter spaced around the longitudinal axis of the inner cyclone. The base surface below the inner cyclone of the Hoover Fusion also has an upwardly extending annular wall from the base surface. Using Mitutoyo calipers to measure these diameters, I have determined that the diameter of the annular wall at the end adjacent the base surface is greater than the diameter of the annular wall at the end remote from the base surface. A diagram illustrating the location, shape and relevant diameters of the upwardly extending annular wall is attached as <u>Exhibit 29</u>.

-40-

### Claim No. 14 of the '038 Patent

93.    Claim no. 14 of the '038 Patent has the following elements:

"Apparatus as claimed in any one of claims 3, 4, 5 or 6,
wherein the base surface is spaced around the longitudinal
axis of the cyclone with an upwardly extending annular
wall from the base surface wherein the end of the wall
remote from the base surface is radiused."

94.    The Hoover Fusion has these elements.  These elements require
that the Hoover Fusion have the apparatus claimed in any of claim nos. 3, 4, 5 or 6 of the
'038 Patent and that (a) the base surface below the inner cyclone be spaced around the
longitudinal axis of the inner cyclone with an upwardly extending annular, or ring-
shaped, wall from the base surface and (b) the end of the annular wall remote from the
base surface be radiused.  As discussed in paragraph 88, the Hoover Fusion has the
apparatus claimed in claim no. 3.  The longitudinal axis of the inner cyclone passes
through the middle of the base surface of the dirt collection chamber and, thus, the base
surface is spaced around the longitudinal axis of the inner cyclone.  The base surface also
has a ring-shaped, *i.e.*, annular, wall extending upwardly from the base surface.  The
annular wall also is radiused, or rounded, at its top, *i.e.*, at the end of the wall remote
from the base surface.  The rounded nature of the top of the annular wall is illustrated in
the diagram attached hereto as Exhibit 29.

## Conclusions

95.    For the reasons set out above, I have concluded that the Hoover
Fusion infringes the specified claims of the four Patents in Suit.

_____
  /        Gareth Evan Lyn Jones

-41-

D41

Sworn to before me this
25th day of July, 2005

_____

Notary Public

Marlinesong
Wilbshire
U.K.



-42-

**APOSTILLE**

(Hague Convention of 5 October 1961 / Convention de La Haye du 5 octobre 1961)

UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND

1.  Country:  United Kingdom of Great Britain and Northern Ireland
    Pays:  Royaume-Uni de Grande-Bretagne et d'Irlande du Nord

    This public document / Le présent acte public

2.  Has been signed by        A J Gill
    a été signé par

3.  Acting in the capacity of    Notary Public
    agissant en qualité de

4.  Bears the seal/stamp of    The Said Notary Public
    est revêtu du sceau/timbre de

                                        Certified/Attesté
5.  at London/à Londres        6.  the/le  25 July 2005

7.  by Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs /
    par le Secrétaire d'Etat Principal de Sa Majesté aux Affaires Etrangères et du Commonwealth.

8.  Number/sous No      **G763582**

9.  Stamp:                                10.  Signature:    K. Khan
    timbre:





*For the Secretary of State / Pour le Secrétaire d'Etat*

**If this document is to be used in a country which is not party to the Hague Convention of 5 October 1961, it should be presented to the consular section of the mission representing that country. An apostille or legalisation certificate only confirms that the signature, seal or stamp on the document is genuine.  It does not mean that the contents of the document are correct or that the Foreign & Commonwealth Office approves of the contents.**

**D43**

Exhibit 1 – Copy of Hoover Fusion Owner's Manual

# HOOVER®

# FUSION™

## Cyclonic Filtration System



| Owner's Manual |
|---|
| **ENGLISH → pp. 1-12** |
| ESPAÑOL → pág 13-19 |
| FRANÇAIS → p. 20-26 |

**This product was designed for easy assembly (see page 3)**

**Review this manual before operating the cleaner.**

| Review this manual before operating cleaner |

# Thank you for choosing a HOOVER® product

Please enter the COMPLETE model and serial numbers in the spaces provided.

Model_____

Serial number_____

Hint: Attach your sales receipt to this owner's manual.
Verification of date of purchase may be required for warranty service of your HOOVER product.

Be sure to fill out and return the product registration card included with your cleaner (see back cover).



SERIAL NUMBER

## Contents

Assembling Cleaner ................................3
Carton Contents....................................3
Cleaner Descriptions ............................4
How To Use .......................................4-6
    Cleaning Tools ................................6
If You Have a Problem .......................10
Important Safeguards .........................2
Lubrication ...........................................9
Maintenance ...................................6-10
    Authorized Service........................10
    Cleaning Filters ...........................7-8
    Clearing Blockages .......................11
    Emptying Dirt Cup.......................6-7
    Replacing Agitator Brush Roll .......9
    Replacing Belt.............................8-9
    Replacing Headlight......................8
Thermal Protector .............................10
Warranty ............................................12


c (UL) us
LISTED

© 2005 The Hoover Company
www.hoover.com

2

# Important Safeguards!

When using an electrical appliance, always follow basic precautions, including the following:

