filtro principal, No. de pieza 93001723 y (1) filtro final, No. de pieza 93001726.

## Reemplazo de la luz delantera

### Qué comprar

Esta aspiradora usa un bombillo de 13 voltios de base en cuña, tipo T-3 114, pieza No. 27313107 de Hoover.

### 3-10

**Para sacar la lente**

Desconecte la aspiradora de la toma de corriente eléctrica.

Presione el pedal para soltar el mango y coloque el mango en la posición baja.

Con un destornillador Phillips, saque el tornillo como se muestra y levante la lente.

### 3-11

**Para instalar el bombillo**

Saque el bombillo usado, directamente de su receptáculo. Inserte uno nuevo empújelo hasta que quede fijo en su lugar.

No se requiere usar fuerza excesiva.

### 3-12

**Para reemplazar la lente**

Vuelva a colocar la lente y asegúrela con el tornillo.

## Reemplazo de la correa

La correa de su aspiradora Hoover hace posible que el agitador gire y es importante para el funcionamiento eficaz de la aspiradora. La correa está ubicada debajo de la cubierta de la aspiradora y se debe revisar periódicamente para asegurarse de que esté en buenas condiciones.

**Cuándo reemplazarla**

Desconecte la aspiradora de la toma de corriente eléctrica.

Para revisar la correa, saque la cubierta como se muestra en la figura 3-13. Reemplace la correa si está estirada, rota o cortada.

**Qué comprar**

Para asegurar un funcionamiento eficaz, use solamente correas genuinas HOOVER con su aspiradora. Cuando compre una correa nueva, pida la pieza No. 38528040 de HOOVER (paquete de correa con número de pieza 40201190).

### 3-13

**Cómo reemplazarla**

Desconecte la aspiradora de la toma de corriente eléctrica.

**Para separar la cubierta**

Presione el pedal para soltar el mango y coloque el mango en la posición baja.

Usando una moneda, gire las dos ranuras (A) en ambos lados de la cubierta como se muestra.

### 3-14

Gire la cubierta hacia la parte delantera de la aspiradora y saque la cubierta.

### 3-15

**Para sacar el rodillo de escobillas del agitador**

Saque el rodillo de escobillas del agitador y la correa usada.

Deseche la correa usada.

### 3-16

**Para instalar la correa nueva**

Con las letras en la parte de afuera de la correa, deslice la nueva correa sobre la polea del motor (B).

### 3-17

**Reemplazo del rodillo de escobillas del agitador**

Introduzca el agitador a través de la correa y coloque la correa en la guía para la correa (C) del agitador.

### 3-18

**Para sujetar de manera segura el agitador**

Sujete firmemente el agitador y colóquelo en posición, deslizando primero el extremo opuesto de la correa en la ranura rectangular (D) en el lado de la aspiradora.

Tire del otro lado del agitador (E) para colocarlo en su lugar.

Gire el agitador, asegurándose que la correa gire libremente y no quede presionada entre el agitador y la parte inferior de la aspiradora.

### 3-19

**Para volver a colocar la cubierta**

Alinee las lengüetas (F) de la cubierta con las ranuras (G) de base de la aspiradora. Gire la cubierta para colocarla en su posición.

Asegure la cubierta en su lugar girando las ranuras para las monedas (figura 3-13).

## El rodillo de escobillas del agitador

### Cuándo reemplazarlo

El agitador se debe reemplazar cuando las escobillas del agitador estén gastadas.

Para revisar la condición de las escobillas, **desconecte la aspiradora de la toma de corriente eléctrica.**

### 3-20

Pase el borde de una tarjeta a lo ancho de la placa inferior, mientras hace girar el agitador. Para mantener una limpieza eficaz, reemplace el agitador si las escobillas no tocan la tarjeta.

**Qué comprar**

Cuando compre un agitador nuevo, pida la pieza No. 48414113 de HOOVER.

**Cómo reemplazarlo**

**Desconecte la aspiradora de la toma de corriente eléctrica.**

Saque la cubierta, la correa y el agitador siguiendo las instrucciones de la sección "La correa", comenzando con la figura 3-13.

Deseche el agitador usado.

Continúe siguiendo las instrucciones de la sección "La correa" para volver a colocar la correa, el agitador nuevo y la cubierta en su lugar.

## Lubricación

El motor tiene cojinetes que cuentan con suficiente lubricación para la vida útil del motor. La adición de lubricantes podría causar daños. **Por lo tanto, no añada lubricante a los cojinetes del motor.**

## Protector térmico

Su aspiradora tiene incorporado un protector térmico para impedir el sobrecalentamiento. **Cuando el protector térmico se activa, la aspiradora deja de funcionar.** Si esto sucede, proceda de la siguiente manera:

1. Apague la aspiradora y desconéctela de la toma de corriente eléctrica.

2. Revise si se ha acumulado suciedad en los filtros secundario y final.

3. Consulte la sección "Eliminación de obstrucciones".

4. Una vez que la aspiradora esté

17

**D60**

desconectada de la toma de corriente eléctrica y el motor se haya enfriado durante 30 minutos, el protector térmico se repone automáticamente y se puede seguir pasando la aspiradora.

Si el protector térmico sigue activándose después de efectuar los pasos anteriores, es probable que su aspiradora necesite servicio (vea la sección "Servicio").

## Servicio

Para obtener el servicio aprobado HOOVER y piezas genuinas HOOVER, localice el **Centro de ventas y servicio de Hoover** o el **Concesionario autorizado de servicio de garantía de Hoover (Depósito)** más cercano:

- consultando las páginas amarillas de la guía de teléfonos, bajo "Vacuum Cleaners-Household" ("Aspiradoras - Artículos del hogar") O -

- consultando la lista de Centros de servicio de fábrica provista con esta aspiradora, O -

- consultando la sección "Service" (Servicio) de The Hoover Company en línea en www.hoover.com O -

- llamando al 1-800-944-9200 para obtener una referencia automatizada de las ubicaciones de los centros de servicio autorizados (solamente en EE.UU.).

No envíe su aspiradora a The Hoover Company en North Canton para obtener servicio; esto sólo le causará demoras.

Si necesita asistencia adicional, comuníquese con The Hoover Company Centro de respuesta al cliente, teléfono 1-330-499-9499.

En Canadá, comuníquese con Hoover Canada, Burlington, Ontario L7R 4A8, teléfono: 1-800-263-6376.

Al solicitar información u ordenar piezas, siempre identifique su aspiradora por el número **completo** de modelo. (El número de modelo figura en la parte posterior de la aspiradora.)

## 4. Si tiene un problema

Si ocurre un problema menor, generalmente pueda resolverse con bastante facilidad cuando se halla la causa, usando la siguiente lista de verificación.

### Problema: La aspiradora no funciona

**Causa posible**
*Solución posible*
- No está bien enchufada
- *Enchúfela bien*
- No hay voltaje en la toma de corriente de la pared

---

- *Revise el fusible o el disyuntor*
- **Fusible quemado o se disparó el disyuntor**
- *Reemplace el fusible o reajuste el disyuntor*
- **Protector térmico activado**
- *Desenchufe la aspiradora y permita que se enfríe durante 30 minutos (esto reajustará el protector térmico)*

### Problema: La aspiradora/los accesorios de la aspiradora no aspiran

**Causa posible**
*Solución posible*
- **La correa está rota o desgastada**
- *Reemplace la correa*
- **El rodillo de escobillas del agitador está desgastado**
- *Reemplace el rodillo de escobillas*
- **El depósito para polvo está lleno**
- *Vacíe el depósito para polvo*
- **Ajuste incorrecto de la altura para alfombras**
- *Mueva la perilla de control de la boquilla a una posición más baja*
- **Obstrucción en los pasos del flujo de aire**
- *Elimine la obstrucción*

### Problema: Dificultad para empujar la aspiradora

**Causa posible**
*Solución posible*
- **Ajuste incorrecto de la altura para alfombras**
- *Coloque el control de la altura para alfombras en una posición más alta*

### Problema: Se detecta un olor a humo/quemado

**Causa posible**
*Solución posible*
- **Correa rota o estirada**
- *Reemplace la correa del rodillo de escobillas del agitador como se describe en las figuras 3-13 a 3-19 en la sección de Mantenimiento*

---

## Eliminación de obstrucciones

Desconecte la aspiradora de la toma de corriente eléctrica.

La succión o aspiración baja se puede deber a una obstrucción en el sistema. Consulte los siguientes pasos a fin de revisar si hay obstrucciones, siguiendo los pasos uno a uno hasta que encuentre la obstrucción:

1. Revise el nivel de llenado del depósito para polvo; vacíelo si es necesario.

### 4-1

Revisión del paso del flujo de aire

2. Enchufe la aspiradora y enciéndala. Revise si hay succión en el extremo de la manguera (A). Si hay succión, continúe con el paso 3.

3. Apague la aspiradora y desconéctela. Revise la conexión en el tubo de la manguera (B); elimine cualquier obstrucción.

### 4-2

Revisión del paso del flujo de aire a través del tubo de entrada de la manguera en la parte posterior de la aspiradora

4. Apague la aspiradora y desconéctela.

5. Si puede verse la obstrucción en el tubo (C), saque 5 tornillos usando un destornillador Phillips.

6. Tire del tubo para sacarlo de la aspiradora, elimine la obstrucción.

7. Vuelva a colocar el tubo en la parte posterior de la aspiradora y vuelva a colocar los 5 tornillos.

### 4-3

Revisión debajo de la cubierta

8. Apague la aspiradora y desconéctela.

9. Saque la cubierta, la correa y el agitador (figuras 3-13 y 3-15).

Mire dentro de la abertura (C) para ver si hay obstrucciones y elimínelas.

10. Vuelva a colocar la correa, el agitador y la cubierta.

## Garantía de un año completo
### (Uso doméstico)

En Canadá, comuníquese con Hoover Canada, Burlington, Ontario L7R 4A8, 1-800-263-6376.

Su aparato HOOVER® está garantizado para uso doméstico normal, según el Manual del propietario, contra defectos originales en el material y la fabricación por el período de un año completo a partir de la fecha de compra. La presente garantía cubre gratuitamente toda la mano de obra y las piezas necesarias para dejar este aparato en buen estado de funcionamiento durante el período de garantía. Esta garantía es válida si el aparato fue comprado en los Estados Unidos, en sus territorios y posesiones, en Canadá o en una tienda situada en una base militar de los EE.UU. Los aparatos comprados en otros lugares están cubiertos por una garantía limitada de un año que cubre solamente el costo de las piezas. Esta garantía no es válida si el aparato es utilizado para uso comercial o de alquiler.

Esta garantía solamente es válida cuando el producto se usa en el país o territorio en el cual fue comprado.

El servicio bajo garantía se puede obtener solamente al presentar el aparato en uno de los centros autorizados de servicio de garantía indicados a continuación. Puede requerirse la presentación de un comprobante de compra antes de efectuar el servicio.

