IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAYTAG CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-434-GMS<br>)<br>)<br>)<br>) |

## AMENDED JOINT SUBMISSION OF CLAIM CONSTRUCTION CHARTS

In compliance with the Scheduling Order entered on December 19, 2005, the parties filed a Joint Submission of Claim Construction Charts on May 12, 2006. Since then, the parties have been able to reach agreement on additional claim terms and narrow the number of terms in dispute. As a result, the parties are filing an Amended Joint Submission of Claim Construction Charts with their opening claim construction briefs. Exhibit A hereto contains two claim construction charts. In the first chart, the parties present their respective proposed constructions (and citations to supporting intrinsic evidence) of the terms or phrases of the claims of the patents-in-suit whose constructions are in dispute. In the second chart, the parties present their agreed-upon constructions of other terms or phrases.

　　　　　The patents in suit are U.S. Patent Nos. 4,826,515 ('515 patent); 4,643,748 ('748 patent); 4,853,008 ('008 patent); and 5,858,038 ('038 patent). The asserted claims are claim no. 14 of the '515 patent, claim nos. 15, 16 and 17 of the '748 patent, claim nos. 1, 2, 3, 7, 11, 23, 24 and 25 of the '008 patent, and claim nos. 1, 2, 3, 7, 13 and 14 of the '038 patent.

Dated: May 26, 2006

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| By:  /s/ C. Barr Flinn | By:  /s/ Francis DiGiovanni |
| C. Barr Flinn (No. 4092)<br>John W. Shaw (No. 3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600 | Francis DiGiovanni (No. 3189)<br>Stephanie O'Byrne (No. 4446)<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141 |
| OF COUNSEL: | OF COUNSEL: |
| Garrard R. Beeney<br>Richard C. Pepperman, II<br>James T. Williams<br>Keith McKenna<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | Ray L. Weber<br>Laura J. Gentilcore<br>RENNER, KENNER, GREIVE, BOBAK TAYLOR & WEBER<br>400 First National Tower<br>Akron, OH 44308<br>(330) 376-1242 |
| Steven F. Reich<br>Jeffrey S. Edelstein<br>Monica Y. Youn<br>MANATT, PHELPS & PHILLIPS, LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 790-4500 | Stephen P. Durchslag<br>Kimball R. Anderson<br>Lisa Parker<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
| *Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.* | *Attorneys for Maytag Corporation* |

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on May 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on May 26, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDEX**

>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>
>*Attorneys for Dyson Technology Limited
>and Dyson, Inc.*