**EXHIBIT A**

**Second College Edition**

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America


**organ grinder**


**organ-pipe cactus**


**oriel**
Sketch showing oriel on late 19th-century house designed by Richard Morris Hunt


**Oriental rug**

**or·ga·na**² (ôr′gə-nə) n. A plural of **organum**¹.
**or·gan·dy** also **or·gan·die** (ôr′gən-dē) n., pl. **-dies.** A transparent crisp fabric of cotton or silk, used for trimming, curtains, and light apparel. [Fr. *organdi.*]
**or·gan·elle** (ôr′gə-nĕl′) n. A specialized part of a cell that resembles and functions as an organ. [NLat. *organella* < Lat., dim. of *organum,* implement < Gk. *organon.*]
**organ grinder** n. A street musician who plays a hurdy-gurdy.
**or·gan·ic** (ôr-găn′ĭk) adj. **1.** Of, pertaining to, or affecting an organ of the body. **2.** Of, pertaining to, or derived from living organisms. **3. a.** Using or grown with fertilizers and mulches consisting only of animal or vegetable matter, with no use of chemical fertilizers or pesticides: *organic gardening.* **b.** Free from chemical injections or additives: *organic foods.* **c.** Simple, basic, and close to nature: *an organic lifestyle.* **4.** Having properties associated with living organisms. **5.** Likened to an organism in organization or development: *He saw society as an organic whole.* **6. a.** Constituting an integral part; constitutional. **b.** *Law.* Designating or pertaining to the fundamental laws and precepts of a government or organization. **7.** *Chem.* Of or designating carbon compounds. [OFr. *organique* < Lat. *organicus,* of an implement < Gk. *organikos* < *organon,* implement.] —**or·gan′i·cal·ly** adv.
**organic chemistry** n. The chemistry of carbon compounds.
**or·gan·i·cism** (ôr-găn′ĭ-sĭz′əm) n. **1.** The theory that all disease is associated with structural alterations of organs. **2.** The theory that the total organization of an organism, rather than the functioning of individual organs, is the principal or exclusive determinant of every life process. **3.** The concept that society is analogous to a biological organism. —**or·gan′i·cist** n.
**or·gan·ism** (ôr′gə-nĭz′əm) n. **1.** A living individual; a plant or animal. **2.** A system regarded as analogous to a living body: *the social organism.* —**or·gan·is′mal** (-nĭz′məl), **or·gan·is′mic** adj. —**or·gan·is′mi·cal·ly** adv.
**or·gan·ist** (ôr′gə-nĭst) n. One who plays the organ.
**or·gan·i·za·tion** (ôr′gə-nĭ-zā′shən) n. **1. a.** An act of organizing. **b.** The process of being organized. **2.** The state or manner of being organized: *a high degree of organization.* **3.** Something that has been organized or made into an ordered whole. **4.