## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED ⟩
and DYSON, INC. ⟩
⟩
        Plaintiffs, ⟩
⟩
        v. ⟩   No. C.A. 05-434-GMS
⟩
MAYTAG CORPORATION, ⟩
⟩
        Defendant. ⟩

## JOINT APPENDIX FOR OPENING CLAIM CONSTRUCTION BRIEFS

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff
YOUNG CONAWAY STARGATT
& TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

OF COUNSEL:

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Tamar Feder
MANATT, PHELPS & PHILLIPS LLP
7 Times Square
New York, New York  10004
(212) 790-4500

*Attorneys for Plaintiffs*

May 26, 2006

Francis DiGiovanni (No. 3189)
Stephanie O'Byrne (No. 4446)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, Delaware  19899
(302) 658-9141

OF COUNSEL:

Ray L. Weber
Laura J. Gentilcore
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
400 First National Tower
Akron, Ohio  44308
(330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600

*Attorneys for Defendant*

## TABLE OF CONTENTS

Page

Contents

'515 patent ................................................................................................. JA1

'748 patent ................................................................................................. JA14

'008 patent ................................................................................................. JA22

'038 patent ................................................................................................. JA29