IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED and DYSON, INC.

Plaintiffs,

v.

MAYTAG CORPORATION,

Defendant.

C.A. No. 05-434-GMS

**APPENDIX OF DICTIONARY DEFINITIONS CITED IN PLAINTIFFS' CLAIM CONSTRUCTION BRIEFS**

OF COUNSEL

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Tamar Feder
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

June 9, 2006

# TABLE OF CONTENTS

Page(s)

Relevant Pages of Webster's Third New International Dictionary of the English Language Unabridged (2002) .................................... Tab 1

Relevant Pages of Random House Webster's Third Unabridged Dictionary (2d ed. 2001) ................................................................ Tab 2

# EXHIBIT 1

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

LIBRARY
JUL 0 9 2003
SULLIVAN & CROMWELL LLP

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

LIBRARY

MADE IN THE UNITED STATES OF AMERICA

5152535455QKY05040302

**dis·investment** \"+\ *n* : consumption of capital (as by uncompensated deterioration of assets or using up of stored inventory) (~ in the economic sense occurs when national consumption exceeds national income —J.O.Kamm); *sometimes* : withdrawal of capital from investment or from an investment

**disinvite** *vt* [*dis-* + *invite*] *obs* : to recall an invitation to

**dis·in·vol·ture** \,disən'välchə(r), -vōl-,-vōl-\ *n* -s [F *désinvolture*, fr. It *disinvoltura*, fr. *disinvolto* unconstrained, unembarrassed (fr. past part. of *disinvolgere* to unwrap, fr. *dis-* ¹dis- — fr. L *dis-* — + *involgere* to wrap) + *-ura* -ure; It *disinvolto*, trans. of Sp *desenvuelto*] : an unconstrained free and easy manner

**dis·involve** \¦dis+\ *vt* [¹*dis-* + *involve*] : to relieve from involvement : DISENTANGLE

**dis·jas·kit** *also* **dis·jas·ked** \dəs'jaskət\ *adj* [perh. alter. of *dejected*] **1** *Scot* : DEPRESSED, DEJECTED **2** *Scot* : BROKEN-DOWN, DILAPIDATED

**dis·ject** \dəs'jekt\ *vt* -ED/-ING/-S [L *disjectus*, past part. of *disjicere*, fr. *dis-* apart + *-jicere* (fr. *jacere* to throw) — more at DIS-, JET] : to scatter about : DISPERSE

**dis·jec·ta mem·bra** \dəs¦jektə'membrə\ *n pl* [L] : scattered parts; *usu* : literary fragments or disjointed quotations

**dis·jec·tion** \dəs'jekshən\ *n* -s : the act of scattering or state of being scattered : DISPERSION

**dis·join** \dəs, (')dis+\ *vb* [ME *desjoin-*, stem of *desjoindre*, fr. L *disjungere*, fr. *dis-* ¹dis- + *jungere* to join — more at YOKE] *vt* : to bring to an end the joining of : SEPARATE, DISUNITE, PART, SUNDER (that marriage, therefore, God himself ~s —John Milton) (~s the physical cause from the final end —A.N.Whitehead) ~ *vi* : to become detached : SEPARATE, PART (the bivalents ~ normally —*Genetics*)

**dis·join·able** \-nəbəl\ *adj* : fit or suitable for disjoining

**disjoined** *adj*, *of a heraldic cross* : voided with the voiding extending through the ends of the four arms so as to leave only the sides of the arms outlined

¹**dis·joint** \dəs, (')dis+\ *adj* [ME *disjoynt*, fr. MF *desjoint*, past part. of *desjoindre* to disjoin — more at DISJOIN] **1** *obs* : DISJOINTED **2** : having no members in common (~ sets)

²**dis·joint** \dəs, (')dis+\ *vb* [ME *disyointen*, fr. MF *desjoint*, past part.] *vt* **1** : to separate the parts of : break up into divisions : disturb or undo the connections, order, or coherence of : DISLOCATE (her work suffers from her reluctance to come to absolute grips with her subject, and this reluctance ~s her writing —*New Yorker*) **2** : to undo the joining of : DISUNITE (Great Britain, ~*ed* from her colonies —Thomas Jefferson) **3** : to separate at junctures or joints : dissect, carve, or break into pieces at the joints (~ a frying chicken) ~ *vi* : to separate at the joints

**disjointed** *adj* **1** : separated at or as if at the joint : DISLOCATED (a ~ hip) **2** : DISCONNECTED, DISORDERED (a ~ society); *esp* : INCOHERENT (~ words) (~ conversation) — **dis·joint·ed·ly** *adv* — **dis·joint·ed·ness** *n*

**dis·joint·ly** \dəs'jointlē, (')dis¦j-\ *adv* [¹*disjoint* + *-ly*] **1** : in a disjointed state : SEPARATELY — opposed to *conjointly* **2** : DISCONNECTEDLY, INCOHERENTLY

**dis·join·ture** \dəs, (')dis+\ *n* : absence of connection : SEPARATION

¹**dis·junct** \dəs'jəŋ(k)t, (')dis¦j-\ *adj* [L *disjunctus*, past part. of *disjungere* to disjoin — more at DISJOIN] : marked by separation of or from usu. contiguous parts or individuals (little isolated worlds, as abruptly ~ and unexpected . . . as a palm-shaded well in the Sahara —*Scientific Monthly*): as **a** : DISCONTINUOUS — now used almost entirely of distributions (as of statistical or natural populations) (genera that are ~ between New and Old World xerophytic areas) (the ~ distribution of the king crabs) **b** : relating to melodic progression by intervals larger than a major second — contrasted with *conjunct* **c** *of certain insects* : having head, thorax, and abdomen separated by deep constrictions

²**dis·junct** \'dis,jəŋ(k)t\ *n* -s : any of the alternatives comprising a logical disjunction

**dis·junction** \dəs, (')dis+\ *n* [ME *disjunccioun*, fr. L *disjunction-*, *disjunctio*, fr. *disjunctus* + *-ion-*, *-io* -ion] **1** : the act of disjoining or state of being disjoined : DISUNION, SEPARATION, PARTING (the ~ of soul and body) **2** : the relation of the terms or clauses of a logical proposition or judgment expressing alternatives; *also* : a statement of such a proposition usu. taking the form (1) *p* v *q* meaning *p* or *q* or both or (2) *p* + *q* meaning *p* or *q* but not both — called also respectively (1) *inclusive disjunction*, (2) *exclusive disjunction* **3** : an area of discontinuity between areas in which populations of a specified organism are present

**dis·junctional** \"+\ *adj* : involving disjunction : by means of disjunction

¹**dis·junc·tive** \dəs'jəŋ(k)tiv\ *n* -s [LL & L *disjunctivus*, adj.] **1** : a disjunctive conjunction **2** *in Hebrew orthography* : a disjunctive accent **3** : DISJUNCTION 2; *broadly* : a situation involving alternate choices

²**dis·junc·tive** \dəs'‧‧, (')dis¦‧‧\ *adj* [L *disjunctivus*, fr. *disjunctus* + *-ivus* -ive] **1 a** : tending to disjoin : involving disjunction : SEPARATIVE **b** *of a vowel* : epenthesized in a cluster of consonants to facilitate pronunciation (the parasitic vowel \ə\ in the pronunciation \'athə,lēt\ of *athlete* is ~) **2** [LL *disjunctivus*, fr. L] **a** *of a conjunction* : expressing an alternative, contrast, or opposition between the meanings of the words or word groups that it connects (the ~ conjunctions *or* in "peas or beans", *either . . . or* in "either milk or cream", *but* in "small but important", and *though* in "they went on playing ball though it was raining") — contrasted with *copulative* **b** : pleading or marked by mutually exclusive alternatives joined by "or" (the ~ statement *the defendant knew or ought to have known*) (~ pleading) **3** *of a pronoun form* : stressed and not attached to the verb as an enclitic or proclitic (as French *moi*, *lui*, *toi*, *soi*) — contrasted with *conjunctive* **4** *in Hebrew orthography* : indicating that the word marked is separated to a greater or less degree rhythmically and grammatically from the word which follows it — used of an accent; opposed to *conjunctive* — **dis·junc·tive·ly** \-təvlē\ *adv*

**disjunctive legacy** *n*, *Roman law* : a legacy of the same thing given to two or more persons that is expressed in separate clauses with the latter gift or gifts apparently encroaching on the first gift

**dis·junc·tiv·i·ty** \(,)dis,jəŋ(k)'tivəd-ē, dəs-\ *n* -ES : disjunctive state or quality

**disjunct motion** *n*, *music* : a succession of notes in a part progressing by intervals larger than a major second

**dis·junc·tor** \dəs'jəŋ(k)tə(r)\ *n* -s **1** : a device for disconnecting an electrical circuit **2** : a small cellulose body interposed between the conidia of certain fungi that ultimately breaks down and sets them free

**disjunct species** *n pl* : different logical species falling coordinately under a single genus

**disjunct tetrachord** *n* : either of two successive tetrachords in which the lowest tone of one is one step from the highest tone of the other

**dis·juncture** \dəs, (')dis+\ *n* [ME, modif. (influenced by L *disjunctus*) of MF *desjointure*, fr. *desjoint* (past part. of *desjoindre* to disjoin) + *-ure* — more at DISJOIN] : DISJUNCTION

**dis·june** \dəs'jün\ *n* -s [ME (Sc dial.) *disione*, fr. MF *desjun*, *desjeun*, fr. *desjuner*, *desjeuner* to breakfast, fr. (assumed) VL *disjejunare* to break one's fast] *Scot* : BREAKFAST

¹**disk** *or* **disc** \'disk\ *n* -s *often attrib* [L *discus* dish, disk, quoit — more at DISH] **1** *archaic* : DISCUS 1 **2** : the seemingly flat figure or image of a celestial body as it appears in the heavens **3** : any of several more or less rounded and flattened plant structures: as **a** : the central portion of the flower head of a typical composite composed of closely packed tubular flowers — see DISCOID **b** *usu disc* : an enlargement of the torus surrounding, beneath, or above the pistil of some flowers **c** : the curved spore-bearing surface of an apothecium; *also* : the central upper portion of the pileus of a mushroom **d** : one of the adhesive circular enlargements at the ends of the tendrils in the Virginia creeper, Boston ivy, and similar plants by which they climb flat surfaces; *also* : any similar adhesive surface (as the base of a pollinium) **4** : any of various rounded and flattened animal anatomical structures: as **a** : the flattened circumoral part of a coelenterate (as a sea anemone) **b** *usu disc* : the body of an echinoderm **c** : the area of modified plumage surrounding the eye of an owl **d** : a mammalian red blood cell **e** : OPTIC DISK **f** : INTERVERTEBRAL DISK **5** : a thin circular object (a metal ~): as **a** : DISCOIDAL **b** : a round dish used in the Eastern Orthodox Church to hold the host **c** : a small tablet with glycerogelatin base used in eye medication; *also* : a small medicated mass of sugar and egg albumen used in homeopathic practice **d** : ²PUCK 2a **e** : one of the circular wooden pieces used in shuffleboard **f** *usu disc* : a phonograph record **6** : a rotating abrasive device used in dentistry **7** : a circular symbol used by ancient Egyptians to represent the sun **8** *usu disc* : one of the concave circular hardened steel tools with sharpened edge that make up the working part of a disc harrow or plow; *often* : an implement employing such tools : DISC HARROW, DISC PLOW **9** *usu disc* : a small flat woman's hat of oval shape usu. worn forward on the head

head of chamomile. *d* disk, *r* rays

²**disk** *or* **disc** \"\ *vt* -ED/-ING/-S **1** : to cultivate with a disc harrow or disc cultivator **2** *usu disc* : to record on a phonograph disc

**disk barrow** *n* : a flat circular tumulus of the Bronze Age

**disk bat** *n* [so called fr. the appearance of the suckers] : any of several tropical American bats (family Thyropteridae) distinguished by the presence on the thumbs and on the soles of the hind feet of suckers by which they can hang from a smooth surface — called also *disk-wing bat*

**disk bit** *n* : a rotary drill bit consisting of sharp-edged disks set vertically

**disk brake** *n* : a friction brake in which the surfaces that rub together are in the form of disks

**disk cipher** *n*, *cryptology* : a cipher using the cipher disk

**disk clutch** *n* : a friction clutch in which the friction is between two parallel flat plates or sets of such plates

**disk crank** *n* : a balanced crank consisting of a disk revolving about its center and having a crankpin secured eccentrically in it

**disk drill** *n* **1** : a primitive drill in which the shaft is weighted by a disk and which is operated by a strap or bow **2** *usu* **disc drill** : a drill for sowing grain or seeds using discs as furrow openers

**di·skel·i·on** \dī'skelēən, də'-, -ē,än\ *n* -s [NL, fr. *di-* + *-skelion* (as in *triskelion*)] : a figure like the triskelion but with only two radiating members

**disk engine** *n* : any of various rotary engines in which the piston or its equivalent is a rotating or wobbling disk

**disk·er** \'diskə(r)\ *n* -s : a worker who readies automobile bodies for painting

**disk·ery** \-kərē\ *n* -ES [¹*disk* + *-ery*] *slang* : a phonograph-record manufacturer

**disk flower** *also* **disk floret** *n* : one of the tubular flowers in the disk of a composite plant — see COMPOSITE illustration

**disk grinder** *n* : a grinding machine equipped with one or more abrasive-coated disks that usu. revolve at high speed

**diskindness** *n* [¹*dis-* + *kindness*] *obs* : UNKINDNESS

**disk jockey** *var of* DISC JOCKEY

**disk·less** \'diskləs\ *adj* : lacking a disk

**disklike** *or* **disclike** \'‧,‧\ *adj* : circular and nearly flat (a ~ acetabulum)

**disk meter** *n* : a meter for measuring fluids that has a disk that controls the alternate filling and emptying of the measuring chambers

**disk of confusion** : CIRCLE OF CONFUSION

**dis·ko·gram** \'diskə,gram\ *n* -s [¹*disk* + *-o-* + *-gram*] : a roentgenogram of an intervertebral disk made after injection of a radiopaque substance — **dis·kog·ra·phy** \dəs'kägrəfē\ *n* -ES

**disk pile** *n* : a steel pile having a disk on its lower end to give increased supporting power

**disk sander** *n* : a machine having one or more flat circular disks faced with abrasive for smoothing wood surfaces (as floors)

**disk–shaped** \'‧,‧\ *adj* : flat and circular

**disk signal** *n* : an automatic block signal indicating train movements by the positions of colored disks

**disk telegraph** *n* : DIAL TELEGRAPH

**disk–urchin** \'‧,‧‧\ *n* : a flattened sea urchin (as a sand dollar or a keyhole urchin)

**disk valve** *n* : a valve opened or closed by a disk; *often* : a suction valve operated by a flexible disk (as of rubber or leather)

**disk wheel** *n* **1** : a disk having a spiral on its flat face for engaging with a worm wheel **2** : a wheel presenting a solid convex or concave surface from hub to rim

**disk–wing bat** *n* : DISK BAT

**dis·leaf** *or* **dis·leave** \dəs, (')dis+\ *vt* **disleafed** *or* **disleaved**; **disleafed** *or* **disleaved**; **disleafing** *or* **disleaving**; **disleafs** *or* **disleaves** [¹*dis-* + *leaf* (n.)] *archaic* : to remove the leaves from : strip of leaves (the cankerworm that annually *disleaved* the elms —J.R.Lowell)

**disleal** *adj* [¹*dis-* + *leal*] *obs* : DISLOYAL, PERFIDIOUS

**dis·likable** *or* **dis·likeable** \dəs, (')dis+\ *adj* : such as to provoke dislike : UNLIKABLE

**dis·likably** *or* **dis·likeably** \"+\ *adv* : in a dislikable manner

¹**dis·like** \dəs, (')dis+\ *vt* [¹*dis-* + *like* (v.)] **1** *archaic* : to awaken dislike in : DISPLEASE **2** : to regard with dislike : feel aversion for : DISAPPROVE (the two . . . *disliked* each other by instinct —Henry Adams) **3** *obs* : to show aversion to

²**dislike** \"\ *n* **1** : a feeling of positive aversion (as to something unpleasant, uncongenial, or offensive) : DISAPPROBATION, REPUGNANCE, DISPLEASURE, DISFAVOR (our determined ~ of hard work) **2** *obs* : DISCORD, DISSENSION

**syn** DISLIKE, DISTASTE, AVERSION, and DISFAVOR agree in designating a state of mind or feeling marked by an inner shunning or avoiding of something or a finding of it unpleasant or positively repugnant. DISLIKE may, on the one hand, imply the mere finding of something unpleasant or, on the other, a reacting to it with detestation (known . . . for his *dislike* of large social functions —*Current Biog.*) (an aristocratic disdain and *dislike* of the bourgeoisie, whose virtues and shortcomings are alike displeasing to both the upper and the lower classes —W.R.Inge) (concerning phobias, care should be exercised in differentiating between mere aversion and *dislike* and morbid unreasonable fear or dread —H.G.Armstrong) (I don't mean *dislike*, or find distasteful, or have an aversion for; I mean hate —Hamilton Basso) DISTASTE stresses a squeamishness or repugnance (viewing liquor and tobacco with *distaste* —John Lawler) (a disdain amounting at times to a violent physical *distaste* for practically every human component of their lives —Florence Bullock) (the individual's *distaste* for his occupation —H.G.Armstrong) AVERSION is stronger, stressing avoidance or a desire to evade or escape (they stared at each other with instinctive repudiation, *aversion* almost —Margery Sharp) (the natural human *aversion* to cold, noise, vibration, high places, rapid ascents and descents, and the unfriendly and lonesome environment at high altitude —H.G. Armstrong) DISFAVOR is the weakest of these four nouns, usu. suggesting no feeling stronger than disapproval though sometimes it may imply contempt or disdain as motives (to look with *disfavor* upon frivolous conduct in public) (his father's *disfavor* prevented his asking for an allowance until more amicable relations should be established)

