**¹shrew** \'shrü, *esp South* 'srü, *dial* 'swü\ *n* -s [ME *shrewe* evil person, scolding person, scolding woman, fr. OE *scrēawa* shrew (small mammal)] **1** : any of numerous small mouselike chiefly nocturnal mammals of the family Soricidae which are most closely related to the moles, have a long pointed snout, very small eyes, and velvety fur, feed mainly on worms and insects, and of which most U. S. forms belong in two genera (*Sorex* and *Blarina*) — see ELEPHANT SHREW, LONG-TAILED SHREW, SHORT-TAILED SHREW, TREE SHREW, WATER SHREW **2** *obs* : a wicked or evil person : SCOUNDREL **3** : a vexatious, scolding, or brawling woman : SCOLD, TERMAGANT ⟨a ~, a woman with the temper of a fiend —C.S.Forester⟩ ⟨~ berating her unemployed husband for not supporting her —John McCarten⟩ — often opposed to *sheep*

**²shrew** \"\ *vt* -ED/-ING/-S [ME *shrewen*, fr. *shrewe*, n.] **1** *obs* : CURSE ⟨~ me if I would lose it —Shak.⟩ **2** : to treat with shrewish abuse ⟨a wicked woman to ~ his splendid features out of shape —Randall Jarrell⟩

**shrewd** \'shrüd, *esp South* 'srüd, *dial* 'swüd\ *adj* -ER/-EST [ME *shrewed*, fr. *shrewe* + *-ed*] **1 a** *archaic* : causing trouble : MISCHIEVOUS, NAUGHTY ⟨a ~ and knavish spirit called Robin Goodfellow —Shak.⟩ **b** *obs* : causing injury : HURTFUL ⟨an ant . . . is a ~ thing in an orchard —Francis Bacon⟩ **2** *obs* : marked by bad temper : SHREWISH, ABUSIVE ⟨~ words . . . improved into smart blows —Thomas Fuller⟩ ⟨thou wilt never get thee a husband if thou be so ~ of thy tongue —Shak.⟩ **3 a** *obs* : tending to disadvantage : OMINOUS, UNFORTUNATE **b** : beset with hardships or difficulties : DANGEROUS, DISTRESSING ⟨the ordeal of a situation ~ as any that can happen to her sex in civilized life —George Meredith⟩ **4 a** : SEVERE, HARD ⟨a ~ knock⟩ ⟨gives out ~ galvanic shocks —R.L.Stevenson⟩ ⟨give you a ~ kick in the wind —*Punch*⟩ **b** : BITING, PIERCING ⟨a ~ wind⟩ ⟨the first ~ gust of a storm —S.H.Adams⟩ **5 a** : marked by cleverness, discernment, or sagacity : ASTUTE, KEEN ⟨~ observer⟩ ⟨~ design⟩ ⟨~ reply⟩ ⟨~ business sense⟩ ⟨~ appraisal of political maneuvers —W.A.Swanberg⟩ **b** : marked by artfulness or trickiness : WILY ⟨a ~ operator —Irving Bacheller⟩ **c** : penetrating near the truth : KNOWING ⟨~ guess⟩ ⟨~ suspicion⟩ ⟨had a very ~ idea where to look for her —Margery Allingham⟩ **d** : sharp and searching ⟨a ~ eye⟩ ⟨an inspection of the ~*est* sort —Sarah O. Jewett⟩

**syn** SAGACIOUS, PERSPICACIOUS, ASTUTE: SHREWD may describe a blended practical, hardheaded cleverness, judgment, and acute perception ⟨could on occasions be surprisingly *shrewd* — she had a habit of seeing through people's words right down into their motives —Victoria Sackville-West⟩ ⟨he is *shrewd*, sharp, hard and acute, and he is, one believes, the greatest master of the art of publicity and propaganda to arise in this generation —Sidney Hyman⟩ SAGACIOUS may connote wisdom, penetration, discernment, farsightedness and, above all, keen mature judgment ⟨his strength was in his *sagacious* sifting of practical ideas from the mass of suggestions proffered by his contemporaries —T.D.McCormick⟩ ⟨a strategical withdrawal might have been *sagacious* here —C.H.Sykes⟩ PERSPICACIOUS may indicate unusual power to perceive or understand what is obscure or mysterious ⟨these were the fundamental difficulties, but few men were *perspicacious* enough to appreciate them —Allan Nevins & H.S.Commager⟩ ⟨those blind spots which are found in the most *perspicacious* mortals —L.P.Smith⟩ ASTUTE may indicate mature shrewd perspicacity with esp. careful discretion, wise diplomacy, and calculated discernment ⟨a masterpiece of calculated cajolery from an *astute* adventuress —J.C.Powys⟩ ⟨*astute* financiers who see in the large organization an easier mechanism for their manipulations of credit, for their inflation of capital values, for their monopolistic controls —Lewis Mumford⟩

**shrewd·ly** *adv* [ME *shrewedly*, fr. *shrewed* shrewd + *-ly*] : in a shrewd manner: as **a** : HURTFULLY, SEVERELY ⟨gore him ~ in the exposed flank —James Stevenson-Hamilton⟩ **b** : INTENSELY ⟨hated each other ~ —H.O.Taylor⟩ **c** : ASTUTELY, KNOWINGLY ⟨~ estimating his son as a man of very mediocre parts —Herman Wouk⟩ ⟨her eyes followed him ~ —Liam O'Flaherty⟩

**shrewd·ness** *n* -ES [ME *shrewednesse*, fr. *shrewed* shrewd + *-nesse* -ness] : the quality or state of being shrewd: as **a** : sagacity in practical affairs ⟨the political ~ that characterized his later career —Carol L. Thompson⟩ **b** : keenness of discernment : ACUMEN ⟨the tradition of rural ~ —Malcolm Cowley⟩

**shrewdy** \-dē, -di\ *n* -ES *slang* : a shrewd person

**shrew·ish** \'shrüish, -üēsh, *esp South* 'srü-, *dial* 'swü-\ *adj* : resembling or having the characteristics of a shrew : ILL-TEMPERED, INTRACTABLE ⟨a small, ~ woman with . . . eyes which boded temper —Dorothy Sayers⟩ ⟨her ~ tongue —Peggy Durdin⟩ ⟨the ~ river —Murray Schumach⟩

**shrew·ish·ly** *adv* : in a shrewish manner

**shrew·ish·ness** *n* -ES : the quality or state of being shrewish

**shrewlike** \'ₛ,ₛ\ *adj* : resembling a shrew

**shrew·ly** *adv* [obs. E *shrew*, adj., evil, malicious (fr. ME *shrewe*, fr. *shrewe*, n., evil person) + E *-ly* — more at SHREW] : SHREWDLY

**shrew mole** *n* : any of numerous relatively slender moles that somewhat resemble shrews: as **a** : a mole of an Asiatic genus (*Uropsilus*) **b** : one of a No. American genus (*Neurotrichus*)

**shrewmouse** \'ₛ,ₛ\ *n*, *pl* **shrewmice** : SHREW 1

**shrews** *pl of* SHREW, *pres 3d sing of* SHREW

**shrews·bury cake** \'sh(r)üzb(ə)rē, 'sh(r)ōl, -,berē-, -ri- *sometimes by r-dissimilation* 'shüz or ['shōl\ *n*, *usu cap S* [fr. *Shrewsbury*, city in western England] : a short sweet biscuit baked in wafers

**shri** *var of* SRI

**¹shriek** \'shrēk, *esp South* 'srēk, *dial* 'swēk\ *vb* -ED/-ING/-S [prob. irreg. fr. ME *shriken* to shriek; akin to ON *skrækja* to screech — more at SCREAM] *vi* **1 a** : to utter a sharp shrill sound (as of some birds and animals) ⟨bear . . . an old hare ~ —G.G.Carter⟩ **b** : to cry out in a high-pitched voice : SCREECH ⟨the ladies ~*ed* at the sight of the skull —T.L.Peacock⟩ ⟨a tangle of hysterical girls . . . sweeping down the main street, ~*ing* —Jean Stafford⟩ **2 a** : to make a sound resembling a shriek ⟨keep the siren ~*ing* —*Amer. Guide Series: Minn.*⟩ ⟨the wind . . . ~*ing* like ten thousand devils —P.B.Cronk⟩ **b** : to suggest such a sound (as by vividness of expression) ⟨yellow landscape print that ~*ed* from the flowered wallpaper —Margaret Long⟩ ~ *vt* **1** : to utter or sound forth with a shriek or sharply and shrilly ⟨~ an alarm⟩ ⟨the sirens ~*ed* their warning —*Rotarian*⟩ **2** : to express in a manner suggestive of a shriek ⟨headlines ~*ing* their sensational news of the murder⟩

**²shriek** \"\ *n* -s **1** : a shrill usu. wild or involuntary cry (as of sudden or extreme terror or pain or of violent laughter) ⟨a starling . . . gave a piercing ~ —*Time*⟩ ⟨the agonizing ~*s* of the wounded —Charles Lever⟩ ⟨~*s* of mirth —R.B.D. French⟩ **2** : a sound resembling a shriek ⟨the sudden ~ of chalk on a blackboard —Earle Birney⟩

**shriek·ing·ly** *adv* : with a shriek ⟨~ the timber cracks —George Meredith⟩

**shriek owl** *n* **1 a** *archaic* : SCREECH OWL **b** *dial Eng* : BARN OWL **2** *dial Eng* : SWIFT

**shrieky** \-kē, -ki\ *adj* -ER/-EST : resembling a shriek : HIGH-PITCHED, HYSTERICAL ⟨a ~ voice⟩

**shriev·al** \'shrēvəl, *esp South* 'srē-, *dial* 'swē-\ *adj* [*shrieve* + *-al*] : of or relating to a sheriff ⟨~ badge⟩ ⟨the functions of his ~ office⟩

**shriev·al·ty** \-ltē, -ti\ *n* -ES [*shrieve* + *-alty* (as in *royalty*)] *chiefly Brit* **1** : the office of a sheriff ⟨the honor of the ~⟩ **2** : the term of office of a sheriff ⟨the events of his ~⟩ **3** : the jurisdiction of a sheriff ⟨the sheriff has publicly admitted that there are . . . milk bars in his ~ —H.F.Ellis⟩

**¹shrieve** \'s(h)rēv\ *archaic var of* SHERIFF

**²shrieve** \"\ *archaic var of* SHRIVE

**¹shrift** \'shrift, *esp South* 'sri-, *dial* 'swi-\ *n* -s [ME *shrift*, *shrifte*, fr. OE *scrift*, fr. *scrīfan* to shrive — more at SHRIVE] **1** *archaic* **a** : the act of shriving : confession of one's sins esp. to a priest in the sacrament of penance **b** : ABSOLUTION 3a **2** : acknowledgment or disclosure (as of guilt, wrongdoing, something secret) to someone ⟨those . . . who have made ~ of love —Sebastian Evans⟩ **3** *obs* : CONFESSIONAL ⟨his bed shall seem a school, his board a ~ —Shak.⟩

**²shrift** \"\ *vt* -ED/-ING/-S *archaic* : SHRIVE

**shriftfather** \'ₛ,ₛₛ\ *n* [ME *shriftfader*, fr. *shrift*, *shrifte* shrift + *fader* father] *archaic* : FATHER CONFESSOR

**¹shrike** \'shrīk, *esp South* 'srīk, *dial* 'swīk\ *chiefly dial var of* SHRIEK

**²shrike** \"\ *n* -s [perh. fr. (assumed) ME *shrik*, fr. OE *scric* thrush; akin to ME *shriken* to shriek — more at SHRIEK] **1** : any of numerous oscine birds of the family Laniidae and esp. of the genus *Lanius* that have a strong notched bill hooked at the tip, feed chiefly on insects and often impale their prey on thorns, and generally have the plumage predominantly gray or brownish with the wings and tail black marked with white — see BUTCHER-BIRD, LOGGERHEAD SHRIKE, MIGRANT SHRIKE, NORTHERN SHRIKE, RED-BACKED SHRIKE, WHITE-RUMPED SHRIKE **2** : any of various birds felt to resemble or formerly classified with the Laniidae (as an antbird or drongo) — usu. used with a qualifying term; see ANTSHRIKE, CUCKOO SHRIKE, WOOD SHRIKE

**shrike thrush** *n* **1** : an Indian timaliine bird of the genus *Gampsorhynchus* **2** : any of several Australian singing birds of the genus *Colluricincla* that resemble the shrike

**shrike tit** *n* **1** : any of several species of Australian birds of the genus *Falcunculus* that have a strong toothed bill and sharp claws and that creep over the bark of trees like titmice in search of insects **2** : HILL TIT **3** : FALCONET 3

**¹shrill** \'shril, *esp South* 'sril, *dial* 'swil\ *vb* -ED/-ING/-S [ME *shrillen*; prob. akin to OE *scrallettan* to resound loudly, OSw *skrælla* to rattle, bang] *vi* : to utter or emit an acute, piercing sound : produce a sharp shrill sound : SCREECH, SCREAM ⟨in the trees outside the cicadas were ~*ing* —Lucien Price⟩ ⟨the loudspeaker ~*ed* with the noise —C.S.Forester⟩ ~ *vt* : to utter or express (as a sound or words) in a shrill tone ⟨~*ed* orders and then fell with a scream —F.V.W.Mason⟩ ⟨headlines have ~*ed* disquieting news —Dorothy Barclay⟩

**²shrill** \"\ *adj* -ER/-EST [ME *shrille*, fr. *shrillen*, v.] **1 a** : having or emitting a sharp high-pitched tone or sound : PIERCING, PENETRATING ⟨a ~ whistle⟩ ⟨the ~ music of the calliope —*Amer. Guide Series: Tenn.*⟩ **b** : accompanied by sharp high-pitched sounds or cries ⟨make ~, hysterical little sorties around the shops after lunch —C.G.Glover⟩ **2** : having an intense, sharp, or vivid effect on the senses : KEEN, PUNGENT ⟨arc lamps bathed the occasion in ~ blue light —Noel Coward⟩ ⟨everything looked different: the outlines were ~*er* —Elizabeth Pollet⟩ **3 a** : marked by a sharp insistence on being heard : ILL-TEMPERED, STRIDENT ⟨criticism . . . so ~ and partisan that it has provoked resistance and resentment —R.K. Carr⟩ **b** : marked by a lack of restraint or emotional control : INTEMPERATE, EXTRAVAGANT ⟨with every look his wrath became ~*er*, narrower, more personal —Max Lerner⟩

**³shrill** \"\ *adv* [ME *shrille*, fr. *shrille*, adj.] *archaic* : SHRILLY ⟨through the high wood echoing ~ —John Milton⟩

**⁴shrill** \"\ *n* -s [¹*shrill*] : a shrill sound ⟨the ~ of a ship's whistle⟩ ⟨the ~ of crickets —F.D.Ommanney⟩

**shrilling** *n* -s [fr. gerund of ¹*shrill*] : a more or less continued shrill noise or cry ⟨the clash of swords and ~ of trumpets —P.J.Searles⟩; *esp* : STRIDULATION ⟨the slow ~ of the field cricket in the grass —Sidney Lanier⟩

**shrill·ness** *n* -ES : the quality or state of being shrill ⟨the voice of woman . . . stretched into unnatural ~ by anger and impatience —T.L.Peacock⟩ ⟨the ~ of the . . . electoral campaign —*Foreign Affairs*⟩

**¹shril·ly** \-il(l)ē, -li\ *adv* [²*shrill* + *-ly*] : in a shrill manner: as **a** : in a high-pitched voice or tone ⟨the medics were whistling ~ —R.O.Bowen⟩ **b** : in a high-strung, sharply insistent manner ⟨protests a little too ~ —Robert Payne⟩

**²shrilly** \-lē, -li\ *adj* [²*shrill* + *-y*] : somewhat shrill ⟨a ~ sound⟩ ⟨parrots of ~ green —W.W.Gibson⟩

**¹shrimp** \'shrimp, *esp South* 'sri-, *dial* 'swi-\ *n*, *pl* **shrimps** *also* **shrimp** [ME *shrimpe* shrimp (crustacean), puny person; akin to MHG *schrimpf* scratch, slight wound, *schrimpfen* to wrinkle, Sw *skrympa* to shrink, L *curvus* curved — more at CROWN] **1 a** : any of numerous relatively small mostly marine decapod crustaceans (suborder Natantia) having a slender elongated body with a laterally compressed abdomen, long legs, and a long, more or less spiny rostrum **b** : any of various small crustaceans (as mysids, euphausids, amphipods, and branchiopods) that resemble the true shrimps — often used with a qualifying term — see BRINE SHRIMP, FAIRY SHRIMP; compare PRAWN **2** : a very small or puny person or thing — usu. used disparagingly ⟨an unimposing little ~ of a man —*Living Age*⟩ **3** *or* **shrimp pink** *or* **shrimp red** : a variable color averaging a deep pink that is bluer, lighter, and stronger than average coral and stronger and slightly yellower and lighter than fiesta

**²shrimp** \"\ *vi* -ED/-ING/-S : to fish for or catch shrimps ⟨~*ing* further offshore —*Fishing Gazette*⟩

**shrimp·er** \-pə(r)\ *n* -s : one that shrimps: **a** : a shrimp fisherman **b** : a boat engaged in shrimping

**shrimpfish** \'ₛ,ₛ\ *n* : any of numerous small compressed East Indian marine fishes of the family Centriscidae that are related to the bellows fish and have a tubular snout and the body covered with an armor of transparent bony plates which is fused with the endoskeleton, extends over and beyond the down-turned dorsal and caudal fins, and terminates in a long spine

