IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT MAYTAG CORPORATION'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS DYSON TECHNOLOGY LIMITED AND DYSON INC. was served as follows upon the following attorneys of record on June 21, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelson |
| Glenn C. Mandalas | Keith McKenna | Monica Y. Youn |
| The Brandywine Building | Sullivan & Cromwell LLP | Manatt, Phelps, Phillips, LLP |
| 1000 West Street, 17th Floor | 125 Broad Street | 7 Times Square |
| Wilmington, Delaware 19801 | New York, New York 10004 | New York, NY 10004 |

Dated: June 21, 2006

/s/ Jaclyn Mason #4737
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Jaclyn Mason, hereby certify that on June 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Glenn C. Mandalas
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004

>Steven F. Reich
>Jeffrey S. Edelson
>Monica Y. Youn
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, NY 10004

/s/ Jaclyn Mason   #4737
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141