IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

MAYTAG CORPORATION'S RESPONSE TO SECOND SET OF INTERROGATORIES (3-4) was served as follows upon the following attorneys of record on June 23, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelson |
| Glenn C. Mandalas | Keith McKenna | Monica Y. Youn |
| Young Conaway Stargatt & Taylor LLP | Sullivan & Cromwell LLP | Manatt, Phelps, Phillips, LLP |
| The Brandywine Building | 125 Broad Street | 7 Times Square |
| 1000 West Street, 17th Floor | New York, New York 10004 | New York, NY 10004 |
| Wilmington, Delaware 19801 | | |

Dated: June 26, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308 Phone (330) 376-1242
*Attorneys for Defendant Maytag Corporation*

472908_1

## CERTIFICATE OF SERVICE

I, Stephanie O'Byrne, hereby certify that on June 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Glenn C. Mandalas
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York  10004

> Steven F. Reich
> Jeffrey S. Edelson
> Monica Y. Youn
> Manatt, Phelps, Phillips, LLP
> 7 Times Square
> New York, NY  10004

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141