IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

MAYTAG CORPORATION'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS DYSON TECHNOLOGY LIMITED AND DYSON, INC. was served as follows upon the following attorneys of record on June 30, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelson |
| Glenn C. Mandalas | Keith McKenna | Monica Y. Youn |
| Young Conaway Stargatt & Taylor LLP | Sullivan & Cromwell LLP | Manatt, Phelps, Phillips, LLP |
| The Brandywine Building | 125 Broad Street | 7 Times Square |
| 1000 West Street, 17th Floor | New York, New York  10004 | New York, NY  10004 |
| Wilmington, Delaware 19801 | | |

Dated: June 30, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber

472908_1

            400 First National Tower
            Akron, OH  44308
            Phone (330) 376-1242

            Kimball R. Anderson
            Stephen P. Durschlag
            Lisa J. Parker
            Winston & Strawn LLP
            35 West Wacker Drive
            Chicago, IL  60601
            Phone:  (312) 558-5600

Dated:  June 30, 2006      *Attorneys for Defendant Maytag Corporation*

## CERTIFICATE OF SERVICE

I, Stephanie O'Byrne, hereby certify that on June 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Glenn C. Mandalas
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on this same date I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by First Class Mail on the following counsel of record:

>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004

>Steven F. Reich
>Jeffrey S. Edelson
>Monica Y. Youn
>Manatt, Phelps, Phillips, LLP
>7 Times Square
>New York, NY 10004

>>/s/ Stephanie O'Byrne
>>Francis DiGiovanni (#3189)
>>Stephanie O'Byrne (#4446)
>>Connolly Bove Lodge & Hutz LLP
>>The Nemours Building
>>1007 N. Orange Street
>>Wilmington, DE 19899
>>Phone (302) 658-9141