IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>        Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-434-GMS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

DEFENDANT/COUNTER-CLAIMANT'S RULE 30(B)(6) NOTICE OF DEPOSITION TO

PLAINTIFFS was served upon the following attorneys of record on June 30, 2006:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn<br>John W. Shaw<br>Glenn C. Mandalas<br>Young Conaway Stargatt<br>& Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 | Richard C. Pepperman, II<br>James T. Williams<br>Keith McKenna<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 | Steven F. Reich<br>Jeffrey S. Edelson<br>Monica Y. Youn<br>Manatt, Phelps, Phillips, LLP<br>7 Times Square<br>New York, NY 10004 |

Dated: June 30, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore

                                              Renner, Kenner, Greive, Bobak,
                                              Taylor & Weber
                                              400 First National Tower
                                              Akron, OH  44308
                                              Phone (330) 376-1242

                                              Kimball R. Anderson
                                              Stephen P. Durschlag
                                              Lisa J. Parker
                                              Winston & Strawn LLP
                                              35 West Wacker Drive
                                              Chicago, IL  60601
                                              Phone:  (312) 558-5600

Dated:  June 30, 2006                     *Attorneys for Defendant Maytag Corporation*

474264_1

**CERTIFICATE OF SERVICE**

I, Stephanie O'Byrne, hereby certify that on June 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Glenn C. Mandalas
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on June 30 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record, and by U.S. Mail on the following counsel of record:

> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004

> Steven F. Reich
> Jeffrey S. Edelson
> Monica Y. Youn
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

>                          /s/ Stephanie O'Byrne
>                          Francis DiGiovanni (#3189)
>                          Stephanie O'Byrne (#4446)
>                          Connolly Bove Lodge & Hutz LLP
>                          The Nemours Building
>                          1007 N. Orange Street
>                          Wilmington, DE 19899
>                          Phone (302) 658-9141