# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| C. BARR FLINN, ESQUIRE<br>DIRECT DIAL: 302-571-6692<br>DIRECT FAX:  302-576-3292<br>bflinn@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

July 5, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

Re:   Dyson Technology Limited v. Maytag Corporation,
      C.A. No. 05-434-GMS

Dear Judge Sleet:

     Your Honor has scheduled a patent claim construction hearing in this matter for July 11, 2006. I write on behalf of all the parties to this litigation to advise your Honor that, in addition to arguing the merits of their claim construction positions at that hearing, the parties respectfully request that your Honor permit them to discuss briefly certain scheduling issues. Should your Honor have any questions or concerns regarding this request, counsel for the parties will make themselves available to discuss the request at the Court's convenience.

Respectfully submitted,

C. Barr Flinn
(No. 4092)

cc:   Clerk of the Court (by CM/ECF)
      Francis DiGiovanni, Esquire (by CM/ECF and electronic mail)
      Ray L. Weber, Esquire (by facsimile and electronic mail)
      Stephen P. Durchslag, Esquire (by facsimile and electronic mail)

DB02:5126258.1                                                                                                          063753.1002