UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) ) |

### DEFENDANT'S FIRST NOTICE OF THIRD-PARTY SUBPOENAS

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE, pursuant to Rule 45 of the Federal Rules of Civil Procedure, of service by Defendant Maytag Corporation of Subpoenas on the following individuals and entities, as indicated below. Copies of the subpoenas are attached hereto.

| Exhibit No. | Respondent | Return Date of Documents and/or Deposition Date |
|---|---|---|
| 1 | Bartle Bogle Hegarty LLC a/k/a BBH New York 32 Avenue of Americas New York, NY 10013 | Return Date for Records: July 14, 2006 Winston & Strawn, LLP Attn: Lisa Parker, Steve Durchslag 35 W. Wacker Dr. Chicago, IL 60601 <br><br> Deposition Date: July 28, 2006 at 10 a.m. Winston & Strawn LLP 200 Park Avenue New York, NY 10166 |
| 2 | CRT/Tanaka c/o General Counsel 320 West 13th Street, 7th Fl. New York, NY 10014 | Return Date for Records: July 14, 2006 Winston & Strawn, LLP Attn: Lisa Parker, Steve Durchslag 35 W. Wacker Dr., Chicago, IL 60601 |
| 3 | Fallon Worldwide c/o General Counsel 50 South Sixth Street Minneapolis, MN 55402 | Return Date for Records: July 19, 2006 Winston & Strawn, LLP Attn: Lisa Parker, Steve Durchslag 35 W. Wacker Dr., Chicago, IL 60601 <br><br> Deposition Date: August 2, 2006 at 10 a.m. Jackson Lewis LLP 150 South Fifth Street Minneapolis, MN 55402 |

Dated: July 6, 2006                             Respectfully submitted,

**MAYTAG CORPORATION**

By: ___*/s/ Francis DiGiovanni*___
    Francis DiGiovanni (#3189)
    Stephanie O'Byrne (#4446)
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 N. Orange Street
    Wilmington, DE  19899
    Phone (302) 658-9141
    Fax (302) 658-5614

    Kimball R. Anderson
    Stephen P. Durchslag
    Winston & Strawn
    Chicago, IL  60601
    Phone (312) 558-5600
    Fax (312) 558-5700

    Ray L. Weber
    Laura J. Gentilcore
    Renner, Kenner, Greive, Bobak,
    Taylor & Weber
    400 First National Tower
    Akron, OH  44308
    Phone (330) 376-1242
    Fax (330) 376-9646

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on July 6, 2006, I caused a copy of the foregoing DEFENDANT'S FIRST NOTICE OF THIRD-PARTY SUBPOENAS to be served by Federal Express on the following counsel of record:

>Garrard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004
>
>Steven F. Reich
>Jeffrey S. Edelstein
>Monica Y. Youn
>Manatt, Phelps, Phillips LLP
>7 Times Square
>New York, NY  10004

and by email and hand delivery upon the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 W. Street, 17th Floor
>Wilmington, DE  19801

>*/s/ Francis DiGiovanni*_____
>Francis DiGiovanni (#3189)

474740v1