UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** and **DYSON, INC.,** </br> Plaintiffs, </br> v. </br> **MAYTAG CORPORATION,** </br> Defendant. | ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) |

## NOTICE OF DEPOSITIONS

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of:

1. Clare Mullin at 9:30 a.m., August 8, 2006;

2. Clare Jacques at 9:30 a.m., August 15, 2006;

3. Martin McCourt at 9:30 a.m., August 22, 2006;

4. James Dyson at 9:30 a.m., August 29, 2006;

at Connolly Bove Lodge & Hutz LLP, The Nemours Building, 1007 North Orange Street, Wilmington, Delaware 19801.

The depositions will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure. If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

Respectfully submitted,

**MAYTAG CORPORATION**

By: _/s/ Francis DiGiovanni_____
      Francis DiGiovanni

      Francis DiGiovanni
      Stephanie O'Byrne
      Connolly Bove Lodge & Hutz LLP
      The Nemours Building
      1007 N. Orange Street
      Wilmington, DE  19899
      Phone (302) 658-9141
      Fax (302) 658-5614

      Kimball R. Anderson
      Stephen P. Durchslag
      Winston & Strawn
      Chicago, IL  60601
      Phone (312) 558-5600
      Fax (312) 558-5700

      Ray L. Weber
      Laura J. Gentilcore
      Renner, Kenner, Greive, Bobak,
      Taylor & Weber
      400 First National Tower
      Akron, OH  44308
      Phone (330) 376-1242
      Fax (330) 376-9646

# CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 10, 2006, I caused a copy of the foregoing NOTICE OF DEPOSITONS to be served by Federal Express on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Monica Y. Youn
> Manatt, Phelps, Phillips LLP
> 7 Times Square
> New York, NY  10004

and by email and hand delivery upon the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 W. Street, 17th Floor
> Wilmington, DE  19801

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)