IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 05-434-GMS |
| v. | ) ) |
| MAYTAG CORPORATION, | ) ) |
| Defendant. | ) |

## AMENDMENT TO SCHEDULING ORDER

The parties having jointly requested certain amendments to the Scheduling Order entered by this Court on December 19, 2005 (the "Scheduling Order"); and the Court having heard argument on the matter;

IT IS ON THIS ____ day of July, 2006,

ORDERED that the Scheduling Order shall be and hereby is amended as follows:

1. **Fact Discovery.** All fact discovery in this case shall be completed on or before November 3, 2006.

2. **Expert Reports and Discovery.** Expert discovery in this case shall be completed on or before January 12, 2007. Opening expert reports on issues for which a party bears the burden of proof shall be served on or before November 10, 2006. Responsive expert reports shall be served on opposing counsel on or before December 8, 2006. The last day for depositions of all experts shall be January 12, 2007.

3. **Summary Judgment Motions.** The parties agree that they will not seek to file any motions for summary judgment. Accordingly, the Status Conference to hear argument on summary judgment issues that was set for October 5, 2006, is cancelled.

IT IS FURTHER ORDERED that, except as amended hereby, all other terms of the Scheduling Order remain in effect.

_____
United States District Judge