# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| ADAM W. POFF | THE BRANDYWINE BUILDING | (302) 571-6600 |
| --- | --- | --- |
| DIRECT DIAL: 302-571-6642 | 1000 WEST STREET, 17TH FLOOR | (302) 571-1253 FAX |
| DIRECT FAX: 302-576-3326 | WILMINGTON, DELAWARE 19801 | (800) 253-2234 (DE ONLY) |
| apoff@ycst.com | | www.youngconaway.com |
| | P.O. BOX 391 | |
| | WILMINGTON, DELAWARE 19899-0391 | |

July 11, 2006

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

      Re:   Dyson Technology Limited v. Maytag Corporation,
             C.A. No. 05-434-GMS

Dear Judge Sleet:

      Enclosed please find the Amendment to Scheduling Order discussed at today's hearing. Should Your Honor have any questions about the Order, counsel are available at the Court's convenience

                              Respectfully submitted,

                              Adam W. Poff
                              (No. 3990)

AWP

cc:   Clerk of the Court (by CM/ECF)
       Francis DiGiovanni, Esquire (by CM/ECF and hand delivery)
       Ray L. Weber, Esquire (by Federal Express)