IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF TAMAR FEDER AND MELISSA D. GOETZ

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Tamar Feder and Melissa D. Goetz to represent Dyson Technology Limited and Dyson, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
bflinn@ycst.com

Dated: July 12, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Tamar Feder and Melissa D. Goetz is granted.

Date: _____, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Tamar Feder
MANATT PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064

DATED: July 9, 2006

41018364.1

DB01:1197131.1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*Melissa D. Goetz*
Melissa D. Goetz
MANATT PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064

DATED: July 7, 2006

41018367.1

DB01:1197131.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on July 12, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on July 12, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> BY FEDERAL EXPRESS
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>    TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*