IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | )<br>) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | )<br>)<br>) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION TO DEFENDANT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Dyson Technology Limited and Dyson, Inc. will take the depositions upon oral examination of:

1. Dan Miller
   August 29, 2006
   10:00 a.m.

2. Donna Hummell
   August 30, 2006
   10:00 a.m.

3. David Baker
   August 31, 2006
   10 a.m.

4. Russ Boyer
   September 6, 2006
   10 a.m.

5. Robert Hecht
   September 7, 2006
   10 a.m.

6. Kurt Harsh
   September 8, 2006
   10 a.m.

7. Dave Moine
   September 11, 2006
   10 a.m.

The depositions will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The depositions will be recorded by videographic and/or stenographic means. The depositions will take place at the offices of Manatt, Phelps & Phillips LLP, 7 Times Square, New York, New York 10036 at the dates and times noted above, or at such other dates and times as the parties may mutually agree, and shall continue from day to day thereafter until concluded.

You are requested to produce the witnesses at the agreed time and indicated place and are invited to attend.

Dated: July 17, 2006    YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: _____

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

Steven F. Reich
Jeffrey S. Edelstein
Tamar Feder
Melissa D. Goetz
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Plaintiffs Dyson*
*Technology Limited and Dyson, Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on July 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on July 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY FEDERAL EXPRESS**

> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*