IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT MAYTAG CORPORATION'S OBJECTIONS TO PLAINTIFFS' RULE 30(B)(6) NOTICE OF DEPOSITION was served upon the following attorneys of record on August 16, 2006:

| **VIA HAND DELIVERY AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelson |
| Young Conaway Stargatt & Taylor LLP | James T. Williams | Monica Y. Youn |
| | Keith McKenna | Manatt, Phelps, Phillips, LLP |
| The Brandywine Building | Sullivan & Cromwell LLP | 7 Times Square |
| 1000 West Street, 17th Floor | 125 Broad Street | New York, NY  10004 |
| Wilmington, Delaware 19801 | New York, New York  10004 | |

Dated:  August 17, 2006        /s/ Francis DiGiovanni
                               Francis DiGiovanni (#3189)
                               Stephanie O'Byrne (#4446)
                               Connolly Bove Lodge & Hutz LLP
                               The Nemours Building
                               1007 N. Orange Street
                               Wilmington, DE  19899
                               Phone (302) 658-9141

                                           Ray L. Weber
                                           Laura J. Gentilcore
                                           Renner, Kenner, Greive, Bobak,
                                           Taylor & Weber
                                           400 First National Tower
                                           Akron, OH  44308
                                           Phone (330) 376-1242

                                           Kimball R. Anderson
                                           Stephen P. Durschlag
                                           Lisa J. Parker
                                           Winston & Strawn LLP
                                           35 West Wacker Drive
                                           Chicago, IL  60601
                                           Phone:  (312) 558-5600

Dated:  August 17, 2006                *Attorneys for Defendant Maytag Corporation*

482471_1

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on August 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on August 17, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Monica Y. Youn
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)
> Stephanie O'Byrne (#4446)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19899
> Phone (302) 658-9141