IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: AMENDED NOTICE OF DEPOSITIONS was served upon the following attorneys of record on August 18, 2006:

| **VIA HAND DELIVERY AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|---|
| C. Barr Flinn<br>John W. Shaw<br>Young Conaway Stargatt<br>& Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801 | Garrard R. Beeney<br>Richard C. Pepperman, II<br>James T. Williams<br>Keith McKenna<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 | Steven F. Reich<br>Jeffrey S. Edelson<br>Manatt, Phelps, Phillips, LLP<br>7 Times Square<br>New York, NY 10004 |

Dated: August 18, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

|   |   |
|---|---|
|   | Ray L. Weber<br>Laura J. Gentilcore<br>Renner, Kenner, Greive, Bobak,<br>Taylor & Weber<br>400 First National Tower<br>Akron, OH  44308<br>Phone (330) 376-1242<br><br>Kimball R. Anderson<br>Stephen P. Durschlag<br>Lisa J. Parker<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Phone:  (312) 558-5600 |
| Dated:  August 18, 2006 | *Attorneys for Defendant Maytag Corporation* |

482906_1

## CERTIFICATE OF SERVICE

I, Stephanie O'Byrne, hereby certify that on August 18, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on August 18, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Monica Y. Youn
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141