UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** and **DYSON, INC.,** <br>                                    **Plaintiffs,** <br> v. <br><br> **MAYTAG CORPORATION,** <br>                                    **Defendant.** | ) ) ) ) )   Civil Action No. 05-434-GMS ) ) ) ) |

**NOTICE OF SUBPOENA TO IEC**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

      PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Maytag Corporation served a subpoena on IEC.  Attached hereto as Exhibit A is a true and correct copy of that Subpoena.

Dated: August 22, 2006

                                                                     Respectfully submitted,

                                                                     **MAYTAG CORPORATION**

                                                    By: /s/ Stephanie O'Byrne
                                                        Francis DiGiovanni
                                                        Stephanie O'Byrne
                                                       Connolly Bove Lodge & Hutz LLP
                                                       The Nemours Building
                                                       1007 N. Orange Street
                                                       Wilmington, DE  19899
                                                       Phone (302) 658-9141
                                                       Fax (302) 658-5614

                                                       Kimball R. Anderson
                                                       Stephen P. Durchslag
                                                       Winston & Strawn
                                                       Chicago, IL  60601
                                                       Phone (312) 558-5600
                                                       Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242
Fax (330) 376-9646

**CERTIFICATE OF SERVICE**

I, Stephanie O'Byrne, hereby certify that on August 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on August 22, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004

> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

>                              /s/ Stephanie O'Byrne
>                              Francis DiGiovanni (#3189)
>                              Stephanie O'Byrne (#4446)
>                              Connolly Bove Lodge & Hutz LLP
>                              The Nemours Building
>                              1007 N. Orange Street
>                              Wilmington, DE  19899
>                              Phone (302) 658-9141

#483354v1