IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 05-434 (GMS) |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) ) | |

**AMENDED NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs Dyson Technology Limited and Dyson, Inc. will take the deposition upon oral examination of the individuals set forth below at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 on the dates and at the times indicated below:

| | **Deponent** | **Date/Time** |
|---|---|---|
| 1. | David Baker | September 21, 2006 |
| 2. | Kurt Harsh | September 25, 2006 |
| 3. | Dave Moine | September 26, 2006 |
| 4. | Russ Boyer | September 27, 2006 |
| 5. | Robert Hecht | September 28, 2006 |
| 6. | Dan Miller | September 28, 2006 |
| 7. | John Morrison | September 29, 2006 |
| 8. | Donna Hummell | October 10, 2006 |
| 9. | John Balough | October 5, 2006 |

Each deposition will be taken before a duly authorized notary public or other person authorized to administer oaths and will be recorded by videographic and/or stenographic means. You are requested to produce the witness at the agreed time and location, and are invited to attend.

Dated:   Wilmington, Delaware
         August 23, 2006

                                                YOUNG CONAWAY STARGATT &
                                                TAYLOR, LLP

                                                By: _____

                                                C. Barr Flinn (No. 4092)
                                                John W. Shaw (No. 3362)
                                                Adam W. Poff (No. 3990)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware  19801
                                                (302) 571-6600

                                                OF COUNSEL:

                                                Garrard R. Beeney
                                                Richard C. Pepperman, II
                                                James T. Williams
                                                Keith McKenna
                                                SULLIVAN & CROMWELL LLP
                                                125 Broad Street
                                                New York, New York  10004
                                                (212) 558-4000

                                                Steven F. Reich
                                                Jeffrey S. Edelstein
                                                Tamar S. Feder
                                                MANATT, PHELPS & PHILLIPS, LLP
                                                7 Times Square
                                                New York, New York  10036
                                                (212) 790-4500

                                                *Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on August 23, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on August 23, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>BY FEDERAL EXPRESS
>
>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>  TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>
>*Attorneys for Dyson Technology Limited*
>*and Dyson, Inc.*

DB01:1773945.1                                                                                 063753.1001