# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-434-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that plaintiffs Dyson Technology Limited and Dyson, Inc. are serving subpoenas upon the following: 1) IEC; 2) Universal McCann; 3) Davis Marketing; 4) Element 79 Partners, and 5) Blair Worldwide. Attached at Tabs 1-5 are true and correct copies of those subpoenas.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

OF COUNSEL:

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

DB01:2178422.1                                                                 063753.1002

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on August 29, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on August 29, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>BY E-MAIL ON AUGUST 29, 2006
>AND FEDERAL EXPRESS ON AUGUST 30, 2006
>
>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>  TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308
>
>
>Kimball R. Anderson, Esquire
>Stephen P. Durchslag, Esquire
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited
and Dyson, Inc.*