IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-434-GMS <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT MAYTAG CORPORATION'S UNOPPOSED MOTION
TO SUPPLEMENT ITS COUNTERCLAIMS**

Defendant Maytag Corporation ("Maytag") hereby moves to supplement its counterclaims. This Motion is unopposed, as expressed by counsel for plaintiffs Dyson Technology Limited and Dyson, Inc. ("Dyson") via communication with Maytag's counsel on September 11, 2006.

Further, Maytag, upon grant of this Motion, will withdraw its Motion for Leave to Amend its Counterclaims (D.I. 67).

Maytag filed its original Motion to Amend its Counterclaims (D.I. 67, memorandum in support at D.I. 68) pursuant to Fed. R. Civ. P. 15(a) on March 24, 2006, containing new allegations of acts of false and misleading advertising by Plaintiffs that occurred after the date of the original Complaint in this case, and after Defendant's Answer and Counterclaims were filed. Maytag now, in lieu of its Motion to Amend, moves this Court to supplement its Counterclaims in compliance with Federal Rule of Civil Procedure 15(d).

Maytag's Affirmative Defenses and Supplemented Counterclaims are attached to this motion as Exhibit A. Maytag also attaches hereto a redlined version of its Affirmative Defenses and Supplemented Counterclaims as Exhibit B, so that the Court and counsel may easily see

what information has been added. *See* Local Rule 15.1. Specifically, the modifications allege additional acts of false and misleading advertising by plaintiffs that occurred after the initial complaint in this case, and after Defendant's Answer and Counterclaims were filed. Because (as explained more fully in the Memorandum of Law filed herewith by Maytag) leave to supplement under Rule 15(d) is liberally granted, and further because the motion is unopposed, Maytag respectfully submits that this unopposed motion should be granted.

                                                Respectfully submitted,

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
  Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Facsimile (330) 376-9646
Phone (302) 658-9141

Dated: September 11, 2006                        Attorneys for Maytag Corporation

485037_1