IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) |
| Plaintiffs, | ) |
| v. | )   Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) |
| Defendant. | ) |

**ORDER**

WHEREAS, defendant Maytag Corporation ("Maytag") has moved to supplement its counterclaims, and the motion is unopposed by plaintiffs,

IT IS HEREBY ORDERED, this ___ day of _____, 2006, that Defendant Maytag Corporation's Unopposed Motion to Supplement Its Counterclaims is hereby GRANTED.

_____
United States District Judge