IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANT (NOS. 5-8) were served as follows upon the following attorneys of record on September 12, 2006:

**VIA HAND DELIVERY AND EMAIL**
C. Barr Flinn
John W. Shaw
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL AND EMAIL**
Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

**VIA FIRST CLASS MAIL AND EMAIL**
Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps, Phillips, LLP
7 Times Square
New York, NY 10004

Dated: September 13, 2006

/s/ Stephanie O'Byrne
Francis DiGiovanni (#3189)
Stephanie O'Byrne (#4446)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation