IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MAYTAG CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 05-434-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES (NOS. 10-18) were served as follows upon the following attorneys of record on September 25, 2006:

| **VIA HAND DELIVERY AND E-MAIL** | **VIA UNITED STATES MAIL AND E-MAIL** | **VIA FIRST CLASS MAIL AND E-MAIL** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelson |
| Adam Poff | James T. Williams | Manatt, Phelps, Phillips, LLP |
| Young Conaway Stargatt & Taylor LLP | Keith McKenna | 7 Times Square |
| The Brandywine Building | Sullivan & Cromwell LLP | New York, NY 10004 |
| 1000 West Street, 17th Floor | 125 Broad Street | |
| Wilmington, Delaware 19801 | New York, New York 10004 | |

Dated: September 26, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on September 26, 2006, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelson
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

490024