IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-434-GMS ) |
| MAYTAG CORPORATION, | ) Honorable Gregory M. Sleet ) |
| Defendant. | ) ) |

**DEFENDANT MAYTAG CORPORATION'S WITHDRAWAL OF ITS
UNOPPOSED MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS**

Defendant Maytag Corporation ("Maytag") hereby respectfully withdraws its Motion for Leave to Amend its Counterclaims (D.I. 67).


Dated: September 28, 2006          By:   /s/ Francis DiGiovanni
                                         Francis DiGiovanni (#3189)
                                         Connolly Bove Lodge & Hutz LLP
                                         The Nemours Building
                                         1007 N. Orange Street
                                         Wilmington, DE  19899
                                         Phone (302) 658-9141
                                         Facsimile (302) 658-5614

                                         Attorneys for Defendant Maytag Corporation


OF COUNSEL:

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600
Facsimile (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
   Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone  (330) 376-1242
Facsimile (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on September 28, 2006, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelson
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

        Francis DiGiovanni
        Francis DiGiovanni (#3189)

#489906v1