IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) DEFENDANT MAYTAG CORPORATION'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS DYSON TECHNOLOGY LIMITED AND DYSON INC.; 2) DEFENDANT MAYTAG CORPORATION'S SECOND SET OF INTERROGATORIES; 3) DEFENDANT MAYTAG CORPORATION'S REQUEST FOR ADMISSIONS were served as follows upon the following attorneys of record on October 4, 2006:

| **VIA HAND DELIVERY AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** | **VIA FIRST CLASS MAIL AND EMAIL** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelstein |
| Young Conaway Stargatt & Taylor LLP | James T. Williams | Manatt, Phelps, Phillips, LLP |
| | Keith McKenna | 7 Times Square |
| The Brandywine Building | Sullivan & Cromwell LLP | New York, NY 10004 |
| 1000 West Street, 17th Floor | 125 Broad Street | |
| Wilmington, Delaware 19801 | New York, New York 10004 | |

Dated: October 5, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on October 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on October 5, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19899
> Phone (302) 658-9141