IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-434-GMS |

## STIPULATION AND ORDER

WHEREAS, the parties have been diligently conducting discovery, but due to the complexity of the issues in the case, and the complexity of document discovery, the parties seek an extension of deposition discovery of approximately thirty (30) days;

WHEREAS, an extension of deposition discovery of approximately thirty (30) days, and the corresponding extension of expert report submissions and expert depositions, will not affect any other dates in this case,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Scheduling Order dated December 19, 2005 (D.I. 46), as previously amended on July 12, 2006 (D.I. 90), shall be amended as follows:

1. **Written Discovery.** All written discovery in this case shall be completed by the date set in the existing schedule, i.e., on or before November 3, 2006.

2. **Depositions of Fact Witnesses.** All depositions of fact witnesses must be completed by no later than December 4, 2006.

3.  **Expert Reports and Discovery.** Opening expert reports on issues for which a party bears the burden of proof shall be served on or before December 11, 2006. Responsive expert reports shall be served on opposing counsel on or before January 8, 2007. The last day for depositions of all experts shall be February 12, 2007.

4.  **Summary Judgment Motions.** The parties have previously agreed, and the Court has previously ordered, that the parties will not file summary judgment motions. *See* D.I. 90.

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that except as amended hereby, all other terms of the Court's December 19, 2005 Scheduling Order (D.I. 46), as amended July 12, 2006 (D.I. 90), remain in effect.

_____
C. Barr Flinn (#4092)
John W. Shaw (#3362)
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6000
jshaw@ycst.com

*Attorneys for Plaintiffs*

_____
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendant*

SO ORDERED, this ____ day of October, 2006

_____
United States District Judge

488682v2