IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and<br>DYSON, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-434-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

MAYTAG CORPORATION'S RESPONSES TO INTERROGATORY 18 was served as

follows upon the following attorneys of record on October 12, 2006:

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelstein |
| The Brandywine Building | Keith McKenna | Manatt, Phelps, Phillips, LLP |
| 1000 West Street, 17th Floor | Sullivan & Cromwell LLP | 7 Times Square |
| Wilmington, Delaware 19801 | 125 Broad Street | New York, NY  10004 |
| | New York, New York  10004 | |

Dated:  October 13, 2006

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on October 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on October 13, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19899
> Phone (302) 658-9141

493659_1