IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | C.A. No. 05-434-GMS |
| MAYTAG CORPORATION, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs Dyson Technology Limited and Dyson, Inc., by its counsel, will take the deposition upon oral examination of Gloria Collins.

The deposition will take place at the offices of Blank Rome LLP, One Logan Square, 130 North 18th Street, Philadelphia, Pennsylvania 19103-6998, commencing on October 26, 2006 at 10:00 a.m, or at such other time and place as may be agreed to by counsel.  The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means.  The deposition will continue from day-to-day until completed.

All counsel are invited to attend and cross-examine.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        _/s/ John W. Shaw_____

                        C. Barr Flinn (No. 4092)
                        John W. Shaw (No. 3362)
                        Adam W. Poff (No. 3990)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801

OF COUNSEL:              (302) 571-6600
                        jshaw@ycst.com

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

Dated: October 17, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on October 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL ON OCTOBER 17, 2006 AND**
>**BY FEDERAL EXPRESS ON OCTOBER 18, 2006**
>
>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308
>
>Kimball R. Anderson, Esquire
>Stephen P. Durchslag, Esquire
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL  60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited
and Dyson, Inc.*