IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., ) ) ) Plaintiffs, ) v. ) MAYTAG CORPORATION, ) ) Defendant. ) | ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) DEFENDANT'S RESPONSE TO PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS (NOS. 63-67); 2) DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SIXTH SET OF INTERROGATORIES TO DEFENDANT (NOS. 19-29); 3) DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT (NOS. 1-3) were served as follows upon the following attorneys of record on October 24, 2006:

| **VIA FACSIMILE** | **VIA FACSIMILE** | **VIA FACSIMILE** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelstein |
| Young Conaway Stargatt & Taylor LLP | James T. Williams | Manatt, Phelps, Phillips, LLP |
| | Keith McKenna | 7 Times Square |
| The Brandywine Building | Sullivan & Cromwell LLP | New York, NY  10004 |
| 1000 West Street, 17th Floor | 125 Broad Street | |
| Wilmington, Delaware 19801 | New York, New York  10004 | |

Dated:  October 25, 2006	/s/ James D. Heisman
	Francis DiGiovanni (#3189)
	James D. Heisman (#2746)
	Connolly Bove Lodge & Hutz LLP
	The Nemours Building
	1007 N. Orange Street
	Wilmington, DE  19899
	Phone (302) 658-9141

	Ray L. Weber
	Laura J. Gentilcore
	Renner, Kenner, Greive, Bobak,
	 Taylor & Weber
	400 First National Tower
	Akron, OH  44308
	Phone (330) 376-1242

	Kimball R. Anderson
	Stephen P. Durchslag
	Lisa J. Parker
	Winston & Strawn LLP
	35 West Wacker Drive
	Chicago, IL  60601
	Phone (312) 558-5600

	Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on October 25, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on October 25, 2006, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ James D. Heisman
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
