IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.6 and the attached certifications, counsel moves for the admission *pro hac vice* of Lisa J. Parker to represent defendant Maytag Corporation in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 1005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 2, 2006         /s/ Francis DiGiovanni
                                Francis DiGiovanni (#3189)
                                James D. Heisman (#2746)
                                CONNOLLY BOVE LODGE & HUTZ LLP
                                The Nemours Building – 8th Floor
                                1007 North Orange Street
                                Wilmington, Delaware 19801
                                (302) 658-9141
                                fdigiovanni@cblh.com

                                *Attorneys for Defendant*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-434-GMS ) |
| MAYTAG CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illionois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 31, 2006

Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant*

444958_1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 2, 2006, I electronically filed **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification, and I will hand deliver and email such filing, to the following:

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt
 & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on November 2, 2006, I have mailed by U.S. Postal Service and email, the document to the following non-registered participants.

| | |
|---|---|
| Garrard R. Beeney | Steven F. Reich |
| Richard C. Pepperman, II | Jeffrey S. Edelstein |
| James T. Williams | Manatt, Phelps & Phillips, LLP |
| Keith McKenna | 7 Times Square |
| Sullivan & Cromwell LLP | New York, New York 10036 |
| 125 Broad Street | |
| New York, New York 10004 | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 North Orange Street
Wilmington, Delaware 19801
(302) 658-9141
fdigiovanni@cblh.com

*Attorneys for Defendant*

431738_1