**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** <br> **and DYSON, INC.,** <br> **Plaintiffs,** <br> v. <br><br> **MAYTAG CORPORATION,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> )   **Civil Action No. 05-434-GMS** <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of Doug Kellam at Winston & Strawn LLP, 35 West Wacker Drive, Chicago IL 60601, on November 29, 2006 at 9 a.m. or at such other time and place as the parties may agree.

The depositions will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure. If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

Respectfully submitted,

**MAYTAG CORPORATION**

By: /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Ronald Y. Rothstein
Winston & Strawn
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on November 2, 2006, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)