IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-434-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SEVENTH SET OF INTERROGATORIES TO DEFENDANT (NOS. 30-35); 2) DEFENDANT'S RESPONSE TO PLAINTIFFS' FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS (68) were served as follows upon the following attorneys of record on November 7, 2006:

| **VIA FACSIMILE** | **VIA FACSIMILE** | **VIA FACSIMILE** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelstein |
| Young Conaway Stargatt & Taylor LLP | James T. Williams | Manatt, Phelps, Phillips, LLP |
| | Keith McKenna | 7 Times Square |
| The Brandywine Building | Sullivan & Cromwell LLP | New York, NY  10004 |
| 1000 West Street, 17th Floor | 125 Broad Street | |
| Wilmington, Delaware 19801 | New York, New York  10004 | |

Dated:  November 7, 2006      /s/ Francis DiGiovanni
                                                      Francis DiGiovanni (#3189)
                                                      Connolly Bove Lodge & Hutz LLP
                                                      The Nemours Building
                                                      1007 N. Orange Street
                                                      Wilmington, DE  19899
                                                      Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 7, 2006, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on November 7, 2006, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)