IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434-GMS |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 7, 2006, copies of 1) Plaintiffs' Responses and Objections to Defendant's Second Set of Interrogatories Numbered 4-24; 2) Responses to Defendant Maytag Corporation's Fifth Set of Requests for Production of Documents to Plaintiffs Dyson Technology Limited and Dyson, Inc., and 3) Plaintiffs' Responses and Objections to Defendant's Requests for Admissions were served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

### BY FEDERAL EXPRESS

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Additionally, I hereby certify that on November 7, 2006, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ *signature* |
|  | C. Barr Flinn (No. 4092) |
|  | John W. Shaw (No. 3362) |
|  | Adam W. Poff (No. 3990) |
|  | The Brandywine Building |
|  | 1000 West Street, 17th Floor |
|  | Wilmington, Delaware 19801 |
| OF COUNSEL: | (302) 571-6600 |
|  | apoff@ycst.com |

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
Steven F. Reich

Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

November 7, 2006