UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** and **DYSON, INC.,** )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**MAYTAG CORPORATION,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-434-GMS |

## NOTICE OF DEPOSITION

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of Matthew Kitchin at Winston & Strawn LLP, 35 West Wacker Drive, Chicago IL 60601, on November 27, 2006 at 9 a.m. or at such other time and place as the parties may agree.

     The depositions will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure. If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

Respectfully submitted,

**MAYTAG CORPORATION**

By: /s/ Francis DiGiovanni
    Francis DiGiovanni
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 N. Orange Street
    Wilmington, DE  19899
    Phone (302) 658-9141
    Fax (302) 658-5614

    Kimball R. Anderson
    Stephen P. Durchslag
    Ronald Rothstein
    Winston & Strawn
    Chicago, IL  60601
    Phone (312) 558-5600
    Fax (312) 558-5700

    Ray L. Weber
    Laura J. Gentilcore
    Renner, Kenner, Greive, Bobak,
    Taylor & Weber
    400 First National Tower
    Akron, OH  44308
    Phone (330) 376-1242
    Fax (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 8, 2006, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on November 8, 2006, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)