**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED**<br>and **DYSON, INC.**,<br>           **Plaintiffs,**<br>v.<br>**MAYTAG CORPORATION,**<br>           **Defendant.** | )<br>)<br>)<br>)   **Civil Action No. 05-434-GMS**<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of Emma Jane Heatley at Winston & Strawn LLP, 35 West Wacker Drive, Chicago IL 60601, on November 29, 2006 at 9 a.m. or at such other time and place as the parties may agree.

      The depositions will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure. If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

Respectfully submitted,

**MAYTAG CORPORATION**

By: <u>/s/ Francis DiGiovanni</u>
  Francis DiGiovanni
  Connolly Bove Lodge & Hutz LLP
  The Nemours Building
  1007 N. Orange Street
  Wilmington, DE 19899
  Phone (302) 658-9141
  Fax (302) 658-5614

  Kimball R. Anderson
  Stephen P. Durchslag
  Winston & Strawn
  Chicago, IL 60601
  Phone (312) 558-5600
  Fax (312) 558-5700

  Ray L. Weber
  Laura J. Gentilcore
  Renner, Kenner, Greive, Bobak,
  Taylor & Weber
  400 First National Tower
  Akron, OH 44308
  Phone (330) 376-1242
  Fax (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 8, 2006, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on November 8, 2006, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)