**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED**<br>**and DYSON, INC.,** | ) <br> ) |
| **Plaintiffs,** | ) |
| **v.** | )    **Civil Action No. 05-434-GMS** |
| | ) |
| **MAYTAG CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

<u>**NOTICE OF DEPOSITION**</u>

**TO:**     COUNSEL OF RECORD ON ATTACHED SERVICE LIST

      **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of John Shipsey at Winston & Strawn LLP, 99 Gresham Street, London EC2V 7NG, November 30, 2006 at 9 a.m. or at such other time and place as the parties may agree.

      The deposition will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure.  If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

2

Respectfully submitted,

**MAYTAG CORPORATION**


By: /s/ Francis DiGiovanni
       Francis DiGiovanni
       Connolly Bove Lodge & Hutz LLP
       The Nemours Building
       1007 N. Orange Street
       Wilmington, DE  19899
       Phone (302) 658-9141
       Fax (302) 658-5614

       Kimball R. Anderson
       Stephen P. Durchslag
       Winston & Strawn
       Chicago, IL  60601
       Phone (312) 558-5600
       Fax (312) 558-5700

       Ray L. Weber
       Laura J. Gentilcore
       Renner, Kenner, Greive, Bobak,
       Taylor & Weber
       400 First National Tower
       Akron, OH  44308
       Phone (330) 376-1242
       Fax (330) 376-9646

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on November 20, 2006, copies of the foregoing

document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

3