UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>                              Plaintiffs,<br>v.<br>MAYTAG CORPORATION,<br>                              Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-434-GMS<br>)<br>)<br>)<br>) |

## DEFENDANT'S THIRD NOTICE OF THIRD-PARTY SUBPOENAS

**TO:** COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Maytag Corporation served Subpoenas via facsimile on the following individuals and entities, as indicated below.

| **Exhibit No.** | **Respondent** | **Return Date of Documents and/or Deposition Date** |
|---|---|---|
| 1 | Intertek Testing Services, Inc.<br>c/o Richard John<br>3933 U.S. Route 11, Industrial Park<br>Cortland, NY 13045 | Date of Deposition: December 4, 2006<br>Holiday Inn<br>2 River Street<br>Cortland, NY 13045 |
| 2 | Sonwil Distribution Center<br>901 Furnham Blvd<br>Buffalo, NY 14203 | Return Date for Records: December 4, 2006<br>Cannon Legal Support, Inc.<br>5140 Main Street, Unit 303<br>Buffalo, NY 14221 |
| 3 | Steve Burstock<br>Vacuum City<br>646 1st Street W<br>Havre, MT 59501 | Dates of Deposition: December 4, 2006<br>Best Western Great Northern Inn (conference room)<br>1345 First Street<br>Havre, MT 59501 |

The subpoenas described above were served on Dyson's counsel of record on November 17, 2006 as described in Defendant's Third Notice of Third-Party Subpoenas, attached hereto.

2

Dated: November 20, 2006  Respectfully submitted,

**MAYTAG CORPORATION**

By: /s/ Francis DiGiovanni
 Francis DiGiovanni
 Connolly Bove Lodge & Hutz LLP
 The Nemours Building
 1007 N. Orange Street
 Wilmington, DE 19899
 Phone (302) 658-9141
 Fax (302) 658-5614

 Kimball R. Anderson
 Stephen P. Durchslag
 Winston & Strawn
 Chicago, IL 60601
 Phone (312) 558-5600
 Fax (312) 558-5700

 Ray L. Weber
 Laura J. Gentilcore
 Renner, Kenner, Greive, Bobak,
 Taylor & Weber
 400 First National Tower
 Akron, OH 44308
 Phone (330) 376-1242
 Fax (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 20, 2006, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

#482546v1