UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S THIRD NOTICE OF THIRD-PARTY SUBPOENAS

TO:    COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Maytag Corporation served a subpoena on the following individuals and entity. A copy of the subpoena is attached hereto.

| Exhibit No. | Respondent | Return Date of Documents/Deposition |
|---|---|---|
| 1 | Intertek Testing Services, Inc. c/o Richard John 3933 U.S. Route 11, Industrial Park Cortland, NY 13045 | Date of Deposition: December 4, 2006 Holiday Inn 2 River Street Cortland, NY 13045 |
| 2 | Sonwil Distribution Center 901 Fuhrmann Blvd Buffalo, NY 14203 | Return Date for Records: December 4, 2006 Cannon Legal Support, Inc. 5140 Main Street, Unit 303 Buffalo, NY 14221 |
| 3 | Steve Burstock Vacuum City 646 1st Street W Havre, MT 59501 | Date of Deposition: December 4, 2006 Best Western Great Northern Inn (conference room) 1345 First Street Havre, MT 59501 |

Dated: November 17, 2006

Respectfully submitted,

**MAYTAG CORPORATION**

By: _____
One of its Attorneys

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

Francis DiGiovanni
Stephanie O'Byrne
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

## CERTIFICATE OF SERVICE

  I, the undersigned attorney, hereby certify that on November 17, 2006, I caused a copy of the foregoing DEFENDANT'S THIRD NOTICE OF THIRD-PARTY SUBPOENAS to be served via facsimile on the following counsel of record:

**David B. Tulchin**
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

**Steven F. Reich**
Jeffrey S. Edelstein
Monica Y. Youn
Manatt, Phelps, Phillips LLP
7 Times Square
New York, NY  10004

**C. Barr Flinn**
John W. Shaw
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 W. Street, 17th Floor
Wilmington, DE  19801

_/s/ [signature]_

CHI:1819027.1