# EXHIBIT B


**manatt**
manatt | phelps | phillips

Melissa D. Goetz
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

October 25, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re:  *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find the following, produced by Dyson in response to Maytag's request for documents in the above-referenced matter:

- Hard-copy documents Bates-labeled DYS074424 – DYS075476 and DYS330975 – DYS335352; and

- A disk containing documents Bates-labeled DYS318735 – DYS327587.

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
41053143.1
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.


**manatt**
manatt | phelps | phillips

**Melissa D. Goetz**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

October 27, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

    Re:   *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

    Enclosed please find the following, produced by Dyson in response to Maytag's request for documents in the above-referenced matter:

- Hard-copy documents Bates-labeled DYS335353 – DYS337301
- A disk containing documents Bates-labeled DYS337302 – DYS357051
- Hard-copy documents Bates-labeled DYS357052 – DYS360357
- A disk containing documents Bates-labeled DYS360358 – DYS360363

    Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
41054007.1
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.


**manatt**
manatt | phelps | phillips

Melissa D. Goetz
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

November 2, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re: *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find a disk containing documents Bates-labeled DYS600001 – DYS606706, produced by Dyson in response to Maytag's request for documents in the above-referenced matter. Please note that these documents are highly confidential.

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
41055814.1 Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.



**manatt**
manatt | phelps | phillips

**Melissa D. Goetz**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

November 2, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re:   *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find hard-copy documents Bates-labeled DYS388171 – DYS393342, produced by Dyson in response to Maytag's request for documents in the above-referenced matter.

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz



**manatt**
manatt | phelps | phillips

Melissa D. Goetz
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

November 2, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re: *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find hard-copy documents Bates-labeled DYS068099 – DYS071349 and DYS385123 – DYS388170, produced by Dyson in response to Maytag's request for documents in the above-referenced matter.

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz

11355 West Olympic Boulevard, Los Angeles, California 90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.
41055593.1


manatt | phelps | phillips

Melissa D. Goetz
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

November 3, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re: *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find the following, produced by Dyson in response to Maytag's request for documents in the above-referenced matter:

- A disk Bates-numbered DYS606707 – DYS622535. This disk is highly confidential.
- A disk Bates-numbered DYS622536 – DYS632792. This disk is highly confidential.
- Hard-copy documents Bates-numbered DYS372258.1 – DYS372258.147.
- Hard-copy documents Bates-numbered DYS393343 – DYS399975.
- Hard-copy documents Bates-numbered DYS500424 – DYS501563.

Additionally, on October 31, 2006, my cover letter indicated that we had produced DYS067514 – DYS068098. In actuality, this range ended in DYS067859.

Finally, over the course of discovery in the above-referenced matter, we have encountered several corrupt and unprintable electronic documents. We have worked diligently to access these files and have produced them, where possible. To the extent we are able to restore any of these files at a future date, we will provide these documents to you.

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz


manatt | phelps | phillips

Melissa D. Goetz
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: mgoetz@manatt.com

November 3, 2006

Client-Matter: 27699-060

**VIA OVERNIGHT MAIL**

Lisa J. Parker, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703

Re: *Dyson Technology Ltd., et al., v. Maytag Corporation*

Dear Lisa:

Enclosed please find hard-copy documents Bates-numbered DYS501564 – DYS503127, produced by Dyson in response to Maytag's request for documents in the above-referenced matter:

Please feel free to call me with any questions or concerns.

Sincerely,

Melissa D. Goetz

11355 West Olympic Boulevard, Los Angeles, California 90064-1614   Telephone: 310.312.4000   Fax: 310.312.4224
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.
41056224.1