IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED ) | |
| and DYSON, INC., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-434 GMS |
| ) | |
| MAYTAG CORPORATION, ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT MAYTAG CORPORATION'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REGARDING IMPROPER ASSET TRANSFERS

NOW COMES Maytag Corporation ("Maytag"), through its undersigned counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and respectfully moves this Court for a temporary restraining order and preliminary injunction prohibiting Plaintiffs/Counter-Defendants Dyson Technology Limited and Dyson, Inc., its parent company, James Dyson Limited, and any of its subsidiaries and affiliates ("Dyson") from transferring, outside the normal course of business unless by Court order, any liquid cash funds that would result in Dyson having less than $300 million or the equivalent in liquid cash funds in its corporate holdings. Maytag requests that this Order prohibit such transfers that include, but are not limited to, transfers in the form of dividends, salaries, bonuses, distributions, or any other such transactions.

In support thereof, Maytag files the accompanying memorandum in support of its motion and the Affidavit of Josh Goldberg.

A Certificate pursuant to L.R. 7.1.1 is attached hereto as Exhibit A.

A form or ORDER is attached hereto As Exhibit B.

Dated: December 1, 2006         Respectfully submitted,

                                MAYTAG CORPORATION

                                /s/ Francis DiGiovanni
                                Francis DiGiovanni (#3189)
                                Connolly Bove Lodge & Hutz LLP
                                The Nemours Building
                                1007 N. Orange Street
                                Wilmington, DE  19899
                                Phone (302) 658-9141
                                Fax (302) 658-5614

                                Kimball R. Anderson
                                Stephen P. Durchslag
                                Winston & Strawn
                                Chicago, IL  60601
                                Phone (312) 558-5600
                                Fax (312) 558-5700

                                Ray L. Weber
                                Laura J. Gentilcore
                                Renner, Kenner, Greive, Bobak,
                                Taylor & Weber
                                400 First National Tower
                                Akron, OH  44308
                                Phone (330) 376-1242
                                Fax (330) 376-9646

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on December 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on December 1, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

>Garrard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004

>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)