**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

I, Francis DiGiovanni, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in Defendant Maytag Corporation's Motion For Entry Of A Temporary Restraining Order and Preliminary Injunction. Specifically, on December 1, 2006, Lisa J. Parker, Esq., counsel for Maytag, proposed the relief sought in this motion to Tamar Feder, Esq., counsel to Dyson, and Ms. Feder stated that Dyson would oppose the motion.

Date:   December 1, 2006              /s/ Francis DiGiovanni
                                      Francis DiGiovanni (#3189)