## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>    Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-434 GMS<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, having considered defendant the motion of Defendant/Counter-Plaintiff Maytag Corporation ("Maytag") for a temporary restraining order and preliminary injunction,

IT IS SO ORDERED, this ____ day of December, 2006, that Plaintiff/Counter-Defendants Dyson Technology Limited and Dyson, Inc., their parent corporation, Dyson James Limited, and its subsidiaries and affiliates ("Dyson") are hereby restrained and enjoined, and prohibited from transferring, outside the normal course of business unless by Court order, any liquid cash funds that would result in Dyson having less than $300 million or the equivalent in liquid cash funds in its corporate holdings. This Order prohibits such transfers in the form of dividends, salaries, bonuses, distributions, or any other transactions.

_____
United States District Judge