UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-434 GMS<br>)<br>)  EXHIBITS HERETO<br>)  FILED UNDER SEAL<br>)<br>) |

**AFFIDAVIT OF JOSH GOLDBERG IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REGARDING IMPROPER ASSET TRANSFERS**

I, JOSH GOLDBERG, being duly sworn, hereby depose and say:

1. I am an attorney for Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Motion for a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers.

2. Attached hereto as Exhibit A is a true and correct copy of Dyson's corporate organizational chart, Bates labeled DYS358942.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the November 8, 2006 deposition of James Dyson.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the November 2, 2006 deposition of Martin McCourt

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the November 30, 2006 deposition of Maria Tryan.

6. Attached hereto as Exhibit E is a true and correct copy of Dyson James Limited Financial Statements, December 31, 2004.

7. Attached hereto as Exhibit F is a true and correct copy of Dyson James Limited Financial Statements, December 31, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the November 3, 2006 deposition of Caroline Errington.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the November 14, 2006 deposition of Clare Mullin.

10. Attached hereto as Exhibit I is a true and correct copy of The Hoover Company NAD Case Report #4467, [4/5/2005].

11. Attached hereto as Exhibit J is a true and correct copy of the January 2006 Hall & Partners report.

12. Attached hereto as Exhibit K is a true and correct copy of The Hoover Company NAD Case Report #4217, [8/6/2004].

13. Attached as Exhibit L are true and correct copies of various Dyson print ads.

14. Attached hereto as Exhibit M is a true and correct copy of the 2006 Equifax, Scout Survey chart entitled, "Which types of cleaning is the vacuum cleaner used for?"

15. Attached hereto as Exhibit N is a true and correct copy of the February 2005 Hoover test results utilizing ASTM F608.

16. Attached hereto as Exhibit O is a true and correct copy of the Dyson test results utilizing ASTM F608.

17. Attached hereto as Exhibit P is a true and correct copy of the 2005 Hoover Cleaning Effectiveness Testing at Reduced Suction report.

18. Attached hereto as Exhibit Q is a true and correct copy of Exhibit 32 from the November 8, 2006 Deposition of James Dyson.

19. Attached hereto as Exhibit R is a true and correct copy of the April 8, 2005 Maytag nozzle air performance test results.

20. Attached hereto as Exhibit S is a true and correct copy of the October 6, 2003 storyboard for Dyson television ad entitled "James Dyson Amazed By Lousy Suction."

21. Attached hereto as Exhibit T is a true and correct copy of the Dyson DC07 owner's manual, p. 12.

22. Attached hereto as Exhibit U is a true and correct copy of the Dyson DC14 owner's manual, p. 10.

23. Attached hereto as Exhibit V is a true and correct copy of the Dyson US customer support web page.

24. Attached hereto as Exhibit W is a true and correct copy of the April 30, 1998 interview of Martin McCourt.

25. Attached hereto as Exhibit X is a true and correct copy of the 2004 Dyson chart of upright vacuum market share.

26. Attached hereto as Exhibit Y is a true and correct copy of Yahoo Finance web page, November 28, 2006.

FURTHER AFFIANT SAYETH NAUGHT

_____
Josh Goldberg

County of Cook

State of Illinois

Sworn to and subscribed in my presence this __1__ day of December, 2006

"OFFICIAL SEAL"
BEVERLY J. BOJANOWSKI
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 02/18/2008
SEAL

_____
Notary Public

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on December 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on December 1, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)