# EXHIBITS A – Y
# FILED UNDER SEAL