IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-434-GMS |
| | ) | |
| MAYTAG CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the briefing schedule for Maytag's Motion For Entry Of A Temporary Restraining Order And Preliminary Injunction Regarding Improper Asset Transfers (D.I. 171) is set as follows:

- Dyson's answering brief shall be filed and served by December 13, 2006.

- Maytag's reply brief must be filed and served by December 18, 2006.

/s/ C. Barr Flinn
C. Barr Flinn (#4092)
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6000

*Attorneys for Plaintiffs*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Jaclyn M. Mason (#4737)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141

*Attorneys for Defendant*

SO ORDERED, this ____ day of December, 2006

_____
United States District Judge