UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br>    Plaintiffs,<br>v.<br>MAYTAG CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-434-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENA

**TO:** COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Maytag Corporation provides notice of service of a subpoena on the following individual as indicated.

    Jeffrey Hyman
    c/o Tamar Feder, Esq.
    Manatt Phelps Phillips LLP
    7 Times Square
    New York, NY 10036

The subpoena described above was served on Dyson's counsel of record on December 4, 2006. A copy of the subpoena is attached hereto as Exhibit A.

Dated: December 5, 2006
                                   Respectfully submitted,

                                   **MAYTAG CORPORATION**

                                By: /s/ Francis DiGiovanni
                                     Francis DiGiovanni
                                     Connolly Bove Lodge & Hutz LLP
                                     The Nemours Building
                                     1007 N. Orange Street
                                     Wilmington, DE  19899
                                     Phone (302) 658-9141
                                     Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL  60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242
Fax (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on December 5, 2006, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

#503512v1