# EXHIBITS A - D

# FULLY REDACTED