# EXHIBITS G - H

# FULLY REDACTED

Case 1:05-cv-00434-GMS    Document 182-5    Filed 12/08/2006    Page 1 of 1