# Insights and Implications from Dyson Tracking Study – Wave 5



Presented by
Laurie Slover &
Jessica Gardiner
for Dyson

January, 2006




Hall & Partners ⬢
*Brand and Communications Research*

Confidential and Proprietary - Not for Public Distribution - Do Not Copy

## Though Dyson's suction and power messages are still strong, there has been some decline over the waves; Hoover may be seeing some halo from the attack ad on attributes like 'cyclone tech', 'no bags', and 'looks different'

Top 3 Box

| | Dyson | | | | Hoover | | | | Eureka | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apr '04 | Dec '04 | Jul '05 | Dec '05 | Apr '04 | Dec '04 | Jul '05 | Dec '05 | Apr '04 | Dec '04 | Jul '05 | Dec '05 |
| | A % | B % | C % | D % | A % | B % | C % | D % | A % | B % | C % | D % |
| Makes vacuums that don't lose suction | 75CD | 72 | 68 | 68 | 48ACD | 35 | 36 | 34 | 39BCD | 22 | 26 | 25 |
| Is a powerful vacuum cleaner | 76CD | 72C | 65 | 69 | 56D | 49 | 50 | 46 | 44BC | 34 | 31 | 38 |
| Cleans well | 69CD | 69C | 59 | 63 | 52 | 53 | 54 | 50 | 41 | 40 | 38 | 39 |
| Performs to my high expectations | NA | 61C | 55 | 57 | NA | 46 | 48 | 43 | NA | 30 | 32 | 29 |
| Is a successful vacuum cleaner brand | 51 | 50 | 52 | 54 | 73D | 71 | 70 | 66 | 51 | 57 | 53 | 56 |
| Is a vacuum that will last a long time | 56C | 56C | 49 | 52 | 54 | 49 | 55D | 47 | 39 | 35 | 36 | 40 |
| Makes innovative products | 73C | 72 | 68 | 70 | 37 | 35 | 36 | 36 | 30 | 24 | 25 | 26 |
| Works differently than others | NA | 72C | 66 | 67 | NA | 22 | 25 | 26 | NA | 13 | 19B | 18 |
| Makes vacuum cleaners that don't clog | 66D | 68C | 63 | 61 | 31 | 30 | 32 | 32 | 23 | 20 | 22 | 24 |
| Is a brand that reinvented the vacuum | 64 | 67C | 61 | 62 | 32 | 30 | 29 | 30 | 21 | 17 | 18 | 19 |
| Is easy to use | 65BCD | 56 | 54 | 54 | 66CD | 59 | 58 | 54 | 55CD | 57CD | 45 | 46 |
| Is a status symbol | 49 | 49 | 54 | 55 | 27 | 28 | 24 | 24 | 19 | 21 | 19 | 17 |
| Makes attractive vacuum cleaners | 56C | 51 | 50 | 51 | 39 | 39 | 36 | 37 | 34C | 32C | 25 | 31 |
| Makes vacuums that don't use bags | 77 | 77 | 75 | 75 | 49BC | 37 | 41 | 47B | 37 | 40 | 36 | 34 |
| Uses 'cyclone' technology | 56 | 69A | 67A | 70A | 28 | 24 | 26 | 31B | 20 | 21 | 21 | 21 |
| Makes vacuums that look different | 67 | 69 | 65 | 67 | 18 | 19 | 19 | 25A | 18 | 15 | 19 | 17 |
| Makes vacuum cleaners that are fashionable | NA | NA | 54 | 54 | NA | NA | 31 | 32 | NA | NA | 24 | 23 |
| Is heavy | 27BCD | 20C | 16 | 20 | 44CD | 42C | 20 | 23 | 31CD | 27CD | 14 | 17 |
| State of the art technology | NA | NA | 70 | 70 | NA | NA | 36 | 34 | NA | NA | 24 | 28 |
| Cleans better than others | NA | NA | 56 | 60 | NA | NA | 44B | 38 | NA | NA | 24 | 27 |
| I'm keen to try latest products | NA | NA | 52 | 57 | NA | NA | 35 | 34 | NA | NA | 25 | 24 |
| Products are consistently evolving | NA | NA | 52 | 54 | NA | NA | 38 | 39 | NA | NA | 27 | 27 |
| Easy to manouevre | NA | NA | 49 | 51 | NA | NA | 44 | 39 | NA | NA | 33 | 35 |
| Makes vacuum cleaners for people like me | NA | NA | 48 | 51 | NA | NA | 50 | 44 | NA | NA | 36 | 33 |
| Takes hassle out of vacuuming | NA | NA | 40 | 43 | NA | NA | 32 | 32 | NA | NA | 20 | 25 |
| Makes vacuuming more enjoyable | NA | NA | 34 | 37 | NA | NA | 26 | 24 | NA | NA | 17 | 15 |

