

# Feel let down by your vacuum?

"I was so frustrated with my vacuum cleaner - it quickly clogged with dust, destroying the suction. So I set about developing an entirely new type of vacuum cleaner to solve this problem.

More than 5,000 prototypes later, I was at last able to launch the patented Dyson cyclone, the first vacuum cleaner that doesn't lose suction.

The Root Cyclone™ has the highest suction power and picks up more dirt from your home."