## Which types of cleaning is the vacuum cleaner used for?



Source: Equifax, Scout Survey (4 quarters ending Q2 2006)