# EXHIBIT O

# FULLY REDACTED