# EXHIBIT Q

# FULLY REDACTED