## Nozzle Air Performance

| Manufacturer | Model Name | Model Number | Serial Number | Unit ID | Max Air Power Watts |
|---|---|---|---|---|---|
| Dyson | Root8 | DC07 | 110-US-E75418 | 2A | 67.48 |
|  |  |  | 110-US-F17847 | 2B | 81.63 |
|  |  |  | 110-US-D76021 | 2C | 90.24 |
|  |  |  | 110-US-E86198 | 2D | 72.50 |
|  |  |  | 110-US-F18787 | 2E | 76.30 |
|  |  |  | Average |  | 77.63 |
|  |  |  | S |  | 8.75 |
| Dyson | Animal | DC14 | 175-US-B16617 | 1B | 21.22 |
|  |  |  | 175-US-A92401 | 1C | 20.67 |
|  |  |  | 175-US-A92172 | 1D | 18.12 |
|  |  |  | 175-US-B29232 | 1E | 21.99 |
|  |  |  | Average |  | 20.50 |
|  |  |  | S |  | 1.68 |
| Hoover | Self Propelled WindTunnel Bagless | U6616-900 | 120400225029 | 4A | 82.53 |
|  |  |  | 120400225055 | 4C | 94.11 |
|  |  |  | 100400200808 | 4D | 83.09 |
|  |  |  | Average |  | 86.58 |
|  |  |  | S |  | 6.53 |

As tested per ASTM F558.

8 April 2005