| | |
|---|---|
| PRODUCT | Dyson Vacuum |
| MARKET | New York, NY |
| PROGRAM | Today |
| CODE # | 031000666 |
| TITLE | James Dyson Amazed By Lousy Suction |
| LENGTH | 30 |
| STATION | WNBC |
| DATE | 10/06/2003 |
| TIME | 07:58 AM |

VMS


(SFX: VACUUM IN)


JAMES DYSON: Well I was vacuuming at home one weekend with what I


thought was a pretty good machine, and I was really amazed by the lousy suction.


(SFX OUT) So I took the machine apart and discovered the problem.


A small amount of dust and the


bags and filters were hopelessly clogged.


So I thought I'd try and design something better.


And a few thousand prototypes later, I had it.


No bags, no clogged up filters,


and the first vacuum that doesn't lose suction.


(SFX: SCRIBBLING IN & OUT)


(SILENCE)



ALSO AVAILABLE ON VIDEO CASSETTE

Material supplied by VMS may be used for file and reference purposes only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

330 West 42nd Street, New York, NY 10036  T  212 736 2010