# DC07 Owner's Manual
Please read this guide carefully before use.



*Cleaning the lifetime filter*

# Cleaning the lifetime filter

### ⚠ CAUTION

- Disconnect the machine from the electrical outlet before removing filter. Failure to do so could result in electric shock or personal injury.







(1)

(2)



**A  Lifetime pre-motor filter**
Rinse at least once every six months in accordance with the instructions opposite.
If machine is regularly used for vacuuming very fine dust such as plaster dust or carpet fresheners, you may need to rinse more often.

**B  Lifetime post-motor filter**
This is a permanent lifetime filter – it does not require rinsing or replacement.
Do not remove or attempt to rinse this filter.

To remind you when to rinse your pre-motor filter, circle your two 6-monthly rinses on the sticker provided under the clear bin.

1  Press the filter release catch to remove the filter housing from the machine.

2  Remove the filter from the housing.

Dyson Helpline contact us on 1-866-693-9766