

**Owner's manual**
Please read this guide carefully before using your DC14.

dyson

DC14

A10480_DC14_USA_OWNER_MAN.q... p1    6/3/04    1:12 PM    Page 10

**Washing the filter at least every 6 months**

**Important safety instructions**

### Washing the filter at least every 6 months

**⚠ CAUTION**

- Filter must be washed every 6 months according to instructions to maintain performance.
- Turn power off and unplug before checking for blockages. Failure to do so could result in electric shock or personal injury.



- Do not use detergent to clean filter.
- Do not put the filter in the dishwasher, washing machine, oven, tumble dryer, microwave or near an open flame.

  
 
  



The filter may require washing more frequently than 6 months based on individual vacuuming habits. Press cyclone release button **A** to release cyclone pack.





**Accessing the filter**
Lift washable lifetime filter release button **B** and remove filter from machine.





**Washing the filter**
- Wash filter and case in cold water only.
- Only wash blue foam and yellow cage.
- Do not use detergent.
- Do not put the filter in the dishwasher, washing machine, oven, tumble dryer, microwave or near an open flame.



Wash filter and case until water runs clear.

Dry for at least 12 hours.

Ensure filter and case are completely dry before refitting onto the machine.



**Dyson Helpline** contact us at **1-866-693-9766**