

Dyson    Products    Technology    Where to buy    Accessory shop    Checkout    Customer service    Contact
Online help    Your warranty    Warranty details    Usage survey

# My machine is not working

Please select from the list below.

- Unusual smell / noise
- Machine not sucking / picking up as well as usual
- Mini turbine head not working properly
- Machine won't switch on or turns off on its own
- My machine is dropping debris from the base
- My machine will not stand upright
- How to wash the filter
- I can see something wrong (visual)
- Using My Dyson (Tips & Manuals)
- Other



DC14 /

▶ Click here to ch

Articles viewed:

▶    Main Menu

 USA  year warranty

Dyson   Products   Technology   Where to buy   Accessory shop   🛒 Checkout   Customer service   Contact
Online help   Your warranty   Warranty details   Usage survey

**Filter removal step 1**

**Turn power off and unplug the machine.**



- To remove the washable filter: Remove the clear bin™ and cyclone top from your machine by pressing the cyclone release button.



▶ Next



DC14 /


▶ Click here to ch

---

**Articles viewed:**

▶ Main Menu
▶ My machine is



Dyson   Products   Technology   Where to buy   Accessory shop   Checkout   Customer service   Contact
Online help   Your warranty   Warranty details   Usage survey

**Filter removal step 2**

- Lift clip to remove the filter from the machine.*



*The post-motor filter located under the clear bin™ should last the lifetime of the machine and does not need to be washed.

▶ Next

DC14 /

▶ Click here to ch

**Articles viewed:**
▶ Main Menu
▶ My machine is
▶ Filter removal

 

Dyson   Products   Technology   Where to buy   Accessory shop   Checkout   Customer service   Contact
Online help   Your warranty   Warranty details   Usage survey

**Filter washing**

- Wash the filter in cold water only. (Please do not use detergent, do not wash in a dishwasher or washing machine).
- Repeat the steps shown below until the water runs clear.
- Leave the filter to dry in a warm place for 12 hours, until completely dry.
- Do not dry the filter in a tumble dryer, microwave, oven or near an open flame.





DC14 /

▶ Click here to ch

**Articles viewed:**
▶ Main Menu
▶ My machine is
▶ Filter removal
▶ Filter removal



**The filter should be washed at least once every 6 months.**

▶ Next



- Dyson   Products   Technology   Where to buy   Accessory shop   Checkout   Customer service   Contact
- Online help   Your warranty   Warranty details   Usage survey

**Replacing the filter**

**Turn power off and unplug the machine.**



- Replace the filter into the filter casing and then replace into the cyclone top.
- Re-assemble and test the machine.



**Has this resolved your problem?**

- Yes
- No
- Order filter



DC14 /

▶ Click here to ch

Articles viewed:
▶ Main Menu
▶ My machine is
▶ Filter removal
▶ Filter removal
▶ Filter washing

 USA  **5 year warranty**

Dyson   Products   Technology   Where to buy   Accessory shop   Checkout   Customer service   Contact
Online help   Your warranty   Warranty details   Usage survey

**Replacing the filter**

**Turn power off and unplug the machine.**



- Replace the filter into the filter casing and then replace into the cyclone top.
- Re-assemble and test the machine.





DC14 /

▶ Click here to ch

---

**Articles viewed:**
▶ Main Menu
▶ My machine is
▶ Filter removal
▶ Filter removal
▶ Filter washing

---

**Has this resolved your problem?**

▶ Yes
▶ No
▶ Order filter