# EXHIBIT X

# FULLY REDACTED