AT&T Yahoo! Mail    Search: [          ]  [Web Search]

**at&t YAHOO! FINANCE**

Welcome, **josh_goldberg@sbc...**Finance Home | Help
[Sign Out, My Account]

Tuesday, November 28, 2006, 1:31PM ET - U.S. Markets close in 2 hours and 29 minutes.

Home | Investing | News & Opinion | Retirement | Banking & Credit | Loans | Insurance | Small Biz | My Port

Market Overview | Market Stats | Stocks | Mutual Funds | ETFs | Bonds | Options | Industries | Currency | Education

Get Quotes [        ] [GO]  Symbol Lookup | Finance Search

# CURRENCY CONVERTER

**Currency Converter > Results**

I want to convert...

| 1 | British Pound (GBP) |
| | into U.S. Dollar (USD) | [Convert] |

**Currency Conversion Results**

| Symbol | British Pound | Exchange Rate | U.S. Dollar | Bid | Ask |
|---|---|---|---|---|---|
| GBPUSD=X | 1 | Nov 28 1.9506 | **1.9506** | 1.9506 | 1.9509 |

Add to Portfolio  Set Alert  Download Data

ADVERTISEMENT
FXCM Currency Trad
22 Currency Trad SUPERSTA
OVER 50 FREE WORKSHOPS ON CURRE
FREE ADVANCED REGIST
LAS VEGAS, Dec. 9-10, 2006  Co-hosted by

**British Pound to U.S. Dollar Exchange Rate**
Range: 1d 5d 3m **1y** 2y 5y                                             Ir



Copyright 2006 Yahoo! Inc.                      http://finance.yahoo.com/

**International Resources**                       Sponsor Results

British Pound to U.S. Dollar Exchange Rate - Yahoo! Finance                    Page 2 of 2

Case 1:05-cv-00434-GMS    Document 182-22    Filed 12/08/2006    Page 2 of 2

- International News
- World Yahoo! Finance
- Major World Indices
- Yahoo! Travel

London Hotels Save 80%
Ultimate Site for London Hotels View, Compare
Online.
www.hotelsbookingnetwork.com

Cheap London Hotels
Online hotel reservations in London. Low Interne
guaranteed. Huge choice of two to five-star hote
for immediate availability.
www.reserve-hotel.com

London Hotels
The hotel alternative. London serviced apartmer
one night to a month.
www.central-london-apartments.com
(What's this?)

Copyright 2006 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and da provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompletenes for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute th found therein.