IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434-GMS |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that plaintiffs Dyson Technology Limited and Dyson, Inc. may file and serve any answering brief opposing defendant's Motion for Leave to File an Amended Answer, Affirmative Defenses and Supplemental Counterclaims (D.I. 166) on or before Wednesday, December 13, 2006. Plaintiffs seek this extension to coordinate the filing with plaintiffs' response to Maytag Corporation's motion for preliminary injunction, which is also due on Wednesday, December 13, 2006.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ John W. Shaw | /s/ Francis DiGiovanni |
| John W. Shaw (No. 3362) | Francis DiGiovanni (No. 3189) |
| jshaw@ycst.com | fdigiovanni@cblh.com |
| The Brandywine Building | The Nemours Building |
| 1000 West Street, 17th Floor | 1007 North Orange Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-5614 |
| Attorneys for Plaintiffs | Attorney for Defendant |

Dated: December 12, 2006

So Ordered this ___ day of December, 2006

_____
United States District Judge