IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-434-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of DEFENDANT MAYTAG CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' AMENDED RULE 30(B)(6) NOTICE OF DEPOSITION was served as follows by Maytag's counsel upon the following attorneys of record on December 7, 2006:

| **VIA FACSIMILE** | **VIA FACSIMILE** | **VIA FACSIMILE** |
|---|---|---|
| C. Barr Flinn | Garrard R. Beeney | Steven F. Reich |
| John W. Shaw | Richard C. Pepperman, II | Jeffrey S. Edelstein |
| Young Conaway Stargatt & Taylor LLP | James T. Williams | Manatt, Phelps, Phillips, LLP |
| | Keith McKenna | 7 Times Square |
| The Brandywine Building | Sullivan & Cromwell LLP | New York, NY 10004 |
| 1000 West Street, 17th Floor | 125 Broad Street | |
| Wilmington, Delaware 19801 | New York, New York 10004 | |

Dated: December 13, 2006          /s/ Francis DiGiovanni
                                                              Francis DiGiovanni (#3189)
                                                              Connolly Bove Lodge & Hutz LLP
                                                              The Nemours Building
                                                              1007 N. Orange Street
                                                              Wilmington, DE 19899
                                                              Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on December 13, 2006, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on December 13, 2006, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)