IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

WHEREAS, Maytag filed a Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers (D.I. 171), and the parties stipulated to (and the Court SO ORDERED) a briefing schedule (D.I. 174) that set dates for answering (December 13, 2006) and reply (December 18, 2006) briefs;

WHEREAS, Maytag seeks two additional days to file its reply brief due to the amount of time that will be required to prepare the reply brief and the fact that the date for exchange of opening expert reports now falls on the day that the reply brief is presently due;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Maytag's reply brief on its Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers (D.I. 171) must be filed and served by December 20, 2006.

510580v1

| | |
|---|---|
| /s/ John W. Shaw | /s/ Francis DiGiovanni |
| C. Barr Flinn (#4092) | Francis DiGiovanni (#3189) |
| John W. Shaw (#3362) | Jaclyn M. Mason (#4737) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| The Brandywine Building, 17th Floor | The Nemours Building – 8th Floor |
| 1000 West Street | 1007 N. Orange Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 571-6000 | (302) 658-9141 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of December, 2006

_____
United States District Judge