IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **EXPERT REPORT OF JOHN N. BALOUGH; EXPERT REPORT OF RONALD D. BATTEMA; EXPERT REPORT OF LEWIS G. MIGLIORE; EXPERT REPORT OF MOHAN RAO, PH.D; AND EXPERT REPORT OF YORAM (JERRY) WIND** were served as follows by Maytag's counsel upon the following attorneys of record on December 18, 2006:

| **VIA EMAIL** | **VIA EMAIL** | **VIA EMAIL** |
|---|---|---|
| John W. Shaw | Richard C. Pepperman, II | Steven F. Reich |
| Young Conaway Stargatt & Taylor LLP | Keith McKenna Sullivan & Cromwell LLP | Manatt, Phelps, Phillips, LLP 7 Times Square |
| The Brandywine Building | 125 Broad Street | New York, NY 10004 |
| 1000 West Street, 17th Floor | New York, New York 10004 | |
| Wilmington, Delaware 19801 | | |

Dated: December 20, 2006    /s/ Francis DiGiovanni
                                                                 Francis DiGiovanni (#3189)
                                                                Connolly Bove Lodge & Hutz LLP
                                                                The Nemours Building
                                                                1007 N. Orange Street
                                                                Wilmington, DE 19899
                                                                Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

 I, Francis DiGiovanni, hereby certify that on December 20, 2006, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

 I, Francis DiGiovanni, hereby certify that on December 20, 2006, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

         /s/ Francis DiGiovanni
         Francis DiGiovanni (#3189)