# EXHIBIT E

# NEW CASTLE COUNTY

11/06

Federal law requires subscription to Basic Service to receive any other level of service. Channel lineup is subject to change. A digital converter may be required to view some of the above channels. Additional fee may be applied. Digital Music is included with all digital packages. *HDTV broadcast signals are included with Basic Service. To receive HDTV signals provided by the Company, an HDTV capable television set (not provided by the Company) and an HDTV capable digital converter are required. In addition, to receive Digital Classic (i.e. Comcast SportsNet HD, Discovery HD Theater) or premium (i.e, HBO, Cinemax, Showtime and Starz) HDTV signals, a subscription to that service is required. Digital cable box required. Equipment charges may apply.

NEWC66MV

### Analog
2 Comcast Extra
3 KYW-TV3 (CBS)
4 WTXF-TV 29 (FOX)
5 QVC
6 WPVI-TV 6 (ABC)
7 WPHL-TV 17 (MY)
8 CN8
9 WPSG-TV 57 (CW)
10 WCAU-TV 10 9 (NBC)
11 WNJS-TV 23 (PBS)
12 WHYY-TV 12 (PBS)
13 WPPX-TV 61 (i)
15 WWSI-TV 62 (Telemundo)
16 WUVP-TV 65 (Univision)
17 WTVE-TV 51 (IND)
18 WGTW-TV 48 (TBN)
19 ABC Family Channel
20 WYBE-TV 35 (PBS)
21 WMCN TV
22 WITN (City of Wilmington) C-SPAN (Suburbs)
**23 CNN**
**24 A&E**
**25 USA**
**26 ESPN**
**27 ESPN 2**
**28 Local Leased Access**
**29 Lifetime**
**30 Disney**
**31 MTV**
**32 Spike TV**
**33 BET**
**34 Discovery**
**35 Comcast SportsNet - Philadelphia**
**36 AMC**
**37 FX**
**38 Style**
**39 Nickelodeon/Nick at Nite**
**40 Court TV**
**41 TNT**
**42 GSN**
**43 CNBC**
**44 TLC**
**45 TBS**
**46 Bravo**
**47 Comedy Central**
**48 Animal Planet**
**49 HSN**
**50 The Golf Channel**
**51 Turner Classic Movies**

53 Comcast SportsNet - Mid Atlantic
54 Cartoon Network
55 VH1
56 MSNBC
57 E!
58 The Food Network
59 The History Channel
60 Sci-Fi
61 Discovery Health
62 HGTV (Home & Garden Television)
63 Speed Channel
64 CNN Headline News
65 Fox News Channel
66 Hallmark Channel
67 TV Land
68 VERSUS
69 WFMZ-TV 69 (IND)
70 INSP (The Inspiration Network)
71 The Weather Channel
72 MTV2
73 LOCAL Leased Access
77 C-SPAN (City of Wilmington)
78 EWTN
98 C-SPAN 2
99 TV Guide Channel

      **Digital**
241 WHYY Arts & Culture**
242 WHYY Wider Horizons**
245 WPVI News**
246 WPVI Weather**
248 WCAU Weather**
250 WPHL - The Tube**
251 Telefutura
612 Telefutura

      **HDTV**
231 WPVI-DT (ABC) HDTV*
232 WCAU-DT (NBC) HDTV*
233 KYW-DT (CBS) HDTV*
234 WTXF-DT (Fox) HDTV*
235 WPHL-DT (WB) HDTV*
236 WPSG HD (UPN)*
240 WHYY-DT HDTV*

**Legend**
Basic
**Standard**

      **Analog**
*14 HBO East*

      **Digital**
1 ON DEMAND
101 Weatherscan Local
102 ESPN News
105 C-SPAN 3
109 National Geographic Channel
110 The Science Channel
**111 Discovery Times**
**112 The Military Channel**
**113 Discovery Home Channel**
**114 BBC America**
**115 The Biography Channel**
**116 History International**
**119 LMN**
120 SoapNet

