# EXHIBITS F-N FILED UNDER SEAL