# EXHIBITS P-S FILED UNDER SEAL