# EXHIBITS X-Y FILED UNDER SEAL