<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>      Plaintiffs, <br><br>v. <br><br>MAYTAG CORPORATION, <br><br>      Defendant. | Civil Action No. 05-434-GMS <br><br>**CONFIDENTIAL –** <br> **FILED UNDER SEAL** |

<u>APPENDIX TO PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND SUPPLEMENTAL COUNTERCLAIMS</u>

OF COUNSEL:

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

Dated: December 13, 2006

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

## INDEX OF EXHIBITS

A. Dyson Limited Directors' report and financial statements for the year ended 31 December 2004

B. Dyson James Limited (formerly Dyson Technology Limited) Directors' report and consolidated financial statements for the year ended 31 December 2004

C. Dyson James Limited - 363S Annual Return – March 6, 2005

D. Dyson Technology Limited – 363S Annual Return – June 12, 2004
Dyson Technology Limited – 363S Annual Return – May 22, 2003
Dyson Technology Limited – 363S Annual Return – June 12, 2002
Dyson Technology Limited – 363S Annual Return – June 11, 2001

E. September 23, 2005 Letter to Ray L. Weber from Keith McKenna
September 29, 2005 E-mail to Ray L. Weber from Richard Pepperman

F. October 5, 2005 E-mail exchange between Ray L. Weber and Richard Pepperman

G. March 9, 2006 Letter and enclosures to Lisa J. Parker from Keith McKenna

H. February 24, 2006 Letter and enclosures to Lisa J. Parker from Keith McKenna

I. Correspondence and enclosures from February 16, 2006 through August 4, 2006 between Lisa J. Parker and Kenneth McKenna/Richard Pepperman/Tamar Feder

J. June 15, 2006 Letter from Lisa J. Parker to Keith McKenna

K. November 27, 2006 Letter to Lisa Parker from Monica Y. Youn

L. List of Maytag and Dyson Productions

M. Excerpts from Transcript of November 8, 2006 Deposition of James Dyson

N. Unreported Opinions:

    1. *Ajinomoto Co. v. Archer Daniels Midland Co.*,
C.A. No. 95-218-SLR (D. Del. Feb. 21, 1996)

    2. *Gonzalez v. Comcast Corp.*,
C.A. No. 03-445-KAJ, 2004 U.S. Dist. LEXIS 17896 (D. Del. Aug. 25, 2004)

    3. *McCurdy v. Wedgewood Capital Mgmt. Co.*,
C.A. No. 97-4304, 1998 U.S. Dist. LEXIS 18875 (E.D. Pa. Nov. 16, 1998)

4. *Mylan Pharmaceuticals, Inc. v. Kremers Urban Dev.*,
C.A. No. 02-1628 GMS, 2003 U.S. Dist. LEXIS (D. Del. Nov. 14, 2003)

5. *Pinkert v. John J. Olivieri, P.A.*,
C.A. No. 99-380-SLR, 2001 U.S. Dist. LEXIS 8133 (D. Del. May 24, 2001)

6. *Rothchild Int'l Corp. v. Liggett Group*, No. 6239,
1981 Del. Ch. LEXIS 641 (Del. Ch. July 14, 1981)

7. *Sequa Corp. v. Gelmin*,
C.A. No. 91 Civ. 8675 (DAB), 1995 U.S. Dist. LEXIS 9338
(S.D.N.Y. July 6, 1995)

8. *Venoco, Inc. v. Marquez*,
C.A. No. 02-1685-GMS, 2003 U.S. Dist. LEXIS 7593 (D. Del. May 5, 2003)

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on December 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL ON DECEMBER 20, 2006 AND**
> **FEDERAL EXPRESS ON DECEMBER 21, 2006**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL  60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited
and Dyson, Inc.*