# EXHIBIT A

Registered Number 02627406

Dyson Limited

Directors' report and financial statements

for the year ended 31 December 2004



A35
COMPANIES HOUSE                                       324
31/10/2005

**Dyson Limited**

**Directors' report and financial statements
for the year ended 31 December 2004**

**Contents**

Officers and professional advisors ................................................................................................................ 1

Directors' report for the year ended 31 December 2004 ................................................................................. 2

Independent auditors' report to the members of Dyson Limited ..................................................................... 5

Profit and loss account for the year ended 31 December 2004 ...................................................................... 6

Statement of total recognised gains and losses .............................................................................................. 7

Balance sheet as at 31 December 2004 ........................................................................................................... 8

Statement of accounting policies .................................................................................................................... 9

Notes to the financial statements for the year ended 31 December 2004 ...................................................... 11

# Dyson Limited

## Officers and Professional Advisors

**Directors**
J Dyson (Chairman)
M McCourt
Sir R Needham (Non-Executive)
R Ayling (Non-Executive)
P Richardson

**Secretary**
A S Briggs

**Auditors**
PricewaterhouseCoopers LLP
31 Great George Street
Bristol
BS1 5QD

**Principal Bankers**
Lloyds TSB Bank Plc
55 Corn Street
Bristol
BS99 7LE

**Principal Solicitors**
Wragge & Co.
55 Colmore Row
Birmingham
B3 2AS

**Registered Office**
Tetbury Hill
Malmesbury
Wiltshire
SN16 0RP

**Registered Number**
02627406

# Dyson Limited

## Directors' report for the year ended 31 December 2004

The directors present their report and the audited financial statements for the year ended 31 December 2004.

**Principal activity and review of the business**
The principal activity of the company is the sale and service of domestic appliances. During the year, the company transferred distribution rights, property, patents and licenses for brand rights, design rights and trademarks to fellow group companies.

**Results and dividends**
The profit for the year after taxation amounted to £25,919,000 (2003: £15,230,000). The directors do not recommend a final dividend (2003: £nil), making the total dividends payable in respect of the year of £34,553,000 (2003: £17,100,000).

**Future developments**
The directors expect the general level of activity to continue in the forthcoming year.

**Donations**
During the year the company made total donations of £150,054 (2003: £367,412) for charitable purposes, the major element of which was a £150,000 donation (2003:£200,000) to the James Dyson Foundation (a registered charity). No payments were made for political purposes.

**Employee involvement**
The company's aim for all members of staff and applicants for employment is to fit the qualifications, aptitude and ability of each individual to the appropriate job and to provide equal opportunity regardless of sex, religion or ethnic origin. The company does all that is practicable to meet its responsibility towards the employment of disabled people. Where an employee becomes disabled, every effort is made to provide continuity of employment in the same job or a suitable alternative. The training and re-training of staff is a high priority. Much of this training is on the job as well as by internal and external courses.

It is the company policy that career development and promotion opportunities should be available to all employees. The company ensures that all employees are kept up to date with major developments and changes within the organisation.

**Creditor payment policy**
The company agrees terms and conditions for its business transactions with suppliers. Payment is made on these terms, subject to the terms and conditions being met by the supplier.

2

# Dyson Limited

**Directors and directors' interests**

The composition of the Board of Directors during the year to 31 December 2004 was as follows:

| | |
|---|---|
| J Dyson | (Chairman) |
| S Jupp | (resigned 1st November 2004) |
| M McCourt | |
| Sir R Needham | (Non-Executive) |
| A Leighton | (Non-Executive) (resigned 20th December 2004) |
| R Ayling | (Non-Executive) |
| T Harris | (resigned 11th January 2005) |
| P Richardson | |

The directors did not hold any beneficial interest in the share capital of the company at 31 December 2004 or at any time during the year.

At the year end, J Dyson held 69.9% of the A shares and 100% of the B shares in Dyson James Limited (formerly Dyson Technology Limited), the ultimate parent company.

**Statement of directors' responsibilities**
Company law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the company and of the profit or loss of the company for that period. The directors confirm that in preparing those financial statements they have:

- selected suitable accounting policies and then applied them consistently;

- made judgements and estimates that are reasonable and prudent;

- followed applicable accounting standards and applied them consistently; and

- prepared the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the company and enable them to ensure that the financial statements comply with the Companies Act 1985. They are also responsible for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

3

## Dyson Limited

**Auditors**
A resolution to reappoint PricewaterhouseCoopers LLP as auditors to the company will be proposed at the annual general meeting.

**By order of the Board**

A S Briggs
**Secretary**

## Dyson Limited

## Independent auditors' report to the members of Dyson Limited

We have audited the financial statements which comprise the profit and loss account, the balance sheet, and the related notes, which have been prepared under the historical cost convention and the accounting policies set out in the statement of accounting policies.

**Respective responsibilities of directors and auditors**
The directors' responsibilities for preparing the annual report and the financial statements in accordance with applicable United Kingdom law and accounting standards are set out in the statement of directors' responsibilities.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and United Kingdom Auditing Standards issued by the Auditing Practices Board. This report, including the opinion, has been prepared for and only for the company's members in accordance with Section 235 of the Companies Act 1985 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

We report to you our opinion as to whether the financial statements give a true and fair view and are properly prepared in accordance with the Companies Act 1985. We also report to you if, in our opinion, the directors' report is not consistent with the financial statements, if the company has not kept proper accounting records, if we have not received all the information and explanations we require for our audit, or if information specified by law regarding directors' remuneration and transactions is not disclosed.

We read the other information contained in the annual report and consider the implications for our report if we become aware of any apparent misstatements or material inconsistencies with the financial statements. The other information comprises only the directors' report.

**Basis of audit opinion**
We conducted our audit in accordance with auditing standards issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the company's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

**Opinion**
In our opinion the financial statements give a true and fair view of the state of the company's affairs at 31 December 2004 and of its profit for the year then ended and have been properly prepared in accordance with the Companies Act 1985.

PricewaterhouseCoopers LLP
Chartered Accountants and Registered Auditors
Bristol
31 October 2005

5

# Dyson Limited

## Profit and loss account for the year ended 31 December 2004

| | Note | 2004 £'000 | 2003 £'000 |
|---|---|---|---|
| **Turnover** | 2 | **258,770** | 236,877 |
| Cost of sales | | **(125,939)** | (121,706) |
| **Gross profit** | | **132,831** | 115,171 |
| Administrative expenses | | **(104,790)** | (87,395) |
| Total operating profit | | **28,041** | 27,776 |
| Reorganisation costs | 3 | **-** | (3,942) |
| **Profit on ordinary activities before interest** | | **28,041** | 23,834 |
| Interest receivable and similar income | 8 | **10,230** | 775 |
| Interest payable and similar charges | 9 | **(3,103)** | (3,954) |
| **Profit on ordinary activities before taxation** | 4 | **35,168** | 20,655 |
| Tax on profit on ordinary activities | 10 | **(9,249)** | (5,425) |
| **Profit on ordinary activities after taxation** | | **25,919** | 15,230 |
| *Dividends – including non equity* | 11 | **(34,553)** | (17,100) |
| **Retained loss for the year** | 21 | **(8,634)** | (1,870) |

All of the company's operations are continuing.

There is no difference between the profit on ordinary activities before taxation and the retained loss for the year stated above and their historical cost equivalents and therefore no separate statement has been presented.

The notes on pages 11 to 25 form part of these financial statements.

**Dyson Limited**

## Statement of total recognised gains and losses

|                                               | 2004<br>£'000 | 2003<br>£'000 |
|-----------------------------------------------|--------------:|--------------:|
| Profit for the financial year                 |        25,919 |        15,230 |
| Profit on sale of rights (see note 5)         |       318,000 |             - |
| Tax on profit of sale of rights (see note 10) |      (53,400) |             - |
| Exchange adjustments taken to reserves        |           707 |           598 |
| **Total recognised gains for the year**       |       291,226 |        15,828 |

**Dyson Limited**

**Balance sheet as at 31 December 2004**

| | Note | 2004 £'000 | 2004 £'000 | 2003 £'000 | 2003 £'000 |
|---|---|---|---|---|---|
| **Fixed assets** | | | | | |
| Intangible assets | 12 | 1,466 | | 1,583 | |
| Tangible assets | 13 | 8,697 | | 43,607 | |
| Investments | 14 | - | | 20,985 | |
| | | | 10,163 | | 66,175 |
| **Current assets** | | | | | |
| Stocks | 15 | 18,912 | | 10,315 | |
| Debtors: amounts falling due within one year | 16 | 350,880 | | 47,877 | |
| Debtors: amounts falling due after more than one year | 17 | 13,918 | | - | |
| Cash at bank and in hand | | 40,002 | | 28,581 | |
| | | 423,712 | | 86,773 | |
| **Creditors: amounts falling due within one year** | 18 | (78,999) | | (88,417) | |
| **Net current assets/(liabilities)** | | | 344,713 | | (1,644) |
| **Total assets less current liabilities** | | | 354,876 | | 64,531 |
| **Provisions for liabilities and charges** | 19 | | (46,307) | | (12,635) |
| **Net assets** | | | 308,569 | | 51,896 |
| | | | | | |
| **Capital and reserves** | | | | | |
| Called up share capital | 20 | | 2 | | 2 |
| Profit and loss account | 21 | | 70,119 | | 51,894 |
| Other reserve | 21 | | 238,448 | | - |
| **Equity shareholders' funds** | 21 | | 308,569 | | 51,896 |

These financial statements were approved by the directors on 27 October 2005.

