# EXHIBIT C



**Companies House**
——— *for the record* ———
Company Name
**DYSON JAMES LIMITED**

O16330/30

# 363s Annual Return

Company Type
**Private Company Limited By Shares**
Company Number
**3772814**
Information extracted from
Companies House records on
**24th April 2005**

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.



A31
COMPANIES HOUSE
*APLRKSYY*
0277
08/06/05

### Section 1: Company details

Ref: 3772814/03/10

| | Current details | Amended details |
|---|---|---|
| > Registered Office Address<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Tetbury Hill<br>Malmesbury<br>Wiltshire SN16 0RP | Address<br><br>_____<br>_____<br>_____<br>UK Postcode ⎵ ⎵ ⎵ ⎵  ⎵ ⎵ ⎵ |
| > Register of Members<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Address where the Register is held<br><br>At Registered Office | Address<br><br>_____<br>_____<br>_____<br>UK Postcode ⎵ ⎵ ⎵ ⎵  ⎵ ⎵ ⎵ |
| > Register of Debenture Holders<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Not Applicable | Address<br><br>_____<br>_____<br>_____<br>UK Postcode ⎵ ⎵ ⎵ ⎵  ⎵ ⎵ ⎵ |

| | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| > Principal Business Activities<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | 7415 | Holding companies incl head offices | 2 9 3 2 | _____ |
| | | | 7 4 1 5 | _____ |
| | | | 7 3 1 0 | _____ |
| | | | ⎵ ⎵ ⎵ ⎵ | _____ |

> Please enter additional principal activity code(s) in "Amended details" column. See notes for guidance for list of activity codes.

**Company Number - 3772814**

## Section 2: Details of Officers of the Company

| | Current details | Amended details |
|---|---|---|
| **> Company Secretary**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>*Particulars of a new Company Secretary must be notified on form 288a.* | **Name**<br>Alan Stewart BRIGGS<br><br>**Address**<br>189 Newbridge Road<br>Bath<br>Bath And North East Somerset<br>BA1 3HH | Name<br>_____<br><br>☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.<br><br>Address<br>_____<br>_____<br>_____<br><br>UK Postcode ⌐ ⌐ ⌐  ⌐ ⌐ ⌐<br>Date of change ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Date Alan Stewart BRIGGS ceased to be secretary (if applicable)<br>⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>*Particulars of a new Director must be notified on form 288a.* | **Name**<br>Deirdre Jessie DYSON<br><br>**Address**<br>Kingsmead Mill<br>Little Somerford<br>Chippenham<br>Wiltshire<br>SN15 5JN<br><br>**Date of birth** 27/04/1943<br><br>**Nationality** British<br><br>**Occupation** Director | Name<br>_____<br><br>☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.<br><br>Address<br>_____<br>_____<br>_____<br><br>UK Postcode ⌐ ⌐ ⌐  ⌐ ⌐ ⌐<br>Date of birth ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Nationality _____<br>Occupation _____<br>Date of change ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Date Deirdre Jessie DYSON ceased to be director (if applicable)<br>⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐ |

**Company Number - 3772814**    Section 2: Details of Officers of the Company (continued)

| Current details | Amended details |
|---|---|

> **Director**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
James DYSON

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

**Date of birth** 02/05/1947

**Nationality**    British

**Occupation**    Designer

*Particulars of a new Director must be notified on form 288a.*

**Amended details**

Name
_____

☐   Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode  ⌐ ⌐ ⌐ ⌐   ⌐ ⌐ ⌐
Date of birth  ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐
Nationality  _____
Occupation  _____
Date of change ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐

Date  James DYSON  ceased to be director (if applicable)
⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐

Company Number - 3772814      **Section 3: Share Capital**

| | Current details | Amended details |
|---|---|---|
| **> Issued Share Capital**<br>*This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | **Class of share**<br>**Ordinary A** | Class of share<br>_____ |
| | **Nominal value of each share**<br>**£0.01** | Nominal value of each share<br>_____ |
| | **Number of shares issued**<br>**19,960** | Number of shares issued<br>_____ |
| | **Aggregate Nominal Value of issued shares**<br>**£199.60** | Aggregate Nominal Value of issued shares<br>_____ |
| | **Class of share**<br>**Ordinary B** | Class of share<br>_____ |
| | **Nominal value of each share**<br>**£1.00** | Nominal value of each share<br>_____ |
| | **Number of shares issued**<br>**2,000** | Number of shares issued<br>_____ |
| | **Aggregate Nominal Value of issued shares**<br>**£2,000.00** | Aggregate Nominal Value of issued shares<br>_____ |
| **> Total shares issued and value**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Total number of shares issued**<br>**21,960** | Total number of shares issued<br>_____ |
| | **Total Nominal value of shares issued**<br>**£2,199.60** | Total Nominal value of shares issued<br>_____ |

**>** **At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.**

Company Number - 3772814

## Section 4: Details of Shareholders

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | | Amended details | | Shares transferred | | |
|---|---|---|---|---|---|---|
| > **Shareholder Name** Jacob DYSON | | Name _____ Address _____ | | | | |
| **Address** 36 Devonia Road Islington London N1 8JH | | _____ _____ UK Postcode _ _ _ _ _ _ _ | | **Shares transferred by** Jacob DYSON | | |
| **Shares held** *Class* Ordinary A | *Number* 2000 | **Shares held** *Class* _____ _____ | *Number* ___ ___ | *Class* ___ ___ | *Number* ___ ___ | *Date of transfer* __/__/____ __/__/____ |
| > **Shareholder Name** James DYSON | | Name _____ Address _____ | | | | |
| **Address** Kingsmead Mill Little Somerford Wiltshire SN15 5JN | | _____ _____ UK Postcode _ _ _ _ _ _ _ | | **Shares transferred by** James DYSON | | |
| **Shares held** *Class* Ordinary A | *Number* 13960 | **Shares held** *Class* _____ _____ | *Number* ___ ___ | *Class* ___ ___ | *Number* ___ ___ | *Date of transfer* __/__/____ __/__/____ |
| > **Shareholder Name** James DYSON | | Name _____ Address _____ | | | | |
| **Address** Kingsmead Mill Little Somerford Chippenham Wiltshire SN15 5JN | | _____ _____ UK Postcode _ _ _ _ _ _ _ | | **Shares transferred by** James DYSON | | |
| **Shares held** *Class* Ordinary B | *Number* 2000 | **Shares held** *Class* _____ _____ | *Number* ___ ___ | *Class* ___ ___ | *Number* ___ ___ | *Date of transfer* __/__/____ __/__/____ |

Company Number - 3772814      Section 4: Details of Shareholders (continued)

