<u>REDACTED – PUBLIC VERSION</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED           )
and DYSON, INC.,                   )
                                   )
                  Plaintiffs,      )
                                   )         C.A. No: 05-434-GMS
            v.                     )
                                   )
MAYTAG CORPORATION,                )         CONFIDENTIAL
                                   )         FILED UNDER SEAL
                  Defendant.       )

<u>DECLARATION OF SEAN F. FOLEY IN SUPPORT OF PLAINTIFFS' ANSWERING
BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
REGARDING IMPROPER ASSET TRANSFERS</u>

I, SEAN F. FOLEY, declare:

1. I submit this Declaration in connection with the Opposition to Defendant's Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers.

2. I have personal knowledge of the matters set forth herein and would testify as follows:

3. I am a Principal in the Economic and Valuation Services practice at KPMG LLP ("KPMG"). KPMG specializes in accounting, taxation and consulting services.

REDACTED

063753.1002

THIS PAGE REDACTED

IN ITS ENTIRETY

REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this Declaration was executed on December 12, 2006.

Sean F. Foley

41067714.1

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on December 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on December 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL ON DECEMBER 20, 2006 AND**
> **FEDERAL EXPRESS ON DECEMBER 21, 2006**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>    TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn  (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited
and Dyson, Inc.*