UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>                              Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>                              Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-434 GMS<br>)<br>)<br>)  Exhibits B-C and E-O are<br>)  Filed Under Seal<br>) |

**AFFIDAVIT OF JOSH GOLDBERG IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REGARDING IMPROPER ASSET TRANSFERS**

I, JOSH GOLDBERG, being duly sworn, hereby depose and say:

1. I am an attorney for Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Reply in Support of Maytag's Motion for an Entry of a Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as Exhibit A is a true and correct copy of Yahoo Finance web page for converting British pounds sterling ("GPB") to U.S. dollars, as of December 18, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the December 18, 2006 expert report of LECG, LLC Director Dr. Mohan Rao.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the November 11, 2006 deposition of Dyson James Limited's Chief Financial Officer, John Shipsey.

5. Attached hereto as Exhibit D is a true and correct copy of Dyson James Limited Financial Statements, December 31, 2005.

6. Attached hereto as Exhibit E is a true and correct copy of internal financial statements for the Dyson Technology Group for the years 2004 (DYS357919 – DYS357930) and 2005 (DYS357907 – DYS357918)

7. Attached hereto as Exhibit F is a true and correct copy of Dyson Inc.'s December 31, 2003 Recorded Financial Statement (DYS515118 – DYS515145).

8. Attached hereto as Exhibit G is a true and correct copy of Dyson Inc.'s December 31, 2004 Recorded Financial Statement (DYS515406 – DYS515429).

9. Attached hereto as Exhibit H is a true and correct copy of Dyson Inc.'s December 31, 2005 Recorded Financial Statement (DYS515661 – DYS515686).

10. Attached hereto as Exhibit I is a true and correct copy of an April 2005 internal Dyson report entitled "Dyson Graphics Top team market update" (DYS041480 – DYS041485).

11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the December 4, 2006 deposition of Dyson Inc.'s former president, Doug Kellam.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts of the November 10, 2006 deposition of Dyson UK product performance manager James Widdowson, with Exhibit 22 to the deposition attached.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts of the November 13, 2006 deposition of Dyson UK senior test technician Christopher Perrin.

14. Attached hereto as Exhibit M is a true and correct copy of the December 18, 2006 expert report of Ronald D. Battema.

15. Attached hereto as Exhibit N is a true and correct copy of the December 18, 2006 expert report of Wind Associates, Inc., Yoram (Jerry) Wind.

16. Attached hereto as Exhibit O is a true and correct copy of part of the July 2005 Hall & Partners report entitled "Insights and Implications from Dyson Tracking Study – Wave 4 (HAL000177 – HAL000282), with HAL000177, HAL000283 and HAL000236 attached.

17. Attached hereto as Exhibit P is a true and correct copy of unpublished cases.

FURTHER AFFIANT SAYETH NAUGHT

_____
Josh Goldberg

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 20th day of December, 2006

_____
Notary Public

SEAL

"OFFICIAL SEAL"
CYNTHIA N TODAS
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 06/16/2008