# EXHIBIT A

British Pound to U.S. Dollar Exchange Rate - Yahoo! Finance    Page 1 of 2

Case 1:05-cv-00434-GMS    Document 204-2    Filed 12/20/2006    Page 2 of 5

Yahoo!  My Yahoo!  Mail    Make Y! your home page    Search: [        ]
[ Web Search ]

**YAHOO! FINANCE**    **Sign In**    Finance Home - Help
New User? Sign Up

Tuesday, December 19, 2006, 4:40PM ET - U.S. Markets Closed.

| Home | Investing | News & Opinion | Retirement | Banking & Credit | Loans | Insurance | Small Biz | My Port |

Market Overview   Market Stats   Stocks   Mutual Funds   ETFs   Bonds   Options   Industries   Currency   Education

Get Quotes [        ]   [ GO ]  Symbol Lookup | Finance Search

# CURRENTY CONVERTER

**Currency Converter > Results**

I want to convert...

[ 300,000, ]  British Pound (GBP)
into  U.S. Dollar (USD)   [ Convert ]

**Currency Conversion Results**

| Symbol | British Pound | Exchange Rate | U.S. Dollar | Bid | Ask |
|---|---|---|---|---|---|
| GBPUSD=X | 300000000 | Dec 19 1.9688 | 590,639,519.7000 | 1.9688 | 1.9690 |

Add to Portfolio  Set Alert  Download Data

**British Pound to U.S. Dollar Exchange Rate**
Range: 1d 5d 3m **1y** 2y 5y                                                            Ir



**International Resources**                    Sponsor Results

http://finance.yahoo.com/currency/convert?amt=300%2C000%2C000&from=GBP&to=...    12/19/2006

British Pound to US Dollar Exchange Rate - Yahoo! Finance  Page 2 of 2

Case 1:05-cv-04344-CM  Document 26-12  Filed 12/20/2006  Page 3 of 5

- International News
- World Yahoo! Finance
- Major World Indices
- Yahoo! Travel

Find Glasgow Hotels on Orbitz
Sort hotels by price, distance, star rating, and an Orbitz and Go.
www.orbitz.com

Glasgow Accommodation - CheapTickets
Save with CheapTickets® Best Price Guarantee book now.
www.cheaptickets.com

Want a Great Hotel in Glasgow, UK?
Fed up with sites offering the same old hotels an high prices? Ours are different: Better hotels at l Online booking and instant confirmation. Deman less.
www.aboutbritain.com
(What's this?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.



- International News
- World Yahoo! Finance
- Major World Indices
- Yahoo! Travel

Book a stay at a Hotel in Glasgow
Great deals when you book a choice of hotels in Scotland.
www.world-hotel-bookings.com

Glasgow Hotel
Glasgow Hotels offers great rates in a range of h guest houses in Glasgow. Book online or call us
glasgow-hotels.net

Want a Great Hotel in Glasgow, UK?
Fed up with sites offering the same old hotels an high prices? Ours are different: Better hotels at l Online booking and instant confirmation. Deman less.
www.aboutbritain.com

(What's this?)

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data and daily updates provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.