# EXHIBITS B-C FILED UNDER SEAL