# EXHIBITS
# E-O
# FILED UNDER SEAL