**REDACTED – PUBLIC VERSION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., Plaintiffs, v. MAYTAG CORPORATION, Defendant. | C.A. No. 05-434-GMS **CONFIDENTIAL – FILED UNDER SEAL** |

**DECLARATION OF CRAIG RUTENBERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION REGARDING IMPROPER ASSET TRANSFERS**

CRAIG RUTENBERG, declares under perjury that:

1. I am a member of Manatt, Phelps & Phillips, LLP, attorneys plaintiffs Dyson Technology Limited and Dyson, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth in this declaration which is filed in support of Plaintiff's opposition to Defendant Maytag Corporation's ("Defendant") motion for entry of temporary restraining order and preliminary injunction regarding improper asset transfers.

2. Attached hereto as Exhibit 1 is a true and correct copy of the relevant excepts and exhibit 67 from the November 9, 2006 deposition of Russ Boyer.

3. Attached hereto as Exhibit 2 is a true and correct copy of the relevant excerpts and exhibit 22 from the November 8, 2006 deposition of James Dyson.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant excerpts from the November 10, 2006 deposition of James Widdowson.

5. Attached hereto as Exhibit 4 is a true and correct copy of the relevant excerpts and

exhibits 2, 3, 4, 6, and 7 from the December 8, 2006 deposition of Ralph Hake.

6. Attached hereto as Exhibit 5 is a true and correct copy of the relevant excerpts and exhibits 2, 3, 6, 8, and 17 from the November 21, 2006 deposition of Dave Baker.

7. Attached hereto as Exhibit 6 is a true and correct copy of the relevant excerpts from the November 17, 2006 deposition of Susan Goldsmith.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Plaintiff's Responses and Objection to Maytag's Second Set of Interrogatories Numbers 4, 5, 6, and 8.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the November 3, 2006 deposition of Caroline Errington.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the December 4, 2006 deposition of Doug Kellam.

I declare under perjury under the laws of the United States of America, that the foregoing is true and correct, and this declaration was executed on December 13, 2006 in Los Angeles, California.

Craig Rutenberg

80379723.1

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on December 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Francis DiGiovanni, Esquire
James D. Heisman, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

I further certify that on December 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL ON DECEMBER 20, 2006 AND FEDERAL EXPRESS ON DECEMBER 21, 2006**

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*