**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

December 21, 2006

**VIA ELECTRONIC FILING**
Clerk of the Court
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

    Re:  *Dyson Technology Limited et al. v. Maytag Corporation,*
          Civil Action No. 05-434-GMS

Dear Sir:

    Counsel for Maytag respectfully files, contemporaneously herewith, a corrected version of its SEALED Reply Brief in Support of its Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers (D.I. 203), filed yesterday. The only additions are: the addition of a new first paragraph under section II.D.4 on page 14-15; and corrected tables of contents and authorities to reflect the new text addition.

                      Respectfully submitted,

                      Francis DiGiovanni

FD:
cc:   John W. Shaw, Esquire (by hand and e-mail)
       Richard C. Pepperman, II, Esq. (by e-mail)
       Steven F. Reich, Esq. (by e-mail)