IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., Plaintiffs, v. MAYTAG CORPORATION, Defendant. | ) ) ) ) ) ) ) ) ) | Civil Action No. 05-434 GMS  REDACTED VERSION |

### DEFENDANT MAYTAG CORPORATION'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND SUPPLEMENTAL COUNTERCLAIMS

NOW COMES Maytag Corporation ("Maytag"), through its undersigned counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and respectfully moves this Court for leave to file a Second Amended Answer, Affirmative Defenses and Supplemental Counterclaims. In support thereof, Maytag files the accompanying memorandum in support of its motion and the Affidavit of Josh Goldberg.

Pursuant to Local Rule 15.1, a copy of the proposed Amended Complaint is attached to this Motion as Exhibit 1, and a redlined version of the Amended Complaint is attached to this Motion as Exhibit 2.

Dated: November 28, 2006

Respectfully submitted,

MAYTAG CORPORATION

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Francis DiGiovanni, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in Defendant Maytag Corporation's Motion For Leave To File A Second Amended Answer, Affirmative Defenses And Supplemental Counterclaims. Specifically, on November 27, 2006, Lisa J. Parker, Esq., counsel for Maytag, proposed the relief sought in this motion to Tamar Feder, Esq., counsel to Dyson, and Ms. Feder stated that Dyson would oppose the motion.

Date:  November 28, 2006                /s/ Francis DiGiovanni
                                        Francis DiGiovanni (#3189)

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on November 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on November 28, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004

> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)