IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434-GMS |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2006, having considered Plaintiffs' Motion to Strike, and the parties' arguments and papers thereon, IT IS HEREBY ORDERED that the motion is granted as follows:

(1)   Exhibits A-O of Maytag Corporation's Affidavit of Josh Goldberg in Support of its Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Regarding Improper Asset Transfers (D.I. 204) and all discussion of those exhibits in D.I. 203 are STRICKEN.

(2)   Arguments II.A-F (pages 11-18) of Maytag Corporation's Reply Brief in Support of its Motion For Leave to File a Second Amended Answer, Affirmative Defenses and Supplemental Counterclaims (D.I. 196) are STRICKEN.

(3)   Exhibits B-H, J-N, P-S, and X-Y attached to Maytag Corporation's Affidavit of Josh Goldberg in Support of its Motion for Leave to File a Second Amended Answer, Affirmative Defenses and Supplemental Counterclaims (D.I. 197) and all discussion of those exhibits in D.I. 196 are STRICKEN.

(4)   Paragraph 20 of Maytag Corporation's Affidavit of Josh Goldberg in Support of its Motion for Leave to File a Second Amended Answer, Affirmative Defenses and Supplemental Counterclaims (D.I. 197) is STRICKEN.

_____
United States District Judge