# THIS DOCUMENT HAS BEEN FILED UNDER SEAL

# EXHIBIT

# UNREPORTED CASES