UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-434 GMS |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) ) | EXHIBIT B FILED UNDER SEAL |
| Defendant. | ) | |

### AFFIDAVIT OF CHRIS STATHOPOULOS IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE PORTIONS OF MAYTAG'S REPLY PAPERS

I, CHRIS STATHOPOULOS, being duly sworn, hereby depose and say:

1. I am an attorney for Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Answering Brief in Opposition to Plaintiffs' Motion to Strike Portions of Maytag's Reply Papers.

2. Attached hereto as Exhibit A is a true and correct copy of *Titan Stone, Tile & Masonry, Inc., v. Hunt Construction Group, Inc. et al.*, No. 05-3362 (GEB) 2006 U.S. Dist. LEXIS 70569 (D.N.J. Sept. 26, 2006) and *Metex Mfg. Corp. v. Ian Manson and Manson Environmental Corp.*, No 05-cv-2948, 2006 U.S. Dist. LEXIS 54891 (D.N.J. Aug. 4, 2006).

3. Attached hereto as Exhibit B is a true and correct copy of the December 18, 2006 expert report (without attachments) of Analysis Group Inc.'s Principal John Jarosz.

FURTHER AFFIANT SAYETH NAUGHT

_____
Chris Stathopoulos

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 20th day of December, 2006

_____
Notary Public

SEAL

Mary Ann Ceasar

"OFFICIAL SEAL"
MARY ANN CEASAR
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 05/08/2008

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 5, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)

#489906v1