UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>　　　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-434 GMS<br>)<br>) EXHIBITS C, D, H, I, AND J<br>) ARE FILED UNDER SEAL<br>) |

### AFFIDAVIT OF JOSH GOLDBERG IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO DYSON'S MOTION FOR REARGUMENT

I, JOSH GOLDBERG, being duly sworn, hereby depose and say:

1. I am an attorney for Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Opposition to Dyson's Motion for Reargument.

2. Attached hereto as Exhibit A is a true and correct copy of Dyson's December 29, 2006 brief in opposition to Maytag's Motion to Transfer Dyson's separate action against Maytag to Delaware from the Southern District of New York.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the argument regarding Dyson's request for discovery into Maytag's substantiation of Maytag's no loss of suction claim, heard by the Court in a December 7, 2006 discovery teleconference, at 40-52.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the November 14, 2006 deposition of Dyson UK marketing director Clare Mullin at 30-31.

4. Attached hereto as Exhibit D is a true and correct copy of Mullin Deposition Exhibit 4.

5. Attached hereto as Exhibit E is a true and correct copy of the storyboard for Dyson's September 2004 television commercial aired on NBC in the U.S., entitled "Dyson in Factory: It Never Gets Clogged," Bates labeled MAY140959.

6. Attached hereto as Exhibit F is a true and correct copy of a Dyson print advertisement stating "A Dyson doesn't lose suction no matter how far you vacuum," Bates labeled MAY140978.

7. Attached hereto as Exhibit G is a true and correct copy of a Dyson print advertisement stating "Room after room after room a Dyson doesn't lose suction," Bates labeled MAY140979.

8. Attached hereto as Exhibit H is a true and correct copy of excerpts of the November 10, 2006 deposition of Dyson UK product performance manager James Widdowson at 106-108.

9. Attached hereto as Exhibit I is a true and correct copy of excerpts from the November 2, 2006 deposition of Martin McCourt at 133-134.

10. Attached hereto as Exhibit J is a true and correct copy of October 2002 Hoover in-home test results, Bates labeled MAY007386-MAY007404.

11. Attached hereto as Exhibit K is a true and correct copy of the December 18, 2006 Expert Report of John N. Balough at 1-3.

12. Attached hereto as Exhibit L are true and correct copies of the unpublished cases cited in Maytag's brief.

FURTHER AFFIANT SAYETH NAUGHT

Josh Goldberg

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 5th day of January 2007

"OFFICIAL SEAL"
SUZANNE M. McLAUGHLIN
Notary Public, State of Illinois
My Commission Expires 06/10/10

SEAL

_Suzanne M. McLaughlin_
Notary Public

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 5, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)

#489906v1