# EXHIBIT E



| | |
|---|---|
| PRODUCT: Dyson Vacuum | LENGTH: 30 |
| MARKET: Network | STATION: NBC |
| PROGRAM: The Apprentice | DATE: 09/09/2004 |
| CODE #: 040902366 | TIME: 09:24 PM |
| TITLE: Dyson In Factory: It Never Gets Clogged | |


MAN: Ever since the vacuum cleaner was invented,


it's had a basic design flaw:


bags, filters – they all clog with dust


and then lose suction.


The technology simply doesn't work, so I spent 14 years


developing one that does.


The Dyson Cyclones create


100,000 times the force of gravity


to spin the dirt


out of the air.


so nothing gets clogged, ever.


(SILENCE)

MAY140959

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.