# EXHIBIT F



MAY140978