# EXHIBIT G



MAY140979

MAY140979