IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. No. 05-434 (GMS) |
| v. | )<br>) | |
| MAYTAG CORPORATION, | )<br>) | |
| Defendant. | )<br>) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John F. Libby of Manatt, Phelps & Phillips, LLP to represent plaintiffs Dyson Technology Limited and Dyson, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Dated: January 11, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of John F. Libby is granted.

Dated: January ___, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, John F. Libby, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
John F. Libby
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
(310) 312-4342 (direct)
(310) 914-5775 (fax)
jlibby@manatt.com

Dated: January 4, 2007

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on January 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Francis DiGiovanni, Esquire
>   James D. Heisman, Esquire
>   CONNOLLY BOVE LODGE & HUTZ LLP
>   The Nemours Building – 8th Floor
>   1007 N. Orange Street
>   Wilmington, DE 19801

I further certify that on January 11, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL AND FEDERAL EXPRESS**

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK,
   TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*