**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** <br> and **DYSON, INC.,** <br>                              **Plaintiffs,** <br> v. <br> **MAYTAG CORPORATION,** <br>                              **Defendant.** | ) <br> ) <br> ) <br> ) **Civil Action No. 05-434-GMS** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**TO:**   COUNSEL OF RECORD ON ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that Defendant Maytag Corporation ("Maytag") has served the Order of Master Eyre regarding the Letters of Request on the following entities. Attached are Master Eyre's Orders and the letters Maytag's counsel received from the process server in England. HI Europe was served on January 5, 2007, but the process server has not yet sent a letter to Maytag's counsel. The affidavits of service will be forwarded upon receipt.

| **Request** | **Respondent** | **Return of Documents** |
|---|---|---|
| Documents | BSI <br> 389 Chiswick High Road <br> London <br> W4 4AL <br> England | Jamie Harrison <br> Winston & Strawn London <br> 99 Gresham Street <br> London EC2V 7NG <br> United Kingdom |
| Documents | HI Europe <br> Watermans Park <br> Brentford High Street <br> TW8 0BB <br> England | Same as above |
| Documents | Miles Calcraft Briginshaw Duffy <br> Rathbone Street <br> London, WIT INB <br> England | Same as above |
| Documents | Walker Media <br> Middlesex House <br> 34-42 Cleveland Street <br> London, WIT 4SE <br> England | Same as above |

| | | |
|---|---|---|
| Documents | Frazer Nash Consultancy Ltd.<br>1 Trinity Street<br>College Green<br>Bristol, BS1 5TE<br>England | Same as above |

Dated:  January 12, 2007 　　　　　　　/s/ Francis DiGiovanni　　　　　　
　　　　　　　　　　　　　　　　　　Francis DiGiovanni (#3189)
　　　　　　　　　　　　　　　　　　Connolly Bove Lodge & Hutz LLP
　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　Phone (302) 658-9141

　　　　　　　　　　　　　　　　　　Ray L. Weber
　　　　　　　　　　　　　　　　　　Laura J. Gentilcore
　　　　　　　　　　　　　　　　　　Renner, Kenner, Greive, Bobak,
　　　　　　　　　　　　　　　　　　 Taylor & Weber
　　　　　　　　　　　　　　　　　　400 First National Tower
　　　　　　　　　　　　　　　　　　Akron, OH  44308
　　　　　　　　　　　　　　　　　　Phone (330) 376-1242

　　　　　　　　　　　　　　　　　　Kimball R. Anderson
　　　　　　　　　　　　　　　　　　Stephen P. Durchslag
　　　　　　　　　　　　　　　　　　Lisa J. Parker
　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　Phone (312) 558-5600

　　　　　　　　　　　　　　　　　　Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on January 12, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on January 12, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)