CR 2006-476

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MASTER EYRE

AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC

**Plaintiffs**

and

MAYTAG CORPORATION

**Defendant**

## ORDER

**UPON READING** the Witness Statement of Kent Napier Phillips signed on the 7th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain documentary evidence for use as evidence at trial

**IT IS ORDERED THAT:**

(1)  Walker Media of Middlesex House, 34-42 Cleveland Street, London, W1T 4SE, England do produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order;

(2)  Should any party hereby ordered to produce documentary evidence contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, each such party shall provide a description of the document in question, and the information set out at paragraph 18(i)-(ix) of the Letter of Request;

(3)  Any documentary evidence produced be made available for inspection and photocopying within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(4)  The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

(5)  There be liberty to Walker Media to apply within 7 days after service of this Order for an Order staying, setting aside or varying this Order.

DATED this 13th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER

AND In the matter of the Evidence
(Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now
pending before the
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE entitled as
follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
**Plaintiffs**

and

MAYTAG CORPORATION
**Defendant**

---

**ORDER**

---

WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
*jharrison@winston.com*
*Ref: JH/KP/6922.5*

LN:15562.1

CR 2006-476

**IN THE HIGH COURT OF JUSTICE**
**QUEEN'S BENCH DIVISION**
**MASTER EYRE**

**AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975**

**AND In the matter of a civil proceeding now pending before the**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:**

(1) **DYSON TECHNOLOGY LIMITED**
(2) **DYSON INC**

<u>Plaintiffs</u>

and

**MAYTAG CORPORATION**

<u>Defendant</u>

---
**ORDER**
---

**UPON READING** the Witness Statement of Kent Napier Phillips signed on the 7th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain documentary evidence for use as evidence at trial

**IT IS ORDERED THAT:**

(1)    Miles Calcraft Briginshaw Duffy of Rathbone Street, London, W1T 1NB, England do produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order;

Should any party hereby ordered to produce documentary evidence contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, each such party shall provide a description of the document in question, and the information set out at paragraph 18(i)-(ix) of the Letter of Request;

(3) Any documentary evidence produced be made available for inspection and photocopying within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(4) The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

(5) There be liberty to Miles Calcraft Briginshaw Duffy to apply within 7 days after service of this Order for an Order staying, setting aside or varying this Order.

DATED this 13th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER


AND In the matter of the Evidence
(Proceedings in Other Jurisdictions) Act 1975


AND In the matter of a civil proceeding now
pending before the
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE entitled as
follows:


(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
**Plaintiffs**

and


MAYTAG CORPORATION
**Defendant**

---

**ORDER**

---


WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
*jharrison@winston.com*
*Ref: JH/KP/6922.5*

LN:15561.1

CR 2006 476

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MASTER EYRE

**AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975**

**AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:**

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC

<u>**Plaintiffs**</u>

and

MAYTAG CORPORATION

<u>**Defendant**</u>

## ORDER

**UPON READING** the Witness Statement of Kent Napier Phillips signed on the 7th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain documentary evidence for use as evidence at trial

**IT IS ORDERED THAT:**

(1)    HI Europe of Watermans Park, Brentwood High Street, TW8 OBB, England do produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order;

Should any party hereby ordered to produce documentary evidence contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, each such party shall provide a description of the document in question, and the information set out at paragraph 18(i)-(ix) of the Letter of Request;

(3) Any documentary evidence produced be made available for inspection and photocopying within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(4) The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

(5) There be liberty to HI Europe to apply within 7 days after service of this Order for an Order staying, setting aside or varying this Order.

DATED this 13th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER

AND In the matter of the Evidence
(Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now
pending before the
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE entitled as
follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
**Plaintiffs**

and

MAYTAG CORPORATION
**Defendant**

---

**ORDER**

---

WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
*jharrison@winston.com*
*Ref: JH/KP/6922.5*

LN:15545.1

CR 2006-476

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MASTER EYRE

AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC

**Plaintiffs**

and

MAYTAG CORPORATION

**Defendant**

## ORDER

**UPON READING** the Witness Statement of Kent Napier Phillips signed on the 7th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain documentary evidence for use as evidence at trial

**IT IS ORDERED THAT:**

(1) Frazer Nash Consultancy Limited of 1 Trinity Street, College Green, Bristol, BS1 5TE, England do produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order;

  Should any party hereby ordered to produce documentary evidence contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, each such party shall provide a description of the document in question, and the information set out at paragraph 18(i)-(ix) of the Letter of Request;

(3) Any documentary evidence produced be made available for inspection and photocopying within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(4) The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

(5) There be liberty to Frazer Nash Consultancy Limited to apply within 7 days after service of this Order for an Order staying, setting aside or varying this Order.

DATED this 13th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER


AND In the matter of the Evidence
(Proceedings in Other Jurisdictions) Act 1975


AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:


(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
**Plaintiffs**

and

MAYTAG CORPORATION
**Defendant**

---

**ORDER**

---

WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
jharrison@winston.com
Ref: JH/KP/6922.5

LN:15571.1

CR 2006-476

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MASTER EYRE

AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC

**Plaintiffs**

and

MAYTAG CORPORATION

**Defendant**

## ORDER

**UPON READING** the Witness Statement of Kent Napier Phillips signed on the 7th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain documentary evidence for use as evidence at trial

**IT IS ORDERED THAT:**

(1)   BSI of 389 Chiswick High Road, London. W4 4AL, England do produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order;

    Should any party hereby ordered to produce documentary evidence contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, each such party shall provide a description of the document in question, and the information set out at paragraph 18(i)-(ix) of the Letter of Request;

(3)     Any documentary evidence produced be made available for inspection and photocopying within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(4)     The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

(5)     There be liberty to BSI to apply within 7 days after service of this Order for an Order staying, setting aside or varying this Order.

DATED this 19th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER

AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
<u>Plaintiffs</u>

and

MAYTAG CORPORATION
<u>Defendant</u>

## ORDER

WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
*jharrison@winston.com*
*Ref: JH/KP/6922.5*