CR 2006- 488

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MASTER

**AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975**

**AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:**

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC

**Plaintiffs**

and

MAYTAG CORPORATION

**Defendant**

## ORDER

**UPON READING** the Witness Statement of Jamie Edward Harrison signed on the 14th day of December 2006 and the Letter of Request exhibited thereto, and it appearing that civil proceedings are pending in the United States District Court for the District of Delaware USA, docket number 05-434-GMS before the Honorable Gregory M. Sleet presiding and that such Court wishes to obtain oral testimony and documentary evidence from Matthew Kitchin (the "Witness") for use as evidence at trial.

**IT IS ORDERED THAT:**

(1)   The Witness, Matthew Kitchin, attend before Mr James Drake of 7 King's Bench Walk, London EC4Y 7DS who is a fit and proper person nominated by the party applying for this Order within the meaning of CPR 34.18(1)(a) and who is hereby appointed Examiner herein, at the offices of Winston & Strawn, 99 Gresham Street, London, EC2V 7NG at

10:00am on 18th January 2007 (or at such other date as shall be agreed between the said Examiner and the parties and the said Matthew Kitchin) pursuant to the Request and do there submit to be examined upon oath to obtain the testimony so required;

(2) The testimony of the Witness shall be taken down in writing according to the rules and practice of Her Majesty's High Court of Justice pertaining to the examination and cross-examination of witnesses, and the Witness shall be requested to sign his deposition;

(3) The said Examiner shall send the signed deposition of the Witness together with this Order and the Letter of Request, to the Senior Master, Royal Courts of Justice, Strand, London WC2A 2LL for transmission to the Court desiring the evidence of the Witness;

(4) The Witness shall produce for photocopying and inspection the documents listed in the Letter of Request made by the United States District Court for the District of Delaware USA within 28 days of the date of service of this Order for the attention of: Jamie Harrison, Winston & Strawn, 99 Gresham Street, London, EC2V 7NG, United Kingdom;

(5) Should the Witness contend that the contents of a document requested to be produced for inspection and copying are protected from disclosure by virtue of a privilege, he shall provide a description of the document in question, and the information set out at paragraph 16(i)-(ix) of the Letter of Request;

(6) Pursuant to CPR 23.10 the Witness or any party to the above-mentioned foreign proceedings may, within 7 days after the date on which the Order is served upon the Witness, apply to have this Order set aside or varied.

The reasonable costs of and occasioned by compliance with the terms of this Order will be borne by the Defendant.

DATED this 19th day of December 2006

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
ROYAL COURTS OF JUSTICE
MASTER

AND In the matter of the Evidence (Proceedings in Other Jurisdictions) Act 1975

AND In the matter of a civil proceeding now pending before the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE entitled as follows:

(1) DYSON TECHNOLOGY LIMITED
(2) DYSON INC
**Plaintiffs**

and

MAYTAG CORPORATION
**Defendant**

## ORDER

WINSTON & STRAWN
LONDON

99 Gresham Street
London
EC2V 7NG
Tel: 44 (0) 7105 0000
Fax: 44 (0) 7105 0100
jharrison@winston.com
Ref: JH/KP/6922.5

LN:15764.1