8 January, 2007

Our ref: 55346
Your ref: JEH/KP

Winston & Strawn
99 Gresham Street
London
EC2V 7NG

Attn: Jamie Harrison



**Tipping The
Balance**

Dear Jamie,

Re:  Dyson Technology Limited and Dyson Inc. v. Maytag Corporation - Service of Order
on Walker Media

Thank you for your instructions in this matter.

We are pleased to report that personal service of the Order of Master Eyre dated
the 21st December 2006 was effected on Mr. Colin Mayor the Finance Director at
Walker Media at Middlesex House, 34-42 Cleveland Street, London, W1T 4SE at
1150 hours on Thursday, 4th January 2007.  Upon being served with the
documentation, Mr. Mayor stated that he would deal with this matter immediately.

We have now prepared an Affidavit describing service, which is with our agent for
swearing.

We will forward this to your office accordingly.

Yours sincerely,

Sean Armstrong



**NICHOLLS INVESTIGATION SERVICES**
VINE COURT, CHURCH STREET, LONDON, W4 2PD TEL: 0208-994 7428 FAX: 0208-994 4442
NICHOLLS INVESTIGATIONS LTD REGISTERED IN ENGLAND No. 1958620 VAT No 438 3504 50
DX: 80300 Chiswick, Email: enquiries@nichollsinvestigations.com



**Tipping The Balance**

8 January, 2007

Our ref: 55346
Your ref: JEH/KP

Winston & Strawn
99 Gresham Street
London
EC2V 7NG

Attn: Jamie Harrison

Dear Jamie,

Re:  Dyson Technology Limited and Dyson Inc. v. Maytag Corporation - Service of Order on Miles Calcraft Briginshaw Duffy

Thank you for your instructions in this matter.

We are pleased to report that the Order of Master Eyre dated the 21st December 2006 was personally served upon Mr. Simon Ellse, a Director at Miles Calcraft Briginshaw Duffy at the business address at 15 Rathbone Street, London, W1T 1NBat 1230 hours on Thursday, 4th January 2007.  Upon being served with the documentation, Mr. Ellse stated that he would deal with this matter.

We have now prepared an Affidavit describing service, which our agent will have sworn.

We will forward the sworn Affidavit to your office accordingly.

Yours sincerely,

Sean Armstrong



**NICHOLLS INVESTIGATION SERVICES**
VINE COURT, CHURCH STREET, LONDON, W4 2PD TEL: 0208-994 7428 FAX: 0208-994 4442
NICHOLLS INVESTIGATIONS LTD REGISTERED IN ENGLAND No. 1958620 VAT No 438 3504 50
DX: 80300 Chiswick, Email: enquiries@nichollsinvestigations.com

8 January, 2007



**Tipping The Balance**

Our ref: 55347
Your ref: JEH/KP

Winston & Strawn
99 Gresham Street
London
EC2V 7NG

Attn: Jamie Harrison

Dear Jamie,

Re: Dyson Technology Limited and Dyson Inc. v. Maytag Corporation - Service of Order on BSI

Thank you for your instructions in this matter.

We are pleased to report that service of the Order and associated documentation was effected on BSI (British Standards Institute) at 389 Chiswick High Road, London, W4 4AL at 1455 on Wednesday, 3rd January 2007.

The receptionist at this large office building, a Mr. Keith Hewell stated that there were no Directors' available, nor were any persons present that were authorised to accept service of such legal documentation.

In the circumstances, the documentation was left at the reception desk there in a sealed envelope, which Mr. Hewell stated would be forwarded to the legal department thereat.

We have now prepared an Affidavit describing service, which we will have sworn and returned to your office shortly.

Yours sincerely,

Sean Armstrong



**NICHOLLS INVESTIGATION SERVICES**
VINE COURT, CHURCH STREET, LONDON, W4 2PD TEL: 0208-994 7428 FAX: 0208-994 4442
NICHOLLS INVESTIGATIONS LTD REGISTERED IN ENGLAND No. 1958620 VAT No 438 3504 50
DX: 80300 Chiswick, Email: enquiries@nichollsinvestigations.com

8 January, 2007

Our ref: 55349
Your ref: JEH/KP

Winston & Strawn
99 Gresham Street
London
EC2V 7NG

Attn: Jamie Harrison



**Tipping The
Balance**

Dear Jamie,

Re:  Dyson Technology Limited and Dyson Inc. v. Maytag Corporation - Service of Order
on Frazer Nash Consultancy Ltd.

Thank you for your instructions in this matter.

We are pleased to report that the Order and accompanying documents were
personally served on Mr. Paul Best, a Business Director at Frazer Nash
Consultancy Limited.  The documentation was served at 0830 hours on Friday, 5th
January 2007 at the offices of Frazer Nash Consultancy Limited, 1 Trinity Street,
College Green, Bristol, BS1 5TE.

We have now prepared an Affidavit describing service, which we will be sent to
our agent for swearing and thereafter returned to your office.

We trust that this was of assistance to you.

Yours sincerely,

Sean Armstrong



**NICHOLLS INVESTIGATION SERVICES**
VINE COURT, CHURCH STREET, LONDON, W4 2PD TEL: 0208-994 7428 FAX: 0208-994 4442
NICHOLLS INVESTIGATIONS LTD REGISTERED IN ENGLAND No. 1958620 VAT No 438 3504 50
DX: 80300 Chiswick, Email: enquiries@nichollsinvestigations.com