IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the EXPERT REPORTS OF CHARLES D. DEGRAFF AND ALEX L. CONSTABLE were served as follows upon the following attorney of record on January 15, 2007:

**VIA E-MAIL**
Richard C. Pepperman, II
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

FURTHER, PLEASE TAKE NOTICE that true and correct copies of the EXPERT REPORTS OF CHARLES D. DEGRAFF AND ALEX L. CONSTABLE were served as follows upon the following attorneys of record on January 16, 2007:

**VIA E-MAIL**
C. Barr Flinn
John W. Shaw
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Dated: January 16, 2007         /s/ Francis DiGiovanni
                                                      Francis DiGiovanni (#3189)
                                                      Connolly Bove Lodge & Hutz LLP
                                                      The Nemours Building
                                                      1007 N. Orange Street

Wilmington, DE  19899
Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

**CERTIFICATE OF SERVICE**

    I, Francis DiGiovanni, hereby certify that on January 16, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

    I, Francis DiGiovanni, hereby certify that on January 16, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

>Garrard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004
>
>Steven F. Reich
>Jeffrey S. Edelson
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)