IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents: 1) SUBPOENA DIRECTED TO CHARLES PARHAM; 2) DEFENDANT MAYTAG CORPORATION'S EXPERT DISCOVERY REQUESTS DIRECTED TOWARDS PLAINTIFFS' EXPERT STEVE HARRISON; and 3) NOTICE OF DEPOSITION OF STEVE HARRISON were served as follows upon the following attorneys of record on January 17, 2007:

| **VIA EMAIL** | **VIA EMAIL** | **VIA EMAIL** |
|---|---|---|
| C. Barr Flinn | Richard C. Pepperman, II | Steven F. Reich |
| John W. Shaw | James T. Williams | Jeffrey S. Edelstein |
| Young Conaway Stargatt & Taylor LLP | Keith McKenna | Manatt, Phelps, Phillips, LLP |
| | Sullivan & Cromwell LLP | 7 Times Square |
| The Brandywine Building | 125 Broad Street | New York, NY  10004 |
| 1000 West Street, 17th Floor | New York, New York  10004 | |
| Wilmington, Delaware 19801 | | |

Dated:  January 18, 2007        /s/ Francis DiGiovanni
                                 Francis DiGiovanni (#3189)
                                 Connolly Bove Lodge & Hutz LLP
                                 The Nemours Building
                                 1007 N. Orange Street
                                 Wilmington, DE  19899
                                 Phone (302) 658-9141

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242


Kimball R. Anderson
Stephen P. Durchslag
Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600

Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on January 18, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on January 18, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelson
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

516248_1