# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

January 31, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:    *Dyson Tech. Ltd. et al. v. Maytag Corp.*, Civ. No. 05-434-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for February 2, 2007, at 10:00 a.m. EST, the parties jointly submit the below items to be presented to the Court:

A.    <u>Defendant/Counterclaimant's Issues</u>:

1.    Discoverability of work-product and attorney-client information on the subject matter of the case that has been provided to or considered by Dyson's experts (specifically (a) Dyson's nine (9) specially-retained experts, and (b) Dyson's expert James Widdowson, who is an employee of Dyson Limited, an indirect parent of plaintiff Dyson Inc.).

2.    Dyson's actions in opposing Maytag's efforts, pursuant to the Letters of Request granted by the Court (D.I. 142, 165, 179), to obtain third-party discovery in the United Kingdom.

3.    Production of documents by Dyson relating to Dyson's in-home tests conducted outside the United States.

4.    Dyson's designation of the expert report of Stephen Harrison as "Highly Confidential" and Dyson's refusal to allow Steve Kegg (Maytag employee) to review it. A memo prepared by Mr. Kegg is discussed in the Harrison report.

B.  **Plaintiff/Counterclaim Defendant's Issues:**

1. How the outcome of issue A.1 applies to persons providing expert testimony for Maytag.

2. Production of prior testimony by persons providing expert testimony for Maytag.

3. Production of testing documents and customer complaint and repair information by Maytag.

Respectfully submitted,

Francis DiGiovanni

cc: Clerk of the Court (by electronic filing)
C. Barr Flinn, Esq.
John Shaw, Esq.
Kimball R. Anderson, Esq.
Stephen P. Durchslag, Esq.
Anthony DiSarro, Esq.
Ronald Y. Rothstein, Esq.
Ray L. Weber, Esq.
Keith McKenna, Esq.
Richard C. Pepperman II, Esq.
Steven F. Reich, Esq.

518873_1