IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-434-GMS ) ) ) ) ) ) |

## STIPULATION AND ORDER

WHEREAS, the parties have diligently conducted discovery on the issued presented in the case, but due to the volume of discovery, foreign discovery, and other time-consuming matters, the parties have not yet completed all depositions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain fact discovery, specifically certain fact depositions, shall be permitted to occur beyond the prior fact-discovery cut-off; such depositions of fact witnesses will be completed by no later than March 16, 2007. The fact depositions currently remaining to be taken are the following: Matthew Kitchin; Michael McKay-Lewis; and the Rule 30(b)(6) deposition of Dyson related to pick-up testing (for the remaining time of the Rule 30(b)(6) deposition of Dyson).

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that, the expert report and discovery period is modified as follows: Opening expert reports on issues for which a party bears the burden of proof shall be served on or before December 18, 2006. Responsive expert reports shall be served on opposing counsel on or before January 15, 2007. The last day for depositions of all experts shall be March 1, 2007.

503076v1

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that, as discussed during the teleconference with the Court held on December 7, 2006, the schedule for filing and briefing motions in limine shall be extended one week as follows: Opening briefs on motions in limine shall be served and filed on or before March 29, 2007. Answering briefs shall be served and filed on or before April 5, 2007. Reply briefs shall be served and filed on or before April 9, 2007.

| | |
|---|---|
| /s/ John Shaw | /s/ Francis DiGiovanni |
| C. Barr Flinn (#4092) | Francis DiGiovanni (#3189) |
| John W. Shaw (#3362) | Jaclyn M. Mason (#4737) |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| The Brandywine Building, 17th Floor | The Nemours Building – 8th Floor |
| 1000 West Street | 1007 N. Orange Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 571-6000 | (302) 658-9141 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED, this ____ day of February, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 2, 2007, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

    C. Barr Flinn
    John W. Shaw
    Young Conaway Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801

    Garrard R. Beeney
    Richard C. Pepperman, II
    James T. Williams
    Keith McKenna
    Sullivan & Cromwell LLP
    125 Broad Street
    New York, NY 10004

    Steven F. Reich
    Jeffrey S. Edelson
    Manatt, Phelps & Phillips, LLP
    7 Times Square
    New York, NY 10004

    /s/ Francis DiGiovanni
    Francis DiGiovanni (#3189)