IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document CORRECTED VERSION OF JOHN BALOUGH'S EXPERT REPORT was served as follows upon the following attorneys of record on February 5, 2007:

| **VIA EMAIL** | **VIA EMAIL AND FACSIMILE** | **VIA EMAIL AND FACSIMILE** |
|---|---|---|
| John W. Shaw | Richard C. Pepperman, II | Steven F. Reich |
| Young Conaway Stargatt & Taylor LLP | Keith McKenna | Christopher Cole |
| The Brandywine Building | Sullivan & Cromwell LLP | Tamar Feder |
| 1000 West Street, 17th Floor | 125 Broad Street | Manatt, Phelps, Phillips, LLP |
| Wilmington, Delaware 19801 | New York, New York 10004 | 7 Times Square |
| | | New York, NY 10004 |

Dated: February 6, 2007      /s/ Francis DiGiovanni
                                             Francis DiGiovanni (#3189)
                                             Connolly Bove Lodge & Hutz LLP
                                             The Nemours Building
                                             1007 N. Orange Street
                                             Wilmington, DE 19899
                                             Phone (302) 658-9141

        Ray L. Weber
        Laura J. Gentilcore
        Renner, Kenner, Greive, Bobak,
         Taylor & Weber
        400 First National Tower
        Akron, OH  44308
        Phone (330) 376-1242


        Kimball R. Anderson
        Stephen P. Durchslag
        Lisa J. Parker
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, IL  60601
        Phone (312) 558-5600

        Attorneys for Defendant Maytag Corporation

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 6, 2007, I caused a copy of the foregoing document to be served by e-mail and hand-delivery on the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Adam W. Poff
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I, Francis DiGiovanni, hereby certify that on February 6, 2007, I caused a copy of the foregoing document to be served by e-mail and by U.S. Mail on the following counsel of record:

>Gerard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004

>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

516248_1