THIS DOCUMENT

FILED UNDER SEAL