IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) |
| MAYTAG CORPORATION, | ) ) |
| Defendant. | ) |

Civil Action No. 05-434 (GMS)

## **ORDER**

WHEREAS, on February 2, 2007, the court held a discovery teleconference in the above-captioned case;

WHEREAS, one of the issues raised by Dyson Technology Limited and Dyson, Inc. ("Dyson") was the failure of Maytag Corporation ("Maytag") to produce prior testimony from its damages expert, Dr. Rao;

WHEREAS, Maytag asserted that it could not produce the testimony, deposition testimony in two arbitration cases involving a pharmaceutical and a prosthetic device, because it was subject to protective orders in the arbitration cases, and because the testimony contained highly sensitive financial information of companies that are not parties to the present case;

WHEREAS, the court advised the parties that it would research the matter and render a decision; and

WHEREAS, the court concludes that it does not have enough information to render its decision;

IT IS HEREBY ORDERED that:

1. Maytag shall provide to the court in writing the answer to the following question: Whether the two arbitration cases, during which Dr. Rao testified as a damages expert, were patent cases.

2. If the two arbitration cases were patent cases, Maytag shall produce to the court, for *in camera* review, the transcripts of Dr. Rao's testimony.


Dated: February 12, 2007                                         /s/ Gregory M. Sleet
                                                                 UNITED STATES DISTRICT JUDGE