# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

February 12, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

    Re:    *Dyson Technology Limited et al. v. Maytag Corporation*,
             Civil Action No. 05-434-GMS

Dear Judge Sleet:

    In response to the Court's Order (D.I. 248), counsel for Maytag provides the following information: Neither of the two arbitration cases in which Dr. Rao testified (as identified during the telephonic hearing of February 2, 2007) was a patent case. We further add that neither case was an advertising case.

                          Respectfully submitted,

                          Francis DiGiovanni

FD:rkl
cc:    Clerk of the Court (by electronic filing)
       C. Barr Flinn, Esq. (by hand and e-mail)
       John W. Shaw, Esq. (by hand and e-mail)
       Kimball R. Anderson, Esq. (by e-mail)
       Stephen P. Durchslag, Esq. (by e-mail)
       Anthony DiSarro, Esq. (by e-mail)
       Ronald Y. Rothstein, Esq. (by e-mail)
       Ray L. Weber, Esq. (by e-mail)
       Keith McKenna, Esq. (by e-mail)
       Richard C. Pepperman II, Esq. (by e-mail)
       Steven R. Reich, Esq. (by e-mail)