# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302.571.6713
DIRECT FAX: 302.576.3515
msquire@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 16, 2007

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 North King Street
Lockbox 19
Wilmington, Delaware 19801

> Re:  *Dyson Tech. Ltd., et al. v. Maytag Corp.*,
>      C.A. No. 05-434-GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Tuesday, February 20, 2007 at 10:30 a.m. (EST) in the above matter, the parties jointly submit the following items to be presented to the Court:

Plaintiffs' Issues:

1. Discovery related to possible substitution of a party

2. Date certain for Maytag to answer Dyson's Interrogatory No. 11

3. Date certain for Maytag to comply with December 7, 2006 Order on attorney-client privilege waiver

4. Reconsideration of the Court's decision on discoverability of Maytag's claim substantiation

5. Guidance as to the cut-off and scope of expert discovery:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
February 16, 2007
Page 2

    (a) Propriety of late-disclosed expert reports, new expert testing and related discovery issues

<u>Defendant/Counterclaimant's Issues</u>

1. Third party discovery in the U.K. (Dyson ad agencies)

2. Third party discovery in Germany (a company that performs testing for Dyson)

3. Production of documents by Dyson on the following topics:

  (a) Blockage issues relating to Dyson's DC07 upright vacuum.

  (b) Advertisements/infomercials for Dyson's upright vacuums sold in the United States.

  (c) Dyson's advertising submissions to Sears, Sales Today Magazine, and Best Buy Toolkit.

  (d) NAD challenges concerning Dyson (including one involving Euro-Pro).

  (e) Dyson vacuums that were returned or repaired due to the classification of "other."

  (f) Dyson's internal test methods or DTMs (including that relating to clogging).

  (g) Filters and Dyson's in-home testing of its upright vacuums.

<u>Joint Issues</u>

1. Discovery related to IBR

2. Scheduling of depositions extending beyond the Court's deadline

3. The Court's practice in handling Daubert issues, and specifically whether such motions count against the motions in limine limit of five

          Respectfully submitted,

          Monté T. Squire (No. 4764)

MTS

cc:  Clerk of the Court (by electronic filing/hand delivery)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
February 16, 2007
Page 3

    Francis DiGiovanni, Esquire (by e-mail/hand delivery)
    Ray L. Weber, Esquire
    Laura J. Gentilcore, Esquire
    Kimball R. Anderson, Esquire
    Stephen P. Durchslag, Esquire