IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Adam R. Brebner of Sullivan & Cromwell LLP to represent plaintiffs Dyson Technology Limited and Dyson, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware   19801
(302) 571-6600
jshaw@ycst.com

Dated:  March 1, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Adam R. Brebner is granted.

Dated:  March ___, 2007

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC. | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. C.A. 05-434-GMS |
| | ) | |
| MAYTAG CORPORATION | ) | |
| | ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF ADAM R. BREBNER
### IN SUPPORT OF MOTION
### TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Adam R. Brebner, Esquire, certify that I am

eligible for admission to this Court, am admitted, practicing and in good standing as a member of

the Bar of the State of New York, and of the other jurisdictions reflected on Attachment A, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.  I also certify I am generally

familiar with this Court's Local Rules.  In accordance with Standing Order for District Court

Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office

upon the filing of this motion.

Adam R. Brebner
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Dated:  February 20, 2007

Attachment A

Adam R. Brebner – Bar Admissions

| Court | Year of Admission |
|---|---|
| New York | 2000 |
| U.S. Court of Appeals for the Second Circuit | 2005 |
| U.S. Court of Appeals for the Federal Circuit | 2005 |
| U.S. District Court for the S.D.N.Y. | 2002 |
| U.S. District Court for the E.D.N.Y. | 2002 |

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on March 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, DE 19801

I further certify that on March 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>    TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Dyson Technology Limited and Dyson, Inc.*