IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MAYTAG CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 05-434 (GMS) |

## **ORDER**

WHEREAS, on March 2, 2007, Dyson Technology Limited and Dyson, Inc. ("Dyson") filed a letter (D.I. 265) regarding new facts relevant to Maytag Corporation's ("Maytag") pending motion to compel pursuant to Local Rule 7.1.2(c);

WHEREAS, the letter was unsolicited by the court;

WHEREAS, Maytag's motion was fully briefed as of February 16, 2007;

WHEREAS, Local Rule 7.1.2(c) provides: "[n]o additional briefs, affidavits, or other papers in support of or in opposition to [a] motion shall be filed without prior approval of the Court, except that a party may call to the Court's attention and briefly discuss pertinent cases decided after a party's final brief is filed or after oral argument";

WHEREAS, Dyson did not request and receive approval from the court prior to filing its letter;

WHEREAS, Dyson's letter does not call to the court's attention and briefly discuss pertinent cases decided after Maytag's final brief on the motion but, rather, raises new facts for the court's consideration; and

WHEREAS, Dyson has not complied with Local Rule 7.1.2(c);

IT IS HEREBY ORDERED that:

1. Dyson's letter (D.I. 265) is hereby stricken from the docket.

2. The court will not consider any other submissions by the parties on the issue of Maytag's motion to compel.


Dated: March 5, 2007                              /s/ Gregory M. Sleet
                                                  UNITED STATES DISTRICT JUDGE