IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>MAYTAG CORPORATION,<br><br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-434-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 15, 2007, copies of the Expert Reports of Richard S. Figliola, Charles L. Parham, Alex Simonson, Stephen Harrison, Victor Polansky, Itamar Simonson, James Widdowson, Laura B. Stamm and Joel H. Steckel were caused to be served upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Lisa J. Parker, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

PLEASE TAKE FURTHER NOTICE that on February 17, 2007 copies of the Amended Expert Report of Richard S. Figliola were caused to be served upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Lisa J. Parker, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

PLEASE TAKE FURTHER NOTICE that on March 2, 2007 copies of the Addendum to the Expert Report of Victor Polansky with a list of additional documents considered by Victor Polansky were caused to be served upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Lisa J. Parker, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Additionally, I hereby certify that on March 5, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF & HAND DELIVERY**

Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801

**BY ELECTRONIC MAIL**

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
Lisa J. Parker, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    */s/ C. Barr Flinn*

                    C. Barr Flinn (No. 4092)
                    John W. Shaw (No. 3362)
                    Adam W. Poff (No. 3990)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    (302) 571-6600
                    apoff@ycst.com

OF COUNSEL:
Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

Dated: March 5, 2007