IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., and DYSON TECHNOLOGY LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREAS a discovery telephone conference was held before the Court on February 20, 2007 to address issues raised in the parties' joint agenda letter filed on February 16, 2007 (D.I. 252),

WHEREAS the Court's February 20, 2007 Order ("Minute Entry") ordered that the deadlines for expert discovery, motions in limine and the pretrial order be extended as follows: Expert Discovery due March 23, 2007; Motions in Limine (completed) due April 26, 2007; (Supplemental) Pretrial Order due April 26, 2007,

WHEREAS extension of these deadlines for expert discovery, motions in limine and the pretrial order will not affect any other dates in this case,

WHEREAS during the February 20, 2007 discovery telephone conference the Court granted plaintiffs Dyson, Inc. and Dyson Technology, Ltd. (collectively "Dyson") permission to file six (6) Motions in Limine, which includes an additional Motion in Limine to address John Balough's Supplemental Expert Report, which was served by defendant Maytag Corp. ("Maytag") on February 13, 2007,

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. Expert discovery shall be completed on or before March 23, 2007.

2. Motions in Limine shall be completed on or before April 26, 2007. Opening briefs on motions in limine shall be served and filed on or before April 16, 2007. Answering briefs shall be served and filed on or before April 23, 2007. Reply briefs shall be served and filed on or before April 26, 2007.

3. Parties shall submit any supplements to the Joint Pretrial Order on or before April 26, 2007.

4. Dyson shall be permitted to file six (6) Motions in Limine, which includes an additional Motion in Limine to address John Balough's Supplemental Report served by Maytag on February 13, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Francis DiGiovanni* | /s/ *Monté T. Squire* |
| Francis DiGiovanni (No. 3189) | C. Barr Flinn (No. 4092) |
| The Nemours Building | John W. Shaw (No. 3362) |
| 1007 North Orange Street | Monté T. Squire (No. 4764) |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302)-658-9141 | 10000 West Street, 17th Floor |
| fdigiovanni@cblh.com | Wilmington, DE 19801 |
| *Attorneys for Maytag Corporation* | (302)571-6600 |
| | msquire@ycst.com |
| | *Attorneys for Plaintiff Dyson, Inc. and Dyson Technology, Ltd.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge