IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>　　　　　　　　　Plaintiffs,<br>v.<br>MAYTAG CORPORATION,<br>　　　　　　　　　Defendant. | Civil Action No. 05-434-GMS |

**PLAINTIFFS' REVISED RULE 30(b)(6) NOTICE OF DEPOSITION OF
TECHTRONIC INDUSTRIES COMPANY, LIMITED**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), plaintiffs will take the deposition upon oral examination of Techtronic Industries Company, Limited through one or more of its officers, directors, managing agents, employees or other persons designated to testify on its behalf, with respect to each of the following subject matters set forth in "Attachment A" hereto.

The deposition will take place under oath and before a duly authorized notary public, or other person authorized by law to administer oaths. The deposition will be recorded by videographic and/or stenographic means. The deposition will take place at **Homewood Suites Cleveland-Solon, 6085 Enterprise Parkway, Solon, Ohio, 44139** on March 22, 2007, at **7:30 a.m.**, or at such other date and time as the parties may mutually agree, and shall continue from day to day thereafter until concluded.

All counsel are invited to attend and cross-examine.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

OF COUNSEL:

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

Dated: March 20, 2007

# ATTACHMENT A

## DEFINITIONS

1. "Maytag" refers to the defendant and counterclaim plaintiff in this action, Maytag Corporation, and any entities directly or indirectly owned or controlled by Maytag.

2. The "Maytag Floor Care Business" means any floor care business operated by Maytag, including the Hoover floor care business and the Maytag Legacy.

3. "TTI" refers to Techtronic Industries Company, Limited and any entities directly or indirectly owned or controlled by Techtronic Industries Company, Limited.

4. The "Maytag-TTI Sale" means the sale by Maytag to Techtronic Industries Company, Limited of some or all of the Maytag Floor Care Business.

## DEPOSITION TOPICS

1. Any and all changes in direct and indirect ownership of some or all of the Maytag Floor Care Business, including the assets and liabilities of such business, that occurred in the transactions that effectuated the Maytag-TTI Sale, including the ownership of the Maytag Floor Care Business before and after each step of such transactions.

2. The direct and indirect ownership of the floor care businesses owned by TTI after the Maytag-TTI Sale.

3. The contracts by which the changes described in item 1 were effectuated and terms of such contracts, including the consideration paid in the transactions described in item 1 and each step of such transactions.

4. The reasons for which TTI agreed to pay the values that it paid and assume the liabilities that it assumed in the Maytag-TTI Sale.

5. Any agreements between Maytag and TTI concerning the claims and counterclaims asserted in this litigation, including any discussions concerning such agreements.

      6.      The ability of the entities controlled by TTI that are proposed to be added/substituted as parties in this litigation to satisfy a judgment on the claims asserted against Maytag in this action.

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on March 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, DE 19801

I further certify that on March 20, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com
*Attorneys for Dyson Technology Limited and Dyson, Inc.*