IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED                )
and DYSON, INC.,                        )
    **Plaintiffs,**                      )
    **v.**                               )   **Civil Action No. 05-434 GMS**
                                         )
MAYTAG CORPORATION,                     )   **FILED UNDER SEAL**
    **Defendant.**                       )    REDACTED VERSION
                                         )    March 20, 2007

## DEFENDANT MAYTAG CORPORATION'S MOTION FOR LEAVE TO JOIN PARTIES

NOW COMES Maytag Corporation ("Maytag"), through its undersigned counsel, and respectfully submits its Motion For Leave To Join Parties. In support thereof, Maytag states as follows:

On June 27, 2005 Dyson Technology Limited and Dyson, Inc. (collectively "Dyson") filed suit against Maytag Corporation ("Maytag") alleging patent infringement regarding the Hoover Fusion vacuum cleaner, which was designed, manufactured and sold by The Hoover Company, which is owned by Maytag.

On August 1, 2005, Maytag filed counterclaims against Dyson for violations of Section 43(A) of the Lanham Act, Delaware's Deceptive Trade Practices Act, and the Delaware common law for unfair competition, for making false and misleading advertising claims concerning the alleged superior performance of Dyson upright vacuum cleaners, which are sold in the United States, and which competed with vacuums sold by Maytag's subsidiary, The Hoover Company.

Effective January 31, 2007, Maytag sold certain of its and its subsidiaries' assets, and assigned certain of their related liabilities

As a result of the transaction,

As a result, Maytag moves to join Hoover, Inc., Hoover General LLC, Hoover Limited LLC and Hoover Company I L.P. to the current litigation.

Counsel for Maytag has conferred with counsel for Dyson regarding this Motion. Dyson's counsel stated that Dyson would not consent to this Motion at this time.

The complete bases of this Motion and relation of the parties are set forth in Maytag's opening brief filed in support of this Motion. A form of Order implementing the relief sought by this Motion is attached hereto.

Respectfully submitted,

MAYTAG CORPORATION

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP

REDACTED VERSION
March 20, 2007

2

35 West Wacker Drive
Chicago, IL  60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242
Fax (330) 376-9646

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED**<br>**and DYSON, INC.,**<br>　　　**Plaintiffs,**<br><br>**v.**<br><br>**MAYTAG CORPORATION,**<br>　　　**Defendant.** | )<br>)<br>)<br>)　**Civil Action No. 05-434 GMS**<br>)<br>)　**FILED UNDER SEAL**<br>)<br>) |

## ORDER

WHEREFORE, having considered Maytag's Motion for Leave to Join Parties, and having considered argument thereon,

IT IS SO ORDERED this _____ day of _____, 2007, that Maytag may re-file its Answer and Counterclaims wherein Hoover, Inc., Hoover General LLC, Hoover Limited LLC and Hoover Company I L.P. are joined as Defendants-Counterclaimants.

_____
United States District Judge

4

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on March 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on March 13, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)