UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434 GMS |
| MAYTAG CORPORATION, | ) ) | FILED UNDER SEAL |
| Defendant. | ) ) ) | REDACTED VERSION March 20, 2007 |

**AFFIDAVIT OF CHRIS STATHOPOULOS IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S MOTION FOR LEAVE TO JOIN PARTIES**

I, CHRIS STATHOPOULOS, being duly sworn, hereby depose and say:

1. I am an attorney for Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Motion For Leave to Join Parties.

2. Attached hereto as Exhibit A is a true and correct copy of the Executed Asset Transfer Agreement.

3. Attached hereto as Exhibit B is a true and correct copy of the Executed Purchase Agreement.

4. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Robert A. Bugos.

FURTHER AFFIANT SAYETH NAUGHT

_____
Chris Stathopoulos

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 13th day of March 2007

_____
Notary Public

SEAL

"OFFICIAL SEAL"
NANCY A. HANZALIK
Notary Public, State of Illinois
My Commission Expires 07/19/10

REDACTED VERSION
March 20, 2007

# EXHIBITS A – C

# REDACTED IN THEIR ENTIRETY