IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., and DYSON TECHNOLOGY LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS the Court's February 20, 2007 Order ("Minute Entry") ordered that the deadline for expert discovery be extended to March 23, 2007;

WHEREAS the parties have agreed that an additional extension of the expert discovery deadline until April 7, 2007 is necessary for completion of expert discovery; and

WHEREAS the proposed extension of the expert discovery deadline will not affect any other dates in this case,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that expert discovery shall be completed on or before April 7, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Francis DiGiovanni | /s/ Adam W. Poff |
| Francis DiGiovanni (No. 3189)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302)-658-9141<br>fdigiovanni@cblh.com<br>*Attorneys for Maytag Corporation* | C. Barr Flinn (No. 4092)<br>John W. Shaw (No. 3362)<br>Adam W. Poff (No. 3990)<br>The Brandywine Building<br>10000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302)571-6600<br>apoff@ycst.com<br>*Attorneys for Plaintiff Dyson, Inc. and Dyson Technology, Ltd.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge