IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON, INC., and DYSON TECHNOLOGY LIMITED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Court convened a teleconference with the parties on February 21, 2007, during which the parties advised the Court of the intention of Defendant Maytag Corporation ("Maytag") to move to join parties as defendants/counter-plaintiffs, based upon a recently announced transaction;

WHEREAS, during the conference, the Court and the parties discussed a 30(b)(6) deposition to be taken by Plaintiffs Dyson Inc. and Dyson Technology Limited ("Dyson") in connection with the recently announced transaction and Maytag's plan to move to join parties;

WHEREAS, Maytag has recently filed a motion to join parties and requested that Dyson consent to the joinder sought by Maytag;

WHEREAS, the parties have agreed that it is appropriate to provide Dyson with time, after considering the information obtained during a 30(b)(6) deposition on March 22, 2007, to determine how to respond to the Motion and prepare any papers in support of its response and have further agreed that it is therefore appropriate to extend the deadline for Dyson to respond to the Motion until April 2, 2007; and

DB01:2345984.1                                                                                                    063753.1002

WHEREAS, the proposed extension for responding to Maytag's motion will not affect any other dates in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that Dyson shall respond to the Motion for Leave to Join Parties (D.I. 271) on or before April 2, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Francis DiGiovanni | /s/ C. Barr Flinn |
| Francis DiGiovanni (No. 3189) | C. Barr Flinn (No. 4092) |
| The Nemours Building | John W. Shaw (No. 3362) |
| 1007 North Orange Street | Adam W. Poff (No. 3990) |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302) 658-9141 | 10000 West Street, 17th Floor |
| fdigiovanni@cblh.com | Wilmington, DE 19801 |
| *Attorneys for Maytag Corporation* | (302) 571-6600 |
| | bflinn@ycst.com |
| | *Attorneys for Plaintiff Dyson, Inc. and Dyson Technology, Ltd.* |

SO ORDERED this ____ day of _____, 2007.

                                                                            _____
                                                                            United States District Judge