UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED, and )
DYSON, INC., )
)
                       Plaintiffs, )
)
v. )   Civil Action No. 05-434 GMS
)
MAYTAG CORPORATION, )
)
                       Defendant. )

**DEFENDANT / COUNTERCLAM PLAINTIFF HOOVER, INC.'S
PROPOSED VERDICT FORM AND SPECIAL INTERROGATORY**

                                           Kimball R. Anderson
                                           Stephen P. Durchslag
                                           Winston & Strawn
                                           Chicago, IL  60601
                                           Phone (312) 558-5600
                                           Fax (312) 558-5700

                                           Ray L. Weber
                                           Laura J. Gentilcore
                                           Renner, Kenner, Greive, Bobak,
                                           Taylor & Weber
                                           400 First National Tower
                                           Akron, OH  44308
                                           Phone (330) 376-1242
                                           Fax (330) 376-9646

                                           Francis DiGiovanni
                                           James D. Heisman
                                           Connolly Bove Lodge & Hutz LLP
                                           The Nemours Building
                                           1007 N. Orange Street
                                           Wilmington, DE  19899
                                           Phone (302) 658-9141
                                           Fax (302) 658-5614

**VERDICT FORM**

WE THE JURY, in the above-titled action, find the following special verdict on the following questions submitted to us:

**Count I – False Advertising Under The Lanham Act**

Choose Alternative A or Alternative B.

<u>Alternative A</u> – On Hoover's False Advertising Claim under the Lanham Act, we the jury find in favor of Hoover and we award the following damages:

| | |
|---|---|
| Dyson's Profits Obtained From False Advertising | $_____ |
| Hoover's Past Profits Lost Because of False Advertising | $_____ |
| Hoover's Future Profits Lost Because of False Advertising | $_____ |
| Corrective Advertising Required | $_____ |

We the jury also DO / DO NOT (select one) find that this case is exceptional pursuant to the Court's instructions.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

1

<u>Alternative B</u> -- On Hoover's False Advertising Claim under the Lanham Act, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

**Count II – Deceptive Trade Practices Under Delaware Law**

    Choose Alternative A or Alternative B.

Alternative A – On Hoover's deceptive trade practices claim under Delaware law, we the jury find in favor of Hoover and we award the following damages:

    Hoover's Past Profits Lost Because of False Advertising    $_____
    Hoover's Future Profits Lost Because of False Advertising  $_____
    Corrective Advertising Required    $_____

    We the jury also DO / DO NOT (select one) find that Dyson's conduct was willful pursuant to the Court's instructions.

    _____
    Foreperson

    _____
    juror

    _____
    juror

    _____
    juror

    _____
    juror

    _____
    juror

    _____
    juror

<u>Alternative B</u> -- On Hoover's claim for deceptive trade practices under Delaware law, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

**Count III – Unfair Competition Under Delaware Law**

    Choose Alternative A or Alternative B.

Alternative A – On Hoover's claim for unfair competition under Delaware law, we the jury find in favor of Hoover and we award the following damages:

| | |
|---|---|
| Hoover's Past Profits Lost Because of False Advertising | $_____ |
| Hoover's Future Profits Lost Because of False Advertising | $_____ |
| Corrective Advertising Required | $_____ |

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

5

<u>Alternative B</u> -- On Hoover's claim for unfair competition under Delaware law, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

**SPECIAL INTERROGATORY PURSUANT TO F.R.C.P. 39(c)**

For purposes of assisting the Court with respect to the scope of any injunction to be entered in this case, we the jury advise the Court that we find (by checking "yes" below) the following categories of advertising claims to be false and misleading:

|  | Yes | No |
|---|---|---|
| A. Dyson Vacuum Cleaners Never Lose Suction | ___ | ___ |
| B. Dyson Vacuum Cleaners Have Superior Suction Power | ___ | ___ |
| C. Dyson Vacuum Cleaners Do Not Rely On Filters | ___ | ___ |
| D. Dyson Vacuum Cleaners Do Not Clog | ___ | ___ |
| E. Dyson Vacuum Cleaners Pick Up More Dirt and/or Clean Better Than Other Vacuums | ___ | ___ |
| F. Other Vacuum Cleaners Do Not Work Properly | ___ | ___ |
| G. Dyson Vacuum Cleaners Are Approved For Allergy Sufferers and/or Are Hygienic | ___ | ___ |
| H. Dyson Vacuum Cleaners Generate Forces That Are 100,000 Times the Force of Gravity | ___ | ___ |
| I. Dyson Vacuum Cleaners Are Made of Liquid Steel | ___ | ___ |
| J. James Dyson Invented the Integral Hose and/or Cyclonic Technology | ___ | ___ |

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

8

# **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on April 2, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

>Garrard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004
>
>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)