IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-434-GMS ) ) ) ) ) |

**JOINT PROPOSED SPECIAL VERDICT FORM (PATENT)**

WE, THE JURY, unanimously find as follows:

**I.  INFRINGEMENT**

1. Do you find by a preponderance of the evidence that the Hoover "Fusion" vacuum cleaner infringes the following claim of the '515 patent?  (A "yes" answer to this question is a finding for Dyson.  A "no" answer is a finding for Hoover.)

   Claim 14     Yes_____          No_____

2. Do you find by a preponderance of the evidence that the Hoover "Fusion" vacuum cleaner infringes the following claims of the '748 patent?  (A "yes" answer to this question is a finding for Dyson.  A "no" answer is a finding for Hoover.)

   Claim 15     Yes_____          No_____

   Claim 16     Yes_____          No_____

   Claim 17     Yes_____          No_____

- 2 -

3. Do you find by a preponderance of the evidence that the Hoover "Fusion" vacuum cleaner infringes the following claims of the '008 patent? (A "yes" answer to this question is a finding for Dyson. A "no" answer is a finding for Hoover.)

    Claim 1  Yes_____  No_____

    Claim 2  Yes_____  No_____

    Claim 3  Yes_____  No_____

    Claim 7  Yes_____  No_____

    Claim 11  Yes_____  No_____

    Claim 23  Yes_____  No_____

    Claim 24  Yes_____  No_____

    Claim 25  Yes_____  No_____

## II. DAMAGES

4. The parties have agreed to the number of units sold and Hoover's net revenue from sales of the accused product. If you have found that the Hoover "Fusion" vacuum cleaner infringes at least one of the claims of the patents in suit, what percentage of Hoover's net revenue is Dyson entitled to as a reasonable royalty rate for Hoover's infringement?

    Royalty Rate  %_____

### III. WILLFUL INFRINGEMENT

5. If you have found that the Hoover "Fusion" vacuum cleaner infringes at least one of the claims of any of the patents in suit, do you find that Dyson has proven by clear and convincing evidence that Hoover's infringement was willful? (A "yes" answer to this question is a finding for Dyson. A "no" answer is a finding for Hoover.)

                Yes_____            No_____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS READY TO RENDER A VERDICT.**

Date: _____           _____
                                                                   Jury Foreperson