JUROR #:_____

## [REVISED] QUESTIONNAIRE FOR PROSPECTIVE JURORS

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By use of this questionnaire, the process of jury selection will be shortened.

Because the questionnaire is part of the jury selection process, the questions must be answered by you truthfully, under penalty of perjury, and you should fill out this questionnaire by yourself without consulting any other person.

The answers you give will be used only in this voir dire and trial process. It is not our purpose to intrude into your affairs or violate your privacy. If you wish to be questioned only in private about any question, please write the word "PRIVATE" by your answer. Please do not leave any space blank. If you have any questions or problems filling out this form, please advise the bailiff of the Court.

1. Name: _____    Age: _____
       *First*      *Middle or Maiden*    *Last*

2. Gender: ____Male    ____Female

3. What county do you live in? _____

4. Have you ever lived outside the United States?   ____Yes   ____No

5. How long have you lived at your current address?_____    Do you:  ___rent  OR  ___own?

6. Are you: ___Married  ___Living w/someone  ___Divorced/Separated  ___Never Married  ___Widowed

7. Do you have any children?   ____Yes   ____No

   If **YES**, please list their ages: _____

8. What is your current employment status? (Please check all that apply.)

   ___Employed Full-time         ___Employed Part-time        ___Retired          ___Full-time student

   ___Homemaker                  ___Unemployed                ___Self-employed    ___Disabled

   ___Other: _____(Please specify)

9. Please describe your current occupation. If unemployed, retired or a homemaker, please describe the last job you held outside the home.

   Employer: _____ Job title: _____

   What are the main duties of your job? _____

   How long have you held this position? _____

   Do you supervise people at work?   ____Yes   ____No  If so, how many?_____

JUROR #:_____

10. Please describe your spouse or significant other's current job. If he/she is unemployed, retired or a homemaker, please describe the last job he/she held outside the home:
    Employer: _____ Job title: _____
    Job duties/responsibilities: _____

11. Have you or a family member ever owned a business? ____Yes ____No
    If **YES**, who owned the business? _____ What type of business? _____
    _____
    Is the business still operating? ____Yes ____No

12. What is the highest level of education you have achieved?
    ____Less than high school education
    ____High school education/GED
    ____Trade school
    ____Some college
    ____Associates degree
    ____College graduate
    ____Some graduate work
    ____Graduate degree
    What degree, if any, did you receive? _____
    What were your favorite subjects in high school and/or major in college?_____
    Please describe any special training, certification and/or licenses you have attained: _____
    _____

13. Please indicate whether you or a member of your immediate family has any education, training, experience or special interest in each of the following:

    |  | Self | Family Member |
    |---|---|---|
    | Law | _____ | _____ |
    | Engineering | _____ | _____ |
    | Industrial Design | _____ | _____ |
    | Advertising | _____ | _____ |

    If you checked any of the above, please describe the person's education, training, experience or special interest: _____
    _____
    _____
    _____
    _____
    _____

**JUROR #:**_____

14. In 2006, what was your approximate household income? _____

15. When it comes to vacuum cleaners, would you say you know:
    ____More than most people   ____About the same as most people   ____Less than most people
    Please explain: _____
    _____

16. What characteristics of vacuum cleaners are most important to you? _____
    _____

17. Have you read or heard about the use of cyclonic technology in vacuum cleaners? ____Yes ____No
    If **YES**, have you read or heard a lot or just something? ____A lot ____Just something. What have you read or heard? _____
    _____

18. Have you read or heard anything about a company named Dyson? ____Yes ____No
    If **YES**, what have you read or heard? _____
    _____

19. Do you, a family member or anyone close to you have any personal or professional association with Dyson or its officers, directors or employees?
    ____Yes   ____No   If **YES**, please explain:_____
    _____

20. How would you rate your opinion of Dyson?
    ____Very favorable
    ____Somewhat favorable
    ____Unsure / No opinion
    ____Somewhat unfavorable
    ____Very unfavorable

21. Have you read or heard anything about a company named Hoover? ____Yes ____No
    If **YES**, what have you read or heard? _____
    _____

**JUROR #:**_____

22. Do you, a family member or anyone close to you have any personal or professional association with Hoover or its officers, directors or employees?

