# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ADAM W. POFF
DIRECT DIAL: 302-571-6642
DIRECT FAX:   302-576-3326
apoff@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 11, 2007

**BY CM/ECF AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
The United States District Court
for The District of Delaware
844 King Street
Wilmington, DE 19801

   Re: <u>Dyson Technology Ltd. and Dyson, Inc. v. Maytag Corp., C.A. No. 05-434-GMS</u>

Dear Dr. Dalleo:

  Enclosed with this letter please find a courtesy copy of Plaintiffs' corrected Pretrial Brief, which was filed today. The original brief filed by Plaintiffs was longer than fifteen pages, as the result of late formatting changes done to comply with the Court's line spacing requirements. The corrected Pretrial Brief reflects deletions made to comply with the page limitation and contains no additional content.

  If you have any questions about the foregoing, counsel for Plaintiffs are available at the Court's convenience.

                 Respectfully submitted,

                 Adam W. Poff (No. 3990)

AWP

cc: Frank DiGiovanni, Esquire