## READ ALL INSTRUCTIONS BEFORE USING THIS APPLIANCE

## WARNING: To reduce the risk of fire, electric shock, or injury:

- Do not use outdoors or on wet surfaces.
- Close supervision is necessary when any appliance is used by or near children. Do not allow vacuum cleaner to be used as a toy or to run unattended at any time.
- Keep hair, loose clothing, fingers, feet and all parts of body away from openings, rotating agitator and other moving parts. Do not operate cleaner in bare feet or when wearing open toe shoes or sandals.
- Do not pick up anything that is burning or smoking, such as cigarettes, matches, or hot ashes.
- Do not use to pick up flammable or combustible materials such as gasoline or fine wood sandings or use in areas where they may be present.
- Avoid picking up hard, sharp objects with the cleaner. They may damage the cleaner.
- Always turn off this appliance before connecting or disconnecting hose.
- Do not use without dirt cup or filters in place. Empty cup and clean filter frequently when picking up very fine materials such as powder.
- Use extra care when cleaning on stairs.
- Do not put any object into openings. Do not use with any opening blocked; keep free of dust, lint, hair, or anything that may reduce air flow.
- Do not pull or carry by cord, use cord as a handle, close door on cord or pull cord around sharp edges or corners. Do not run appliance over cord. Keep cord away from heated surfaces.
- Always disconnect cord from electrical outlet before servicing the cleaner.
- Unplug cleaner when not in use. Turn off all controls before unplugging.
- Do not unplug by pulling on cord. To unplug, grasp the plug, not the cord. Never handle plug or appliance with wet hands.
- The use of an extension cord is not recommended.
- Do not use with damaged cord or plug. If appliance is not working as it should, has been dropped, damaged, left outdoors, or dropped into water, take it to a Hoover Sales and Service Center or Authorized Hoover Warranty Service Dealer (Depot).
- Use vacuum cleaner only for its intended use as described in the instructions. Use only attachments recommended by The Hoover Company; others may cause hazards.

## WARNING: This product contains chemicals known to the State of California to cause cancer. *Wash hands after handling.*

# Save these instructions!

D45

you need any assistance:
Visit our website at **www.hoover.com.** Click on the "Service" button to find the service outlet nearest you  OR
Call **1-800-944-9200** for an automated referral of authorized service outlet locations (U.S. only) OR **1-330-499-9499** to speak with a representative in our Consumer Response Center.
**Please do not return this product to the store.**

## 1. Cleaner assembly

### Carton contents



**1-1**

A. Handle section
B. Cleaner body
C. Cleaning tools and wands

Remove all parts from carton and identify each item shown.
Make sure all parts are located before disposing of packing materials.

### Attach handle



**1-2**

Grasp orange tie wrap (A) and pull until the black plug (B) comes out of the handle cavity.
**DO NOT** remove orange tie wrap until step 1-3 is complete.



**1-3**

Hold plug (B) with one hand; upper handle (C) with other hand.
Push plug into upper handle, aligning with opposite end of plug and push firmly **until you hear a snap.**
After ends are connected, lightly pull on plug to make sure it is securely attached.

**Note:** The plug will only fit together one way. If plug is not fitting together, check alignment of ends.
**After the plug ends are fully connected,** the orange tie wrap (A) must be removed.
**Use caution so as NOT TO CUT the black power cord.** Discard the orange tie wrap.



**1-4**

Align the groove (D) on the back of the **upper** handle with the small projection (E) on the back of the handle housing.
**Push upper handle down until you hear a click.**



**1-5**

Press button (F) at handle base and push handle all the way down.

*Continued* → 3



## Position tools

Place smaller diameter end of wand (A) into bottom of rack. Snap wand into clip at top. Repeat with other wand.

Crevice tool (B) fits into one of the extension wands.

Snap combination tool (C) and powered hand tool (D) into storage areas on back of cleaner as shown.

# 2. How to use
## Cleaner description



1. Handle grip
2. ON/OFF switch
3. Telescoping handle
4. Handle release button
5. Carrying handle
6. Dirt cup release button
7. Dirt cup assembly
8. Dirt cup door hinge
9. Stair cleaning handle: located below lower edge of dirt cup.
10. Headlight
11. Nozzle control knob: turn knob to correct setting for height of carpet being cleaned.
12. Furniture guard: helps prevent cleaner from marking furniture.
13. Hose handle
14. Combination tool
15. Powered hand tool
16. Hose
17. Hose/tool holder

18. Wands
19. Crevice tool
20. Cord hooks: wrap cord around hooks for storage. Top hook can be rotated right or left for easy cord release.
21. Handle release pedal: step on lever to lower handle to operating or low positions.

Operate cleaner only at voltage specified on data plate on back of cleaner.

This cleaner is intended for household use.

## Polarized plug

To reduce the risk of electric shock, this appliance has a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install the proper outlet. Do not change the plug in any way.

## ON-OFF switch

Plug cord into electrical outlet.
To turn cleaner ON, push ON/OFF switch once.

To turn cleaner OFF, push switch again.



## Telescoping handle

For convenience in storing or carrying your cleaner, the handle is designed to retract into the body of the cleaner. Lower the handle by depressing the button (A) located at the handle base and pushing the handle down. Raise the handle by depressing the button and pulling the handle upward, locking it into the desired position.



## Transporting cleaner

To move your cleaner from room to room, put handle in upright position, tilt cleaner back on rear wheels and push forward.

4



## Carrying cleaner

The cleaner can also be moved by using the carrying handle.



## Handle positions

The handle of your cleaner has three positions; **upright** for storage and when using cleaning tools; **operating position** for general operation on carpet and floors; **low** for reaching under low furniture. Step on handle release lever to lower handle.



## Carpet height adjustment

The cleaning of carpet and rugs takes place at the nozzle (A).

When it is necessary to raise and lower the nozzle for various carpet pile heights, place handle in upright position and turn the nozzle control knob (B) to the desired setting.

**The nozzle will not move into the adjusted position until the cleaner handle is lowered to the operating position.**



## Settings

**For maximum cleaning performance,** the following carpet height settings are recommended:

• **Lowest setting:** for all types of carpet.