1. Centros de ventas y servicio de Hoover

2. Concesionarios autorizados de servicio de garantía de Hoover (Depósitos).

Para obtener una referencia automatizada de las ubicaciones de los centros autorizados de servicio en los Estados Unidos, llame al 1-800-944-9200 O

visite The Hoover Company en línea en www.hoover.com

Esta garantía no cubre la recogida, la entrega, ni las visitas a domicilio; sin embargo, si envía su aparato a un Centro de ventas y servicio de Hoover para un servicio de garantía, el transporte se pagará en una sola dirección.

Esta garantía le otorga derechos legales específicos, usted puede tener además otros derechos que varían de estado a estado.

Si necesita asistencia adicional, o si tiene preguntas sobre esta garantía o la disponibilidad de centros de servicio de garantía, llame al Centro de respuesta al cliente de Hoover al 1-330-499-9499.

# HOOVER™

## FUSION™

### Système de filtration cyclonique

---

**Guide de l'utilisateur**
FRANÇAIS → 20-26

## Contenu

Assemblage de l'aspirateur ...........................21
Contenu de l'emballage ................................21
Description de l'aspirateur ...........................21
Utilisation ...................................................21
   Accessoires de nettoyage .....................22
Dépannage ...................................................25
Consignes de sécurité importantes ................20
Lubrification ................................................24
Entretien ....................................................23
   Service autorisé ....................................24
   Nettoyage des filtres ............................23
   Déblocage des obstructions ..................25
   Vidage du vide-poussière ......................23
   Remplacement du rouleau-brosse
   de l'agitateur .......................................24
   Remplacement de la courroie ................24
   Remplacement de l'ampoule ..................23
Protecteur thermique ...................................24
Garantie ......................................................26

Ce produit a été conçu pour un assemblage facile (voir page 21)

**Lire attentivement ces instructions avant d'utiliser l'appareil.**



© 2005 The Hoover Company
www.hoover.com

---

## Merci d'avoir choisi un produit HOOVER™

Veuillez inscrire les numéros de modèle et de série COMPLETS dans les espaces fournis à cet effet.

Modèle : _____

Numéro de série : _____

Conseil : Il est recommandé de joindre votre reçu de caisse au guide de l'utilisateur, car une vérification de la date d'achat peut être effectuée avant toute réparation couverte par la garantie de votre produit HOOVER.

Assurez-vous de remplir et de retourner la carte d'enregistrement incluse avec votre aspirateur (voir à l'endos).

---

## Consignes de sécurité importantes !

Durant l'utilisation d'un appareil électrique, toujours respecter les précautions élémentaires, y compris les suivantes :
LIRE TOUTES LES INSTRUCTIONS AVANT D'UTILISER CET APPAREIL

### Avertissement :
Afin de réduire au minimum les risques d'incendie, de choc électrique ou de blessures :

- Ne pas utiliser l'appareil à l'extérieur ou sur une surface mouillée.
- Faire preuve d'une grande prudence lorsque l'appareil est utilisé par des enfants ou près de ceux-ci. Ne pas utiliser l'appareil comme jouet ni le laisser sans surveillance.
- Garder cheveux, vêtements, doigts, pieds ou toute autre partie du corps à bonne distance des ouvertures, de l'agitateur et des autres pièces mobiles de l'appareil. Ne pas utiliser l'appareil pieds nus ni avec des sandales ou des souliers qui laissent les orteils à découvert.
- Ne pas utiliser l'aspirateur pour ramasser toute matière qui dégage de la fumée ou qui brûle, comme les cigarettes, des allumettes ou des cendres encore chaudes.
- Ne pas ramasser de liquides inflammables ou combustibles comme de l'essence ou de la sciure de bois, et ne pas utiliser l'appareil dans des endroits où de tels composés sont présents.
- Éviter d'aspirer des objets durs et acérés. Ils pourraient endommager l'aspirateur.
- Toujours éteindre l'aspirateur avant d'enlever ou de poser le tuyau.
- Ne pas utiliser l'appareil si le vide-poussière ou les filtres ne sont pas en place. Si des matériaux très fins sont aspirés (par ex. de la poudre), vider le vide-poussière et nettoyer le filtre fréquemment.
- Faire preuve d'une grande prudence pendant l'utilisation dans des escaliers.
- Ne pas introduire d'objets dans les ouvertures. S'assurer qu'aucune ouverture n'est obstruée ; garder celles-ci exemptes de poussière, de mousse, de cheveux ou de toute autre matière qui pourrait réduire le débit d'air.
- Ne pas tirer l'appareil par le cordon d'alimentation, utiliser le cordon pour transporter ou soulever l'appareil, coincer, écraser ou tirer le cordon autour de coins ou d'arêtes vives. Ne pas faire passer l'appareil sur le cordon. Garder le cordon loin de toute surface chauffée.
- Toujours débrancher l'appareil avant d'en effectuer l'entretien.
- Débrancher l'appareil s'il n'est pas utilisé. Éteindre toutes les commandes avant de débrancher l'appareil.
- Ne pas tirer sur le cordon d'alimentation pour débrancher l'appareil. Saisir la fiche et non le cordon. Ne jamais manipuler la fiche ou l'appareil avec les mains mouillées.
- L'utilisation d'une rallonge électrique n'est pas recommandée.
- Ne pas utiliser l'appareil si la fiche ou le cordon est endommagé. Si l'appareil fonctionne mal, s'il est tombé par terre ou dans l'eau, s'il est endommagé ou a été laissé à l'extérieur, il doit être apporté à un Centre de vente et de service Hoover ou chez un détaillant de service garanti autorisé Hoover (dépôt).
- N'utiliser cet aspirateur que conformément à son usage prévu, tel que décrit dans le présent guide. N'utiliser que les accessoires recommandés par Hoover ; d'autres accessoires pourraient s'avérer dangereux.

## AVERTISSEMENT :
Cet appareil contient des produits chimiques reconnus dans l'état de Californie pour causer le cancer. *Se laver les mains après l'avoir manipulé.*

## Ranger et conserver ces instructions !

D63

Si vous avez besoin d'aide :
Visitez notre site Web au
www.hoover.com. Cliquez sur le
bouton « Service » pour connaître
l'adresse du Centre de service le plus
près de chez vous OU
Composez le 1 800 944-9200 pour
écouter un message vous indiquant
les adresses des Centres de service
autorisés (É.-U. seulement) OU
Composez le 330 499-9499 pour
parler à un représentant du Centre
d'aide à la clientèle.
Ne pas retourner ce produit au
détaillant

UTILISER LES INSTRUCTIONS
NUMÉROTÉES DE CETTE SECTION
FRANÇAISE AVEC LES
ILLUSTRATIONS NUMÉROTÉES
CORRESPONDANTES DE LA SECTION
ANGLAISE DE CE GUIDE.

# 1. Assemblage de l'aspirateur

## Contenu de l'emballage

### 1·1

Accessoires emballés sur l'appareil

A. Manche
B. Corps de l'appareil
C. Accessoires de nettoyage et rallonges

Retirer toutes les pièces de la boîte
et les identifier à l'aide des croquis
ci-contre.

Avant de disposer de l'emballage en
carton, s'assurer qu'aucune pièce
ne manque.

## Pour fixer le manche

### 1·2

Saisir l'attache orange (A) et la tirer
jusqu'à ce que la fiche noire (B) sorte de
la cavité du manche.

NE PAS enlever l'attache orange avant
que les étapes 1-3 aient été complétées.

### 1·3

Tenir la fiche (B) d'une main et la partie
supérieure du manche (C) de l'autre
main. Insérez la fiche dans la section
supérieure du manche, en l'alignant à la
partie opposée de la fiche, puis enfoncez

fermement jusqu'à ce que vous
entendiez un déclic. Lorsqu'elle est
branchée, tirer légèrement sur la fiche
pour s'assurer qu'elle est solidement
fixée.

Remarque : La fiche mâle ne peut
s'insérer dans la fiche femelle que dans
un sens. Si fiche ne peut être insérée,
vérifier l'alignement de la fiche mâle et
de la fiche femelle.

Lorsque les extrémités des fiches
auront été connectées à fond, l'attache
orange (A) peut être enlevée. Faire
attention de ne PAS SECTIONNER le
cordon d'alimentation noir. Jeter
l'attache orange.

### 1·4

Aligner la rainure (D) à l'arrière de la
partie supérieure du manche avec le
petit bouton saillant (E) situé à l'arrière
du boîtier du manche.

Pousser la partie supérieure du
manche vers le bas jusqu'à ce qu'il y
ait un déclic.

### 1·5

Appuyer sur le bouton (F) situé à la
base du manche et enfoncer le
manche jusqu'au fond.

### 1·6

## Rangement des accessoires

Placez la plus petite extrémité du
raccord (A) dans le bas du porte-
accessoires. Emboîtez le raccord dans la
pince en haut. Répétez la procédure
avec l'autre raccord.

Le bec suceur (B) s'adapte dans l'une
des rallonges.

Enclenchez l'accessoire combiné (C) et
l'accessoire portatif à turbine (D) dans
les sections de rangement au dos de
l'appareil comme illustré.

# 2. Utilisation

## Description de l'aspirateur

### 2·1

1. Poignée
2. Interrupteur Marche/Arrêt
3. Manche télescopique
4. Bouton de dégagement du manche
5. Poignée de transport
6. Bouton de dégagement du vide-poussière
7. Ensemble du vide-poussière

8. Charnière de la porte du vide-poussière
9. Poignée pour nettoyage d'escaliers : située sous la base du vide-poussière.
10. Ampoule
11. Bouton de réglage de la hauteur : tourner ce bouton au réglage désiré en fonction de la longueur des poils du tapis à nettoyer.
12. Protège-meubles : empêche l'aspirateur de marquer les meubles.
13. Manche du tuyau
14. Accessoire combiné
15. Accessoire portatif à turbine
16. Tuyau
17. Support à tuyau et accessoires
18. Rallonges
19. Petit bec suceur
20. Crochets de rangement du cordon : enrouler le cordon autour des crochets pour le ranger. Le crochet supérieur pivote vers la gauche ou la droite, ce qui facilite le dégagement du cordon.
21. Pédale de déblocage du manche : appuyer sur cette pédale pour abaisser le manche à sa position de fonctionnement ou à la position basse.

N'utiliser l'aspirateur qu'à la tension
spécifiée sur la plaque signalétique
située à l'arrière de l'appareil.

Cet aspirateur est destiné à une
utilisation domestique seulement.