** Something comprising elements with varied functions that contribute to the whole and to collective functions; organism. **5.** A number of persons or groups having specific responsibilities and united for a particular purpose. —**or·gan·i·za′tion·al** adj. —**or·gan·i·za′tion·al·ly** adv.
**or·gan·ize** (ôr′gə-nīz′) v. **-ized, -iz·ing, -iz·es.** —*tr.* **1.** To put together into an orderly, functional, structured whole. **2. a.** To arrange in a coherent form; systematize: *organize one's thoughts before speaking.* **b.** To arrange in a desired pattern or structure: *"The painting is organized about a young reaper enjoying his noonday rest"* (William Carlos Williams). **3.** To arrange systematically for harmonious or united action: *organize a strike.* **4. a.** To establish as an organization: *organize a club.* **b.** To cause (employees) to form or join a labor union. **c.** To induce the employees of (a business or industry) to form or join a union: *organize a department store.* —*intr.* **1.** To develop into or assume an organic structure. **2. a.** To form a group (as a labor union). **b.** To join such a group. [ME *organisen* < Med. Lat. *organizare* < Lat. *organum,* instrument < Gk. *organon.*] —**or·gan·iz′er** n.
**organo–** or **organ–** pref. **1.** Organ: *organotherapy.* **2.** Organic: *organomercurial.* [ME < Med. Lat. *organum,* organ of the body < Lat., implement. —see ORGAN.]
**or·gan·o·chlo·rine** (ôr-găn′ə-klôr′ēn′, -ĭn, -klōr′-) n. Any of various hydrocarbon pesticides, such as DDT, that contain chlorine.
**organ of Cor·ti** (kôr′tē) n. A specialized structure located on the inner surface of the basilar membrane of the cochlea that contains a series of sensory receptors that respond to sound vibrations. [After Alfonso *Corti* (1822–1888).]
**or·gan·o·gen·e·sis** (ôr′gə-nō-jĕn′ĭ-sĭs, ôr-găn′ə-) n., pl. **-ses** (-sēz′). The origin and development of biological organs. —**or′gan·o·ge·net′ic** (-jə-nĕt′ĭk) adj. —**or′gan·o·ge·net′i·cal·ly** adv.
**or·ga·nog·ra·phy** (ôr′gə-nŏg′rə-fē) n. The scientific description of the organs of animals and plants. —**or′gan·o·graph′ic** adj. —**or′gan·o·graph′i·cal·ly** adv.
**or·gan·o·lep·tic** (ôr′gə-nō-lĕp′tĭk, ôr-găn′ə-) adj. Pertaining to or perceived by a sensory organ. [Fr. *organoleptique* < *organe,* organ (< Lat. *organum,* implement < Gk. *organon*) + Gk. *lēptikos,* receptive < *lambanein,* to take.] —**or′gan·o·lep′ti·cal·ly** adv.
**or·ga·nol·o·gy** (ôr′gə-nŏl′ə-jē) n. The study of plant and animal organs and their functions. —**or′gan·o·log′ic** (ôr′gə-nə-lŏj′ĭk, ôr-găn′ə-), **or′gan·o·log′i·cal** adj.
**or·gan·o·mer·cu·ri·al** (ôr-găn′ō-mər-kyoor′ē-əl) n. An organic substance that contains mercury.
**or·ga·non** (ôr′gə-nŏn′) also **or·ga·num** (-nəm) n., pl. **-na**