³**dislike** *adj* [¹*dis-* + *like* (adj.)] *obs* : UNLIKE

**dis·like·ful** \dəs'līkfəl, (')dis¦l-\ *adj* : DISAGREEABLE

**disliken** *vt* [¹*dislike* + *-en*] *obs* : to make unlike : DISGUISE

**dis·liker** \dəs, (')dis+\ *n* : one that dislikes

**disliking** *n* [fr. gerund of ¹*dislike*] : DISLIKE, DISAPPROVAL

**dis·limb** \dəs, (')dis+\ *vt* [¹*dis-* + *limb* (n.)] : DISMEMBER

**dis·limn** \dəs, (')dis+\ *vb* [¹*dis-* + *limn*] : DIM (the nocturnal pageant has ~*ed* and vanished —Thomas De Quincey)

**dis·link** \dəs, (')dis+\ *vt* [¹*dis-* + *link*] : DISUNITE, UNCOUPLE, UNLINK, SEPARATE

**dis·load** \dəs, (')dis+\ *vb* [¹*dis-* + *load*] : UNLOAD, DISBURDEN

**dis·lo·ca·ble** \'di(,)slōkəbəl *also* 'dislək- *or* dəs'slōk- *or* 'di'slōk-\ *adj* [*dislocate* + *-able*] : subject to dislocation

¹**dis·lo·cate** \'di(,)slō,kāt *also* 'dislə,k- də'slō- *or* 'di'slō- *sometimes* ,dislō'k- *or* ,dislə'k-; *usu* -ād-+V\ *vt* [ML *dislocatus*, past part. of *dislocare*, fr. L *dis-* ¹dis- + *locare* to place — more at LOCATE] **1** : to put out of place: as **a** : to put (a body part) out of order by displacing a bone from its normal connections with another bone or other bones (he slipped and *dislocated* his shoulder); *also* : to displace (a bone) from normal connections with another bone or other bones (the humerus was completely *dislocated* in the fall) **b** : to displace from a former or proper place : move away from contiguous items : REMOVE (*dislocating* whole sections in his revision) **c** : to alter the position of in respect to contiguous items without removal to a distance : SHIFT (major earth movements may occur without *dislocating* the strata locally) **2** : to cause confusion in : cause to deviate from a normal or predicted course, situation, or relationship : DISORDER, DISARRANGE, DISTURB (economies *dislocated* by war) (revolution accomplished gradually by *dislocating* the internal structure of the empire)

²**dislocate** \"\ *adj*, *archaic* : DISLOCATED

³**dislocate** \"\ *n* -s : a stunt executed from a kip position on the flying rings in which the head is dropped backward, the body is straightened by arching the back and extending the hips, and the legs are made to describe an arc in the air

**dislocated** *adj* **1** : put out of position : DISPLACED, DISARRANGED **2** : put out of order : DISRUPTED

**dis·lo·cat·ed·ly** *adv* : in disorder : in or as if in the wrong place

**dis·lo·cat·ed·ness** *n* -ES : the quality or state of being dislocated

**dis·lo·ca·tion** \,di(,)slō'kāshən, ,dislə'k-\ *n* [ME *dislocacioun*, fr. MF *dislocation*, fr. ML *dislocatus* + MF *-ion*] : the act of dislocating or state of being dislocated: as **a** : displacement of one or more bones at a joint : LUXATION **b** : displacement of rocks by movement along a fracture : FAULT **c** : a discontinuity in the otherwise normal lattice structure of a crystal **d** : disruption of an established order (as in social, economic, or political affairs) (postwar industrial ~s)

**dis·lo·ca·tor** *pronunc at* ¹DISLOCATE +ə(r)\ *n* : one that dislocates

**dis·lo·ca·to·ry** \'di(,)slōkə,tōrē, də'slōk-, (')di'slōk- *also* 'dislək-, *chiefly Brit* 'dislə,kātəri\ *adj* : causing or resulting from dislocation

**dis·lodge** \dəs, (')dis+\ *vb* [ME *disloggen*, fr. MF *desloger*, fr. *des-* ¹dis- + *loger* to lodge — more at LODGE] *vt* **1 a** : to drive out of a dwelling place (the wave of crisis that *dislodged* them from their native land —M.J.Clark); *sometimes* : to drive (a wild animal) from a lair or hiding place **b** : to force to leave or give up an advantage or favorable position (they gathered proxies and *dislodged* him at the next stockholders' meeting) (attempting to ~ the leftist faction in the union) (occupied the rugged mountains . . . from which the Japanese never succeeded in *dislodging* them —*Current Biog.*) **c** : to cause to shift from a fixed position esp. by exertion of physical effort on (a sharp blow *dislodged* the lid) (*dislodging* a shower of pebbles as he slid down the hill) **2** *obs* : to shift the quarters or station of (a military force) : move from one position to another ~ *vi* : to move from a place previously occupied : leave a lodging place (the bone may ~ from his throat without surgery)

**dis·lodgment** *or* **dis·lodgement** \"+\ *n* : the act or process of dislodging or state of being dislodged

**dislogistic** *var of* DYSLOGISTIC

**dis·loyal** \dəs, (')dis+\ *adj* [MF *desloial*, fr. OF *desleal*, fr. *des-* ¹dis- + *leal* loyal — more at LOYAL] : not loyal : marked by lack of adherence to a sovereign, leader, country, principle, or cause claiming allegiance or by lack of adherence to vows, obligations, or promises esp. in friendships or marriage (great party people think . . . openmindedness *disloyal* —G.B.Shaw) **syn** see FAITHLESS

**dis·loyalist** \"+\ *n* : a person lacking in loyalty; *usu* : one supporting an enemy of the established government

**dis·loyally** \"+\ *adv* : in a disloyal manner : UNFAITHFULLY : with disregard to the dictates of loyalty

**dis·loyalty** \"+\ *n* [modif. (influenced by MF *desloial*) of MF *desloiauté*, fr. OF *deslëauté*, fr. *deslëal* + *-té* -ty] **1** : lack of loyalty or fidelity : violation of allegiance **2** : a disloyal act or thought

**dis·luster** \dəs, (')dis+\ *vb* [¹*dis-* + *luster*] *vt* : to deprive of luster ~ *vi* : to lose luster

**dis·mail** \dəs, (')dis+\ *vt* [ME *dismaillen*, fr. MF *desmaillier*, fr. *des-* ¹dis- + *maille* mail — more at MAIL] *archaic* : to divest of armor

¹**dis·mal** \'dizməl\ *adj*, *often* -ER/-EST [ME, fr. *dismal*, n., set of 24 days (two in each month) identified as unlucky in medieval calendars, fr. AF, fr. ML *dies mali*, lit., evil days, fr. L *dies* (pl. of *dies* day) + *mali* (pl. of *malus* evil, bad) — more at DEITY, SMALL] **1 a** *obs*, *of a day* : UNLUCKY, ILL-OMENED, SINISTER **b** *obs* : bringing disaster or calamity : DREADFUL, OMINOUS **2** : marked by, showing, or causing gloom, dejection, somberness, or depression of spirits : utterly wanting in anything cheering, gladdening, encouraging, or inspiring (tones so ~ as to make woe itself more insupportable —William Cowper) (the ~ prison twilight —Charles Dickens) **3** : marked by weakness, ineptness, sparseness, impoverishment, or dullness : lacking interest or merit (the tonal monotony, the ~ vocal ineffectiveness —E.T.Canby)

**syn** DREARY, CHEERLESS, DISPIRITING, BLEAK, DESOLATE: DISMAL and DREARY are often interchangeable. DISMAL may indicate extreme gloominess or somberness utterly depressing and dejecting (*dismal* acres of weed-filled cellars and gaping foundations —Felix Morley) (rain dripped . . . with a *dismal* insistence —T.B. Costain) (the most *dismal* prophets of calamity —J.W.Krutch) DREARY may differ in indicating what discourages or enervates through sustained gloom, dullness, tiresomeness, or futility, and wants any cheering or enlivening characteristic (the most *dreary* solitary desert waste I had ever beheld —William Bartram) (it was a hard *dreary* winter, and the old minister's heart was often heavy —Margaret Deland) (had the strength been there, the equipment was lacking. Harding's *dreary* appreciation of this was part of his tragedy —S.H.Adams) CHEERLESS stresses absence of anything cheering and is less explicit than but as forceful as the others in suggesting a pervasive disheartening joylessness or hopelessness (he would like to have done with life and its vanity altogether . . . so *cheerless* and dreary the prospect seemed to him —W.M.Thackeray) DISPIRITING refers to anything that disheartens or takes away morale or resolution of spirit (it was such *dispiriting* effort. To throw one's whole strength and weight on the oars, and to feel the boat checked in its forward lunge —Jack London) BLEAK is likely to suggest chill, dull, barren characteristics that dishearten and militate against any notions of cheer, shelter, warmth, comfort, brightness, or ease (the *bleak* upland, still famous as a sheepwalk, though a scant herbage scarce veils the whinstone rock —J.R.Green) (the sawmill workers of the *bleak* mountain shack towns —*Amer. Guide Series: Calif.*) (the *bleak* years of the depression —J.D.Hicks) DESOLATE applies to that which disheartens by being utterly barren, lifeless, uninhabitable or abandoned, and remote from anything cheering, comforting, or pleasant (a semibarren, rather *desolate* region, whose long dry seasons stunted its vegetation —Tom Marvel) (some *desolate* polar region of the mind, where woman, even as an ideal, could not hope to survive —Ellen Glasgow)

²**dismal** \"\ *n* -s **1** **dismals** *pl* : low spirits : extreme dejection : BLUES — used with *the* (suffering from an attack of the ~s) **2** *South* : SWAMP

**dis·mal·i·ty** \diz'maləd-ē\ *n* -ES : the quality or state of being dismal : DISMALNESS; *also* : a dismal occurrence or feeling

**dis·mal jim·my** \-'jimi\ *or* **dismal jem·my** \-'jemi\ *n*, *usu cap J* [fr. *Jimmy*, *Jemmy*, nickname for *James*] *slang Brit* : a man noted for depressing pessimistic predictions and frame of mind

**dis·mal·ly** \'dizməlē, -li\ *adv* : in a dismal manner (a frightened child crying ~ in a corner) (trying to make out with a ~ inadequate money intake —F.L.Allen) (~ wrong in some of his . . . dogmas —W.H.Chamberlin)

**dis·mal·ness** \-məlnəs\ *n* -ES : the quality or state of being dismal : GLOOMINESS

**dismal science** *n* : POLITICAL ECONOMY : ECONOMICS

**dis·mantle** \dəs, (')dis+\ *vt* [MF *desmanteler*, lit., to deprive of a cloak, fr. *des-* ¹dis- + *mantel* cloak — more at MANTLE] **1** : to strip or deprive of dress or covering : DIVEST, UNCLOAK **2** : to strip of furniture and equipment or significant contents (~ a house that is to be razed) (~ a ship before scrapping it);



**inkslinger** \ˈ=,==\ *n* **1** : WRITER, SCRIBBLER **2** : a timekeeper in a logging camp

**ink spot** *n* : a plant disease characterized by black blemishes; *specif* : a disease of the aspen caused by fungi of the genus *Sclerotinia*

**inkstand** \ˈ=,=\ *n* : a small vessel for holding ink into which a pen can be dipped : INKWELL; *also* : a stand with fittings for holding ink and pens

**inkstandish** \ˈ=,(,)=\ *n* [¹*ink* + *standish*] *archaic* : INKSTAND ⟨desired me to hand him the paper and ~ —Frederick Marryat⟩

**inkweed** \ˈ=,=\ *n* **1** : any of several western No. American shrubby plants of the genus *Suaeda* used by the Indians for dyeing — called also *inkbush* **2** : POKEWEED

**inkwell** \ˈ=,=\ *n* : a container for writing ink

**inkwood** \ˈ=,=\ *n* : a small tree (*Exothea paniculata*) of the family Sapindaceae of Florida and the West Indies having dark-colored wood and purple fruits

**inkwriter** \ˈ=,==\ *n* : a telegraph receiver in which the message is recorded in ink (as in dots and dashes)

inkwell

¹**inky** \ˈiŋkē, -ki\ *adj* -ER/-EST : consisting of, using, or resembling ink ⟨the ~ blackness of the ocean —F.G.Kay⟩ : soiled with or as if with ink : BLACK ⟨~ collars and dirty finger-nails —Angela Thirkell⟩

²**inky** *var of* INKIE

**inky black** *n* : INK BLACK

**inky cap** *n* : a mushroom of the genus *Coprinus* (esp. *C. atramentarius*) having a pileus that melts into an inky fluid after the spores have matured

**inlaid** \(ˈ)=¦=\ *adj* [fr. past part. of ¹*inlay*] : set into a surface so as to form a decorative design or decorated with a design so formed: *specif* : CHAMPLEVÉ

**inlaid binding** *n* : MOSAIC BINDING

**in·laik** \ˈin,lāk, -lak\ *n* -S [ME (Sc), alter. of ME (Sc) *inlake*, fr. ME *in* + *lake, lak, lac* lack] *Scot* : LACK, DEFICIENCY

**in–lamb** \=ˈ=\ *adj, of ewes* : PREGNANT

¹**in·land** \ˈin,land, -lənd, -,la(ə)nd\ *n* [ME, fr. OE, fr. *in* + *land* — more at LAND] **1** *Old Eng & feudal law* : the demesne land of the lord of a manor **2** : the interior part of a country or the part remote from the centers of population ⟨the far ~ of Australia —T.C.Roughley⟩

²**inland** \"\ *adj* **1** *chiefly Brit* : confined to a country or state : not foreign : DOMESTIC, INTERNAL ⟨the consolidated foreign and ~ debt —*Statesman's Yr. Bk.*⟩ ⟨~ revenue⟩ **2 a** : of or relating to the inlands or interior parts of a country : lying in the interior : INTERIOR ⟨any college town, however ~ and ivory-towered —Nell G. Ahern⟩ **b** : being within the land : not bordering on the sea ⟨maritime and ~ provinces⟩ **3** : limited to the inland or interior or to inland routes ⟨~ transportation⟩ ⟨~ commerce⟩

³**inland** \"\ *adv* : into or toward the interior : away from the frontier : away from the coast ⟨live ~⟩

**inland bill** *n* : a bill of exchange that is or on its face purports to be both drawn and payable within the jurisdiction (as country or state) where it is presented — compare FOREIGN BILL

**in·land·er** \-də(r)\ *n* -S [¹*inland* + -*er*] : one that lives inland

**inland marine insurance** *n* : insurance against loss of or damage to property transported in domestic commerce, instruments of transport and communication, and personal property — compare FLOATER 8, MARINE INSURANCE, OCEAN MARINE INSURANCE

**inland water** *n* **1** : any of the waters (as lakes, canals, rivers, watercourses, inlets, and bays) within the territory of a state as contrasted with the open seas or marginal waters bordering another state subject to various sovereign rights of the bordering state — usu. used in pl. **2** : water of the interior that does not border upon marginal or high seas or is above the rise and fall of the tides — usu. used in pl.; compare MARGINAL SEA, TERRITORIAL SEA, TERRITORIAL WATER

**inland waterway** *n* **1** : a navigable river, canal, or sound **2** : a system of navigable inland bodies of water — usu. used in pl.

**in·large** \ən+\ *archaic var of* ENLARGE

**in·laut** \ˈin,laůt\ *n, pl* **inlau·te** \-aůdə\ *also* **inlauts** [G, fr. *in* (fr. OHG) + *laut* sound, fr. MHG *lūt*; akin to OE *hlūd* loud — more at IN, LOUD] : a medial sound or position in a word or syllable — compare ANLAUT, AUSLAUT

**in·law** \(ˈ)in¦lȯ, ən'lȯ\ *vt* -ED/-ING/-S [ME *inlawen*, fr. OE *inlagian*, fr. *in* ²in + -*lagian* (fr. *lagu* law) — more at LAW] *Old Eng law* : to clear of outlawry or attainder : place under the protection of the law

**in–law** \ˈin,lȯ\ *n, pl* **in–laws** [back-formation fr. *mother-in-law*, etc.] : a relative by marriage — usu. used in pl. ⟨how to get along with parents and *in-laws* —Emily H. Mudd⟩

¹**in·lay** \(ˈ)in¦lā, ən'lā\ *vt* **inlaid**; **inlaid**; **inlaying**; **inlays** [²*in* + *lay*] **1 a** (1) : to set into the body of a surface or ground material ⟨~ arabesques⟩ (2) : to pattern or adorn (a surface or ground) by the insertion of other material ⟨~ a panel with contrasting wood⟩ : adorn by inlaying ⟨~ wood with mother-of-pearl⟩ (3) : to ornament (a leather book cover) by fitting leather or other material into cut-in areas (4) : to ornament (a book cover) by affixing printed paper or other decorative material into depressed areas **b** (1) : to insert (as a color plate) into a heavier or stouter sheet serving as a mat, frame, or support (2) : to provide (a book) with inlaid illustrations **c** : to reinforce (silver-plated ware) at points of wear with an additional coating of silver or piece of silver embedded before electroplating **2** : to burnish, beat, or fuse (as wire) into an incised cavity in metal, wood, stone, or other material

²**in·lay** \ˈin,lā\ *n* -S **1** : the process or art of inlaying **2 a** : material inlaid or prepared for inlaying; *also* : the ornament or pattern formed by inlaying **b** (1) : a tooth filling of metal or porcelain shaped to fit a cavity and then cemented into place (2) : a piece of tissue (as bone) laid into the site of missing tissue to bridge a defect **3 a** : an allowance (as an extra-wide seam) for clothing alteration **b** : a set-in section on a garment usu. decorative or contrasting

¹**in·lay·er** \(ˈ)in¦lāər, ən'l-, -le(ə)r\ *n* -S [¹*inlay* + -*er*] : one that inlays

²**in·lay·er** \ˈin,l-\ *n* [⁴*in* + *layer*] : an inner layer or sheathing

**inlay graft** *n* : a plant graft made by inserting, fastening, and sealing an accurately cut scion in a V-shaped notch in the end of a truncated stock