**shrimp·ish** \-pish, -pēsh\ *adj* : somewhat diminutive : PUNY ⟨tied the apron around his ~ person —Christopher Morley⟩

**shrimp plant** *n* : a widely cultivated tropical American shrubby plant (*Beloperone guttata*) of the family Acanthaceae having whitish flowers borne in spikes and protruding from overlapping broadly ovate reddish brown bracts

**shrimpy** \-pē, -pi\ *adj* -ER/-EST **1** : full of shrimp ⟨a ~ bay⟩ **2** : DIMINUTIVE ⟨a ~ child —Doris Peel⟩ ⟨~ rosebuds —*Harper's*⟩

**¹shrine** \'shrīn, *esp South* 'srīn, *dial* 'swīn\ *n* -s [ME *shrin*, *shrine*, fr. OE *scrīn*, fr. L *scrinium* case, chest, box; perh. akin to Russ *krivoĭ* crooked, L *curvus* curved — more at CROWN] **1** : a case, box, or receptacle; *esp* : one in which sacred relics (as the bones of a saint) are deposited : RELIQUARY **2** : a receptacle (as a casket or tomb) for the dead; *esp* : the tomb of one considered holy or of hallowed memory **3 a** : a place or object hallowed or honored from its history or associations ⟨a small country township . . . famous to tourists as the ~ of a late-Victorian novelist —*Sydney (Australia) Bull.*⟩ **b** : an object, structure, or place that is considered sacred by a religious group and that serves as the focus of the performance of some ritual : SANCTUARY

**²shrine** \"\ *vt* -ED/-ING/-S [ME *shrinen*, fr. *shrin*, *shrine*, n.] **1** *archaic* : to place in or provide with a shrine ⟨a goddess *shrined* in every tree —Alexander Pope⟩ **2** : to enclose as if in a shrine : ENSHRINE ⟨has the feeling of truth already *shrined* in his own breast —William Hazlitt⟩

**shrin·er** \-nə(r)\ *n* -s *usu cap* [*Shrine* (in the name *Order of the Mystic Shrine*) + *-er*] : a member of a secret fraternal society called the Order of the Mystic Shrine that is non-Masonic but admits only Knights Templars and 32d-degree Masons to membership

**¹shrink** \'shriŋk, *esp South* 'sr|, *dial* 'sw|\ *vb* **shrank** \|aŋk, |aiŋk\ *also* **shrunk** \|əŋk\ **shrunk** *or esp in adjectival use* **shrunk·en** \-kən *sometimes* -kᵊŋ\ **shrinking**; **shrinks** [ME *shrinken*, fr. OE *scrincan*; akin to MD *schrinken* to draw back, shrink back, OSw *skrunkin* shrunken, L *curvus* curved — more at CROWN] *vi* **1** : to contract or curl up the body or part of it usu. because of physical stress, fear, or revulsion : HUDDLE, COWER ⟨~ with cold⟩ ⟨~ in horror⟩ ⟨seemed to ~ into himself —Gordon Merrick⟩ ⟨found the atmosphere . . . so gusty that he was glad to ~ out of sight —Samuel Butler †1902⟩ **2 a** : to contract to a less extent or compass ⟨the black peaty earth *shrank* as soon as it was dry —G.M.Trevelyan⟩ **b** : to become smaller or more compacted (as from heat or wetting) ⟨*shrank* over 30% after five launderings —*For Instance*⟩ **c** : to contract after the release of tension ⟨nylon yarn, when wound off a package into skein form, ~*s* . . . as much as 2.8% —W.E. Shinn⟩ **d** : to lose substance or weight (as in cooking) ⟨meat ~*s* in cooking by losing water and fat⟩ **e** : to lessen in value : DWINDLE ⟨seeing their earnings ~ as overtime gave way to shorter work weeks —J.A.Lack⟩ **3 a** : to draw back ; retire to shelter ⟨*shrank* toward a doorway some few yards on —Arthur Morrison⟩ **b** (1) : to withdraw to avoid encounter : slink away ⟨turns and ~*s* from the room —Sidney Howard⟩ (2) : FLINCH ⟨refused to ~ from a . . . thrusting knife —Ward Moore⟩ **c** : to hold back (as from an action or responsibility) esp. because of fear or distaste : RECOIL ⟨a very formidable deed, but he was determined not to ~ from it —Eden Phillpotts⟩ ~ *vt* **1** *obs* : to draw back or in (as a horn) : RETRACT ⟨make the Sun ~ in his beam —Edward Young⟩ **2 a** *archaic* : to reduce (as the body) to smaller compass ⟨her body huge she *shrank* —William Morris⟩ **b** : to cause to contract or shrink ⟨human heads *shrunk* to orange-size —J.H.Cutler⟩ **c** : to compact (cloth) by causing to contract when subjected to washing, boiling, steaming, or other processes **d** : to make smaller or less significant ⟨~*ing* the office to the holder's ability⟩ **3 a** *archaic* : to draw or move out of the way (a part of the body) ⟨she *shrank* her hand back —George Meredith⟩ **b** *obs* : SHRUG ⟨he *shrunk* up his shoulders at it —Daniel Defoe⟩ **syn** see CONTRACT, RECOIL — **shrink on** : to cause (as a metal ring or hoop) to become fixed tightly around another object by heating sufficiently to slip into place while expanded and then allowing to cool and contract — **shrink out** : to remove (fullness) in tailoring esp. woolen fabrics by steam pressing

**²shrink** \"\ *n* -s **1** : the act of shrinking : WITHDRAWAL, RECOIL ⟨the shiver and ~ with which the sitter caught sight of him —Lew Wallace⟩ **2** : SHRINKAGE

**shrink·able** \-kəbəl\ *adj* : capable of being shrunk ⟨a ~ fabric⟩

**shrink·age** \-kij, -kēj\ *n* -s **1** : the act or process of shrinking: as **a** : the contraction of metal when cooled **b** : the reduction in volume of excavated earth when compacted in the fill **c** : the loss in weight of livestock during shipment and in the process of preparing the meat for consumption **d** : the loss in weight of meat during cooking **e** : DRY SHRINKAGE **f** : reduction in number or value ⟨a deplorable ~ in the number of qualified teachers —Douglas Bush⟩ ⟨a ~ in the public budget will depress . . . economic activity —R.A.Musgrave⟩ **2** : the amount of contraction, reduction or depreciation ⟨suffered a 10% ~ in transit⟩

**shrinkage rule** *or* **shrink rule** *n* : CONTRACTION RULE

**shrinkage stope** *n* : an overhand stope without timbering in which the broken ore is stored as a filling to support the workings and form a working floor

**shrink·er** \-kə(r)\ *n* -s : one that shrinks: as **a** : one that puts articles (as textiles) through a shrinking process **b** : one that shrinks on a metal part **c** : a device for reducing the diameter of a metal tire while hot

**shrinkhead** \'ₛ,ₛ\ *also* **shrinking head** *n* : FEEDHEAD

**shrinking** *pres part of* SHRINK

**shrink·ing·ly** *adv* : in a frightened or withdrawing manner : SHYLY ⟨staring ~ at you as you pass —G.W.Cable⟩

**shrinking violet** *n* : a bashful or retiring person ⟨no *shrinking violet* when it comes to telling the umpires off —*Springfield (Mass.) Daily News*⟩; *esp* : one who shrinks from public recognition of his merit

**shrink link** *n* : PRISONER 2b

**shrink-mixed concrete** \'ₛ;ₛ-\ *n* : concrete that is partially mixed in a stationary mixer before being finally mixed in a truck mixer

**shrink ring** *n* : a ring shrunk on in order to hold assembled parts (as the commutator bars of a dynamo) in fixed relative position

**shrinks** *pres 3d sing of* SHRINK, *pl of* SHRINK

**shrite** \'s(h)rīt\ *n* -s [prob. alter. of ²*shrike*] *dial Eng* : MISTLE THRUSH

**shrive** \'shrīv, *esp South* 'sr|, *dial* 'sw|\ *vb* **shrived** \|īvd\ *or* **shrove** \|ōv\ **shriv·en** \|ivən *also* ivᵊm *or* ibᵊm\ *or* **shrived**; **shriving**; **shrives** [ME *shriven*, fr. OE *scrīfan* to shrive, prescribe; akin to OFris *skrīva* to shrive, write, OHG *scrīban* to write; all fr. a prehistoric WGmc word borrowed fr. L *scribere* to write — more at SCRIBE] *vt* **1** : to hear the confession of, impose penance on, and give absolution to (a person) in the sacrament of penance ⟨the resident parson . . . would sing his daily Mass and come in to ~ the sick —G.G.Coulton⟩ **2** : to free from guilt : PARDON, PURGE ⟨~*s* his burdened mind —Robert Trumbull⟩ ~ *vi* **1** *archaic* : to hear confessions, to impose penance, and to give absolution in performance of the ecclesiastical office of confessor ⟨priests were praying, preaching, *shriving* —T.B.Macaulay⟩ **2** : to confess one's sins esp. to a priest ⟨mocked at the priest when he called her to ~ —Elizabeth B. Browning⟩

**¹shriv·el** \'shrivəl, *esp South* 'sri-, *dial* 'swi-\ *vb* **shriveled** *or* **shrivelled**; **shriveled** *or* **shrivelled**; **shriveling** *or* **shrivelling** \-v(ə)liŋ\ **shrivels** [origin unknown] *vi* **1** : to draw or be drawn into wrinkles : shrink and form corrugations ⟨the skin ~*s* with age⟩ ⟨the expanding economy would ~ like a pricked balloon —*Lamp*⟩ — often used with *up* ⟨a leaf ~*s* up in the hot sun⟩ **2** : to become reduced to inanition, helplessness, or inefficiency ⟨all their vain terrors ~*ing* up like ghosts at sunrise —Edith Wharton⟩ ~ *vt* : to cause to shrivel : SHRINK, WITHER ⟨one blazing weekend can ~ the receipts for the stoutest hit —Richard Maney⟩ ⟨filmy clouds which do not always disperse until the sun has risen and *shrivelled* them —Mary S. Broome⟩

**²shrivel** \"\ *n* -s : something (as a withered nut or fruit) that is shriveled

**¹shroff** \'shräf\ *n* -s [Hindi *sarrāf*, fr. Ar] : a banker or money changer in the Far East; *esp* : one who tests and determines the worth of coin

**²shroff** \"\ *vb* -ED/-ING/-S *vt* : to inspect and sort (coins) and separate out bad pieces ~ *vi* : to act as a shroff

**shroff·age** \-fij, -fēj\ *n* -s [¹*shroff* + *-age*] : the commission charged for shroffing

**shrogs** \'s(h)rägz\ *n pl* [ME *shrogys*, pl. of *shrog*, perh. alter. of *skrogge* stunted shrub or branch] *dial Eng* : BRUSHWOOD

**¹shrop·shire** \'s(h)räp,shi(ə)r, -iə, -pshə(r)\ *adj*, *usu cap* [fr. *Shropshire*, county in western England] : of or from Shropshire, England : of the kind or style prevalent in Shropshire : SALOPIAN

**²shropshire** \"\ *n*, *usu cap* : a widely distributed English breed of dark-faced hornless mutton-type sheep that are similar to the Southdown but larger and that produce a heavy well-crimped fleece of medium fineness and length

**¹shroud** \'shraud, *esp South* 'sraud, *dial* 'swaud\ *n* -s [ME, fr. OE *scrūd*; akin to ON *skrūth* shrouds of a ship, cloth, OE *scrēade* shred — more at SHRED] **1 a** *obs* : a covering for the body : GARMENT **b** : burial garment : WINDING-SHEET, CEREMENT **2 a** *obs* : a covered place (as a cave or den) used as a retreat or shelter **b shrouds** *pl*, *archaic* : an underground chapel (as the chapel of St. Faith's under St. Paul's Cathedral in London) **c** *obs* : PROTECTION ⟨put yourself under his ~, the universal landlord —Shak.⟩ **d** *archaic* : the overspreading foliage of a tree ⟨a cedar . . . with fair branches, and with a shadowing ~ —Ezek 31:3 (AV)⟩ **3** : something that covers, screens, or guards ⟨a ~ of secrecy⟩ ⟨a ~ of dust hanging over the city⟩: as **a** : the metal piece between the hood and the cowl on an automobile body **b** *or* **shroud plate** : one of the two annular plates at either side at the periphery of a water-wheel that form the sides of the buckets **c** : one of two similarly placed flanges forming part of the wheel casting to strengthen the teeth of a gear wheel or peripheral support to turbine or fan bedding **d** : the disk ends of lantern clock pinions into which the pins are set **e** : the muslin cloth put on dressed beef for protection and cleanliness **f** : a sheet-metal guard protecting an airplane fuselage from exhaust heat **4 a** : one of the ropes of hemp or wire leading usu. in pairs from a ship's mastheads to give lateral support to the masts — see SHIP illustration **b** *also* **shroud line** : one of the cords that suspend the harness of a parachute from the canopy

**²shroud** \"\ *vb* -ED/-ING/-S [ME *shrouden*, fr. *shroud*, n.] *vt* **1 a** *archaic* : to cover (as a person) for protection : SHELTER ⟨~ these weaklings from blows —Nathaniel Fairfax⟩ **b** *obs* : to conceal (as a person) in a secret or hidden place ⟨I have been closely ~*ed* in this bush —Shak.⟩ **2 a** : to cut off from view : SCREEN ⟨trees ~*ed* in a heavy mist⟩ **b** : to veil under another appearance (as by obscuring or disguising) ⟨~*ed* in cipher⟩ ⟨uncertainty . . . ~*s* the identity of the early peoples —*Amer. Guide Series: Ind.*⟩ **3** : to cover with a shroud; *esp* : to enclose in a winding sheet : dress for burial **4** : to cover (sides of beef) with muslin **5** : TRIM, LOP ⟨climb up . . . and ~ off the lower boughs —Thomas Hardy⟩ ~ *vi*, *archaic* : to take or seek shelter ⟨wilt thou ~ in haunted cell —William Collins †1759⟩

**shrouding** *n* -s : the shrouds on a water wheel, gear wheel, fan wheel, or propeller

Case 1:05-cv-00434-GMS Document 80-2 Filed 06/09/2006 Page 2 of 9

and ~ —Charles Lee⟩ **4 a :** a faint suggestion : noticeable trace : SMATTERING — usu. used with *of* ⟨kindness is seasoned with the ~ of humor —Elliott Dobson⟩ ⟨will find himself getting a ~ of enjoyment out of it —S.C.Pepper⟩ **b :** a distinguishing characteristic that sets apart or gives a special individuality ⟨nothing in contemporary England quite to match . . . the American ~ —Howard M. Jones⟩ ⟨give the place a definite grass-roots ~ —D.F.Malcolm⟩ **5 :** SURGEONFISH **6** *Scot & dial Eng* **:** a low projecting cape or narrow strip of land **7 :** JET 3 **8 :** a ship's mast fitting to which stays and shrouds are attached **9 :** a diamond cutter's stand for holding the dop in constant position with reference to the surface of the skeif so as to cut and polish the stone **syn** see TASTE

²**tang** \"\ *vt* -ED/-ING/-S [ME *tangen*, fr. *tang*, *tange*, n.] **1** *dial Eng* **:** STING **2 :** to furnish with a tang **3 :** to affect with or as if with a tang ⟨evergreen forests ~*ed* with salt air —*Amer. Guide Series: Oregon*⟩ ⟨breeze blows . . . ~*ed* with flowers —Amy Lowell⟩

³**tang** \"\ *n* -S [of Scand origin; akin to Dan & Norw *tang* seaweed, ON *thang* kelp, tangleweed] **:** any of various large coarse seaweeds; *esp* **:** a rockweed of the genus *Fucus* — compare BLADDER WRACK 1; see PRICKLY TANG

⁴**tang** \"\ *vb* -ED/-ING/-S [imit.] *vt* **1 :** to cause to ring or sound loudly ⟨~*ing* the spoon on the shovel —Flora Thompson⟩ **2 :** to utter with a tang ⟨let thy tongue ~ arguments of state —Shak.⟩ ~ *vi* **:** to make a harsh ringing sound

⁵**tang** \"\ *n* -S [imit.] **:** a sharp twanging sound (as of a single stroke on metal or of the plucking of a string) **:** TWANG

⁶**tang** \'täŋ\ *adj, usu cap* [*Tang*, *T'ang*, Chin. dynasty (A.D. 618–907), fr. Chin (Pek) *t'ang*²] **:** of, relating to, or having the characteristics of the period of the Tang dynasty and esp. of the art forms developed during that period ⟨*Tang* pottery⟩

**tan·ga** *also* **tang·ka** *or* **tan·ka** *or* **tan·kah** \taŋ'gä, -ŋ'kä\ *n* -S [Hindi *ṭaṅgā*] **:** any of various Eastern coins: as **a :** a former silver coin of India corresponding to the rupee **b :** an old debased silver coin of Tibet **c :** a bronze coin of Portuguese India and corresponding unit of value equal to ¹⁄₁₆ rupia

**tan·ga·le** \täŋ'gälē\ *n, pl* **tangale** *or* **tangales** *usu cap* **1 :** a people of the Bauchi district of northern Nigeria **2 :** the language of the Tangale people