Base: Aware and asked – Dyson Apr '04 (623), Dec '04 (777), July '05 (898), Dec '05 (938); Hoover Apr '04 (380), Dec '04 (346), July '05 (373), Dec '05 (340); Eureka Apr '04 (317), Dec '04 (320), July '05 (341), Dec '05 (293); A/B/C/D = Statistically significant @ 95% within brand
*First wave tested

# Benefit of "No loss of suction"

|  | TV Avg. '04 | TV July '05 'Brain' | TV July '05 'Hand' | TV Dec. '05 'Drawing Board' | Print Avg. '04 | Print July '05 'Furniture' | Print July '05 'Living Room' | Print July '05 'Way You Vacuum' | Print Dec. '05 'Carpets' | Print Dec. '05 'Rooms' |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | A | B | C |  | D | E | F | G | H |
|  | % | % | % | % | % | % | % | % | % | % |
| Cleans | 49 | 42 | 37 | 46 | 51 | 48 | 50 | 52 | 52 | 51 |
| Better cleaning | 25 | 21 | 18 | 26 | 26 | 25 | 24 | 24 | 30 | 29 |
| Picks up well | 11 | 10 | 10 | 10 | 11 | 13 | 12 | 14 | 10 | 11 |
| More efficient cleaning | 11 | 7 | 7 | 9 | 12 | 7 | 9 | 11 | 13 | 9 |
| Picks up the first time | 6 | 7 | 4 | 5 | 6 | 5 | 7 | 8 | 4 | 6 |
| Doesn't lose power | 14 | 9 | 6 | 8 | 14 | 6 | 10 | 12 | 7 | 8 |
| Lasts a long time | 12 | 6 | 4 | 6 | 12 | 5 | 7 | 8 | 6 | 6 |
| Won't stop sucking | 1 | 3 | 2 | 0 | 1 | 2 | 3 | 1 | 0 | 1 |
| Bag/Filter | 17 | 11 | 12 | 17 | 17 | 12 | 12 | 16 | 15 | 18 |
| No clearing out clogs | 8 | 4 | 4 | 9 | 8 | 5 | 4 | 6 | 5 | 10 |
| Won't clog | 3 | 3 | 3 | 2 | 3 | 2 | 3 | 8 | 2 | 2 |
| Ease of Use | NA | 7 | 6 | 3 | NA | 7 | 8 | 4 | 3 | 5 |
| No Matter how you maneuver | NA | 2 | 1 | – | NA | 3 | 3 | 2 | – | – |

Base: Brain (600)), Hand (595) Drawing Board (763), Furniture (251), Living Room (269), Way You Vacuum (200), Carpets (297), Rooms (297
A/B/C. D/E/F/G/H = Statistically significant at 95%

What is the benefit of no loss of suction when using a Dyson vacuum cleaner?
Confidential and Proprietary - Not for Public Distribution - Do Not Copy