121 **DIY**
122 **Fine Living**
128 PBS Kids Sprout
129 Nicktoons Network!
130 Discovery Kids
131 Noggin
132 **Nick2**
133 GAS
134 **WAM!**
135 Toon Disney
137 Hallmark
139 **MTV Hits**
140 MTV2
141 **MTV Tr3s**
142 **MTV Jams**
143 VH1 Classic
144 **VH1 Soul**
145 CMT Pure Country
146 CMT
147 GAC
149 Encore MoviePlex
150 **Encore East**
151 **Encore West**
152 **Encore Action East**
154 **Encore Mystery East**
156 **Encore Love Stories East**
158 **Encore True Stories East**
160 **Encore Westerns East**
162 G4techTV
163 **LOGO**
164 **IFC**
165 **Sundance Channel East**
166 FEARnet
170 Flix East
173 TV One
180 **NFL Network**
185 **Oxygen**
188 Travel
262 *Fox College Sports Atlantic*
263 *Fox College Sports Central*
264 *Fox College Sports Pacific*
267 *Fox Soccer Channel*
268 *Gol TV*
273 *NBA TV*
274 *CSTV*
275 *NFL Network*
277 *Tennis Channel*
280 Shop NBC
282 Jewelry TV
301 *HBO East*
302 *HBO 2 East*
303 *HBO Signature East*
304 *HBO Family East*
305 *HBO Comedy East*
306 *HBO West*
310 *HBO Zone East*
311 *HBO Latino East*
320 *Cinemax East*
321 *More Max East*
322 *Cinemax West*
324 *Action Max East*
325 *Thriller Max East*
327 *WMAX East*
328 *@Max East*
329 *5 Star Max East*
330 *Outer Max East*
340 *Showtime East*
341 *Showtime Too East*
342 *Showtime Showcase East*

346 Showtime Beyond East
347 Showtime Extreme East
350 TMC East
352 TMC Xtra East
370 Starz! East
371 Starz Edge
372 Starz InBlack
373 Starz! Kids & Family East
374 Starz! Cinema East
375 Starz Comedy
500 ON DEMAND Previews
501 iNDEMAND 1
502 iNDEMAND 2
503 iNDEMAND 3
544 Playboy
547 Spice:Xcess (Adult)
549 TEN (Adult)
652 Canal 52MX
701 - 706 Sports PPV
750 NBA Preview Channel
751 - 761 NBA LEAGUE PASS
771 - 780 NHL CENTER ICE/ MLB EXTRA INNINGS

**HDTV**
200 Comcast SportsNet in HDTV*
202 ESPN HD*
203 ESPN 2 HD*
204 TNT HD*
205 Discovery HD Theater*
206 INHD*
208 Universal HD*
209 MHD*
215 HBO HDTV*
219 Cinemax HDTV*
223 Showtime HDTV*
227 Starz! HDTV*
300 HBO HDTV*
319 Cinemax HDTV*
339 Showtime HDTV*
369 Starz! HDTV*

**Music Choice**
401 Showcase
402 Today's Country
403 Classic Country
404 Bluegrass
405 R&B and Hip-Hop
406 Classic R & B
407 Smooth R&B
408 R & B Hits
409 Rap
410 Metal
411 Rock
412 Arena Rock
413 Classic Rock
414 Alternative
415 Retro-Active
416 Electronica
417 Dance
418 Adult Alternative
419 Soft Rock
420 Hit List
421 Party Favorites
422 '90s
423 80's
424 70's
425 Solid Gold Oldies
426 Singers and Standards

427 Big Band & Swing
428 Easy Listening
429 Smooth Jazz
430 Jazz
431 Blues
432 Reggae
433 Soundscapes
434 Classical Materpieces
435 Opera
436 Light Classical
437 Show Tunes
438 Contemporary Christian
439 Gospel
440 Radio Disney
441 Sounds of the Seasons
442 Musica Urbana
443 Salsa Merengue
444 Rock en Español
445 Pop Latino
446 Mexicana
447 Americana

**Cable Latino**
601 Discovery en Español
602 CNN en Español
603 Fox Sports en Español
604 Toon Disney en Español
605 MTV tr3s
606 History Channel en Espanol
607 Canal 52MX
608 CineLatino
609 VeneMovies
610 CineMexicano
650 WAPA America

**Legend**
**Digital Plus**
*Premium*
Digital Classic
*Sports Package*
*Pay-Per-View*
Cable Latino