J Dyson
Director

The notes on pages 11 to 25 form part of these financial statements.

# Dyson Limited

# Statement of accounting policies

**Accounting convention**
These financial statements have been prepared under the historical cost convention and in accordance with the
Companies Act 1985 and applicable accounting standards. A summary of the more important accounting
policies is set out below.

**Basis of preparation**
The company is exempt from the requirement to present consolidated financial statements under section 228 of
the Companies Act 1985. The accounts have been included in the consolidated financial statements of its
ultimate parent company, Dyson James Limited.

**Turnover**
Turnover is recognised on delivery and represents the invoiced value of goods and services derived from the
company's principal activity as described on page 2, net of Value Added Tax and settlement discounts.

**Tangible fixed assets**
Tangible fixed assets are stated at cost less accumulated depreciation. Depreciation is provided on all tangible
fixed assets at rates calculated so as to write off the cost, less estimated residual value of each asset on a
straight line basis, over their useful economic lives, as follows:

| | |
|---|---|
| Freehold property | 2% per annum |
| Tooling | 33.3% per annum |
| Plant and equipment: | |
|     Information Technology | 33.3% per annum |
|     Other | 10% per annum |
| Motor vehicles | 25% per annum |

Assets in the course of construction are not depreciated until they are ready for use. No depreciation is
provided against freehold land.

**Investments**
Investments are stated at cost less provision for any impairment.

**Intangible fixed assets**
Intangible fixed assets are stated at cost less accumulated amortisation. Amortisation is provided from the date
of acquisition to write off the cost less estimated residual value over its useful economic life as follows:

| | |
|---|---|
| Licences | 15 years |

**Stocks**
Stocks are stated at the lower of cost and net realisable value. Cost includes all direct expenditure. Where
necessary provision is made for obsolete, slow moving and defective stocks.

**Guarantee provision**
Provision is made for the cost of repairing appliances under the guarantee period of 2-5 years, together with
collection and return to the consumer where appropriate, based on the expected level of returns.

# Dyson Limited

**Deferred taxation**
Deferred tax is recognised in respect of all timing differences that have originated but not reversed at the balance sheet date, where transactions or events that result in an obligation to pay more tax in the future or a right to pay less tax in the future have occurred at the balance sheet date.

A net deferred tax asset is recognised only when, on the basis of all available evidence, it can be regarded as more likely than not that there will be suitable taxable profits against which to recover carried forward tax losses and/or from which the future reversal of underlying timing differences can be deducted.

Deferred tax is measured at the average tax rates that are expected to apply in the periods in which the timing differences are expected to reverse, based on tax rates and laws that have been enacted or substantively enacted by the balance sheet date. Deferred tax is measured on a non-discounted basis.

**Foreign currencies**
Trading items in foreign currencies are translated into sterling at the rate of exchange ruling at the date of the transaction. Monetary assets and liabilities denominated in foreign currencies are translated into sterling at mid-market rates of exchange ruling at the balance sheet date.

The results of overseas branches are translated into sterling at the average rate of exchange prevailing during the year. The balance sheets of overseas branches are translated into sterling at mid-market rates of exchange ruling at the balance sheet date.

Exchange gains and losses arising from foreign branch translations are taken to reserves and reported in the statement of total recognised gains and losses. All other foreign currency gains and losses are taken to the profit and loss account.

**Treasury and derivative instruments**
Outstanding foreign exchange deals hedging anticipated future foreign exchange exposures are not marked to market. All other outstanding foreign exchange deals are marked to market using mid-market rates of exchange ruling at the balance sheet date. Premia and discounts on forward foreign exchange deals are taken to the profit and loss account as interest over the period of the contract. Option premia are taken to the profit and loss account over the life of the option. Credit default swaps are used as hedges for trading credit exposures and are not marked to market. Payments under credit default swaps are taken to profit and loss account over the period of the contract.

**Operating leases**
Rentals paid under operating leases are charged to the profit and loss account as they are incurred.

**Pensions**
Contributions in respect of defined contribution pension schemes are charged to the profit and loss account as they become payable in accordance with the rules of the schemes.

**Dyson Limited**

**Notes to the financial statements
for the year ended 31 December 2004**

**1     Cash flow statement and related party disclosures**

The company is a wholly-owned subsidiary of Dyson James Limited and is included in the consolidated
financial statements of Dyson James Limited, which are publicly available.  Consequently, the company has
taken advantage of the exemption from preparing a cash flow statement under the terms of FRS 1 (revised
1996).  The company is also exempt under the terms of FRS 8 from disclosing related party transactions with
entities that are part of the Dyson James Limited group or investees of the Dyson James Limited group.  For
details of other related party transactions see note 23.

**2     Turnover**

Turnover is derived solely from the principal activity of the company.

An analysis of turnover by geographical destination is given below:

|                    | 2004<br>£'000 | 2003<br>£'000 |
| ------------------ | ------------: | ------------: |
| United Kingdom     | 174,089       | 168,767       |
| Rest of Europe     | 11,840        | 25,526        |
| Rest of the world  | 72,841        | 42,584        |
|                    | 258,770       | 236,877       |

**Dyson Limited**

## 3    Reorganisation costs

Reorganisation costs in 2003 of £3,942,000 before tax (£2,759,000 after tax) relate to the transfer of production of Laundry Division products from the United Kingdom to Malaysia.

## 4    Profit on ordinary activities before taxation

|  | 2004 | 2003 |
|---|---|---|
|  | £'000 | £'000 |
| Profit on ordinary activities before taxation is stated after charging / (crediting); | | |
| Research and development | 11,929 | 14,824 |
| Auditors' remuneration including expenses | 106 | 106 |
| Payments to auditors for non-audit services | 123 | 279 |
| Depreciation of owned fixed assets | 2,512 | 5,151 |
| Amortisation of intangible fixed assets | 122 | 121 |
| Impairment of intangible fixed assets | - | 163 |
| Profit on disposal of tangible fixed assets | (831) | (35) |
| Hire of equipment | 791 | 1,053 |
| Property leases | 995 | 86 |

## 5    Profit on sale of rights

During the year, the company made a profit of £318,000,000 on the sale of brand, patent and design rights to fellow subsidiaries (2003: £nil).

**Dyson Limited**

## 6    Directors' remuneration

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Aggregate emoluments | 15,840 | 2,763 |
| Compensation for loss of office | 53 | - |
| Company contributions paid to money purchase pension schemes | 363 | 108 |
| | 16,256 | 2,871 |

In addition, two directors received fees in connection with specific consultancy services provided to the company totalling £347,000 (2003: £310,000) (see note 23).

The number of directors with benefits accruing during the year under the money purchase schemes is 3 (2003: 5). The directors' remuneration disclosed above includes the following amounts for the highest paid director:

| Highest paid director | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Aggregate emoluments | 12,532 | 900 |
| Company contributions paid to money purchase pension schemes | 189 | 34 |
| | 12,721 | 934 |

## 7    Staff costs

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Wages and salaries | 43,454 | 33,634 |
| Social security costs | 5,638 | 4,312 |
| Other pension costs | 939 | 915 |
| Staff costs | 50,031 | 38,861 |

The company operates three defined contribution pension schemes. The assets are held and managed independently of the finances of the company.