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder Name**
  Samuel DYSON

Name

**Address**
2 Lansdown Place
Clifton
Bristol
BS8 3AE

Address

UK Postcode ⌴ ⌴ ⌴ ⌴  ⌴ ⌴ ⌴

**Shares transferred by**
Samuel DYSON

**Shares held**
| Class | Number |
|---|---|
| Ordinary A | 2000 |

**Shares held**
| Class | Number |
|---|---|

| Class | Number | Date of transfer |
|---|---|---|
| | | ⌴⌴/⌴⌴/⌴⌴⌴⌴ |
| | | ⌴⌴/⌴⌴/⌴⌴⌴⌴ |

---

> **Shareholder Name**
  Emily DYSON-PALEY

Name

**Address**
113 Chesterton Road
London
W10 6ET

Address

UK Postcode ⌴ ⌴ ⌴ ⌴  ⌴ ⌴ ⌴

**Shares transferred by**
Emily DYSON-PALEY

**Shares held**
| Class | Number |
|---|---|
| Ordinary A | 2000 |

**Shares held**
| Class | Number |
|---|---|

| Class | Number | Date of transfer |
|---|---|---|
| | | ⌴⌴/⌴⌴/⌴⌴⌴⌴ |
| | | ⌴⌴/⌴⌴/⌴⌴⌴⌴ |

Company Number - 3772814

## Section 5: Details of Other Shareholders

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form.  If a joint shareholder also holds shares in their own right, list that holding separately.

> Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (if appropriate) | Date of registration of transfer (if appropriate) |
|---|---|---|---|
| Name _____<br>Address _____<br>_____<br>_____<br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____<br>Address _____<br>_____<br>_____<br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____<br>Address _____<br>_____<br>_____<br>UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____<br>Address _____<br>_____<br>_____<br>UK Postcode _ _ _ _ _ _ _ | | | |

**Company Number - 3772814**



*Companies House*
—— *for the record* ——

# 363s  Annual Return Declaration

> When you have checked all the sections of this form, please complete this
> page and sign the declaration below.

> If you want to change the made up date of this annual return, please
> complete 2 below.

## 1.  Declaration

☐  I confirm that the details in this annual return are correct as at the made-up-date
(shown at 2 below).  I enclose the filing fee of £30.

Signature    *[signature]*              Date  02 / 06 / 2005

            (Director / Secretary)

*This date must not be earlier than the
return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the
declaration to the address shown at 4 below.*

## 2.  Date of this return

☐  This AR is made up to          If you are making this return up to an earlier date,
   **18/5/2005**                  please give the date here

                                  └ └ / └ └ / └ └ └ └

                                  *Note: The form must be delivered to CH within 28 days of this date*

## 3.  Date of next return

☐  If you wish to change your next return to a date earlier than **18th May 2006**
please give the new date here:

                                  └ └ / └ └ / └ └ └ └

## 4.  Where to send this form

☐  Please return this form to:

Registrar of Companies                     For members of the Hays Document
Companies House            OR              Exchange service
Crown Way                                  DX 33050 Cardiff
Cardiff CF14 3UZ

**Have you enclosed the filing fee with the company number written on the
reverse of the cheque?**

## Contact Address

You do not have to give any contact information below, but if you do, it will help
Companies House to contact you if there is a query on the form.  The contact
information that you give will be visible to searchers of the public record.

Contact Name                               Telephone number *inc code*
  Alan Briggs                                01666 823205

Address                                    DX number *if applicable*
  Tetbury Hill                               └ └ └ └ └
  Malmesbury                               DX exchange
  Wiltshire

Postcode      SN16 ORP

# EXHIBIT D

# Companies House
---- *for the record* ----

**Company Name**
DYSON TECHNOLOGY LIMITED



# 363s Annual Return

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

**Company Type**
Private Company Limited By Shares
**Company Number**
3772814
Information extracted from Companies House records on 24th April 2004

## Section 1: Company details

A29    ᴹᴬᵀᴴᴾᴹᴴ⁷ʸᴹ    0348
COMPANIES HOUSE              23/06/04

Ref: 3772814/03/10

| Current details | Amended details |
|---|---|
| > **Registered Office Address**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Tetbury Hill<br>Malmesbury<br>Wiltshire SN16 0RP | Address<br>_____<br>_____<br>_____<br>UK Postcode \_ \_ \_ \_ \_ \_ \_ |
| > **Register of Members**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Address where the Register is held<br><br>At Registered Office | Address<br>_____<br>_____<br>_____<br>UK Postcode \_ \_ \_ \_ \_ \_ \_ |
| > **Register of Debenture Holders**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Not Applicable | Address<br>_____<br>_____<br>_____<br>UK Postcode \_ \_ \_ \_ \_ \_ \_ |

| | | | |
|---|---|---|---|
| > **Principal Business Activities**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | SIC Code<br><br>7415 | Description<br><br>Holding companies incl head offices | SIC CODE<br>\_ \_ \_ \_<br><br>\_ \_ \_ \_<br><br>\_ \_ \_ \_ | Description<br>_____<br>_____<br>_____<br>_____ |

> *Please enter additional principal activity code(s) in "Amended details" column. See notes for guidance for list of activity codes.*

Company Number - 3772814

## Section 2: Details of Officers of the Company

| | Current details | Amended details |
|---|---|---|
| **> Company Secretary**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br><br>*Particulars of a new Company Secretary must be notified on form 288a.* | **Name**<br> Alan Stewart BRIGGS<br><br><br>**Address**<br>189 Newbridge Road<br>Bath<br>Bath And North East Somerset<br>BA1 3HH | Name<br>_____<br><br>☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode ⌐ ⌐ ⌐ ⌐   ⌐ ⌐ ⌐<br>Date of change ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Date Alan Stewart BRIGGS<br>ceased to be secretary (if applicable)<br>⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br><br>*Particulars of a new Director must be notified on form 288a.* | **Name**<br> Deirdre Jessie DYSON<br><br><br>**Address**<br>Kingsmead Mill<br>Little Somerford<br>Chippenham<br>Wiltshire<br>SN15 5JN<br><br>**Date of birth** 27/04/1943<br><br>**Nationality** British<br><br>**Occupation** Director | Name<br>_____<br><br>☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode ⌐ ⌐ ⌐ ⌐   ⌐ ⌐ ⌐<br>Date of birth ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Nationality _____<br>Occupation _____<br>Date of change ⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐<br>Date  Deirdre Jessie DYSON  ceased to be director (if applicable)<br>⌐ ⌐ / ⌐ ⌐ / ⌐ ⌐ ⌐ ⌐ |