    ____Yes  ____No   If **YES**, please explain:_____

    _____

23. How would you rate your opinion of Hoover?

    ____Very favorable

    ____Somewhat favorable

    ____Unsure / No opinion

    ____Somewhat unfavorable

    ____Very unfavorable

24. Have you ever been or do you know any officer, director, or employee of any of Maytag Corporation, Techtronic Industries Co. or Whirlpool Corporation?  ____Yes  ____No   If **YES**, please explain:_____

    _____

25. Aside from possibly purchasing their products, have you, or any member of your family or close personal friend, had any business dealings with, owned stocks or bonds in or relied financially in any way on, any of Maytag Corporation, Techtronic Industries Co. or Whirlpool Corporation?  ____Yes  ____No   If **YES**, please explain:_____

    _____

26. Are you related to, or personally acquainted with, any of these individuals?

    James Dyson
    Gareth Evan Lyn Jones
    John C. Jarosz
    Kurt D. Harsh
    Robert Hecht
    Russel H. Boyer
    Nick M. Bosyj
    John W. Morrison
    [add other witnesses]

    ____Yes  ____No   If **YES**, please explain:_____

    _____

**JUROR #:**_____

27. Please review the following list of attorneys and law firms:

    Young Conaway Stargatt & Taylor, LLP

        C. Barr Flinn
        John W. Shaw
        Monté S. Squire

    Sullivan & Cromwell, LLP

        Garrard R. Beeney
        Richard C. Pepperman, II
        James T. Williams
        Adam R. Brebner

    Manatt Phelps & Phillips, LLP

        Steven F. Reich
        Jeffrey S. Edelstein
        John F. Libby
        Tamar Feder
        Christopher Cole

    Connolly Bove Lodge & Hutz, LLP

        Francis DiGiovanni
        Stephanie O'Byrne
        James D. Heisman

    Renner, Kenner, Greive, Bobak, Taylor & Weber

        Ray L. Weber
        Laura J. Gentilcore

    Winston & Strawn, LLP

        Kimball R. Anderson
        Anthony DiSarro
        Stephen P. Durchschlag
        Ronald Y. Rothstein
        Lisa J. Parker

    Have you, any member of your family, or any close personal friend, been employed at, represented by, or had business dealings or any other relationship with any of the above attorneys or law firms?
    ____Yes ____No    If **YES**, please explain:_____
    _____

28. Have you heard or read anything about a court case between Dyson and Hoover/Maytag related to patents or advertising, or do you otherwise have personal knowledge relating to this case?
    ____Yes ____No    If **YES**, please explain:_____
    _____

29. Have you read or heard about the Dyson line of vacuum cleaners? ____Yes ____No

    If **YES**, have you read or heard a lot or just something? ____A lot ____Just something

    What have you heard?_____

30. Have you or anyone in your immediate family ever purchased a Dyson vacuum cleaner?
    ____Yes ____No    If **YES**, how satisfied have you or your family been with the Dyson product?
    ____Very satisfied ____Somewhat satisfied ____Not satisfied
    Please explain: _____
    _____

**JUROR #:**_____

31. Have you read or heard about the Hoover line of vacuum cleaners? ____Yes ____No
    If **YES**, have you read or heard a lot or just something? ____A lot ____Just something

32. Have you or anyone in your immediate family ever purchased a Hoover vacuum cleaner?
    ____Yes ____No    If **YES**, how satisfied have you or your family been with the Hoover product?
    ____Very satisfied ____Somewhat satisfied ____Not satisfied
    Please explain: _____
    _____

33. On average, would you say that British companies are more technologically advanced than American companies, less technologically advanced, or have about the same level of technological sophistication?
    ___British companies are more technologically advanced    ___British companies are less technologically advanced
    ___British companies have about the same level of technological sophistication

34. Do you think that British companies usually have less respect for American law than American companies, more respect, or about the same?
    ____Less ____More ____Same. Please explain: _____
    _____

35. In court, would you tend to believe an American person's testimony less, more, or equally as compared with a British person's testimony?
    ____Less ____More ____Equally. Please explain: _____
    _____

36. Do you have any favorable or unfavorable opinions of people of English or British nationality or businesses headquartered in England? ____No Opinion ____Favorable Opinion ____Unfavorable Opinion
    Please explain: _____
    _____