Note: If the cleaner is difficult to push, turn knob to the next higher setting.

• **Higher settings:** for very deep pile carpet, where easier pushing effort is desired, while maintaining good cleaning performance.



## Cleaning lightweight flexible rugs

Stand on one end of rug and move cleaner toward other end or edge. Before reaching edge, push down on handle. This will lift up the nozzle (front of cleaner) as shown and will prevent rug from clinging to cleaner. Continue to lift up nozzle so that when you have reached the edge, it is completely off the rug. Move cleaner back to start again, lower nozzle, and use only forward strokes.



## Stair cleaning

A stair cleaning handle has been designed for ease in using your cleaner on stairs. With handle in operating position, place fingers under edge of stair cleaning handle (A) and guide cleaner with other hand on upper handle.

As an alternative, you may use the hose and power hand tool for stair cleaning. Clean from bottom to top.

**When using cleaning tools, the agitator will continue to rotate.**

CAUTION: To avoid personal injury or unnecessary wear to carpet, and to prevent the cleaner from falling, always place it at bottom of stairs.

*Continued* → 5

## Cleaning tools

Tools allow for cleaning surfaces above the floor and for reaching hard to clean areas.

The cleaner is ready for tool use when **handle is in upright position.**

**CAUTION: The agitator continues to rotate while cleaner handle is in upright position. Avoid tipping cleaner or setting it on furniture, fringed area rugs or carpeted stairs during tool use.**

## How to clean tools

To clean the hose, wipe off dirt with a cloth dampened in a mild detergent. Rinse with a damp cloth.

Cleaning tools may be washed in warm water with a detergent. Rinse and air dry before using.



## Removing hose

When using cleaning tools, **cleaner handle should be in the upright position. Also, turn cleaner OFF before disconnecting and connecting hose to hose tube (A).**

To use hose, lift hose end (B) as shown. Check to be sure the hose tube cover (C) is closed over the hose tube.

When you are finished cleaning with the tools, lift cover from hose tube and reposition hose end into tube.



## Select proper tool

**D. Combination tool** use with brush for carved furniture, table tops, books, lamps, lighting fixtures, venetian blinds, baseboards, shutters, and registers. Remove brush to clean upholstered furniture, draperies, mattresses, clothing, and carpeted stairs.

**E. Powered hand tool** may be used for upholstered furniture, draperies, mattresses, clothing, automobile interiors, and carpeted stairs.

**F. Crevice tool** may be used in tight spaces, corners and along edges in such places as dresser drawers, upholstered furniture, stairs and baseboards.

**G. Wands** are used to give extra length to your hose. Use them with any of the above tools.



## Attach wand and tools

Attach tool or wand to the hose (H).

Attach tool to wand (I) by pushing it firmly onto the wand.

Twist wand or tool slightly to tighten or loosen the connection.



## Combination tool

Slide brush to remove.

To replace brushes, align bottom of brush with grooves (J) on tool. Slide brush into place.

## 3. Maintenance

Familiarize yourself with these home maintenance tasks as proper use and care of your cleaner will ensure continued cleaning effectiveness.



## Dirt cup

### When to empty

It is recommended that the dirt cup be emptied before the dirt reaches the fill line (A), or after every use if preferred.

**CAUTION: Very fine materials, such as face powder or cornstarch, may seal the filter and cause loss of suction. When using the cleaner for this type of dust, empty the cup and clean the filters often.**

6

**D49**







## How to empty

Disconnect cleaner from electrical outlet. Do not use the cleaner without dirt cup or filters in place.

Press dirt cup release button (B) and pivot cup out.

Holding dirt cup over trash receptacle, press dirt cup door release button (C) to open dirt cup door (D).

Press dirt cup door release button to latch dirt cup door closed.

Place bottom of dirt cup in first. Pivot cup into cleaner body.



Press on dirt cup release button while firmly pressing on dirt cup. Release button in order for it to return to proper position and lock the dirt cup into place.

## Cleaning filters

### Cyclonic filter assembly
#### How to clean

Disconnect cleaner from electrical outlet. Do not use cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Twist filter assembly (A) counter-clockwise. Remove assembly from dirt cup.



Dirt and debris can be cleaned from the filter assembly by brushing with the cleaner's combination tool.

Place the filter assembly on the dirt cup, aligning tabs (A) on either side of filter with slots on dirt cup (B) and twist it clockwise to secure into position.

Replace dirt cup as described in Figs. 3-4 & 3-5.

## Secondary filter
### How to clean

Disconnect cleaner from electrical outlet. Do not operate cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Pull down on latch (A) located at the top of the dirt cup cavity to remove gray filter frame. Remove black foam filter (B) from frame. Hand wash in cold water with a mild detergent.

Let filter air dry and replace it into filter frame.

Reposition filter frame by inserting tabs (C) into slots (D) on back of dirt cup cavity. Rotate filter frame up toward top of dirt cup cavity and snap closed.

*Continued →*  7

**D50**

## Final filter

### How to clean

Disconnect cleaner from electrical outlet. Do not operate cleaner without dirt cup or filters in place.



Remove dirt cup as described in Fig. 3-2.

Pull filter frame (A) straight out from bottom of dirt cup cavity. Remove filter (B) from frame.

Hand wash in cold water with a mild detergent.

Let filter air dry and replace it on filter frame.

Reposition filter frame in bottom of dirt cup cavity.

### What to buy

When purchasing new filters, ask for **HOOVER part No. 93001633 Filter pack**, which includes (1) primary filter, part No. 93001723 and (1) final filter, part No. 93001726.