## Fiche polarisée

Afin que les risques d'électrocution
soient minimes, cet appareil a été
pourvu d'une fiche polarisée (une lame
est plus large que l'autre). Elle ne pourra
entrer dans une prise d'alimentation que
dans un sens. Si la fiche n'entre pas, la
retourner et essayer de nouveau. Si elle
ne peut être branchée, s'adresser à un
électricien qualifié, qui installera une
prise d'alimentation conforme. Ne
modifier la fiche sous aucun prétexte.

## Interrupteur Marche/ Arrêt (ON/OFF)

Brancher le cordon dans une prise
d'alimentation. Pour allumer l'appareil,
appuyer sur l'interrupteur Marche/Arrêt.

Pour éteindre l'appareil, appuyer sur
nouveau sur l'interrupteur.

### 2·2

## Manche télescopique

La manche est conçu pour rentrer dans
le corps de l'appareil afin d'en faciliter le
rangement et le transport. Pour rentrer le
manche, appuyer sur le bouton (A) situé
à la base du manche tout en l'enfonçant.

21

Pour sortir le manche, appuyer sur le bouton et tirer le manche vers le haut en le bloquant à la position désirée.

## 2-3
## Transport de l'aspirateur

Pour déplacer l'appareil d'une pièce à l'autre, placer le manche à la position verticale, incliner l'appareil sur ses roulettes arrière et pousser.

## 2-4
## Transport de l'aspirateur

L'aspirateur peut également être déplacé à l'aide de la poignée de transport.

## 2-5
## Positions du manche

Le manche de l'aspirateur comporte trois positions : **position verticale**, pour le rangement et l'utilisation des accessoires ; **position de fonctionnement**, pour l'utilisation normale sur les planchers et tapis ; et **position basse** pour nettoyer sous les meubles. Appuyer avec le pied sur le levier de dégagement du manche pour abaisser celui-ci.

## 2-6
## Réglage selon la hauteur du tapis

Le nettoyage des tapis et moquettes se produit au niveau de la buse (A).

Lorsqu'il est nécessaire de monter ou d'abaisser la buse en fonction des différentes longueurs de poils de tapis, placer le manche en position verticale et régler le bouton de contrôle (B) de la façon appropriée.

L'embout ne se déplacera pas si le manche n'est pas abaissé en position de fonctionnement.

## 2-7
### Réglages

Pour une performance maximale, les réglages de hauteur suivants sont recommandés :

* **Réglage le plus bas** : pour tous les types de moquette.

Remarque : S'il est difficile de déplacer l'appareil pendant le nettoyage, tourner le bouton à un réglage supérieur.

* **Réglages plus hauts** : pour faciliter

le nettoyage des moquettes très épaisses tout en assurant une bonne performance d'aspiration.

## 2-8
## Nettoyage des tapis légers et flexibles

Se placer sur une extrémité du tapis et diriger l'aspirateur vers l'extrémité opposée. Avant d'atteindre le rebord, abaisser le manche. Ainsi, la buse (à l'avant de l'aspirateur) se soulèvera et le tapis ne restera pas coincé dans l'aspirateur. Continuer de lever la buse de l'aspirateur, de façon à ce qu'elle ne touche plus du tout au tapis une fois le rebord atteint. Ramener l'appareil vers soi, rabaisser le devant de l'aspirateur, puis répéter l'opération en s'assurant que l'appareil n'aspire que lorsqu'il se déplace vers l'avant.

## 2-9
### Nettoyage des escaliers

La poignée pour nettoyage d'escaliers a été conçue pour faciliter l'utilisation de l'aspirateur dans les escaliers. Avec le manche en position de fonctionnement, placer les doigts sous le rebord de la poignée (A) pour nettoyer les escaliers et saisir le manche de l'autre main pour guider l'aspirateur.

Une autre possibilité est de nettoyer les escaliers avec le tuyau et l'accessoire portatif à turbine. Commencer par le bas de l'escalier.

**Lors de l'utilisation des accessoires de nettoyage, l'agitateur continue de tourner.**

MISE EN GARDE : Afin d'éviter les blessures ou l'usure prématurée du tapis et d'empêcher l'appareil de tomber, toujours placer l'appareil au bas de l'escalier.

## Accessoires de nettoyage

Les accessoires permettent de nettoyer les surfaces plus élevées et les endroits difficiles à atteindre.

Pour utiliser les accessoires, **placer le manche à la position verticale.**

MISE EN GARDE : L'agitateur continue de tourner lorsque le manche est en position verticale. Lors de l'utilisation des accessoires, éviter de faire basculer l'aspirateur ou de le placer sur des meubles, des franges de tapis ou des escaliers recouverts de tapis.

## Nettoyage des accessoires

Pour nettoyer le tuyau, essuyer la saleté avec un chiffon trempé dans un détergent doux. Rincer avec un chiffon humide.

Les accessoires peuvent être lavés à l'eau tiède avec un détergent. Rincer puis laisser sécher à l'air libre avant de les réutiliser.

## 2-10
## Pour enlever le tuyau

Lors de l'utilisation des accessoires, le manche de l'aspirateur doit être en position verticale. Éteindre l'aspirateur (OFF) avant de poser ou de retirer le tuyau du tube pour tuyau (A).

Pour utiliser le tuyau, soulever son extrémité (B), tel qu'il est illustré. S'assurer que le clapet du tube pour tuyau (C) recouvre le tube hermétiquement.

Lorsque les accessoires ne sont plus utilisés, soulever le clapet du tube pour tuyau et insérer le tuyau.

## 2-11
## Choix de l'accessoire approprié

D. L'accessoire combiné peut être utilisé avec la brosse à épousseter pour nettoyer les boiseries sculptées, dessus de tables, livres, lampes, luminaires, stores vénitiens, plinthes, volets et grilles à registre.
Enlever la brosse pour nettoyer les meubles capitonnés, tapisseries, matelas, vêtements et escaliers avec tapis.

E. L'accessoire portatif à turbine convient pour les meubles capitonnés, tapisseries, matelas, vêtements, intérieurs d'auto et escaliers avec tapis.

F. Le bec suceur peut s'employer dans les espaces restreints, les coins et les rebords d'endroits tels que les tiroirs, meubles capitonnés, escaliers et plinthes.

G. Les rallonges prolongent votre tuyau. Elles peuvent être utilisées avec n'importe quel accessoire indiqué plus haut.

## 2-12
## Installation de la rallonge et des accessoires de nettoyage

Fixer l'accessoire ou la rallonge au tuyau (H).

Fixer l'accessoire (I) en l'enfonçant bien en place dans la rallonge.


tourner légèrement la rallonge ou l'accessoire pour serrer ou desserrer la connexion.

## Accessoire combiné

Faire glisser la brosse pour l'enlever.

**2-14**

Pour replacer la brosse, aligner sa base avec les rainures (J) de l'accessoire. Faire glisser la brosse en place.

# 3. Entretien

Il est recommandé de vous familiariser avec les opérations d'entretien ; une utilisation et un entretien corrects de l'appareil assureront son bon fonctionnement.

**3-1**

## Vide-poussière

### Quand le vider ?

Il est recommandé de vider le vide-poussière avant que la poussière n'atteigne la ligne (A) ou après chaque usage si désiré.

MISE EN GARDE : Des matières très fines, comme de la poudre pour le visage ou la fécule de maïs, peuvent sceller le filtre et réduire la succion. Lorsque l'appareil est utilisé pour aspirer de tels produits, vider le vide-poussière et nettoyer les filtres plus souvent.

**3-2**

## Vidage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

Appuyer sur le bouton de dégagement du vide-poussière (B) et faire pivoter le vide-poussière.

**3-3**

Tenir le vide-poussière au-dessus d'une poubelle et appuyer sur le bouton de dégagement de la porte du vide-poussière (C) pour ouvrir la porte (D).

Appuyer sur le bouton de dégagement de la porte du vide-poussière pour enclencher la porte et la fermer.

**3-4**

Placer la base du vide-poussière en premier. Faire pivoter le vide-poussière dans l'aspirateur.

**3-5**

Enfoncer le bouton de dégagement du vide-poussière tout en appuyant sur le vide-poussière.

Relâcher le bouton pour qu'il reprenne sa position et verrouiller le vide-poussière en place.

# Nettoyage des filtres

## Ensemble du filtre cyclonique

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-6**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Faire tourner l'ensemble du filtre (A) dans le sens antihoraire. Enlever l'ensemble du filtre du vide-poussière.

**3-7**

La poussière et les débris peuvent être enlevés de l'ensemble du filtre en le brossant avec l'accessoire combiné de l'aspirateur.

Placer l'ensemble du filtre sur le vide-poussière, aligner les languettes (A) d'un côté du filtre avec les fentes du vide-poussière (B) et faire tourner dans le sens horaire pour fixer en place.

Remettre en place le vide-poussière, tel qu'il est décrit aux figures 3-4 et 3-5.

## Filtre secondaire

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-8**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Appuyer sur le verrou (A) situé sur le dessus de la cavité du vide-poussière pour enlever le cadre gris du filtre. Enlever le filtre en mousse noire (B) du cadre. Laver le filtre à la main avec de l'eau froide et un détergent doux.

Laisser le filtre sécher à l'air libre et le remettre en place dans l'appareil.

Remettre en place le cadre du filtre en insérant les languettes (C) dans les fentes (D) situées au fond de la cavité du vide-poussière. Faire tourner le cadre du filtre vers le haut de la cavité du vide-poussière et enclencher en place.

## Filtre terminal

### Nettoyage

Débrancher l'appareil de la prise de courant. Ne pas utiliser l'aspirateur si le vide-poussière ou les filtres ne sont pas en place.

**3-9**

Enlever le vide-poussière, tel que décrit à la figure 3-2.

Tirer le cadre du filtre (A) tout droit pour l'enlever de la base de la cavité du vide-poussière. Enlever le filtre (B) du cadre.

Laver le filtre à la main avec de l'eau froide et un détergent doux.

Laisser le filtre sécher à l'air libre et le remettre en place dans la cavité du vide-poussière.

Remettre le cadre du filtre en place dans la base de la cavité du vide-poussière.

## Quoi acheter ?

À l'achat de nouveaux filtres, demander l'ensemble de filtres HOOVER n° 93001633, qui inclus un (1) filtre primaire, n° 93001723, et un (1) filtre terminal, n° 93001726.

# Remplacement de l'ampoule

## Quoi acheter ?

Cet appareil utilise une ampoule 13 volts, T-3 114 à culot poussoir, pièce Hoover n° 27313107.

**3-10**

## Enlèvement de la lentille

Débrancher l'appareil de la prise de courant.

Appuyer sur la pédale de déblocage du manche et placer le manche à sa position basse.

À l'aide d'un tournevis cruciforme, retirer la vis, comme il est illustré, puis soulever la lentille.

**3-11**

## Pose de l'ampoule

Tirer sur l'ampoule pour l'enlever de la douille. Enfoncer directement la nouvelle ampoule jusqu'à ce qu'elle se bloque en place.

Éviter d'utiliser une force excessive.