**or·ga·num** (ôr′gə-nəm) n., pl. **-na** (-nə) or **-nums.** Any of several types of vocal polyphonic music, in two, three, or four parts, of the 9th to the early 13th century. [Med. Lat. < LLat., organ. —see ORGAN.]
**or·ga·num**² (ôr′gə-nəm) n. Variant of **organon.**
**or·gan·za** (ôr-găn′zə) n. A sheer, stiff fabric of silk or synthetic material used for trimming, neckwear, or evening dresses. [Orig. unknown.]
**or·gan·zine** (ôr′gən-zēn′) n. A raw-silk thread, usually used as a warp thread. [Fr. *organsin* < Ital. *organzino.*]
**or·gasm** (ôr′găz′əm) n. The climax of sexual excitement, marked normally by ejaculation of semen by the male and by the release of tumescence in erectile organs of both sexes. [Fr. *orgasme* < Gk. *orgasmos* < *organ,* to swell up, to be excited.] —**or·gas′mic** (ôr-găz′mĭk), **or·gas′tic** adj.
**or·geat** (ôr′zhä′) n. A sweet flavoring of orange and almond used in cocktails and food. [Fr. < OFr. < OProv. *orjat* < *ordi,* barley < Lat. *hordeum.*]
**or·gi·as·tic** (ôr′jē-ăs′tĭk) adj. Of, pertaining to, or characteristic of an orgy. [Gk. *orgiastikos* < *orgia,* secret rites.]
**or·gy** (ôr′jē) n., pl. **-gies. 1.** A secret rite in the cults of ancient Greek or Roman deities, typically involving frenzied singing, dancing, drinking, and sexual activity. **2.** A revel involving unrestrained indulgence, esp. sexual activity. **3.** Excessive indulgence in an activity: *an orgy of reading.* [< *orgies,* secret rites < OFr. < Lat. *orgia* < Gk.]
**or·i·bi** (ôr′ə-bē, ōr′-) n., pl. **oribi** or **or·i·bis.** A small, brownish African antelope, *Ourebia ourebia.* [Afr. < Hottentot *arab* : *ara,* to provide with strips + *-b,* masc. noun-forming suffix.]
**o·ri·el** (ôr′ē-əl, ōr′-) n. A projecting bay window, supported from below with a corbel or bracket. [ME < Med. Lat. *oriolum,* porch.]
**o·ri·ent** (ôr′ē-ənt, -ĕnt′, ōr′-) n. **1.** The east; eastern regions. **2. Orient. a.** The countries of Asia, esp. of eastern Asia. **b.** In ancient times, the lands and regions east of the Mediterranean. **3. a.** The luster characteristic of a pearl of high quality. **b.** A pearl having exceptional luster. —adj. **1.** *Archaic.* Eastern; oriental. **2.** Having exceptional luster: *orient gemstones.* **3.** *Archaic.* Rising in the sky; ascending. —v. (ôr′ē-ĕnt′, ōr′-) **-ent·ed, -ent·ing, -ents.** —*tr.* **1.** To locate or place in a particular relation to the points of the compass: *orient the swimming pool north and south.* **2. a.** To locate or place so as to face the east. **b.** To build (a church) with the nave laid out west to east and the altar at the eastern end. **3.** To align or position with respect to a reference system. **4.** To determine the bearings of: *He oriented himself by finding a familiar landmark.* **5.** To cause to become familiar with or adjusted to facts, principles, or a situation. —*intr.* **1.** To turn toward the east. **2.** To become adjusted or aligned. [ME < OFr. < Lat. *oriens,* rising sun, east, pr.part. of *oriri,* to rise.]
**o·ri·en·tal** (ôr′ē-ĕn′tl, ōr′-) adj. **1.** Eastern. **2.** Often **Oriental.** Pertaining to the countries or regions of the Orient or to their peoples, languages, or culture. **3. Oriental.** *Ecol.* Of or designating the zoographic region that includes tropical Asia and the adjacent islands of the Malay Archipelago. **4.** Lustrous and valuable: *oriental pearls.* **5.** Pertaining to or designating precious varieties of corundum: *an oriental ruby.* —n. Often **Oriental.** An inhabitant of the Orient, esp. a native of an Oriental country or tribe. —**o·ri·en′tal·ly** adv.
**O·ri·en·tal·ism** also **o·ri·en·tal·ism** (ôr′ē-ĕn′tl-ĭz′əm, ōr′-) n. **1.** A quality, mannerism, or custom peculiar to or characteristic of the Orient. **2.** Scholarly knowledge of eastern cultures, languages, and peoples. —**O·ri·en′tal·ist** n.
**O·ri·en·tal·ize** also **o·ri·en·tal·ize** (ôr′ē-ĕn′tl-īz′, ōr′-) v. **-ized, -iz·ing, -iz·es.** —*tr.* To give an Oriental character or appearance to. —*intr.* To become Oriental.
**Oriental poppy** n. A plant, *Papaver orientale,* native to the Mediterranean region, and widely cultivated for its brilliant scarlet and black flowers.
**Oriental rug** n. Any of numerous kinds of rugs made by hand in the Orient.
**or·i·en·tate** (ôr′ē-ĕn-tāt′, -ən-, ōr′-) tr. & intr.v. **-tat·ed, -tat·ing, -tates.** To orient.
**o·ri·en·ta·tion** (ôr′ē-ĕn-tā′shən, -ən-, ōr′-) n. **1.** The act of orienting or the state of being oriented. **2.** Location or position relative to the points of the compass. **3.** *Archit.* The construction of a church so that its longitudinal axis is from west to east and its main altar at the eastern end. **4.** The line or direction followed in the course of a trend, movement, or development. **5.** A tendency of thought; general inclination:

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

Case 1:05-cv-01034-GMS    Document 17-2    Filed 05/26/2006    Page 4 of 4



**tangent**
Tangent to a circle



**tangram**
The square card and an assembly of its pieces representing a cat





**tank**



**tankard**



**tansy**

the exploding material, making possible a longer-lasting, more energetic, and more efficient explosion.

**Tam·pi·co hemp** (tăm-pē'kō) n. Pita (sense 1). [After *Tampico*, Mexico.]

**tam·pi·on** (tăm'pē-ən) also **tom·pi·on** (tŏm'-) n. A plug or cover for the muzzle of a cannon or gun to keep out dust and moisture. [ME *tampyne*, plug < OFr. *tampon*, of Germanic orig.]

**tam·pon** (tăm'pŏn') n. A plug of absorbent material inserted into a bodily cavity or wound to check a flow of blood or absorb secretions. —*tr.v.* **-poned, -pon·ing, -pons.** To plug or stop with a tampon. [Fr. < OFr., of Germanic orig.]

**tam-tam** (tŭm'tŭm', tăm'tăm') n. 1. One of a set of tuned gongs used in a gamelan orchestra. 2. A tom-tom. [Hindi *ṭamṭam*.]

**tan** (tăn) v. **tanned, tan·ning, tans.** —*tr.* 1. To convert (hide) into leather, as by treating with tannin. 2. To make brown by exposure to the sun. 3. *Informal.* To thrash; beat. —*intr.* To become brown or tawny from exposure to sun. —n. 1. A light or moderate yellowish brown to brownish orange. 2. The brown color sun rays impart to the skin. 3. Tanbark. 4. Tannin or a solution derived from it. —*adj.* **tan·ner, tan·nest.** 1. Of the color tan. 2. Having a sun tan. 3. Used in or relating to tanning. [ME *tannen* < OFr. *tanner* < Med. Lat. *tannare* < *tannum*, tanbark, prob. of Celt. orig.]

**Tan** (tăn) n., pl. **Tan** or **Tans.** The Tanka.

**tan·a·ger** (tăn'ĭ-jər) n. Any of various small New World birds of the family Thraupidae, often having brightly colored plumage in the males. [NLat. *tanagra* < Port. *tangará* < Tupi.]

**tan·bark** (tăn'bärk') n. 1. The bark of various trees, used as a source of tannin. 2. Shredded bark from which the tannin has been extracted, used to cover circus arenas, racetracks, and the like.

**tan·dem** (tăn'dəm) n. 1. A two-wheeled carriage drawn by horses harnessed one before the other. 2. A team of carriage horses harnessed in single file. 3. A tandem bicycle. 4. An arrangement of two or more persons or objects placed one behind the other. —*adv.* One behind the other: *driving horses in tandem.* [< Lat., at last, at length. ] —**tan'dem** *adj.*

**tandem bicycle** n. A bicycle built for two or more persons sitting one behind the other.

**tang¹** (tăng) n. 1. A sharp, distinctive taste, flavor, or odor, as that of orange juice. 2. A distinctive quality that adds piquancy. 3. A trace, hint, or smattering. 4. a. A sharp point, shank, tongue, or prong. b. A projection by which a tool, such as a chisel or knife, is attached to its handle or stock. —*tr.v.* **tanged, tang·ing, tangs.** To furnish with a tang. [ME *tonge*, of Scand. orig.] —**tang'y** *adj.*

**tang²** (tăng) n. A loud ringing sound; twang. —*intr. & tr.v.* **tanged, tang·ing, tangs.** To twang or cause to twang; ring. [Imit.]

**tan·ge·lo** (tăn'jə-lō') n., pl. **-los.** 1. A hybrid citrus tree that is a cross between certain varieties of grapefruit and tangerine. 2. The fruit of the tangelo, having an acid orange pulp. [Blend of TANGERINE and POMELO.]