**inlaying** *n* -S **1** : INLAY 1,2a **2** : the burnishing, beating, or fusing of material (as wire) in an incised cavity in metal, wood, stone, or other material

**inleakage** \ˈ=,==\ *n* [⁴*in* + *leakage*] : the quantity that leaks in ⟨an actual ~ of 20,150 cubic feet per hour —*Lumber and its Utilization*⟩

¹**in·let** \ˈin,le\|t, -lə\|, *usu* \|d·+V\ *n* -S *often attrib* [⁴*in* + *let*, n. (after *let in*, v.)] **1** : the act or an instance of letting in **2 a** (1) : a bay or recess in the shore of a sea, lake, or river (2) : a waterway into a sea, lake, or river : CREEK (3) : a narrow strip of water running into the land or between islands; *specif* : a passage through a barrier island or barrier reef leading to a bay or lagoon ⟨Barnegat *Inlet*⟩ **b** : a place of entrance : an opening by which entrance is made : ORIFICE ⟨oil ~s⟩ ⟨air ~⟩ ⟨~ and outlet valves⟩ **3** : something that is let in or inlaid : an inserted material **4** : the upper opening of the cavity of the true pelvis bounded by the brim

²**in·let** \ˈin,let, *usu* -ed·+V\ *vt* **inlet**; **inlet**; **inletting**; **inlets** [²*in* + *let* (v.)] : to let in : INSERT, INLAY ⟨~ the trigger mechanism down into the stock —*Amer. Rifleman*⟩

**in·li·er** \ˈin,lī(ə)r\ *n* [⁴*in* + -*lier* (as in *outlier*)] **1** : a mass of rock whose outcrop is wholly surrounded by rock of younger age **2** : a distinct area or formation that is completely surrounded by another ⟨~s of an older, wilder landscape surrounded by improvement —H.C.Darby⟩; *also* : ENCLAVE ⟨abolish the numerous outliers and ~s of territory —R.E. Dickinson⟩

**in–line engine** \ən'līn, 'in,l-\ *n* : an internal-combustion engine in which the cylinders are arranged in one or more straight lines — compare RADIAL ENGINE

**in·list** \ən'list\ *archaic var of* ENLIST

**in lo·co pa·ren·tis** \ən¦lō(,)kōpə'rentəs\ *adv* [L] : in the place of a parent ⟨parents or persons standing *in loco parentis* —*U.S.House Bill*⟩

**in–lot** \ˈ=,=\ *n* [⁴*in* + *lot*] **1** : a lot of land within a larger plot : INTERIOR LOT ⟨in a retail district, the corner is more desirable than the *in-lots* —H.E.Hoagland⟩ **2** : a homestead lot on a townsite granted or sold to an early settler in No. America

**in·ly** \ˈinlē, -li\ *adv* [ME *inliche, inly*, fr. OE *inlice*, fr. *inlic*, adj., inward, interior, fr. *in, inn* in + -*lic* -ly — more at IN] **1** : INWARDLY, WITHIN ⟨~ excited about her —Vance Palmer⟩ **2** : INTIMATELY, THOROUGHLY ⟨~ know all wisdom —John Masefield⟩

¹**inlying** \ˈ=,==\ *n* -S [⁴*in* + *lying*, gerund of *lie* (after *lie in*, v.)] *chiefly Scot* : CONFINEMENT

²**inlying** \"\ *adj* [³*in* + *lying*, pres. part. of *lie*] : placed or situated inside or in the interior

**inmarriage** \ˈ=,==\ *n* [⁴*in* + *marriage*] : marriage within one's own family, race, or other grouping : ENDOGAMY — contrasted with *outmarriage*

**inmarry** \ˈ=,==\ *vi* [²*in* + *marry*] : to marry within one's own family, race, profession, or other grouping

¹**in·mate** \ˈin,māt, *usu* -ād·+V\ *n* [⁴*in* + *mate*] **1 a** *obs* : LODGER, TENANT **b** *archaic* : one who lives in the same house or apartment with another ⟨inquired whether he was a pleasant ~ and a kind neighbor —Harriet Martineau⟩ **2** : one of a family, community, or other group occupying a single dwelling, home, or other place of residence ⟨rush the enemy settlement when all its ~s are asleep —C.D.Forde⟩ ⟨lifted the door of a pen, stirred up its ~s with his hand —Adrian Bell⟩ ⟨entered the house and seized all its ~s⟩; *esp* : a person confined or kept in an institution (as an asylum, prison, or poorhouse)

²**inmate** \"\ *adj, archaic* : living in the house of another : dwelling with another

**inmeats** \ˈ=,=\ *n pl* [⁴*in* + *meats*] *dial Eng* : the inner parts of an animal that are used for food

**in me·di·as res** \ən¦mādē,äs'rās, -med-\ *adv* [L, lit., into the midst of things] : in or into the heart or substance of a matter; *esp* : in or into the middle of a narrative or plot without the formality of an introduction or other preliminary ⟨plunges the reader . . . *in medias res* —J.W.Aldridge⟩

**in me·mo·ri·am** \,inmə'mōrēəm, -'mȯr-, -ē,am, -ē,äm(ə)m, -ē,ům\ *adv* [L] : in memory of — used esp. in epitaphs and inscriptions and on floral pieces for the dead

**inmesh** *var of* ENMESH

**in–migrant** \ˈ=,==\ *n* [⁴*in* + *migrant*] : a person who in-migrates

**in–migrate** \(ˈ)in+\ *vi* [²*in* + *migrate*] : to come to live in a community esp. for work in an expanding industry and often as part of a large-scale movement of workers — compare OUT-MIGRATE — **in–migration** \ˈin+\ *n*

**in·most** \ˈin,mōst *also chiefly Brit* -,məst\ *adj* [ME *inmast, inmost*, alter. (influenced by *mast, most* most) of *inmest*, fr. OE *innemest*, superl. of *inne*, adv., in, inside, within, fr. *in, inn*, adv., in — more at IN] : deepest within : farthest from the surface or external part : INNERMOST ⟨one's ~ self —J.B.Noss⟩

¹**inn** \ˈin\ *n* -S *often attrib* [ME *inn, in*, fr. OE *inn* (akin to ON *inni* dwelling, refuge, inn), fr. *inn, in*, adv. — more at IN] **1 a** : a public house for the lodging of travelers for compensation and until capacity is reached : HOTEL, HOSTELRY **b** : a place of public entertainment that does not provide lodging : TAVERN **2** : a residence or hostel for students — formerly used of such a residence at a British university and of various houses connected with the study and admission to the practice of law in London — compare INN OF CHANCERY, INN OF COURT

²**inn** \"\ *vi* -ED/-ING/-S [ME *innen, innien*, fr. OE *innian*, fr. *inn*, n.] : to lodge, stop, or put up at an inn

**inn** *abbr* inning

**in·nards** \ˈinə(r)dz\ *n pl* [alter. of *inwards*] **1** : the internal organs of a man or animal ⟨treating their ~ at state expense —Mollie Panter-Downes⟩; *esp* : VISCERA ⟨his ~ were rumbling⟩ **2** : the internal parts or interior of something ⟨churned up from the earth's ~ —*Time*⟩ ⟨the insidious ~ of the women's magazines —Hugh Mulligan⟩; *esp* : the internal parts of a structure or mechanism ⟨the iron ~ of a great four-faced clock —*New Yorker*⟩

**in·nate** \(ˈ)i¦nāt, ə'n- *sometimes* (ˈ)in¦n-; *usu* -ād·+V\ *adj* [ME *innat*, fr. L *innatus*, past part. of *innasci* to be born, be a native, be naturally suitable, fr. *in-* ²in- + *nasci* to be born — more at NATION] **1 a** : existing in or belonging to some person or other living organism from birth : NATIVE, NATURAL ⟨~ vigor⟩ **b** : belonging to the essential nature of something : INHERENT ⟨the ~ defect in a plan⟩ **c** : originating in, derived from, or inherent in the mind or the constitution of the intellect rather than derived from experience ⟨~ ideas of God, immortality, right and wrong⟩ — compare A PRIORI, INTUITIVE **2** *obs* : formed internally : hidden within : INTERNAL **3 a** : attached to the apex of the support of a plant (as an anther to the tip of a filament) — compare ADNATE 2 **b** : ENDOGENOUS **c** : immersed or embedded in (as the fruiting bodies in the thallus of a fungus)

**syn** INBORN, INBRED, CONGENITAL, HEREDITARY, INHERITED: INNATE applies to qualities or characteristics belonging to something as part of its inner essential nature. INNATE designates that which is part of lasting essential character, sometimes present or potential at birth ⟨simple ideas should be kept simple, and their *innate* strength should not be undermined by the use of big words and by periphrases —E.S.McCartney⟩ ⟨because of her ability to sense the *innate* talent of young and untried actors —*Amer. Guide Series: Mich.*⟩ ⟨this stubbornness has been explained as being *innate* in the Germans, as a natural racial cussedness —R.C.Wood⟩ INBORN may describe a natural native distinctive characteristic so deep-seated as to have been born in one, often present at birth ⟨there was in him a rush of *inborn* vitality like an Alpine torrent —Agnes Repplier⟩ ⟨the psychopathic personality is held to be an *inborn* (though not hereditary) deficit and is of the nature of a functional alteration —*Yr. Bk. of Neurology, Psychiatry & Neurosurgery*⟩ INBRED describes that which becomes deeply ingrained into one's nature by early environmental influences without being part of one's nature at birth ⟨those *inbred* sentiments which are . . . the true supporters of all liberal and manly morals —Edmund Burke⟩ ⟨a methodical man, an *inbred* Yankee —W.A.White⟩ CONGENITAL applies to a characteristic present at the birth of a person or inception of a thing or notion, whatever the provenience of that characteristic ⟨the newborn child's chances of survival and healthy development depend in part on his *congenital* equipment —*Times Lit. Supp.*⟩ ⟨yet art for art's sake suffers from a *congenital* disease; it professes to create substance out of form, which is physically impossible —George Santayana⟩ HEREDITARY and INHERITED describe characteristics and conditions not only present at birth but definitely coming from heredity, that is, brought about by transmission from parents and ancestors ⟨an *hereditary* propensity to kill men and eat them. True, he came from a race of cannibals —Herman Melville⟩ ⟨most of us, of course, held fast to the Republican party, for political beliefs were *hereditary*, transmissible in the male line —Ben Riker⟩ ⟨a tendency in the past to confuse *congenital* with *inherited*. It is a commonplace now that conditions present at birth are not necessarily inherited in the biological sense of the word, to quote only congenital syphilis as an example. It is also generally known that many inherited conditions first manifest themselves long after birth —Hans Grüneberg⟩

**innated** *adj* [L *innatus* + E -*ed*] *obs* : INNATE

**in·nate·ly** *adv* : in an innate manner

**in·nate·ness** *n* -ES : the quality or state of being innate

**in·nat·ism** \ə'nād,izəm\ *n* -S [*innate* + -*ism*] : a belief in innate ideas

**in·na·tive** \(ˈ)i(n)¦nād·iv\ *adj* [L *innatus* + E -*ive*] : INNATE, NATURAL ⟨some ~ weakness . . . in him who condescends to victory —J.R.Lowell⟩

**in·navigable** \(ˈ)i(n), ə+\ *adj* [L *innavigabilis*, fr. *in-* ¹in- + *navigabilis* navigable — more at NAVIGABLE] : not navigable

**inned** *past of* IN *or of* INN

¹**in·ner** \ˈinə(r)\ *adj* [ME *inner, inre*, fr. OE *innera, inra*, compar. of *inne* in — more at INMOST] **1 a** : situated farther in ⟨an ~ chamber⟩ ⟨the ~ bark⟩ **b** : near to a center esp. of influence ⟨the ~ circles of the administration⟩ **c** : INTRAMOLECULAR — used esp. of compounds ⟨~ esters⟩ **2** : of or relating to the mind or spirit or its phenomena ⟨the ~ life of man⟩

**syn** INWARD, INSIDE, INTERIOR, INTERNAL, INTESTINE, INTESTINAL are often interchangeable. INNER may apply to something far within or near a center; consequently it may apply to something deeply intimate or inaccessible ⟨an *inner* room⟩ ⟨no wish to write anything but a spiritual biography, and outer events only interest me here insofar as they affected my *inner* life —Havelock Ellis⟩ ⟨he had not chosen his course. It had sprung from a necessity of his nature, an *inner* logic that he scarcely questioned —Van Wyck Brooks⟩ INWARD is close in suggestion to INNER; it may apply to direction within ⟨an *inward* curve⟩ ⟨the little houses splashed in the thousands across the countryside sheltered the men turning *inward* in the quest for peace of mind —Oscar Handlin⟩ ⟨that *inward* eye which is the bliss of solitude —William Wordsworth⟩ INSIDE, used often of space relationships, may suggest the restricted, secret, or confidential not shared by those outside ⟨an *inside* room⟩ ⟨*inside* work⟩ ⟨speculating on *inside* information⟩ ⟨even the bare outline was sufficient to gratify the public's craving for the abnormal and the spectacular. But the *inside* story of the catastrophe surpassed even the wildest flights of public fancy —W.H.Wright⟩ INTERIOR may contrast with *exterior* and stress the fact of being within ⟨*interior* decorating⟩ ⟨not to be found in institutionalism, nor in the Scriptures, but in the *interior* life and spirit of man —W.R.Inge⟩ ⟨frightened by an *interior* quietness and by the thought that she had for once in her life stopped thinking —Elizabeth Bowen⟩ INTERNAL, contrasted with *external*, may apply to inner activity, force, development, or effect ⟨interested more in *internal* affairs than foreign⟩ ⟨the slavery which would be imposed upon her by her external enemies and her *internal* traitors —F.D.Roosevelt⟩ ⟨a more general process of *internal* migration that involved both regional shifts and a drift to the cities —Oscar Handlin⟩ INTESTINE and, more rarely, INTESTINAL are occas. used as synonyms for *civil* and *domestic*, in contrast to *foreign*, to describe wars and disturbances ⟨the common people fused, not without considerable *intestine* struggle, to form an Etrusco-Latin blend —R.A.Hall b.1911⟩

²**inner** \"\ *n* -S : a forward line player in various team sports (as soccer and field hockey) stationed between the left or right wing and the center forward

**inner anhydride** *n* : an anhydride formed by elimination of water from a single molecule

**inner bar** *n, Eng law* : the queen's or king's counsel who are permitted to plead within the bar of the court — compare OUTER BAR

**inner barrister** *n, Eng law* : a barrister ranking lowest among the barristers belonging to an Inn of Court

**inner bottom** *n* : the plating in a ship that is laid over the frames and longitudinals and that with the shell plating forms a double bottom — called also *tank top*

**inner cell mass** *n* : the portion of the blastodermic vesicle of a primate embryo that is destined to become the embryo proper

**inner closure** *n* : the inner of the two ends of the chamber formed by a stop articulation ⟨the bottom of the lungs, the glottis, or the tongue and velum may be the *inner closure*⟩ — compare OUTER CLOSURE

**inner–directed** \¦==(,)=¦==\ *adj* : directed in thought and action by one's own scale of values as opposed to external norms : NONCONFORMIST ⟨the American is undergoing a basic change from *inner-directed* to other-directed —H.S.Commager⟩

**inner–direction** \¦==(,)=¦==\ *n* : a sense of direction based on one's own scale of values or standards as opposed to external norms

**inner ear** *n* : the essential part of the vertebrate ear consisting typically of a bony labyrinth in the temporal bone enclosing a fluid-filled membranous labyrinth innervated by the auditory nerve and made up of a vestibular apparatus and three semicircular canals primarily concerned with the labyrinthine sense and a cochlea which is the seat of the actual sound receptor

**inner endodermis** *n* : the endodermal layer separating the stele from the pith (as in a stem where two endodermal layers are present)

**inner form** *n* : a form that prints the side of a sheet on which the second page appears — contrasted with *outer form*; compare SHEET IMPOSITION

**inner jib** *n* : a jib immediately forward of the forestaysail on a ship where several jibs are carried — see SAIL illustration

**inner keel** *n* [²*keel*] : KEELSON

**inner light** *n, cap I&L* : the divine presence in the soul of every man held in Quaker doctrine to give spiritual enlightenment, moral guidance, and religious assurance to all who seek such through faith — called also *Christ Within, Light Within*

¹**in·ner·ly** \ˈinə(r)lē, -li\ *adv* [ME, fr. *inner* + -*ly* (adv. suffix)] : INWARDLY, INLY ⟨a world that was ~ divided —Dorothy Thompson⟩

²**innerly** \"\ *adj* [ME, fr. *inner* + -*ly* (adj. suffix)] **1** *Scot* : INWARD, INLYING **2** : pleasantly familiar and sociable

**inner man** *n* **1** : the spiritual or intellectual part of man **2** : STOMACH ⟨the *inner man* will consume the largest part of your bankroll —T.H.Fielding⟩

**inner mission** *n* [trans. of G *innere mission*] : a movement originating in the 19th century within the Evangelical Church of Germany that sought partly through sisterhoods and lay brotherhoods to serve neglected and unfortunate members of society and that founded Christian lodging houses, Sunday schools, orphanages, and hospitals

**innermore** \¦==¦=\ *adj* [ME, fr. ¹*inner* + *more*] *now dial Eng* : located farther within : INNER

¹**in·ner·most** \ˈ==,mōst *also chiefly Brit* -,məst\ *adj* [ME, fr. *inner* + -*most*] : farthest inward : INMOST ⟨it is his ~ being that is judged —D.C.Hodges⟩ ⟨the ~ part of the nation —F.D.Roosevelt⟩ — **in·ner·most·ly** *adv*

²**innermost** \"\ *n* : the inmost part : inmost being

**in·ner·ness** *n* -ES : the quality or state of being inner : inner character ⟨its superior moral sense and its more intense ~ —W.K.Ferguson⟩