**tan·ga·lung** \taŋ'gälaŋ\ *n* -S [Malay *tĕnggalong*] **:** a long-muzzled civet (*Viverra tangalunga*) that is dark gray with longitudinal black stripes more or less broken into spots and is widely distributed in the East Indies

**tang·an·tang·an** \,taŋ,än'täŋ,än\ *n* -S [Tag] **:** CASTOR-OIL PLANT

**tan·gan·yi·ka** \¦taŋgən¦yēkə, ¦taŋg-, ¦taiŋg-, -gə¦nē-\ *adj, usu cap* [fr. *Tanganyika*, territory in eastern Africa] **:** of or from Tanganyika **:** of the kind or style prevalent in Tanganyika

¹**tan·gan·yi·kan** \-ēkən\ *adj, usu cap* [*Tanganyika*, eastern Africa + E *-an*] **1 :** of, relating to, or characteristic of Tanganyika **2 :** of, relating to, or characteristic of the people of Tanganyika

²**tanganyikan** \"\ *n* -S *cap* [*Tanganyika* + E *-an* (n. suffix)] **:** a native or inhabitant of Tanganyika

**tan·gar·i·dae** \tan'garə,dē, taŋ'g-\ [NL, fr. Pg *tangará* tanager + NL *-idae* — more at TANAGER] *syn of* THRAUPIDAE

**tan·ga·ro·an** \,täŋ(g)ə'rōən, ,taŋ-\ *n* -S *usu cap* [*Tangaroa*, Polynesian deity + E *-an*] **:** one of an ethnic group or late wave of conquering Polynesians

**tang chisel** *n* [¹*tang*] **:** a chisel in which the shank tapers to a point and is driven into a handle

**tanged** \'taŋd, -aiŋd\ *adj* **:** having or equipped with a tang ⟨~ flint daggers⟩

**tan·ge·lo** \'tanjə,lō\ *n* -S [blend of *tangerine* and *pomelo*] **1 :** a hybrid between a tangerine or mandarin orange and either a grapefruit or shaddock **2 :** the fruit of the tangelo

**tan·gem·on** \tan'jemən\ *n* -S [blend of *tangerine* and *lemon*] **1 :** a hybrid between the tangerine and the lemon **2 :** the fruit of the tangemon

**tan·gen·cy** \'tanjənsē, 'taan-, -si\ *n* -ES **:** the quality or state of being tangent

**tang end** *n* **:** a projection on the end of a rod used to strengthen the joint between the rod and a pipe

¹**tan·gent** \'tanjənt, 'taan-\ *adj* [L *tangent-*, *tangens*, pres. part. of *tangere* to touch; akin to Gk *tetagōn* having seized, OE *thaccian* to stroke, touch gently] **1 a :** touching at a single point ⟨a straight line ~ to a curve⟩ **b (1) :** having a common tangent line at a point — used of two curves in a plane, two space curves, or a surface and a space curve **(2) :** having a common tangent plane at a point — used of two surfaces **2 a :** diverging from an original purpose or course **:** ERRATIC ⟨much of his work is chaotic and distorted by ~ obsessions —Tennessee Williams⟩ **b :** CONTIGUOUS **:** being in agreement ⟨subject matter ~ to the country's growth in those years —M.F.Milton⟩

²**tangent** \"\ *n* -S [NL *tangent-*, *tangens*, fr. L, pres. part. of *tangere* to touch] **1 a :** TANGENT LINE **b :** the ordinate of any point on the terminal side of an angle divided by the nonzero abscissa of this point with the vertex coinciding with the origin of a plane rectangular coordinate system and the initial side of the angle coinciding with the positive x-axis — abbr. *tan* **2 :** a course abruptly deviating from that previously pursued **:** DIGRESSION, IRRELEVANCY ⟨avoid wandering off on ~*s* —J.F.Wharton⟩ ⟨his critics . . . went off at a ~ —Saul Carson⟩ **3 :** a small upright flat-ended metal pin at the inner end of a clavichord key that strikes the string to produce the musical tone and fixes the pitch by damping the string **4 :** a piece of straight railroad track

**tan·gen·tal** \'tanjəntᵊl, (')tan¦jen-\ *adj* **:** TANGENTIAL

**tangent arc** *n* **:** a halo that touches a circular halo

**tangent-cut** \¦==¦=\ *adj* **:** TANGENT-SAWED

**tangent galvanometer** *n* **:** a galvanometer consisting of a very small magnetic needle in the center of a large vertical circular coil of wire through which electric current is passed and whose plane is in the magnetic meridian with the intensity of the current being proportional to the tangent of the angle of deflection of the needle

**tan·gen·tial** \(')tan¦jenchəl, -aan¦-\ *adj* **1 :** of, relating to, or of the nature of a tangent **:** being in the direction of a tangent **2 a :** acting along or lying in a tangent **b :** arranged or having parts arranged like tangents **3 a :** deviating widely and sometimes erratically **:** DIVERGENT ⟨the discussion method . . . is time-consuming and alarmingly ~ —R.C.Snyder⟩ **b :** touching lightly or in the most tenuous way **:** INCIDENTAL ⟨no place . . . for political controversy save in occasional ~ comment —W.R.Benét⟩

**tangential creep** *n* **:** slow horizontal movement of material composing the earth's crust

**tangential force** *n* **:** a force that acts on a moving body in the direction of a tangent to the curved path of the body

**tan·gen·tial·ly** \-chəlē, -li\ *adv* **:** in a tangential manner **:** at a tangent ⟨the vapors enter the trap ~ —*Modern Chem. Processes*⟩ ⟨a few of the times great figures come into the story, but only ~ —Jean S. Untermeyer⟩

**tangential motion** *n* **:** proper motion of a star corrected for the effect of distance and expressed in linear units usu. kilometers per second and being that component of the star's motion with respect to the solar system that is at right angles to the line of sight

**tangential stress** *n* **:** a force acting in a generally horizontal direction; *esp* **:** a force that produces mountain folding and overthrusting

**tangent line** *n* [trans. of NL *linea tangens*] **:** a line at a fixed point *P* of a curve that is the limit approached by the secant *PQ* as *Q* approaches *P* along the curve

**tan·gent·ly** \'tanjəntlē\ *adv* **:** TANGENTIALLY

**tangent plane** *n* **:** the plane through a point of a surface that contains the tangent lines to all the curves on the surface through the same point

**tangent-saw** \¦==¦=\ *vt* **:** to saw (a log) lengthwise by parallel cuts in regular succession — compare QUARTERSAW

**tangent screw** *n* **1 :** a worm that works tangentially on a worm wheel to which it imparts an endless motion **2 :** a very fine screw giving a tangential movement for making the final adjustment to an instrument of precision (as a surveyor's transit)

**tangent sight** *n* **:** a rear sight for a firearm that has the graduations corresponding to the tangents of the angles of elevation and that is usu. graduated to read in yards of range

**tangent spoke** *n* **:** a tension spoke of a bicycle or similar wheel secured tangentially to the hub

**tan·ger·e·tin** \,tanjə'rētᵊn\ *n* -S [²*tangerine* + *-etin* (as in *fisetin*)] **:** a crystalline flavone $C_{20}H_{20}O_7$ obtained from the peel of tangerines

¹**tan·ger·ine** \¦tanjə¦rēn, ¦taan-\ *adj, usu cap* [*Tanger* (Tangier), seaport in Morocco + E *-ine*] **:** of, relating to, or from Tangier

²**tangerine** \"\ *n* -S [*Tanger* (Tangier), Morocco + E *-ine* (n. suffix)] **1** *cap* **:** a native or inhabitant of Tangier **2 a (1) :** any of various cultivated citrus fruits that have deep orange to almost scarlet skin and pulp and are the only mandarins grown on a large scale in the U.S. and southern Africa — distinguished from *mandarin* **(2) :** MANDARIN 4b(1) **b :** a tree producing tangerines **:** MANDARIN 4a **3 a :** a variable color ranging from moderate reddish orange to vivid or strong orange **b :** *of textiles* **:** a strong reddish orange

**tangfish** \'=,=\ *n* [³*tang* + *fish*] *dial Brit* **:** HARBOR SEAL

**tanghan** *var of* TANGUN

**tan·ghin** \'taŋgən\ *n* -S [F, fr. Malagasy (*voa*) *tangena*] **1 :** a virulent poison derived from the kernels of the ordeal tree of Madagascar **2 :** ORDEAL TREE 1

**tan·ghin·ia** \tan'ginēə, taŋ'g-\ *n, cap* [NL, fr. Malagasy *tangina* + NL *-ia*] **:** a genus of Madagascan trees (family Apocynaceae) having evergreen oblanceolate leaves clustered at the ends of the branches and terminal cymes of small white flowers — see ORDEAL TREE 1

**tan·ghi·nin** \tan'ginən, taŋ'g-; 'taŋgənən\ *n* -S [ISV *tanghin-* (fr. NL *Tanghinia*, genus name of the ordeal tree *Tanghinia venenifera*) + *-in*] **:** a poisonous bitter crystalline compound constituting the active principle of the ordeal tree

¹**tangi** \'taŋē, 'täŋē\ *n* -S [Maori, lit., to mourn, cry] **:** a Maori funeral rite; *also* **:** a lamentation or dirge that accompanies it

²**tan·gi** \(')täŋ¦gē\ *n* -S [Per *tangi* narrowness, fr. *tang* narrow] *India* **:** a narrow gorge

**tan·gi·bil·i·ty** \,tanjə'bilədē, ,taan-, -lətē, -i\ *n* -ES **:** the quality or state of being tangible

¹**tan·gi·ble** \'tanjəbəl, 'taan-\ *adj* [LL *tangibilis*, fr. L *tangere* to touch + *-ibilis* -ible — more at TANGENT] **1 a :** capable of being touched **:** able to be perceived as materially existent esp. by the sense of touch **:** PALPABLE, TACTILE ⟨a ~ separable thing, like . . . salt or bread —Sinclair Lewis⟩ **b :** substantially real **:** MATERIAL ⟨the conquest of a territory meant a ~ advantage to the conqueror —Norman Angell⟩ ⟨a ~ gain in money —Wessie Connell⟩ **2 :** capable of being realized by the mind **:** conceived or thought of as definable or measurable ⟨I have never been in a community where happiness was so ~ —Arthur Langford⟩ ⟨the motives of action are quite ~ and the tales reflect actual situations —H.O.Taylor⟩ **3 :** constituting or consisting of a corporeal item capable of being appraised at an actual or approximate value ⟨~ assets⟩ **syn** see PERCEPTIBLE

²**tangible** \"\ *n* -S **:** something that is tangible: as **a :** a tangible asset **b :** a piece of tangible property

**tan·gi·ble·ness** *n* -ES **:** TANGIBILITY

**tangible property** *n* **:** property (as real estate) having physical substance apparent to the senses; *sometimes* **:** intangible property (as stocks, bonds, notes) involved in a government's exercise of its police or taxing power

**tan·gi·bly** \'tanjəblē, 'taan-, -bli\ *adv* **:** in a tangible manner ⟨virtue is ~ rewarded —J.D.Hart⟩

¹**tan·gier** \(')tan¦ji(ə)r, -aan-, -iə\ *also* **tan·giers** \-i(ə)rz, -iəz\ *adj, usu cap* [fr. *Tangier*, *Tangiers*, Morocco] **:** of the kind or style prevalent in Tangier **:** of the kind or style prevalent in Tangier **:** TANGERINE

²**tangier** \"\ *n, often cap* [fr. *Tangier*, *Tangiers*, seaport in Morocco] **:** OCHER ORANGE

³**tangier** *comparative of* TANGY

**tangier pea** *also* **tangier peavine** *n, usu cap T* **:** a wild pea (*Lathyrus tingitanus*) of northern Africa resembling the sweet pea and having showy but odorless flowers and pods without wings

**tangiest** *superlative of* TANGY

**tangile** *var of* TANGUILE

**tan·gil·in** \taŋ'gilən\ *n* -S [Malay *tĕnggiling*, fr. *giling* roll; fr. its characteristic of rolling itself into a ball] **:** an East Indian pangolin (*Manis javanica*)

**tanging** *pres part of* TANG

**tan·gi·pa·hoa** \¦tanjəpə¦hō, ¦tanchp-\ *n, pl* **tangipahoa** *or* **tangipahoas** *usu cap* **1 :** an extinct Muskhogean people of southeastern Louisiana **2 :** a member of the Tangipahoa people

**tangka** *var of* TANGA

**tang·khul** \'täŋ,kül\ *n, pl* **tangkhul** *or* **tangkhuls** *usu cap* **:** one of a Naga people on the eastern slopes of the Manipur hills

¹**tan·gle** \'taŋgəl, 'taiŋ-\ *vb* **tangled; tangled; tangling** \-g(ə)liŋ\ **tangles** [ME *tanglen*, *taglen*, prob. of Scand origin; akin to Sw dial. *taggla* to disarrange, tangle] *vt* **1 :** to involve so as to hamper, obstruct, or embarrass ⟨lost in a growing institutionalism, and *tangled* in a hopeless controversy —F.K.Stamm⟩ **2 :** to seize and hold in or as if in a snare **:** ENTRAP ⟨he was *tangled* by his own lies⟩ **3 a :** to unite or knit together in confusion **:** interweave or interlock in a manner almost impossible to unravel **b :** to mix inextricably ⟨economics and literature had become so . . . *tangled* —May L. Becker⟩ ⟨father's business affairs are greatly *tangled* —P.B.Kyne⟩ ~ *vi* **1 :** to engage in conflict **:** become involved in argument or altercation **:** have a set-to ⟨opposing lawyers *tangled* heatedly over . . . constitutional guarantees —*N.Y. Times*⟩ ⟨only a few planes dared to . . . ~ with the allied fleets —*Newsweek*⟩ **2 :** to become entangled **:** INTERTWINE ⟨the streets of Santa Cruz wind and ~ —V.S. Pritchett⟩

²**tangle** \"\ *n* -S **1 a :** a tangled twisted condition or mass **:** a knot of threads or something similar (as hairs, branches, vines) united confusedly or so interwoven as not to be easily disengaged **:** RAVEL, SNARL ⟨a stretch of back road that . . . now is a ~ of weeds and wild grasses —A.W.Turnbull⟩ **b :** something resembling a tangle in appearance ⟨became lost in the ~ of streets along the waterfront⟩ ⟨an interminable ~ of waterless ravines —S.H.Howard⟩ ⟨the old wharf with its ~ of sails and boats and people —Vicki Baum⟩ **2 a :** a complicated jumbled aggregation **:** a highly involved often confused state or condition ⟨in a hopeless ~ of conflicting allegiances —Gordon Merrick⟩ ⟨the formerly open . . . border is now a ~ of red tape —J.S.Roucek⟩ ⟨works amid a forbidding ~ of technical regulations and restrictions —*Lamp*⟩ **b :** a state of perplexity or complete bewilderment ⟨his brain got all in a ~ and he could make a beginning nowhere —Liam O'Flaherty⟩ **3 :** a bar or frame to which short lengths of chain bearing bundles of various material (as frayed rope or cotton waste) are attached and which is dragged over the sea bottom to entangle and catch animals (as starfish) **4 :** a serious altercation **:** ARGUMENT, CONFLICT ⟨felt she was not to blame for the ~ with her neighbor⟩ ⟨unwillingness . . . to trust an armed Germany has been a factor in every European political ~ for several hundred years —G.W.Johnson⟩

³**tangle** \"\ *also* **tangleweed** \'==,=\ *n* -S [*tangle* of Scand origin; akin to Norw *tongull* tangle, ON *thönguli* tangle, *thang* kelp, tangle, Dan *tang* seaweed — more at TANG] **:** a large seaweed; *esp* **:** either of two seaweeds (*Laminaria saccharina* or *L. digitata*)

⁴**tangle** \"\ *n* -S [prob. fr. ²*tangle*: influenced in meaning by ¹*dangle*] **:** something that is pendulous: as **a** *Scot* **:** a hanging icicle **b** *Scot* **:** a lock of hair

**tangleberry** \'==- — *see* BERRY\ *n* [⁴*tangle* + *berry*] **:** DANGLEBERRY

**tanglebush** \'==,=\ *n* [²*tangle* + *bush*] **:** a spiny branching spreading forestiera (*Forestiera neomexicana*) of the western and southwestern U.S.