69



Hall & Partners

# Insights and Implications from Dyson Tracking Study – Wave 4



Presented by
Kim Lundgren
Laurie Slover
Rachel Hansis
for Dyson

July, 2005



Hall & Partners ✪
*Brand and Communications Research*

## The functional imagery of the brand comes across clearly to those who saw the advertising

**Brand Imagery – Top 3 Box by Dyson Ad Recognizers vs. Non-Recognizers**

|  | Dyson Summary | |
|---|---|---|
|  | Dyson Ad Recognizer | Dyson Non-Ad Recognizer |
|  | A | B |
|  | % | % |
| Makes vacuums that don't use bags | 79[B] | 69 |
| State of the art technology | 76[B] | 61 |
| Makes innovative products | 76[B] | 57 |
| Makes vacuums that don't lose suction | 74[B] | 59 |
| Uses 'cyclone' technology | 76[B] | 62 |
| Makes vacuums that look different | 71[B] | 56 |
| Works differently than others | 72[B] | 58 |
| Is a powerful vacuum cleaner | 71[B] | 58 |
| Makes vacuum cleaners that don't clog | 70[B] | 52 |
| Is a brand that reinvented the vacuum | 67[B] | 50 |
| Cleans well | 63[B] | 52 |
| Cleans better than others | 60[B] | 47 |
| Performs to my high expectations | 60[B] | 45 |
| Is easy to use | 60[B] | 43 |
| I'm keen to try latest products | 59[B] | 39 |
| Makes vacuum cleaners that are fashionable | 60[B] | 42 |
| Products are consistently evolving | 58[B] | 41 |
| Easy to manouevre | 59[B] | 33 |
| Is a status symbol | 56[B] | 48 |
| Is a successful vacuum cleaner brand | 56[B] | 43 |
| Makes attractive vacuum cleaners | 56[B] | 40 |
| Makes vacuum cleaners for people like me | 53[B] | 37 |
| Is a vacuum that will last a long time | 54[B] | 38 |
| Takes hassle out of vacuuming | 45[B] | 29 |
| Makes vacuuming more enjoyable | 38[B] | 24 |
| Is heavy | 18[B] | 12 |

Base: Aware and asked: Dyson Ad Recognizers (513), Dyson Non-Ad Recognizers (341)
A/B = Statistically significant @ 95% *Dyson owners removed from analysis

Hall & Partners

37

## There is a clear understanding that 'No loss of suction' correlates with a better cleaning product

Benefit of "No loss of suction"

|  | TV | TV | TV | Print | Print | Print | Print |
|---|---|---|---|---|---|---|---|
|  | TV Avg. '04 | 'Brain' | 'Hand' | Print Avg. '04 | 'Furniture' | 'Living Room' | 'Way You Vacuum' |
|  |  | A | B |  | C | D | E |
| Cleans | 49 | 42 | 37 | 51 | 48 | 50 | 52 |
|    Better cleaning | 25 | 21 | 18 | 26 | 25 | 24 | 24 |
|    Picks up well | 11 | 10 | 10 | 11 | 13 | 12 | 14 |
|    More efficient cleaning | 11 | 7 | 7 | 12 | 7 | 9 | 11 |
|    Picks up the first time | 6 | 7 | 4 | 6 | 5 | 7 | 8 |
| Doesn't lose power | 14 | 9 | 6 | 14 | 6 | 10 | 12 |
|    Lasts a long time | 12 | 6 | 4 | 12 | 5 | 7 | 8 |
|    Won't stop sucking | 1 | 3 | 2 | 1 | 2 | 3 | 1 |
| Bag/Filter | 17 | 11 | 12 | 17 | 12 | 12 | 16 |
|    No clearing out clogs | 8 | 4 | 4 | 8 | 5 | 4 | 6 |
|    Won't clog | 3 | 3 | 3 | 3 | 2 | 3 | 8 |
| Ease of Use | NA | 7 | 6 | NA | 7 | 8 | 4 |
|    No Matter how you maneuver | NA | 2 | 1 | NA | 3 | 3 | 2 |

Base: Brain (600), Hand (595), Furniture (251), Living Room (269), Way You Vacuum (200)
A/B, C/D/E Statistically significant at 95%

59


Hall & Partners
Brand and Communications Research