**Dyson Limited**

## 7    Staff costs (continued)

The average monthly number of employees (including directors) during the year was as follows:

| By activity | 2004 Number | 2003 Number |
|---|---|---|
| Production | 10 | 55 |
| Sales and administration | 748 | 830 |
| Research and development | 167 | 268 |
| | 925 | 1,153 |

## 8    Interest receivable and similar income

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Bank interest | 2,301 | 737 |
| Interest received from related party (note 23) | 531 | - |
| Interest on group loans | 7,398 | 38 |
| | 10,230 | 775 |

## 9    Interest payable and similar charges

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Bank interest | 377 | 664 |
| Interest on group loans | 2,726 | 3,290 |
| | 3,103 | 3,954 |

# Dyson Limited

## 10   Taxation

(a)     Analysis of charge in the year

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| **Taxation on the profit for the year** | | |
| UK corporation tax at 30% (2003: 30%) | | |
| - current year | 8,924 | 5,945 |
| - prior year | 596 | (16) |
| | 9,520 | 5,929 |
| Overseas tax | 40 | 296 |
| Double tax relief | (40) | (244) |
| Total current tax | 9,520 | 5,981 |
| Deferred tax at 30% (2003: 30%) | | |
| - current year | 1,048 | (411) |
| - prior year | (1,319) | (145) |
| **Tax on profit on ordinary activities** | 9,249 | 5,425 |

(b)     Tax effect of unrealised profit taken to statement of total recognised gains and losses

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| **Taxation on the unrealised profit for the year** | | |
| UK corporation tax at 30% (2003: 30%) | | |
| - current year | 8,900 | - |
| Total current tax | 8,900 | - |
| Deferred tax at 30% (2003: 30%) | | |
| - current year | 44,500 | - |
| **Tax on unrealised profit taken to statement of total recognised gains and losses** | 53,400 | - |

# Dyson Limited

## 10    Taxation (continued)

**(c)    Factors affecting tax charge on ordinary activities for the year**

The tax assessed for the year is lower than the standard rate of corporation tax in the UK (30 per cent). The differences are explained below:

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Profit on ordinary activities before tax | 35,168 | 20,655 |
| Profit on ordinary activities multiplied by standard rate of corporation tax in the UK of 30% (2003 : 30%) | 10,550 | 6,197 |
| Effects of: | | |
| Depreciation for year in excess of capital allowances | (700) | 249 |
| Chargeable gain on sale of property less than the book profit | (72) | - |
| Adjustments to tax charge in respect of previous periods | 596 | (16) |
| Different tax rates applicable in overseas branches | - | 52 |
| Expenses not deductible for tax purposes | 82 | 171 |
| Research and Development tax credit | (588) | (934) |
| Other timing differences | (348) | 262 |
| **Current tax charge for year on ordinary activities** | **9,520** | **5,981** |

**(d)    Factors affecting tax charge on unrealised profit taken to statement of total recognised gains and losses for the year**

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Unrealised profit taken to statement of total recognised gains and losses | 318,000 | - |
| Profit on ordinary activities multiplied by standard rate of corporation tax in the UK of 30% (2003 : 30%) | 95,400 | - |
| Effects of: | | |
| Sale of licences of intellectual property to group companies not taxable under S171 TCGA 1992 | (42,000) | - |
| Profits on patent sale being taxable over 6 years | (44,500) | - |
| **Current tax charge for year on unrealised profit taken to statement of total recognised gains and losses** | **8,900** | **-** |

16

**Dyson Limited**

## 10   Taxation (continued)

**(e)   Factors that may affect future tax charges**

Based on current capital investment plans, the company expects depreciation to continue to exceed capital allowances in future years at a similar level to that in 2004.

Dyson Limited has benefited from research and development tax credits in the UK since their introduction in 2002. The credit takes the form of a tax deduction equal to 125% of the qualifying expenditure. This has contributed to a tax charge in 2004, which is lower than the UK statutory rate and is expected to continue to do so in future years.

## 11  Dividends

|  | 2004 | 2003 |
|---|---|---|
|  | £'000 | £'000 |
| Interim declared at £3,150.32 per share (2003: £7,695.77) | 7,000 | 17,100 |
| Dividend in specie | 27,553 | - |
|  | 34,553 | 17,100 |

The dividend in specie of £27,553,000 relates to the historical cost of investments in Dyson SA (Switzerland), Dyson Manufacturing Sdn Bhd, Dyson SAS, Dyson GmbH, Dyson BV, Dyson Ireland Ltd, Dyson SRL, Dyson Spain SL, Dyson Technology Inc and Dyson Estates Limited.

**Dyson Limited**

## 12   Intangible fixed assets

|  | Licenses £'000 |
|---|---|
| **Cost** | |
| At 1 January 2004 | 1,989 |
| Additions | 5 |
| **At 31 December 2004** | **1,994** |
| **Amortisation** | |
| At 1 January 2004 | 406 |
| Charge for the year | 122 |
| **At 31 December 2004** | **528** |
| **Net book value** | |
| **At 31 December 2004** | **1,466** |
| At 31 December 2003 | 1,583 |

**Dyson Limited**

## 13   Tangible fixed assets

| | Freehold land and buildings | Tooling | Plant, equipment, fixtures and fittings | Motor vehicles | Total |
|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 |
| **Cost** | | | | | |
| At 1 January 2004 | 36,996 | 17,187 | 23,795 | 743 | 78,721 |
| Additions | 206 | 61 | 2,428 | - | 2,695 |
| Disposals | (878) | - | (1,421) | (454) | (2,753) |
| Transfers to fellow subsidiaries | (36,016) | (6,014) | (2,275) | - | (44,305) |
| Exchange differences | - | - | - | (1) | (1) |
| **At 31 December 2004** | **308** | **11,234** | **22,527** | **288** | **34,357** |
| **Depreciation** | | | | | |
| At 1 January 2004 | 3,431 | 14,658 | 16,394 | 631 | 35,114 |
| Charge in year | 354 | 515 | 1,562 | 81 | 2,512 |
| Disposals | (108) | - | (1,412) | (439) | (1,959) |
| Transfers to fellow subsidiaries | (3,655) | (4,811) | (1,541) | - | (10,007) |
| **At 31 December 2004** | **22** | **10,362** | **15,003** | **273** | **25,660** |
| **Net book value** | | | | | |
| **At 31 December 2004** | **286** | **872** | **7,524** | **15** | **8,697** |
| At 31 December 2003 | 33,565 | 2,529 | 7,401 | 112 | 43,607 |

The cost and net book values include assets in the course of construction as follows:

| | | | | | |
|---|---|---|---|---|---|
| **At 31 December 2004** | - | 172 | 319 | - | 491 |
| At 31 December 2003 | - | 1,970 | 772 | - | 2,742 |

Capital expenditure contracted but not provided for at the year end was £nil (2003: £826,000).

**Dyson Limited**

## 14   Investments

|  | Subsidiary Undertakings £'000 |
|---|---|
| **Cost** | |
| At 1 January 2004 | 21,985 |
| Additions | 8,134 |
| Transfer to fellow subsidiary | (1,566) |
| Dividend in specie (see note 11) | (27,553) |
| **At 31 December 2004** | **1,000** |
| **Amounts written off** | |
| At 1 January 2004 | 1,000 |
| Charge in year | - |
| **Amounts written off as at 31 December 2004** | **1,000** |
| **Net book value** | |
| **At 31 December 2004** | **-** |
| At 31 December 2003 | 20,985 |

## 15   Stocks

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Raw materials and consumables | 2,710 | 3,615 |
| Finished goods and goods for resale | 16,202 | 6,700 |
|  | 18,912 | 10,315 |

## Dyson Limited

### 16   Debtors – Amounts falling due within one year

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Trade debtors | 19,105 | 21,245 |
| Amounts due from group undertakings | 320,449 | 22,870 |
| Other debtors | 8,359 | 4 |
| Prepayments | 2,956 | 3,758 |
| Corporation tax | 11 | - |
|  | 350,880 | 47,877 |

### 17   Debtors – Amounts falling due after more than one year

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Other debtors (see note 23b) | 13,918 | - |
|  | 13,918 | - |

### 18   Creditors – Amounts falling due within one year

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Trade creditors | 10,789 | 8,511 |
| Other creditors | 679 | 579 |
| Amounts due to group undertakings | 28,155 | 58,824 |
| Corporation tax | 5,120 | 3,372 |
| Other taxes and social security | 18,919 | 3,177 |
| Accruals and deferred income | 15,337 | 13,954 |
|  | 78,999 | 88,417 |

# Dyson Limited

## 19  Provisions for liabilities and charges

| | Deferred tax £'000 | Guarantee £'000 | Total £'000 |
|---|---|---|---|
| At 1 January 2004 | 1,549 | 11,086 | 12,635 |
| Charged to/(from) profit and loss account | (271) | 2,666 | 2,395 |
| Charged to/(from) statement of total recognised gains and losses | 44,500 | - | 44,500 |
| Transfers | (3,273) | (9,950) | (13,223) |
| **At 31 December 2004** | **42,505** | **3,802** | **46,307** |

The guarantee provision represents the cost of potential repair and modification of goods under guarantee.

**Deferred taxation comprises**

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Accelerated capital allowances | 43,029 | 1,848 |
| Other timing differences | (524) | (299) |
| | 42,505 | 1,549 |

There was no unprovided deferred tax at 31 December 2004: (2003: £nil).