Company Number - 3772814          Section 2: Details of Officers of the Company (continued)

| Current details | Amended details |
|---|---|

> **Director**

*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
James DYSON

**Name**

☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

**Address**
_____
_____
_____

**Date of birth** 02/05/1947

**Nationality**  British

**Occupation**  Designer

*Particulars of a new Director must be notified on form 288a.*

UK Postcode   _ _ _ _   _ _ _

Date of birth   _ _ / _ _ / _ _ _ _

Nationality   _____

Occupation   _____

Date of change _ _ / _ _ / _ _ _ _

Date  James DYSON  ceased to be director (if applicable)

_ _ / _ _ / _ _ _ _

3

Company Number - 3772814    **Section 3: Share Capital**

| | Current details | Amended details |
|---|---|---|
| > **Issued Share Capital** *This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | **Class of share** Ordinary A | Class of share _____ |
| | **Nominal value of each share** £0.01 | Nominal value of each share _____ |
| | **Number of shares issued** 19,960 | Number of shares issued _____ |
| | **Aggregate Nominal Value of issued shares** £199.60 | Aggregate Nominal Value of issued shares _____ |
| | **Class of share** Ordinary B | Class of share _____ |
| | **Nominal value of each share** £1.00 | Nominal value of each share _____ |
| | **Number of shares issued** 2,000 | Number of shares issued . _____ |
| | **Aggregate Nominal Value of issued shares** £2,000.00 | Aggregate Nominal Value of issued shares _____ |
| > **Total shares issued and value** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Total number of shares issued** 21,960 | Total number of shares issued _____ |
| | **Total Nominal value of shares issued** £2,199.60 | Total Nominal value of shares issued _____ |

> At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.

Company Number - 3772814    **Section 4: Details of Shareholders**

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder Name**
  Jacob DYSON

Name _____

Address _____

**Address**
36 Devonia Road
Islington
London
N1 8JH

UK Postcode _ _ _ _ _ _ _

**Shares transferred by**
Jacob DYSON

**Shares held**
| Class | Number | | Shares held Class | Number | | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|---|---|
| Ordinary A | 2000 | | | | | | | _ _/_ _/_ _ _ _ |
| | | | | | | | | _ _/_ _/_ _ _ _ |

---

> **Shareholder Name**
  James DYSON

Name _____

Address _____

**Address**
Kingsmead Mill
Little Somerford
Wiltshire
SN15 5JN

UK Postcode _ _ _ _ _ _ _

**Shares transferred by**
James DYSON

**Shares held**
| Class | Number | | Shares held Class | Number | | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|---|---|
| Ordinary A | 13960 | | | | | | | _ _/_ _/_ _ _ _ |
| | | | | | | | | _ _/_ _/_ _ _ _ |

---

> **Shareholder Name**
  James DYSON

Name _____

Address _____

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

UK Postcode _ _ _ _ _ _ _

**Shares transferred by**
James DYSON

**Shares held**
| Class | Number | | Shares held Class | Number | | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|---|---|
| Ordinary B | 2000 | | | | | | | _ _/_ _/_ _ _ _ |
| | | | | | | | | _ _/_ _/_ _ _ _ |

Company Number - 3772814    Section 4: Details of Shareholders (continued)

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder Name**
Samuel DYSON

Name
_____

Address
_____
_____
_____
_____

UK Postcode ⌐ ⌐ ⌐ ⌐  ⌐ ⌐ ⌐

**Address**
2 Lansdown Place
Clifton
Bristol
BS8 3AE

**Shares transferred by**
Samuel DYSON

**Shares held**

| Class | Number |
|---|---|
| Ordinary A | 2000 |

**Shares held**

| Class | Number |
|---|---|
| _____ | ___ |
| _____ | ___ |

| Class | Number | Date of transfer |
|---|---|---|
| ____ ____ | ___ | ⌐⌐/⌐⌐/⌐⌐⌐⌐ |
| ____ ____ | ___ | ⌐⌐/⌐⌐/⌐⌐⌐⌐ |

---

> **Shareholder Name**
Emily DYSON-PALEY

Name
_____

Address
_____
_____
_____

UK Postcode ⌐ ⌐ ⌐ ⌐  ⌐ ⌐ ⌐

**Address**
113 Chesterton Road
London
W10 6ET

**Shares transferred by**
Emily DYSON-PALEY

**Shares held**

| Class | Number |
|---|---|
| Ordinary A | 2000 |

**Shares held**

| Class | Number |
|---|---|
| _____ | ___ |
| _____ | ___ |

| Class | Number | Date of transfer |
|---|---|---|
| ____ ____ | ___ | ⌐⌐/⌐⌐/⌐⌐⌐⌐ |
| ____ ____ | ___ | ⌐⌐/⌐⌐/⌐⌐⌐⌐ |

Company Number - 3772814

## Section 5: Details of Other Shareholders

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (if appropriate) | Date of registration of transfer (if appropriate) |
|---|---|---|---|
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |

Company Number - 3772814     **363s  Annual Return Declaration**



*Companies House*
------ *for the record* ------

> When you have checked all the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

☐ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below). I enclose the filing fee of £15.

Signature _____     Date 12 06 2004

     (Director / Secretary)

*This date must not be earlier than the return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

☐ This AR is made up to
*18/5/2004*

If you are making this return up to an earlier date, please give the date here

    __ __ / __ __ / __ __ __ __

*Note: The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

☐ If you wish to change your next return to a date earlier than **18th May 2005** please give the new date here:

    __ __ / __ __ / __ __ __ __

## 4. Where to send this form

☐ Please return this form to:

Registrar of Companies
Companies House
Crown Way
Cardiff CF14 3UZ

OR

For members of the Hays Document
Exchange service
DX 33050 Cardiff

**Have you enclosed the filing fee with the company number written on the reverse of the cheque?**

## Contact Address

You do not have to give any contact information below, but if you do, it will help Companies House to contact you if there is a query on the form. The contact information that you give will be visible to searchers of the public record.