37. Do you think that overall allowing foreign products into the American market helps or hurts the American economy?
    ____Greatly helps ____Somewhat helps ____Somewhat hurts ____Greatly hurts
    Please explain: _____
    _____

38. Do you agree that overseas manufacturing is taking too many jobs away from American workers?
    ___Strongly Agree ___Somewhat Agree ___Somewhat Disagree ____Strongly Disagree

**JUROR #:**_____

39. Have you or someone close to you ever applied for, or obtained, a patent? ____Yes ____No

    If **YES**, who? _____ Was the patent granted? ____Yes ____No

    Please explain: _____
    _____

40. Do you agree that granting patents on new inventions hurts innovation for new products?

    ___Strongly Agree  ___Somewhat Agree  ___Somewhat Disagree  ___Strongly Disagree

41. Do you believe that patents should exist? ____Yes ____No If **NO**, please explain: _____
    _____

42. Do you have strong views about laws intended to protect intellectual property such as patents? ____Yes ____No
    If **YES**, please explain: _____
    _____

43. Do you think that most companies compete fairly or unfairly with other companies?

    ____ All or nearly all compete fairly      ____ Most compete fairly
    ____ Most compete unfairly                  ____ All or nearly all compete unfairly

44. Do you think that foreign companies are more or less likely to compete unfairly than American companies?

    ____ Foreign companies are more likely to compete unfairly than American companies
    ____ Foreign companies are less likely to compete unfairly than American companies
    ____ No difference

45. Do you think advertising is generally truthful?

    ____ All or almost all truthful    ____ Mostly truthful    ____ Somewhat truthful
    ____ Mostly untruthful    ____ All or almost all untruthful

46. Does it bother you if a company exaggerates the positive qualities of its product?

    ____ Yes, it bothers me a great deal    ____ Yes, it bothers me somewhat
    ____ Yes, it bothers me a little bit    ____ No, it does not bother me

47. Do you agree or disagree with the following statement: appliances usually work as well as they are advertised to work?

    ____ Strongly agree    ____ Somewhat agree    ____ Somewhat disagree    ____ Strongly disagree

48. Do you have any experience, training or knowledge that would help you understand a case involving vacuum cleaners? ____Yes ____No    If **YES**, please explain:_____
    _____

**JUROR #:**_____

49. Have you, or has any member of your family, had any employment, education, training or experience in intellectual property licensing or patents? ____Yes ____No  If **YES**, please explain:_____
_____

50. Have you, or has any member of your family, ever been involved in research and development work? ____Yes ____No  If **YES**, please explain:_____
_____

51. Have you, or has any member of your family, ever been involved in any dispute regarding a patent or invention? ____Yes ____No  If **YES**, please explain:_____
_____

52. Have you ever been involved in a lawsuit as a plaintiff, defendant, witness or juror? ____ Plaintiff ____ Defendant ____ Witness ____ Juror? If you checked any of the above, please explain your role, the circumstances of the lawsuit(s), and the outcome(s):_____
_____
_____

53. Do you think the amount of money juries have been awarding lately in civil lawsuits is too high, too low, or about right? ____Too High ____Too Low ____About Right ____No Opinion

54. The trial is expected to take nine days to try. The schedule the Court expects to maintain over those nine days will be as follows: The day will begin at 9:00 a.m. promptly. We will go until 1:00 p.m. and, after a one hour break for lunch, from 2:00 p.m. to 4:30 p.m. There will be a fifteen minute break at 11:00 a.m. and another fifteen minute break at 3:15p.m. One exception to this schedule may occur when the case is submitted to those of you who are selected to serve as jurors for your deliberation. On that day, the proceedings might last beyond 4:30 p.m. Does the length of this trial or the schedule contemplated by the Court present a special problem to you?

    ____Yes ____No  If **YES**, please explain:_____
_____

55. Do any of you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case? ____Yes ____No  If **YES**, please explain: _____
_____

56. Do any of you know any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and the Court's instructions as to the law?

    ____Yes ____No  If **YES**, please explain:_____
_____

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on April 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, Delaware 19801

I further certify that on April 2, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Ray L. Weber, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308

>Kimball R. Anderson, Esquire
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60601-9703

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/
>
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>*Attorneys for Dyson Technology Limited*
>*and Dyson, Inc.*