## Headlight replacement

### What to buy

This cleaner uses a 13 volt, T-3 114 wedge base bulb, **Hoover part No. 27313107.**



### Removing lens

Disconnect cleaner from electrical outlet.

Press handle release pedal and place handle in low position.

Using a Phillips screwdriver, remove the the screw as shown and lift off lens.



### Installing bulb

Pull old bulb straight out of socket. Push new bulb straight into socket until locked in place.

**Excessive force is not required.**



### Replacing lens

Reposition lens and secure with the screw.

## Belt replacement

The belt on your Hoover cleaner causes the agitator to rotate and is important for the effective operation of the cleaner. The belt is located under the hood of the cleaner and should be checked from time to time to be sure it is in good condition.

### When to replace

Disconnect cleaner from electrical outlet.

To check belt, remove hood as shown in Fig. 3-13. Replace belt if it is stretched, cut or broken.

### What to buy

To assure effective operation, use only genuine HOOVER belts with your cleaner. When purchasing a new belt, ask for **HOOVER part No. 38528040** (belt package part No. 40201190).



### How to replace

Disconnect cleaner from electrical outlet.

### Removing hood

Press handle release pedal and place handle in low position.

Using a coin, turn the two slots (A) on either side of the hood as shown.



Rotate hood toward front of cleaner and remove the hood.



**Removing agitator brush roll**

Remove agitator brush roll and used belt.

Discard used belt.



**Installing new belt**

With lettering on outside of belt, slide new belt over motor pulley (B).



**Replacing agitator brush roll**

Insert agitator through belt and place belt in belt guide (C) on agitator.



**Securing agitator**

Grasp agitator firmly and fit it into position by first sliding end opposite' the belt into the rectangular slot (D) on side of cleaner.

Pull other side of agitator (E) into place.

Turn agitator making sure belt turns freely and is not pinched between agitator and bottom of cleaner.



**Replacing hood**

Align tabs (F) on hood with slots (G) on base of cleaner. Pivot hood into position.

Secure hood into position by turning the coin slots (Fig. 3-13).

## The agitator brush roll

### When to replace

When agitator brushes are worn, the agitator should be replaced.

To check condition of brushes, disconnect cleaner from electrical outlet.



Move edge of a card across bottom plate while turning agitator. To maintain cleaning effectiveness, replace agitator if brushes do not touch card.

## What to buy

When purchasing a new agitator, ask for HOOVER part No. 48414113.

### How to replace

**Disconnect cleaner from electrical outlet.**

Remove hood, belt and agitator following directions in "The belt" section beginning with Fig. 3-13.

Discard old agitator.

Continue following the directions in "The belt" section to reposition belt, new agitator and hood.

## Lubrication

The motor is equipped with bearings that contain sufficient lubrication for the life of the motor. The addition of lubricant could cause damage. **Therefore, do not add lubricant to motor bearings.**

*Continued* ➡  9

## Thermal protector

An internal thermal protector has been designed into your cleaner to protect it from overheating.

**When the thermal protector activates, the cleaner will stop running.** If this happens, proceed as follows:

1. **Turn the cleaner OFF and disconnect it from the electrical outlet.**

2. Check secondary and final filters for dirt accumulation.

3. Refer to "Clearing blockages" section.

4. **When cleaner is unplugged and the motor cools for 30 minutes,** the thermal protector automatically resets and cleaning may continue.

If the thermal protector continues to activate after following the above steps, your cleaner may need servicing (see "Service" section).

## Service

To obtain approved HOOVER service and genuine HOOVER parts, locate the nearest **Hoover Sales and Service Center or Authorized Hoover Warranty Service Dealer (Depot)** by:

• checking the Yellow Pages under "Vacuum Cleaners - Household" OR -

• checking the list of Sales and Service Centers provided with this cleaner OR -

• checking the Service section of The Hoover Company on-line at **www.hoover.com** OR -

• calling 1-800-944-9200 for an automated referral of authorized service outlet locations (U.S. only).

**Do not** send your cleaner to The Hoover Company in North Canton for service, this will only result in delay.

If further assistance is needed, contact The Hoover Consumer Response Center, Phone: 1-330-499-9499.

In Canada, contact Hoover Canada, Burlington, Ontario L7R 4A8, Phone: 1-800-263-6376.

Always identify your cleaner by the **complete** model number when requesting information or ordering parts. (The model number appears on the back of the cleaner.)

## 4. If you have a problem

If a minor problem occurs, it usually can be solved quite easily when the cause is found by using the checklist below.

### Problem: Cleaner won't run

**Possible Cause**
*Possible Solution*

• Not firmly plugged in
• *Plug unit in firmly*
• No voltage in wall receptacle
• *Check fuse or breaker*
• Blown fuse or tripped breaker
• *Replace fuse or reset breaker*
• Thermal protector activated
• *Unplug cleaner and allow cleaner to cool for 30 minutes (this will reset the thermal protector)*

### Problem: Cleaner/tools won't pick up

**Possible Cause**
*Possible Solution*

• Broken or worn belt
• *Replace belt*
• Agitator brush roll worn
• *Replace brush roll*
• Dirt cup full
• *Empty dirt cup*
• Incorrect carpet height setting
• *Move nozzle control knob to lower setting*
• Blockage in air flow passages
• *Clear blockage*

### Problem: Cleaner hard to push

**Possible Cause**
*Possible Solution*

• Incorrect carpet height setting
• *Move carpet height control to a higher setting*

### Problem: Smoky/burning smell detected

**Possible Cause**
*Possible Solution*

• Belt broken or stretched
• *Replace agitator brush roll belt as described in Figs. 3-13 through 3-19 in the Maintenance section*

**D53**

# Clearing blockages

Disconnect cleaner from electrical outlet.