23

**D66**

## 3-12

### Remise en place de la lentille

Remettre la lentille puis fixer en place avec la vis.

## Remplacement de la courroie

La courroie de votre aspirateur Hoover fait tourner l'agitateur et est essentielle au bon fonctionnement de l'appareil. S'assurer régulièrement du bon état de la courroie située sous le couvercle de l'aspirateur.

### Quand la remplacer ?

**Débrancher l'appareil de la prise de courant.**

Pour vérifier la courroie, retirer le couvercle tel qu'illustré à la Figure 3-13. Remplacer la courroie si elle est étirée, coupée ou sectionnée.

### Quoi acheter?

Afin de s'assurer de son fonctionnement optimal, n'utiliser que des courroies originales HOOVER avec votre aspirateur. À l'achat d'une nouvelle courroie, demander la **pièce HOOVER n° 38528040** (numéro de pièce de l'ensemble de la courroie 40201190).

## 3-13

### Comment la remplacer ?

**Débrancher l'appareil de la prise de courant.**

**Pour enlever le couvercle**

Appuyer sur la pédale de déblocage du manche et placer le manche à sa position basse.

À l'aide d'une pièce de monnaie, tourner les deux fentes (A) des deux côtés du couvercle, tel qu'il est illustré.

## 3-14

Faire tourner le manche vers l'avant de l'aspirateur et l'enlever.

## 3-15

**Pour enlever le rouleau-brosse de l'agitateur**

Enlever le rouleau-brosse de l'agitateur et la courroie usée.

Jeter la courroie usée.

## 3-16

**Pour installer une nouvelle courroie**

Avec le lettrage à l'extérieur, faire glisser la nouvelle courroie sur la poulie du moteur (B).

## 3-17

### Remise en place du rouleau-brosse de l'agitateur

Insérer l'agitateur dans la courroie et placer cette dernière dans le guide-courroie (C) de l'agitateur

## 3-18

### Pour fixer l'agitateur

Saisir fermement l'agitateur puis l'insérer en position, d'abord en faisant glisser son extrémité opposée à la courroie dans la rainure rectangulaire (D) sur le côté de l'appareil.

Tirer l'autre côté de l'agitateur (E) pour le mettre en place.

Faire tourner l'agitateur pour s'assurer qu'il tourne librement et que la courroie n'est pas coincée entre l'agitateur et la base de l'aspirateur.

## 3-19

### Pour replacer le couvercle

Aligner les languettes (F) du couvercle avec les fentes (G) sur la base de l'aspirateur. Faire pivoter le couvercle en position.

Fixer le couvercle en position en tournant les fentes avec la pièce de monnaie (figure 3-13).

## Le rouleau-brosse de l'agitateur

### Quand le remplacer ?

L'agitateur doit être remplacé lorsque ses brosses sont usées.

Pour vérifier l'état des brosses, **couper l'alimentation électrique de l'appareil.**

## 3-20

Placer l'extrémité d'un morceau de carton en travers de la plaque inférieure tout en faisant tourner l'agitateur. Afin de maintenir l'efficacité de l'appareil, remplacer l'agitateur si les brosses ne touchent pas au carton.

### Quoi acheter ?

À l'achat d'un nouvel agitateur, demander la **pièce HOOVER n° 48414113.**

### Comment le remplacer ?

**Débrancher l'appareil de la prise de courant.**

Retirer le couvercle, la courroie et

l'agitateur en suivant les directives de section « Courroie » commençant ave la figure 3-13.

Jeter le vieil agitateur au rebut.

Continuer à suivre les directives de la section sur la courroie pour remettre en place la courroie, le nouvel agitateur e le couvercle.

## Lubrification

Le moteur est pourvu de deux paliers suffisamment lubrifiés pour toute la durée de vie du moteur. Toute lubrification supplémentaire pourrait causer des dommages. Par conséquent, ne pas ajouter de lubrifiant aux paliers du moteur.

## Protecteur thermique

L'aspirateur est doté d'une protection thermique interne pour le protéger contre les surchauffes. Lorsque la **protection thermique est activée, l'aspirateur cesse de fonctionner.** Dans un tel cas, procéder de la façon suivante:

1. **Éteindre l'aspirateur (OFF) et le débrancher de la prise de courant.**

2. Vérifier l'accumulation de poussière sur le filtre secondaire et le filtre terminal.

3. Débloquer le tuyau (voir la section « Déblocage des obstructions »).

4. Lorsque l'aspirateur est débranché et le moteur laissé au repos pendant 30 minutes, la protection thermique se réinitialise automatiquement, et le nettoyage peut reprendre.

Si la protection thermique continue de s'activer après avoir suivi les étapes ci-dessus, l'aspirateur peut avoir besoin d'être réparé (voir la section « Service »).

## Service

Pour obtenir le service autorisé HOOVER ou des pièces d'origine HOOVER, il vous faut l'adresse du **Centre de vente et de service Hoover ou de l'atelier de service garanti autorisé (dépôt) le plus près de chez vous.** Pour l'obtenir, vous pouvez :

• consulter les Pages Jaunes sous la rubrique « Aspirateurs domestiques » OU –

• vérifier la liste des Centres de vente et service en usine fournie avec cet appareil OU –

• consulter la section Service de Hoover sur Internet au **www.hoover.com** OU –

• composer le 1 800 944-9200 pour

accéder à un service d'aide automatique qui vous indiquera les adresses des Centres de service autorisés (É.-U. seulement).

Ne pas envoyer votre appareil à l'adresse de North Canton pour qu'il soit réparé. Il n'en résulterait que des délais supplémentaires.

Si d'autres renseignements sont requis, communiquer avec le Centre d'aide à la clientèle Hoover. Téléphone : 330 499-9499.

Au Canada, s'adresser à Hoover Canada, Burlington, Ontario L7R 4A8, téléphone : 1 800 463-3923 (Montréal).

Au moment de demander des renseignements ou de commander des pièces, toujours identifier l'appareil par un numéro de modèle complet. (Le numéro de modèle se trouve à l'arrière de l'appareil.)

# Dépannage

Un problème d'ordre mineur survient, peut habituellement être résolu très facilement. Il suffit de consulter la liste ci-dessous pour en trouver la cause.

**Problème : L'aspirateur ne fonctionne pas**

Cause possible
*Solution possible*
L'appareil est mal branché
*Bien enfoncer la fiche mâle dans la prise de courant*
La prise de courant ne fournit aucune tension
*Vérifier le fusible ou le disjoncteur*
Fusible grillé/disjoncteur déclenché
*Remplacer le fusible/réenclencher le disjoncteur*
Protecteur thermique activé
*Laisser refroidir l'aspirateur pendant 30 minutes (le protecteur thermique se réinitialisera)*

**Problème : L'aspirateur/les accessoires n'aspirent pas la saleté**

Cause possible
*Solution possible*
Courroie cassée ou usée
*Remplacer la courroie*
Rouleau-brosse de l'agitateur usé
*Remplacer le rouleau-brosse*
Vide-poussière plein
*Vider le vide-poussière*
Mauvais réglage de la hauteur de tapis
*Régler le bouton de contrôle à une position inférieure*
Obstruction du passage de l'air
*Dégager l'obstruction*

**Problème : L'appareil est difficile à pousser**

Cause possible
*Solution possible*
• Mauvais réglage de la hauteur de tapis
• *Régler la commande de hauteur à un niveau supérieur*

**Problème : Odeur de fumée/de brûlé détectée**

Cause possible
*Solution possible*
• Courroie sectionnée ou étirée
• *Remplacer la courroie du rouleau-brosse de l'agitateur tel qu'il est décrit aux figures 3-13 à 3-19 de la section « Entretien »*

# Déblocage des obstructions

Débrancher l'appareil de la prise de courant.

Une succion ou une efficacité faibles peuvent être causées par une obstruction à l'intérieur du système. Suivre dans l'ordre les étapes suivantes **jusqu'à ce que la source de l'obstruction soit identifiée :**

1. Vérifier si le vide-poussière est plein ; le vider au besoin.

## 4-1

### Vérifier le débit d'air

2. Brancher l'aspirateur et l'allumer (position ON). Vérifier la succion au bout du tuyau (A). S'il y a succion, continuer à l'étape 3.

3. Éteindre (position OFF) puis débrancher l'aspirateur. Vérifier le branchement au niveau du tube pour tuyau (B) ; enlever toute obstruction.

## 4-2

### Vérifier le débit d'air passant dans le tube d'alimentation du tuyau à l'arrière de l'aspirateur

4. Éteindre (position OFF) puis débrancher l'aspirateur.

5. Si l'obstruction peut être vue dans le tube (C), enlever les cinq (5) vis à l'aide d'un tournevis cruciforme.

6. Enlever le tube de l'aspirateur et enlever l'obstruction.

7. Remettre en place le tube dans l'aspirateur, de même que les cinq (5) vis.

## 4-3

### Vérifier sous le couvercle

8. Éteindre (position OFF) puis débrancher l'aspirateur.

9. Enlever le couvercle, la courroie et l'agitateur (figures 3-13 et 3-15). Regarder dans l'ouverture (C) et enlever toute obstruction.

10. Replacer la courroie, l'agitateur et le couvercle.

25

**D68**

# Garantie complète
## de un an
### (Usage domestique)

Votre appareil HOOVER<sup>MD</sup> est garanti pour des conditions d'usage domestique, comme il est stipulé dans le guide de l'utilisateur, contre les défauts de matériaux et de fabrication pour une période de un (1) an après la date d'achat. Cette garantie vous offre, sans frais supplémentaires, les pièces et la main-d'œuvre nécessaires à la remise en bon état de fonctionnement de l'appareil au cours de la période de garantie. La présente garantie s'applique si l'appareil a été acheté aux États-Unis, ce qui comprend ses territoires et possessions, au Canada ou par l'intermédiaire du programme d'échanges militaires américain. Les appareils achetés ailleurs sont couverts par une garantie limitée de un an qui couvre le coût des pièces seulement. La présente garantie ne s'applique pas si l'appareil est utilisé à des fins commerciales ou de location.

Cette garantie ne s'applique que si l'appareil est utilisé dans le pays ou le territoire où il a été acheté.

Le service couvert par la garantie ne peut être obtenu qu'en envoyant l'appareil à l'un des points de service autorisés ci-dessous. Une preuve d'achat est exigée avant toute réparation couverte par la garantie.

1. Centres de vente et de service Hoover.

2. Ateliers de service garanti autorisé Hoover (dépôt).

**Pour accéder à un service d'aide automatique qui vous donnera la liste des centres de service autorisés Hoover aux États-Unis, composer le 1 800 944-9200 OU**

**visiter Hoover sur Internet au www.hoover.com**

Cette garantie ne couvre ni l'enlèvement de l'appareil, ni sa livraison, ni les réparations à domicile. Toutefois, si vous envoyez l'appareil à un Centre de vente et de service Hoover pour une demande de service couvert par la garantie, son renvoi sera payé.