**tan·gen·cy** (tăn'jən-sē) also **tan·gence** (-jəns) n. The condition of being tangent.

**tan·gent** (tăn'jənt) *adj.* 1. Making contact at a single point or along a line; touching but not intersecting. 2. Irrelevant. —n. 1. A line, curve, or surface touching but not intersecting another line, curve, or surface. 2. The trigonometric function of an acute angle in a right triangle that is the ratio of the length of the side opposite the angle to the length of the side adjacent to the angle. 3. A sudden digression or change of course: *go off on a tangent.* [Lat. *tangens, tangent-,* pr.part. of *tangere,* to touch.]

**tan·gen·tial** (tăn-jĕn'shəl) also **tan·gen·tal** (-jĕn'tl) *adj.* 1. Of, pertaining to, or moving along or in the direction of a tangent. 2. Merely touching or slightly connected. 3. Only superficially relevant; divergent: *a tangential remark.* —**tan·gen'ti·al'i·ty** (-shē-ăl'ĭ-tē) n. —**tan·gen'tial·ly** *adv.*

**tangent plane** n. The plane containing all the lines tangent to a specified point on a surface.

**tan·ger·ine** (tăn'jə-rēn', tăn'jə-rēn') n. 1. A widely cultivated citrus tree, *Citrus nobilis deliciosa,* bearing edible fruit having an easily peeled deep-orange skin and sweet, juicy pulp. 2. The fruit of the tangerine. 3. A strong reddish orange to strong or vivid orange. [< Fr. *Tanger,* Tangier, Morocco.] —**tan'ger·ine'** *adj.*

**tan·gi·ble** (tăn'jə-bəl) *adj.* 1. a. Discernible by the touch; capable of being touched; palpable. b. Capable of being treated as fact; real; concrete: *tangible evidence.* 2. Capable of being understood or realized: *a tangible benefit.* 3. *Law.* Capable of being valued monetarily, as land or securities: *tangible property.* —n. 1. Something palpable or concrete. 2. **tangibles.** Material assets. [LLat. *tangibilis* < Lat. *tangere,* to touch.] —**tan'gi·bil'i·ty, tan'gi·ble·ness** n. —**tan'gi·bly** *adv.*

**tan·gle¹** (tăng'gəl) v. **-gled, -gling, -gles.** —*tr.* 1. To mix together or intertwine in a confused mass; snarl. 2. To involve in hampering or awkward complications; entangle. 3. To trap; ensnare. —*intr.* To be or become entangled. —n. 1. A tangled snarl, as of hair or yarn. 2. A confused jumble. 3. A state of bewilderment or confusion. [ME *tangelen,* to involve in embarrassment.] —**tan'gly** *adj.*

**tan·gle²** (tăng'gəl) n. A large seaweed of the genus *Laminaria.* [Sc.]

**tan·gled** (tăng'gəld) *adj.* Complicated in a random way.

**tan·go** (tăng'gō) n., pl. **-gos.** 1. A Latin-American ballroom dance in 2/4 or 4/4 time. 2. The music for the tango. —*intr.v.* **-goed, -go·ing, -gos.** To dance the tango. [Am. Sp., poss. of African orig.]

**tang·o·re·cep·tor** (tăng'gō-rĭ-sĕp'tər) n. A cutaneous receptor that responds to touch and pressure. [Lat. *tangere,* to touch + RECEPTOR.]

**tan·gram** (tăng'grəm) n. A Chinese puzzle consisting of a square cut into five triangles, a square, and a rhomboid, to be reassembled into different figures. [Perh. Chin. *tang²,* a Chinese dynasty + -GRAM.]