**inner part** *or* **inner voice** *n* : a line or part intermediate between the highest and lowest (as the alto or tenor in four-part vocal music)

**inner phase** *n* : DISPERSED PHASE

**inner planet** *n* : one of the four principal planets whose orbits are innermost in the solar system ⟨Mercury, Venus, Earth, and Mars are the *inner planets*⟩

**inner post** *n* : a timber on the forward side of the sternpost to receive the hooding ends of the planking and in square-stern ships to support the transoms

**inner product** *n* : SCALAR PRODUCT

**inner proscenium** *n* : an inner frame (as a wooden framework) built esp. for a stage production to mask lighting equipment or narrow the stage opening or by means of special shape to give a desired design-quality to the production

**inner quantum number** *n* : a vector quantum number denoting the total angular momentum of an atom exclusive of nuclear spin — symbol *J* or *j*

**inner salt** *n* : a salt formed by reaction within the molecule of a compound having both acid and basic properties — compare DIPOLAR ION

**inner sanctum** *n* : SANCTUM

**innersole** \¦==¦=\ *n* : INSOLE

**inner speech** *n* : use of words or word images in thinking without audible or visible speaking

**innerspring** \ˈ==,=\ *adj* : having coil springs inside a padded casing ⟨~ mattress⟩ ⟨~ cushion⟩

**inner table** *n* : either half of a backgammon board as determined by the players but usu. the half nearer the source of light

**inner tube** *n* : an airtight tube of rubber placed inside the casing of a pneumatic tire to hold air under pressure

inner tube, inflated

**in·ner·vate** \iˈnər,vāt ˈi(,)nər-\ *vt* -ED/-ING/-S [²*in-* + *nerve* + -*ate*] **1** : to supply with nerves **2** : to arouse or stimulate (a nerve or an organ) to activity

**in·ner·va·tion** \,i(,)nərˈvāshən\ *n* [²*in-* + *nerve* + -*ation*] **1** : the act, process, or an instance of innervating : the state of being innervated; *specif* : the nervous excitation necessary for the maintenance of the life and functions of the various organs **2** : the distribution of nerves to or in a part : the nerve supply (as of a part or organ) — **in·ner·va·tion·al** \¦=(,)=¦vāshənᵊl, -shnəl\ *adj*

**in·nerve** \i+\ *vt* -ED/-ING/-S [²*in-* + *nerve* (n.)] : to give

cutting of trees from a stand so that the remaining trees will grow rapidly

**in·ter·lu·cent** \ˌintə(r)ˈlüsᵊnt *also* -ˈlyü-\ *adj* [L *interlucent-, interlucens*, pres. part. of *interlucēre* to shine, fr. *inter-* + *lucēre* to shine — more at LIGHT] : shining or glowing between or in the midst of other things

¹**in·ter·lude** \ˈintə(r)ˌlüd *also* -ˌlyüd\ *n* -s [alter. (influenced by L *inter-*) of ME *enterlude*, fr. ML *interludium*, fr. L *inter-* + *ludus* play — more at LUDICROUS] **1 a** : an entertainment of a light or farcical character introduced between the acts of an old mystery or morality play or forming a feature of a festival or fete **b** : one of the farces or comedies derived from these entertainments **2** : a performance or entertainment between the acts of a play **3 a** : an irrelevant change or happening in a course of events : EPISODE ⟨romantic ~⟩ **b** : an intervening or interruptive space of time or such a feature or event : INTERVAL ⟨forests with ~s of open meadow⟩ ⟨brief ~ of sanity⟩ ⟨~s of wit and humor in a tragic story⟩ **4** : a musical composition inserted between the parts of a musical or dramatic entertainment or religious service; *specif* : a short organ piece played between verses of a hymn or psalm

²**interlude** \"\ *vi* -ED/-ING/-S **1** : to perform an interlude **2** : to occur as an interlude

**in·ter·lu·di·al** \ˌ••ˈlüdēəl *also* -ˈlyü-\ *adj* : of, relating to, or resembling an interlude ⟨~ passage between fugues⟩

**in·ter·lu·nar** \ˌintə(r)ˈlünə(r) *also* -ˈlyü-\ *also* **in·ter·lu·na·ry** \-nərē\ *adj* [*interlunar* prob. fr. MF *interlunaire*, fr. L *interlunium* interlunation (fr. *inter-* + *luna* moon) + MF *-aire* (fr. L *-aris* -ar); *interlunary* prob. modif. (influenced by E *lunary*) of MF *interlunaire* — more at LUNAR] : relating to the interval between old and new moon when the moon is invisible ⟨silent as the moon . . . hid in her vacant ~ cave —John Milton⟩

**in·ter·lu·na·tion** \ˌintə(r)+\ *n* [prob. fr. *inter-* + *lunation*] **1** : the interlunar period **2** : a period of darkness or blankness

**in·ter·ly·ing** \ˌintə(r)+\ *adj* [*inter-* + *lying*, pres. part. of *lie*] : lying in between ⟨~ beds of gravel⟩

**in·ter·man·dib·u·lar** \ˌintə(r)+\ *adj* [*inter-* + *mandibular*] **1** : situated between the mandibles **2** : INTERRAMAL

**in·ter·ma·rine** \"+\ *adj* [*inter-* + *marine*] : carried on between seas or ships on the sea ⟨~ communication⟩

**in·ter·mar·riage** \"+\ *n* [*inter-* + *marriage*] **1** : marriage between members of different racial, social, or religious groups ⟨~ between Negroes and whites⟩ ⟨~ of invaders and the conquered⟩ ⟨Protestant-Catholic ~⟩ **2 a** : INMARRIAGE, ENDOGAMY **b** : INBREEDING

**in·ter·mar·ry** \"+\ *vi* [*inter-* + *marry*] **1 a** : to marry each other — used of a couple or of one of the contracting parties ⟨statute legitimatizing children whose parents *intermarried* after their birth —Morris Ploscowe⟩ **b** : to marry within a group ⟨the deaf are likely to ~ —H.J.Baker⟩ **2** : to become connected by marriage between their members : give and take mutually in marriage — used of families, castes, social or religious or ethnic groups or of their members ⟨if a peeress by marriage should afterwards ~ with a commoner —T.E.May⟩

**in·ter·max·il·la** \"+\ *n* [NL, fr. *inter-* + *maxilla*] : PREMAXILLA

**in·ter·max·il·lar** \"+\ *adj* [*inter-* + *maxillar*] : INTERMAXILLARY

¹**in·ter·max·il·lary** \"+\ *adj* [*inter-* + *maxillary*] **1** : lying between maxillae; *esp* : joining the two maxillary bones ⟨~ suture⟩ **2** : of or relating to the premaxillae

²**intermaxillary** \"\ *n* : PREMAXILLA

**intermean** *n* [*inter-* + *mean*] *obs* : something intermediate : INTERLUDE

**in·ter·med·dle** \ˌintə(r)+\ *vb* [ME *entermedlen*, fr. MF *entremedler, entremeller, entremesler*, fr. OF, fr. *entre-* inter- + *medler, meller, mesler* to mix — more at MEDDLE] *vt* **1** *obs* : INTERMINGLE **2** *obs* : INTERPOSE ~ *vi* : to meddle with the affairs of others : meddle officiously : INTERFERE ⟨must know and ~ with mysteries —Mary Webb⟩ ⟨any *intermeddling* with slavery in the federal district —S.E.Morison & H.S.Commager⟩ **syn** see MEDDLE

**in·ter·med·dler** \"+\ *n* **1** : one who intermeddles ⟨out-of-state ~s⟩ **2 a** *obs* : INTERMEDIARY **b** *obs* : INTERLOPER

**in·ter·mede** \ˈintə(r)ˌmēd\ *n* -s [F *intermède*, fr. It *intermedio*, fr. LL *intermedium* — more at INTERMEDIUM] **1** *archaic* : INTERMEDIUM **2** *or* **in·ter·mède** \aⁿtermed\ : INTERMEZZO 1

¹**intermedia** *pl of* INTERMEDIUM

²**in·ter·me·dia** \ˌintə(r)ˈmēdēə\ *n, pl* **intermedi·ae** \-dēˌē\ [NL, fr. L, fem. of *intermedius* intermediate — more at INTERMEDIATE] : either member of the middle pair of tail feathers of a bird

**in·ter·me·di·a·cy** \ˌintə(r)ˈmēdēəsē, -si, *chiefly Brit* -mējəs- *or* -mēdyəs-\ *n* [fr. ²*intermediate*, after E *immediate*: *immediacy*] : INTERMEDIATENESS

**in·ter·me·di·al** \ˌintə(r)ˈmēdēəl\ *n* [L *intermedius* + E *-al*] : INTERMEDIATE

¹**in·ter·me·di·ary** \ˌintə(r)ˈmēdēˌerē, -ri, *chiefly Brit* -mējər- *or* -mēdyər-\ *adj* [prob. fr. F *intermédiaire*, fr. L *intermedius* + F *-aire* -ary] **1** : lying, coming, or done between : INTERMEDIATE ⟨~ distribution of perishable products⟩ ⟨importing and other ~ trades⟩ **2** : acting or capable of acting between others as a mediator ⟨~ agent⟩

²**intermediary** \"\ *n* -ES [prob. fr. F *intermédiaire*, fr. *intermédiaire*, adj.] **1** : one that is intermediate: **a** : MEDIATOR, INTERAGENT, GO-BETWEEN ⟨~ between the people and God⟩ **b** : something that serves as a medium or means : mediating agency **2** : an intermediate form, stage, or product

**intermediary host** *n* : INTERMEDIATE HOST

¹**in·ter·me·di·ate** \ˌintə(r)ˈmēdēˌāt, *usu* -ād+V\ *vi* [ML *intermediatus*, past part. of *intermediare*, fr. L *inter-* + LL *mediare* to mediate — more at MEDIATE] **1** : to come between : INTERVENE, INTERPOSE **2** : to act as intermediate agent : MEDIATE

²**in·ter·me·di·ate** \ˌintə(r)ˈmēdēət, *chiefly Brit* -mējə- *or* -mēdyə-; *usu* -əd+V\ *adj* [ML *intermediatus*, fr. L *intermedius* intermediate (fr. *inter-* + *medius* mid, middle) + *-atus* -ate — more at MID] **1** : lying or being in the middle place or degree : between extremes or limits : coming or done in between : INTERVENING ⟨~ hue⟩ ⟨~ credit⟩ ⟨~ stage of growth⟩ ⟨~ stops on a journey⟩ ⟨~ sizes⟩ **2 a** : of or relating to the period between primary and secondary education usu. comprising the fourth, fifth, and sixth grades **b** : of or relating to the stage between the introductory and advanced stages of a course of study or training ⟨~ French⟩ ⟨~ piano pupil⟩ **c** : taken during the first year after matriculation at a British university other than Oxford or Cambridge ⟨~ examination⟩ ⟨an ~ course⟩ — compare PREVIOUS EXAMINATION, RESPONSION 2b

³**intermediate** \"\ *n* -s **1** : something intermediate : a term, member, class, or quality between others of a series **2** : one that acts between others : MEDIATOR, INTERMEDIARY **3** : an intermediate biological type or form **4** : a chemical compound formed as an intermediate step between the starting material and the final product (as a dye intermediate) **5 a** : a woolcarding machine that comes between the breaker and the finisher **b** : a machine in cotton manufacture placed between the slubbing billy and the roving frame **6 a** : IDLER WHEEL **b** : the second speed in a vehicle having three forward speeds

⁴**intermediate** \"\ *prep* : in the time intervening between — used in law ⟨waste committed ~ the sale and the period when the right to redeem expired —T.M.Cooley⟩

**intermediate carrier** *n* : a transportation line participating in a through movement which neither originates nor terminates the passengers or freight

**intermediate disk** *n* : KRAUSE'S MEMBRANE

**intermediate frequency** *n* : a relatively low frequency to which a signal is converted before demodulation in heterodyne reception — abbr. *i.f.*

**intermediate girl scout** *n* : a member of the Girl Scouts in the age group ranging approximately from 10 through 13 years old

**intermediate goods** *n pl* : PRODUCER GOODS

**intermediate host** *n* **1** : a host which is normally used by a parasite in the course of its life cycle and in which it may multiply asexually but not sexually — compare DEFINITIVE HOST **2** : RESERVOIR 6a; *sometimes* : VECTOR 2

**in·ter·me·di·ate·ly** *adv* **1** : in an intermediate position : between things or times **2** : to an intermediate degree ⟨~ hot⟩ **3** : not immediately : INDIRECTLY

**in·ter·me·di·ate·ness** *n* -ES : the quality or state of being intermediate

**intermediate school** *n* **1** : JUNIOR HIGH SCHOOL **2** : a school comprising the fourth, fifth, and sixth grades **3** : a part of the British school system serving children from 12 to 14 years of age — compare JUNIOR SCHOOL, SENIOR SCHOOL

**intermediate stock** *n* : a stock grafted between the basal stock and the scion (as in a double-worked apple tree)

**intermediate tissue** *n* : CONJUNCTIVE TISSUE

**intermediate wheatgrass** *n* : an Asiatic grass (*Agropyron intermedium*) introduced into the rangelands of western U.S. for pasture and fodder use

**intermediate wheel** *n* : an idler wheel in the driving train or the dial train of a timepiece

**in·ter·me·di·a·tion** \ˌintə(r)ˌmēdēˈāshən\ *n* [ML *intermediatus* (past part.) + E *-ion*] : the act of coming between : INTERVENTION, MEDIATION

**in·ter·me·di·a·tor** \-ˈmēdēˌād·ə(r), -ātə-\ *n* [ML *intermediatus* (past part.) + E *-or*] : MEDIATOR

**in·ter·me·di·a·to·ry** \ˌintə(r)+\ *adj* : MEDIATORY

**in·ter·me·din** \ˌintə(r)ˈmēdᵊn\ *n* -s [ISV *intermed-* (fr. NL *pars intermedia*) + *-in*] : a hormone secreted by the pars intermedia or the anterior lobe of the pituitary body that induces expansion of chromatophores in various vertebrates

**intermedio-** *comb form* [L *intermedius*] : intermediate and ⟨*intermedio*lateral⟩

**in·ter·me·di·um** \ˌintə(r)ˈmēdēəm\ *n, pl* **interme·dia** \-dēə\ *or* **intermediums** [LL, fr. L, neut. of *intermedius* intermediate — more at INTERMEDIATE] **1** *obs* : an intermediate space or time : INTERVAL **2** : a musical or dance interlude **3** : an intervening agent : INTERMEDIARY, MEDIUM **4** : a bone or cartilage situated between the radiale and ulnare in the carpus and between the tibiale and fibulare in the tarsus in many vertebrates

**in·ter·me·di·us** \ˌ••ˈmēdēəs\ *adj* [NL, fr. L, intermediate] : tending to be moderately virulent — used esp. of strains of diphtheria bacilli — compare GRAVIS, MITIS

**in·ter·mell** \ˌ••ˈmel\ *vb* [ME *entremellen, entermellen*, fr. MF *entremeller* — more at INTERMEDDLE] *archaic* : INTERMEDDLE, INTERMINGLE

**in·ter·mem·ber** \ˌintə(r)+\ *vb* -ED/-ING/-S [*inter-* + *member* (n.)] : to fit into a uniform or harmonious group ⟨storage cupboard which ~s with the vertical cabinets —Estelle B. Hunter⟩ ⟨filing sections ~*ed* in a stack⟩

**in·ter·mem·bral** \"+\ *adj* [*inter-* + *membral*] : existing between members — **in·ter·mem·bral·ly** \"+\ *adv*

**intermembral index** *n, anthrop* : the ratio of the length of the whole arm to the length of the whole leg multiplied by 100

**in·ter·mem·bra·nous** \"+\ *adj* [*inter-* + *membranous*] : situated or occurring between membranes

**intermembranous ossification** *n* : ossification that takes place in connective tissue without prior development of cartilage — compare ENDOCHONDRAL OSSIFICATION

**in·ter·me·nin·ge·al** \"+\ *adj* [*inter-* + *meningeal*] : situated or occurring between the meninges ⟨~ hemorrhage⟩

**in·ter·men·stru·al** \"+\ *adj* [*inter-* + *menstrual*] : occurring between the menses ⟨~ pain⟩

**in·ter·ment** \ənˈtərmənt, -tēm-\ *n* -s [ME *enterment*, fr. MF *enterrement*, fr. OF, fr. *enterrer* to inter + *-ment* — more at INTER] **1** : the act or ceremony of depositing a dead body in a grave or tomb : BURIAL, SEPULTURE, INHUMATION ⟨change from ~ to cremation⟩ **2** : the act of removing from sight or consideration ⟨decision . . . will result in the ~ of the women's program —Helen Fuller⟩

**in·ter·me·sen·ter·ic** \ˌintə(r)+\ *adj* [*inter-* + *mesenteric*] : situated between mesenteries

**in·ter·mesh** \"+\ *vi* [*inter-* + *mesh*] : to mesh with one another ⟨~*ing* twin rotors⟩

**in·ter·me·tal·lic** \"+\ *adj* [*inter-* + *metallic*] : composed of two or more metals or of a metal and a nonmetal in an alloy

**intermetallic compound** *n* : an alloy having a characteristic crystal structure and usu. a definite composition not necessarily conforming with the normal rules of valence — often distinguished from *solid solution*

**in·ter·mewed** \"+\ *adj* [*inter-* + *mewed*, past part. of *mew* (to molt); prob. trans. of MF *entremué*] *of a hawk* : having molted once in confinement

**in·ter·mez·zo** \ˌintə(r)ˈmet(ˌ)sō *sometimes* -ed(ˌ)zō\ *n, pl* **intermez·zi** \-sē, -zē\ *or* **intermezzos** [It, fr. LL *intermedium* — more at INTERMEDIUM] **1** : a short light sometimes burlesque musical or dramatic piece presented between the acts of serious drama or opera **2 a** : a humorous musical play in the 16th and 17th centuries the acts of which alternated with those of the principal work **b** : a movement coming between the major sections of a symphony or other extended work **c** : a short independent instrumental composition **3** : DIVERSION, EPISODE, AFFAIR, INTERLUDE ⟨pretty lady who created a domestic ~ —*Newsweek*⟩

**in·ter·mi·cel·lar** \ˌintə(r)+\ *adj* [*inter-* + *micellar*] : situated between micelles ⟨~ cavities⟩

**in·ter·mi·gra·tion** \"+\ *n* [*inter-* + *migration*] : mutual migration : migration in both directions ⟨~ of fauna of neighboring continents⟩

**in·ter·mi·na·bil·i·ty** \ənˌtərmənəˈbiləd·ē\ *n* -ES : ENDLESSNESS

**in·ter·mi·na·ble** \ənˈtərmənəbəl, -tēm-, -təim- *also* -mn-\ *adj* [ME, fr. LL *interminabilis*, fr. L *in-* ¹in- + *terminare* to terminate + *-abilis* -able — more at TERMINATE] : having no termination : wearisomely protracted : BOUNDLESS, ENDLESS ⟨~ sermons⟩ ⟨~ debates⟩ ⟨~ forest⟩ — **in·ter·mi·na·ble·ness** *n* -ES — **in·ter·mi·na·bly** \-blē, -li\ *adv*

**in·ter·mi·nate** \-mənˌāt, -nət\ *adj* [L *interminatus*, fr. *in-* ¹in- + *terminatus*, past part. of *terminare*] *archaic* : having no end or limit

**interminated** *adj* [¹*in-* + *terminated*] *obs* : LIMITLESS, BOUNDLESS

**in·ter·min·gle** \ˌintə(r)+\ *vb* [*inter-* + *mingle*] : to mingle or mix together ⟨*intermingling* different races⟩ ⟨fat and lean *intermingled*⟩

**in·ter·min·is·te·ri·al** \"+\ *adj* [*inter-* + *ministerial*] : existing between ministries ⟨~ commission⟩

**in·ter·mis·sion** \ˌintə(r)ˈmishən\ *n* -s [L *intermission-, intermissio*, fr. *intermissus* (past part. of *intermittere* to cease, intermit) + *-ion-, -io* -ion] **1** : the act of intermitting or state of being intermitted : INTERRUPTION, BREAK ⟨~ between acts of a play⟩ **2** : cessation for a time : an intervening period of time : INTERVAL ⟨work without ~⟩ **3** : the space of time between two paroxysms of a disease — distinguished from *remission*

**in·ter·mis·sive** \ˌ••ˈmisiv\ *adj* [L *intermissus* + E *-ive*] : INTERMITTENT

**in·ter·mit** \ˌintə(r)ˈmit, *usu* -id·+V\ *vb* **intermitted; intermitted; intermitting; intermits** [L *intermittere*, fr. *inter-* + *mittere* to send — more at SMITE] *vt* **1** : to cause to cease for a time or at intervals : DISCONTINUE, INTERRUPT, SUSPEND ⟨pray to the gods to ~ the plague —Shak.⟩ ⟨never *intermitted* the custom of dressing for dinner⟩ **2** : to cause (as a spark) to come and go at intervals ~ *vi* : to cease at intervals : to be intermittent ⟨a fever that *intermitted* with great regularity⟩ **syn** see DEFER

**in·ter·mit·tence** \ˌ••ˈmitᵊn(t)s\ *n* -s **1** : the quality or state of being intermittent : periodic cessation or interruption : INTERMITTENCY ⟨~ of the pulse⟩ **2** : periodic recurrence : FITFULNESS ⟨violent ~s of physical passion —Aldous Huxley⟩

**in·ter·mit·ten·cy** \-sē, -si\ *n* -ES : intermittent character or condition : INTERMITTENCE ⟨~ of employment and uncertainty of wages⟩

**intermittency effect** *n* : the photographic effect in which intermittent exposures fail to give the same density as a continuous exposure of the same total energy

**in·ter·mit·tent** \ˌ••ˈmitᵊnt\ *adj* [L *intermittent-, intermittens*, pres. part. of *intermittere* to intermit — more at INTERMIT] : coming and going at intervals : not continuous : ALTERNATING, RECURRENT, PERIODIC ⟨~ fever⟩ ⟨~ rain⟩ ⟨~ publication⟩ ⟨~ stream⟩ ⟨~ spark⟩ — **in·ter·mit·tent·ly** *adv*

**intermittent claudication** *n* : cramping pain and weakness in the legs esp. the calves on walking that disappears after rest and is usu. associated with inadequate blood supply to the muscles (as in thromboangiitis obliterans, vascular spasm, or arteriosclerosis)

**intermittent current** *n* : an electric current that flows and ceases to flow at regular or irregular intervals but is not reversed

**intermittent light** *n* : a signal or beacon light having equal periods of shining and eclipse — compare FLASHLIGHT, OCCULTING LIGHT

**intermittent movement** *n* : the motion produced by a mechanical device that advances a motion-picture film one or more frames at a time with stationary intervening periods; *also* : any such mechanical device

**intermittent pulse** *n* : a pulse that occas. skips a cardiac beat

**intermittent sterilization** *n* : sterilization by heating to boiling several times at intervals of about 24 hours in order that any resistant spores may germinate and be destroyed

**in·ter·mit·ter** *or* **in·ter·mit·tor** \ˌintə(r)ˈmid·ə(r)\ *n* -s : one that intermits; *esp* : a device for producing intermittent movement

**in·ter·mix** \ˌintə(r)+\ *vb* [back-formation fr. earlier *intermixt* intermingled, fr. L *intermixtus*, past part. of *intermiscēre* to intermix, fr. *inter-* + *miscēre* to mix — more at MIX] : to mix together : INTERMINGLE ⟨coal seams ~*ed* with iron ore⟩

**in·ter·mix·able** \"+\ *adj* : capable of being mixed or blended together ⟨~ paint colors⟩

**in·ter·mix·ed·ly** \"+\ *adv* : in a mixed manner

**in·ter·mix·ture** \"+\ *n* [L *intermixtus* + E *-ure* (as in *mixture*)] **1 a** : the act of mixing together or the state of being mixed together **b** : a mass formed by mixture : a mass of ingredients mixed ⟨~ of letters and figures in a cryptogram⟩ **2** : an additional ingredient : ADMIXTURE **3** : MISCEGENATION

**in·ter·mod·u·la·tion** \"+\ *n* [ISV *inter-* + *modulation*] : the production in an electrical device of currents having frequencies equal to the sums and differences of frequencies supplied to the device or of their harmonics; *also* : distortion (as of amplified sound) caused by intermodulation

**in·ter·mo·lec·u·lar** \"+\ *adj* [*inter-* + *molecular*] : existing or acting between molecules ⟨~ forces⟩ ⟨~ condensation⟩ — **in·ter·mo·lec·u·lar·ly** *adv*

**in·ter·mon·tane** \ˌintə(r)ˌmänˌtān\ *or* **in·ter·mont** \-ˌmänt\ *adj* [*intermontane* fr. *inter-* + L *montanus* of a mountain; *intermont* fr. *inter-* + L *mont-, mons* mountain — more at MOUNTAIN] : situated between mountains ⟨~ basin⟩

**in·ter·mo·rain·ic** \ˌintə(r)+\ *adj* [*inter-* + *morainic*] : situated between moraines ⟨~ depression⟩

**in·ter·moun·tain** \"+\ *adj* [*inter-* + *mountain*] : INTERMONTANE

**in·ter·mun·dane** \"+\ *adj* [*inter-* + *mundane*] : existing between worlds ⟨~ space⟩

**in·ter·mun·di·al** \"+ˈməndēəl\ *or* **in·ter·mun·di·an** \-ēən\ *adj* [L *intermundia* + E *-al* or *-an*] : INTERMUNDANE

**in·ter·mun·di·um** \ˌ••ˈməndēəm\ *n, pl* **intermun·dia** \-ēə\ [NL, back-formation fr. L *intermundia*, pl., spaces between worlds, fr. *inter-* + *-mundia* (fr. *mundus* world) — more at MUNDANE] : space between worlds

**in·ter·mu·ral** \ˌintə(r)+\ *adj* [L *intermuralis*, fr. *inter-* + *muralis* of a wall — more at MURAL] : lying between walls — **in·ter·mu·ral·ly** \"+\ *adv*

**in·ter·mus·cu·lar** \"+\ *adj* [*inter-* + *muscular*] : lying between and separating muscles ⟨~ fat⟩

**in·ter·mu·tu·al** \"+\ *adj* [*inter-* + *mutual*] : MUTUAL — **in·ter·mu·tu·al·ly** *adv* \"+\

¹**in·tern** *or* **in·terne** \(ˈ)inˈtərn, ənˈt-, -tən-, -təin\ *adj* [MF *interne*, fr. L *internus* — more at INTERNAL] *archaic* : INTERNAL

²**intern** \"\ *vt* -ED/-ING/-S [F *interner*, fr. *interne*, adj.] **1 a** : to confine within prescribed limits esp. during a war ⟨the plane was landed safely and the crew was ~*ed* —T.W.Lawson⟩ **b** : to impound esp. during a war ⟨duty of a neutral to ~ belligerent ships and planes⟩ **2** : to confine to or as if to a hospital ⟨meddling fools who propose to ~ the dear lady —Norman Douglas⟩

³**in·tern** \ˈinˌt-\ *n* -s : a person interned : INTERNEE

⁴**intern** \"\ *or* **interne** \"\ *n* -s *often attrib* [F *interne*, fr. *interne*, adj.] **1 a** : an advanced student or recent graduate in a professional field (as teaching) who is getting practical experience under the supervision of an experienced worker **b** : one who after completion of an undergraduate medical curriculum serves in residence at a hospital — compare INTERNIST, RESIDENT **2** : one trained in a profession allied to medicine (as nursing or dentistry) who undergoes a period of practical clinical experience prior to practicing his profession

⁵**intern** \"\ *vi* -ED/-ING/-S : to act as an intern

¹**in·ter·nal** \(ˈ)inˈtərnᵊl, ənˈt-, -tən-, -təin-\ *adj* [L *internus* internal (fr. *inter* between) + E *-al* — more at INTER-] **1 a** : existing or situated within the limits or surface of something : INWARD, INTERIOR ⟨~ structure⟩ ⟨~ parts of the body⟩ ⟨~ regions of the earth⟩ ⟨~ mechanism of a toy⟩ ⟨~ funds of a business⟩ — opposed to *external* **b** : situated near the inside of the body ⟨~ layer of abdominal muscle⟩ : situated on the side toward the median plane of the body ⟨the ~ surface of the lung⟩ **2** : capable of being applied through the stomach by being swallowed ⟨~ remedy⟩ ⟨~ stimulant⟩ **3** : relating to the inner being or consciousness : belonging to or existing within the mind : SUBJECTIVE ⟨~ monologue⟩ : PRIVATE ⟨~ opinion⟩ ⟨~ resentment⟩ ⟨~ sensations⟩ **4** : originating in or dependent on the thing itself : belonging to the mutual relations of the parts of a thing : INTRINSIC, INHERENT ⟨~ evidence of forgery in a document⟩ ⟨test a theory for ~ consistency⟩ **5 a** : present or performed within an organism ⟨~ senses⟩ ⟨~ speech⟩ **b** : arising within a sense organ ⟨~ stimulus⟩ **6** : of or relating to the domestic affairs or administrative functions of a country or state ⟨~ commerce⟩ ⟨~ discord⟩ ⟨~ improvement⟩ ⟨~ debt⟩ **syn** see INNER

²**internal** \"\ *n* -s **1 internals** *pl* : the internal organs of the body : INNARDS **2 a** : an inner or essential quality or property **b** *obs* : spiritual nature : SOUL

**internal angle** *n* : INTERIOR ANGLE

**internal audit** *n* **1** : a usu. continuous examination and verification of books of account conducted by employees of a business — contrasted with *independent audit* **2** : a review of systems of internal check and internal control of a business

**internal auditory meatus** *also* **internal acoustic meatus** *n* : a short canal in the petrous portion of the temporal bone through which pass the facial, auditory, and glossopalatine nerves

**internal ballistics** *n pl but usu sing in constr* : INTERIOR BALLISTICS

**internal black spot** *n* : a breakdown of garden beets due to boron deficiency and characterized by hard dark necrotic masses of tissue in the root

**internal brown spot** *or* **internal brown fleck** *n* : a nonparasitic disease of the potato that is of unknown cause and is characterized by brown corky spots scattered throughout the interior of the tuber and sometimes by ring-shaped corky surface lesions — called also *corky ring spot*

**internal capsule** *n* : CAPSULE 1b (1)

**internal carotid artery** *n* : the inner branch of the carotid artery supplying the brain, eyes, and other internal structures of the head

**internal check** *n* : an accounting procedure whereby routine entries for transactions are handled by more than one employee in such a manner that the work of one employee is automatically checked against the work of another for detection of errors and irregularities

**internal–combustion engine** *n* : a heat engine in which the combustion that generates the heat takes place inside the engine proper instead of in a furnace — compare DIESEL ENGINE, GAS ENGINE, GASOLINE ENGINE, GAS TURBINE, JET ENGINE, ROCKET ENGINE, EXTERNAL-COMBUSTION ENGINE

**internal control** *n* : a system or plan of accounting and financial organization within a business comprising all the methods and measures necessary for safeguarding its assets, checking the accuracy of its accounting data or otherwise substantiating its financial statements, and policing previously adopted rules, procedures, and policies as to compliance and effectiveness

**internal conversion** *n* : transformation of nuclear gamma-ray energy into electron-emission energy within the atom itself

**internal cork** *n* **1** : a virus disease of sweet potatoes characterized principally by the small brown to black corky spots which develop within the roots becoming prominent after harvest and storage **2** : CORK 5

**internal degree** *n* : a degree granted by a university to a student who has completed the prescribed course in that university — compare EXTERNAL DEGREE

**internal energy** *n* : the total amount of kinetic and potential energy possessed by the molecules of a body and their ulti-

the dangers I had ~*ed* —Shak.⟩ **c :** to cause or permit to elapse **:** abide the passage of **:** SPEND ⟨you may ~ half an hour pleasantly, even profitably, over an article of his —R.L. Stevenson⟩ ⟨~*ed* the summer at the beach⟩ ⟨~ his life in study⟩ **4 a :** to secure the approval or sanction of **:** gain the acceptance of ⟨the bill ~*ed* the senate⟩ **b :** to go through successfully or satisfactorily **:** attain the required standard in **:** satisfy the requirements of ⟨~*ed* the bar examination⟩ ⟨had ~*ed* a security check —*Time*⟩ **5 a** *obs* **:** to carry through to completion **:** EXECUTE, FINISH ⟨where he might hear his father ~ the deed —Ben Jonson⟩ **b** (1) **:** to cause or permit to proceed **:** cause or permit to win approval or legal or official sanction **:** CONFIRM, ENDORSE ⟨the legislature ~*ed* the bill⟩ ⟨the committee ~*ed* the nomination⟩ (2) **:** to approve as valid, correct, or proper **:** AUTHORIZE ⟨gave his work perfunctory attention and ~*ed* it without effort or interest —E.T.Bell⟩ ⟨always ~*ed* the final page proofs of the paper personally —*Times Lit. Supp.*⟩ **c :** to let go unnoticed **:** pass over **:** OVERLOOK ⟨his commander quietly ~*ed* his likes or dislikes —George Meredith⟩ **d :** to cause or allow to pass an examination or course of study ⟨the examiner ~*ed* him on his written test but failed him on his road test⟩ ⟨the professor ~*ed* most of his students⟩ **6 a :** PLEDGE ⟨had ~*ed* his word that he would repay the debt⟩ **b :** to transfer the right or property in **:** make over ⟨~ the title to an estate⟩ **7 a :** to place in circulation **:** give currency to ⟨~*ed* a counterfeit ten-dollar bill⟩ ⟨caught ~*ing* bad checks⟩ ⟨~*es* malicious gossip about her neighbors⟩ **b :** to transfer from one person to another **:** cause to go from hand to hand ⟨~ the jug⟩ ⟨please ~ the salt⟩ ⟨the problem of ~*ing* prosperity around —Elmer Davis⟩ ⟨signed the attendance sheet and ~*ed* it on⟩ **c :** to cause or make possible to go or proceed **:** transfer from one place to another **:** CONVEY, TRANSPORT ⟨waited till the soldiers and wounded were all ~*ed* over —Walt Whitman⟩ **d :** to cause to move in a particular manner or direction or over a specified place or area ⟨~*ed* his hand over his face⟩ ⟨~*ed* the cloth over the top of the desk⟩ **e** (1) **:** to take a turn with (a line) and make secure ⟨~ a line around a sail in furling⟩ (2) **:** to take a turn with (a rope or string) around something ⟨~*ed* a rope around the tree⟩ **f :** to transfer to another player on the same team ⟨~*ed* the ball to the left end⟩ ⟨~*ed* the puck to his teammate⟩ **g :** THROW ⟨they'd ~ a ball back and forth or play jackstones —Dorothy C. Fisher⟩ **8 a :** to pronounce judicially ⟨~*ed* sentence on the convicted man⟩ **b :** to give voice to **:** PRONOUNCE, UTTER ⟨~*ing* a word now and again with the man on the other side of the marble-topped table —Nevil Shute⟩ ⟨~*es* some practical remarks on the present standard locomotive designs —*Brit. Book News*⟩ **9 a :** to cause or permit to go past or through a barrier **:** cause or allow to gain entrance **b :** to cause to march or go by in order ⟨the general ~*ed* his troops in review⟩ ⟨~*es* rapidly in review the various forms of association between human beings —*Times Lit. Supp.*⟩ **10 :** to emit or discharge from the bowels or other part of the body **:** EVACUATE, VOID **11 a :** to permit (a batter in baseball) to reach first base by giving a base on balls **b :** to send a ball in a racket game to the side and out of reach of (an opponent) **12 a :** to decline to bid or bet on (one's hand) in a card game **b :** to transfer (a playing card) to another player **13 :** to take (a bull's charge) with a movement of a cape — **pass current :** to circulate freely **:** be accepted as genuine or valid ⟨now *pass current* as what was always known —F.R.Leavis⟩ — **pass in one's checks :** DIE — **pass muster 1 :** to pass an inspection or examination **:** be found satisfactory or valid ⟨these excuses will not *pass muster*⟩ **2 :** to pass a routine or casual inspection ⟨the variety of styles and tendencies that all *pass muster* under the name of modern music —Aaron Copland⟩ — **pass the buck :** to shift a responsibility to someone else ⟨inclined to *pass the buck* to some other futile body —Sir Winston Churchill⟩ — **pass the chair :** to complete a term as incumbent of a high office (as in a fraternal organization) — **pass the hat :** to take up a collection of money ⟨*passed the hat* to raise funds for the new youth center⟩ — **pass the time of day :** to exchange greetings or hold a friendly conversation

[2]**pass** \ˈ\ *n* -ES [ME *pas*, *pass*, fr. OF *pas*, fr. L *passus* step — more at PACE] **1 :** an opening, road, channel, or other way that is the only means by which a barrier may be passed or access gained to a particular place: as **a** (1) *archaic* **:** ROAD, ROUTE (2) **:** a narrow place in a road or street **b** (1) **:** a break in a mountain range **:** an opening between two peaks usu. approached by a steep valley ⟨has the lowest altitude of the three main ~*es* across the Cascades —*Amer. Guide Series: Wash.*⟩ — compare COL, DEFILE, GAP, NOTCH (2) **:** a narrow road between a mountain and a sea ⟨the *Pass* of Thermopylae⟩ **c** (1) **:** a place or policy that controls the defense of a country ⟨believe that the government sold the ~ when it abandoned its ally⟩ (2) **:** a position that must be maintained usu. against odds ⟨our few repertory companies have held the ~ —*Report: (Canadian) Royal Commission on Nat'l Development*⟩ **d** (1) **:** a navigable channel in a delta ⟨attempts were made to increase the depth of the ~*es* by dredging with buckets —*Amer. Guide Series: La.*⟩ (2) **:** a narrow opening between two islands or through an obstruction (as a reef) **:** STRAIT ⟨when the engine that propelled us through the ~ had ceased its clatter, we lay, sails set, rocking in the swell —Ida Treat⟩ (3) **:** a stretch of open water in a marsh **e** (1) **:** a crossing over a river (2) **:** a passage for fish over a dam **2 :** a chute from one level of a mine to another **3 :** an aperture formed between two grooved rolls in a rolling mill through which a bar of metal is passed to be shaped **4 :** DUCK PASS **syn** see WAY

[3]**pass** \ˈ\ *n* -ES [partly fr. ME *passe*, fr. MF, fr. *passer* to pass; partly fr. [1]*pass* — more at [1]PASS] **1 a :** the act or an instance of passing **:** PASSAGE ⟨charming the narrow seas to give you gentle ~ —Shak.⟩ **b** *archaic* **:** DEATH **2 :** ACCOMPLISHMENT, REALIZATION ⟨the boy's dream comes to ~ —R.W.Emerson⟩ ⟨plot and plan and bring to ~ —Robert Browning⟩ **3 :** a usu. difficult, dangerous, or unfortunate condition or state of affairs ⟨things had come to a pretty ~ when nobody would work for him any more⟩ ⟨a strange ~⟩ ⟨a terrible ~⟩ **4 a :** a written permission to move about freely in a particular area or place or to leave or enter its boundaries or limits ⟨under its provisions vagrancy was no more an offence, and . . . folk were free to move without ~*es* —C.W. de Kiewiet⟩ ⟨obtained a ~ to any port of the Low Countries —Margaret Toynbee⟩ **b :** a written leave of absence from a military post or station for a brief period ⟨if only all of life could be a three-day ~ —James Jones⟩ **c :** a written permission to enter an area or place closed to the general public (as an army post or defense establishment) **d :** a permit, ticket, or order allowing one free transportation (as on a railroad) or free admission (as to a theater) ⟨has a season ~ to the ball park⟩ — called also *free pass* **5 :** a thrust or lunge in fencing **6 a :** a transference of objects by sleight of hand or other deceptive means ⟨one of the most difficult ~*es* for the amateur magician to make⟩ **b :** a gesture or movement of the hands of a juggler or magician ⟨would make ~*es* before the picture, finally making the gesture of picking a grape off the canvas —Victoria Sackville-West⟩ **c :** a shifting of the position of the cards in card tricks ⟨it takes practice to learn to make the ~⟩ **d :** a moving of the hands over or along something **:** MANIPULATION ⟨a recalcitrant mechanism responded almost instantly to two or three ~*es* of his hands —Ben Riker⟩ **7** *archaic* **:** a witty or ingenious sally or stroke ⟨a curious ~ of wit —William Hazlitt⟩ **8 :** the passing of an examination or course of study; *also* **:** the mark or certification of such passing ⟨the examiners may award a ~ with distinction to any candidates who have attained a sufficiently high standard in all subjects —*Durham Univ. Cal.*⟩ ⟨a ~ mark⟩ ⟨a ~ grade⟩ **9 :** a single complete mechanical operation: as **a :** a single passage of a bar, rail, or sheet between the rolls of a rolling mill **b :** a single or multiple passage of the gases from the furnace across the tubes of a steam boiler **c :** a single progression along a joint in welding **d** (1) **:** a single passage of one or more cards through a punched-card machine (2) **:** a single sorting or arranging operation with hand-notched punched cards **10 a :** a transfer of a ball (as in football or basketball) or a puck (as in hockey) from one player to another player on the same team ⟨threw a long ~ into the corner⟩ ⟨threw a ~ the length of the court⟩ **b :** PASS STROKE **c :** a passing stroke in tennis **11 :** BASE ON BALLS **12 a :** a refusal to bid, bet, or draw an additional card in a card game **b :** an election not to bid, double, or redouble in bridge **c :** a transfer of a playing card to another player **13 :** a cast or combination of dice that wins the main bet **14 :** a single passage or movement of an airplane or other artificial flying object over a given area or place or in the direction of a given target ⟨made several low ~*es* over the field so the ground crew could inspect the wheel by searchlight —*Time*⟩ ⟨made seven ~*es* at that gun, each time dropping one bomb —Ira Wolfert⟩ ⟨the satellite will make its first ~ over the eastern half of the country at 4 a.m.⟩ **15 a :** EFFORT, TRY ⟨guessed wrong on the crime the first time they made a ~ at it —Erle Stanley Gardner⟩ ⟨told me in French, after a few unsuccessful ~*es* in other languages —A.J.Liebling⟩ **b :** a sexually inviting gesture or approach ⟨was always accusing her of making ~*es* at other men —*Time*⟩ ⟨a girl must be able to recognize a ~ —Bernard De Voto⟩ **16 :** PASE ⟨makes his ~*es* with a stylized, classical grace that catches crowds by the throat —John Stanton⟩ **syn** see JUNCTURE

**pass** *abbr* **1** passage **2** passenger **3** passim **4** passive

**pass·able** \ˈpasəbəl, ˈpaas-, ˈpais-, ˈpäs-\ *adj* [ME, fr. MF, fr. *passer* to pass + *-able*] **1 a :** capable of being passed, crossed, or traveled on ⟨car owners who needed ~ roads —F.L.Paxson⟩ **b** *archaic* **:** capable of passing or going through **c :** capable of being freely circulated ⟨counterfeit money so good it was ~ in a bank⟩ **2 :** able to qualify or pass inspection **:** just good enough **:** TOLERABLE ⟨there are ~ maps and better summary notes on each territory —*Geog. Jour.*⟩ — **pass·able·ness** *n* -ES

**pass·ably** \-blē, -li\ *adv* [*passable* + *-ly*] **:** MODERATELY, TOLERABLY ⟨she was little more than ~ good-looking —Louis Auchincloss⟩

**pas·sa·ca·glia** \ˌpäsəˈkälyə, ˌpas-\ *also* **pas·sa·ca·glio** \-l(ˌ)yō\ *n* -s [modif. (influenced by It *passagaglia*, *passagallo*, fr. Sp *pasacalle*, a lively guitar tune) of F *passacaille*, fr. Sp *pasacalle*, fr. *pasar* to pass + *calle* street, fr. L *callis* path — more at PASE] **1 a :** an old Italian or Spanish dance tune **b :** an instrumental musical composition consisting of variations usu. on a ground bass in moderately slow triple time — compare CHACONNE **2 :** an old dance performed to a passacaglia

**pas·sa·caille** \ˌpäsəˈkī\ *or* **passe·caille** \päs'-\ *n* -s [F] **:** PASSACAGLIA

**pas·sade** \pəˈsäd\ *n* -s [F, fr. It *passata*, fr. *passare* to pass (fr. — assumed — VL *passare*) + *-ata* -ade — more at PASS, vb.] **1 :** a turn or course of a horse backward or forward on the same spot **2 :** a passing love affair **:** FLIRTATION ⟨it describes a ~, a riffle on the surface of life —Anthony West⟩

**pas·sa·do** \pəˈsä(ˌ)dō\ *n*, *pl* **passados** *or* **passadoes** [modif. of F *passade* or It *passata* — more at PASSADE] **:** a thrust in fencing with one foot advanced

[1]**pas·sage** \ˈpasij, -sēj, *in sense 3d* " *or* pəˈsäzh\ *n* -s [ME, fr. OF, fr. *passer* to pass + *-age*] **1 a :** the act or action of passing **:** movement or transference from one place or point to another, or through or across a space or element **:** TRANSIT ⟨made the ~ of their domain hazardous to settlers —*Amer. Guide Series: Texas*⟩ ⟨the ~ of the air from the lungs —*Encyc. Americana*⟩ ⟨the ~ of the Red sea —W.L.Sperry⟩ ⟨the ~ of an electric current through the wire⟩ **b** *obs* **:** DEATH ⟨when he is fit and seasoned for his ~ —Shak.⟩ **c** (1) **:** the process of passing **:** a transition from one mode of being, condition, or stage to another ⟨life enlightened is the ~ from irrational passion to reasoned attachment —J.P.Anton⟩ ⟨the indefinable ~ of a season —*Amer. Guide Series: Minn.*⟩ ⟨the ~ from barbarism to civilization —Edward Clodd⟩ (2) **:** a continuous movement or flow ⟨wounds, illnesses, sorrows were all weakened by the ~ of time —Stuart Cloete⟩ **d :** MIGRATION ⟨the black ducks were on ~ and we could see them coming in high from the north —V.C.Heilner⟩ **2 a :** a means of passing **:** a road, path, channel, or course through or by which something passes **:** a way of exit or entrance **:** PASS ⟨most of the streets were mere alleys, ~*s* between houses and groups of buildings —Edwin Benson⟩ ⟨breathing ~*s*⟩ **b :** a river crossing (as a ford or ferry) ⟨they took him, and slew him at the ~*s* of Jordan —Judg 12:6 (AV)⟩ **c :** a corridor or lobby giving access to the different rooms or parts of a building or apartment ⟨thinking how easy it would be to get lost in this hotel, in all these long ~*s* —Graham Greene⟩ **3 a** (1) **:** a specific act of traveling or passing from one place to another **:** a journey esp. by sea or air between two points ⟨the outward ~ was uneventful⟩ ⟨made a swift ~ between New York and Southampton⟩ ⟨the rocket satellite's ~*s* were coming so early they would not show up in the bright sky of sunset —*N.Y. Times*⟩ (2) **:** a privilege of conveyance as a passenger **:** ACCOMMODATIONS ⟨was able to secure ~ on the next flight⟩ ⟨took ~ on a freighter⟩ **b :** an obsolete dice game for two played with three dice — compare PASSE-DIX **c :** the passing of a legislative measure or law **:** ENACTMENT ⟨government leaders bent upon securing ~ of their bills —F.A.Ogg & Harold Zink⟩ **d :** a slow lofty trot with a precise cadence that is often used in traversing **e :** a movement or an evacuation of the bowels **4 a :** the possibility or liberty of passing **:** a right or permission to pass ⟨attempted to force ~ through the town —C.A.Willoughby⟩ **b :** a toll formerly collected from passengers in England **5 a :** something that happens or is done **:** OCCURRENCE, ACT, TRANSACTION ⟨our American experience in psychological warfare from 1941 to 1945 was often chaotic and mad; and it had its wholly comic ~*s* —A.M.Schlesinger b.1917⟩ **b :** something that takes place between two persons mutually **:** a mutual act or transaction (as a negotiation, a quarrel, or lovemaking) ⟨this ~ of arms and wits amused the town —Robert Browning⟩ **6 a :** a usu. brief portion of a written work or speech that is quoted or referred to by itself as relevant to a point under discussion or as noteworthy for content or style ⟨one of the finest ~*s* in the novel⟩ ⟨betrays his inaccuracy in many ~*s*⟩ ⟨this ~ was greeted with laughter by the audience⟩ **b :** a phrase or short section of a musical composition; *esp* **:** a section demonstrating virtuosity in performance ⟨a scale ~⟩ ⟨the ~ in arpeggios⟩ **c :** a detail of a painting or other work of art ⟨find ~*s* to admire in his best canvases —J.T.Soby⟩ ⟨the picture contains several pretty ~*s* of color —Clive Bell⟩ **7 a :** the act or action of causing something to pass **b** (1) **:** incubation of a pathogen (as a virus) in a tissue culture, a developing egg, or a living organism to increase the amount of pathogen or to alter its characteristics (2) **:** an instance of such passage **syn** see WAY

[2]**pas·sage** \ˈpasij, -sēj, pəˈsäzh\ *vb* -ED/-ING/-S [F *passager*, alter. of *passéger*, fr. It *passeggiare*, fr. *passare* to pass, fr. (assumed) VL — more at PASS] *vi* **:** to move sideways in riding or being ridden ⟨the horse ~*s* gracefully⟩ ~ *vt* **:** to cause (a horse) to move sideways

[3]**pas·sage** \ˈpasij, -sēj\ *vb* -ED/-ING/-S [[1]*passage*] *vi* **1 :** to engage in a passage of arms or wits **2 :** to go past or across (as in a voyage) **:** CROSS ⟨*passaged* to Europe last month⟩ ~ *vt* **:** to subject to passage ⟨the virus has been *passaged* in series seven times —*Jour. Amer. Med. Assoc.*⟩

**passage bed** *n* [[1]*passage*] **:** a stratum that forms a transition between rocks of two geological systems

**passage bird** *n* **1 :** BIRD OF PASSAGE **2 :** PASSAGE HAWK

**passage boat** *n* **:** a passenger boat plying on regular schedule between two places

**passage cell** *n* **:** a thin-walled unsuberized cell found in the endodermis of vascular plants often opposite the protoxylem strands — called also *transfusion cell*

**passage grave** *n* **:** a subterranean burial chamber entered through a long passage resembling a tunnel

**passage hawk** *n* **:** a haggard hawk

**passageway** \ˈ··ˌ·\ *n* **:** a way that allows passage to or from a place or between two points **:** CORRIDOR, PATH ⟨only one narrow ~ up the steep mountain —Burtt Evans⟩ ⟨outbuildings were connected to the main house by curved ~*s* —H.S.Morrison⟩

**passage winds** *n pl* **:** prevailing westerly winds that blow in the belt lying between the horse latitudes and the region of the pole in each hemisphere

**passage-work** \ˈ··ˌ·\ *n* **:** a section or part of a musical composition characteristically unimportant thematically and generally consisting of repetitive notes or figures or scale or arpeggio passages

**pas·sag·gio** \pəˈsä(ˌ)jō\ *n* -s [It, lit., passage, fr. *passare* to pass (fr. — assumed — VL) + *-aggio* -age — more at PASS] **1 :** an improvised embellishment or flourish found esp. in 16th century music and usu. excluding plain scale passages or trills **2 :** MODULATION **3 :** PASSAGE-WORK

[1]**pas·sa·lid** \ˈpasələd\ *adj* [NL *Passalidae*] **:** of or relating to the Passalidae

[2]**passalid** \ˈ\ *n* -s **:** a beetle of the family Passalidae

**pas·sal·i·dae** \pəˈsaləˌdē\ *n pl*, *cap* [NL, fr. *Passalus*, type genus + *-idae*] **:** a family of rather large usu. black lamellicorn beetles chiefly of tropical countries that live and feed in decaying wood and are sometimes placed in the family Lucanidae — see BESS-BUG, PASSALUS

**pas·sa·lus** \ˈpasələs\ *n* [NL, fr. Gk *passalos* peg; akin to Gk *pēssein* to fix, fasten, *pēgnynai* to fix, fasten — more at PACT] **1** *cap* **:** the type genus of the family Passalidae **2** -ES **:** any beetle of *Passalus* or a related genus; *esp* **:** a flat shiny black gregarious bess-bug (*Popilius disjunctus*) of the southern U.S. — called also *horned passalus*

**pas·sa·ma·quod·dy** \ˌpasəməˈkwädē\ *n*, *pl* **passamaquoddy** *or* **passamaquoddies** *usu cap* **1 a :** an Indian people of Maine and New Brunswick, Canada **b :** a member of such people **2 :** a dialect of Malecite

**passament** *var of* PASSEMENT

**pas·sa·mez·zo** *or* **pas·se·mez·zo** \ˌpäsəˈmet(ˌ)sō, -ed(ˌ)zō, -e(ˌ)zō\ *n* -s [It *passamezzo*, *passo e mezzo*, fr. the phrase *passo e mezzo* step and a half] **:** an old orig. Italian dance in duple time resembling the pavan but about twice as fast; *also* **:** the music of this dance

**passangrahan** *var of* PASANGGRAHAN

**pas·sant** \ˈpasᵊnt\ *adj* [ME, fr. pres. part. of *passer* to pass] **1 :** walking with the further forepaw raised — used of a heraldic lion or other beast; compare COUNTERPASSANT **2** *archaic* **:** having general acceptance or use **:** CURRENT

**pas santé** \ˌpäsōⁿˈtā, -sōˈ-\ *n*, *pl* **pas santés** \-ā(z)\ [F] **:** a jumping step in ballet

**pass away** *vb* [ME *passen away*, fr. *passen* to pass + *away*] *vi* **1 a :** to go out of existence **:** come to an end **:** PERISH, VANISH ⟨when those conditions have *passed away* and history returns to normal —W.P.Webb⟩ **b :** DIE ⟨died of a broken heart soon after his mother *passed away* —David Fairchild⟩ **2** *archaic* **:** DEPART ⟨saw the damsel *pass away* —Edmund Spenser⟩ **3 :** to slip by **:** ELAPSE ⟨the evening *passed away* very fairly —Henry Lapham⟩ ~ *vt* **1 :** to let slip by **:** SPEND ⟨*pass away* the winter⟩ **2** *archaic* **:** to give away **:** SURRENDER

**passback** \ˈ·ˌ·\ *n* -s [[1]*pass* + *back*, adv.] **:** SNAPBACK

**passband** \ˈ·ˌ·\ *n* **:** the frequency band (as in a radio circuit or filter) that is transmitted with maximum efficiency and without intentional loss

**passbook** \ˈ·ˌ·\ *n* **1 :** BANKBOOK **2 :** a customer's book in which a dealer enters articles bought on credit

**pass by** *vt* [ME *passen by*, fr. *passen* to pass + *by*] **:** to go past without stopping or noticing **:** DISREGARD, IGNORE ⟨the sort of writer present-day literary critics *pass by* —Oliver La Farge⟩ ⟨new methods have *passed* them *by* —George Farwell⟩

**pass course** *n* [[2]*pass*] **:** a general undergraduate course at British universities that is taken by all students who are not candidates for honors

**pass degree** *n* **:** a bachelor's degree without honors that is taken at a British university

**pass door** *n* **:** a door between the stage and the auditorium in a theater

[1]**pas·sé** *or* **pas·sée** \(ˈ)paˈsā\ *adj* [F, fr. past part. of *passer* to pass] **1 :** past one's prime **:** no longer young **:** FADED ⟨a fine brain in a somewhat ~ body —*Amer. Mercury*⟩ ⟨a somewhat rakish but ~ miss —*Newsweek*⟩ **2 a :** no longer fashionable or in demand **:** OUTMODED ⟨the work which is spurned as ~ becomes a period piece —A.L.Guérard⟩ ⟨a broad, dark, tree-lined street of ~ frame houses —Lester Atwell⟩ **b :** not up-to-date **:** behind the times ⟨the clinician without an active experimental laboratory attached to his wards is apt to be called ~ —*Science*⟩

[2]**passé** \"\ *n* -s [F, fr. past part. of *passer*] **:** a ballet movement in which the leg passes from one position to another

[3]**passe** \ˈpäs\ *n* -s [F, fr. *passer*] **:** the high numbers in roulette when a bet is made on them

**passecaille** *var of* PASSACAILLE

**passed** *past of* PASS

**passed ball** *n* [fr. past part. of [1]*pass*] **:** a pitched ball not hit by the batter that passes the catcher when he should have stopped it and allows a base runner to advance a base ⟨one of his trick pitches shot by his catcher for a *passed ball* —John Drebinger⟩

**passe-dix** \päsˈdēs\ *n*, *pl* **passe-dixes** [F, fr. *passer* to pass + *dix* ten, fr. L *decem* — more at TEN] **:** a game played with three dice in which the caster who is the banker bets even money that the pips on his cast of the three dice will total 10 or more

**passed master** *n* [fr. past part. of [1]*pass* (to go through an inspection successfully)] **:** a person who has passed as a master **:** one who is proficient in a particular field or activity ⟨*passed masters* in the use of the cliché —E.H.Criswell⟩ — compare PAST MASTER

**passed pawn** *n* [fr. past part. of [1]*pass* (to go by)] **:** a chess pawn having no enemy pawn before it on its own or an adjacent file

**passe-garde** *or* **pass-guard** \ˈpasˌgärd\ *n* -s [[1]*pass* (thrust) + *guard*] **:** a piece fastened on the left elbow in medieval tilting armor; *sometimes* **:** GARDE-COLLET

**pas·sel** \ˈpasəl\ *n* -s [alter. of *parcel*] **:** a large number **:** GROUP ⟨a ~ of towheaded kids —Shelby Foote⟩ ⟨a whole ~ of notables —*Time*⟩

**pas·se·meas·ure** \ˈpasēˌmezhə(r)\ *n* [modif. (influenced by *measure*) of It *passo e mezzo* — more at PASSAMEZZO] **:** PASSAMEZZO

[1]**passe·ment** \ˈpasmənt\ *also* **pas·sa·ment** \-səm-\ *n* -s [MF *passement*, fr. *passer* to pass + *-ment*] **:** an ornamental braid or decorative trimming resembling lace and made of gold, silver, or silk threads

[2]**passe·ment** \ˈpaˌsment\ *vt* -ED/-ING/-S **:** to trim or edge with passement

**passe·men·terie** \paˈsmen·trē\ *n* -s [F, fr. *passement* + *-erie* -ery] **:** a fancy edging or ornamental trimming made of braid, cord, gimp, beading, or metallic thread in various combinations and used on clothing and upholstery

**passemezzo** *var of* PASSAMEZZO

**pas·sen·ger** \ˈpasᵊnjə(r)\ *n* -s *often attrib* [ME *passyngere*, *passager*, fr. MF *passager*, fr. *passager*, *passagier*, adj., passing, fr. *passage* + *-ier* -ary] **1 :** one who passes by **:** TRAVELER, WAYFARER ⟨the roads are wide, well-kept, and full of ~*s* —Thomas Gray⟩ ⟨foot ~⟩ **2 a :** a traveler in a public conveyance (as a train, bus, airplane, or ship) ⟨carried more ~*s* last year than ever before⟩ **b :** one who is carried in a private conveyance (as an automobile) for compensation or expected benefit to the owner **c :** a rider in an automobile ⟨a six-*passenger* model⟩ **3 :** a member of a group (as an animal in a herd) that contributes little or nothing to the functioning or productivity of the group ⟨all ~*s* should be eliminated from dairy herds —*Farmer's Weekly (So. Africa)*⟩

**passenger car** *n* **1 :** a railroad car (as a coach, parlor car, dining car, or sleeping car) for carrying passengers **2 :** an automobile for carrying a limited number of passengers (as no more than nine)

**passenger liner** *n* **:** a liner used mainly to carry passengers

**passenger list** *n* **:** a list of the passengers on a ship that is submitted by the master to customs officials at ports visited

**passenger-mile** *n* **:** a statistical unit denoting one mile traveled by one passenger and used by agencies of public transportation (as railroads, bus lines, or airlines) in measuring the volume of passenger traffic

**passenger mileage** *n* **:** the total number of miles traveled by passengers on a given agency of public transportation during a given period

**passenger pigeon** *n* **:** an extinct No. American wild pigeon (*Ectopistes migratorius*) of irregularly migratory habits once very abundant esp. in the Mississippi valley and having a long graduated tail, bluish slate upper parts with iridescence on the neck, a vinaceous breast, and a white belly

**passenger-train car** *n* **:** a railroad car used in passenger-train service for carrying mail, baggage, or express

[1]**passe-par·tout** \ˌpa(ˌ)spa(r)ˈtü, ˌpäl, ˌspär-, ˌspā-\ *n*, *pl* **passe-partouts** \-ü(z)\ [F, fr. the phrase *passe partout* pass

action of carrying mail or the fee for it : POSTAGE **4** : the position in which a military weapon is carried when ported
**⁵port** \"\ *vb* -ED/-ING/-S [MF *porter* to carry, fr. L *portare* — more at FARE] *vt*, *obs* : CARRY, TRANSPORT ~ *vi*, *of a horse* : to paw the bedding and strike the floor with the forefeet — often used with *back*
**⁶port** \"\ *n* -s [prob. fr. ¹*port* or ²*port* (porthole)] : the left side of a ship or airplane looking forward : LARBOARD — opposed to *starboard*
**⁷port** \"\ *vt* -ED/-ING/-S : to turn or put (a helm or rudder) to the left
**⁸port** \"\ *adj* : of, relating to, or situated to port
**⁹port** \"\ *n* -s [fr. *Oporto*, *O Porto* (now Porto), city in Portugal] **1** : a fortified sweet wine of rich taste and aroma from the valley of the Douro, Portugal — see RUBY PORT, TAWNY PORT, VINTAGE PORT, WHITE PORT **2** : any of numerous wines originating in various parts of the world and resembling the port of Portugal in varying degrees ⟨California ~⟩ **3** : a very dark red that is slightly bluer than mulberry fruit
**¹⁰port** \"\ *n* -s [ScGael] *chiefly Scot* : a tune or air esp. on a bagpipe
**¹¹port** \"\ *n* -s [by shortening] *Austral* : PORTMANTEAU
**port** *abbr* **1** portable **2** portfolio **3** portrait
**por·ta** \'pōrd·ə\ *n*, *pl* **por·tae** \-d·,ē, -d·,ī\ [NL, fr. L, gate — more at FORD] : HILUM 2a; *specif* : the transverse fissure of the liver — called also *porta hepatis*
**por·ta·bil·i·ty** \,pōr|d·ə'bilad·ē, -pō(r)|, ,pȯə|, |tə-, -lətē, -i\ *n* -ES : the quality or state of being portable
**¹por·ta·ble** \'⸗⸗,bəl\ *adj* [ME, fr. MF, fr. LL *portabilis*, fr. L *portare* to carry + *-abilis* -able — more at FARE] **1** : capable of being carried : easily or conveniently transported : light or manageable enough to be readily moved ⟨a ~ grill⟩ ⟨a ~ power drill⟩ **2** *obs* **a** : BEARABLE, SUPPORTABLE **b** : NAVIGABLE — **por·ta·bly** \-blē, -bli\ *adv*
**²portable** \"\ *n* -s : something portable: as **a** : a portable schoolhouse or other building **b** : a portable typewriter **c** : a portable radio or television set

portable b

**por·ta·ble·ness** *n* -ES : PORTABILITY
**por·ta·caval** \;pōrd·ə+\ *also* **por·to·caval** \-rd·(,)ō+\ *adj* [²*portal* + *caval*] : extending from the portal vein to the vena cava
**portacaval shunt** *n* : a surgical shunt by which the portal vein is made to empty into the caval vein in order to bypass a damaged liver
**por·ta cipher** \;pōrd·ə-\ *n*, *usu cap P* [after Giambattista della Porta †1615 Ital. physicist] : a polyalphabetic substitution with reciprocal alphabets formed by sliding the second half of a normal alphabetic sequence against the first half
**¹por·tage** \'pōr|d·ij, 'pȯr|, 'pȯə|, 'pō(ə)|, |t|, |ēj; *also* (')⸗;täzh, -täzh\ *n* -s [ME, fr. MF, fr. *porter* to carry + *-age* — more at PORT] **1** : the labor of carrying or transporting ⟨force the proud young men, who ought to be warriors, to do ~, always considered women's work —H.R.Collins⟩ **2 a** *obs* : a ship's burden : TONNAGE **b** *obs* : CARGO, FREIGHT **c** *archaic* : the cost of carriage : PORTERAGE **2** **3 a** *obs* : cargo carried for a sailor joining in a common adventure in lieu of all or part of his wages **b** *obs* : the space allotted for such cargo **c** *archaic* : a sailor's wages **4 a** : the carrying of boats or goods overland from one river or lake to another or around a rapids ⟨had to be carried over a canoe route 800 miles long with some 40 or more ~s —J.D.Leechman⟩ — called also *haulover* **b** : the route followed in making such a transfer ⟨a modest military post was established to protect the ~ —*Amer. Guide Series: La.*⟩
**²portage** \"\ *vb* -ED/-ING/-S *vt* : to make a portage with : CARRY, PACK ⟨where the falls were too angry we *portaged* our gear —Farley Mowat⟩ ~ *vi* : to make a portage ⟨we *portaged* six times —*Alaska Sportsman*⟩
**por·ta·gue** \'pōrd·ə,gyü\ *n* -s [irreg. fr. *portuguese*] : a Portuguese gold coin of the 16th century
**por·tail** \(')pōr;tā(ə)l\ *n* -s [F, fr. MF *portail*] : PORTAL 2 a
**¹por·tal** \'pōr|d·ᵊl, 'pȯr|, 'pȯə|, 'pō(ə)|, |tᵊl\ *n* -s [ME, fr. MF, fr. ML *portale* city gate, porch, fr. neut. of *portalis* of a gate, fr. L *porta* gate + *-alis* -al — more at FORD] **1** : DOOR, GATE, ENTRANCE; *esp* : a grand or imposing one **2 a** : the whole architectural composition surrounding and including the doorways and porches of a church ⟨the church door . . . is set in a remarkable ~ —M.C.A.Henniker⟩ **b** : a large roofed opening in a Spanish-American building : PORCH **c** : the corner of a room separated by wainscoting to form a short passage to another room **3 a** : the space between the first two principal trusses at each end of a trussed bridge **b** : any vertical space between two uprights included between two horizontals (as of floor and ceiling) which must be kept open for free communication in a building of skeleton construction **c** : the entrance to a tunnel **4** : a communicating part or area of an organism: as **a** : PORTAL VEIN **b** : the point at which something enters the body ⟨~s of infection⟩ **c** : the connecting passage between foregut and midgut and midgut and hindgut in the vertebrate embryo
**²portal** \"\ *adj* [NL *porta* + E *-al*] **1** : of or relating to the transverse fissure on the underside of the liver where most of the vessels enter **2** : of, relating to, carried out by, or being any large vein that collects blood from one part of the body and distributes it in another part through a capillary network — see PORTAL VEIN, RENAL PORTAL VEIN
**por·taled** *or* **por·talled** \-ᵊld\ *adj* [¹*portal* + *-ed*] : having a portal
**portal hypertension** *n* [²*portal*] : hypertension produced by the pressure from accumulated blood in the portal system usu. associated with cirrhotic changes in the liver and accompanied by the formation of hemorrhagic varices in the esophagus
**portal system** *n* : a system of veins that begins and ends in capillaries — compare PORTAL, PORTAL VEIN
**portal-to-portal** \;⸗⸗⸗;⸗⸗\ *also* **portal** *adj* [¹*portal*] : of or relating to the time spent by a workman in traveling from the entrance to his employer's property to his actual working place (as in a mine) and in returning after the work shift ⟨the basic work day was materially shortened by payment for travel time under the *portal-to-portal* principle —G.W. Stocking⟩
**portal vein** *n* [²*portal*] : a large vein formed by fusion of other veins that terminates in a capillary network and delivers blood to some area other than the heart; *specif* : a vein carrying blood from the digestive organs and spleen to the liver where the nutrients such blood carries are altered by liver cells before passing into the systemic circulation — called also *hepatic portal vein*; see RENAL PORTAL VEIN
**por·ta·men·to** \,pōrd·ə'men(,)tō\ *n*, *pl* **porta·men·ti** \-n(,)tē\ [It, lit., act of carrying, fr. *portare* to carry (fr. L) + *-mento* -ment — more at FARE] **1** : a continuous glide effected by the voice, a trombone, or a bowed stringed musical instrument in passing from one tone to another **2** : PORTATO
**por·tance** \'pōrt'n(t)s\ *n* -s [MF, fr. *porter* to carry + *-ance* — more at PORT] *archaic* : BEARING, CARRIAGE, DEMEANOR
**port arms** *n* [fr. the imper. phrase *port*, *arms*] : a position in the manual of arms in which the rifle is held diagonally in front of the body so that the barrel is at the left shoulder — often used as a command

port arms

**port ar·thur** \(')pōrd·;ärthər\ *adj*, *usu cap P&A* [fr. *Port Arthur*, city in Manchuria] : of or from the city of Port Arthur, now forming part of Port Arthur-Dairen, Manchuria : of the kind or style prevalent in Port Arthur
**por·ta·tile** \'pōrd·ə,tīl\ *adj* [ML *portatilis*, fr. L *portatus* (past. part. of *portare* to carry) + *-ilis* -ile — more at FARE] : PORTABLE — used of an altar
**por·ta·tive** \'pōrd·əd·iv\ *adj* [ME *portatif*, fr. MF, fr. L *portatus* + *-if* -ive] : PORTABLE ⟨the ~ harp and chime —Virgil Thomson⟩
**portative organ** *n* : a small portable pipe organ formerly used in processions
**por·ta·to** \pōr'täd·(,)ō\ *n* -s [It, fr. *portato* (past part. of *portare* to carry), fr. L *portatus* — more at PORTATILE] : semi-detached phrasing in musical performance
**port-au-prince** \;pōrd·(,)ō;prin(t)s, -;pra"s\ *adj*, *usu cap both Ps* [fr. *Port-au-Prince*, capital of Haiti] : of or from Port-au-Prince, the capital of Haiti : of the kind or style prevalent in Port-au-Prince
**port authority** *n* [¹*port*] : a governmental commission empowered to manage or construct port facilities
**port bow** *n* [⁶*port*] : the port surface of a ship's hull that curves inward to the stem — distinguished from *starboard bow*
**port captain** *n* [¹*port*] : an official of a steamship line responsible for its ships during their stay in port
**port charge** *n* : a fixed charge (as wharfage, towage, pilotage) against a ship or its cargo in port
**port-crayon** \(')pōrt+\ *n* [F *porte-crayon*, fr. *porter* to carry + *crayon* — more at PORT] *archaic* : a metal holder for a drawing or writing crayon
**¹port·cul·lis** \pōrt'kələs\ *n* -ES [ME *portculis*, *port colice*, fr. MF *porte coleice*, fr. OF — more at COULISSE] **1** : a large grating of iron bars or heavy timbers suspended by chains over the gateway of a fortified place and lowered between grooves to prevent passage **2** : a portcullis or a lattice used as a heraldic charge **3** : a silver halfpenny issued by Elizabeth I in 1599 having a portcullis on the obverse

portcullis 1

**²portcullis** \"\ *vt* -ED/-ING/-ES : to furnish or close with or as if with a portcullis : BAR, SHUT
**portcullis money** *n* : English silver coins (crowns, half crowns, shillings, sixpence) of the reign of Elizabeth I struck for the East India Company and having a figure of a portcullis on the reverse
**port de bras** \;pōrdə'brä\ *n* [F, lit., carriage of the arm] : the practice and technique of arm movement in ballet
**port differential** *n* [¹*port*] : a differential between the freight rate from an inland point to a port and that to another port established as a basing point
**port du sa·lut** \;pōrdəsə'lü, -,sa'-\ *n*, *usu cap P&S* [F *Port-salut*, fr. *Port du Salut*, Trappist abbey in northwest France] : TRAPPIST CHEESE
**porte co·chere** \;pōrtkō'she(ə)r\ *n* -s [F *porte cochère*, lit. coach door] **1** *archaic* : a passageway through a building or screen-wall designed to let vehicles pass from the street to an interior courtyard **2** : CARRIAGE PORCH
**port·ed** \'pōrd·əd\ *adj* [¹*port* + *-ed*] **1 a** : provided with a port **b** : shut in or closed by a gate **2** [fr. past part. of ⁴*port*] : held in the position of port — ⟨standing with rifles ~⟩
**porte-feuille** \'pōrd·ə;fə(·)\ *n* -s [F, fr. *porter* to carry + *feuille* leaf, sheet — more at PORT, FOIL] *archaic* : PORTFOLIO
**port eg·mont hen** \-'eg,mänt-\ *n*, *usu cap P&E* [fr. *Port Egmont*, Falkland islands] : a large skua (*Catharacta skua antarctica*) of the southern hemisphere
**port eliz·a·beth** \'pōrd-ə'liz(ə)bəth\ *adj*, *usu cap P&E* [fr. *Port Elizabeth*, city in southern Union of So. Africa] : of or from the city of Port Elizabeth, Union of So. Africa : of the kind or style prevalent in Port Elizabeth
**porte-monnaie** \'pōrt,manē, ⸗'⸗; ;pōrt,ma;nā\ *n* -s [F, fr. *porter* to carry + *monnaie* coined money, fr. MF *moneie* — more at PORT, MONEY] : a small pocketbook or purse
**por·tend** \(')pōr;tend, (')pō(ə);t- *also* (')pōr;t- *or* (')pōət-\ *vt* -ED/-ING/-S [ME *portenden*, fr. L *portendere* to foretell, predict, fr. *por-* (akin to L *per* through) + *tendere* to stretch — more at FARE, TEND] **1** : to give an omen or anticipatory sign of : BODE, PRESAGE ⟨~ at least the beginnings of tax relief for small business —*Nation's Business*⟩ ⟨that the appearance of the black pig ~s serious trouble in Ireland is generally believed —*Irish Digest*⟩ **2** : FORECAST, PREDICT ⟨where this process will stop no one can ~ —D.M.Friedenberg⟩ **3** : INDICATE, MEAN, SIGNIFY ⟨perhaps the present concern with the values of liberal arts education . . . ~s an intellectual anemia —Ann Spinney⟩ **4** [F *pourtendre*, fr. MF *portendre*, modif. of L *protendere*, fr. *pro* forth, before + *tendere* to stretch — more at FOR] *obs* : to stretch out before : EXTEND **syn** see FORETELL
**por·tent** \'⸗,tent *sometimes* ⸗'⸗\ *n* -s [L *portentum*, fr. neut. of *portentus*, past part. of *portendere* to portend] **1** : something that foreshadows a coming event : OMEN, SIGN ⟨it is only natural that ~s should play a large part in the activities of crabbers, oystermen, and fishermen —*Amer. Guide Series: Md.*⟩ ⟨a hopeful ~ of the scope of discussion that may be expected to develop —Vera M. Dean⟩ **2** : prophetic indication, meaning, or significance ⟨something not yet clearly to be seen, but at least of hopeful ~ in the changing world —Martin Flavin⟩ **3** : MARVEL, PRODIGY, WONDER ⟨the old maps . . . and their ~s and monsters of the deep —Van Wyck Brooks⟩
**portentive** *adj* [L *portentus* + E *-ive*] *obs* : PORTENTOUS
**por·ten·tous** \(')⸗;tentəs, *sometimes* -nchəs\ *adj* [L *portentosus*, fr. *portentum* portent + *-osus* -ous] **1** : of, relating to, or constituting a portent : pregnant with consequence or possibility ⟨the events under discussion are ~ —Philip Hamburger⟩ **2** : eliciting amazement or wonder : MARVELOUS, MONSTROUS, PRODIGIOUS ⟨the extraordinary old man gave him a second ~ wink —J.C.Powys⟩ **3** : exhibiting gravity or ponderousness : self-consciously weighty : INFLATED, POMPOUS ⟨a voice that manages to be both cozy and ~ —Gilbert Seldes⟩ ⟨regarded all these things with a ~ solemnity —H.G. Wells⟩ ⟨the style is so ~ that one expects up to the last paragraph that something of moment is about to be revealed —Dachine Rainer⟩ **syn** see OMINOUS
**por·ten·tous·ly** *adv* : in a portentous manner ⟨~, . . . the panting engines began to roll slowly toward each other —*Time*⟩
**por·ten·tous·ness** *n* -ES : the quality or state of being portentous
**por·te·ous roll** \'pōrtēəs-\ *or* **porteous** *n* -ES [ME *porthors*, *portous*, *portos*, portable breviary, manual, fr. OF *porte-hors*, fr. *porter* to carry + *hors* out, fr. L *foris*; akin to L *fores* door — more at PORT, DOOR] *Scots law* : a roll of offenders formerly prepared by the justice clerk
**¹por·ter** \'pōr|d·ər, 'pȯr|d·ər, 'pȯə|d·ə(r, 'pō(ə)|d·ə(r, |tə-\ *n* -s [ME, fr. OF *portier*, fr. LL *portarius*, fr. L *porta* gate + *-arius* -ary — more at FORD] **1** *chiefly Brit* : a person stationed at a door or gate to admit or assist those entering ⟨at the entrance to the office block was a ~ in a blue uniform —F.W.Crofts⟩ **2** : DOORKEEPER 2
**²porter** \"\ *n* -s [ME *portour*, fr. MF *porteour*, fr. LL *portator*, fr. L *portatus* (past part. of *portare* to carry) + *-or* — more at FARE] **1** : one who carries burdens: as **a** : one who is employed to carry baggage for patrons at a hotel or transportation terminal **b** : a handler of cargo **c** *archaic* : one that conveys or carries something (as news or disease) **2** : a parlor-car or sleeping-car attendant who waits on passengers and makes up berths **3** [short for *porter's beer*; fr. its originally having been made for porters] : a weak stout that is rich in saccharine matter and contains about four percent of alcohol **4 a** *archaic* : any of various mechanical devices (as a lever or a wheeled carriage) for lifting, supporting, or moving **b** : a bar of iron or steel at the end of which a forging is made **5** *Scot* : ³REER **6** : one who does routine cleaning of the premises, furniture, and equipment of a store, bank, school, or office building or cleans the working areas in a mill or factory **7** : BULL COOK
**³porter** \"\ *vb* -ED/-ING/-S *vt* : to transport or carry as or by a porter ~ *vi* : to act as a porter
**por·ter·age** \-ərij\ *n* -s [²*porter* + *-age*] **1** : the occupation or work of a porter : the carrying of things by human labor **2** : the charge for transportation by porter
**porteress** *var of* PORTRESS
**porterhouse** \'⸗⸗,⸗\ *n* [²*porter* + *house*] **1** *archaic* : a house where porter and other malt liquors are sold **2** *also* **porterhouse steak** : a large steak cut from the thick end of the short loin and containing a T-shaped bone and a large piece of tenderloin — compare T-BONE; see BEEF illustration
**por·ter·ly** *adj* [²*porter* + *-ly*] *obs* : of, relating to, or resembling a porter : RUDE, VULGAR
**porter's chair** *n* [¹*porter*] : a chair with its back rising to form a hood and its sides enclosed against drafts

porter's chair

**portesse** *n* -s [alter. of ME *portes* — more at PORTEOUS ROLL] *obs* : BREVIARY 2a
**portfire** \'⸗,⸗\ *n* [part trans. of F *porte-feu* fr. *porter* to carry + *feu* fire — more at PORT] : a fuze or match for firing guns or fireworks: as **a** : a paper case filled with a composition of niter, sulfur, and mealed powder **b** : a slow-burning fuze (as a billet of wood impregnated with potassium nitrate) or an incendiary cord or tube for igniting fuzes of blasting charges
**port·fo·lio** \pōrt'fōlē,ō, pȯrt-, pōət-, pȯ(ə)t-, -fōl(,)yō\ *n* [alter. of earlier *porto folio*, modif. of It *portafoglio*, fr. *portare* to carry + *foglio* leaf, sheet, fr. L *folium* leaf — more at PORTAMENTO, BLADE] **1** : a flat portable case (as a briefcase, a large heavy envelope, or a loose-leaf binder) for carrying papers or drawings **2** [so called fr. the use of such a case to carry documents of state] : the office and functions of a minister of state or member of a cabinet ⟨received the ~ of war⟩ **3** : the securities held by an investor or the commercial paper held by a bank or other financial house ⟨expanded the mortgage ~⟩
**portfolio investment** *n* : investment by purchase of securities — contrasted with *direct investment*
**portgrave** *or* **portgreve** *var of* PORTREEVE
**por·thet·ria** \pō(r)'thē·trēə\ *n*, *cap* [NL, fr. Gk *porthein* to destroy, ravage + *-tria*, fem. agent suffix; akin to Gk *perthein* to destroy, ravage — more at BOARD] : a genus of Lymantriidae including the gypsy moth
**por·theus** \'pōrthēəs, -,th(y)üs\ *n*, *cap* [NL, fr. Gk *porthein* + *-eus*, agent suffix] : a genus of extinct Cretaceous isospondylous fishes notable for their great size and strong teeth
**porthole** \'⸗,⸗\ *n* [¹*port* + *hole*] **1** : an opening (as a window) in the side of a ship or airplane **2** : an embrasure or loophole through which to shoot **3** : ³PORT 5
**por·tia tree** \'pōrshə-\ *n*, *sometimes cap P* [Tamil *purasu*] : a tropical tree (*Thespesia populnea*) that is closely related to the majaguas, has rounded cordate leaves and showy yellow and purple flowers, yields a valuable pinkish to dark red close-textured wood resistant to warping and an oil from its seeds, and is sometimes cultivated as an ornamental — called also *bendy tree*, *seaside mahoe*, *tulip tree*
**por·ti·co** \'pōr|d|ə,kō, 'pȯr|, 'pȯə|, 'pō|, |t|, |ē,-\ *n*, *pl* **porticoes** *or* **porticos** [It, fr. L *porticus* — more at PORCH] : a colonnade or covered ambulatory esp. in classical architecture and usu. at the entrance of a building **syn** see BALCONY
**por·ti·coed** \-ōd\ *adj* [*portico* + *-ed*] : having a portico
**por·ti·cus** \-,kəs\ *n* -ES [L] *archaic* : PORTICO
**por·tiere** \;pōr|d·ē;e(ə)r, (')pōr|;ti(ə)r, 'pōr|d·ēər, (')pōr|·;tye(ə)r, -pȯr|, -pȯə|, -pō(ə)|, -ea,-ia,-ēa\ *n* -s [F *portière*, fr. fem. of OF *portier* doorkeeper — more at PORTER] : a curtain hanging across a doorway
**por·ti·fo·ri·um** \,pōrd·ə'fōrēəm\ *n*, *pl* **portiforiums** \-ēəmz\ *or* **portifo·ria** \-ēə\ [ML, fr. L *portare* to carry + *foris* out; akin to L *fores* door — more at FARE, DOOR] : BREVIARY 2a
**porting** *n* -s [³*port* + *-ing*] : the provision or arrangement of intake or exhaust openings or other ports on an engine
**por·tio** \'pōrshē,ō, -rd·ē-\ *n*, *pl* **porti·o·nes** \,pōrshē'ō(,)nēz, ,pōrd·ē'ō,nās\ [NL *portion-*, *portio*, fr. L, portion] : PART, SEGMENT, DIVISION ⟨the visible ~ of the cervix⟩
**¹por·tion** \'pōrshən, -ȯr-, -ōə-, -ō(ə)-\ *n* -s [ME, fr. OF, fr. L *portion-*, *portio*; akin to L *part-*, *pars* part] **1** : an individual's part or share of something: as **a** : a share of an estate received by gift or inheritance ⟨Father, give me the ~ of goods that falleth to me —Lk 15: 12 (AV)⟩ **b** : DOWER 2a **c** : enough food to serve one person at one meal or enough of one kind for a helping ⟨individual ~s of meat were precisely weighed out in the restaurant kitchen⟩ **2** : the share of an individual or group in human fortune or destiny : LOT, FATE ⟨the preacher had told him hell would be his ~ —J.L.Lowes⟩ **3 a** : a part of a whole ⟨~s of this park are particularly well-adapted for picnic and camping purposes —*Amer. Guide Series: Md.*⟩ **b** : a limited amount or quantity ⟨the major ~ of our fears would be at an end —J.C.Fitzmaurice⟩ **4** : the weekly selection of the Pentateuch read in a synagogue — compare PARASHAH **syn** see FATE, PART
**²portion** \"\ *vt* **portioned**; **portioned**; **portioning** \-sh(ə)niŋ\ **portions** [ME *portionen*, fr. MF *portionner*, fr. OF *portion* share, portion] **1** : to divide into portions : distribute in shares **2** : to allot or give to as a portion : DOWER, ENDOW **syn** see APPORTION
**portional** *adj* [ME, fr. LL *portionalis* partial, fr. L *portion-*, *portio* portion + *-alis* -al] **1** *obs* : PARTIAL **2** [¹*portion* + *-al*] *obs* : of, relating to, or constituting a portion or dowry
**por·tion·er** \-sh(ə)nə(r)\ *n* -s [partly fr. ²*portion* + *-er*, partly fr. ¹*portion* + *-er*] : one that portions or has a portion: as **a** *Scots law* : the owner of a portion of a decedent's estate : a small laird — see HEIR PORTIONER **b** : PORTIONIST 2
**por·tion·ist** \-sh(ə)nəst\ *n* -s [ML *portionista*, fr. L *portion-*, *portio* portion + *-ista* -ist] **1** : POSTMASTER 3 **2** : an incumbent of a benefice shared by two or more clergymen
**por·tion·less** \-shənləs\ *adj* : having no portion; *esp* : having no dowry or inheritance
**portion natural** *n* [¹*portion* + *natural*, adj.] *Scots law* : a child's legitim
**port jack·son fig** \-'jaksən-\ *n*, *usu cap P&J* [fr. *Port Jackson*, New So. Wales, Australia] : an Australian fig (*Ficus rubiginosa*) resembling the banyan, sometimes planted for ornament, and introduced into southern Africa for brushwood
**port jackson pine** *n*, *usu cap P&J* : an Australian cypress pine (*Callitris cupressiformis*) having globular cones with scales much dilated upward
**port jackson shark** *n*, *usu cap P&J* : a shark of the genus *Heterodontus*; *esp* : a small harmless shark (*H. japonicus*) of Australasian coastal waters that is brown to reddish brown and feeds chiefly on mollusks
**port·land** \'pōrtlənd, -ȯrt-, -ōət-, -ō(ə)t-\ *adj*, *usu cap* **1** [fr. *Portland*, city in southwest Maine] : of or from the city of Portland, Maine ⟨*Portland* harbor⟩ : of the kind or style prevalent in Portland, Maine **2** [fr. *Portland*, city in northwest Oregon] : of or from the city of Portland, Oreg. : of the kind or style prevalent in Portland, Oreg.
**portland arrowroot** *or* **portland sago** \"-\ *n*, *usu cap P* [fr. Isle of *Portland*, peninsula in southern England] **1** : arum from the cuckoopint **2** : CUCKOOPINT
**portland blast-furnace slag cement** *n* [*portland cement*] : a cement produced by intimately intergrinding a mixture of portland cement clinker and granulated blast-furnace slag in widely varying proportions
**portland cement** *n* [fr. Isle of *Portland*; fr. its resemblance to Portland stone] : a hydraulic cement made by finely pulverizing the clinker produced by calcining to incipient fusion a mixture of argillaceous and calcareous materials — see ALUMINA CEMENT; compare AIR ENTRAINMENT, NATURAL CEMENT, PORTLAND BLAST-FURNACE SLAG CEMENT
**port·land·er** \'⸗ləndə(r)\ *n* -s *cap* [*Portland* + *-er*] : a native or resident of Portland, Oreg. or Portland, Me.
**port·land·ite** \-,dīt\ *n* -s [*portland* (*cement*) + *-ite*] : CALCIUM HYDROXIDE
**portland-pozzolan cement** \;⸗⸗;⸗⸗⸗-\ *n* [*portland cement* + *pozzolana*] : a portland cement to which pozzolana is added during the grinding of the cement clinker
**portland stone** *n* [fr. Isle of *Portland*, peninsula in southern England, its locality] **1** *usu cap P* : a yellowish white oolitic building limestone **2** *usu cap P* [fr. *Portland*, town in southern Connecticut, its locality] : a purplish brown sandstone **3** *often cap P* : LIGHT STONE
**portland tern** *n* : ARCTIC TERN
**port·last** \'pōrt,last\ *n* -s [origin unknown] : the upper edge of a gunwale : a bulwark rail — called also *portoise*
**portledge** *n* [alter. (perh. influenced by *privilege*) of *portage*] *obs* : PORTAGE 3
**port·let** \'⸗lət\ *n* -s [¹*port* + *-let*] : a small harbor
**portlight** \'⸗,⸗\ *n* [³*port* + *light*] **1** : the glass pane in a ship's