**tangled** *adj* [fr. past part. of ¹*tangle*] **1 :** existing in or giving the appearance of a state of utter disorder **:** JUMBLED, SNARLED **:** thickly intertwined ⟨the ~ path which led beneath the ruined walls —Sheila Rowlands⟩ ⟨around us loom the ~ masses of peaks —P.A.Moore⟩ ⟨twenty miles of ~ traffic —Claudia Cassidy⟩ **2 :** exceedingly complex **:** very involved ⟨laws had failed to resolve the ~ case —*N.Y. Times*⟩ ⟨a simplification of ~ customs rules —*Newsweek*⟩

**tanglefish** \'==,=\ *n* [⁴*tangle* + *fish*; fr. its lean slender shape] **:** a pipefish (*Syngnathus acus*) of Europe

**tanglefoot** \'==,=\ *n, pl* **tanglefoots** [¹*tangle* + *foot*] **1 :** strong drink; *esp* **:** a cheap whiskey **2 a :** HEATH ASTER **b :** DEERWEED

**tanglehead** \'==,=\ *n* **:** a perennial grass (*Heteropogon contortus*) of worldwide distribution that is used as a forage grass in the southwestern U.S. and has long tangled flexuous awns

**tangle-legs** \'==,=\ *n pl but sing or pl in constr* **:** HOBBLEBUSH

**tan·gle·ment** \'taŋgəlmənt, 'taiŋ-\ *n* -S **:** a tangled condition **:** a state of being embroiled or confused ⟨great issues in our drama . . . serve as the background for individual human ~*s* —S.L.Weaver⟩

**tangle net** *n* **:** GILL NET

**tangleroot** \'==,=\ *n* **:** an abnormal condition of the pineapple in which the main roots wind around the rootstock instead of growing out into the soil

**tangle-tail** \'==,=\ *n* **:** a stonecrop (*Sedum acre*)

**tanglewrack** \'==,=\ *n* [³*tangle* + *wrack*] **:** ³TANGLE

**tan·gly** \'taŋg(ə)lē, 'taiŋ-, -li\ *adj* -ER/-EST **:** full of tangles or knots **:** ENTANGLED, INTRICATE, SNARLY

¹**tan·go** \'taŋ(,)gō, 'taiŋ-\ *n* -S [AmerSp, Negro drum dance, Negro dance and festival, tango, prob. of Niger-Congo origin; akin to Ibibio *tamgu* to dance] **1 a :** a ballroom dance of Spanish-American origin in ²⁄₄ time characterized by posturing, frequent pointing positions, and a great variety of steps **b :** the music for the tango or a composition marked by similar syncopation shown typically as a dotted eighth note, sixteenth note, and two eighth notes **2 :** a variety of bingo

²**tango** \"\ *vi* -ED/-ING/-S **:** to dance the tango

³**tango** \"\ *usu cap* — a communications code word for the letter *t*

**tan·gor** \'tan,jō(ə)r, 'taŋ,gō-\ *n* -S [blend of *tangerine* and *orange*] **1 :** a hybrid between the mandarin orange and the sweet orange usu. having large deeply colored and easily peeled fruit ⟨temple oranges are usu. considered to be ~*s*⟩ **2 :** the fruit of a tangor

**tan·go·receptor** \'taŋ(,)gō+\ *n* [*tango-* (fr. L *tangere* to touch) + *receptor* — more at TANGENT] **:** a receptor for the sense of touch

**tang peep** *n* **:** a peep sight mounted on the tang of the receiver of a gun

**tan·gram** \'taŋgrəm, -ang-, -an,gram\ *n* [perh. fr. Chin (Pek) *t'ang*² Chinese + E *-gram*] **:** a Chinese puzzle made by cutting a square of thin material into five triangles, a square, and a rhomboid which are capable of recombination in many different figures

tangram

¹**tangs** \'taŋz\ *Scot & dial Eng var of* TONGS

²**tangs** *pl of* TANG, *pres 3d sing of* TANG

**tangue** \'taŋ\ *n* -S [Malagasy *tàndeke*] **:** TENREC

**tang·ui·le** *or* **tang·i·le** \'täŋgəlē\ *n* -S [Tag *tangili*] **1 :** a Philippine mahogany (*Shorea polysperma*) with reddish brown wood **2 :** the wood of tanguile — called also *red lauan*

**tang·uing·ue** \täŋ'iŋē\ *also* **tang·ui·gue** \täŋ'ēgē\ *n* -S [Tag *tanguingi*] **:** SPANISH MACKEREL 1c

**tan·guis cotton** \'täŋ,gwēs-\ *n, usu cap T* [AmerSp *tangüis*] **:** a white-fibered Peruvian cotton with a staple length of 1 to 1¼ inches

**tan·gun** \'täŋgən\ *or* **tan·gum** \-gəm\ *also* **tan·ghan** \-gən\ *n* -S [Hindi *ṭāṅgan*, *ṭāṅghan*] **:** a small strong usu. piebald pony of Tibet and Bhutan

**tan·gut** \(')tän¦güt\ *n* -S *usu cap* [fr. *Tangut*, ancient region in northwestern China] **:** a Tibetan esp. of the west central province of Tsinghai in China

**tangy** \'taŋē, 'taiŋ-, -gi\ *adj, sometimes* -ER/-EST [¹*tang* + *-y*] **:** having or suggestive of a tang ⟨the rich ~ scent of pine needles —Ysabel Rennie⟩ ⟨told in ~ 18th century English —Bernardine Kielty⟩

**tanh** *abbr* hyperbolic tangent

**tan·ha** \'tən(,)hä\ *n* -S [Pali *taṇhā*, fr. Skt *tṛṣṇā* thirst, desire, fr. *tṛṣyati* he thirsts — more at THIRST] *Buddhism* **:** an intense desire for life

**tan house** *n* [ME *tanhous*, fr. *tannen* to tan + *hous* house — more at TAN, HOUSE] **:** a tannery building for tanning vats or drums

**tan·ia** *or* **tan·ier** *or* **tan·nia** *or* **tan·nier** *or* **tan·ya** *also* **tan·yah** \'tanēə(r), -nyə(r)\ *n* -S [F *tannie*, perh. modif. (influenced by *tanaisie* tansy, fr. OF *tanesie*) of a word of Arawakan, Cariban, or Tupian origin; akin to Arawak *taya* taro, Calinago *taia*, Tupi *taiá* — more at TANSY] **:** any of several aroids having edible farinaceous roots: as **a :** TARO 1 **b :** YAUTIA a

**ta·ni·ko** \'tänē(,)kō\ *n* -S [Maori] **1 :** a Maori ornamental border of a mat **2 :** a type of weaving with colored yarns used commonly for headdresses and bodices worn in Maori dances and for belts

**tan·ist** \'tanəst, 'thon-\ *n* -S [IrGael *tánaiste* second, second person in rank, tanist] **:** the lord or proprietor elected under the system of tanistry

**tan·ist·ry** \-trē\ *or* **tan·is·tria** \ta'nistrēə, thō'n-\ *n, pl* **tanistries** *or* **tanistrias** [*tanistry* fr. *tanist* + *-ry*; *tanistria* fr. NL, fr. *tanista* tanist (fr. IrGael *tánaiste*), after E *tanistry*] **:** an early Irish law of succession by which the heir or successor of a chief or king is appointed during the lifetime of the reigning chief, is not necessarily his oldest son, is generally the worthiest and wisest of the male relatives of the chief, and is elected by the people from among the eligible candidates but because of resultant bloody wars and feuds between families declared illegal by a decision of the Anglo-Irish judges in the first year of James I

**ta·nite** \'tä,nīt\ *adj, usu cap* [*Tanis*, ancient city in the Nile delta, Lower Egypt + E *-ite*] **:** of or relating to ancient Tanis in Egypt or the kings of the XXIst and XXIIId dynasties making it their capital

**tan·jong** \'tän,jȯŋ\ *n* -S [Malay, cape, headland, promontory] **:** CAPE, POINT

¹**tank** \'taŋk, -aiŋk\ *n* -S [Pg *tanque*, short for *estanque*, fr. *estancar* to stop a flow, dam, stanch, fr. (assumed) VL *stanticare* to cause to stand, stanch — more at STANCH] **1 a** *India* **:** a pool of water **:** LAKE, RESERVOIR **b** *dial* **:** a small lake **:** POND, POOL; *esp* **:** a pond built as a water supply **c :** a basin where experimental models of ships are tested ⟨submarine ~⟩ **2 a :** a usu. large artificial receptacle used for holding, transporting, or storing liquids ⟨gasoline ~⟩ ⟨fish ~⟩ ⟨oil ~⟩ **b :** a compartment in a ship for holding water, oil, or liquids **c :** a container in or attached to an airplane for carrying fuel; *esp* **:** one that is auxiliary or droppable and used to increase range or to carry napalm **3** [so called fr. the fact that during its orig. secret manufacture in England the hull was referred to as a water tank] **:** a full-track enclosed armored vehicle that usu. mounts a cannon and automatic weapons and has excellent cross-country mobility, armor protection, fire power, and the capability of shock action — compare ARMORED CAR **4 :** TANK FURNACE **5 :** a container for a photographic solution **6 :** a congregate prison cell or enclosure used esp. for receiving prisoners

²**tank** \"\ *vt* -ED/-ING/-S **1 :** to subject to some operation in a tank; *specif* **:** to treat (as animal refuse) in a closed tank with steam and hot water to extract fat **2 :** to cause to flow into a tank **:** store in a tank

³**tank** \"\ *n* -S [imit.] *dial chiefly Eng* **:** KNOCK, HIT, BANG

⁴**tank** \'täŋk\ *n, pl* **tank** [Hindi *ṭāṅk*, fr. Skt *ṭaṅka* stamped coin] **:** an Indian unit of weight for pearls equal to about 0.15 ounce

¹**tan·ka** \'dän'gä\ *n, pl* **tanka** *or* **tankas** *usu cap* [Chin (Cant) *taànka*, lit., egg people] **:** ⁴TAN

²**tanka** *or* **tankah** *var of* TANGA

³**tan·ka** \'täŋkə\ *n* -S [Jap] **:** a Japanese fixed form of verse of five lines the first and third of which have five syllables and the others seven — compare HOKKU

⁴**tanka** \"\ *n* -S [Tibetan *thaṅka*] **:** a Tibetan religious painting mounted on brocade for use as a processional banner

70 millions) —*Spectator*) **7** : against in vengeance or punishment ⟨perform ~ the unguarded —Shak.⟩ **8** — used as a function word to indicate (1) a beginning course of action or an action or condition that is beginning ⟨students desiring to enter ~ graduate training —*College of William & Mary Cat.*⟩ or (2) an area of activity or being ⟨a dashing young ensign just come ~ the town —Washington Irving⟩ **9 a** : at the risk of ⟨are hereby charged, ~ your peril, to pay strict attention —C.S.Forester⟩ **b** *obs* : on the condition of ⟨~ my blessing I command thee go —Shak.⟩ **10 a** (1) : immediately following on : very soon after ⟨~ his death, she went on the . . . stage —Marie A. Kasten⟩ (2) : in answer to : in satisfaction of ⟨~ the demand of government leaders . . . arrangements were made this year —Wheeler McMillen⟩ ⟨transcripts are sent ~ the request of the particular student —*Bull. of Meharry Med. Coll.*⟩ **b** : on the occasion of : at the time of ⟨tells us what combinations of traits occur ~ the mixture of two racial types —Ruth Benedict⟩ ⟨a yoke which men of spirit will throw off ~ the first favorable opportunity —*Harper's*⟩ **11** *archaic* : by means of ⟨to die ~ the hand I love so well —Shak.⟩ **12** *chiefly Scot* : TO ⟨was married . . . ~ my Uncle Robin —R.L.Stevenson⟩

**²upon** \"\ *adv* [ME *uppon, upon*, fr. *uppon, upon*, prep.] **1 a** *obs* : on the surface : on it ⟨a coin that bears the figure of an angel stamped in gold, but that's insculped ~ —Shak.⟩ **b** *archaic* : on the body or something that resembles a body **2** *obs* : THEREAFTER, THEREON ⟨followed hard ~ —Shak.⟩

**upped** *past of* UP

**¹up·per** \'əpə(r)\ *adj* [ME, fr. *uppe* up + *-er* — more at UP] **1** : relatively high in physical position: as **a** (1) : occupying high ground ⟨keep the hills and ~ regions —Shak.⟩ (2) : farther inland ⟨the ~ Mississippi⟩ ⟨carried squared timbers from the ~ lakes lumber ports to the St. Lawrence —*Amer. Guide Series. Mich.*⟩ (3) *usu cap* : living on higher ground, farther inland, farther upstream, or farther north than others of the same group ⟨the *Upper* Creek⟩ **b** (1) : being a higher part esp. of a pair or a set ⟨~ lip⟩ ⟨the ~ stories of the building⟩ (2) : worn over a part of the body above the waist ⟨his ~ clothes were black and his lower clothes red —J.G.Frazer⟩ **c** : directed upward **d** : being above or on the earth's surface rather than below it or in nether regions ⟨those appointed to sit there had . . . flown to the ~ world —John Milton⟩ **e** (1) : being or occurring on a higher level with respect to the earth's surface ⟨the ~ atmosphere⟩ ⟨~ plankton —R.E.Coker⟩ (2) : constituting a stratum relatively near the earth's surface (3) *usu cap* : being a later epoch or series of the period or series named ⟨*Upper* Carboniferous⟩ ⟨*Upper* Cretaceous⟩ ⟨*Upper* Permian⟩ ⟨*Upper* Silurian⟩ — contrasted with *Lower* **2 a** : higher in rank or order : superior in position ⟨senates were substituted for councils as the ~ house —Harvey Walker⟩ ⟨the . . . club was generally restricted to the ~ social brackets —*Current Biog.*⟩; *specif* : being on a more advanced level in an educational system ⟨the ~ school⟩ ⟨~ freshmen⟩ **b** : being of superior quality ⟨the ~ grades of lumber⟩ **3** *archaic* : worn on top of another garment : OUTER **4** : situated farther from the door : INNERMOST ⟨the ~ end of the hall⟩ **5** : of or relating to higher musical pitch ⟨although entirely different in their ~ parts, they share the same bass —P.H. Lang⟩ ⟨the most securely brilliant ~ registers heard in the vast house in many years —*Newsweek*⟩ **6** : EARLIER ⟨determines the ~ limit of date⟩ **7** : being the northern part of an area ⟨cut across ~ New York to the Vermont state line —Budd Schulberg⟩ ⟨~ Manhattan⟩

**²upper** \"\ *n* -s : one that is upper: as **a** : the parts of a shoe or boot that are above the sole **b uppers** *pl but sometimes sing in constr* : the best grade of lumber : FINISH **c** (1) : an upper tooth ⟨has two ~s missing⟩ (2) : an upper denture **d** : an upper berth **e** : a drill hole driven upward in a mine **f** : a piece of clothing worn above the waist : TOP ⟨were allowed to remove their pink pajama ~s —Earle Birney⟩ — **on one's uppers** : in straitened circumstances : at the end of one's means ⟨doing his own laundry, and that . . . indicates he was *on his uppers* —Hal White⟩

**³upper** \"\ *n* -s ['up & ³up + -er] : one that ups — sometimes used in combination ⟨builder-*upper*⟩ ⟨coffee, which he finds the best of all toner-*uppers* —H.W.Wind⟩

**upper alveolar index** *n* : the ratio of the maximum external breadth to the external length of the upper jaw multiplied by 100

**upper angle** *n* : FIRST ANGLE

**upper austral** *adj, usu cap U&A* : of, relating to, or being a division of the Austral zone comprising the Carolinian and Upper Sonoran areas

**upper bench** *n, usu cap U&B* : COURT OF KING'S BENCH — used during the Cromwellian period

**upper bridge** *n* : the higher platform of a ship's bridge having two levels

**upper case** *n* : the upper one of a pair of type cases that contains capitals and usu. also small capitals, fractions, symbols, accents — compare LOWER CASE

**¹uppercase** \ˌ-ˈ-\ *adj* [*upper case*] **1** *of a letter* : having as its typical form AFG or BNI or QZR rather than afg or bni or qzr — abbr. *uc*; compare CAPITAL **2** : set, printed, written, or otherwise rendered in uppercase letters — abbr. *uc*

**²uppercase** \"\ *n* : uppercase letters — abbr. *uc*; compare LOWERCASE

**³uppercase** \"\ *vt* : to print or set in uppercase; *also* : to change (as a lowercase letter) to an uppercase letter — abbr. *uc*

**upper chinook** *n, usu cap U&C* : a Chinookan language of the Clackamas, Wasco, Wishram, and neighboring peoples

**upper class** *n* **1** : the highest stratum of society usu. composed of people with the greatest wealth, education, and prestige **2 upper classes** *pl* : an aggregate of social groupings comprising subdivisions of the upper class

**upper-class** \ˌ-ˈ-\ *adj* [*upper class*] **1 a** : of or relating to the upper class **b** : belonging to or having the characteristics of the upper class ⟨frightfully *upper-class* and baving all the glorious self-confidence that comes of having been born rich —Aldous Huxley⟩ — compare LOWER-CLASS, MIDDLE-CLASS **2** : of or relating to the junior or senior class in a college or a high school

**up·per·class·man** \ˌ-ˈ-mən\ *n, pl* **upperclassmen** [fr. the phrase *upper class* "junior or senior class" + *man*] : a member of the junior or senior class in a college or a high school

**upper crust** *n* [ME] **1** : the top crust (as of a loaf of bread or a pie) **2** : the highest segment of a social class or group ⟨the *upper crust* of the underworld —D.W.Maurer & V.H.Vogel⟩; *esp* : the highest circle of the upper classes ⟨a smart specialty shop for the *upper crust* —McKenzie Porter⟩

**upper-crust** \ˌ-ˈ-\ *adj* [*upper crust*] : of, relating to, or having the characteristics of the highest class of society ⟨one was of low condition, the other, *upper-crust* —W.S.Gilbert⟩ ⟨her best *upper-crust* voice —Marian Castle⟩

**upper-crust·er** \"+ə(r)\ *n, pl* **upper-crusters** [*upper crust* + *-er*] : a member of the upper crust

**¹uppercut** \ˈ-ˌ-\ *n* [¹*upper* + *cut*] : a swinging blow (as in boxing) directed upward with a bent arm

**²uppercut** \"\ *vt* : to hit with an uppercut ~ *vi* : to deliver or attempt to deliver an uppercut

**upper deck** *n* **1** : the topmost full-length deck of a ship : a full-length deck above the main deck — see DECK illustration **2** : a partial deck above the main deck in a naval vessel

**upperdog** \ˈ-ˌ-\ *n* : TOP DOG

**upper facial index** *n* : the ratio of the distance between nasion and prosthion to the bizygomatic breadth multiplied by 100

**upper german** *n, usu cap U&G* : the southern dialects of High German including Alemannic and Bavarian

**upper hand** *n* **1** : CONTROL, MASTERY, ADVANTAGE ⟨finally got the *upper hand* of the situation⟩ ⟨at first the Liberals held the *upper hand* —C.L.Jones⟩ **2** *archaic* : the position of honor or authority

**upper house** *or* **upper chamber** *n* : the house of more restricted membership in a legislative body having two chambers

**upper jewel** *n* : a jewel bearing set into the bridge, cock, or upper plate of a watch

**upper leather** *n* **1 a** : the leather that forms the upper of a shoe or boot **b** : ²UPPER a **2** : leather suitable for making uppers

**upper limb** *n* : the edge of a celestial body that is nearest the zenith ⟨the *upper limb* of the rising sun⟩

**upper mars** *n, usu cap U&M* : a Mount located on the percussion below the Mount of Mercury and above the Mount of Luna that when well developed is usu. held by palmists to indicate passive courage, strength of resistance, and self-control — compare LOWER MARS

**upper mordent** *n* : PRALLTRILLER

**¹up·per·most** \'əpə(r),mōst *also chiefly Brit* -məst\ *adv* [ME, fr. *upper* + *-most*] **1** : in or into the highest physical position ⟨the blade turned ~⟩ **2** : in or into the most prominent position (as in the mind) ⟨says whatever comes ~⟩

**²uppermost** \"\ *adj* **1 a** : situated in the highest physical position : farthest up ⟨the ~ falls of the river⟩ **b** : OUTERMOST ⟨the ~ skin⟩ **2 a** : highest in rank or power ⟨prominent in its ~ councils —*Current Biog.*⟩ ⟨whatever faction happens to be ~ —Jonathan Swift⟩ **b** : occupying the most prominent or most important position ⟨the thoughts that were ~ in my mind —R.B.Merriman⟩ ⟨essays in which philosophical considerations are ~ —J.E.Smith⟩

**upperpart** \ˈ-ˌ-\ *n* : a part lying on the upper side esp. of an animal

**upper partial** *n* : OVERTONE 1

**upper pharyngeal** *n* : PHARYNGOBRANCHIAL

**upper republican** *adj, usu cap U&R* [*Upper Republican*, river in Kansas and Nebraska] : of or relating to a culture of the plains and esp. of Kansas and Nebraska about 1300–1600 characterized by earth-covered pit houses, cultivation of gardens in creek bottoms, and hard gray pottery decorated externally by the application of a cord-wrapped paddle and on the rims with incised geometric designs

**uppers** *pl of* UPPER

**upper sonoran** *adj, usu cap U&S* : of, relating to, being, or native to the cooler part of the Sonoran life zone that adjoins the Transition zone — compare LOWER SONORAN

**upperstock** \ˈ-ˌ-\ *n* : STOCKING; *specif* : a 16th century stocking reaching below the knee and worn with netherstocks and trunk hose

**upper story** *n* **1** : a story (as of a house) that is above the ground floor **2** *slang* : BRAIN ⟨a little off in the *upper story* —Erle Stanley Gardner⟩

**upper ten** *or* **upper ten thousand** *n* : the members of the highest social class : UPPER CLASS

**up·per·ten·dom** \ˌəpə(r)ˈtendəm\ *n* -s : the highest social class

**upper transit** *also* **upper culmination** *n* : the passage of a celestial body over the celestial meridian at the higher of its two crossings; *also* : the point at which such a crossing takes place

**upper vol·ta** \ˌ-ˈvōltə, -ˈvȯl-\ *adj, usu cap U&V* [*Upper Volta*, republic in western Africa] : of or relating to the Republic of Upper Volta : of the kind or style prevalent in Upper Volta

**upperworks** \ˈ-ˌ-\ *n pl* **1 a** : all the parts of the hull of a ship that are above the load waterline **b** (1) : the sides of a ship from the waterline to the plank-sheer of the upper deck (2) : SUPERSTRUCTURE 1b **2** *slang* : BRAINS

**upperworld** \ˈ-ˌ-\ *n* : the respectable law-abiding part of society — contrasted with *underworld*

**upping** *pres part of* UP

**up·pish** \'əpish, -pēsh\ *adj* [¹*up* + *-ish*] **1** *archaic* : being in high spirits : ELATED **2** : UPPITY ⟨very full of himself, ~ —A. J.Cronin⟩ **3** *archaic* : taking offense easily **4** : somewhat up in position or direction — **up·pish·ly** *adv* — **up·pish·ness** *n* -ES

**up·pi·ty** \'əpəd·ē, -ətē, -i\ *adj* [prob. fr. ¹*up* + *-ity* (as in *biggity*, var. of *biggety*)] : marked by airs of superiority : ARROGANT, PRESUMPTUOUS, PUSHING ⟨were so rich and ~ because the government was trying to make everybody equal —Marya Mannes⟩ ⟨her family laughed at her ~ notions —Peter Cansdale⟩ — **up·pi·ty·ness** *n* -ES

**up·po·woc** \ˌəˈpōˌwäk\ *n* [fr. *uppówoc, uhpooc* (in some Algonquian language of Virginia)] *archaic* : TOBACCO

**upputting** \ˈ-ˌ-\ *also* **upput** \ˈ-ˌ-\ *n* [²*up* + *putting* (gerund of *put*) or *put* (after *put up*, v.)] *Scot* : LODGING

**¹upraise** \ˌ-ˈ-\ *vt* [ME *upreisen, upraisen*, fr. *up* + *reisen, raisen* to raise — more at RAISE] **1** : to raise up : LIFT, ELEVATE; *specif* : to raise by geologic upheaval **2** : to raise from a depressed state : CHEER — **up·rais·er** \"+ə(r)\ *n*

**²upraise** \ˈ-ˌ-\ *n* : RAISE 4

**uprear** \ˌ-ˈ-\ *vb* [ME *upreren*, fr. *up* + *reren* to raise — more at REAR] *vt* **1 a** : to lift up : RAISE ⟨commands that . . . be ~*ed* his mighty standard —John Milton⟩ **b** : ERECT ⟨by adding stone to stone had ~*ed* this monument —Arnold Bennett⟩ **2** : to raise the dignity of : EXALT ~ *vi* : RISE

**¹upright** \ˈ-ˌ-\ *adj* [ME, fr. OE *ūpriht*, fr. *ūp* up + *riht* right — more at UP, RIGHT] **1 a** : standing up straight on the feet or on one end : being in a vertical position : PERPENDICULAR, ERECT ⟨Sinanthropus was of medium stature and certainly ~ —R.W. Murray⟩ **b** : marked by erectness of carriage : having good posture ⟨a tall dark girl with that bold ~ well-poised figure —Anthony Trollope⟩ **c** (1) : having the main axis or a main part perpendicular ⟨designs of freezers . . . center around the alternatives of chest and ~ freezers —J.A.Mixon & H.D. Johnson⟩ ⟨the scribe wrote a large flowing hand . . . with the individual letters ~ and square in formation —Jack Finegan⟩ (2) : not slanting or upside-down : having the right side up ⟨had to have a gyroscope . . . inside it in order to keep it ~ —Edward Sackville-West & Desmond Shawe-Taylor⟩ **2** *obs* : SUPINE 1 **3** : marked by strong moral rectitude : morally correct ⟨~ women shall associate with no men who drink alcohol —Waldo Frank⟩ ⟨his unquestioned integrity and ~ innocence —J.G.Cozzens⟩ **4** *archaic* : BIG, STRONG — used chiefly of a vagrant **5** *obs* : straight so as to fit either foot ⟨an ~ shoe —Robert Burton⟩ **6** : having a vertical or upward course **7** : having greater height than width ⟨a very decorative antique Sheraton ~ wall mirror —*Antiques*⟩ ⟨~ books⟩

**syn** HONEST, JUST, CONSCIENTIOUS, SCRUPULOUS, HONORABLE: UPRIGHT may imply strict regard for the right and resolute, thoughtful adherence to high moral principles ⟨they hate all chicanery, all evasiveness and slipperiness. They are *upright* and downright —H.S.Commager⟩ ⟨best described by the old-fashioned word *upright*. It's a good word, comprises a good many things—all the straight qualities, like loyalty, truthfulness, the right sort of pride —Elizabeth Goudge⟩ HONEST may describe adherence to truth, candor, straightforwardness, sincerity, fairness, and freedom from fraud and duplicity ⟨the idealism that would build peace and content on *honest* foundations, and would deny them to none —V.L.Parrington⟩ ⟨only a careful study of the evidence will enable us to give an *honest* answer —M.R.Cohen⟩ ⟨the *honest* heart that's free frae a' intended fraud or guile —Robert Burns⟩ JUST may stress choice of the righteous and equitable ⟨a life unblamable and *just* —William Cowper⟩ ⟨nor shall private property be taken for public use without *just* compensation —*U.S.Constitution*⟩ ⟨crime sometimes pays. The *just* man . . . continues unaccountably to suffer, and the wicked to flourish like the green bay tree —Weston La Barre⟩ CONSCIENTIOUS may indicate habitual painstaking dutiful effort to accord with moral law ⟨the skillful, *conscientious* schoolmistresses whose lives were spent in trying to inculcate real knowledge —C.H.Grandgent⟩ ⟨she took to religion, and her *conscientious* Christian virtues, practiced with stern inclemency, were the canker of the family —Arnold Bennett⟩ SCRUPULOUS describes a very careful, meticulous, and sometimes even anxious adherence to dictates of morality and conscience ⟨not one word that I have said runs counter to the demands of delicate and penetrating accuracy of observation, or of *scrupulous* fidelity to fact as it appears —J.L.Lowes⟩ ⟨the delicate equipoise and *scrupulous* objectivity which the judge must try to preserve at all times —R.M.Dawson⟩ HONORABLE indicates a holding to codes of honor and sanctioned proprieties ⟨too *honorable* to lend himself to an accusation which he knew to be false —J.A.Froude⟩ ⟨he avoided the mean and tricky: he was always an *honorable* foe —W.C.Ford⟩

**²upright** \ˈ-ˌ-\ *vt* [ME *uprighten*, fr. *upright*, adj.] : to make upright

**³upright** \ˌ-ˈ-\ *adv* [¹*upright*] *archaic* : vertically upward ⟨for all beneath the moon would I not leap ~ —Shak.⟩

**⁴upright** \ˈ-ˌ-\ *n* [¹*upright*] **1 a** *obs* : a vertical face (as of a building) **b** *archaic* : ELEVATION 5 **2** : the state of being upright : PERPENDICULAR ⟨a pillar out of ~⟩ **3** : something that stands upright: as **a** : a vertical piece of timber in a building **b** : a perpendicular stone, post, or stake **c** : a vertical structural member of a piece of furniture (as a chair) — usu. used in pl. **d** : the wall down the middle of a brick clamp **e** : a goalpost esp. on a football field — usu. used in pl. **4** : an upright geologic stratum **5** : UPRIGHT PIANO

**upright drill** *n* : a drilling machine with a vertical spindle

**uprighteously** *adv* [blend of ¹*upright* and *righteously*] : in a morally correct manner : UPRIGHTLY

**up·righ·teous·ness** \ˌəpˈrīchəsnəs\ *n* [blend of ¹*upright* and *righteousness*] : the state or quality of being morally correct : UPRIGHTNESS

**uprighting** *n* -s : the process of placing the pivot holes in the plates of a timepiece so that the arbors will be perpendicular to the plates

**up·right·ly** *adv* : in an upright manner or position

**up·right·ness** *n* : the state or quality of being upright

**upright piano** *n* : a piano whose strings run vertically — contrasted with *grand piano*

upright piano

**upright tomato** *n* : any of various stout erect compact tomatoes with the leaves crowded and curled that prob. have developed in cultivation and are usu. considered a distinct variety (*Lycopersicon esculentum validum*)

**upright yellowwood** *n* : a tall tree (*Podocarpus latifolius* syn. *P. thunbergii*) widely distributed in southern Africa where it is an important timber tree

**up·ris·al** \ˌəpˈrīzəl\ *n* : an act or instance of rising up : UPRISING

**¹up·rise** \ˌəpˈrīz\ *vi* **up·rose** \-rōz\ *also archaic* **up·rist** \-rist\ **up·ris·en** \-rizᵊn\ *also archaic* **uprist**; **uprising**; **uprises** [ME *uprisen*, fr. *up* + *risen* to rise — more at RISE] **1 a** : to rise to a higher position ⟨the lands were *uprising* and new mountains were rearing their heads —W.E.Swinton⟩ **b** (1) : to get up on one's feet : stand up (2) : to get out of bed **c** : to come into view from below; *esp* : to come into view from below the horizon ⟨the glorious sun *uprist* —S.T.Coleridge⟩ **2** : to rise from the dead or the underworld **3** : to rise up in or as if in rebellion **4** : to become existent ⟨since earth *uprose* —P.B.Shelley⟩ **5** : to rise up in sound ⟨the whisper of gongs and trumpets *uprose* again —James Hilton⟩ — **up·ris·er** \-zə(r)\ *n*

**²uprise** \ˈ-ˌ-\ *n* **1** : an act or instance of uprising: as **a** : the rising of a celestial body (as the sun) : DAWN **b** : an act or instance of rising to a higher position ⟨the ~ of the flood waters⟩ **c** : an act or instance of becoming existent or prominent : RISE ⟨the ~ of a new school of painters⟩ **d** : a direct rise from the end of a backward swing to a position of rest on a gymnastic apparatus (as the horizontal bar or flying rings) **2** : the beginning of a rise in the land : an increase in elevation ⟨the horizon at which the plains end and, with a swift dramatic ~, the world of the mountains begins —Wynford Vaughan-Thomas⟩

**uprising** \ˈ-ˌ-\ *n* [ME, fr. *up* + *rising*, gerund of *risen* to rise (after *risen up* to rise up)] : an act or instance of rising up; *esp* : INSURRECTION, REVOLT **syn** see REBELLION

**upriver** \ˈ-ˈ-\ *adv* (*or adj*) [¹*up* + *river*] : toward, at, or from a point nearer the source of a river ⟨proceeded ~ —R.P.Warren⟩ ⟨an ~ voyage —John Hersey⟩

**¹up·roar** \ˈəpˌrō(ə)r, -ˌrō(ə)r, -ōə, -ō(ə)\ *n* -s [by folk etymology fr. D *oproer*, fr. MD, fr. *op* up + *roere, roer* motion; akin to OE *ūp* up and to OE *hrēran* to stir — more at UP, CRATER] **1** *archaic* : INSURRECTION, REVOLT **2 a** : a loud roaring usu. disorderly noise of some duration ⟨the students were making a terrific ~ in the hall⟩ ⟨storms and ~s and all such movie wonderments —John McCarten⟩ **b** : a state of commotion or excitement : violent disturbance : TUMULT, TURMOIL ⟨the recent ~ created by war-scare statements —*Newsweek*⟩ **syn** see DIN

**²uproar** \ˌ-ˈ-\ *vt* -ED/-ING/-S : to throw into an uproar

**up·roar·i·ous** \ˌəpˈrōrēəs, -ˈrȯr- *sometimes* ˌəpˈr-\ *adj* [¹*uproar* + *-ious*] **1** : marked by a great deal of noise and disorder ⟨fights between heavyweight personalities fought to a finish ~ with the shouts of attendant partisans —*Times Lit. Supp.*⟩ **2** : very noisy and full ⟨burst into the most ~ laughter —R.H. Davis⟩ ⟨an ~ cough —Frank O'Connor⟩ **3** : productive of loud laughter : extremely funny ⟨an ~ comedy⟩ — **up·roar·i·ous·ly** *adv* — **up·roar·i·ous·ness** *n* -ES

**uproll** \ˌ-ˈ-\ *vb* [¹*up* + *roll*] *vt* **1** : to move upward by rolling **2** : to form into a roll : wind up ~ *vi* : to roll up

**¹uproot** \ˌ-ˈ-\ *vb* [¹*up* + *root*, n.] *vt* **1** : to pull up by or as if by the roots ⟨~*ed* the vine —V.L.Parrington⟩ ⟨one signal light tower was ~*ed* when struck by the flying truck —*Springfield (Mass.) Daily News*⟩ **2** : to remove as if by pulling up the roots : ERADICATE, DESTROY ⟨all vestiges of political democracy were soon ~*ed* —C.E.Black & E.C.Helmreich⟩ ⟨the vulgarity of his age . . . is what he has violently ~*ed* from his own being —Albert Dasnoy⟩ **3** : to displace from a country or traditional habitat : tear away from established cultural patterns and values ⟨millions of people were ~*ed* by the war⟩ ⟨automation would ~ millions of laborers —John Lear⟩ ~ *vi* : to change one's place of residence and way of life ⟨he's nearly 60, and that's awfully old to ~ and leave everything and everyone you know —Nevil Shute⟩ **syn** see EXTERMINATE

**²uproot** \"\ *vt* [¹*up* + *root* (to dig up)] : to dig up with the snout

**up·root·ed·ness** *n* : the state or quality of being uprooted ⟨a sense of insecurity and ~ —Dixon Wecter⟩

**up·root·er** \"+ə(r)\ *n* : one that uproots

**uprouse** \ˌ-ˈ-\ *vt* [¹*up* + *rouse*] : to rouse up

**¹uprush** \ˌ-ˈ-\ *vi* [¹*up* + *rush*] : to rush upward

**²uprush** \ˈ-ˌ-\ *n* **1** : an upward rush of gas or liquid ⟨that vigorous ~ of the atmosphere essential to the thunderstorm —W.J.Humphreys⟩ **2 a** : a sudden rising esp. from the subconscious ⟨an ~ of fear —J.M.Cohen⟩ ⟨was the triumph of irrationalism and betokened an ~ of forces from the psychic underworld —Walter Moberly⟩ **b** : a sudden increase ⟨an ~ in government debt —Stuart Chase⟩

**ups** *pres 3d sing of* UP, *pl of* UP

**ups-a-daisy** *var of* UPSY-DAISY

**up-saddle** \ˌ-ˈ-\ *vi* [¹*up* + *saddle*] : to saddle a horse or a mule ⟨sleepy muleteers . . . *up-saddled*, thinking dawn had come —*Spectator*⟩

**ups and downs** *pl of* UP AND DOWN

**upscuddle** \ˈ-ˌ-\ *n* -s [²*up* + *scuddle* (origin unknown)] *South* : QUARREL

**upsee-daisy** *var of* UPSY-DAISY

**upseeking** \ˌ-ˈ-\ *adj* [¹*up* + *seeking*, pres. part. of *seek*] : seeking by looking upward

**upsend** \ˌ-ˈ-\ *vt* [¹*up* + *send*] : to send upward

**¹up·set** \ˌəpˈset *sometimes* ˌəpˈs-; *usu* -ed·+V\ *adj* [ME, fr. *up* + *set*, past part. of *setten* to set — more at SET] **1** *archaic* : set up : RAISED, ERECTED **2** [fr. past part. of ²*upset*] : emotionally disturbed : affected by an emotional disturbance ⟨was too ~ to say anything —Frank Sargeson⟩ ⟨her nerves were more ~ than usual —Arnold Bennett⟩

**²upset** \ˌəpˈset *sometimes* ˌəpˈs-; *usu* -ed·+V\ *vb* **upset**; **upset**; **upsetting**; **upsets** *see vt 1b* [ME *upsetten*, fr. *up* + *setten* to set] *vt* **1 a** *obs* : to set up : put upright : RAISE **b** *also past & past part* **upsetted** (1) : to turn the outer ends of (stakes) upward so as to make a foundation (as for the side of a basket) (2) : to form (the side of a basket) by upsetting the stakes **2 a** : to thicken and shorten (as a heated bar of iron) by the application of pressure on an end (as by hammering) : SWAGE **b** : to shorten (a metal tire on a wooden wheel) by cutting and hammering on the ends or by treating in a special machine without cutting **3** : to force out of the usual upright, level, or proper position : CAPSIZE ⟨~ his chair —John Buchan⟩ ⟨the winds have torn and ~ the mossy structures in the bushes —Richard Jefferies⟩ **4 a** : to disturb the equilibrium of : cause an emotional disturbance in : DISCOMPOSE ⟨the least little thing ~ her —Elizabeth Schutt⟩ **b** : to throw into disorder : put out of kilter : DISARRANGE ⟨any effort that ~s the routine of daily life may bring about a restless night —Morris Fishbein⟩ ⟨the financial stability of the country was ~ —P.E.James⟩ **c** (1) : to make invalid by or as if by intervention ⟨have enough pigheaded individual ways of their own to ~ any calculation that they will give a certain exact response —C.E.Montague⟩ ⟨induced the jury to ~ a will under unusual circumstances —H.W.H.Knott⟩ (2) : to defeat unexpectedly (as in an

**¹v** \'vē\ *n, pl* **v's** *or* **vs** \'vēz\ *often cap, often attrib* **1 a :** the 22d letter of the English alphabet **b :** an instance of this letter printed, written, or otherwise represented **c :** a speech counterpart of orthographic *v* (as *v* in *vivid, hive,* or Spanish *vivo*) **2 :** FIVE — see NUMBER table **3 :** a printer's type, a stamp, or some other instrument for reproducing the letter *v* **4 :** someone or something arbitrarily or conveniently designated *v* esp. as the 21st or when *j* is used for the 10th the 22d in order or class **5 :** something having the shape of the letter V: as **a :** a V-shaped neck of a dress, sweater, or blouse **b :** a rib, guiding strip, or groove having sloping sides like a V (the *V*'s on the bed of a turning lathe on which the carriage slides)

**²v** *abbr, often cap* **1** vacuum tube **2** vagabond **3** value **4** valve **5** van **6** vapor **7** variable; variation **8** vector **9** vein **10** velocity **11** venerable **12** vent **13** ventilator **14** ventral **15** Ventzke **16** verb **17** verse **18** versicle **19** version **20** verso **21** versus **22** [L *verte*] turn over **23** vertex **24** vertical **25** very **26** vicar **27** vice **28** vicinal **29** victory **30** [L] vide **31** village **32** violin **33** virgin **34** viscosity **35** viscount **36** visibility **37** vision **38** visual acuity **39** vocative **40** voice **41** volt; voltage **42** [It *volti*] turn **43** voltmeter **44** volume **45** volunteer **46** von **47** vowel

**³v** *symbol, cap* **1** vanadium **2** potential difference

**va** *abbr* **1** variance **2** viola

**VA** *abbr* **1** *often not cap* verb active **2** *often not cap* verbal adjective **3** vicar apostolic **4** vice admiral **5** visual aid **6** [L *vixit annos*] he (she) lived . . . years **7** *often not cap* volt-ampere

**va·ad** \'vä,äd, ·'·\ *n, pl* **vaa·dim** \,vä,ä'dēm, '·,·,·\ [LHeb *wa'ad*] **:** an authorized Jewish representative body that serves in an advisory or supervisory capacity for activities (as the production and sale of kosher food products) of the Jewish community

**vaal** \'väl\ *n* -s [Afrik, lit., fallow, fr. MD *vale*; akin to OHG *falo* pale, fallow — more at FALLOW] **:** RHEBOK

**vaal·haai** \'väl,hī\ *n* -s [Afrik, fr. *Vaal*, river in So. Africa + Afrik *haai* shark, fr. D] *southern Africa* **:** TOPE

**vac** \'vak\ *n* -s [by shortening] *Brit* **:** VACATION 3c

**vac** *abbr* **1** vacant **2** vacation **3** vacuum

**va·cance** \'vākən(t)s\ *n* -s [MF, fr. ML *vacantia*] *Scot* **:** VACATION

**va·can·cy** \'vākənsē, -si\ *n* -ES [ML *vacantia*, fr. L *vacant-, vacans* (pres. part. of *vacare* to be empty, be free) + *-ia* -y] **1** *archaic* **:** time of freedom from occupation **:** an interval of leisure **:** LEISURE, VACATION ⟨those little *vacancies* from toil are sweet —John Dryden⟩ **2 :** the state or fact of being free from occupation or from mental preoccupation **:** physical or mental inactivity or relaxation **:** IDLENESS **3 a :** a vacating of an office, post, or piece of property **b :** the state of such when vacated or vacant **c :** the time such office or property is vacant ⟨the death of the incumbent has caused a ~⟩ ⟨in case of ~ of the property⟩ **4 :** a vacant office, post, or tenancy ⟨three *vacancies* in this apartment house⟩ ⟨the president shall have power to fill up all *vacancies* that may happen during the recess of the senate —*U.S. Constitution*⟩ **5 :** empty space **:** VOID, VACUUM, BLANK **6 :** the state of being vacant **:** BARRENNESS, LONELINESS, VACUITY ⟨a ~ of sound after the train had left —J.P.Marquand⟩ **7 :** a defect existing in a crystal due to the absence of an atom or ion from a normal lattice position — called also *hole*

**vacancy clause** *or* **vacancy permit** *n* **:** a special endorsement in property insurance permitting premises to be vacant or unoccupied beyond the period stipulated in the original contract and insured during the extension period either for the full or a reduced amount

**va·cant** \'vākənt\ *adj* [ME, fr. OF, fr. L *vacant-, vacans*, pres. part. of *vacare* to be empty, be free; perh. akin to L *vanus* empty, vain — more at WANE] **1 :** not filled or occupied by an incumbent, possessor, or officer ⟨appointed to the ~ office⟩ **2 :** being without content or occupant ⟨a ~ seat in a bus⟩ ⟨a ~ room⟩ **3 :** DEVOID, DESTITUTE — usu. used with *of* ⟨the past, the future, majesty, love . . . you are ~ of them —Walt Whitman⟩ **4 :** free from activity ⟨amid the stillness of the ~ night —William Cowper⟩ **:** free from work or occupation **:** UNOCCUPIED ⟨obliged to spend his ~ hours in a comfortless hotel —Jane Austen⟩ **5 :** characterized by absence of thought and reflection: as **a :** STUPID, FOOLISH, SILLY, DULL **b :** EXPRESSIONLESS ⟨she would forget altogether what she was about, and would sit down with a peculiarly ~ look on her face —O. E.Rölvaag⟩ ⟨~ serenity of a . . . marble athlete —Edith Wharton⟩ **c :** marked by a respite from coherent purposive thought and reflection or by freedom from care ⟨when on my couch I lie in ~ or in pensive mood —William Wordsworth⟩ **6 :** of, relating to, or being premises which are not lived in and from which the furniture and fixtures have been removed — compare UNOCCUPIED b **7 a :** not occupied or put to use ⟨~ land⟩ **b :** having no heir or claimant **:** ABANDONED ⟨a ~ estate⟩ **c :** not granted away — used esp. of state lands **syn** see EMPTY

**va·can·tia** \vā'kanshēə\ *or* **vacantia bo·na** \-'bōnə\ *n pl but sing or pl in constr* [*vacantia* short for *vacantia bona*; *vacantia bona* fr. NL, lit., vacant goods] **:** goods without an owner or claimant; *specif* **:** the inheritance of a deceased person when there is no one able and willing to enter

**va·cant·ly** *adv* **:** in a vacant manner **:** IDLY, INANELY

**va·cant·ness** *n* -ES **:** the quality or state of being vacant

**va·cat·able** *pronunc at* VACATE + əbəl\ *adj* **:** that can be vacated

**va·cate** \'vā,kāt, ·'·, *usu* -kād·+V; *chiefly Brit* vəˈk-\ *vb* -ED/-ING/-S [L *vacatus*, past part. of *vacare* to be empty, be free] *vt* **1 :** to make of no authority or validity **:** make void **:** ANNUL ⟨~ a charter⟩ **2 :** to make useless, ineffectual, or without force or significance ⟨he ~s my revenge —John Dryden⟩ **3 :** to make vacant (as an office, post, or house) **:** deprive of an incumbent or occupant; *also* **:** to give up the incumbency or occupancy of ⟨the throne was *vacated* by the resignation of the royal family⟩ ⟨*vacated* his seat in Congress by resignation⟩ **4 :** to make free (as from care) ⟨its problems, indeed, *vacated* my mind of her —Edgar Saltus⟩ ~ *vi* **1 :** to vacate an office, post, or tenancy **2 :** to give one's time **:** devote oneself **3** *slang* **a :** to go away **:** LEAVE **b :** to take a vacation

**¹va·ca·tion** \vā'kāshən, və'k-\ *n* -s *often attrib* [ME *vacacioun*, fr. MF *vacation*, fr. L *vacation-, vacatio* freedom, exemption, immunity, fr. *vacatus* (past part. of *vacare*) + *-ion-, -io* -ion — more at VACANT] **1 :** a respite or a time of respite from something **:** INTERMISSION, REST ⟨on a ~ from acting on the screen, she appeared as a singing and dancing star in . . . vaudeville —*Current Biog.*⟩ **2** *obs* **a :** freedom from work or cares **:** LEISURE **b :** time free for something else; *specif* **:** time for contemplation **3 a :** a scheduled period during which activity or work is suspended **:** RECESS **b :** a period of exemption from work granted to each employee of an industry or business **:** a leave of absence for rest and relaxation ⟨students hired to fill in for workers on ~⟩ ⟨allowed to take two weeks of ~ with pay annually⟩ **c :** an intermission in the regular teaching and studying at an educational institution ⟨as between terms⟩ **d :** intermission of judicial proceedings **:** the interval between the end of one term and the beginning of the next **:** NONTERM, RECESS **4 :** a period spent away from home or business in travel or recreation **:** HOLIDAYS ⟨had a restful ~ at the beach⟩ **5 :** an act or an instance of vacating (as an office, post, or house) ⟨the chief of staff, while holding office as such, shall have the grade of general, without ~ of his permanent grade in the Air Force —*U.S. Code*⟩ **6 :** the act of vacating an order or legal proceeding **:** ANNULMENT

**²vacation** \"\ *vi* **vacationed; vacationed; vacationing** \-sh(ə)niŋ\ **vacations :** to take a vacation **:** pass one's vacation ⟨~ed in Europe last summer⟩

**vacation church school** *or* **vacation bible school** *n, usu cap V&C&B&S* **:** a weekday program of Christian education for children featuring religious study courses, arts and crafts, and recreation conducted by local Protestant Christian churches for one or more weeks during the summer vacation — called also *Daily Vacation Bible School*

**va·ca·tion·er** \-sh(ə)nə(r)\ *n* -s **:** VACATIONIST

**va·ca·tion·ist** \-nəst\ *n* -s **:** a person taking a vacation; *esp* **:** one traveling for pleasure or passing a vacation at a summer resort

**vacationland** \·'··,·\ *n* **:** an area with recreational attractions and facilities for vacationists

**va·ca·tion·less** \-ləs\ *adj* **:** having no vacation

**va·ca·tur** \vā'kād·ə(r)\ *n* -s [NL, it is vacated, 3d pers. pres. indic. pass. of *vacare* to be empty] **:** an order of court vacating a legal proceeding

**vac·car·ia** \va'ka(a)rēə\ *n, cap* [NL, fr. ML, cow pasture; fr. its value as fodder] *in some classifications* **:** a small genus of Eurasian annual herbs (family Caryophyllaceae) having opposite acute leaves and rather small red or pink flowers in terminal cymes followed by 5-angled much inflated capsules and being usu. included in the genus *Saponaria*

**vac·ca·ry** \'vakərē\ *n* -ES [ME *vacarie*, fr. ML *vaccaria*, fr. L *vacca* cow + *-aria* -ary — more at VACCINE] **:** a place where cows or cattle are kept **:** cow pasture **:** dairy farm

**vac·cen·ic acid** \(')vak¦senik-\ *n* [L *vacca* cow + E *-en* (in *octadecenoic*) + *-ic*] **:** a crystalline unsaturated acid $C_{18}H_{34}O_2$ $CH_3(CH_2)_5CH{=}CH(CH_2)_9COOH$ that is isomeric with elaidic acid and oleic acid and that is obtained esp. in the trans form from beef fat and other animal fats and in the cis form from bacterial fats; 11-octadecenoic acid

**vac·ci·nal** \'vaksənəl\ *adj* [ISV ²*vaccine* + *-al*; orig. formed in F] **:** of or relating to vaccine or vaccination ⟨~ control of a disease⟩

**¹vac·ci·nate** \'vaksə,nāt, *usu* \|d·+V\ *vb* -ED/-ING/-S [back-formation fr. *vaccination*] *vt* **1 :** to inoculate (a person) with cowpox virus in order to produce immunity to smallpox **2 :** to administer a vaccine to (a person or animal) usu. by injection ~ *vi* **:** to perform or practice vaccination

**²vac·ci·nate** \",-nət\ *n* -s [²*vaccine* + *-ate*] **:** a vaccinated individual

**vac·ci·na·tion** \,··'nāshən\ *n* -s [F, fr. *vaccine*, adj. (fr. NL *vaccinus*) + *-ation*] **:** the introduction into man or domestic animals of microorganisms that have previously been treated to make them harmless for the purpose of inducing the development of immunity ⟨oral ~⟩ ⟨~ against smallpox⟩ ⟨~ for whooping cough⟩

**vac·ci·na·tor** \'··,nād·ə(r), -ātə-\ *n* -s [ISV *vaccine* + *-ator*] **:** one that vaccinates

**¹vac·cine** \(')vak¦sēn *sometimes* 'vaksən\ *adj* [L *vaccinus* of or from cows, fr. *vacca* cow + *-inus* -ine; akin to Skt *vaśā* cow] **1 :** of, relating to, or derived from cows; *esp* **:** derived from cows infected with cowpox or inoculated with its virus ⟨~ lymph⟩ **2** [NL *vaccinus*, fr. L] **:** of or relating to vaccinia or vaccination ⟨a ~ pustule⟩

**²vaccine** \"\ *n* -s **1 :** matter or a preparation containing the virus of cowpox or vaccinia in a form used for vaccination **2 :** a preparation of killed microorganisms, living attenuated organisms, or living fully virulent organisms that is administered to produce or artificially increase immunity to a particular disease — compare ANTIGEN, SERUM

**vac·cin·ia** \vak'sinēə\ *n* -s *often attrib* [NL, fr. *vaccinus* + *-ia*] **:** COWPOX; *esp* **:** the mild systemic reaction of a human being to cowpox virus constituting the take that signals immunization following vaccination against smallpox

**vac·cin·i·a·ce·ae** \(,)vak,sinē'āsē,ē\ *n pl, cap* [NL, fr. *Vaccinium* + *-aceae*] *in some classifications* **:** a family of widely distributed shrubs and trees (order Ericales) including among its genera *Vaccinium, Gaylussacia*, and *Oxycoccus*, comprising the huckleberries, blueberries, and cranberries, and set off from the Ericaceae chiefly on the basis of the inferior ovary which forms in fruit a many-seeded berry or drupe — **vac·cin·i·a·ceous** \(¦)··¦··¦āshəs\ *adj*

**vac·cin·i·al** \(')vak¦sinēəl\ *adj* **:** of, relating to, or characteristic of vaccinia

**vac·cin·i·form** \(')vak¦sinə,fȯrm\ *adj* **:** resembling vaccinia

**vac·cin·i·um** \vak'sinēəm\ *n* [NL, fr. L, blueberry, whortleberry, prob. of non-IE origin; akin to the source of Gk *hyakinthos* hyacinth] **1** *cap* **:** a large widely distributed genus of shrubs (family Ericaceae) including the blueberries and cranberries and distinguished by the 4- to 5-celled ovary and the usu. many-seeded baccate fruit — compare OXYCOCCUS **2** -s **:** any plant of the genus *Vaccinium*

**vac·ci·noid** \'vaksə,nȯid\ *adj* [ISV *vaccin-* (fr. NL *vaccinia*) + *-oid*] **:** VACCINIFORM

**va·chette clasp** \(')va¦shet-\ *n* [*vachette* prob. fr. F, cowhide leather (used for ligatures), lit., small cow, fr. *vache* cow + *-ette*] **:** a piece of strong steel wire with the ends curved and pointed used on toe or quarter cracks of a horse's hoof to bind the edges together and facilitate healing

**vac·il·lan·cy** \'vasələnsē\ *n* -ES [L *vacillare* to sway, waver + E *-ancy*] **:** VACILLATION

**vac·il·lant** \-nt\ *adj* [L *vacillant-, vacillans*, pres. part. of *vacillare*] **:** VACILLATING

**vac·il·late** \'vasə,lāt, *usu* -ād·+V\ *vi* -ED/-ING/-S [L *vacillatus*, past part. of *vacillare* to sway, waver; akin to MIr *féccaid* he kneels, Skt *vañcati* he goes crooked — more at PREVARICATE] **1 a :** to sway through lack of equilibrium **:** WAVER, TOTTER **b** FLUCTUATE, OSCILLATE **2 :** to waver in mind, will, or feeling **:** hesitate in choice of opinions or courses **:** be variable in one's emotions or judgments ⟨faced this choice, *vacillated*, and plunged for one or other disagreeable alternative —Peter Wiles⟩ ⟨throughout the book the professor ~s between humility and arrogance —Therese Pol⟩ **syn** see HESITATE

**vac·il·lat·ing·ly** *adv* **:** in a vacillating manner

**vac·il·la·tion** \,··'lāshən\ *n* -s [F, fr. L *vacillation-, vacillatio* action of swaying, fr. *vacillatus* (past part.) + *-ion-, -io* -ion] **1 :** an act or instance of vacillating (as in conduct, purpose, policy) **:** WAVERING **2 :** the quality or state of one that vacillates **:** inability to take a stand **:** IRRESOLUTION, CHANGEABLENESS, INDECISION

**vac·il·la·tor** \'··,lād·ə(r)\ *n* -s **:** one that vacillates

**vac·il·la·to·ry** \'··lə,tōrē, -tȯrē, -ri\ *adj* **:** manifesting vacillation

**va·coa** \və'kōə\ *n* -s [native name in Mauritius] **:** a screw pine (*Pandanus utilis*)

**vac·re·a·tion** \,vakrē'āshən\ *n* -s **:** the act or process of using a Vacreator machine

**Vac·re·a·tor** \'··,ād·ə(r)\ *trademark* — used for a machine by means of which dairy fats are pasteurized by a vacuum process

**vacua** *pl of* VACUUM

**vac·u·ate** \'vakyə,wāt\ *vt* -ED/-ING/-S [L *vacuatus*, past part. of *vacuare* to empty, fr. *vacuus* empty] *archaic* **:** EVACUATE

**vac·u·ist** \-yəwəst\ *n* -s [NL *vacuista*, fr. L *vacuum* + *-ista* -ist] **:** one who maintains that there are vacuums in nature ⟨by 1660 learned men were lining up on two opposing sides, the ~s and the plenists —*Amer. Scientist*⟩ — compare PLENIST

**va·cu·i·ty** \va'kyüəd·ē, və'-, -ətē, -i\ *n* -ES [L *vacuitas*, fr. *vacuus* empty + *-itas* -ity — more at VACUUM] **1 :** an empty space: **a :** an unfilled cavity, interstice, or hollow within a body or substance **b :** an empty open space **:** VOID, GAP **c :** an extent devoid throughout of content, substance, or activity **:** a dull or monotonous stretch ⟨the long ~ of an arctic night⟩ ⟨smoking fills the *vacuities* of life —Bergen Evans⟩ **2 :** space wholly or approximately devoid of matter **:** VACUUM **3 :** the condition, fact, or quality of being empty or unfilled either physically or spiritually **:** VACANCY, EMPTINESS, HOLLOWNESS ⟨the ~ of the arteries after death⟩ ⟨the ~ of a desert⟩ **4 :** vacancy of mind **:** the state or fact of being temporarily or characteristically free of ideas, reflections, cares **:** mental emptiness or inactivity ⟨fatigued his mind into an agreeably grave ~ —Arnold Bennett⟩ ⟨a cunning gravity of manner concealing mere ~ —J.A.Froude⟩ **5 :** INANITY, BLANKNESS, VACUOUSNESS ⟨the ~ of his face⟩ **6 :** a vacuous or inane thing ⟨fill up a speech with *vacuities*⟩ **7 :** the quality or state of being completely free from or devoid of something ⟨his lesser verse seems . . . full of empty conceits whose virtuosity and lavish display only emphasize their intellectual and emotional ~ —R.A.Hall b. 1911⟩ **8 :** NIHILITY, NOTHINGNESS

**vac·u·o·lar** \¦vakyə¦wōlə(r), 'vakyə(wə)l-\ *adj* [ISV *vacuole* + *-ar*] **:** of, relating to, or of the character of a vacuole

**vacuolar membrane** *n* **1 :** TONOPLAST **2 :** any differentiated layer surrounding a vacuole (as the osmophilic surface of a protozoan contractile vacuole)

**vacuolar system** *n* **:** the vacuole of the plant cell with all identifiable precursors and derivatives that constitute a fundamental system of organelles comparable to the plastids — compare VACUOME

**¹vac·u·o·late** \'vakyə(wə),lāt, ¦vakyə¦wōlət\ *or* **vac·u·o·lat·ed** \'vakyə(wə),lād·əd, -yə,wō,l-\ *adj* [*vacuole* + *-ate* or *-ate* + *-ed*] **:** containing one or more vacuoles

**²vac·u·o·late** \'vakyə(wə),lāt\ *vi* -ED/-ING/-S [*vacuole* + *-ate*, vb. suffix] **:** to form vacuoles

**vac·u·o·la·tion** \,··(·)'lāshən\ *n* -s [*vacuole* + *-ation*] **:** the development or formation of vacuoles

**vac·u·ole** \'vakyə,wōl\ *n* -s [F, fr. L *vacuum* + F *-ole*] **1 :** a small space in the tissues of an organism containing air or fluid **2 :** a cavity in the cytoplasm of a cell that is bounded by a distinct membrane, that is characteristic of plant cells and protozoans but may occur in higher animals, that in higher plant cells occupies most of the space of the cell, contains cell sap, and is often interpreted as a droplet of fluid enclosed by a membrane rather than as a vacuity, and that in protozoans is one of the most prominent organelles, performs various digestive, excretory, hydrostatic, and secretory functions, and may be either a transitory or an essentially permanent part of the protoplast — see CONTRACTILE VACUOLE, FOOD VACUOLE, TONOPLAST; AMOEBA illustration, CELL illustration

**vac·u·ol·iza·tion** \,··,wōlə'zāshən, -,lī'z-\ *n* -s [*vacuole* + *-ization*] **:** VACUOLATION

**vac·u·ome** \'vakyə,wōm\ *n* -s [F, fr. *vacu-* (in *vacuole*) + *-ome*] **1 :** VACUOLAR SYSTEM **2 :** any of various substances or structures in plant or animal cells that resemble the vacuolar system in segregating vital dyes (as neutral red): as **a :** GOLGI APPARATUS **b :** CHONDRIOME

**vac·u·om·e·ter** \,vakyə'wäməd·ə(r)\ *n* [ISV *vacuum* + *-o-* + *-meter*] **:** an apparatus for measuring low pressures

**vac·u·ous** \'vakyəwəs\ *adj* [L *vacuus*] **1 :** emptied of or lacking content (as of air or gas) ⟨~ spaces⟩ **2 :** marked by or indicative of mental vacuity or lack of ideas or intelligence **:** lacking substance **:** thin in intellectual content **:** DULL, STUPID, INANE ⟨a ~ mind⟩ ⟨a ~ expression⟩ ⟨a ~ play⟩ **3 :** devoid of serious occupation **:** spent in inanities or frivolity **:** IDLE **4 :** containing no element, point, or member **:** NULL — used of a class in mathematics or logic **syn** see EMPTY

**vac·u·ous·ly** *adv* **:** in a vacuous manner

**vac·u·ous·ness** *n* -ES **:** the quality or state of being vacuous

**¹vac·u·um** \'vaky(əw)əm, -(,)yüm\ *n, pl* **vacuums** \-mz\ *or* **vac·ua** \-yəwə\ [L, fr. neut. of *vacuus* empty; akin to L *vacare* to be empty — more at VACANT] **1 :** emptiness of space ⟨flames . . . mounting on high into ~, into nonentity —William Blake⟩ **2 a :** a space absolutely devoid of matter — opposed to *plenum* **b :** a space (as the interior of a closed vessel) partially exhausted (as to the highest degree possible) by an air pump or by any of various other artificial means (a reaction carried out in ~) **c :** a degree of rarefaction below atmospheric pressure **:** NEGATIVE PRESSURE ⟨a ~ of two millimeters of mercury⟩ ⟨pumps that pull too high a ~ for gages to measure⟩ ⟨spray milk under ~ into a pan⟩ **3 a :** an unfilled or empty space or extent **:** something devoid of content **:** VOID, GAP ⟨his death has left a ~ in their lives⟩ ⟨the music stopped and the voices rose into the ~ it left —Hamilton Basso⟩ **b :** a state of isolation from outside influences or factors ⟨people who live in a ~ . . . so that the world outside them is of no moment —W.S. Maugham⟩ **4 :** a device creating or utilizing a partial vacuum; *specif* **:** VACUUM CLEANER

**²vacuum** \"\ *adj* **1 :** of, relating to, or associated with a vacuum or vacuum system ⟨~ pressure⟩ ⟨~ controls⟩ ⟨~ hose⟩ **2 :** used in producing a vacuum ⟨~ equipment⟩ ⟨~ sealing grease⟩ **3 a** (1) **:** partly exhausted of air or gas **:** containing a vacuum ⟨a ~ cylinder⟩ ⟨a ~ oven⟩ (2) **:** made nonconducting by means of a vacuum; *esp* **:** being or containing a usu. glass vessel or casing with double walls enclosing a vacuum for temperature insulation (as of liquids) ⟨a ~ flask⟩ ⟨a ~ jug⟩ ⟨*vacuum*-jacketed apparatus⟩ ⟨a ~ pitcher⟩ **b :** carried on under partial vacuum or by means of suction ⟨~ distillation⟩ ⟨~ metallurgy⟩ ⟨~ spectroscopy⟩ ⟨~ filling of milk bottles⟩ **c :** being or used in a canning, bottling, or packaging process in which much of the air in the container is extracted before sealing for better preservation of contents ⟨~ canning⟩ ⟨a ~ jar⟩ **d :** mounted in a vacuum ⟨a ~ filament lamp⟩ ⟨~ contacts⟩ **4 :** being or incorporating a device producing a partial vacuum (as for drawing off or holding fast) ⟨a ~ dryer⟩ ⟨a ~ filter⟩ ⟨a ~ ash conveyer⟩ ⟨a ~ chuck for holding delicate materials on a lathe⟩ ⟨a ~ pad for hoisting concrete slabs⟩ ⟨~ impregnating apparatus⟩ **5 :** produced by a process utilizing a vacuum ⟨as for evaporation⟩ ⟨~ salt⟩

**³vacuum** \"\ *vb* -ED/-ING/-S *vt* **1 :** to use a vacuum device upon **2** *or* **vacuum-clean :** to clean or remove by means of a vacuum cleaner ⟨~ the rug⟩ ⟨~ the crumbs⟩ ~ *vi* **1 :** to operate a vacuum device (as a vacuum drier) **2** *or* **vacuum-clean** \'·(·)·¦·, '·(,)·¦·\ **:** to clean a surface with a vacuum cleaner ⟨hired a woman to scrub, dust, and ~⟩

**vacuum back** *n* **:** a vacuum platen used in the focal plane of a camera to hold the film during exposure

**vacuum booster** *n* **:** a piston actuated by the vacuum of the intake manifold and attached to the brake pedal of an automotive vehicle to apply added pressure on the brake cylinder

**vacuum bottle** *n* **:** a cylindrical container having a usu. glass liner made on the principle of the Dewar vessel for keeping liquids either hot or cold for several hours

**vacuum brake** *n* **:** a brake using a partial vacuum in its operation; *specif* **:** an automobile brake in which the braking pressure applied by the operator is augmented by the negative pressure of the suction on the intake manifold

**vacuum breaker** *n* **:** a device admitting (as into a water supply line) air or other gas to vitiate a vacuum (as for preventing back siphonage)

**vacuum cleaner** *also* **vacuum sweeper** *n* **:** an electrical appliance for cleaning (as floors, carpets, tapestry, or upholstered work) by suction

**vacuum coffee maker** *n* **:** a coffee maker consisting of an upper bowl that holds ground coffee and a filtering device and is fitted by a tight seal into a lower bowl that holds water which on boiling rises into the upper bowl from which it is drawn through the coffee back into the lower bowl by the suction caused by the reduced pressure upon removal of the heat

vacuum coffee maker

**vacuum concrete** *n* **:** concrete that has had a vacuum applied through special mats, pads, or forms shortly after placement for the purpose of removing a portion of the mixing water not needed for the hydration of the cement

**vacuum cup** *n* **:** a hollow hemisphere (as of rubber) that can adhere to a smooth surface or agitate a fluid by suction **:** SUCTION CUP ⟨*vacuum cups* for hanging suits on car windows⟩

**vacuum distillation** *n* **:** distillation carried on under reduced pressure so that the liquid being distilled boils at a lower temperature than under atmospheric pressure and consequently with less chance of decomposition — compare MOLECULAR DISTILLATION

**vacuum filter** *n* **:** a filter in which the pressure on the outlet side of the filter medium is less than that of the atmosphere

**vacuum frame** *n* **:** a contact printing device using a vacuum to create a uniform pressure during exposure of a photographic film or paper

**vacuum gauge** *n* **:** a gauge indicating degree of negative pressure

**vac·u·um·ize** *pronunc at* VACUUM +,īz\ *vt* -ED/-ING/-S **1 :** to produce a vacuum in **2 :** to clean, dry, or pack by a vacuum mechanism or in a vacuum container

**vacuum–packed** *adj* **:** packed in a container that has much of the air removed before being hermetically sealed ⟨*vacuum-packed* coffee⟩

**vacuum pan** *n* **:** a tank with a vacuum pump and condenser for rapid evaporation and condensation (as of salt brine, sugar syrup, milk) by boiling at a low temperature ⟨vacuum pans . . . enable the sugar solution to boil at a low temperature, without burning —*Story of Cane Sugar*⟩

**vacuum pump** *n* **1 :** PULSOMETER **2 :** a pump for exhausting air or other gas from an enclosed space to a desired degree of vacuum

# EXHIBIT 2

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition

LIBRARY
JUL 09 2003
SULLIVAN & CROMWELL LLP

RANDOM HOUSE
NEW YORK

COPYRIGHT © 2001, 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

The *Random House Living Dictionary Database*™, the *Random House Living Dictionary*™, and the *Random House Living Dictionary Project*™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

*International Phonetic Alphabet* courtesy of International Phonetic Association

**Library of Congress Cataloging-in-Publication Data as of 1997:**

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293  1997    423—dc21    97-17702
CIP

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your sales inquiries to Random House Premium Sales, fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference, fax 212-940-7352.

New York    Toronto    London    Sydney    Auckland

Viisit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

ISBN: 0-375-42566-7 (Hardcover book only)

9 8 7 6 5 4 3

ISBN: 0-375-72026-X (Hardcover book and CD-ROM package)

9 8 7 6 5 4 3 2 1

...r] —in•ter•lac•ed•ly (in′tər lā′sid lē), adv. —in′ter•lace′ment, n.

**in′terlacing arcade′**, an arcade, esp. a blind one, composed of arches (**in′terlacing arch′es**) so arranged that each arch seems to intersect and be intersected by one or more other arches. Also called **interlacing arcade**.

**In•ter•la•ken** (in′tər lä′kən, in′tər lä′kən), n. a town in central Switzerland between the lakes of Brienz and Thun: tourist center. 4735.

**in•ter•lam•i•nate** (in′tər lam′ə nāt′), v.t., -nat•ed, -nat•ing. to interlay or lay between laminae. [1810–20; INTER- + LAMINATE] —in′ter•lam′i•na′tion, n.

**in•ter•lan•guage** (in′tər lang′gwij), n. 1. a language used or used for international communication. 2. (in second-language acquisition) the linguistic system characterizing the output of a nonnative speaker at any stage prior to full acquisition of the target language. [1925–30; INTER- + LANGUAGE]

**in•ter•lard** (in′tər lärd′), v.t. 1. to diversify by adding or interjecting something unique, striking, or contrasting (usually fol. by with): to interlard one's speech with ... 2. (of things) to be intermixed in. 3. Obs. to mix, as fat with lean meat. [1525–35; INTER- + LARD; r. enter... < MF entrelarder] —in′ter•lar•da′tion, in′ter•lard′ment, n.

**in•ter•lay** (in′tər lā′), v.t., -laid, -lay•ing. 1. to lay between; interpose. 2. to diversify with something laid between or inserted: to interlay silver with gold. [1600–10; INTER- + LAY¹]

**in•ter•leaf** (in′tər lēf′), n., pl. -leaves (-lēvz′). an additional leaf, usually blank, inserted between or bound with the regular printed leaves of a book, as to separate illustrations or provide room for a reader's notes. [1735–45; INTER- + LEAF]

**in•ter•leave** (in′tər lēv′), v.t., -leaved, -leav•ing. 1. to provide blank leaves in (a book) for notes or written memoranda. 2. to insert blank leaves between (the regular printed leaves). 3. to insert something alternately or regularly between the pages or parts of: Interleave the ...-page form with carbon paper. 4. to insert (material) alternately and regularly between the pages or parts of something else: Interleave carbon paper between the pages of the form. [1660–70; INTER- + LEAVE²]

**in•ter•leav•ing** (in′tər lē′ving), n. Computers. a method for making data retrieval more efficient by rearranging or renumbering the sectors on a hard disk or by dividing a computer's main memory into sections so that sectors or sections can be read in alternating cycles.

**in•ter•leu•kin 1** (in′tər lo͞o′kin), Immunol. any of several proteins released from certain cells, esp. macrophages, and having various effects on the activity of other cells, as promoting inflammation or enhancing T-cell proliferation. Abbr.: IL-1 [1979; INTER- + LEUK(O)- + -IN²; so called because such proteins act as means of communication between different populations of leukocytes]

**interleukin 2**, 1. Immunol. a lymphokine protein, secreted by T cells in response to antigen and interleukin 1, that stimulates the proliferation of T cells. 2. Pharm. a form of this protein produced by genetic engineering and used experimentally in immunotherapy. Abbr.: IL-2 ... T cell. [1980–85; see INTERLEUKIN 1]

**interleukin 3**, Immunol. a lymphokine protein, secreted by T cells, that participates in the regulation of blood cell production. Abbr.: IL-3 [1980–85; see INTERLEUKIN 1]

**in′terli′brary loan′**, 1. a system by which one library obtains a work for a user by borrowing it from another library. 2. a loan made by this system. [1925–30; INTER- + LIBRARY]

**in•ter•line¹** (in′tər lin′), v., -lined, -lin•ing, adj. —v.t. 1. to write or insert (words, phrases, etc.) between the lines of writing or print. 2. to mark or inscribe (a document, book, etc.) between the lines. 3. to transfer (freight) from one carrier to another in the course of shipment. —v.i. 4. to transfer freight from one carrier to another in the course of shipment. —adj. 5. involving or indicating a transfer of passengers or freight from one carrier to another during travel or shipment: interline ... 6. of or pertaining to transactions between two or more carriers, esp. airlines, by which passengers, baggage, and freight are transferred from one carrier to another using only one ticket or one check-in procedure from departure point to destination. [1350–1400; ME < ML interlineāre. See INTER-, LINE¹]

**in•ter•line²** (in′tər lin′), v.t., -lined, -lin•ing. to provide (a garment) with an interlining. [1470–80; INTER- + LINE²] —in′ter•lin′er, n.

**in•ter•lin•e•al** (in′tər lin′ē əl), adj. interlinear. [1520–30; INTER- + LINEAL] —in′ter•lin′e•al•ly, adv.

**in•ter•lin•e•ar** (in′tər lin′ē ər), adj. 1. situated or inserted between lines, as of the lines of print in a book: a Latin text with interlinear translation. 2. having interpolated lines; interlined. 3. having the same text in various languages set in alternate lines: the interlinear Bible. —n. 4. a book, esp. a textbook, having interlinear matter, as a translation. [1400–50; late ME < ML interlineāris. See INTERLINE¹, -AR¹] —in′ter•lin′e•ar•ly, adv.

**in•ter•lin•e•ate** (in′tər lin′ē āt′), v.t., -at•ed, -at•ing. interline¹ (defs. 1, 2). [1615–25; < ML interlineātus, ptp. of interlineāre to INTERLINE¹; see -ATE¹] —in′ter•lin′e•a′tion, n.

**In•ter•lin•gua** (in′tər ling′gwə), n. 1. an interlanguage. 2. (cap.) an artificial language developed between 1924 and 1951, based primarily upon the Romance languages, and intended mainly as a common international language for scientists. [1920–25; < It. See INTER-, LINGUA]

**in•ter•lin•gual** (in′tər ling′gwəl), adj. pertaining to or using two or more languages: an interlingual dictionary. [1850–55; INTER- + LINGUAL] —in′ter•lin′gual•ism, n.

**in•ter•lin•ing¹** (in′tər li′ning), n. 1. an inner lining placed between the ordinary lining and the outer fabric of a garment. 2. material, as cotton or wool, for this purpose. 3. lining and padding quilted together. [1880–85; INTERLINE² + -ING¹]

**in•ter•lin•ing²** (in′tər li′ning), n. 1. something that is written or inserted between lines of writing or print. 2. such insertions collectively. [1425–75; late ME; see INTERLINE¹, -ING¹]

**in•ter•link** (v. in′tər lingk′, in′tər lingk′; n. in′tər lingk′), v.t. 1. to link, one with another. —n. 2. a connecting link. [1580–90; INTER- + LINK¹]

**in•ter•lock** (v. in′tər lok′, in′tər lok′; n. in′tər lok′), v.i. 1. to fit into each other, as parts of machinery, so that all action is synchronized. 2. to interweave or interlace, one with another: The branches of the trees interlock to form a natural archway. 3. Railroads. (of switches, signals, etc.) to operate together in a prearranged order. —v.t. 4. to lock one with another. 5. to fit (parts) together to ensure coordinated action. 6. Railroads. to arrange (switches, signals, etc.) to effect a predetermined sequence of movement. —n. 7. the fact or condition of interlocking or of being interlocked. 8. the existence or an instance of an interlocking directorate. 9. a device for preventing a mechanism from being set in motion when another mechanism is in such a position that the two operating simultaneously might produce undesirable results. 10. Also called **ignition interlock**. a device or system that prevents an automotive engine from starting until the seat belt for any occupied front seat is fastened. 11. a stretch fabric made with a circular knitting machine having two alternating sets of long and short needles. 12. Motion Pictures. a device for synchronizing the action of a camera and sound recorder. [1625–35; INTER- + LOCK¹] —in′ter•lock′er, n.

**interlock′ing direc′torate**, a corporate directorate that includes one or more members who serve simultaneously in the directorates of other corporations.

**in•ter•lo•cu•tion** (in′tər lə kyo͞o′shən), n. conversation; dialogue. [1525–35; < L interlocūtiōn- (s. of interlocūtiō) a speaking between, equiv. to interlocūt(us) (see INTERLOCUTOR) + -iōn- -ION]

**in•ter•loc•u•tor** (in′tər lok′yə tər), n. 1. a person who takes part in a conversation or dialogue. 2. the man in the middle of the line of performers in a minstrel troupe, who acts as the announcer and banters with the end men. 3. a person who questions; interrogator. [1505–15; < L interlocū-, var. s. of interloquī to speak between (inter- INTER- + loquī to speak) + -TOR]

**in•ter•loc•u•to•ry** (in′tər lok′yə tôr′ē, -tōr′ē), adj. 1. of the nature of, pertaining to, or occurring in conversation: interlocutory instruction. 2. interjected into the main course of speech. 3. Law. a. pronounced during the course of an action, as a decision; not finally decisive of a case. b. pertaining to an intermediate decision. [1580–90; < ML interlocūtōrius. See INTERLOCUTOR, -TORY¹] —in′ter•loc′u•to′ri•ly, adv.

**in•ter•lope** (in′tər lōp′, in′tər lōp′), v.i., -loped, -lop•ing. 1. to intrude into some region or field of trade without a proper license. 2. to thrust oneself into the affairs of others. [1595–1605; prob. back formation from interloper, equiv. to INTER- + -loper (see LANDLOPER)] —in′ter•lop′er, n.
—**Syn.** 1. trespass, poach, encroach. 2. meddle.

**in•ter•lude** (in′tər lo͞od′), n. 1. an intervening episode, period, space, etc. 2. a short dramatic piece, esp. of a light or farcical character, formerly introduced between the parts or acts of miracle and morality plays or given as part of other entertainments. 3. one of the early English farces or comedies, as those written by John Heywood, which grew out of such pieces. 4. any intermediate performance or entertainment, as between the acts of a play. 5. an instrumental passage or a piece of music rendered between the parts of a song, church service, drama, etc. [1275–1325; ME < ML interlūdium, equiv. to L inter- INTER- + lūd(us) play + -ium -IUM] —in′ter•lu′di•al, adj.
—**Syn.** 1. interval, respite, intermission, pause.

**in•ter•lu•nar** (in′tər lo͞o′nər), adj. pertaining to the moon's monthly period of invisibility between the old moon and the new. [1590–1600; INTER- + LUNAR]

**in•ter•lu•na•tion** (in′tər lo͞o nā′shən), n. the interlunar period. [1805–15; INTER- + LUNATION]

**in•ter•mar•riage** (in′tər mar′ij, in′tər mar′ij), n. 1. marriage between a man and woman of different races, religions, tribes, castes, or ethnic groups, as between a white and a black or between a Christian and a non-Christian. 2. marriage between a man and woman of different social classes. 3. marriage between a man and woman within a specific group, as required by custom or law; endogamy. 4. marriage between a man and woman belonging to the same small group, esp. if they are close blood relatives. [1570–80; INTER- + MARRIAGE]

**in•ter•mar•ry** (in′tər mar′ē), v.i., -ried, -ry•ing. 1. to become connected by marriage, as two families, tribes, castes, or religions. 2. to marry within one's family. 3. to marry outside one's religion, ethnic group, etc. 4. to marry. [1565–75; INTER- + MARRY¹]

**in•ter•med•dle** (in′tər med′l), v.i., -dled, -dling. to take part in a matter, esp. officiously; meddle. [1350–1400; INTER- + MEDDLE; r. ME entremedlen < AF entremedler, OF entremesler] —in′ter•med′dler, n.

**in•ter•me•di•a** (in′tər mē′dē ə), adj. using or involving several media, as dance, slides, electronic music, film, and painting, simultaneously; multimedia. [1965–70; INTER- + MEDIA]

**in•ter•me•di•a•cy** (in′tər mē′dē ə sē), n. the state of being intermediate or of acting intermediately. [1705–15; INTERMEDI(ATE)¹ + -ACY]

**in•ter•me•di•ar•y** (in′tər mē′dē er′ē), n., pl. -ar•ies, adj. —n. 1. an intermediate agent or agency; a go-between or mediator. 2. a medium or means. 3. an intermediate form or stage. —adj. 4. being between; intermediate. 5. acting between persons, parties, etc.; serving as an intermediate agent or agency: an intermediary power. [1785–95; < LL intermedi(um) intervening place + -ARY; see INTERMEDIATE¹]
—**Syn.** 1. arbitrator, umpire.

**in•ter•me•di•ate¹** (in′tər mē′dē it), adj. 1. being, situated, or acting between two points, stages, things, persons, etc.: the intermediate steps in a procedure. 2. of or pertaining to an intermediate school. 3. Auto. mid-size. —n. 4. a person who acts between others; intermediary; mediator. 5. something intermediate, as a form or class. 6. Chem. a derivative of the initial material formed before the desired product of a chemical process. [1615–25; < ML intermediātus, equiv. to L intermedi(us) intermediary (inter- INTER- + medius MIDDLE, in the middle) + -ātus -ATE¹] —in′ter•me′di•ate•ly, adv. —in′ter•me′di•ate•ness, n.

**in•ter•me•di•ate²** (in′tər mē′dē āt′), v.i., -at•ed, -at•ing. to act as an intermediary; intervene; mediate. [1600–10; < ML intermediātus, ptp. of intermediāre. See INTER-, MEDIATE] —in′ter•me′di•a′tor, n. —in•ter•me•di•a•to•ry (in′tər mē′dē ə tôr′ē, -tōr′ē), adj.

**interme′diate card′**, Textiles. a card used in the carding process to transfer sliver from the breaker card to the finisher card.

**in′terme′diate fre′quency**, Radio. the middle frequency in a superheterodyne receiver, at which most of the amplification takes place. Abbr.: if [1920–25]

**in′terme′diate host′**, Biol. the host in which a parasite undergoes development but does not reach sexual maturity. [1875–80]

**interme′diate range′ ballis′tic mis′sile**, any supersonic missile that has a range of 800 to 1500 nautical mi. (1500 to 2800 km) and follows a ballistic trajectory after a powered, guided launching. Abbr.: IRBM, I.R.B.M. [1955–60]

**interme′diate school′**, 1. a school for pupils in grades 4 through 6. 2. a junior high school. Cf. **middle school**. [1835–45]

**in•ter•me′di•ate-val′ue the′orem** (in′tər mē′dē-it val′yo͞o), Math. the theorem that a function continuous between two points and having unequal values, a and b, at the two points takes on all values between a and b.

**interme′diate vec′tor bos′on**, Physics. one of the three particles that are believed to transmit the weak force: the positively charged W particle, the negatively charged W particle, and the neutral Z° particle. [1965–70]

**in•ter•me•di•a•tion** (in′tər mē′dē ā′shən), n. the act of intermediating. [1595–1605; INTERMEDIATE² + -ION]

**in•ter•ment** (in tûr′mənt), n. the act or ceremony of interring; burial. [1300–50; INTER + -MENT; r. ME enter(e)ment < MF enterrement]

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, ice; ox, ōver, ôrder, oil, bo͝ok, bo͞ot, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ′ as in fire (fīᵊr), hour (ouᵊr). l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

...ple, v., -pled, -pling.
...lar, adj.
...ral, adj.
...bil′i•ta′tion, n.
...mal, adj.
...ing′, v.t.
...tile, adj.
...men, adj.
...brid•ize′, v.i., -ized, -iz•ing.
...pe′ri•al, adj.
...cor′po•ra′tion, n.
...de•pend′ence, n.
in′ter•in′di•cate′, v.t., -cat•ed, -cat•ing.
in′ter•in′di•vid′u•al, adj.
in′ter•in′dus•try, adj.
in′ter•in′flu•ence, v., -enced, -enc•ing.
in′ter•in′hi•bi′tion, n.
in′ter•in•hib′i•tive, adj.
in′ter•in•sert′, v.t.
in′ter•in′sti•tu′tion•al, adj.; -ly, adv.
in′ter•in′su•lar, adj.
in′ter•in•volve′, v.t., -volved, -volv•ing.
in′ter•jac′u•late′, v.t., -lat•ed, -lat•ing.
in′ter•jac′u•la•to′ry, adj.
in′ter•judg′ment, n.
in′ter•ju′gal, adj.
in′ter•jug′u•lar, adj.
in′ter•junc′tion, n.
in′ter•la′bi•al, adj.
in′ter•lab′o•ra•to′ry, adj.
in′ter•la•cus′trine, adj.
in′ter•la•mel′lar, adj.
in′ter•lam′i•nar, adj.
in′ter•lap′, v.i., -lapped, -lap•ping.
in′ter•lat′i•tu′di•nal, adj.
in′ter•lau•da′tion, n.
in′ter•lay′er, n.
in′ter•lay′er, v.t.
in′ter•lend′, v., -lent, -lend•ing.
in′ter•lev′el, adj.
in′ter•li′bel, v.t., -beled, -bel•ing or (esp. Brit.) -belled, -bel•ling.
in′ter•li′brar•y, adj.
in′ter•lie′, v.i., -lay, -lain, -ly•ing.
in′ter•lig′a•men′ta•ry, adj.
in′ter•lig′a•men′tous, adj.
in′ter•light′, n.
in′ter•loan′, adj.
in′ter•loan′, n.
in′ter•lo′bar, adj.
in′ter•lo′bate, adj.
in′ter•lob′u•lar, adj.
in′ter•lo′cal, adj.; -ly, adv.
in′ter•lo′cate, v.t., -cat•ed, -cat•ing.      

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on June 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

I further certify that on June 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

BY FEDERAL EXPRESS

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*