# Dyson Limited

## 20  Share capital

|  | 2004 | 2003 |
|---|---|---|
|  | £ | £ |
| **Authorised, allotted, called up and fully paid** | | |
| 2,222 ordinary shares of £1 each | 2,222 | 2,222 |

## 21  Reconciliation of movements in shareholders' funds

|  | Share capital £'000 | Profit and loss account £'000 | Other reserve £'000 | 2004 £'000 | 2003 £'000 |
|---|---|---|---|---|---|
| Shareholders' funds at 1 January | 2 | 51,894 | - | 51,896 | 53,168 |
| Profit on ordinary activities after taxation | - | 25,919 | - | 25,919 | 15,230 |
| Dividends | - | (34,553) | - | (34,553) | (17,100) |
| Tax charge in statement of total recognised gains and losses | - | (53,400) | - | (53,400) | - |
| Other gains and losses | - | 707 | 318,000 | 318,707 | 598 |
| Transfer | - | 79,552 | (79,552) | - | - |
| **Shareholders' funds at 31 December** | 2 | 70,119 | 238,448 | 308,569 | 51,896 |

## 22  Financial Commitments

The company had annual commitments under non-cancellable operating leases expiring as follows:

|  | 2004 | | 2003 | |
|---|---|---|---|---|
|  | Property £'000 | Vehicles, plant and equipment £'000 | Property £'000 | Vehicles, plant and equipment £'000 |
| Within one year | - | 35 | - | 51 |
| Within two to five years | - | 599 | - | 697 |
| In over five years | 2,341 | - | - | - |
|  | 2,341 | 634 | - | 748 |

# Dyson Limited

## 23   Related party transactions

a)  During the year the company entered into transactions with related parties in which the following directors had beneficial interest:

Consultancy services were provided by Sir Richard Needham Consultancy Limited for an amount of £300,000 (2003: £258,000). At the year end a balance payable to the related party amounted to £5,000 (2003: £10,000).

Consultancy services were provided by Going Plural, the consultancy company owned by Allan Leighton for an amount of £47,000 (2003: £52,000). At year end no balance was payable to the related party (2003:£nil).

b)  During the year the company provided a loan of £19,998,000 to a company (Profred Limited) in which James Dyson has a beneficial interest. The terms of the loan are:

Repayment: No later than second anniversary after the first drawdown
Interest: ¼% above bank base rate (interest received in 2004: £531,000)
Loan guarantee: James Dyson

At the year end the balance receivable by the Group amounted to £13,918,000.

The balance receivable was settled in full on 30 September 2005.

c)  Profred Limited provided the company with services amounting to £2,030,000 during 2004. At the year end the balance payable to Profred Limited amounted to £129,000.

All the above transactions have been entered into on an arm's length basis.

## 24   Pension costs

Pension costs of £939,000 (2003:£915,000) were charged in the year in relation to group defined contribution pension schemes. £10,000 (2003:£10,000) was included in other creditors at the year end as amounts payable to the schemes.

## 25   Ultimate parent company and controlling party

The ultimate parent company is Dyson James Limited, a company incorporated in the United Kingdom. Copies of the financial statements of Dyson James Limited are available from the company secretary at Tetbury Hill, Malmesbury, Wiltshire SN16 0RP.

The ultimate controlling party is Mr J Dyson by virtue of his controlling interest in the shares of Dyson James Limited.

# Dyson Limited

## 26   Contingent liabilities

The company has given maximum guarantees of £75,000 (2003: £5,000) to HM Customs and Excise for its deferment account.

At the year end the company had outstanding forward foreign exchange contract and foreign exchange option commitments amounting to £107,840,000 (2003: £46,852,000).

# EXHIBIT B

Registered Number 03772814

Dyson James Limited (formerly Dyson Technology Limited)

Directors' report and consolidated financial statements for the year ended 31 December 2004



A36
COMPANIES HOUSE

≡AU8YC92F≡

330
31/10/2005

**Dyson James Limited**

**Report and consolidated financial statements
for the year ended 31 December 2004**

**Contents**

Officers and professional advisors ......................................................................................................... 1

Directors' report for the year ended 31 December 2004.......................................................................... 2

Independent auditors' report to the members of Dyson James Limited................................................... 4

Consolidated profit and loss account  for the year ended 31 December 2004......................................... 5

Consolidated statement of total recognised gains and losses for the year ended 31 December 2004..... 6

Consolidated balance sheet as at 31 December 2004 ............................................................................... 7

Company balance sheet as at 31 December 2004...................................................................................... 8

Consolidated cash flow statement for the year ended  31 December 2004 .............................................. 9

Notes to the consolidated cash flow statement for the year ended 31 December 2004 ......................... 10

Statement of accounting policies............................................................................................................ 11

Notes to the financial statements for the year ended 31 December 2004............................................... 14

# Dyson James Limited

## Officers and Professional Advisors

**Directors**
J Dyson
D Dyson

**Secretary**
A S Briggs

**Auditors**
PricewaterhouseCoopers LLP
31 Great George Street
Bristol
BS1 5QD

**Principal Bankers**
Lloyds TSB Bank Plc
55 Corn Street
Bristol
BS99 7LE

**Principal Solicitors**
Wragge & Co.
55 Colmore Row
Birmingham
B3 2AS

**Registered Office**
Tetbury Hill
Malmesbury
Wiltshire
SN16 0RP

**Registered Number**
03772814

**Dyson James Limited**

**Directors' report for the year ended 31 December 2004**

The directors present their report together with the audited financial statements for the year ended 31 December 2004. The Company changed its name on 1 August 2004 from Dyson Technology Limited to Dyson James Limited.

**Principal activities and review of the business**
The principal activities of the Group are the sale and servicing of domestic appliances and the invention, research, design and development of new products, machinery and tooling.

**Results and dividends**
The Group's profit for the year after taxation amounted to £61,226,000 (2003: £31,218,000). Dividends payable in respect of the year amounted to £7,000,000 (2003: £17,100,000).

**Future developments**
The directors expect the general level of activity to continue in the forthcoming year.

**Donations**
During the year the Group made donations of £173,434 (2003: £382,115) for charitable purposes, the major element of which was a £150,000 donation to the James Dyson Foundation (a registered charity) (2003: £200,000). No payments were made for political purposes (2003: £nil).

**Employee involvement**
The Group's aim, for all members of staff and applicants for employment, is to fit the qualifications, aptitude and ability of each individual to the appropriate job and to provide equal opportunity regardless of sex, religion or ethnic origin. The Group does all that is practicable to meet its responsibility towards the employment of disabled people. Where an employee becomes disabled, every effort is made to provide continuity of employment in the same job or a suitable alternative. The training and re-training of staff is a high priority. Much of this training is on the job as well as by internal and external courses.

It is Group policy that career development and promotion opportunities should be available to all employees. The Group ensures that all employees are kept up to date by regular meetings and newsletters with major developments and changes within the organisation.

**Research and development**
The Group is committed to research and development. Research and development costs amounting to £19,423,000 (2003: £14,784,000) were expensed in the year.

**Creditor payment policy**
The Group agrees terms and conditions for its business transactions with suppliers. Payment is made on these terms, subject to the terms and conditions being met by the supplier.

# Dyson James Limited

**Directors and directors' interests**

The beneficial interest of the directors, both of whom held office throughout the year, in the share capital of the Company was as follows:

|  |  | 2004 | 2003 |
|---|---|---|---|
|  |  | Number | Number |
| J Dyson | A ordinary | 13,960 | 13,960 |
|  | B ordinary | 2,000 | 2,000 |
| D Dyson | A ordinary | - | - |
|  | B ordinary | - | - |

At the date of this report J Dyson held 69.9% (2003: 69.9%) of the A ordinary shares and 100% (2003: 100%) of the B ordinary shares.

**Statement of directors' responsibilities**

Company law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the Company and Group and of the profit or loss of the Company and Group for that period. The directors confirm that in preparing those financial statements they have:

- selected suitable accounting policies and then applied them consistently;

- made judgements and estimates that are reasonable and prudent;

- followed applicable accounting standards and applied them consistently; and

- prepared the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the Company and Group and enable them to ensure that the financial statements comply with the Companies Act 1985. They are also responsible for safeguarding the assets of the Company and Group and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

**Auditors**

A resolution to reappoint PricewaterhouseCoopers LLP as auditors to the company will be proposed at the annual general meeting.

By order of the Board

A S Briggs
Secretary

3

**Dyson James Limited**

# Independent auditors' report to the members of Dyson James Limited

We have audited the financial statements which comprise the consolidated profit and loss account, the consolidated balance sheet, the Company balance sheet, the consolidated cash flow statement, the consolidated statement of total recognised gains and losses and the related notes, which have been prepared under the historical cost convention and the accounting policies set out in the statement of accounting policies.

**Respective responsibilities of directors and auditors**
The directors' responsibilities for preparing the annual report and the financial statements in accordance with applicable United Kingdom law and accounting standards are set out in the statement of directors' responsibilities.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and United Kingdom Auditing Standards issued by the Auditing Practices Board. This report, including the opinion, has been prepared for and only for the Company's members as a body in accordance with Section 235 of the Companies Act 1985 and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

We report to you our opinion as to whether the financial statements give a true and fair view and are properly prepared in accordance with the Companies Act 1985. We also report to you if, in our opinion, the directors' report is not consistent with the financial statements, if the Company has not kept proper accounting records, if we have not received all the information and explanations we require for our audit, or if information specified by law regarding directors' remuneration and transactions is not disclosed.

We read the other information contained in the annual report and consider the implications for our report if we become aware of any apparent misstatements or material inconsistencies with the financial statements. The other information comprises only the directors' report.

**Basis of audit opinion**
We conducted our audit in accordance with auditing standards issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the company's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

**Opinion**
In our opinion the financial statements give a true and fair view of the state of affairs of the Company and the Group at 31 December 2004 and of the profit and cash flows of the Group for the year then ended and have been properly prepared in accordance with the Companies Act 1985.

**PricewaterhouseCoopers LLP**
Chartered Accountants and Registered Auditors
Bristol
31 October 2005

4

**Dyson James Limited**

## Consolidated profit and loss account for the year ended 31 December 2004

| | Note | 2004 £'000 | 2003 £'000 |
|---|---|---|---|
| Turnover | 2 | 426,240 | 277,095 |
| Cost of sales | | (152,922) | (122,858) |
| Gross profit | | 273,318 | 154,237 |
| Administrative expenses | | (197,875) | (111,077) |
| Operating profit | | 75,443 | 43,160 |
| Reorganisation costs | 3 | - | (3,942) |
| Profit on ordinary activities before interest | | 75,443 | 39,218 |
| Interest receivable and similar income | 7 | 3,137 | 1,050 |
| Interest payable and similar charges | 8 | (378) | (667) |
| Profit on ordinary activities before taxation | 4 | 78,202 | 39,601 |
| Tax on profit on ordinary activities | 9 | (16,976) | (8,383) |
| Profit on ordinary activities after taxation | | 61,226 | 31,218 |
| Minority interests (including non-equity) | 22 | (39) | (558) |
| Profit for the financial year | | 61,187 | 30,660 |
| Dividends (including non-equity) | 10 | (7,000) | (17,100) |
| Profit retained for the financial year | 21 | 54,187 | 13,560 |

All of the group's operations are continuing.

There is no difference between the profit on ordinary activities before taxation and the retained profit for the year stated above and their historical cost equivalents.

The notes on pages 10 to 28 form part of these financial statements.

**Dyson James Limited**

**Consolidated statement of total recognised gains and losses for the year ended 31 December 2004**

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Profit for the financial year | 61,187 | 30,660 |
| Exchange adjustments taken to reserves | (406) | 644 |
| Adjustment arising on minority interest acquired | - | 530 |
| **Total recognised gains for the year** | **60,781** | **31,834** |

6

# Dyson James Limited

## Consolidated balance sheet as at 31 December 2004

| | Note | 2004 £'000 | 2004 £'000 | 2003 £'000 | 2003 £'000 |
|---|---|---|---|---|---|
| **Fixed assets** | | | | | |
| Intangible assets | 11 | | 4,235 | | 4,597 |
| Tangible assets | 12 | | 67,845 | | 52,713 |
| | | | 72,080 | | 57,310 |
| **Current assets** | | | | | |
| Stocks | 14 | 24,238 | | 13,716 | |
| Debtors: amounts falling due within one year | 15 | 90,001 | | 48,126 | |
| Debtors: amounts falling due after more than one year | 16 | 13,918 | | - | |
| Cash at bank and in hand | | 56,420 | | 39,984 | |
| | | 184,577 | | 101,826 | |
| **Creditors: amounts falling due within one year** | 17 | (88,727) | | (49,673) | |
| **Net current assets** | | | 95,850 | | 52,153 |
| **Total assets less current liabilities** | | | 167,930 | | 109,463 |
| **Provisions for liabilities and charges** | 19 | | (17,978) | | (13,294) |
| **Minority interests** | 22 | | (3) | | (1) |
| **Net assets** | | | 149,949 | | 96,168 |
| **Capital and reserves** | | | | | |
| Called up share capital | 20 | | 2 | | 2 |
| Profit and loss account | 21 | | 149,947 | | 96,166 |
| **Total shareholders' funds** | 21 | | 149,949 | | 96,168 |

These financial statements were approved by the directors on 27 October 2005.

J Dyson
Director

The notes on pages 10 to 28 form part of these financial statements.

7

**Dyson James Limited**

## Company balance sheet as at 31 December 2004

| | Note | 2004 £'000 | 2004 £'000 | 2003 £'000 | 2003 £'000 |
|---|---|---|---|---|---|
| **Fixed assets** | | | | | |
| Investments | 13 | | 27,561 | | 3 |
| | | | | | |
| **Creditors: amounts falling due within one year** | 17 | (4) | | (1) | |
| **Net current liabilities** | | | (4) | | (1) |
| **Net assets** | | | 27,557 | | 2 |
| | | | | | |
| **Capital and reserves** | | | | | |
| Called up share capital | 20 | | 2 | | 2 |
| Profit and loss account | 21 | | 27,555 | | - |
| **Total shareholders' funds** | 21 | | 27,557 | | 2 |
| | | | | | |
| **Attributable to** | | | | | |
| Equity | | | 27,555 | | - |
| Non equity | | | 2 | | 2 |
| | | | 27,557 | | 2 |

These financial statements were approved by the directors on 27 October 2005.

J Dyson
Director

The notes on pages 10 to 28 form part of these financial statements.

8

# Dyson James Limited

## Consolidated cash flow statement for the year ended 31 December 2004

| | Note | 2004 £'000 | 2004 £'000 | 2003 £'000 | 2003 £'000 |
|---|---|---|---|---|---|
| **Cash inflow from operating activities** | | | | | |
| Net cash inflow before exceptional items | A | 75,877 | | 66,126 | |
| Outflow related to exceptional items | | (500) | | (1,571) | |
| **Net cash inflow from operating activities** | | | 75,377 | | 64,555 |
| **Returns on investments and servicing of finance** | | | | | |
| Interest received | | 3,137 | | 1,050 | |
| Interest paid | | (377) | | (668) | |
| Non-equity dividends paid to shareholders | | (6,000) | | (17,500) | |
| **Net cash outflow from returns on investments and servicing of finance** | | | (3,240) | | (17,118) |
| **Taxation** | | | (17,333) | | (5,358) |
| **Capital expenditure and financial investments** | | | | | |
| Loan to related party | | (19,998) | | - | |
| Loan repayments from related party | | 6,080 | | - | |
| Proceeds from sale of tangible fixed assets | | 1,624 | | 197 | |
| Purchase of tangible fixed assets | | (24,928) | | (11,135) | |
| **Net cash outflow from capital expenditure and financial investment** | | | (37,222) | | (10,938) |
| **Acquisitions** | | | | | |
| Purchase of minority interest | | (131) | | (2,811) | |
| **Net cash outflow for acquisitions** | | | (131) | | (2,811) |
| **Equity dividends paid** | | | (1,000) | | (1,000) |
| **Net cash inflow before financing** | | | 16,451 | | 27,330 |
| **Financing** | | | | | |
| Capital element of finance leases | | (15) | | (19) | |
| **Net cash outflow from financing** | | | (15) | | (19) |
| **Increase in net cash** | B | | 16,436 | | 27,311 |

The notes on pages 10 to 28 form part of these financial statements.

**Dyson James Limited**

**Notes to the consolidated cash flow statement for the year ended 31 December 2004**

**A    Reconciliation of operating profit to net cash inflow from operating activities**

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Operating profit | 75,443 | 43,160 |
| Depreciation | 8,313 | 9,355 |
| Amortisation | 336 | 184 |
| Profit on disposal of fixed assets | (826) | (24) |
| (Increase)/decrease in stocks | (10,676) | 3,856 |
| (Increase) in debtors | (41,980) | (3,020) |
| Increase in creditors | 42,303 | 6,377 |
| Increase in provisions | 2,964 | 6,238 |
| Net cash flow from operating activities | 75,877 | 66,126 |

**B    Analysis of movements in net funds**

|  | At 1 January 2004 £'000 | Cash flows £'000 | At 31 December 2004 £'000 |
|---|---|---|---|
| Cash at bank and in hand | 39,984 | 16,436 | 56,420 |
| Cash and cash equivalents | 39,984 | 16,436 | 56,420 |
| Finance lease agreements | (15) | 15 | - |
| Total | 39,969 | 16,451 | 56,420 |

**C    Reconciliation of net cash flow to movement in net funds**

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Increase in net cash | 16,436 | 27,311 |
| Movement in borrowings | 15 | 19 |
| Movement in net funds in the year | 16,451 | 27,330 |
| Net funds at 1 January | 39,969 | 12,639 |
| Net funds at 31 December | 56,420 | 39,969 |

10

# Dyson James Limited

## Statement of accounting policies

### Accounting convention

These financial statements have been prepared under the historical cost convention and in accordance with the Companies Act 1985 and applicable accounting standards. A summary of the more important Group accounting policies is set out below.

### Basis of consolidation

The financial statements of the Company and its subsidiaries for the year ended 31 December 2004 are incorporated in the consolidated financial statements for the year ended on that date.

Subsidiaries acquired are dealt with in the consolidated financial statements using acquisition accounting. Upon the acquisition of a subsidiary, the fair values that reflect the condition at the date of acquisition are attributed to the identifiable assets and liabilities acquired. Adjustments are made to bring the accounting policies of subsidiaries acquired into alignment with those of the Group. Where the fair value of the consideration paid exceeds the fair value of the acquired assets and liabilities, the difference is treated as goodwill. The results of businesses acquired are included from the effective date of acquisition and businesses sold are included up to the date of disposal.

### Turnover

Turnover is recognised on delivery and represents the invoiced value of goods and services derived from the Group's principal activities as described on page 2, net of Value Added Tax and settlement discounts.

### Investments

Investments are stated at cost less provision for any impairment.

### Goodwill on consolidation

Goodwill on consolidation is amortised over its useful economic life of 15 years.

### Patents/licenses

Patents/licenses included in intangible fixed assets are stated at cost less accumulated amortisation. Amortisation is provided from the date of acquisition to write off the cost less estimated residual value over its useful economic life of 15 years.

11

# Dyson James Limited

**Tangible fixed assets**
Tangible fixed assets are stated at cost less accumulated depreciation. Depreciation is provided on all tangible fixed assets at rates calculated so as to write off the cost, less estimated residual value of each asset on a straight line basis, over its useful economic life, as follows:

| | |
|---|---|
| Freehold property | 2% per annum |
| Leasehold land and buildings | Period of lease |
| Tooling | 33.3% per annum |
| Plant and equipment: | |
|     Information Technology | 33.3% per annum |
|     Other | 10-20% per annum |
| Fixtures and fittings | 33.3% per annum |
| Motor vehicles | 25% per annum |

Assets in the course of construction are not depreciated until they are brought into use. No depreciation is provided against freehold land.

**Stocks**
Stocks are stated at the lower of cost and net realisable value. Cost includes all direct expenditure and, where applicable, manufacturing support overheads. Where necessary, provision is made for obsolete, slow moving and defective stocks.

**Guarantee provision**
Provision is made for the cost of repairing appliances under the guarantee period of 2-5 years, together with collection and return to the consumer where appropriate, based on the expected level of returns.

**Deferred taxation**
Deferred tax is recognised in respect of all timing differences that have originated but not reversed at the balance sheet date, where transactions or events that result in an obligation to pay more tax in the future or a right to pay less tax in the future have occurred at the balance sheet date.

A net deferred tax asset is recognised only when, on the basis of all available evidence, it can be regarded as more likely than not that there will be suitable taxable profits against which to recover carried forward tax losses and/or from which the future reversal of underlying timing differences can be deducted.

Deferred tax is measured at the average tax rates that are expected to apply in the periods in which the timing differences are expected to reverse, based on tax rates and laws that have been enacted or substantively enacted by the balance sheet date. Deferred tax is measured on a non-discounted basis.

**Foreign currencies**
Profit and loss accounts of foreign Group undertakings are translated at average rates of exchange. Balance sheets are translated at year-end rates. Exchange gains and losses arising from these translations are taken to reserves and reported in the consolidated statement of total recognised gains and losses. Assets and liabilities denominated in foreign currencies are translated at the closing rate of exchange or the rate at which the transaction is contracted to be settled in the future. Exchange differences arising on transactions are taken to the profit and loss account.

12

# Dyson James Limited

**Treasury and derivative instruments**
Outstanding foreign exchange deals hedging anticipated future foreign exchange exposures are not marked to market. All other outstanding foreign exchange deals are marked to market using mid-market rates of exchange ruling at the balance sheet date. Premia and discounts on forward foreign exchange deals are taken to the profit and loss account as interest over the period of the contract. Option premia are taken to the profit and loss account over the life of the option. Credit defaults swaps are used as hedges for trading credit exposures and are not marked to market. Payments under credit defaults swaps are taken to profit and loss account over the period of the contract.

**Leases and hire purchase agreements**
Tangible fixed assets held under hire purchase agreements are capitalised at the amount representing the outright purchase price and are depreciated in the same manner as other tangible fixed assets over their useful lives. The related obligations, net of future finance charges, are treated as liabilities under creditors due within or after more than one year, as appropriate. The interest element of the rental obligations is charged to the profit and loss account over the period of the lease and represents a reducing proportion of the balance of capital repayments outstanding.

Rentals paid under operating leases are charged to the profit and loss account as they are incurred.

**Pensions**
Contributions in respect of defined contribution pension schemes are charged to the profit and loss account as they become payable in accordance with the rules of the schemes.

**Research and development costs**
Research and development costs are expensed to the profit and loss account as incurred.

**Dyson James Limited**

**Notes to the financial statements
for the year ended 31 December 2004**

## 1    Parent Company

The parent Company profit and loss account has not been presented as permitted by Section 230(3) of the Companies Act 1985.  The parent Company's profit after tax for the year ended 31 December 2004 amounted to £34,555,000 (2003: £17,100,000).

## 2    Segmental information

**(a) External sales**

|  | 2004 | 2003 |
|---|---|---|
|  | £'000 | £'000 |
| **By destination:** |  |  |
| United Kingdom | 179,585 | 178,109 |
| Rest of Europe | 43,603 | 37,780 |
| North America | 161,756 | 37,784 |
| Asia and Australasia | 41,296 | 23,422 |
|  | 426,240 | 277,095 |

The disclosure of external sales by origin as laid down by SSAP 25 – Segmental Reporting, would, in the opinion of the Directors, be seriously prejudicial to the interests of the Group.  Consequently these disclosures have not been made.

**(b) Operating profit**

|  | 2004 | 2003 |
|---|---|---|
|  |  | Restated |
|  | £'000 | £'000 |
| **By origin:** |  |  |
| United Kingdom | 59,782 | 32,147 |
| Rest of Europe | 3,095 | 1,564 |
| North America | 2,433 | 548 |
| Asia and Australasia | 10,133 | 4,959 |
|  | 75,443 | 39,218 |

During the year, the directors have developed a more appropriate segmental analysis of operating profit and net assets.  The comparatives have been restated accordingly.

14

**Dyson James Limited**

## 2    Segmental information (continued)

(e) Net Assets

|  | 2004 | 2003 |
|---|---|---|
|  |  | Restated |
|  | £'000 | £'000 |
| **By origin:** |  |  |
| United Kingdom | **114,011** | 70,209 |
| Rest of Europe | **12,009** | 8,332 |
| North America | **2,040** | 713 |
| Asia and Australasia | **21,889** | 16,914 |
|  | **149,949** | 96,168 |

(d) By Business analysis

Sales principally relate to domestic appliances.

## 3    Reorganisation costs

Reorganisation costs in 2003 of £3,942,000 before tax (£2,759,000 after tax) relate to the transfer of production of Laundry Division products from the United Kingdom to Malaysia.

**Dyson James Limited**

## 4    Profit on ordinary activities before taxation

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Profit on ordinary activities before taxation is stated after charging / (crediting); |  |  |
| Research and development | 19,423 | 14,784 |
| Auditors' remuneration including expenses |  |  |
| - Group | 180 | 158 |
| - Company | 1 | 1 |
| Payments to auditors for non-audit services | 169 | 287 |
| Depreciation of owned fixed assets | 8,298 | 9,339 |
| Depreciation of assets held under hire purchase agreements | 15 | 16 |
| Amortisation of intangible fixed assets | 336 | 184 |
| Profit on disposal of fixed assets | (826) | (24) |
| Hire of equipment | 1,436 | 1,527 |
| Property leases | 734 | 557 |

## 5    Directors' remuneration

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Aggregate emoluments | 21,610 | 478 |
| Company contributions paid to money purchase pension schemes | 278 | 29 |
|  | 21,888 | 507 |

The number of directors with benefits accruing during the year under money purchase schemes is 2 (2003: 2). The directors' remuneration disclosed above includes the following amounts for the highest paid director:

| Highest paid director | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Aggregate emoluments | 21,589 | 457 |
| Company contributions paid to money purchase pension schemes | 189 | 26 |
|  | 21,778 | 483 |

16

**Dyson James Limited**

## 6    Staff costs

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Wages and salaries | 70,314 | 41,598 |
| Social security costs | 8,164 | 5,227 |
| Other pension costs | 1,544 | 1,162 |
| Staff costs | 80,022 | 47,987 |

One of the Company's subsidiaries, Dyson Limited, operates defined contribution pension schemes. The assets are held and managed independently of the finances of that company.

The average monthly number of employees (including directors) during the year was as follows:

| By activity | 2004 Number | 2003 Number |
|---|---|---|
| Production | 53 | 114 |
| Sales and administration | 1,044 | 1,023 |
| Research and development | 340 | 283 |
| | 1,437 | 1,420 |

## 7    Interest receivable and similar income

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Bank interest | 2,606 | 1,050 |
| Interest received from related party (note 25) | 531 | - |
| | 3,137 | 1,050 |

## 8    Interest payable and similar charges

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Finance charges payable under hire purchase agreements | - | 2 |
| Bank interest | 378 | 665 |
| | 378 | 667 |

17

**Dyson James Limited**

## 9    Taxation

(a)    Analysis of charge for the year

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| **Taxation is based upon the taxable profit for the year as follows** | | |
| UK corporation tax at 30% (2003: 30%) | | |
| - current year | 14,889 | 9,768 |
| - prior year | 594 | (56) |
| | 15,483 | 9,712 |
| Overseas tax | 40 | 1,781 |
| Double tax relief | (1,404) | (245) |
| Total current tax | 14,119 | 11,248 |
| Deferred tax at 30% (2003: 30%) | | |
| - current year | 3,891 | (2,869) |
| - prior year | (1,034) | 4 |
| **Tax on profit on ordinary activities** | 16,976 | 8,383 |

(b)    Factors affecting the tax charge for the year

The tax assessed for the year is lower (2003:lower) than the standard rate of corporation tax in the UK (30%). The differences are explained below:

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Profit on ordinary activities before tax | 78,202 | 39,601 |
| Profit on ordinary activities multiplied by standard rate of corporation tax in the UK of 30% (2003 : 30%) | 23,461 | 11,880 |
| Effects of: | | |
| Depreciation for year in excess of capital allowances | (953) | 258 |
| Amortisation of intellectual property | (3,500) | - |
| Expenses not deductible for tax purposes | 429 | 266 |
| Adjustments to tax charge in respect of previous periods | 594 | (94) |
| Benefits of tax incentives | (2,927) | (1,568) |
| Overseas tax losses utilisation and differential overseas tax rates | (455) | (696) |
| Other timing differences | (2,530) | 1,202 |
| Current tax charge for year | 14,119 | 11,248 |

18

**Dyson James Limited**

## 9   Taxation (continued)

A further liability to taxation might arise if the retained profits of certain overseas subsidiaries were distributed to the UK.

**(c)     Factors that may affect future tax charges**

The Group has unrelieved tax losses in certain countries outside the UK.  Some of these have been used in 2004 and have contributed to a reduced Group tax charge.  A deferred tax asset has been recognised in respect of losses carried forward where it is felt to be more likely than not that the Group will utilise these losses in future years.

The Group has benefited from specific tax incentives both in the UK and overseas, which have contributed to a tax charge in 2004, which is lower than the UK statutory rate and is expected to continue to do so in future years.

## 10   Dividends

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| **Equity** | | |
| Interim dividends paid: | | |
| £50.10 - per A share (2003: £50.10) | 1,000 | 1,000 |
| | 1,000 | 1,000 |
| **Non equity** | | |
| Interim dividends paid: | | |
| £3,000.00 - per B share (2003: £8,050.00) | 6,000 | 16,100 |
| | 6,000 | 16,100 |
| Final dividend proposed at £nil per B share (2003: £nil) | - | - |
| | 6,000 | 16,100 |
| **Total dividends** | 7,000 | 17,100 |

**Dyson James Limited**

## 11    Intangible fixed assets - Group

|  | Licenses £'000 | Goodwill £'000 | Total £'000 |
|---|---|---|---|
| **Cost** | | | |
| At 1 January 2004 | 1,838 | 3,077 | 4,915 |
| Additions | - | 121 | 121 |
| Exchange differences | - | (147) | (147) |
| **At 31 December 2004** | **1,838** | **3,051** | **4,889** |
| **Amortisation** | | | |
| At 1 January 2004 | 249 | 69 | 318 |
| Amortisation in the year | 128 | 208 | 336 |
| **At 31 December 2004** | **377** | **277** | **654** |
| **Net book value** | | | |
| **At 31 December 2004** | **1,461** | **2,774** | **4,235** |
| At 31 December 2003 | 1,589 | 3,008 | 4,597 |

20

**Dyson James Limited**

## 12    Tangible fixed assets – Group

| | Freehold land and buildings | Leasehold land and buildings | Tooling | Plant, equipment, fixtures and fittings | Motor vehicles | Total |
|---|---|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 | £'000 | £'000 |
| **Cost** | | | | | | |
| At 1 January 2004 | 36,996 | 197 | 40,881 | 26,836 | 1,027 | 105,937 |
| Additions | 627 | 584 | 18,972 | 4,948 | 78 | 25,209 |
| Disposals | (881) | - | (255) | (1,462) | (518) | (3,116) |
| Exchange differences | 13 | (34) | (1,885) | (409) | (7) | (2,322) |
| **At 31 December 2004** | **36,755** | **747** | **57,713** | **29,913** | **580** | **125,708** |
| **Depreciation** | | | | | | |
| At 1 January 2004 | 3,431 | - | 31,775 | 17,314 | 704 | 53,224 |
| Charge in year | 700 | 101 | 5,148 | 2,220 | 144 | 8,313 |
| Disposals | (111) | - | (222) | (1,442) | (471) | (2,246) |
| Exchange differences | (4) | (4) | (1,295) | (128) | (1) | (1,428) |
| **At 31 December 2004** | **4,020** | **97** | **35,406** | **17,964** | **376** | **57,863** |
| **Net book value** | | | | | | |
| **At 31 December 2004** | **32,735** | **650** | **22,307** | **11,949** | **204** | **67,845** |
| At 31 December 2003 | 33,565 | 197 | 9,106 | 9,522 | 323 | 52,713 |

The cost and net book values include assets in the course of construction as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| **At 31 December 2004** | - | - | 10,061 | 1,093 | - | 11,154 |
| At 31 December 2003 | - | 197 | 2,335 | 962 | - | 3,494 |

Capital expenditure contracted but not provided for at the year end was £830,000 (2003: £2,083,000).

# Dyson James Limited

## 13   Investments - Company

|                                      | £'000  |
|--------------------------------------|-------:|
| **Unlisted investments at cost**     |        |
| At 1 January 2004                    |      3 |
| Additions                            | 27,558 |
| **At 31 December 2004**              | **27,561** |

The additions in the year represent investments in Dyson International Limited, Dyson Estates Limited and Dyson Exchange Limited.

The principal subsidiaries of the Company are as follows:

Directly held by the Company:

| Company name | Country of incorporation | Shares held | Company holding % | Principal activity |
|--------------|--------------------------|-------------|-------------------|--------------------|
| Dyson Ltd | UK | Ordinary | 100 | Sale and service of domestic appliances |
| Dyson Research Ltd | UK | Ordinary | 100 | Holder of exclusive brand rights licences and trademarks |
| Dyson Technology Ltd (formerly Notetry Ltd) | UK | Ordinary | 100 | Research and development, owner of product design rights |
| Dyson International Ltd (formerly Dyson Appliances (Holdings) Ltd) | UK | Ordinary | 100 | Intermediate holding company |
| Dyson Estates Ltd | UK | Ordinary | 100 | Purchase and rental of commercial premises |
| Dyson Exchange Limited | UK | Ordinary | 100 | Sale and service of domestic appliances |

**Dyson James Limited**

## 13    Investments -- Company (continued)

Indirectly held by the Company:

| Company name | Country of incorporation | Shares held | Group holding % | Principal activity |
|---|---|---|---|---|
| Dyson Appliances (Aust) Pty Ltd | Australia | Ordinary | 100 | Sale and service of domestic appliances |
| Dyson SAS | France | Ordinary | 99.95 | Sale and service of domestic appliances |
| Dyson GmbH | Germany | Ordinary | 100 | Sale and service of domestic appliances |
| Dyson KK | Japan | Ordinary | 100 | Sale and service of domestic appliances |
| Dyson SA | Switzerland | Ordinary | 99.9 | Sale and service of domestic appliances |
| Dyson Manufacturing Sdn Bhd | Malaysia | Ordinary | 100 | Manufacturing support |
| Dyson Technology Inc | USA | Ordinary | 100 | Holding company |
| Dyson Inc | USA | Ordinary | 100 | Sale and service of domestic appliances |
| Dyson Ireland Ltd | Ireland | Ordinary | 100 | Sale and service of domestic appliances |

## 14    Stocks

| | 2004 Group £'000 | 2004 Company £'000 | 2003 Group £'000 | 2003 Company £'000 |
|---|---|---|---|---|
| Raw materials and consumables | 2,710 | - | 3,615 | - |
| Finished goods and goods for resale | 21,528 | - | 10,101 | - |
| | 24,238 | - | 13,716 | - |

**Dyson James Limited**

## 15    Debtors – Amounts falling due within one year

|  | 2004 Group £'000 | 2004 Company £'000 | 2003 Group £'000 | 2003 Company £'000 |
|---|---|---|---|---|
| Trade debtors | 82,335 | - | 42,031 | - |
| Corporation tax | 3,784 | - | 276 | - |
| Deferred tax asset | - | - | 1,180 | - |
| Other debtors | 123 | - | 412 | - |
| Prepayments | 3,759 | - | 4,227 | - |
|  | 90,001 | - | 48,126 | - |

## 16    Debtors – Amounts falling due after more than one year

|  | 2004 Group £'000 | 2004 Company £'000 | 2003 Group £'000 | 2003 Company £'000 |
|---|---|---|---|---|
| Other debtors (see note 25b) | 13,918 | - | - | - |
|  | 13,918 | - | - | - |

## 17    Creditors – Amounts falling due within one year

|  | 2004 Group £'000 | 2004 Company £'000 | 2003 Group £'000 | 2003 Company £'000 |
|---|---|---|---|---|
| Trade creditors | 30,876 | - | 16,448 | - |
| Obligations under finance lease agreements | - | - | 15 | - |
| Other creditors | 2,483 | - | 3,689 | - |
| Corporation tax | 6,475 | - | 6,256 | - |
| Other taxes and social security | 20,366 | - | 4,140 | - |
| Accruals and deferred income | 28,527 | - | 19,125 | - |
| Amounts due to Group undertakings | - | 4 | - | 1 |
|  | 88,727 | 4 | 49,673 | 1 |

24

**Dyson James Limited**

## 18    Obligations under finance leases

|  | 2004 Group £'000 | 2004 Company £'000 | 2003 Group £'000 | 2003 Company £'000 |
|---|---|---|---|---|
| Within one year | - | - | 15 | - |
|  | - | - | 15 | - |

## 19    Provisions for liabilities and charges

| The Group | Deferred tax £'000 | Guarantee £'000 | Total £'000 |
|---|---|---|---|
| At 1 January 2004 | - | 13,294 | 13,294 |
| Transferred from debtors | (1,180) | - | (1,180) |
| Charged to/(from) profit and loss account | 2,857 | 2,967 | 5,824 |
| Exchange rate movements | 59 | (19) | 40 |
| At 31 December 2004 | 1,736 | 16,242 | 17,978 |

The guarantee provision represents the cost of potential repair and modification of goods under guarantee.

Deferred taxation comprises

|  | 2004 Provided £'000 | 2004 Unprovided £'000 | 2003 Provided £'000 | 2003 Unprovided £'000 |
|---|---|---|---|---|
| Accelerated capital allowances | 6,258 | - | 1,282 | - |
| Other timing differences | (3,782) | - | (1,043) | - |
| Losses | (740) | - | (1,419) | (418) |
| Deferred tax (asset)/liability | 1,736 | - | (1,180) | (418) |

**Dyson James Limited**

## 20    Share capital

| | 2004 | 2003 |
|---|---|---|
| | £ | £ |
| **Authorised share capital** | | |
| 20,000 'A' ordinary shares of £0.01 | 200 | 200 |
| 2,000 'B' ordinary shares of £1 | 2,000 | 2,000 |
| | 2,200 | 2,200 |
| **Called up and fully paid** | | |
| 19,960 'A' ordinary shares of £0.01 | 200 | 200 |
| 2,000 'B' ordinary shares of £1 | 2,000 | 2,000 |
| | 2,200 | 2,200 |

**Non equity shares**

The B ordinary shares are only entitled to distributable profits after the first £1,000,000 of dividends have been distributed. They carry no votes at shareholder meetings and are only entitled to repayment of their nominal value on a winding up.

## 21    Reconciliation of movements in shareholders' funds

| The Group | Share capital | Profit and loss account | 2004 | 2003 |
|---|---|---|---|---|
| | £'000 | £'000 | £'000 | £'000 |
| Shareholders' funds at 1 January | 2 | 96,166 | 96,168 | 81,434 |
| Profit for the financial year | - | 61,187 | 61,187 | 30,660 |
| Dividends | - | (7,000) | (7,000) | (17,100) |
| Other gains and losses | - | (406) | (406) | 1,174 |
| **Shareholders' funds at 31 December** | 2 | 149,947 | 149,949 | 96,168 |
| **Attributable to** | | | | |
| Equity | | | 149,947 | 96,166 |
| Non equity | | | 2 | 2 |
| | | | 149,949 | 96,168 |

**Dyson James Limited**

## 21   Reconciliation of movements in shareholders' funds (continued)

| Company | Share capital £'000 | Profit and loss account £'000 | 2004 £'000 | 2003 £'000 |
|---|---|---|---|---|
| Shareholders' funds at 1 January | 2 | - | 2 | 2 |
| Profit for the financial year | - | 34,555 | 34,555 | 17,100 |
| Dividends | - | (7,000) | (7,000) | (17,100) |
| **Shareholders' funds at 31 December** | 2 | 27,555 | 27,557 | 2 |

£27,555,000 of the profit and loss account in the company represents an unrealised profit.

## 22   Minority interest

| | 2004 £'000 | 2003 £'000 |
|---|---|---|
| At 1 January | 1 | 1,803 |
| Share of profit for the financial year | 39 | 558 |
| Acquisition of minority interest | (37) | (1,830) |
| Adjustment arising on minority interest acquired | - | (530) |
| **At 31 December** | 3 | 1 |

## 23   Financial Commitments

The Company had annual commitments under non-cancellable operating leases expiring as follows:

| | | 2004 | | 2003 |
|---|---|---|---|---|
| | Property £'000 | Vehicles, plant and equipment £'000 | Property £'000 | Vehicles, plant and equipment £'000 |
| Within one year | - | 109 | - | 111 |
| Within two to five years | 673 | 1,174 | 134 | 763 |
| | 673 | 1,283 | 134 | 874 |

**Dyson James Limited**

## 24    Pension costs

Pension costs of £1,544,000 (2003:£1,162,000) were charged in the year in relation to Group defined contribution pension schemes. £10,000 (2003:£10,000) was included in other creditors at the year end as amounts payable to the scheme.

## 25    Related party transactions

The company is exempt under the terms of FRS 8 from disclosing related party transactions with entities that are part of the Group or investees of the Group. For details of other related party transactions see below.

a)  During the year the Group entered into transactions with related parties in which the following directors of a subsidiary company had a beneficial interest:

Consultancy services were provided by Sir Richard Needham Consultancy Limited for an amount of £300,000 (2003: £258,000). At the year end a balance payable to the related party amounted to £5,000 (2003: £10,000).

Consultancy services were provided by Going Plural, the consultancy company owned by Allan Leighton for an amount of £47,000 (2003: £52,000). At year end no balance was payable to the related party (2003:£nil).

b)  During the year the Group provided a loan of £19,998,000 to a company (Profred Limited) in which James Dyson has a beneficial interest. The terms of the loan are:

Repayment; No later than second anniversary after the first drawdown
Interest: ¾% above bank base rate (interest received in 2004: £531,000)
Loan guarantee: James Dyson

At the year end the balance receivable to the Group amounted to £13,918,000

The balance receivable was settled in full on 30 September 2005.

c)  Profred Limited provided the Group with services amounting to £2,030,000 during 2004. At the year end the balance payable to Profred Limited amounted to £129,000.

All the above transactions have been entered into on an arm's length basis.

## 26    Controlling party

J Dyson, the Chairman, is the controlling party by virtue of his controlling interest in the Company's equity capital.

## 27    Contingent liabilities

The Group has given maximum guarantees of £75,000 (2003: £5,000) to HM Customs and Excise in respect of Dyson Limited's deferment account.

At the year end the Group had outstanding forward foreign exchange contracts and foreign exchange option commitments amounting to £107,840,000 (2003: £46,852,000).

28