Contact Name
ALAN BRIGGS

Telephone number *inc code*
01666 823205

Address
TETBURY HILL
MALMSBURY
WILTSHIRE

DX number *if applicable*
__ __ __ __ __

DX exchange
_____

Postcode SN16 ORP

8

**Companies House**
—— *for the record* ——

Company Name
**DYSON TECHNOLOGY LIMITED**

# 363s Annual Return

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

Company Type
**Private Company Limited By Shares**
Company Number
**3772814**
Information extracted from
Companies House records on
**27th April 2003**

## Section 1: Company details

ED1
COMPANIES HOUSE    24/5/03    199

A13
COMPANIES HOUSE    0392    24/09/03

Ref: 3772814/03/10

| | Current details | Amended details |
|---|---|---|
| **> Registered Office Address** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Tetbury Hill Malmesbury Wiltshire SN16 0RP | Address _____ _____ _____ UK Postcode _ _ _ _  _ _ _ |
| **> Register of Members** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Address where the Register is held **At Registered Office** | Address _____ _____ _____ UK Postcode _ _ _ _  _ _ _ |
| **> Register of Debenture Holders** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Not Applicable** | Address _____ _____ _____ UK Postcode _ _ _ _  _ _ _ |

| | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| **> Principal Business Activities** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | 7415 | Holding companies incl head offices | _ _ _ _  _ _ _ _  _ _ _ _ | _____ _____ _____ _____ |
| **> Please enter additional principal activity code(s) in "Amended details" column.** | | | _ _ _ _ | _____ |

## Section 2. Details of Officers of the Company

| | **Current details** | **Amended details** |
|---|---|---|

> **Company Secretary**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
 Alan Stewart BRIGGS

**Address**
189 Newbridge Road
Bath
Bath And North East Somerset
BA1 3HH

*Particulars of a new Company Secretary must be notified on form 288.*

Name
_____

‾‾‾ Tick this box if this address is a service
____ address for the beneficiary of a
Confidentiality Order granted under section 723B
of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode  _ _ _ _   _ _ _
Date of change _ _ / _ _ / _ _ _ _
Date Alan Stewart BRIGGS
ceased to be secretary (if applicable)
_ _ / _ _ / _ _ _ _

---

> **Director**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
 Deirdre Jessie DYSON

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

**Date of birth**  27/04/1943

**Nationality**    British

**Occupation**   Director

*Particulars of a new Director must be notified on form 288.*

Name
_____

‾‾‾ Tick this box if this address is a service
____ address for the beneficiary of a
Confidentiality Order granted under section 723B
of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode  _ _ _ _   _ _ _
Date of birth   _ _ / _ _ / _ _ _ _
Nationality   _____
Occupation   _____
Date of change _ _ / _ _ / _ _ _ _
Date  Deirdre Jessie DYSON  ceased to
be director (if applicable)
_ _ / _ _ / _ _ _ _

Company Number 3772614      Case 1:05-cv-00434-GMS    Section 2  Details of Officers of the Company (continued)/2006     Page 22 of 49

| Current details | Amended details |
|---|---|

> **Director**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
James DYSON

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

**Date of birth** 02/05/1947

**Nationality** British

**Occupation** Designer

*Particulars of a new Director must be notified on form 288.*

Name
_____

☐   Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode   _ _ _ _  _ _ _.
Date of birth   _ _ / _ _ / _ _ _ _
Nationality  _____
Occupation  _____
Date of change _ _ / _ _ / _ _ _ _

Date James DYSON ceased to be director (if applicable)
     _ _ / _ _ / _ _ _ _

| | Current details | Amended details |
|---|---|---|
| **> Issued Share Capital** *This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | Class of share <br> Ordinary A | Class of share <br> _____ |
| | Nominal value of each share <br> £0.01 | Nominal value of each share <br> _____ |
| | Number of shares issued <br> ~~180~~ | Number of shares issued <br> *19,960* |
| | Aggregate Nominal Value of issued shares <br> ~~£1.80~~ | Aggregate Nominal Value of issued shares <br> *£199.60* |
| | Class of share <br> Ordinary A | Class of share <br> _____ |
| | Nominal value of each share <br> ~~£1.00~~ | Nominal value of each share <br> *0.01* |
| | Number of shares issued <br> ~~198~~ | Number of shares issued <br> *19,800* |
| | Aggregate Nominal Value of issued shares <br> ~~£198.00~~ | Aggregate Nominal Value of issued shares <br> _____ |
| | Class of share <br> Ordinary B | Class of share <br> _____ |
| | Nominal value of each share <br> £1.00 | Nominal value of each share <br> _____ |
| | Number of shares issued <br> 2,000 | Number of shares issued <br> _____ |
| | Aggregate Nominal Value of issued shares <br> £2,000.00 | Aggregate Nominal Value of issued shares <br> _____ |
| **> Total shares issued and value** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Total number of shares issued <br> ~~2,558~~ | Total number of shares issued <br> *21,960* |
| | Total Nominal value of shares issued <br> £2,199.60 | Total Nominal value of shares issued <br> _____ |

> At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.

## Section 4: Details of Shareholders

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder Name**
> Jacob DYSON

Name
_____
_____

**Address**
36 Devonia Road
Islington
London
N1 8JH

Address
_____
_____
_____

**Shares transferred by**
Jacob DYSON

UK Postcode _ _ _ _ _ _ _

**Shares held**
Class
Ordinary A   Number 20

Shares held

| Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|
| _____ | 2000 | _____ | ____ | _ _/_ _/_ _ _ _ |
| _____ | | _____ | ____ | _ _/_ _/_ _ _ _ |

> **Shareholder Name**
> James DYSON

Name
_____
_____

**Address**
Kingsmead Mill
Little Somerford
Wiltshire
SN15 5JN

Address
_____
_____
_____

**Shares transferred by**
James DYSON

UK Postcode _ _ _ _ _ _ _

**Shares held**
Class
Ordinary A   Number 160

Shares held

| Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|
| _____ | 13,960 | _____ | ____ | _ _/_ _/_ _ _ _ |
| _____ | | _____ | ____ | _ _/_ _/_ _ _ _ |

> **Shareholder Name**
> James DYSON

Name
_____
_____

**Address**
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN

Address
_____
_____
_____

**Shares transferred by**
James DYSON

UK Postcode _ _ _ _ _ _ _

**Shares held**
Class
Ordinary A   Number 138

Shares held

| Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|
| _____ | | Ord A | 138 | 19/05/2003 |

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder**
**Name**
  Samuel DYSON

Name
_____

Address
_____

**Address**
2 Lansdown Place
Clifton
Bristol
BS8 3AE

Shares transferred by
  Samuel DYSON

UK Postcode  _ _ _ _  _ _ _

**Shares held**

| Class | Number | Shares held Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | ~~20~~ | _____ | 2000 | _____ ____ | __/__/____ |
| | | _____ | ____ | _____ ____ | __/__/____ |

> **Shareholder**
**Name**
  Emily DYSON-PALGY

Name
_____  EMILY  DYSON - PALEY

Address
_____

**Address**
113 Chesterton Road
London
W10 6ET

Shares transferred by
  Emily DYSON-PALGY

UK Postcode  _ _ _ _  _ _ _

**Shares held**

| Class | Number | Shares held Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | ~~20~~ | _____ | 2000 | _____ ____ | __/__/____ |
| | | _____ | ____ | _____ ____ | __/__/____ |

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (If appropriate) | Date of registration of transfer (If appropriate) |
|---|---|---|---|
| Name _____ <br><br> Address _____ <br> _____ <br> _____ <br><br> UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ <br><br> Address _____ <br> _____ <br> _____ <br><br> UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ <br><br> Address _____ <br> _____ <br> _____ <br><br> UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ <br><br> Address _____ <br> _____ | | | |

**Companies House**
—— *for the record* ——

> When you have checked all the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

✓ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below). I enclose the filing fee of £15.

Signature _____  Date 22, 05, 2003
(~~Director~~ / Secretary)

*This date must not be earlier than the return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

This AR is made up to **18/5/2003**

If you are making this return up to an earlier date, please give the date here

_ _ / _ _ / _ _ _ _

*Note: The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

If you wish to change your next return to a date earlier than **18th May 2004** please give the new date here:

_ _ / _ _ / _ _ _ _

## 4. Where to send this form

Please return this form to:

Registrar of Companies
Companies House
Crown Way
Cardiff CF14 3UZ

OR

For members of the Hays Document Exchange service
DX 33050 Cardiff

**Have you enclosed the filing fee with the company number written on the reverse of the cheque?**

## Contact Address

You do not have to give any contact information below, but if you do, it will help Companies House to contact you if there is a query on the form. The contact information that you give will be visible to searchers of the public record.

Contact Name
ALAN BRIGGS

Telephone number *inc code*
01666 827205

Address
TETBURY HILL
MALMESBURY
WILTSHIRE

DX number *if applicable*
_ _ _ _ _ _

DX exchange

Postcode  SN16 0RP

*OO 8931*
*£ 15*

**Companies House**
—— *for the record* ——

Company Name
**DYSON TECHNOLOGY LIMITED**

# 363s Annual Return

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

Company Type
**Private Company Limited By Shares**

Company Number
·**3772814**

Information extracted from Companies House records on **27th April 2002**

## Section 1: Company details



Ref: 3772814/03/10

| | Current details | Amended details |
|---|---|---|
| > Registered Office Address<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Tetbury Hill**<br>**Malmesbury**<br>**Wiltshire SN16 0RP** | Address<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _ _  _ _ _ |
| > Register of Members<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Address where the Register is held**<br><br>**At Registered Office** | Address<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _ _  _ _ _ |
| > Register of Debenture Holders<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Not Applicable** | Address<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _ _  _ _ _ |

| | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| > Principal Business Activities<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **7415** | **Management activities holding comps** | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| > *Please enter additional principal activity code(s) in "Amended details" column. See notes for guidance for list of activity codes.* | | | | |

Company Number - 3772814

## Section 2: Details of Officers of the Company

| Current details | Amended details |
|---|---|

> **Company Secretary**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
 **Alan Stewart BRIGGS**

**Address**
**189 Newbridge Road**
**Bath**
**Bath And North East Somerset**
**BA1 3HH**

*Particulars of a new Company Secretary must be notified on form 288.*

Name
_____

☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode  _ _ _ _   _ _ _
Date of change _ _ / _ _ / _ _ _ _
Date Alan Stewart BRIGGS
ceased to be secretary (if applicable)
 _ _ / _ _ / _ _ _ _

---

> **Director**
> *If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*

**Name**
 **Deirdre Jessie DYSON**

**Address**
**Kingsmead Mill**
**Little Somerford**
**Chippenham**
**Wiltshire**
**SN15 5JN**

**Date of birth   27/04/1943**

**Nationality     British**

**Occupation     Director**

*Particulars of a new Director must be notified on form 288.*

Name
_____

☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.

Address
_____
_____
_____

UK Postcode  _ _ _ _   _ _ _
Date of birth   _ _ / _ _ / _ _ _ _
Nationality   _____
Occupation   _____
Date of change _ _ / _ _ / _ _ _ _
Date  Deirdre Jessie DYSON  ceased to be director (if applicable)
 _ _ / _ _ / _ _ _ _

Company Number - 3772814          Section 2: Details of Officers of the Company (continued)

| | Current details | Amended details |
|---|---|---|
| **> Director**<br><br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Name**<br>James DYSON<br><br>**Address**<br>Kingsmead Mill<br>Little Somerford<br>Chippenham<br>Wiltshire<br>SN15 5JN | Name<br>_____<br><br>☐ Tick this box if this address is a service address for the beneficiary of a Confidentiality Order granted under section 723B of the Companies Act 1985.<br><br>Address<br>_____<br>_____<br>_____ |
| *Particulars of a new Director must be notified on form 288.* | **Date of birth**  02/05/1947<br><br>**Nationality**  British<br><br>**Occupation**  Designer | UK Postcode   _ _ _   _ _ _<br>Date of birth   _ _ / _ _ / _ _ _ _<br>Nationality   _____<br>Occupation   _____<br>Date of change _ _ / _ _ / _ _ _ _<br>Date  James DYSON  ceased to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |

**Company Number - 3772814**

## Section 3: Share Capital

| | Current details | Amended details |
|---|---|---|
| > **Issued Share Capital**<br>*This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | Class of share<br>**Ordinary A** | Class of share<br>_____ |
| | Nominal value of each share<br>**£1.00** | Nominal value of each share<br>_____ |
| | Number of shares issued<br>**200** | Number of shares issued<br>*198* |
| | Aggregate Nominal Value of issued shares<br>**£200.00** | Aggregate Nominal Value of issued shares<br>*£198.00* |
| | Class of share<br>**Ordinary B** | Class of share<br>_____ |
| | Nominal value of each share<br>**£1.00** | Nominal value of each share<br>_____ |
| | Number of shares issued<br>**2,000** | Number of shares issued<br>_____ |
| | Aggregate Nominal Value of issued shares<br>**£2,000.00** | Aggregate Nominal Value of issued shares<br>_____ |
| > **Total shares issued and value**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | Total number of shares issued<br>**2,200** | Total number of shares issued<br>*2,198* |
| | Total Nominal value of shares issued<br>**£2,200.00** | Total Nominal value of shares issued<br>*£2,198.00* |

> At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return.  Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.

Company Number - 3772814

## Section 4: Details of Shareholders

> The details we hold on your company's shareholders and their shareholdings are printed below.  These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|
| **> Shareholder Name** James DYSON | **Name** _____ | |
| **Address** Kingsmead Mill Little Somerford Chippenham Wiltshire SN15 5JN | **Address** _____ _____ _____ _____ UK Postcode _ _ _ _  _ _ | **Shares transferred by** James DYSON |

| | | | | |
|---|---|---|---|---|
| **Shares held** Class / Number Ordinary B 2000 Ordinary A 138 | **Shares held** Class / Number | Class | Number | Date of transfer __/__/____ __/__/____ |

| Current details | Amended details | Shares transferred |
|---|---|---|
| **> Shareholder Name** Trustees Of DYSON CHILDRENS SETTLEMENT | **Name** _____ | |
| **Address** Kingsmead Mill Little Somerford Chippenham Wiltshire SN15 5JN | **Address** _____ _____ _____ _____ UK Postcode _ _ _ _  _ _ | **Shares transferred by** Trustees Of DYSON CHILDRENS SETTLEMENT |

| | | | | |
|---|---|---|---|---|
| **Shares held** Class / Number Ordinary A 60 | **Shares held** Class / Number | Class ORDINARY A | Number 60 | Date of transfer 02/07/2001 __/__/____ |

| Current details | Amended details | Shares transferred |
|---|---|---|
| **> Shareholder Name** Gary Meyer RINCK | **Name** _____ | |
| **Address** Roberts House Siddington Cirecester | **Address** _____ _____ _____ _____ UK Postcode _ _ _ _  _ _ | **Shares transferred by** Gary Meyer RINCK |

| | | | | |
|---|---|---|---|---|
| **Shares held** Class / Number Ordinary A 2 | **Shares held** Class / Number | Class ORDINARY A | Number 2 | Date of transfer 01/06/2001 __/__/____ |

5

**Company Number - 3772814**

## Section 5: Details of Other Shareholders

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (if appropriate) | Date of registration of transfer (if appropriate) |
|---|---|---|---|
| Name EMILY DYSON-PALEY<br>Address 113 CHESTERTON ROAD<br>LONDON<br>UK Postcode W10 6EJ | ORDINARY A<br><br>20 | | |
| Name JACOB DYSON<br>Address 36 DEVONIA ROAD<br>ISLINGTON<br>LONDON<br>UK Postcode N1 8JH | ORDINARY A<br><br>20 | | |
| Name SAMUEL DYSON<br>Address 2 LANSDOWN PLACE<br>CLIFTON<br>BRISTOL<br>UK Postcode BS8 3AE | ORDINARY A<br><br>20 | | |
| Name<br>Address<br><br>UK Postcode _ _ _ _ _ _ | | | |

Company Number - 3772814



**Companies House**
—— *for the record* ——

# 363s Annual Return Declaration

> When you have checked all the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

☐ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below). I enclose the filing fee of £15.

Signature _____    Date 12,06,2002

(Director / Secretary)

*This date must not be earlier than the return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

☐ This AR is made up to **18/5/2002**

If you are making this return up to an earlier date, please give the date here

_ _ / _ _ / _ _ _ _

*Note: The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

☐ If you wish to change your next return to a date earlier than **18th May 2003** please give the new date here:

_ _ / _ _ / _ _ _ _

## 4. Where to send this form

☐ Please return this form to:
Registrar of Companies
Companies House
Crown Way
Cardiff CF14 3UZ

OR

For members of the Hays Document Exchange service
DX 33050 Cardiff

***Have you enclosed the filing fee with the company number written on the reverse of the cheque?***

Cheque ☐    Postal Order ☑    Cheque / Postal Order
Number   8931

*(Please complete as appropriate)*

## Contact Address

You do not have to give any contact information below, but if you do, it will help Companies House to contact you if there is a query on the form. The contact information that you give will be visible to searchers of the public record.

Contact Name
ALAN BRIGGS

Telephone number *inc code*
01666 822205

Address
TETBURY HILL, MALMESBURY
WILTSHIRE

DX number *if applicable*
_ _ _ _ _ _

DX exchange
_____

Postcode   SN16 ORP

7

00 6824.

## Companies House
—— for the record ——

Company Name
**DYSON TECHNOLOGY LIMITED**

Company Type
**Private Company Limited By Shares**

Company Number
**3772814**

Information extracted from
Companies House records on
**2nd May 2001**

# 363s Annual Return

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

## Section 1: Company details



A35    COMPANIES HOUSE    0227    20/06/01

| Ref: 3772814/03/10 | Current details | Amended details |
|---|---|---|
| **> Registered Office Address**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Tetbury Hill<br>Malmesbury<br>Wiltshire SN16 0RP** | Address<br><br><br><br>UK Postcode _ _ _ _  _ _ _ |
| **> Register of Members**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Address where the Register is held**<br><br>**At Registered Office** | Address<br><br><br><br>UK Postcode _ _ _ _  _ _ _ |
| **> Register of Debenture Holders**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Not Applicable** | Address<br><br><br><br>UK Postcode _ _ _ _  _ _ _ |

| **> Principal Business Activities**<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| | 7415 | **Management activities holding comps** | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |

> Please enter additional
  *principal activity code(s) in*

| | Current details | Amended details |
|---|---|---|
| **> Company Secretary**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>*Particulars of a new Company Secretary must be notified on form 288.* | **Name**<br> Alan Stewart BRIGGS<br><br>**Address**<br>189 Newbridge Road<br>Bath<br>Bath And North East Somerset<br>BA1 3HH | Name<br>_____<br><br>Address<br>_____<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _   _ _ _<br>Date of change  _ _ / _ _ / _ _ _ _<br>Date Alan Stewart BRIGGS<br>ceased to be secretary (if applicable)<br>_ _ / _ _ / _ _ _ _ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>*Particulars of a new Director must be notified on form 288.* | **Name**<br> Deirdre Jessie DYSON<br><br>**Address**<br>Kingsmead Mill<br>Little Somerford<br>Chippenham<br>Wiltshire<br>SN15 5JN<br><br>**Date of birth**  27/04/1943<br><br>**Nationality**    British<br><br>**Occupation**    Director | Name<br>_____<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _ _   _ _ _<br>Date of birth  _ _ / _ _ / _ _ _ _<br>Nationality  _____<br>Occupation  _____<br>Date of change  _ _ / _ _ / _ _ _ _<br>Date  Deirdre Jessie DYSON  ceased to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>*Particulars of a new Director must be notified on form 288.* | **Name**<br> James DYSON<br><br>**Address**<br>Kingsmead Mill<br>Little Somerford<br>Chippenham<br>Wiltshire<br>SN15 5JN<br><br>**Date of birth**  02/05/1947<br><br>**Nationality**    British<br><br>**Occupation**    Designer | Name<br>_____<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode  _ _ _ _   _ _ _<br>Date of birth  _ _ / _ _ / _ _ _ _<br>Nationality  _____<br>Occupation  _____<br>Date of change  _ _ / _ _ / _ _ _ _<br>Date  James DYSON  ceased to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |

Company Number - 3772814    **Section 3: Share Capital**

| Current details | Amended details |
|---|---|

> **Issued Share Capital**
> *This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.*

| Current details | Amended details |
|---|---|
| **Class of share**<br>**Ordinary A** | Class of share<br>_____ |
| **Nominal value of each share**<br>**£1.00** | Nominal value of each share<br>_____ |
| **Number of shares issued**<br>**200** | Number of shares issued<br>_____ |
| **Aggregate Nominal Value of issued shares**<br>**£200.00** | Aggregate Nominal Value of issued shares<br>_____ |
| **Class of share**<br>**Ordinary B** | Class of share<br>_____ |
| **Nominal value of each share**<br>**£1.00** | Nominal value of each share<br>_____ |
| **Number of shares issued**<br>**2,000** | Number of shares issued<br>_____ |
| **Aggregate Nominal Value of issued shares**<br>**£2,000.00** | Aggregate Nominal Value of issued shares<br>_____ |

> **Total shares issued and value**
> *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.*

| Current details | Amended details |
|---|---|
| **Total number of shares issued**<br>**2,200** | Total number of shares issued<br>_____ |
| **Total Nominal value of shares issued**<br>**£2,200.00** | Total Nominal value of shares issued<br>_____ |

> **At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.**

Company Number - 3772814

## Section 4: Details of Shareholders

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|

> **Shareholder Name**
  **James DYSON**

Name

**Address
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN**

Address

UK Postcode  _ _ _ _  _ _ _

**Shares transferred by
James DYSON**

**Shares held**
**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary B | 2000 | | | | | _ _ / _ _ / _ _ _ _ |
| Ordinary A | 138 | | | | | _ _ / _ _ / _ _ _ _ |

---

> **Shareholder Name**
  **Trustees Of DYSON CHILDRENS SETTLEMENT**

Name

**Address
Kingsmead Mill
Little Somerford
Chippenham
Wiltshire
SN15 5JN**

Address

UK Postcode  _ _ _ _  _ _ _

**Shares transferred by
Trustees Of DYSON CHILDRENS SETTLEMENT**

**Shares held**
**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | 60 | | | | | _ _ / _ _ / _ _ _ _ |
| | | | | | | _ _ / _ _ / _ _ _ _ |

---

> **Shareholder Name**
  **Gary Meyer RINCK**

Name

**Address
Roberts House
Siddington Cirecester**

Address

UK Postcode  _ _ _ _  _ _ _

**Shares transferred by
Gary Meyer RINCK**

**Shares held**
**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | 2 | | | | | / / |

**Company Number - 3772814**

## Section 5: Details of Other Shareholders

> ➤ Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> ➤ Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> ➤ For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> ➤ Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (If appropriate) | Date of registration of transfer (If appropriate) |
|---|---|---|---|
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address<br><br><br><br>UK Postcode _ _ _ _ _ _ | | | |
| Name<br><br>Address | | | |

Company Number - 3772814



**Companies House**
—— *for the record* ——

# 363s Annual Return Declaration

> When you have checked all the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

☐ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below). I enclose the filing fee of £15.

Signature _A.R. Burns_    Date 1 1 / 0 6 / 2 0 0 1

(~~Director~~ / Secretary)

*This date must not be earlier than the return date at 2 below*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

☐ This AR is made up to **18/5/2001**    If you are making this return up to an earlier date, please give the date here

_ _ / _ _ / _ _ _ _

*Note: The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

☐ If you wish to change your next return to a date earlier than **18th May 2002** please give the new date here:

_ _ / _ _ / _ _ _ _

## 4. Where to send this form

☐ Please return this form to:

Registrar of Companies
Companies House
Crown Way
Cardiff CF14 3UZ

OR

For members of the Hays Document Exchange service
DX 33050 Cardiff

***Have you enclosed the filing fee with the company number written on the reverse of the cheque?***

Cheque ☑    Postal Order ☐    Cheque / Postal Order Number  6 8 2 4

*(Please complete as appropriate)*

## Contact Address

Please give the name and address of the person who should be contacted if there are any queries about this form.

Contact Name    Telephone number *inc code*
_ALAN BRIGGS_    _01666 823205_

Address    DX number *if applicable*
_TETBURY HILL_    _ _ _ _ _ _
_MALMSBURY_    DX exchange



TSB £15.
006824.



*Companies House*
—— *for the record* ——
Company Name
**DYSON TECHNOLOGY LIMITED**

# 363s Annual Return

Company Type
**Private Company Limited By Shares**
Company Number
**3772814**
Information extracted from Companies House records on **2nd May 2001**

> Please check the details printed in blue on this statement.
> If any details are wrong, strike them through and write the correct details in the "Amended details" column.
> Please use black pen and write in capitals.

### Section 1: Company details

Ref: 3772814/03/10

| Current details | Amended details |
|---|---|
| > Registered Office Address<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Tetbury Hill**<br>**Malmesbury**<br>**Wiltshire SN16 0RP** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |
| > Register of Members<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Address where the Register is held**<br>**At Registered Office** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |
| > Register of Debenture Holders<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Not Applicable** | Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _  _ _ _ |

| > Principal Business Activities<br>*If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | SIC Code | Description | SIC CODE | Description |
|---|---|---|---|---|
| | 7415 | **Management activities holding comps** | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| | | | _ _ _ _ | _____ |
| > *Please enter additional principal activity code(s) in "Amended details" column. See notes for guidance for list of activity codes.* | | | _ _ _ _ | _____ |

Company Number - 3772814

## Section 2: Details of Officers of the Company

| Current details | Amended details |
|---|---|
| **> Company Secretary**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>**Name**<br>**Alan Stewart BRIGGS**<br><br>**Address**<br>**189 Newbridge Road**<br>**Bath**<br>**Bath And North East Somerset**<br>**BA1 3HH**<br><br>*Particulars of a new Company Secretary must be notified on form 288.* | Name<br><br>Address<br>_____<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _   _ _ _<br>Date of change _ _ / _ _ / _ _ _ _<br>Date Alan Stewart BRIGGS ceased to be secretary (if applicable)<br>_ _ / _ _ / _ _ _ _ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>**Name**<br>**Deirdre Jessie DYSON**<br><br>**Address**<br>**Kingsmead Mill**<br>**Little Somerford**<br>**Chippenham**<br>**Wiltshire**<br>**SN15 5JN**<br><br>**Date of birth  27/04/1943**<br><br>**Nationality    British**<br><br>**Occupation    Director**<br><br>*Particulars of a new Director must be notified on form 288.* | Name<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _   _ _ _<br>Date of birth  _ _ / _ _ / _ _ _ _<br>Nationality _____<br>Occupation _____<br>Date of change _ _ / _ _ / _ _ _ _<br>Date  Deirdre Jessie DYSON  ceased to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |
| **> Director**<br>*If any of the details for this person are wrong, strike them through and fill in the correct details in the "Amended details" column.*<br><br>**Name**<br>**James DYSON**<br><br>**Address**<br>**Kingsmead Mill**<br>**Little Somerford**<br>**Chippenham**<br>**Wiltshire**<br>**SN15 5JN**<br><br>**Date of birth  02/05/1947**<br><br>**Nationality    British**<br><br>**Occupation    Designer**<br><br>*Particulars of a new Director must be notified on form 288.* | Name<br><br>Address<br>_____<br>_____<br>_____<br>UK Postcode _ _ _ _   _ _ _<br>Date of birth  _ _ / _ _ / _ _ _ _<br>Nationality _____<br>Occupation _____<br>Date of change _ _ / _ _ / _ _ _ _<br>Date  James DYSON  ceased to be director (if applicable)<br>_ _ / _ _ / _ _ _ _ |

2

Company Number - 3772814    **Section 3: Share Capital**

| | **Current details** | **Amended details** |
|---|---|---|
| > **Issued Share Capital** *This table shows the total number of shares that have been issued by your company and their Nominal Value. If any of the details are wrong, please fill in the correct details.* | **Class of share** Ordinary A | Class of share |
| | **Nominal value of each share** £1.00 | Nominal value of each share |
| | **Number of shares issued** 200 | Number of shares issued |
| | **Aggregate Nominal Value of issued shares** £200.00 | Aggregate Nominal Value of issued shares |
| | **Class of share** Ordinary B | Class of share |
| | **Nominal value of each share** £1.00 | Nominal value of each share |
| | **Number of shares issued** 2,000 | Number of shares issued |
| | **Aggregate Nominal Value of issued shares** £2,000.00 | Aggregate Nominal Value of issued shares |
| > **Total shares issued and value** *If any of the details are wrong, strike them through and fill in the correct details in the "Amended details" column.* | **Total number of shares issued** 2,200 | Total number of shares issued |
| | **Total Nominal value of shares issued** £2,200.00 | Total Nominal value of shares issued |

> At the date of this Annual Return, if the company has altered or changed its share capital in any way or allotted new shares, please refer to the guidance notes for details of the appropriate form that should be sent with this Annual Return. Annual return guidance notes are available on the Companies House web site at www.companieshouse.gov.uk or by ringing 0870 3333636.

Company Number - 3772814

## Section 4: Details of Shareholders

> The details we hold on your company's shareholders and their shareholdings are printed below. These are based on your last Annual Return.

> If any details have changed, or if any shares have been transferred, please fill in the details in the *"Amended details"* or *"Shares transferred"* column.

> Please give details of any other shareholders in Section 5.

| Current details | Amended details | Shares transferred |
|---|---|---|
| **Shareholder Name** James DYSON | Name _____ | |
| | Address _____ | |
| **Address** Kingsmead Mill Little Somerford Chippenham Wiltshire SN15 5JN | _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | **Shares transferred by** James DYSON |

**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary B | 2000 | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |
| Ordinary A | 138 | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |

| | | |
|---|---|---|
| **Shareholder Name** Trustees Of DYSON CHILDRENS SETTLEMENT | Name _____ | |
| | Address _____ | |
| **Address** Kingsmead Mill Little Somerford Chippenham Wiltshire SN15 5JN | _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | **Shares transferred by** Trustees Of DYSON CHILDRENS SETTLEMENT |

**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | 60 | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |
| | | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |

| | | |
|---|---|---|
| **Shareholder Name** Gary Meyer RINCK | Name _____ | |
| | Address _____ | |
| **Address** Roberts House Siddington Cirecester | _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | **Shares transferred by** Gary Meyer RINCK |

**Shares held**

| Class | Number | Class | Number | Class | Number | Date of transfer |
|---|---|---|---|---|---|---|
| Ordinary A | 2 | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |
| | | _____ | ____ | _____ | ____ | _ _/_ _/_ _ _ _ |

**Company Number - 3772814**

## Section 5: Details of Other Shareholders

> Please fill in details of any persons or corporate bodies who are shareholders of the company at the date of this return, but whose details are not printed in Section 4.

> Also, provide the details of any persons who became but have ceased to be shareholders of the company since the date of the last annual return.

> For jointly held shares please list those joint shareholders consecutively on the form. If a joint shareholder also holds shares in their own right, list that holding separately.

> Please copy this page if there is not enough space to enter all the company's other shareholders.

| Shareholders details | Class and number of shares or amount of stock held | Class and number of shares or amount of stock transferred (If appropriate) | Date of registration of transfer (if appropriate) |
|---|---|---|---|
| Name _____ Address _____ _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ Address _____ _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ Address _____ _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | | | |
| Name _____ Address _____ _____ _____ _____ UK Postcode _ _ _ _ _ _ _ | | | |

Company Number - 3772814



**Companies House**
— *for the record* —

# 363s  Annual Return Declaration

> When you have checked all the sections of this form, please complete this page and sign the declaration below.

> If you want to change the made up date of this annual return, please complete 2 below.

## 1. Declaration

☐ I confirm that the details in this annual return are correct as at the made-up-date (shown at 2 below).  I enclose the filing fee of £15.

Signature _~A.K. Briggs~_          Date | 1 , 0 6 , 2 0 0 1 |

(~~Director~~ / Secretary)          *This date must not be earlier than the return date at 2 below.*

**What to do now**
*Complete this page then send the whole of the Annual Return and the declaration to the address shown at 4 below.*

## 2. Date of this return

☐ This AR is made up to **18/5/2001**

If you are making this return up to an earlier date, please give the date here

_ _ / _ _ / _ _ _ _

*Note: The form must be delivered to CH within 28 days of this date*

## 3. Date of next return

☐ If you wish to change your next return to a date earlier than **18th May 2002** please give the new date here: _ _ / _ _ / _ _ _ _

## 4. Where to send this form

☐ Please return this form to:
Registrar of Companies
Companies House
Crown Way
Cardiff CF14 3UZ

OR

For members of the Hays Document Exchange service
DX 33050 Cardiff

*Have you enclosed the filing fee with the company number written on the reverse of the cheque?*

Cheque ☐    Postal Order ☑

Cheque / Postal Order Number _6824_

*(Please complete as appropriate)*

## Contact Address

Please give the name and address of the person who should be contacted if there are any queries about this form.

Contact Name
_ALAN BRIGGS_

Telephone number *inc code*
_01666 823205_

Address
_TETBURY HILL_
_MALMESBURY_
_WILTSHIRE_

DX number *if applicable*
_ _ _ _ _ _

DX exchange
_____

Postcode _SN16 0RP_