Low suction or pick up may be due to a blockage in the system. Refer to the following steps to check for blockages continuing with each step until the blockage is found:

1. Check fullness of dirt cup; empty if needed.



### Checking airflow path

2. Plug cleaner in and turn ON. Check for suction at end of hose (A). If there is suction, continue with step 3.

3. **Turn cleaner OFF and unplug.** Check connection at hose tube (B); remove any blockage.



### Checking airflow path through hose inlet tube on back of cleaner

4. **Turn cleaner OFF and unplug.**

5. If blockage can be seen in tube (C), remove 5 screws using a Phillips screwdriver.

6. Pull tube from cleaner, remove blockage.

7. Reposition tube on back of cleaner, replace 5 screws.



### Checking under hood

8. **Turn cleaner OFF and unplug.**

9. Remove hood, belt and agitator (Figs. 3-13 through 3-15).

Look into opening (C) for blockages and remove.

10. Replace belt, agitator and hood.

11

**D54**

# Full One Year Warranty
## (Domestic Use)

Your HOOVER® appliance is warranted in normal household use, in accordance with the Owner's Manual against original defects in material and workmanship for a period of one full year from date of purchase. This warranty provides, at no cost to you, all labor and parts to place this appliance in correct operating condition during the warranted period. This warranty applies when the appliance is purchased in the United States including its territories and possessions, or in Canada or from a U. S. Military Exchange. Appliances purchased elsewhere are covered by a limited one year warranty which covers the cost of parts only. This warranty does not apply if the appliance is used in a commercial or rental application.

This warranty only applies when the product is in use in the country or territory in which it is purchased.

Warranty service can only be obtained by presenting the appliance to one of the following authorized warranty service outlets. Proof of purchase will be required before service is rendered.

1. Hoover Sales and Service Centers.

2. Hoover Authorized Warranty Service Dealers (Depots).

**For an automated referral of authorized service outlets in the U.S.A., phone 1-800-944-9200 OR**

**visit The Hoover Company on-line at www.hoover.com**

This warranty does not cover pick up, delivery, or house calls; however, if you mail your appliance to a Hoover Sales and Service Center for warranty service, transportation will be paid one way.

While this warranty gives you specific legal rights, you may also have other rights which vary from state to state.

If further assistance is needed, or if there are questions concerning this warranty or the availability of warranty service outlets, phone the Hoover Consumer Response Center, 1-330-499-9499.

In Canada, contact Hoover Canada, Burlington, Ontario L7R 4A8, 1-800-263-6376.

**D55**

# HOOVER.

## FUSION™

### Sistema de filtración ciclónica

---

### Manual del propietario
ESPAÑOL → 13-19

### Índice

Ensamblado de la aspiradora ...................14

Contenido de la caja ....................14

Descripción de la aspiradora....................14

Cómo usar la aspiradora....................14-16

   Accesorios de limpieza....................15

Si tiene un problema....................18

Salvaguardias importantes ....................13

Lubricación ....................17

Mantenimiento ....................16-18

   Servicio autorizado ....................18

   Limpieza de los filtros....................18

   Eliminación de obstrucciones ....................18

   Vaciado del depósito para polvo ....................16

   Reemplazo del rodillo de escobillas del agitador ....................17

   Reemplazo de la correa ....................17

   Reemplazo de la luz delantera ....................16-17

Protector térmico ....................17

Garantía....................19

Este producto ha sido diseñado para ser ensamblado con facilidad (vea la página 14)

### Lea este manual antes de hacer funcionar la aspiradora.



c(UL)us
LISTED

© 2005 The Hoover Company
www.hoover.com

---

## Gracias por haber elegido un producto HOOVER®

Anote los números COMPLETOS de modelo y serie en los espacios provistos.

Modelo _____

Número de serie _____

Consejo: Adjunte su recibo de compra a este Manual del propietario.
Para obtener el servicio de garantía de su producto HOOVER puede requerirse la verificación de la fecha de compra.

Asegúrese de llenar y devolver la tarjeta adjunta de registro del producto incluida con su aspiradora (vea la contraportada).

---

## ¡Salvaguardias importantes!

Al usar un aparato eléctrico, observe siempre las precauciones básicas, incluyendo las siguientes:

**LEA TODAS LAS INSTRUCCIONES ANTES DE USAR ESTE APARATO**

### ADVERTENCIA:
Para reducir el riesgo de incendios, choques eléctricos o lesiones:

- No use este aparato en el exterior o en superficies mojadas.
- Es necesaria una supervisión estricta cuando cualquier aparato es utilizado por o cerca de los niños. No permita que la aspiradora sea usada como un juguete ni que funcione sin atención en ningún momento.
- Mantenga el cabello, la ropa holgada, los dedos de las manos y pies y todas las partes del cuerpo alejados de las aberturas, del agitador rotatorio y otras piezas en movimiento. No haga funcionar la aspiradora descalzo ni cuando calce sandalias o zapatos que dejen los dedos de los pies al descubierto.
- No aspire nada que se esté quemando o echando humo, como cigarrillos, cerillos o cenizas calientes.
- No use este aparato para aspirar materiales inflamables o combustibles como gasolina o restos de madera lijada, ni en áreas donde pudieran encontrarse presentes.
- Evite recoger objetos duros o afilados con la aspiradora. Éstos pueden dañar la aspiradora.
- Apague siempre este aparato antes de conectar o desconectar la manguera.
- No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar. Vacíe el depósito y limpie con frecuencia cuando aspire materiales muy finos como talco.
- Tenga especial cuidado al limpiar escaleras.
- No coloque ningún objeto en las aberturas. No la use con ninguna abertura obstruida; manténgala libre de polvo, pelusa, cabello o cualquier cosa que pueda reducir el flujo de aire.
- No tire de ésta ni la transporte por el cordón, ni tampoco use el cordón como mango, ni cierre la puerta sobre el cordón ni tire del mismo alrededor de los bordes agudos ni esquinas. No pase el aparato sobre el cordón. Mantenga el cordón alejado de las superficies calientes.
- Desconecte siempre el cordón de la toma de corriente eléctrica antes de prestar servicio a la aspiradora.
- Desconecte el cordón cuando la aspiradora no esté en uso. Antes de desenchufarla, apague todos los controles.
- No la desconecte tirando del cordón. Para desenchufarla, sujete el enchufe y no el cordón. Nunca toque el enchufe ni el aparato con las manos mojadas.
- No se recomienda el uso de cordones de extensión.
- No use el aparato si el cordón o el enchufe está dañado. Si el aparato no está funcionando apropiadamente, se ha dejado caer, ha sido dañado, se ha dejado a la intemperie o se ha dejado caer en agua, llévelo a un Centro de ventas y servicio de Hoover o a un Concesionario autorizado de servicio de garantía de Hoover (Depósito).
- Use la aspiradora solamente para lo que ha sido diseñada según se describe en las instrucciones. Use solamente los accesorios recomendados por The Hoover Company; el uso de otros accesorios puede ser peligroso.

### ADVERTENCIA
Este producto contiene substancias químicas conocidas en el estado de California por ser causantes de cáncer. *Lávese las manos después de manipularlo.*

## ¡Guarde estas instrucciones!

### Si necesita asistencia:

Visite nuestra página en Internet **www.hoover.com**. Haga clic en el botón "Service" para encontrar el centro de servicio más cercano a usted O

Llame al 1-800-944-9200 para obtener una referencia automatizada de las ubicaciones de los centros de servicio autorizados (solamente en EE.UU.) O Llame al 1-330-499-9499 para hablar con un representante en nuestro Centro de respuesta al cliente.

**Por favor no devuelva este producto a la tienda.**

USE ESTAS INSTRUCCIONES EN ESPAÑOL JUNTO CON LAS FIGURAS PASO-A-PASO PROVISTAS EN EL MANUAL DE INGLÉS.

# 1. Ensamblado de la aspiradora

## Contenido de la caja

### 1-1

Accesorios incorporados en la aspiradora

A. Sección del mango
B. Cuerpo de la aspiradora
C. Accesorios de limpieza y tubos de extensión

Saque todos los componentes de la caja e identifique cada pieza que se muestra.

Asegúrese de encontrar todas las piezas antes de desechar el material de embalaje.

## Coloque el mango

### 1-2

Sujete la banda de sujeción anaranjada (A) y tire hasta que el enchufe negro (B) salga de la cavidad para el mango.

NO saque la banda de sujeción anaranjada hasta que haya completado el paso 1-3.

### 1-3

Sujete el enchufe (B) con una mano y el mango superior (C) con la otra mano. Empuje el enchufe dentro del mango superior, alineándolo con el extremo opuesto del enchufe y empújelo firmemente **hasta escuchar que encaja** Cuando los extremos estén conectados,

tire ligeramente del enchufe para asegurarse de que está bien conectado.

Nota: El enchufe solamente se conectará de una manera. Si el enchufe no se conecta bien, revise el alineamiento de los extremos.

**Una vez que los extremos del enchufe estén completamente conectados,** deberá sacar la banda de sujeción anaranjada (A). Tenga cuidado de **NO CORTAR** el cordón eléctrico negro. Deseche la banda de sujeción anaranjada.

### 1-4

Alinee la acanaladura (D) en la parte posterior del mango **superior** con la proyección pequeña (E) en la parte posterior del compartimiento del mango.

Empuje el mango superior hacia abajo hasta que escuche un chasquido.

### 1-5

Oprima el botón (F) en la base del mango y empuje el mango superior completamente hacia abajo.

### 1-6

## Coloque los accesorios

Coloque el extremo de diámetro más pequeño del tubo de extensión (A) en la parte inferior del soporte. Encaje el tubo en el clip en la parte superior. Repita el procedimiento con el otro tubo.

El accesorio para hendiduras (B) cabe dentro de uno de los tubos de extensión.

Encaje el accesorio combinado (C) y el accesorio de mano turboaccionado (D) en las áreas de almacenamiento en la parte posterior de la aspiradora como se muestra.

# 2. Cómo usar la aspiradora

## Descripción de la aspiradora

### 2-1

1. Asidero del mango
2. Interruptor de encender y apagar
3. Mango telescópico
4. Botón para soltar el mango
5. Asa para transportar
6. Botón para soltar el depósito para polvo

7. Conjunto del depósito para polvo
8. Bisagra de la puerta del depósito para polvo
9. **Mango para limpiar escaleras:** ubicado debajo del borde inferior del depósito para polvo.
10. Luz delantera
11. **Perilla de control de la boquilla:** gire la perilla a la posición correcta para la altura de la alfombra que está aspirando.
12. **Protector para muebles:** ayuda a evitar que la aspiradora haga marcas en los muebles.
13. Asa de la manguera
14. Accesorio combinado
15. Accesorio de mano turboaccionado
16. Manguera
17. Sujetador para la manguera/accesorios
18. Tubos de extensión
19. Accesorio corto para hendiduras
20. **Ganchos del cordón:** envuelva el cordón alrededor de los ganchos para guardarlo. El gancho superior se puede girar hacia la derecha o izquierda para soltar el cordón con facilidad.
21. **Pedal para soltar el mango:** pise la palanca para bajar el mango a las posiciones de funcionamiento o posiciones bajas.

Haga funcionar la aspiradora solamente con el voltaje especificado en la placa de datos que se encuentra en su parte posterior.

Esta aspiradora ha sido diseñada para uso doméstico.

## Enchufe polarizado

Para disminuir el riesgo de choque eléctrico, este aparato tiene un enchufe polarizado (una patilla es más ancha que la otra). Este enchufe podrá usarse en una toma de corriente polarizada, sólo de una manera. Si el enchufe no encaja completamente en la toma de corriente, inviértalo. Si aun así no encaja, comuníquese con un electricista calificado para que le instale la toma de corriente adecuada. No modifique el enchufe de manera alguna.

## Interruptor de encender/apagar (ON/OFF)

Enchufe el cordón en una toma de corriente eléctrica. Para encender la aspiradora (ON), empuje el interruptor de encender y apagar una vez.

Para apagar la aspiradora (OFF).

14

**2-2**

el interruptor de nuevo.

## Mango telescópico

Para almacenar o transportar la aspiradora con comodidad, el mango está diseñado para retraerse en el cuerpo de la aspiradora. Baje el mango oprimiendo el botón (A) ubicado en la base del mango y empujando el mango hacia abajo. Levante el mango oprimiendo el botón y tirando del mango hacia arriba, trabándolo en la posición deseada.

**2-3**

## Traslado de la aspiradora

Para mover la aspiradora de una habitación a otra, coloque el mango en la posición vertical, incline la aspiradora hacia atrás sobre las ruedas traseras y empújela hacia delante.

**2-4**

## Para transportar la aspiradora

La aspiradora también se puede mover usando el asa para transportar.

**2-5**

## Posiciones del mango

El mango de su aspiradora tiene tres posiciones: **vertical,** para guardarla y usar los accesorios de limpieza; **posición de funcionamiento,** para uso general sobre alfombras de pared a pared y pisos; y **baja,** para aspirar debajo de muebles de poca altura. Pise la palanca para bajar el mango.

**2-6**

## Ajuste de la altura para alfombras

La limpieza de las alfombras de pared a pared y de área tiene lugar en la boquilla (A).

Cuando sea necesario elevar y bajar la boquilla para limpiar alfombras de distintos espesores, coloque el mango en posición vertical y gire la perilla de control de la boquilla (B) a la posición deseada.

**La boquilla no se moverá a la posición de ajuste hasta después de bajar el mango de la aspiradora a la**

posición de funcionamiento.

**2-7**

## Posiciones

**Para obtener el máximo rendimiento de limpieza,** se recomiendan las siguientes posiciones según la altura de la alfombra:

• **Posición baja:** para todo tipo de alfombras.

Nota: Si le cuesta mucho empujar la aspiradora, gire la perilla a la siguiente posición más alta.

• **Posiciones más altas:** para alfombra de pelo muy denso cuando se desea disminuir el esfuerzo de empuje en tanto que se mantiene una buena eficiencia de limpieza.

**2-8**

## Limpieza de alfombras livianas y flexibles

Párese en un extremo de la alfombra y pase la aspiradora hacia el otro extremo o borde. Antes de llegar al borde, empuje el mango hacia abajo. Esto levantará la boquilla (parte delantera de la aspiradora) como se muestra y evitará que la alfombra se adhiera a la aspiradora. Continúe levantando la boquilla de modo que, cuando llegue al borde, esté completamente separada de la alfombra. Retroceda la aspiradora para comenzar otra vez, baje la boquilla y pásela solamente hacia delante.

**2-9**

## Limpieza de escaleras

Se ha diseñado un mango para limpiar las escaleras a fin de facilitar el uso de su aspiradora en escaleras. Con el mango en posición de funcionamiento, coloque los dedos debajo del borde del mango para limpiar escaleras (A) y pase la aspiradora con la otra mano puesta en el mango superior.

Como alternativa, puede usar la manguera y el accesorio de mano turboaccionado para limpiar las escaleras. Limpie de abajo hacia arriba.

**Durante el uso de los accesorios de limpieza, el agitador continúa girando.**

PRECAUCIÓN: Para evitar lesiones personales o el desgaste innecesario de la alfombra, y para impedir que se caiga la aspiradora, colóquela siempre en la parte inferior de las escaleras.

## Accesorios de limpieza

Los accesorios le permiten limpiar superficies que están a mayor altura que el piso y llegar a áreas difíciles de limpiar.

La aspiradora está lista para usarse con los accesorios cuando el **mango está en posición vertical.**

PRECAUCIÓN: El agitador continúa girando mientras el mango de la aspiradora está en posición vertical. Al usar los accesorios, evite inclinar la aspiradora o colocarla sobre muebles, alfombras con flecos o escaleras alfombradas.

## Cómo limpiar los accesorios

Para limpiar la manguera, quite el polvo con un paño humadecido en detergente suave. Enjuague con un paño húmedo.

Los accesorios de limpieza se pueden lavar en agua tibia con un detergente. Enjuáguelos y deje que se sequen al aire libre antes de usarlos.

**2-10**

## Para sacar la manguera

Cuando use los accesorios de limpieza, **el mango de la aspiradora deberá estar en posición vertical.** Asimismo, apague la aspiradora antes de desconectar y conectar la manguera al tubo de la manguera (A).

Para usar la manguera, levante el extremo de la manguera (B) como se muestra. Verifique para asegurarse de que la cubierta del tubo de la manguera (C) esté cerrada sobre el tubo de la manguera.

Cuando haya terminado de limpiar con los accesorios, levante la cubierta del tubo de la manguera y vuelva a colocar el extremo de la manguera dentro del tubo.

**2-11**

## Selección del accesorio apropiado

D. Uso del accesorio combinado con escobilla para muebles tallados, superficies de las mesas, libros, lámparas, accesorios de iluminación, persianas venecianas, zócalos, postigos de ventanas y rejillas de ventilación.

Saque la escobilla para limpiar muebles tapizados, cortinajes, colchones, prendas de vestir y escaleras

15

**D58**

alfombradas.

E. El accesorio de mano turboaccionado se puede usar para muebles tapizados, cortinas, colchones, prendas de vestir, interiores de automóviles y escaleras alfombradas.

F. El accesorio para hendiduras se puede usar en lugares estrechos, esquinas y en los bordes de sitios como cajones de cómodas, muebles tapizados, escaleras y zócalos.

G. Los tubos de extensión se usan para hacer más larga la manguera. Úselos con cualquiera de los accesorios antes mencionados.

## 2-12
## Colocación del tubo de extensión y de los accesorios

Coloque el accesorio o tubo de extensión en la manguera (H).

Coloque el accesorio en el tubo de extensión (I), empujándolo firmemente en el tubo de extensión.

Gire el tubo de extensión o el accesorio ligeramente para apretar o aflojar la conexión.

## 2-13
## Accesorio combinado

Deslice la escobilla para sacarla.

## 2-14

Para volver a colocar las escobillas, alinee la parte inferior de la escobilla con las acanaladuras (J) del accesorio. Deslice la escobilla en su lugar.

# 3. Mantenimiento

Familiarícese con estas tareas de mantenimiento en el hogar, ya que el uso y cuidado adecuados de su aspiradora asegurarán la eficacia en la limpieza por largo tiempo.

## 3-1
## Depósito para polvo
### Cuándo vaciarlo

Se recomienda que el depósito para polvo se vacíe antes que el polvo llegue a la línea de llenado (A) o, si se prefiere, después de cada uso.

PRECAUCIÓN: Los materiales muy finos, tales como el talco facial o la maicena, podrían sellar el filtro y ocasionar que disminuya la succión.

Cuando use la aspiradora para retirar material de esta índole, vacíe el depósito y cambie los filtros a menudo.

## 3-2
## Cómo vaciarlo

Desconecte la aspiradora de la toma de corriente eléctrica. No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

Presione el botón para soltar el depósito para polvo (B) y gire para sacar el depósito.

## 3-3

Sujetando el depósito para polvo sobre el recipiente de basura, oprima el botón para soltar la puerta del depósito para polvo (C) para abrir la puerta del depósito para polvo (D).

Oprima el botón para soltar la puerta del depósito para polvo para cerrar la puerta del depósito para polvo.

## 3-4

Coloque primero la parte inferior del depósito para polvo. Gire el depósito para insertarlo en el cuerpo de la aspiradora.

## 3-5

Presione el botón para soltar el depósito para polvo mientras presiona firmemente el depósito para polvo. Suelte el botón para que regrese a la posición correcta y trabe el depósito para polvo en su lugar.

## Limpieza de los filtros
### Conjunto del filtro ciclónico
#### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No use la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-6

Saque el depósito para polvo como se describe en la figura 3-2.

Gire el conjunto del filtro (A) en el sentido contrario a las agujas del reloj. Saque el conjunto del filtro para polvo.

## 3-7

La suciedad y los residuos se pueden

limpiar del conjunto del filtro cepillándolo con el accesorio combinado de la aspiradora.

Coloque el conjunto del filtro en el depósito para polvo, alineando las lengüetas (A) en cada lado del filtro con las ranuras del depósito para polvo (B) y gírelo en sentido de las agujas del reloj para fijarlo en su posición.

Vuelva a colocar el depósito para polvo como se describe en las figuras 3-4 y 3-5.

### Filtro secundario
#### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No utilice la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-8

Saque el depósito para polvo como se describe en la figura 3-2.

Presione la traba (A) ubicada en la parte superior de la cavidad del depósito para polvo sacar el marco gris del filtro. Saque el filtro de espuma negra (B) del marco. Lávelo a mano en agua fría con un detergente suave.

Deje que el filtro se seque al aire libre y vuelva a colocarlo en la aspiradora.

Vuelva a colocar el marco del filtro insertando las lengüetas (C) en las ranuras (D) en la parte posterior de la cavidad del depósito para polvo. Gire el marco del filtro hacia la parte superior de la cavidad del depósito para polvo y encájelo para cerrarlo.

### Filtro final
#### Cómo limpiar

Desconecte la aspiradora de la toma de corriente eléctrica. No utilice la aspiradora sin tener el depósito para polvo o los filtros en su lugar.

## 3-9

Saque el depósito para polvo como se describe en la figura 3-2.

Tire del marco del filtro (A) directamente hacia fuera para sacarlo del fondo de la cavidad del depósito para polvo. Saque el filtro (B) del marco.

Lávelo a mano en agua fría con un detergente suave.

Deje que el filtro se seque al aire libre y vuelva a colocarlo en el marco del filtro.

Vuelva a colocar el marco del filtro en el fondo de la cavidad del depósito para polvo.

#### Qué comprar

Cuando compre filtros nuevos, pida el paquete de filtros No. de pieza 93001633 de Hoover, que incluye (1)

**D59**