Cette garantie vous confère des droits légaux spécifiques. Il se peut que vous bénéficiiez d'autres droits qui varient selon la juridiction.

Pour de plus amples informations ou pour toute question sur la présente garantie ou sur l'emplacement des différents Centre d'aide à la clientèle Hoover, téléphoner au 1 330 499-9499.

Au Canada, s'adresser à Hoover Canada, Burlington, Ontario L7R 4A8, 1 800 463-3923 (Montréal).

26

27

HOOVER y  son marcas registradas          HOOVER et  sont des marques déposées

HOOVER and  are registered trademarks

R1  3-05  U5180900                    Printed in China                    93001634

## Exhibit 2 – Diagram illustrating Dyson's cyclonic technology



Air outlet to exhaust

Tangential air entry to inner cyclone

Tangential dirty air inlet

Inner cyclone

Outer cyclone/container

Dirt collection chamber

Larger particles of dirt

Smaller particles of dirt

Note – Schematic drawing only, not to scale

**D72**

# United States Patent [19]

Dyson

[11] Patent Number: **4,826,515**

[45] Date of Patent: **May 2, 1989**

[54] VACUUM CLEANING APPARATUS

[75] Inventor: James Dyson, Bathford, England

[73] Assignee: Prototypes, Ltd., Bath, England

[21] Appl. No.: 164,067

[22] Filed: Mar. 3, 1988

**Related U.S. Application Data**

[63] Continuation of Ser. No. 628,346, Jul. 6, 1984, abandoned, which is a continuation-in-part of Ser. No. 452,917, Dec. 27, 1982, abandoned, which is a continuation of Ser. No. 274,252, Jun. 16, 1981, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Jun. 19, 1980 | [GB] | United Kingdom | 8020041 |
| Aug. 8, 1980 | [GB] | United Kingdom | 8025960 |
| Sep. 25, 1980 | [GB] | United Kingdom | 8030964 |
| Sep. 26, 1980 | [GB] | United Kingdom | 8031121 |

[51] Int. Cl.4 ........................ B01D 45/12; B04C 5/26
[52] U.S. Cl. ............................... 55/345; 55/424;
55/429; 55/459.1; 55/DIG. 3
[58] Field of Search ............. 55/345, 424, 436,
55/439, 459.1, DIG. 3; 209/144; 210/512.1,
512.2

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 420,072 | 1/1890 | Johnson et al. | 55/345 |
| 450,372 | 4/1891 | Morse | 55/424 |
| 883,413 | 3/1908 | Mahony | |
| 1,023,082 | 4/1912 | Kluge | |
| 1,127,896 | 2/1915 | Keller | 55/345 X |
| 1,826,798 | 10/1931 | Lee | |
| 1,897,144 | 2/1933 | Prouty | |
| 1,953,944 | 4/1934 | Becker | 15/335 |
| 2,014,287 | 9/1935 | Newman | 55/429 |
| 2,143,421 | 1/1939 | Loehr et al. | 55/424 |
| 2,171,248 | 8/1939 | Van Berkel | 55/472 X |
| 2,176,467 | 10/1939 | Milner, Jr. et al. | 15/335 X |
| 2,347,731 | 5/1944 | Boivie | 55/459.1 X |
| 2,392,872 | 1/1946 | Wolfe | 55/345 |
| 2,397,980 | 4/1946 | Petri | 55/429 X |
| 2,402,845 | 6/1946 | Rodman | 55/345 |
| 2,405,625 | 8/1946 | Whiton et al. | |
| 2,498,832 | 2/1950 | Watson et al. | 209/144 |
| 2,504,846 | 4/1950 | Kirby | 15/335 X |
| 2,608,268 | 8/1952 | Gerber | |
| 2,768,707 | 10/1956 | Campbell | 55/429 X |
| 2,824,335 | 2/1958 | Moffat | 15/353 X |
| 2,837,172 | 6/1958 | Klein et al. | 55/345 |
| 2,993,223 | 7/1961 | Krammes | 15/320 |
| 3,235,090 | 2/1966 | Bose et al. | 210/512.1 |
| 3,283,480 | 11/1966 | Szego | 55/340 |
| 3,320,727 | 5/1967 | Farley et al. | 55/472 |
| 3,425,192 | 2/1969 | Davis | 55/345 |
| 3,501,014 | 3/1970 | Fitch, Jr. et al. | 210/512.1 |
| 3,535,854 | 10/1970 | Taylor | 55/459.1 X |
| 3,853,518 | 12/1974 | Tu et al. | 55/337 |
| 3,877,902 | 4/1975 | Eriksson et al. | 55/337 |
| 3,955,236 | 5/1976 | Mekelburg | 55/337 X |
| 4,005,998 | 2/1977 | Gorman | 55/459.1 X |
| 4,162,149 | 7/1979 | Mekelburg | 55/315 |
| 4,198,290 | 4/1980 | Summers | 55/345 X |
| 4,204,849 | 5/1980 | Johnston | 55/345 X |
| 4,268,288 | 5/1981 | Coombs | 55/337 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 69708 | 8/1949 | Denmark | 55/459.1 |
| 1355017 | 2/1964 | France | 55/345 |
| 3955 | 3/1972 | Japan | 209/144 |
| 762070 | 11/1956 | United Kingdom | 55/459.2 |

*Primary Examiner*—Robert Spitzer
*Attorney, Agent, or Firm*—Ian C. McLeod

[57] **ABSTRACT**

A cleaning apparatus including cyclones (11, 52, 81, 107) connected to a uniquely configured receiving chamber (12, 53, 99, 112) is described. The chamber has a diameter furthest from the cone opening (32, 75, 98, 118) at least 3 times the diameter of the cone opening such that dirt is not re-entrained from the chamber. Also described is an apparatus with a sealing member (33, 76, 100, 117) between the receiving chamber and cyclone which provides a seal during air flow and which allows separation of the chamber and cyclone for dirt removal. Also described is a ring second sealing member (34, 104) around an open portion of the receiving chamber which allows removal of the chamber from an outer container (10, 80) to facilitate emptying dirt.

23 Claims, 4 Drawing Sheets



D73



FIG. 1

FIG. 1B

FIG. 1A

FIG. 2

FIG. 3



FIG. 4

FIG. 3A



FIG. 5

FIG. 5A

D76



FIG. 6

D77

4,826,515

1

## VACUUM CLEANING APPARATUS

This is a continuation of co-pending application Ser. No. 628,346 filed on July 6, 1984, now abandoned which is a continuation-in-part of U.S. application Ser. No. 452,917, filed Dec. 27, 1982, now abandoned, which is in turn a continuation of U.S. application Ser. No. 274,252, filed June 16, 1981, now abandoned.

## BACKGROUND OF THE INVENTION

(1) Field of the Invention

This invention relates to an improved vacuum cleaning apparatus which includes at least one cyclone unit for dust extraction. Preferably the present invention relates to a vacuum cleaning apparatus of the type in which a cleaner duct or pipe for contacting a dirty surface is connected to the interior of a casing in which an air-flow is set up by a motor-driven fan. The casing contains at least one cyclone unit operating to extract dirt particles (dust and other extraneous or foreign matter) from the air-flow therethrough, and to deposit the extracted dirt.

(2) Prior Art

A cleaning apparatus based only on cyclone units has the advantage that dust bags are not required as dirt can be discharged from the apparatus by removing and separating the cyclone from the surrounding casing. Other advantages are that the air discharged from the appliance is substantially dust free and the use of filters as main cleaning elements is avoided. Conventionally the body of a prior art cyclone unit is substantially frusto-conical with the narrow end lower most. This cyclone works very well, however, improvements in efficiency were needed.

EPC Patent Specification No. 0 042 723 and U.S. patent application No. 452,917 describe an outer cyclone or casing of lower efficiency having a cylindrical form. The lower efficiency is in respect of the cyclone's capability of extracting very fine dust particles. A higher efficiency inner cyclone of frusto-conical shape is provided inside the outer cyclone. In these cyclones dirty air is caused to enter the cyclone tangentially at the upper end of the cyclone body, cleaned air is exhausted from the cyclone body through an axially located exhaust port in the upper half of the body and dust and other foreign particles collect at the bottom of the cyclone body. For dual cyclone apparatus the air flow is repeated in the same manner.

In both types of cyclone, i.e. the high efficiency frusto-conical and the low efficiency fine dust cyclone, particles collected at the bottom of the cyclone may become re-entrained in the air-flow in the body, or may never settle out at the bottom of the body, remaining entrained in the air-flow through the cyclone. In either of these circumstances the dust particles are caused to rise up towards the exhaust port, in the axially upwardly moving air-flow within the cyclone body from the dust collected in the cyclones. Thus said dust is exhausted from the cyclone contaminating the otherwise cleaned air.

Objects

It is an object of the present invention to provide means whereby the separated dust is prevented from becoming entrained in the axially upwardly moving air-flow in the cyclone. Further it is an object of the present invention to provide a vacuum cleaning apparatus which is simple and economical to construct and use

2

and which provides ease of emptying of the dust from the apparatus. These and other objects will become increasingly apparent by reference to the following description and to the drawings.

In the Drawings

FIG. 1 is a front cross-sectional view of a preferred canister type vacuum cleaning apparatus including an outer cyclone and an inner cyclone with a receiving and collecting chamber according to the present invention.

FIG. 1A is a plan view showing a cross-section along line 1A—1A of FIG. 1. FIG. 1B is a plan view showing a cross-section of the receiving chamber 30 along line 1B—1B of FIG. 1.

FIG. 2 is a plan cross-sectional view along line 2—2 of FIG. 1 showing the tangential air inlet into the inner cyclone.

FIG. 3 is a front cross-sectional view of another canister type vacuum cleaning appliance showing a modified receiving chamber from that shown in FIG. 1.

FIG. 3A is a plan view showing a cross-section along line 3A—3A of FIG. 3.

FIG. 4 is a plan cross-sectional view along line 4—4 of FIG. 3.

FIG. 5 is a front cross-sectional view of the preferred upright vacuum cleaning apparatus showing the inner and outer cyclones as described in U.S. application Ser. No. 452,917 with an improved receiving chamber on the inner cyclone.

FIG. 5A is a plan view showing a cross-section along line 5A—5A of FIG. 5.

FIG. 6 is a front cross-sectional view of the preferred single cyclone showing air receiving chamber which is preferred for industrial air cleaning applications for dust removal.

## GENERAL DESCRIPTION

The present invention relates to a cleaning apparatus comprising: a circular cross-sectioned cyclone (11, 52, 81, 107) with a longitudinal axis comprising an air inlet (22, 63, 94, 109) at an upper end thereof, an interior dirt rotational surface (21, 62, 96, 119) of frusto-conical shape for receiving an air flow from the air inlet and maintaining its velocity to a cone opening (32, 75, 98, 118) smaller in diameter than the upper end of the cyclone, an outer surface (36, 79, 97, 120) and a cyclone air outlet (35, 77, 105, 111) communicating with the interior of said cyclone adjacent to the upper end of the cyclone; and a closed dirt receiving and collecting chamber (12, 53, 99, 112) connected to a portion of the outer surface of the cyclone such that a portion of the cyclone and cone opening projects into the receiving chamber, wherein the receiving chamber has a circular cross-sectioned surface around the axis which acts as a cyclone surface for dirt removal with a minimum diameter of the cross-section furthest from the cone opening of 3 times the diameter of the cone opening, wherein an air flow is generated in the apparatus which passes sequentially through the air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the interior dirt surface of said cyclone and receiving chamber and depositing the dirt in the receiving chamber.

Preferably the receiving chamber has an inner tapered surface which increases in diameter away from the cone opening. It is an important feature of the present invention for dust collection to avoid entrainment of dust in the clean air that these receiving chambers have

4,826,515

3

a minimum diameter at least three times the diameter of the cone opening.

In particular the present invention relates to a cleaning apparatus comprising: an outer container (10, 51, 80) comprising a bottom (15, 73, 82) and a sidewall extending to and meeting the bottom, a dirty air inlet (16, 58, 86) at an upper portion of the outer container spaced from the bottom for supplying dirt laden air into the container; a circular cross-sectioned cyclone (11, 52, 81) with a longitudinal axis mounted inside the container, the cyclone comprising a cyclone air inlet (22, 63, 94) at an upper end having a first diameter of the cyclone in air communication with the container, an interior dirt rotational surface (21, 62, 96) of frusto-conical shape for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening (32, 75, 98) smaller in diameter than the diameter of the upper end of the cyclone, an outer surface (36, 79, 97) of frusto-conical shape, and a cyclone air outlet (35, 77, 105) communicating with the interior of the cyclone adjacent the upper end of the cyclone; a dirt receiving and collecting chamber (12, 53, 99, 112) extending from the bottom of the container to a portion of the outer surface of the cyclone such that a portion of the inner cyclone projects into the receiving chamber wherein the receiving chamber has a circular cross-sectioned inner tapered surface (30, 71, 102) around the axis having a frusto-conical shape increasing in diameter away from the cone opening and cyclone with a minimum diameter furthest from the opening of three times the diameter of the cone opening; and means (13, 54) for generating an air flow which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the frusto-conical interior surface of the cyclone and receiving chamber depositing the dirt in the receiving chamber. The outer container is preferably a cyclone having surfaces which are substantially cylindrical or tapered away from a longitudinal axis to provide a relatively low efficiency separation for vacuum cleaning appliance applications.

Basically the larger diameter receiving chamber, relative to the opening in the inner cyclone, slows the velocity of the dust particles and allows them to agglomerate by electrostatic attenuation or other means due to rotational movement of the air. In prior art designs the dust particles were moving too fast to be completely agglomerated.

According to one preferred aspect of the present invention there is provided a vacuum suction cleaning appliance including a cyclone unit and means for generating an air-flow from a dirty air inlet through said cyclone unit, characterized in that a receiving chamber is provided at the end of the cyclone remote from the dirty air inlet, within which region the velocity of dust particles is substantially reduced thereby allowing the particles to settle out and collect in the receiving chamber and not be entrained in the clean air.

The receiving chamber is defined by structure which extends radially outwardly from the portion of the cyclone body. The dust enters the receiving chamber, after descending within the cyclone body in a spiral path adjacent to the surface thereof, and is allowed to move radially outwardly from the longitudinal axis of the cyclone under the influence of a centrifugal force in the receiving chamber. The dust thus accumulates at the radial extremity of the receiving chamber spaced a

4

substantial distance from the cone opening and the upwardly moving axial clean air current.

In our above mentioned published EPC Specification No. 0 042, 723 and in U.S. Ser. No. 452,917 a vacuum suction cleaning appliance is described which comprises two cyclone units in series operating successfully to extract dirt particles from the air-flow therethrough. In the appliance one of the two cyclone units has a body of substantially frusto-conical shape, this shape serving to increase the velocity of the dirt particles swirling therein and hence render the cyclone capable of depositing fine dust particles in a small diameter receiving chamber relative to the diameter of the cone opening. It was found that this receiving chamber allows entrainment of dust particles because its diameter is too small.

The inner cyclone is sometimes referred to as a "high efficiency" cyclone because of its ability to remove fine dust particles. The outer of the two cyclone units is deliberately constructed to be of lower efficiency relative to dust particles and is incorporated in the air-passage upstream, relative to the inlet for dirty air, of the high efficiency cyclone unit. The "lower efficiency" cyclone is constructed so as to be incapable of dealing effectively with the finest dust particles, i.e. particles of 50 microns diameter or under, and carries out a primary cleaning action of the dirty air-flow by depositing larger dirt particles but leaving the finer dust particles 50 microns and smaller in the air. The high efficiency cyclone is then left to function in its own optimum conditions with comparatively clean air and only dust particles of very small size.

In the EPC Specification No. 0 042 723 and U.S. Ser. No. 452,917 an appliance was described wherein the lower efficiency was obtained by omitting the frusto-conical formation and constructing the cyclone casing in a generally cylindrical form with the normal tangential or scroll type air inlet adjacent one upper end.

In a convenient and preferred configuration, a vacuum cleaner casing comprises a generally low efficiency outer cyclone with an inlet for dirty air within the outer cyclone, a high efficiency inner cyclone, a passage way being provided to allow air from the outer cyclone to enter an end part of the inner cyclone. Clean air can then be withdrawn centrally from the inner cyclone and exhausted if necessary through a final filter. A receiving chamber is provided at the end of the inner cyclone remote from the passage from the outer cyclone in spaced relation to the cone opening.

Specific Description

The canister cleaning appliance illustrated in FIGS. 1 and 2 comprises an outer cyclone 10, an inner cyclone unit 11, a dust receiving and collection chamber 12 and a motor driven fan unit 13. The apparatus will be described as oriented in FIG. 1. The outer cyclone 10 has a substantially frusto-conical casing comprising a side wall 14 extending to the radial periphery of a circular base 15. The outer cyclone tapers inwardly from the base 15 towards the longitudinal axis a-a of the outer cyclone 10. A dirty air inlet passage 16 communicates through the upper part of the side surface 14 so as to make a tangential entry and to set up a swirling cyclonic flow of air. The end part 17 of the dirty air inlet passage 16, remote from the outer cyclone 10, is joined via a flexible tube (not shown) to a cleaner head (not shown) for contacting a dirty surface.

A semi-circular cross-sectioned flange 18 extends radially outwardly from the upper end part of the side wall 14. A cover 19, circular in plan view, having a

4,826,515

5

peripheral recess 20 dimensioned to engage the flange 18, is engaged by said recess on the flange 18 so as to close off the top of the low efficiency cyclone.

The inner cyclone 11 comprises a frusto-conical body portion 21 and a dependent inlet scroll 22. The inlet scroll 22 comprises a tubular sleeve 23 (see FIGS. 1 and 2), which depends from the cover 19 to a horizontal annular web 24. The web 24 extends between the upper end part of the frusto-conical body portion 21 and the lower end part of the sleeve 23, and is perforated by a plurality of slots as the air outlet from the cyclone 10. The scroll 22 is completed by a second dependent sleeve 26, which extends between the cover 19 and the upper end part of the frusto-conical body portion 21 and the web 24. The second sleeve 26 is located radially inwardly of the tubular sleeve 23 and through the majority of its length, see FIG. 1, extends from the top of the frusto-conical body 21 where the latter joins the inner periphery of the web 24. A portion 27 of the second sleeve 26 extends, in the form of a spiral, from the junction of the frusto-conical body 21 and the web 24 to the tubular sleeve 23 thereby completing the scroll 22 and providing a tangential entry to the inner cyclone in order to be capable of setting up a swirling cyclonic flow of air.

The dirt collection box 12 comprises a first cylindrical portion 29, a frusto-conical portion 30 which extends radially outwardly and downwardly from the lower end of the first cylindrical portion 29, to a second larger diameter cylindrical portion 31. The lower end part of the inner cyclone 11 is engaged in the first cylindrical portion 29 so that the opening 32 at the bottom of the cyclone body 21 lies radially inwardly of the frusto-conical portion 30 of the receiving chamber 12. A flexible annular sealing member 33 is provided between the first cylindrical portion 29 and the inner cyclone 11, immediately above the opening 32. Interposed between the larger diameter cylindrical portion 31 and the base 15 is a second flexible annular sealing member 34. The motor driven fan unit 13 is located on the cover 19, above the inner cyclone 11 and is arranged so as to draw air from said cyclone 11 through a dependent tube 35. The dependent tube 35 extends downwardly from the cover 19 substantially coaxially with the high efficiency cyclone 11. The outer surface 36 of the inner cyclone 11 is preferably frusto-conical in shape although this is not necessary. As shown in FIG. 1, an air flow directing ring 37 is provided around the outer surface 36 of the inner cyclone 11 which directs the air flow through passage 38 to slots 25 as shown by the arrows. Dirt collects in the inner cyclone as shown at B and in the outer cyclone 10 as shown by A.

The cleaning appliance illustrated in FIGS. 3 and 4 is similar to that shown in FIGS. 1 and 2 and will be described as oriented in FIG. 3. The appliance comprises an outer cyclone unit 51, an inner cyclone 52, a receiving chamber 53 and a motor driven fan unit 54. The outer cyclone 51 has a substantially cylindrical casing comprising a side surface 55 upstanding from the radial periphery of the receiving chamber 53, the upper surface of which serves as the base to the outer cyclone unit 51.

A dirty air inlet passage 57 communicates through the upper part of the side surface 55 so as to make a tangential entry and to set up a swirling cyclonic flow of air. The end part 58 of the dirty air inlet passage 57 remote from the outer cyclone, is joined via a flexible

6

tube (not shown) to a cleaner head (not shown) for contacting a dirty surface.

A semi-circular cross-sectioned flange 59 extends radially outwardly from the upper end part of the side wall 55. A cover 60, circular in plan, having a peripheral recess 61 dimensioned to engage the flange 59, is engaged by said recess 61 in the flange 59 so as to close off the top of the outer cyclone 51.

The inner cyclone 52 comprises a frusto-conical inner surface 62 and a dependent scroll 63. The inlet tangential air inlet flow passage or inlet scroll 63 comprises a tubular sleeve 64 (see FIGS. 3 and 4), which depends from the cover 60 to a horizontal annular web 65. The web 65 extends between the upper end part of the frusto-conical body portion 62 and the lower end part of the sleeve 64, and is perforated by a plurality of slots 66 as the air outlet from the cyclone 51. The scroll 63 is completed by a second dependent sleeve 67, which extends between the cover 60 and the upper end part of the frusto-conical body portion 62 and the web 65. The sleeve 67 is located radially inwardly of the tubular sleeve 64 and through the majority of its length, see FIG. 3, extends from the top of the frusto-conical body 62 where the latter joins the inner periphery of the web 65. A portion 68 of the sleeve 67 extends, in the form of a spiral, from the junction of the frusto-conical body 62 and the web 65 to the tubular sleeve 64 thereby completing the tangential air flow passage or scroll 63 and providing a tangential entry to the inner cyclone in order to be capable of setting up a cyclonic flow of air.

The receiving chamber 53 comprises an annular flange 70, a frusto-conical portion 71 which extends radially outwardly and downwardly from the radially outer periphery of the flange 70 to a cylindrical portion 72. The cylindrical portion 72 extends from the radial periphery of a circular base 73 which has substantially the same diameter as the casing of the outer cyclone 51. The upper end part of the cylindrical portion 78 of the receiving chamber 53 is in disengageable sealing engagement with the lower end part of the low efficiency cyclone surface 55. An air deflector 74, in the form of a cylinder topped with a cone, extends from the base 73 coaxially (c—c) with the inner cyclone 52. The lower end part of the inner cyclone 52 is engaged in the annular flange 70 so that the opening 75 at the bottom of the cyclone 52 is located immediately above the top of the deflector 74, within the receiving chamber 53. An annular sealing member 76 is provided between the annular flange 70 and the inner cyclone 52.

The motor driven fan unit 54 is located on the cover 60 above the inner cyclone 52 and is arranged so as to draw air from the inner cyclone unit 52 through a dependent tube 77. The dependent tube 77 extends downwardly from the cover 60 substantially coaxially with the inner cyclone 52. The cyclone unit 52 has an outer surface 79 which is frusto-conical or any desired shape.

FIG. 5 shows the outer cyclone 80 and the inner cyclone 81 adapted for an upright vacuum cleaning appliance as shown in U.S. Ser. No. 452,917. Thus the cyclones are relatively long and slender as compared to those shown in FIGS. 1 and 3; however the air flow is the same. The outer cyclone 80 has a bottom 82 and cylindrical inner surface 83. The outer cyclone 80 is removable from an air flow directing head 84, which has lips 84a which engage the outside surface 85 of the outer cyclone 80. The head 84 includes a dirty air inlet passage 86, inlet port 87 and an air directing passage 88 defined by a tapered portion 89 connected to head 84

4,826,515

7

leading to outlet passage 90 in outlet port 91. As shown by the dotted lines a flexible tube 92 connects the outlet port 91 to an inlet port 93 to a tangential entry passage 94 defined by cylindrical portion 95 of head 84. The inner cyclone 81 has a frusto-conical shape and inner and outer surfaces 96 and 97 leading to a cone opening 98. The outer surface 97 of the inner cyclone 81 engages a receiving chamber 99 with a tapered ring seal 100 with a series of concentric rings on the outer surface 97. The tapered seal 100 including concentric rings 99a is mounted on an elongate cylindrical portion 101 of the receiving chamber 99. The receiving chamber 99 is integral with a frusto-conical or outwardly tapered portion 102 relative to the axis (d—d) which is in turn integral with a short cylindrical portion 103. An o-ring seal 104 provides an air seal between the receiving chamber 99 and the outer cyclone 80. In the cylindrical portion 95 of head 84 an outlet port 105 is provided for removal of clean air through passage 106. The outlet port 105 is connected to a fan unit 121.

FIG. 6 shows a single cyclone 107 symmetrical around axis (e—e) similar to the inner cyclone 81 of Figure 5. The outer cyclone 80 is eliminated and the head 100a is modified for a single cyclone operation. This cyclone 107 operates as a fine dust collector in the same manner as the inner cyclone 81 of FIG. 5 with an inlet passage 109 through inlet port 110 and an outlet passage 122 through outlet port 111. The head 100a is closed by a cover 108. The receiving chamber 112 includes a removable cover 113 over short cylindrical portion 114. Tapered portion 115 is connected to elongate cylindrical portion 116. The cyclone 107 is sealed to the receiving chamber 112 by tapered seal 117. The opening 118 projects into the receiving chamber 112. Frusto-conical inner surface 119 acts to separate the dust particles as before. An outer surface 120 has a similar shape for mounting on the receiving chamber 112. The apparatus of FIG. 6 is particularly suited to fine dust collection.

Both the appliances described above and illustrated in FIGS. 1 to 6 function in substantially the same manner, and the function of the appliances will now be described with operation to the appliance illustrated in FIGS. 1 and 2 only. Reference will be made to the air flow designated by arrows and the successive progress of dirty air through the interior of the cyclones 10 and 11. Similar arrows are shown on FIG. 3 and 4 although the progress of the air will not be described. One significant air flow difference is that the longitudinal axis of the inner and outer cyclones 52 and 51 are concentric on axis (c—c) in FIG. 3, whereas the axis are off-set (a—a and b—b) as shown in FIG. 1; however, the air flow is functionally similar. In FIG. 6 there is only a single cyclone 107.

Dirty air carrying dust and other particles is drawn into the dirty air inlet passage 16. The air stream carrying the dirt particles makes a tangential entry into the upper part of the outer cyclone 10 and performs a cyclonic swirling movement generally along the line of the arrows and thereby deposits the majority of the larger dirt particles in the lower part of the outer cyclone 10 as indicated at A. The centrifugal force on the dirt particles causes them to deposit on surface 14 and fall to the bottom 15 of the outer cyclone 10. The air stream carrying essentially the finer dust particles (50 microns or less) then rises under the influence of the general air flow developed by the fan through the slots 25 in the web 24 and into the scroll 22. The air then

8

makes a tangential entry to the inner cyclone 11 where the cyclonic cleaning process is repeated only with higher efficiency and greater dust particle velocity thereby depositing the finer dust particles. Once the air and dirt entrained therein enters the receiving chamber 12 from the inner cyclone 11 via the opening 32, the dust is thrown outwardly from the axis (b—b) of the inner cyclone and collects at B. Additionally the velocity of the swirling air is reduced by the reverse taper of the frusto-conical portion 30 of the receiving chamber 12 allowing the dust particles to agglomerate at B and prevent them from becoming re-entrained within the air flow. The clean air rises under the influence of the air flow to the upper part of the inner cyclone 11 and exits through the dependent tube 35 to the motor fan 13 and is exhausted.

For discharge of dirt particles the cover 19, carrying the inner cyclone 11 and the receiving chamber 12 is removed and the collected dirt is then emptied from the outer cyclone 10. It will be appreciated that when the receiving chamber 12 is lifted from its seating in the base 15 of the outer cyclone 10 the contents thereof will be deposited so that the outer cyclone 10 holds all the deposited particles. In the apparatus shown in FIGS. 3 and 5, the tapered portion 71 and 102 facilitates removal of the dirt A from the apparatus.

In the apparatus shown in FIG. 1, the cylindrical portion 31 diameter ($d_1$) is at least 3 times the diameter ($d_2$) of the opening 32. In FIG. 3 the diameter ($d_1$) of the cylindrical portion 78 is at least 3 times the diameter ($d_2$) of the opening 75. This construction allows the particles A and B to efficiently agglomerate. In FIGS. 5 and 6 the diameter ($d_1$) of the cylindrical portions 103 and 114 are at least 3 times the diameters ($d_2$) of the openings 98 and 118 from cyclones 81 and 107, respectively. This construction provides for removal of fine dust particles. The basic air flow of the apparatus of FIGS. 5 and 6 is the same as that of FIGS. 1 and 3 as shown by the arrows.

It is preferred that the inner and outer cyclones be constructed of plastic. The cyclonic air flow may charge the dirt particles facilitating their agglomeration at A and B.

Numerous variations in cyclonic construction will occur to those skilled in the art. It is intended that they be included within the scope of the present invention.

I claim:

1. A cleaning apparatus comprising:

(a) an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, a dirty air inlet at an upper portion of the outer container spaced from the bottom and is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container which has a circular cross-section and an air outlet from the container at the upper portion of the container;

(b) a circular cross-sectioned cyclone with a longitudinal axis mounted inside the container, the cyclone comprising a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, an interior dirt rotational surface of frusto-conical shape for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer

4,826,515

9

10

surface of frusto-conical shape, and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone;

(c) a dirt receiving and collecting chamber extending from the bottom of the container to a portion of the outer surface of the cyclone such that a portion of the cyclone projects into the receiving chamber wherein the receiving chamber has a circular cross-sectioned inner tapered surface around the axis having frusto-conical shape increasing in diameter away from the cone opening and cyclone with a minimum diameter furthest from the cone opening of 3 times the diameter of the cone opening; and

(d) means for generating an air flow which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the frusto-conical interior surface of the cyclone and the inner tapered surface of the receiving chamber and depositing the dirt in the receiving chamber.

2. A cleaning apparatus comprising:

(a) an outer cyclone comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface having a circular cross-section which acts as a dirt rotation surface, a dirty air inlet at an upper portion of the outer cyclone spaced from the bottom and is oriented for supplying dirt laden air tangentially to the interior surface, and a cyclone air outlet communicating with the interior of the outer cyclone;

(b) a circular cross-sectioned inner cyclone with a longitudinal axis mounted inside the outer cyclone, the inner cyclone comprising an air inlet at an upper end of the cyclone having a first diameter in air communication through a passage with the air outlet of the outer cyclone, an interior dirt rotational surface of frusto-conical shape defining the cyclone for receiving an air flow from the passage and maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer surface of frusto-conical shape, and an inner cyclone air outlet communicating with the interior of the inner cyclone adjacent the upper end of the cyclone as defined by the frusto-conical shaped surface;

(c) a dirt receiving and collecting chamber extending from the bottom of the outer cyclone and cone opening to a portion of the outer surface of the inner cyclone such that a portion of the inner cyclone and cyclone cone projects into the receiving chamber, wherein the receiving chamber has a circular cross-sectioned inner tapered surface around the axis having a frusto-conical shape increasing in diameter away from the cone opening of the cyclone and with a minimum diameter of the cross-section furthest from the cone opening of 3 times the diameter of the cone opening; and

(d) means for generating an air flow which passes sequentially through the dirty air inlet, the outer cyclone, the outer cyclone air outlet, the passage, the inner cyclone, the receiving chamber and the inner cyclone air outlet, the air flow rotating around the interior surface of the outer cyclone, the frusto-conical interior surface of the inner cyclone and the inner tapered surface of the receiving

chamber and then is removed through the air outlet.

3. The apparatus of claim 2 wherein the receiving chamber comprises a circular cross-sectioned tubular portion which is cylindrical around the axis with one end connected to the portion of the outer surface of the inner cyclone and the opposite end connected to the tapered surface in spaced relation to the cone opening, wherein the tubular portion has a diameter smaller than the minimum diameter of the tapered surface.

4. The apparatus of claim 2, wherein the receiving chamber and the portion of the outer surface of the inner cyclone are joined together in use and separable for emptying the receiving chamber, wherein the receiving chamber is open adjacent to the bottom of the outer cyclone and wherein a flexible seal is provided between the bottom and the chamber to prevent air leakage between them during use.

5. The apparatus of claim 2 wherein a flexible tapered air seal is provided between the receiving chamber and the outer surface of the inner cyclone such that the inner cyclone is separable from the receiving chamber.

6. The apparatus of claim 2 wherein the interior surface of the outer cyclone is substantially cylindrical.

7. The apparatus of claim 2 wherein the outer cyclone and the inner cyclone are concentric around a common longitudinal axis, wherein the interior surface of the outer cyclone is substantially cylindrical, wherein the receiving chamber comprises a circular cross-sectioned tubular portion which is cylindrical around the axis with one end connected to the portion of the outer surface of the inner cyclone and the opposite end connected to the inner tapered surface of the receiving chamber in spaced relation to the cone opening and wherein the tubular portion has a diameter smaller than the minimum diameter of the tapered wall such that finely divided dirt is trapped in the receiving chamber.

8. The apparatus of claim 7 wherein a flexible tapered seal is provided between the receiving chamber and the outer surface of the inner cyclone such that the inner cyclone is separable from the receiving chamber.

9. The apparatus of claim 8 wherein the tapered seal is composed of a series of concentric rings which engage the outer surface of the inner cyclone to provide the seal.

10. A cleaning apparatus comprising:

(a) an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, a dirty air inlet at an upper portion of the outer container spaced from the bottom and is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container which has a circular cross-section and an air outlet from the container at the upper portion of the container;

(b) a circular cross-sectioned cyclone with a longitudinal axis mounted inside the container, the cyclone comprising a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, an interior dirt rotational surface of frusto-conical shape defining the cyclone for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer surface of frusto-conical shape, and a cyclone air outlet communicating with the

11

interior of the cyclone adjacent the upper end of the cyclone;

(c) a dirt receiving and collecting chamber extending from the bottom of the container to a portion of the outer surface of the cyclone wherein the receiving chamber has a circular cross-sectioned inner surface around the axis with a minimum diameter furthest from the opening of 3 times the diameter of the cone opening and wherein the chamber is separable from the cyclone to facilitate emptying of the dirt;

(d) seal means between the chamber and cyclone; and

(e) means for generating an air flow which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the frusto-conical interior surface of the cyclone and the inner surface of the receiving chamber and depositing dirt in the receiving chamber and then is removed through the air inlet.

11. The cleaning apparatus of claim 10 wherein the chamber is removable from the outer container and second seal means is provided between the container and receiving chamber.

12. The cleaning apparatus of claim 10 wherein the receiving chamber is open adjacent the bottom of the outer container such that dirt remains in the outer container upon removal of the receiving chamber from the outer container.

13. The cleaning apparatus of claim 10 wherein a portion of the cyclone projects into the receiving chamber and wherein the receiving chamber has a circular cross-sectioned inner tapered surface around the axis having a frusto-conical shape increasing in diameter away from the cone opening and cyclone.

14. A cleaning apparatus comprising:

(a) an outer container comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface, a dirty air inlet at an upper portion of the outer container spaced from the bottom and is oriented for supplying dirt laden air into the container tangentially to the interior surface of the outer container which has a circular cross-section and an air outlet from the container at an upper portion of the container;

(b) a circular cross-sectioned cyclone with a longitudinal axis mounted inside the container, the cyclone comprising a cyclone air inlet at an upper end having a first diameter of the cyclone in air communication with the air outlet of the container, an interior dirt rotational surface of frusto-conical shape defining the cyclone for receiving an air flow from the air inlet and for maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer surface of frusto-conical shape, and a cyclone air outlet communicating with the interior of the cyclone adjacent the upper end of the cyclone;

(c) a dirt receiving and collecting chamber extending from the bottom of the container to a portion of the outer surface of cyclone, wherein the chamber and cyclone are separable from the outer container wherein the receiving chamber has a circular cross-sectioned inner surface around the axis with a minimum diameter furthest from the opening of 3 times the diameter of the cone opening and wherein the

12

chamber is open to the bottom of the container to facilitate emptying of the dirt;

(d) ring seal means between the chamber and outer container; and

(e) means for generating an air flow which passes sequentially through the dirty air inlet, the container, the cyclone air inlet, the cyclone, the receiving chamber and the cyclone air outlet, the air flow rotating around the frusto-conical interior surface of the cyclone and the inner surface of the receiving chamber and depositing dirt in the receiving chamber.

15. The cleaning apparatus of claim 14 wherein a portion of the cyclone projects into the receiving chamber, wherein the receiving chamber has a circular cross-sectioned inner surface around the axis having a frusto-conical shape increasing in diameter away from the cone opening and cyclone.

16. A cleaning apparatus comprising:

(a) an outer cyclone comprising a bottom and a sidewall extending to and meeting the bottom, the sidewall having an interior surface having a circular cross section which acts as a dirt rotation surface, a dirty air inlet at an upper portion of the outer cyclone spaced from the bottom and is oriented for supplying dirt laden air tangentially to the interior surface, and a cyclone air outlet communicating with the interior of the outer cyclone;

(b) a circular cross-sectioned inner cyclone with a longitudinal axis mounted inside the outer cyclone, the inner cyclone comprising an air inlet at an upper end of the cyclone having a first diameter in air communication through a passage with the air outlet of the outer cyclone, an interior dirt rotational surface of frusto-conical shape defining the cyclone for receiving an air flow from the passage and maintaining its velocity to a cone opening smaller in diameter than the diameter of the upper end of the cyclone, the air inlet being oriented for supplying air tangentially to the surface, an outer surface of frusto-conical shape, and an inner cyclone air outlet communicating with the interior of the inner cyclone adjacent the upper end of the cyclone as defined by the frusto-conical shaped surface;

(c) a dirt receiving and collecting chamber extending from the bottom of the outer cyclone and cone opening to a portion of the outer surface of the inner cyclone such that a portion of the inner cyclone and cyclone opening projects into the receiving chamber, wherein the receiving chamber has a circular cross-sectioned inner tapered surface around the axis having a frusto-conical shape increasing in diameter away from the cone opening of the cyclone and with a minimum diameter of the cross-section furthest from the cone opening of 3 times the diameter of the cone opening; and

(d) means for generating an air flow which passes sequentially through the dirty air inlet, the outer cyclone, the outer cyclone air outlet, the passage, the inner cyclone, the receiving chamber and the inner cyclone air outlet, the air flow rotating around the interior surface of the outer cyclone, the frusto-conical interior surface of the inner cyclone and the inner tapered surface of the receiving chamber and then is removed through the air outlet wherein the outer cyclone and the inner cyclone are concentric around a common longitudinal axis,

4,826,515

**13**

wherein the interior surface of the outer cyclone is substantially cylindrical, wherein the receiving chamber comprises a circular cross-sectioned tubular portion which is cylindrical around the axis with one end connected to the portion of the outer surface of the inner cyclone and the opposite end connected to the inner tapered surface of the receiving chamber in spaced relation to the cone opening wherein the tubular portion has a diameter smaller than the minimum diameter of the tapered wall such that finely divided dirt is trapped in the receiving chamber and wherein a diameter of the inner surface of the outer cyclone and the minimum diameter of the tapered surface of the receiving chamber is such that larger particles of the dirt are collected at the bottom of the outer cyclone and smaller particles of the dirt are collected inside the receiving chamber.

17. The apparatus of claim 16 wherein a flexible tapered seal is provided between the receiving chamber and the outer surface of the inner cyclone such that the inner cyclone is separable from the receiving chamber.

18. The apparatus of claim 17 wherein the tapered seal is composed of a series of concentric rings which

**14**

engage the outer surface of the inner cyclone to provide the seal.

19. The apparatus of claim 16 wherein a flexible ring seal is provided between the outer cyclone and the chamber adjacent to the bottom of the outer cyclone to prevent air leakage during use.

20. The apparatus of claim 16 wherein the diameter of the inner surface of the outer cyclone and the minimum diameter of the tapered surface of the outer cyclone are approximately the same.

21. The apparatus of claim 20 wherein a flexible tapered seal is provided between the receiving chamber and the outer surface of the inner cyclone such that the inner cyclone is separable from the receiving chamber.

22. The apparatus of claim 21 wherein the tapered seal is composed of a series of concentric rings which engage the outer surface of the inner cyclone to provide the seal.

23. The apparatus of claim 16 wherein an airtight joint is provided between the outer cyclone and the receiving chamber adjacent to the bottom of the outer cyclone.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :  4,826,515

DATED       :  May 2, 1989

INVENTOR(S) :  James Dyson

It is certified that error appears in the above—identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2, line 33, "air" should be --the--.

Column 5, line 11, --25-- should be inserted after "slots".

Column 6, line 66 "heat 84" should be --head 84--.

Column 11, line 20 (Claim 10) "inlet" should be --outlet--.

Signed and Sealed this

Sixteenth Day of January, 1990

Attest:

JEFFREY M. SAMUELS

Attesting Officer        Acting Commissioner of Patents and Trademarks

## Exhibit 4 – Diagram illustrating the outer container of the Hoover Fusion



Note – schematic drawing only, not to scale

## Exhibit 5 – Diagram illustrating the dirty air inlet of the Hoover Fusion



Approx midpoint of the container

Dirty air inlet to the outer container

Note – schematic drawing only, not to scale

Exhibit 6 – Extract from Hoover Fusion Owner's Manual showing dirty air inlet



Tear-drop shaped dirty air inlet

<u>Exhibit 7 – Extract from Hoover Fusion Owner's Manual showing
circular cross section of outer container</u>

1. Press dirt cup door release button to
   latch dirt cup door closed.

## Cleaning filters
### Cyclonic filter assembly
### How to clean
Disconnect cleaner from electrical
outlet. Do not use cleaner without
dirt cup or filters in place.



Dirt and debris can be cleaned from
the filter assembly by brushing with
the cleaner's combination tool.

Place the filter assembly on the dirt
cup, aligning tabs (A) on either side
of filter with slots on dirt cup (B) and
twist it clockwise to secure into posi-
tion.

Replace dirt cup as described in
Figs. 3-4 & 3-5.



Remove dirt cup as described in
Fig. 3-2.

Twist filter assembly (A) counter-
clockwise. Remove assembly from
dirt cup.

Pull down on latch (A) located at the
top of the dirt cup cavity to remove
gray filter frame. Remove black foam
filter (B) from frame. Hand wash in