**tan·ist** (tăn'ĭst, thô'nĭst) n. The heir apparent to an ancient Celtic chief, elected during the chief's lifetime. [Ir. Gael. *tānaiste* < OIr. *tānaise.*]

**tan·ist·ry** (tăn'ĭ-strē, thô'nĭ-) n. The system of electing a tanist.

**tank** (tăngk) n. 1. A large container for holding or storing fluids or gases. 2. The amount a tank holds: *buy a tank of gas.* 3. A pool, pond, reservoir, or cistern, esp. one for drinking water or irrigation. 4. An enclosed, heavily armored combat vehicle that is mounted with cannon and guns and moves on caterpillar treads. 5. *Slang.* A jail or jail cell. —*tr.v.* **tanked, tank·ing, tanks.** To place, store, or process in a tank. —*phrasal verb.* **tank up.** *Slang.* 1. To drink alcoholic beverages to excess. 2. To be or become drunk. [Port. *tanque,* pond < Lat. *stagnum.*]

**tan·ka¹** (täng'kə) n. A Japanese verse form in five lines, the first and third composed of five syllables and the rest of seven. [J.]

**tan·ka²** (täng'kə) n. A Tibetan religious painting, usually mounted on fabric. [Tibetan *taṅka.*]

**Tan·ka** (täng'kä) n., pl. **Tanka** or **-kas.** A people in southern China and Hong Kong who live on small boats, clustered in colonies. [Cantonese.]

**tank·age** (tăng'kĭj) n. 1. a. The capacity or contents of a tank or tanks. b. The act or process of putting or storing in a tank. c. The fee for such storage. 2. Animal residues left after rendering fat in a slaughterhouse and used for fertilizer or feed.

**tank·ard** (tăng'kərd) n. A large drinking cup having a single handle and often a hinged cover, esp. a tall pewter or silver mug. [ME.]

**tank destroyer** n. A high-speed armored vehicle equipped with antitank guns.

**tanked** (tăngkt) *adj. Slang.* Drunk.

**tank·er** (tăng'kər) n. 1. A ship, plane, or truck constructed to transport oil or other liquids in bulk. 2. A member of a tank crew.

**tank suit** n. A simply designed one-piece swimsuit with shoulder straps.

**tank top** n. A casual sleeveless shirt with usually wide shoulder straps and no front opening. [From its resemblance to a TANK SUIT.]

**tank town** n. A small or unimportant town. [So called because trains would stop there only to replenish water.]

**tank trailer** n. A truck trailer equipped as a tanker.

**tan·nage** (tăn'ĭj) n. 1. The act, process, or skill of tanning. 2. Something tanned.

**tan·nate** (tăn'āt') n. A salt or ester of tannic acid. [TANN(IN) + -ATE.]

**tan·ner¹** (tăn'ər) n. A person who tans hides.

**tan·ner²** (tăn'ər) n. *Chiefly Brit. Slang.* A sixpence. [Orig. unknown.]

**tan·ner·y** (tăn'ə-rē) n., pl. **-ies.** A place where hides are tanned.

**tan·nic** (tăn'ĭk) *adj.* Pertaining to or obtained from tannin. [TANN(IN) + IC.]

**tannic acid** n. A lustrous yellowish to light-brown amorphous, powdered, flaked, or spongy mass having the approximate composition $C_{76}H_{52}O_{46}$, derived from the bark and fruit of many plants and used in tanning, as a mordant, to clarify wine and beer, and as an astringent and styptic.

**tan·nif·er·ous** (tăn-ĭf'ər-əs) *adj.* Containing or yielding tannin.

**tan·nin** (tăn'ĭn) n. 1. Tannic acid. 2. Any of various chemically different substances capable of promoting tanning. [Fr. < *tanner,* to tan < OFr.]

**tan·ning** (tăn'ĭng) n. 1. The art or process of making leather from rawhides. 2. The browning of the skin by exposure to sun and weather. 3. *Informal.* A beating; a whipping.

**Ta·no·an** (tä'nō-ən) n. An American Indian language family of New Mexico and northeastern Arizona. [< *Tano,* an American Indian people.] —**Ta'no·an** *adj.*

**tan·rec** (tăn'rĕk') n. Variant of tenrec.

**tan rot** n. A disease of the strawberry plant caused by the fungus *Pezizella lythri* and marked by the formation of tan indentations on the surface of the fruit.

**tan·sy** (tăn'zē) n., pl. **-sies.** Any of several plants of the genus

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /