# SCHEDULE 5

**Dyson v. Maytag**
**05cv434**

## LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
### (4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX1[1] | United States Patent No. 4,643,748 | | |
| PX2 | United States Patent No. 4,853,008 | | |
| PX3 | United States Patent No. 4,826,515 | | |
| PX4 | Organizational charts related to the marketing and engineering departments of Hoover | | |
| PX5 | Nova Preliminary Specifications (dated 03/10/03) | MAY003958 – MAY003962 | |
| PX6 | E-mail string dated 07/24/03 from Russ Boyer to Bob Hecht re: Nova Specifications | MAY003955 | |
| PX7 | E-mail string dated 08/14/03 from Erik Lesco to Bob Hecht, Nick Bosyj, Kurt Harsh and others re: Nova cyclone principle | MAY003976 – MAY003980 | |
| PX8 | E-mail dated 09/02/03 from Bob Hecht to Thomas Yu re: call Tuesday evening China time | MAY003928 | |
| PX9 | Harsh Nova Testing Notebooks | MAY000613 – MAY001095 | |
| PX10 | Hoover Fusion Dirt Cup (pre-modification) | | |
| PX11 | E-mail dated 02/23/04 from Nick Bosyj to Ron Stephens, Bob Hecht, Kurt Harsh and others re: Nova-Cyclone model | MAY001304 | |
| PX12 | Nova Preliminary Specifications (updated 02/19/04) | MAY003909 – MAY003913 | |
| PX13 | Nova Preliminary Specifications (revised 05/17/04) | MAY003835 – MAY003839 | |
| PX14 | E-mail dated 10/05/04 from Nick Bosyj to Florence re: Nova-TOC issues (and attachment) | MAY000518 – MAY000522 | |
| PX15 | Handwritten Notes | MAY003229 | |
| PX16 | Upright Brand Share – Dollars | | |
| PX17 | E-mail string dated 08/06/03 from Bob Hecht to Tom Kingsbury re: Nova LOI and Development Agreement | MAY015785 – MAY015787 | |
| PX18 | E-mail dated 08/17/03 from Bob Hecht to Lon Haidet and others re: Nova | MAY003975 | |
| PX19 | E-mail string dated 01/18/04 from Bob Hecht to Russ Boyer re: Nova BOI Data Sheet | MAY003933 | |
| PX20 | E-mail string dated 08/23/03 from Bob Hecht to Russ Boyer re: Nova Project | MAY003971 | |
| PX21 | Handwritten Notes | MAY003957 | |
| PX22 | Nova Preliminary Specifications (updated 09/11/03) | MAY003923 – MAY003927 | |

---

[1] Maytag reserved all objections as to hearsay to Dyson's Exhibits 1-242, which relate to the patent claims. Dyson does not agree that Maytag is entitled to reserve a blanket objection to over two-hundred exhibits. Such practice unduly interferes with the orderly exchange of exhibit objections.

**Dyson v. Maytag**
**05cv434**

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX23 | E-mail dated 09/23/03 from Bob Hecht to Frank Whitman re: Flair (Stingray), Fox-C, Elvis, Zephyr, Odessy, Turtle and Nova | MAY003949 – MAY003951 | |
| PX24 | E-mail dated 10/31/03 from Nick Bosyj to Florence and others re: Nova-issues from VC Oct. 29, 2003 | MAY003929 | |
| PX25 | E-mail string dated 11/12/03 from John Morrison to Bob Hecht and others re: Nova Patent Issues | MAY003946 – MAY003947 | |
| PX26 | E-mail string dated 11/09/03 from Chris Marshall to Dave Baker and others re: Nova Supply Agreement – Additional Changes | MAY003399 – MAY003402 | |
| PX27 | E-mail string dated 03/01/05 from Bob Hecht to Nick Bosyj re: Nova videoconference 28 Feb 05 at 8:00pm | MAY004815 – MAY004816 | |
| PX28 | E-mail dated 04/02/05 from Pat Goldsmith to Russ Boyer and others re: Meeting Minutes–Fusion (Nova) Conference Call – 03/31/05 | MAY003680 – MAY003681 | |
| PX29 | E-mail dated 04/02/05 from Florence to John Canty re: Nova BOM pricing (and attachment) | MAY002976 – MAY002987 | |
| PX30 | Wal-Mart Presentation (dated 07/29/04) | MAY003012 – MAY003016 | |
| PX31 | Request for Expenditure:  Final | MAY002973 – MAY002975 | |
| PX32 | E-mail string dated 11/03/04 from Russ Boyer to Nick Bosyj re: Wal-Mart Nova Plan | MAY003375 – MAY003376 | |
| PX33 | E-mail dated 10/06/04 from Russ Boyer to Nick Bosyj and others re: Fusion (Nova) at Wal-Mart | MAY001269 | |
| PX34 | E-mail dated 05/18/05 from Bob Hecht to various people at Hoover/ Maytag re: Daily and accumulated production of Nova with container pickup | MAY003231 | |
| PX35 | E-mail string dated 05/10/04 from Russ Boyer to Greg Duplin re: Nova | MAY003906 – MAY003907 | |
| PX36 | E-mail dated 08/22/03 from Russ Boyer to Bob Hecht, Lon Haidet and Erik Lesco re: Nova Project | MAY003972 | |
| PX37 | E-mail string dated 08/23/03 from Bob Hecht to Russ Boyer re: Nova Project | MAY003971 | |
| PX38 | E-mail dated 08/25/03 from Russ Boyer to John Morrison and Jackson Wegelin re: Cyclonic Upright | MAY003956 | |
| PX39 | Dyson Patents | MAY017194 – MAY017301 | |
| PX40 | E-mail string dated 11/13/04 from John Morrison to Bob Hecht re: Nova Patent Issues.  Project still on HOLD | MAY003946 | |
| PX41 | E-mail dated 01/16/04 from Nick Bosyj to John Morrison re: Nova– Patent Issues that need your | MAY003935 | |

Dyson v. Maytag
05cv434

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX42 | E-mail string dated 05/13/04 from Bob Hecht to Nick Bosyj re: Nova Specification | MAY003895 – MAY003896 | |
| PX43 | Right to Manufacture and Novelty of Disks and First Stage Filter (dated 04/27/05) | MAY000425 – MAY000432 | |
| PX44 | Right to Manufacture and Novelty of Dust Collection Chamber Width for Nova Cleaner (dated 04/15/05) | MAY000444 – MAY000449 | |
| PX45 | E-mail dated 06/29/05 from Russ Boyer to Sid Hartman re: Dyson Suit Against Fusion | WM2006–11772C000206 | |
| PX46 | E-mail dated 08/27/03 from Russ Boyer to Bob Hecht and Nick Bosyj re: Nova Project | MAY003954 | |
| PX47 | E-mail dated 09/02/03 from Bob Hecht to Thomas Yu re: Call Tuesday Evening China time | MAY003928 | |
| PX48 | E-mail dated 05/13/04 from Russ Boyer to Bob Hecht re: Nova Specification | MAY003894 | |
| PX49 | E-mail string dated 08/11/04 from Russ Boyer to Roy Dauzat re: Wal-Mart Nova Plan | MAY003864 – MAY003865 | |
| PX50 | Nova Estimated Volumes & Prices | MAY003414 – MAY003418 | |
| PX51 | Hoover Project Brief: Nova Hang Tag | MAY001272 | |
| PX52 | E-mail string dated 01/24/05 from Pat Goldsmith to Russ Boyer re: Nova (Fusion) Incentive Proposal | MAY003792 – MAY003793 | |
| PX53 | E-mail string dated 01/14/05 from Russ Boyer to Tad Schimmelpfennig re: Nova Ascension Schedule and Shipment Requirements | MAY003816 – MAY003819 | |
| PX54 | E-mail dated 01/20/05 from Russ Boyer to Jeff Felker re: Fusion on the Website | MAY004214 | |
| PX55 | E-mail dated 01/24/05 from Chris Marshall to Mr. Qian re: Nova Project (and attachment) | MAY003777 – MAY003778 | |
| PX56 | E-mail dated 04/07/05 from Pat Goldsmith to Russ Boyer and others re: Meeting Minutes– Fusion (Nova) Conference Call – 04/06/05 | MAY003677 – MAY003678 | |
| PX57 | E-mail dated 05/11/05 from Russ Boyer to Dave Baker re: Nova (Fusion) Update | MAY002988 | |
| PX58 | Nova Preliminary Specifications (updated 9/11/03) | MAY000615 – MAY000623 | |
| PX59 | Nova Preliminary Specifications (updated 02/19/04) | MAY003915 – MAY003919 | |
| PX60 | Consumers Review Cordless Upright/Robotic Vacuum Concepts (May 2004) | MAY071600 – MAY071618 | |
| PX61 | E-mail string dated 05/10/04 from Russ Boyer to Greg Duplin re: Nova | MAY071405 – MAY071406 | |

Dyson v. Maytag
05cv434

## LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX62 | E-mail string dated 05/14/04 from Russ Boyer to David Cotsmire and Mark Hetrick re: Target Visit Quick Intelligence | MAY071526 – MAY071529 | |
| PX63 | E-mail string dated 09/02/04 from Janel Dufek to Russ Boyer re: Nova Positioning | MAY079092 – MAY079093 | |
| PX64 | Hoover Fusion Box | | |
| PX65 | Ethnography Insights and Suggestions MGPD Meeting (May 2004) | MAY074662 – MAY074665 | |
| PX66 | E-mail string dated 09/25/04 from Russ Boyer to Dave Baker and Duane Peiffer re: Meeting with Sid April 15, 2004 Notes | MAY080547 – MAY080548 | |
| PX67 | E-mail dated 10/06/04 from Russ Boyer to Nick Bosyj and others re: Fusion (Nova) at Wal-Mart | MAY043456 – MAY043457 | |
| PX68 | The New Hoover Fusion Launch Plan | MAY004254 – MAY004273 | |
| PX69 | E-mail dated 11/10/03 from Nick Bosyj to Florence re: Nova–testing of cyclone dirt cup | MAY001289 | |
| PX70 | E-mail dated 07/27/03 from Nick Bosyj to Sherry re: Nova testing (and attachments) | MAY000503 – MAY000513 | |
| PX71 | E-mail string dated 01/19/05 from Nick Bosyj to David Kumpf re: Invitation: Nova Safety Review #3 | MAY004799 – MAY004800 | |
| PX72 | E-mail dated 04/07/05 from Pat Goldsmith to Russ Boyer and others re: Meeting Minutes – Fusion (Nova) Conference Call | MAY003677 – MAY003678 | |
| PX73 | E-mail dated 11/18/05 from Russ Boyer to Bob Bauman and others re: Fusion Derivatives for Sam's Club and Home Depot | MAY004089 | |
| PX74 | Prototypes Ltd. memorandum (dated 09/12/84) | DYS002175 – DYS002202 | |
| PX75 | E-mail dated 04/02/05 from Sharon Liang to Chris Marshall re: Nova Service Parts List (and attachment) | MAY002996 – MAY003006 | |
| PX76 | Maytag Corporation's Response to Interrogatory No. 18 | | |
| PX77 | Hoover Fusion Owner's Manual (Exhibit 1 to Jones Expert Report) | | |
| PX80 | Photographs showing position of air inlet relative to outer container on the Hoover Fusion (Exhibit 5 to Jones Expert Report) | | |
| PX81 | Photographs showing orientation of dirty air inlet to the outer container on the Hoover Fusion (Exhibit 6 to Jones Expert Report) | | |

Dyson v. Maytag
05cv434

## LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
### (4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX82 | Extract from Hoover Fusion's Owner's Manual showing circular cross section of outer container (Exhibit 7 to Jones Expert Report) | | |
| PX85 | Photograph showing the cone-shaped cyclone of the Hoover Fusion (Exhibit 10 to Jones Expert Report) | | |
| PX87 | Photographs of the inner cyclone of the Hoover Fusion (Exhibit 12 to Jones Expert Report) | | |
| PX88 | Photograph of the inner cyclone of the Hoover Fusion (Exhibit 13 to Jones Expert Report) | | |
| PX89 | Photograph of air outlet from inner cyclone of the Hoover Fusion (Exhibit 14 to Jones Expert Report) | | |
| PX90 | Photograph of the dirt collecting chamber on the Hoover Fusion (Exhibit 15 to Jones Expert Report) | | |
| PX93 | Photograph of the disc on the outside of the cyclone of the Hoover Fusion (Exhibit 19 to Jones Expert Report) | | |
| PX94P | Photograph showing location of disc on cyclone of the Hoover Fusion (Exhibit 20 to Jones Expert Report) | | |
| PX95 | Photograph illustrating location of the disc on the Hoover Fusion (Exhibit 21 to Jones Expert Report) | | |
| PX96 | Photograph showing where disc is located relative to the shroud and the dirt receiving chamber on the Hoover Fusion (Exhibit 22 to Jones Expert Report) | | |
| PX98 | Photograph showing details of the disc on the Hoover Fusion (Exhibit 24 to Jones Expert Report) | | |
| PX99 | Photograph showing location of the shroud on the Hoover Fusion (Exhibit 26 to Jones Expert Report) | | |
| PX100 | Photograph showing location of shroud in relation to air inlet to the cyclone on the Hoover Fusion (Exhibit 27 to Jones Expert Report) | | |
| PX101 | Photograph showing fixings at the bottom of the shroud on the Hoover Fusion (Exhibit 28 to Jones Expert Report) | | |
| PX102 | Photograph showing the disc provided on the shroud of the Hoover Fusion (Exhibit 29 to Jones Expert Report) | | |
| PX103 | Photographs illustrating test conducted on the Dirty Air Inlet of the Outer Container (Exhibit 30 to Jones Expert Report) | | |

Dyson v. Maytag
05cv434

### LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX104 | Photograph illustrating test to determine the orientation of the dirty air inlet to the outer container (Exhibit 31 to Jones Expert Report) | | |
| PX105 | Dyson UK/US Bilateral Audit | DYS036038 – DYS036052 | |
| PX106 | Fusion Launch (dated 01/13/05) | MAY002368 – MAY002413 | |
| PX107 | Hoover Fusion, Nova Gate 2/3 Review (dated 11/05/04) | MAY023881 – MAY023904 | |
| PX108 | The New Hoover Fusion Launch Plan | MAY095031 – MAY095052 | |
| PX109 | Defendant Maytag Corporation's Supplemental Answer to Interrogatory No. 17 | | |
| PX110 | Request for Final Expenditure | MAY002973 – MAY002975 | |
| PX111 | Fusion–Nova Project Marketing Feature Line Chart | MAY004889 – MAY004890 | |
| PX112 | Maytag Corporation Form 10-K (filed 02/10/2006) | | |
| PX113 | 1987 Dyson–Iona Technology Transfer Agreement | DYS003007 – DYS003056 | |
| PX114 | 1991 Dyson–S.C. Johnson Agreement | DYS002035 – DYS002089 | |
| PX115 | 1991 Dyson–Iona–Amway License Agreement | DYS002090 – DYS002118 | |
| PX116 | Nova–Cyclone Planning Document | MAY003325 – MAY003339 | |
| PX117 | Nova–Cyclone Export Model Cash Flow Statement | MAY003336 | |
| PX118 | Nova–Cyclone Basis of Interest – Gate 1 | MAY003412 | |
| PX119 | Nova Program Financial Analysis | MAY003414 – MAY003418 | |
| PX120 | Nova Planning Document | MAY003431 – MAY003439 | |
| PX121 | Handwritten Notes (01/13) | MAY003340 | |
| PX122 | Hoover Ops review for 5_2_05 presentation.xls | | |
| PX123 | E-mail string dated 08/11/04 from Russ Boyer to Roy Dauzat re: Wal-Mart Nova Plans | MAY003864 – MAY003865 | |
| PX124 | E-mail string dated 01/19/05 from Nick Bosyj to David Kumpf re: Invitation: Nova Safety review #3 | MAY004799 – MAY004800 | |
| PX125 | E-mail dated 02/03/04 from Nick Bosyj to Rob Stephens and others re: Nova–Cyclone Model | MAY001304 | |
| PX126 | Hoover Fusion, Nova Upright Project | MAY003380 – MAY003381 | |
| PX127 | Hoover SBU | WHIRL000035 – WHIRL000038 | |
| PX128 | David Baker, Marketing Presentation | MAY003460.829– MAY003460.845 | |
| PX129 | Hoover Additional Background Materials | WHIRL000160 – WHIRL000200 | |
| PX130 | US Market Update (12/22/04) | DYS005775 – DYS005792 | |
| PX131 | MGPP–MKT–2006–2009 first draft.xls | | |
| PX132 | E-mail dated 01/20/05 from Russ Boyer to Jeff Felker re: Fusion on the Website | MAY004214 | |

Dyson v. Maytag
05cv434

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX133 | E-mail dated 10/06/04 from Russ Boyer to Nick Bosyj and others re: Fusion (Nova) at Wal-Mart | MAY001269 – MAY001270 | |
| PX134 | Hoover Upright Vacuum Cleaners Presentation Slides | | |
| PX135 | US Market Overview (11/23/04) | DYS005795 – DYS005809 | |
| PX136 | Mercury Gate 1 BOI | | |
| PX137 | Uprights–Brand Share | MAY078552 – MAY078560 | |
| PX138 | E-mail string dated 01/14/05 from Russ Boyer to Tad Schimmelpfennig re: Nova Ascension Schedule and Shipment Requirements | MAY003816 – MAY003819 | |
| PX139 | E-mail dated 06/24/03 from Jon Manke to Sid Hartman re: Hoover article 6.15.03 | WM2006–11772 C000209 – WM2006–11772 C000212 | |
| PX140 | Mintel Consumer Intelligence, Vacuum Cleaners | DYS036086 – DYS036187 | |
| PX141 | Wal-Mart Hoover Fusion Promotion | WM2006-11772 C000133 – WM2006-11772 C000136 | |
| PX142 | Wal-Mart Hoover Fusion Launch Plan | WM2006-11772 C000140 – WM2006-11772 C000155 | |
| PX143 | Upright Vacuum Attribute Importance | WM2006-11772 C000193 | |
| PX144 | Resume of John C. Jarosz (Tab 1 to Jarosz Expert Report) | | |
| PX149 | Maytag Corporation Income Statement, FY2001 – FY2005 (Tab 9 to Jarosz Expert Report) | | |
| PX150 | Dyson Group Income Statement (Tab 10 to Jarosz Expert Report) | | |
| PX151 | Fusion Product Income Statement (Tab 11 to Jarosz Expert Report) | | |
| PX154 | Dyson–Apex License Agreement | DYS001891 – DYS001911 | |
| PX155 | Dyson–Iona Technology Transfer Agreement | DYS001912 – DYS001944 | |
| PX156 | Dyson–Iona Umbrella Agreement | DYS002930 – DYS002954 | |
| PX157 | Dyson–Iona Technology Transfer Agreement | DYS001945 – DYS001979 | |
| PX158 | Dyson–Vax Appliances Patent License | DYS001980 – DYS002006 | |
| PX159 | Dyson–S.C. Johnson & Son Patent License | DYS002007 – DYS002034 | |
| PX160 | Dyson–Iona U.K. Technology Transfer Agreement | DYS002955 – DYS003006 | |
| PX161 | Dyson–Amway Option and Exclusive License Agreement | DYS001783 – DYS001820 | |
| PX162 | Dyson–Amway Addendum to Option and Exclusive License Agreement | DYS001853 – DYS001855 | |
| PX163 | Dyson–Alco Agreement | DYS01911.011 – DYS01911.013 | |
| PX164 | Dyson Alco License Agreement | DYS01911.014 – DYS01911.041 | |
| PX165 | Dyson–Amway Settlement Agreement and Release of Claims | DYS002119 – DYS002160 | |

Dyson v. Maytag
05cv434

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX166 | Airpower Vacuum Cleaner Company – Rotork Agreement | DYS001746 – DYS001764 | |
| PX167 | Dyson–Amway Termination and Settlement Agreement | DYS001862 – DYS001873 | |
| PX168 | Household Appliance Technology License Agreements (Tab 15 to Jarosz Expert Report) | | |
| PX169 | Licensing–Out Royalty Rates by Industry (Tab 16 to Jarosz Expert Report) | | |
| PX170 | Licensing–In Royalty Rates by Industry (Tab 17 to Jarosz Expert Report) | | |
| PX171 | Median Running Royalty Rates Licensing Out (Tab 18 to Jarosz Expert Report) | | |
| PX172 | Median Running Royalty Rates Licensing In (Tab 19 to Jarosz Expert Report) | | |
| PX173S | SIC Code 363:  Household Appliances Net Sales (Tab 20 to Jarosz Expert Report) | | |
| PX174 | SIC Code 363:  Household Appliances Operating Income Before Depreciation (Tab 21 to Jarosz Expert Report) | | |
| PX175 | SIC Code 363:  Household Appliances Operating Margin Before Depreciation (Tab 22 to Jarosz Expert Report) | | |
| PX176 | Prejudgment Interest Factors (Tab 23 to Jarosz Expert Report) | | |
| PX177 | Expert Report of Alex L. Constable | | |
| PX178 | Defendant Maytag Corporation's Supplemental Answer to Interrogatory No. 17 | | |
| PX179 | TTA/Royal–Hoover Patent Cross–License Agreement | | |
| PX180 | Hoover–Bissell Settlement and License Agreement and Mutual Release | | |
| PX181 | Hoover–Bissell Settlement and License Agreement and Mutual Release | | |
| PX182 | Affidavit of Charles D. DeGraff | | |
| PX183 | Expert Report of Charles D. DeGraff | | |
| PX184 | Charles DeGraff Comments Regarding the Dyson Reply Brief for a Preliminary Injunction | CDD564 – CDD571 | |
| PX185 | Maytag Corporation's Responses to Interrogatory 18 | | |
| PX186 | DeGraff Drawing and Notes ('748 patent) | CDD286 – CDD288 | |
| PX187 | Order Construing the Terms of U.S. Patent Nos. 4,643,748, 4,826,515, 4,858,008, and 4,858,038 | | |
| PX188 | Drawings of Mach 3/5 Dirtcup | CDD623 – CDD628 | |
| PX189 | Aug 2005 DeGraff Notes | CDD617 – CDD622 | |

Dyson v. Maytag
05cv434

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX190 | DeGraff Drawing ('515 patent) | CDD614 | |
| PX191 | Amended Joint Submission of Claim Construction Chart | | |
| PX192 | DeGraff Notes ('008 patent) | CDD305 – CDD307 | |
| PX193 | DeGraff Notes ('515 patent) | CDD401 – CDD403 | |
| PX194 | U.S. Patent No. 4,826,515 | | |
| PX195 | U.S. Patent No. 4,853,008 | | |
| PX196 | U.S. Patent No. 4,643,748 | | |
| PX197 | Prosecution history file for U.S. Patent Application 07/224,694 (filed 07/27/88) | DYS001132 – DYS001205 | |
| PX198 | Prosecution history file for U.S. Patent Application 06/832,370 (filed 02/24/86) | DYS001206 – DYS001255 | |
| PX199 | Prosecution history file for U.S. Patent Application 06/274,252 (filed 06/16/81) | DYS000997 – DYS001131 | |
| PX200 | Prosecution history file for U.S. Patent Application 06/452,917 (filed 12/27/82) | DYS000868 – DYS000990 | |
| PX201 | Prosecution history file for U.S. Patent Application 06/628,346 (filed 07/06/84) | DYS000561 – DYS000867 | |
| PX202 | Prosecution history file for U.S. Patent Application 07/164,067 (filed 03/03/88) | DYS001496 – DYS001713 | |
| PX203 | Dust collecting and receiving chamber of the modified Hoover Fusion | | |
| PX204 | Dirt Cup of the unmodified Hoover Fusion | | |
| PX205 | Tape of 11/19/95 interview of Mike Rutter (Vice President, Hoover Europe) on the British television show called "The Money Programme" (Transcript is Exhibit 1 to Affidavit of James Dyson) | | |
| PX206 | Iona Fantom unit | | |
| PX207 | Dyson DC01 unit | | |
| PX208 | Dyson DC01 cyclone pack cutaway | | |
| PX209 | Fusion Launch (dated 01/13/05) | MAY002368 – MAY002413 | |
| PX210 | E-mail dated 04/02/05 from Sharon Lang to Chris Marshall re: Nova Service Parts List (and attachment) | MAY002996 – MAY003006 | |
| PX211 | E-mail dated 05/18/05 from Bob Hecht to Nick Bosyj and others re: Daily and accumulated production of Nova with container pickup | MAY003231 | |
| PX212 | Hoover SBU 2006 Plan | | |
| PX213 | Nova Intellectual Property Indemnity Agreement | MAY002967 – MAY002969 | |
| PX214 | Nova Development Agreement | MAY002957 – MAY002966 | |
| PX215 | Nova Letter of Intent | MAY002970 – MAY002972 | |
| PX216 | Nova Supply Agreement | MAY002916 – MAY002956 | |
| PX217 | Product Evaluation Program (US1800–900 Fusion Upright) | MAY003261 – MAY003265 | |
| PX218 | Purchase and Sale Agreement (dated as of 12/06/06) | MAY148918 – MAY148995 | |
| PX219 | Schedule 4.12 (Proceedings) | MAY148669 | |

**Dyson v. Maytag**
**05cv434**

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
**(4/2/07)**

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX220 | Asset Transfer Agreement (dated as of 01/30/07) | MAY149016 – MAY149071 | |
| PX221 | Amendment No. 1 to Purchase (dated as of 01/30/07) | MAY148996 – MAY149015 | |
| PX222 | Chart of Fantom Units Sold | DYS003242 | |
| PX223 | SF 7 Sales for USA and Canada | DYS003421 | |
| PX224 | Accountant's Report on Quarterly Royalty Payments by Amway | DYS004085 – DYS004089 | |
| PX225 | Amway CMS 2000 Royalty Statements | DYS004027 – DYS004063 | |
| PX226 | Mercury Gate Review _____0405 | | |
| PX227 | Wal*Mart/Hoover Presentation (04/21/05) | | |
| PX228 | Expert Report of John C. Jarosz | | |
| PX229 | Expert Report of Gareth Evan Lyn Jones | | |
| PX230 | Scout Residential Floor Care Top-Line Report, 1st Quarter 2005, Equifax Marketing Services | | |
| PX231 | Robert Goldscheider, John Jarosz and Carla Mulhern, "Use of the 25 Per Cent Rule in Valuing IP," V37 N4 LES NOUVELLES 123 (December 2002) | | |
| PX232 | Daniel Burns, "DCF Analyses in Determining Royalties," V30 N3 LES NOUVELLES 165 (September 1995) | | |
| PX233 | John C. Jarosz and Michael J. Chapman, "Application of Game Theory to Intellectual Property Royalty Negotiations," in LICENSING BEST PRACTICES:  STRATEGIC, TERRITORIAL, AND TECHNOLOGY ISSUES (Wiley 2006) | | |
| PX234 | Draft Expert Report of Charles DeGraff (as of 01/11/07) | CDD346 – CDD364 | |
| PX235 | Draft Expert Report of Charles DeGraff (as of 01/09/07) | CDD365 – CDD382 | |
| PX236 | Draft Expert Report of Charles DeGraff (as of 01/09/07) | CDD383 – CDD400 | |
| PX237 | Assignment of Interest | DYS004888 – DYS004895 | |
| PX238 | USPTO Reel/Frame 004564/0597 – Assignment of Interest | | |
| PX239 | USPTO Reel/Frame 004915/0212 – Assignment of Interest | | |
| PX240 | USPTO Reel/Frame 016069/0433 – Change of Name | | |
| PX241 | Hoover Fusion vertical cutaway cyclone pack | | |
| PX242 | Hoover Fusion horizontal cutaway bin | | |
| PX243 | Mercury Gate 1BOI – Marketing Plan VOC (Baker No. 1) | MAY003460.675-MAY003460.724 | DX352 |
| PX244 | Hoover Marketing Information (dated 7/24/2004) (Baker No. 2; Duplin No. 9) | MAY027293-MAY027327 | DX353 |
| PX245 | David Baker Marketing Material (Baker No. 3) | MAY003460.829-MAY003460.845 | DX354 |

Dyson v. Maytag
05cv434

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
**(4/2/07)**

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX246 | Uprights 2001 through 2004 (Baker No. 4) | MAY024944-MAY024945 | DX355 |
| PX247 | Hoover Additional Background Materials (Baker No. 5) | WHIRL000160-WHIRL000200 | DX356 |
| PX248 | Introducing the New Hoover Orion (Baker No. 8) | MAY095353-MAY095370 | DX359 |
| PX249 | Updated Press Materials (dated 9/27/2005) | PAI000098-PAI000099 | DX360'' |
| PX250 | Marketplace Situation & Brand Health (dated 6/2/2005) (Baker No. 10) | MAY043085-MAY043087 | DX361 |
| PX251 | Hoover to Dyson: It's On Now (Baker No. 11) | | DX362 |
| PX252 | E-mail attaching slide for Aug. 17 presentation (dated 8/11/2005) (Baker No. 17) | MAY019501-MAY19504 | DX368 |
| PX253 | Hoover 2003 Media Executive Summary (Baker No. 18) | Element 79-000668-Element 79-000677 | DX369 |
| PX254 | Hoover SBU (dated 8/9/2004) (Baker No. 19) | MAY022212-MAY022228 | DX370 |
| PX255 | World's First Sport Utility Vacuum (dated 12/13/2005) (Baker (30)(b)(6) No. 5) | DYS009564-DYS009569 | DX379 |
| PX256 | Resumé (Balough No. 1) | | DX330 |
| PX257 | Summary ASTM F11 Committee For Vacuum Cleaners October 2004 (Balough No. 3) | MAY087270-MAY087271 | DX332 |
| PX258 | Letter with attachment (Balough No. 5) | MAY048542-MAY048548 | DX334 |
| PX259 | F11.21.08 Alternate Methods for Evaluating Carpet Embedded Dirt Removal Effectiveness (Balough No. 7) | ASTM000120-ASTM000121 | DX336 |
| PX260 | ASTM Standard Specification for Test Carpets and Pads for Vacuum Cleaner Testing F655-03 (Balough No. 9) | MAY012263-MAY012265 | DX338 |
| PX261 | ASTM F11, Task Group 21.01 (Balough No. 11) | MAY049664-MAY049667 | DX340 |
| PX262 | F11.21.01 Carpet Standards Recommendation (Balough No. 12) | MAY049616-MAY049617 | DX341 |
| PX263 | History of F608 (dated 3/22/2001) (Balough No. 13) | MAY101206-MAY101208 | DX342 |
| PX264 | Summary of Development of Lab Carpet Cleaning – Test Method in ASTM F11.20.01 and F11.21 (3/4/1976) (Balough No. 14, 16) | MAY049539-MAY049556; MAY050650-MAY050693 | DX343-DX345 |
| PX265 | ASTM – Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners 558-03 (Balough No. 17) | MAY006774-MAY006788 | DX346 |
| PX266 | Negatives and Comments for the Concurrent Sub and Main Committee Electronic Ballot F11 - Standard Test Method for Determining Initial, Fractional, Filtrational, Filtration Efficiency of a Vacuum Cleaner System (Balough No. 19) | MAY046720-MAY046722 | DX348 |
| PX267 | Executive Report on Recent ASTM and IEC Activities (dated 5/20/2005) (Balough No. 20) | MAY058629-MAY058632 | DX349 |
| PX268 | E-mail Re: differences between ASTM and IEC Embedded Dirt Procedures (dated 1/20/2005) (Balough No. 22) | MAY077330-MAY077331 | DX351 |
| PX269 | F11.22.06 Sustained Performance (IEC Method) Scope to Review Performance Procedure and to Feedback Comments on this Procedure to F11.22 Subcommittee (Balough No. 23) | MAY088819-MAY088824 | |
| PX270 | Expert Report of Victor Polansky (Battema No. 1) | None | DX430 |

**Dyson v. Maytag**
**05cv434**

### LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX271 | ASTM – Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners F558-06 (Battema No. 2, Essex No. 10) | None | DX130, 431 |
| PX272 | ASTM – Standard Practice for Presenting Selected Information on Vacuum Cleaners for Consumer Use F1411-01 (Reapproved 2006) (Battema No. 3) | None | DX432 |
| PX273 | Battema Expert Report (Battema No. 4) | None | DX433 |
| PX274 | Hoover Air Performance Testing with Dust Loading (dated 5/22/2006 – 5/25/2006) (Battema No. 5) | CCI016299-CCI016329 | DX434 |
| PX275 | ASTM – Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners F608-03 (Battema No. 6, Balough No. 8) | MAY005846-MAY005859 | DX435 |
| PX276 | Hoover Cleaning Effectiveness Testing at Reduced Suction (4/25/2005 – 5/13/2005) (Battema No. 7, Hummel No. 11, Miller 30(b)(6) No. 11) | MAY014096-MAY014212 | DX436 |
| PX277 | Testing Dyson DC07 Bagless Upright (dated 5/12/2006) (Battema No. 8) | Oreck-3685-    Oreck-3686 | DX437 |
| PX278 | Report No. 3096835CRT-001 Air Performance Testing on One Upright Vacuum Cleaner when Loaded with Dust (dated 5/17/2006) (Battema No. 9) | None | DX438 |
| PX279 | Report No. 3089887CRT-004 Air Performance Testing on Two Upright Vacuum Cleaners when Loaded with Dust (dated 2/6/2006) (Battema No. 11) | None | DX440 |
| PX280 | Report No. 3089887CRT-005 Air Performance Testing on One Upright Vacuum Cleaner when Loaded with Dust (dated 2/15/1006) (Battema No. 12) | None | DX441 |
| PX281 | Report No. 3096835CRT-002 Air Performance Testing on One Upright Vacuum Cleaner when Loaded with Dust (dated 5/18/2006) (Battema No. 13) | None | DX442 |
| PX282 | Notice of Deposition of 30(b)(6) (Bosyj No. 1) | | |
| PX285 | E-mail Re: Nova Project (dated 8/27/2003) (Boyer No. 46) | MAY003954 | DX307 |
| PX286 | E-mail Re: Nova Specifications (dated 5/13/2004) (Boyer No. 48) | MAY003894 | DX309 |
| PX287 | E-mail Re: Nova Ascension Schedule and Shipment Requirements (dated 1/14/2005) (Boyer No. 53) | MAY003816-MAY003819 | DX314 |
| PX288 | E-mail Re: Fusion Website (dated 1/20/2005) (Boyer No. 54) | MAY004214 | DX315 |
| PX289 | E-mail Re: Nova Fusion Update (dated 5/11/2005) (Boyer No. 57) | MAY002988 | DX318 |
| PX290 | Memorandum Re: Nova Preliminary Specifications – Cyclonic Bagless (Boyer No. 59) | MAY003915-MAY003919 | DX320 |
| PX291 | E-mail Re: Nova (dated 5/10/2004) (Boyer No. 61) | MAY071405-MAY071406 | DX322 |
| PX292 | E-mail Re: Nova Positioning (dated 9/2/2004) (Boyer No. 63) | MAY079092-MAY079093 | DX324 |
| PX293 | Ethnography Insights and Suggestions MGPD Meeting (dated 5/6/2004) (Boyer No. 65) | MAY074662-MAY074665 | DX326 |
| PX294 | E-mail Re: Fusion Nova at Wal-Mart (dated 10/6/2004) (Boyer No. 67) | MAY043456-MAY043457 | DX328 |

**Dyson v. Maytag**
**05cv434**

### LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX295 | E-mail Re: Forecast (dated 9/2/2004) (Duplin No. 1) | MAY040653-MAY040664 | DX413 |
| PX296 | E-mail Re: Signature Letter re: MD&A (dated 4/19/2004) (Duplin No. 2) | MAY073217-MAY073225 | DX414 |
| PX297 | E-mail Re: Target Visit Quick Intelligence (dated 5/14/2004) (Duplin No. 8) | MAY071512-MAY071515 | DX420 |
| PX298 | E-mail Re: Revised logistic changes to be discussed at 8/13/04 Hoover sales meeting (dated 8/11/2004) (Duplin No. 12) | MAY022431-MAY022432 | DX424 |
| PX299 | Vacuum cleaner picture (Dyson No. 10, Bosyj) | | DX610 |
| PX300 | Carpet level loop embedded dirt removal effectiveness (Dyson No. 41, Bosyj) | DYS030436-DYS030437 | DX218 |
| PX301 | Chart (Essex No. 2) | MAY136629-MAY136638 | DX289 |
| PX302 | (Essex No. 3) | | DX290 |
| PX303 | Test results re: QFD1-Polaris B (Essex No. 4, 5) | MAY125252-MAY125264 | DX291-DX292 |
| PX304 | Dyson in initial strategic observations and comparisons (dated 4/30/2002) (Essex No. 6) | MAY007877-MAY007887 | DX293 |
| PX305 | Claims Re: DC07 Animal (Essex No. 7, Miller No. 12) | MAY001845-MAY001854 | DX294 |
| PX306 | Dyson Field Test Data for Nov. '02 – Mar. '03 (dated 3/18/2003) (Essex No. 9, Miller No. 1A) | MAY007387-MAY007413 | DX296 |
| PX307 | Instructions and guide to Self-Propelled Windtunnel Bagless with Powered Hand Tool by Hoover (Essex No. 13) | MAY045412-MAY045427 | DX300 |
| PX308 | International Standard 60312 Edition 3.2 (Goldsmith No. 2, Essex No. 1, Balough No. 21) | None | DX350 |
| PX309 | IEC 60312 Ed. 4.0 Floor Treatment Appliances (dated 12/3/2005) (Goldsmith No. 5) | None | DX279 |
| PX310 | Full Vacuum Fractional Efficiency per ASTM F1977 (dated 5/30/2002) (Goldsmith No. 6) | None | DX280 |
| PX311 | E-mail Re: IEC TC59F Status Report (Goldsmith No. 8) | IBR00585-IBR00586 | DX282 |
| PX312 | Minutes IEC SC59F meeting (dated 4/21/2004) (Goldsmith No. 9) | IBR00539-IBR00542 | DX283 |
| PX313 | E-mail Re: Invitation to attend IEC Meeting (dated 10/4/2005) (Goldsmith No. 10) | IBR00385 | DX284 |
| PX314 | IEC Frankfurt Notes (dated 4/25/2005) (Goldsmith No. 12) | IBR00235-IBR00236 | DX286 |
| PX315 | Frankfurt WG3 (dated 4/26/2005) (Goldsmith No. 13) | IBR00233-IBR00234 | DX287 |
| PX316 | MYG – Q4 2002, Q1 2003, Q2 2003, Q3 2003, Q4 2003, Q1 2004, Q4 2004, Q3 2004, Q3 2004 Maytag Earnings Conference Call (Hake No. 1, 2, 3, 4, 5, 6, 8, 9, 10) | | DX261-266, 268-270 |
| PX317 | MYG Maytag Conference Call to Discuss Major Restructuring (dated 6/4/2004) (Hake No. 7) | | DX267 |
| PX318 | Hoover SBU (Hake No. 11) | | DX271 |
| PX319 | The Hoover Company Management's Discussion and Analysis First Quarter, 2004 (Hake No. 12) | MAY073233-MAY073236 | DX272 |
| PX320 | E-mail Re: Hoover Execution (dated 9/15/2004) (Hake No. 13) | MAY040928-MAY040931 | DX273 |
| PX321 | Hoover Turnaround Plan Discussion (dated 5/24/2006) (Hake No. 14) | TBWA010936-TBWA011054 | DX274 |

Dyson v. Maytag
05cv434

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX325 | Nova Preliminary Specifications for Cyclonic Bagless Vacuum (dated 3/10/2003) (Harsh No. 12, 13 Boyer No. 58) | MAY003909-MAY003913; MAY000615-MAY000623; MAY003835-MAY003839 | DX319 |
| PX333 | E-mail Re: Projects not on the MGPD (dated 3/30/2005) (Hummel No. 1) | | DX227 |
| PX334 | Performance Requirements (Hummel No. 3) | None | DX229 |
| PX335 | Nova Test Plan - Master Test List dated 7/20/2004) (Hummel No. 5) | MAY000883 | DX231 |
| PX336 | Carpet Standardization Task Group minutes from meeting (Hummel No. 9, Balough No. 10) | MAY049462-MAY049465 | DX235 |
| PX337 | IEC 60312 Standard (Miller No. 1, Balough No. 21) | DYS328693-DYS328834; MAY005880-MAY006019 | DX350 |
| PX338 | E-mail Re: Dan Miller's letter re: ASTM criteria for vacuum cleaners (dated 9/6/2002) (Miller No. 2) | MAY001976-MAY001979 | DX113 |
| PX339 | Drawing (Miller No. 2A) | | DX135 |
| PX340 | Gate 2 Product Specification – Orion (dated 7/30/2004) (Miller No. 3, Essex. No. 3) | MAY130746-MAY130751 | DX114 |
| PX341 | Results for Product Lab Requisition P148 (Miller No. 3A) | MAY118640 | DX136 |
| PX342 | Testing of design requirements and customer requirements (Miller No. 4) | MAY124464-MAY124465 | DX115 |
| PX343 | NOVA Gate 2/3 Review 11.05.2004 (dated 11/5/2004) (Miller No. 5, Hummel No. 2) | MAY023881-MAY023904 | DX116 |
| PX344 | Minutes of IEC SC59F (Miller No. 6) | MAY118925-MAY118930 | DX117 |
| PX345 | Declaration of Dan Miller re: recognition of ASTM/IEC standards (dated 9/6/2005) (Miller No. 7, Miller 30(b)(6) 10) | MAY012248-MAY012251 | DX118 |
| PX346 | Defendant Maytag Corporation's Objections and Responses to Plaintiffs' First Set of Interrogatories (1-2); Maytag Corporation's Responses to Second Set of Interrogatories (3-4); Defendant's Responses and Objections to Plaintiffs' Third Set of Interrogatories to Defendant (Nos. 5-8); Defendant's Responses and Objections to Plaintiffs' Fourth Set of Interrogatories to Defendant (Nos. 10-18); Defendant's Responses and Objections to Plaintiffs' Sixth Set of Interrogatories to Defendant (Nos. 19-29); Defendant's Responses and Objections to Plaintiff's Seventh Set of Interrogatories to Defendant (Nos. 30-35); Defendant Maytag Corporation's Supplemental Answer to Interrogatory No. 17; Defendant Maytag Corporation's Supplemental Responses and Objections to Plaintiff Dyson's Interrogatories; Defendant Maytag Corporation's Supplemental Responses and Objections to Plaintiff Dyson's Interrogatory No. 11 (Miller No. 8, 9) | | DX119 |
| PX347 | Deposition of Susan Goldsmith (condensed version with word index) (Miller No. 10) | | DX297 |
| PX348 | Testing results pursuant to IEC 60312 clause 2.9 (air performance) (Miller No. 11, 11A) | MAY119277 | DX122-DX123 |
| PX349 | DC07 – "dirt test" with synthetic dirt & ect. ("sustained performance") (dated 10/11/2002) (Miller No. 13, Essex No. 8) | MAY007949-MAY007956 | DX125 |
| PX350 | IBR Test Report (dated 7/23/2004) (Miller No. 14) | MAY110090-MAY110092 | DX126 |

**Dyson v. Maytag**
**05cv434**

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
**(4/2/07)**

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX351 | Competitive Filtration by Hoover (Miller No. 15) | MAY132247-MAY132274 | DX127 |
| PX352 | Dyson v. Orion Turbine Head Testing (Miller No. 20) | MAY011236-MAY011237 | DX132 |
| PX353 | Test Re: Dust Capacity on DC07 (dated 7/8/2004) (Miller 30(b)(6) No. 12) | MAY110084-MAY110088 | DX140 |
| PX354 | Right to Manufacture and Novelty of Disks and First Stage Filter for a Two Stage Cyclonic Cleaner (dated 4/27/2005) (Morrison No. 43, Bosyj) | MAY000425-MAY000432 | DX628 |
| PX355 | Hoover Co. Sales by Product Category (dated January 2001, January 2002 and January 2003) (Pollock 30(b)(6) No. 13, No. 14 , No. 15) | MAY139033-MAY139052 | DX67 |
| PX356 | (Pollock 30(b)(6) No. 14) | MAY139053-MAY139072 | DX68 |
| PX357 | Maytag Category Summaries – Hoover SBU (Pollock 30(b)(6) No. 17) | MAY139117-MAY139176 | DX71 |
| PX358 | E-mail Re: Board Approval Documentation – Orion (dated 4/26/2004) (Pollock 30(b)(6) No. 20) | MAY070856-MAY070857 | DX74 |
| PX365 | Hoover Competitive 2001- Q1 2004 Media Spend & Market Share (dated 7/12/2004) | Element 79-000654-Element 79-000677 | DX381 |
| PX372 | Product Returns – Consumer Survey Summary of Upright Bagless (dated 10/23/2003) | MAY043308-MAY043310 | |
| PX373 | E-mail Re: Status Update of Eureka Ranch (dated 6/6/2005) | MAY067312-MAY067315 | |
| PX374 | Re: Three Questions | MAY069231-MAY069235 | |
| PX375 | E-mail Re: Consumer Reports (dated 7/6/2004) | MAY077005-MAY077007 | DX382 |
| PX376 | Introducing the New Hoover Orion | MAY095353-MAY095370 | DX359 |
| PX408 | Hoover SBU (dated 8/9/2004) (cited in Stamm expert report) | MAY022212-MAY022228; MAY146178-MAY146194 | DX370 |
| PX417 | E-mail Re: Target (dated 7/7/2004) (cited in Steckel expert report) | MAY038151-MAY038230 | |
| PX419 | USA Market Strategy (dated 6/2/2002) (cited in Steckel expert report) | DYS305599-DYS305602 | DX97 |
| PX420 | Hoover Demo for vendors (dated 2/27/2004) | MAY080964 | |
| PX427 | Dyson Vacuum Accessories | | |
| PX428 | Dyson filter tags/stickers | | |
| PX437 | New Dyson DC07 in box with accompanying literature | | |
| PX438 | New Dyson DC14 in box with accompanying literature | | |
| PX439 | New Dyson DC15 in box with accompanying literature | | |
| PX440 | ASTM level loop carpet | | |
| PX441 | ASTM multi-loop carpet | | |
| PX442 | ASTM plush carpet | | |
| PX443 | ASTM shag carpet | | |
| PX444 | Wilton carpet | | |
| PX445 | Whirlpool 10Ks and 10Qs for 2000-present | | |
| PX446 | Maytag 10Ks and 10Qs for 2000-present | | |
| PX451 | Crevice Block | | |
| PX452 | IEC Spec Hard Surface | | |
| PX465 | Dyson Commercial | DYS011183; DYS075600 | DX559, DX517 |
| PX471 | DC14 Helpline Manual | DYS334054-DYS334084 | |
| PX474 | Hoover Management Presentation (dated 10/10/2006 – 10/11/2006) | MAY148116-MAY148219 | |
| PX502 | Hoover SBU (dated 8/9/2004) | MAY146178-MAY146194 | |
| PX505 | Hoover Strategy (dated 7/9/2004) | MAY038152-MAY038230 | |

**Dyson v. Maytag**
**05cv434**

### LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
#### (4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX506 | IEC 60312 Standard, Final draft, 4th Edition | | |
| PX510 | Scout – Residential Floor Care Presentation Report (dated 2004) | PAI000294-PAI000418 | |
| PX511 | Hoover Recap (dated 4/26/2006) | TBWA005050-TBWA005070 | DX380 |
| PX518 | Maytag Earnings Conference Calls 2000-2004 | | |
| PX520 | Business Unit Weekly Report Re: Hoover Floor Care (dated 3/9/2005) | MAY036720-MAY036721 | |
| PX534 | DC14 Owner's Manual | MAY017406-MAY017458 | |
| PX536 | E-mail Re: consumer reports (dated 7/6/2004) | MAY020462-MAY020464 | DX422 |
| PX548 | Confidential Information memorandum (dated 3/1/2006) | LF00114-LF00182 | DX375 |
| PX557 | DC07 Owner's Manual | MAY007532-MAY007625 | DX204 |
| PX560 | Hoover Execution (dated 9/15/2004) | MAY040929-MAY040931 | |
| PX562 | Letter Re: Artificial Spreads (dated 6/6/2003) | MAY048539-MAY048550 | |
| PX564 | ASTM Standard Specification for Test Carpets and Pads for Vacuum Cleaner Testing F655-96 | MAY048690-MAY048693 | |
| PX565 | ASTM Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners F608-01 | MAY049794-MAY049806 | |
| PX566 | ASTM Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners F558-98 | MAY058760-MAY058790 | |
| PX567 | ASTM Standard Practice for Presenting Selected Information on Vacuum Cleaners for Consumer Use F1411-01 | MAY059108-MAY059111 | |
| PX568 | ASTM Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners F608-03 | MAY059219-MAY059232 | |
| PX569 | E-mail Re: Orion turbine hand tool vs. Dyson and Acorn (dated 3/4/2005) | MAY062995 | |
| PX570 | E-mail Re: Staff report for Feb. 28-Mar. 11 (dated 3/14/2005) | MAY063078 | |
| PX571 | E-mail Re: Wilton wool v. level loop test results (dated 5/23/2005) | MAY063479 | |
| PX572 | The Hoover Company Engineering Technical Seminars Standards | MAY064159-MAY064190 | DX333 |
| PX573 | E-mail Re: Nov. 13, 2003 analyst report (dated 11/18/2003) | MKAY076794 | DX425 |
| PX595 | E-mail Re: Parade Cleveland Plain Dealer Edition (dated 4/28/2004) | MAY070971-MAY070974 | |
| PX596 | E-mail Re: Upright Program at Sears (dated 6/22/2004) | MAY076144 | |
| PX597 | E-mail Re: Sears/Hoover 2004 Goals (dated 12/3/2003) | MAY077343 | |
| PX598 | E-mail Re: Recap of Sam's Club meeting (dated 5/28/2004) | MAY075256-MAY075257 | |
| PX599 | E-mail Re: self propelled bagless (dated 3/18/2004) | MAY081022 | DX426 |
| PX601 | E-mail Re: Target visit intelligence (dated 5/14/2004) | MAY071526-MAY071529 | DX323 |
| PX602 | E-mail Re: Windtunnel Dual V strategy (dated 5/20/2003) | MAY028487-MAY028488 | DX418 |
| PX603 | E-mail Re: Immediate action needed Dyson strikes Target (dated 6/6/2003) | MAY016720-MAY016723 | DX415 |

Dyson v. Maytag
05cv434

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
**(4/2/07)**

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| PX604 | E-mail Re: Dual V follow-up (dated 3/19/2004) | MAY073207-MAY073209 | DX419 |
| PX607 | Dyson Technology Group USA Results | DYS357898-DYS357942 | DX43, DX54 |
| PX612 | Consumer Reports and Hoover Documents | WM2006-11772C000137-WM2006-11772C000141 | |
| PX625 | Maytag Floorcare Management Update (dated 8/17/2005) | MAY148006-MAY148115 | |
| PX626 | Hope & Faith Episode Clip | DYS075577 | DX494 |
| PX627 | Law & Order Episode Clip | DYS075578 | DX495 |
| PX631 | Dry CE Technical Report: Table of Contents | MAY063836-MAY063952 | DX129 |
| PX632 | Hoover turnaround PMO management readout and roadmap locking July 18, 2006 | TBWA011079-TBWA011182 | |
| PX634 | Signed Certifications Re: MDNA | MAY147823-MAY147877; | |
| PX636 | Dyson Television Commercial | DYS075626 | DX543 |
| PX638 | Dyson Television Commercial | DYS075609 | DX526 |
| PX640 | Dyson Television Commercial | DYS075601 | DX518 |
| PX644 | Packaging for Dyson Vacuums | | |
| PX660 | Director of Taxes, Find job Listing, http://www.ehrcweb.org/jobs/Accounting-Finance/Find-job-Director-Of-Taxes-488921.htm | | |
| PX661 | January 2007 Home World Business, The Complete Category-By-Category Statistical Analysis Of The Housewares Industry | | |
| PX662 | 59F/163/FDIS, Final Draft International Standard IEC 60312 | | |
| PX663 | Hoover Mach 5 Photographs | | |
| PX664 | E-mail Re: Dyson in the USA (dated 8/7/2002) | MAY028923 | |
| PX665 | E-mail Re: Grahame Capron-Tee Report for August 2002 (dated 8/20/2002) and attached report | MAY002030-MAY002032 | |
| PX666 | Memo Re: James Dyson Strategy (dated 4/19/2002) | MAY002067 | |
| PX667 | All documents Maytag produced in connection with the sale of floorcare assets to TTI | | |
| PX668 | E-mail Re: Hoover/Dyson (dated 9/25/2002) | MAY001828 | |
| PX669 | Hoover My Vacuum Commercial Storyboard | MAY005546 | |
| PX670 | Hoover Fusion Website Print-Outs | MAY005564-MAY005566 | |
| PX671 | Fusion Cyclonic Bagless Upright Vacuum Advertisement | MAY005577 | |
| PX672 | Hoover Fusion Cyclonic Filtration System Owner's Manual | MAY005579-MAY005580 | |
| PX673 | Hoover Fusion Box Photographs | MAY005619-MAY005623 | |
| DX13 | Dyson ad "Room after room" C. Wollen Dep. Exhibit 13 | N/A | |
| DX22 | 4/06/05 email re: DC07 details and DC15 questions J. Widdowson Dep Exhibit 4 | DYS 31793–DYS 31802 | |
| DX25 | Plaintiffs Responses and Objections to Defendant's Second Set of Interrogatories Number 4-24 J. Widdowson Dep Exhibit 7 | N/A | |
| DX26 | 8/05/04 E-mail re: pick up bar chart J. Widdowson Dep Exhibit 8 | DYS 034400–DYS 034404 | |
| DX27 | 7/04/05 E-mail re: pick up results J. Widdowson Dep Exhibit 9 | DYS 035553–DYS 035558 | |

Dyson v. Maytag
05cv434

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
**(4/2/07)**

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| DX42 | Summary P&L<br>M. Tryan Dep. Exhibit 2 | DYS 357854–DYS, 357897 | |
| DX44 | Dyson U.S.A. Chart 2002<br>M. Tryan Dep. Exhibit 4 | DYS 360084–DYS 360102 | |
| DX72 | ABP 2005 SBU<br>S. Pollack Dep. Exhibit 18 | MAY 139177–MAY 139230 | |
| DX80 | Dyson DC07 Animal Claim<br>C. Perrin Dep. Exhibit 6 | DYS 031797–DYS 031798 | |
| DX163 | 4/08/05 E-mail re: Hoover historic documents<br>M. McCourt Dep. Exhibit 23 | DYS 031887-DYS 031890 | |
| DX199 | Dyson suction ads<br>J. Dyson Dep Exhibit 22 | DYS 010199-DYS 010237 | |
| DX202 | J. Dyson Dep Exhibit 25 | N/A | |
| DX204 | Dyson Root Cyclone manual<br>J. Dyson Dep Exhibit 27 | N/A | |
| DX206 | J. Dyson Dep Exhibit 29 | N/A | |
| DX211 | U.S. Patent No. 3,425,192<br>I Dyson Dep Exhibit 34 | N/A | |
| DX212 | U.S. Patent No. 3,308,609<br>I Dyson Dep Exhibit 35 | N/A | |
| DX213 | U.S. Patent No. 2,071,975<br>I Dyson Dep Exhibit 36 | N/A | |
| DX214 | U.S. Patent No. 2,824,335<br>I Dyson Dep Exhibit 37 | N/A | |
| DX216 | ASTM F 608-03 Standard test for dirt removal<br>I Dyson Dep Exhibit 39 | N/A | |
| DX220 | U.S. Patent No. 1,936,761<br>J. Dyson Dep Exhibit 43 | N/A | |
| DX221 | U.S. Patent No. 2,867,833<br>J. Dyson Dep Exhibit 44 | N/A | |
| DX222 | Dyson Story online<br>J. Dyson Dep Exhibit 45 | N/A | |
| DX223 | James Dyson "Our Story" ad<br>J. Dyson Dep Exhibit 46 | N/A | |
| DX224 | DC07 Suction Ad<br>J. Dyson Dep Exhibit 47 | MAY 000351, DYS 317540-46, DYS 000978-79 | |
| DX228 | 11/05/04 Hoover Fusion Review<br>D. Hummel Dep. Exhibit 2 | MAY 023881-MAY 023904 | |
| DX275 | Goldsmith Subpoena<br>S. Goldsmith Dep. Exhibit 1 | N/A | |
| DX277 | ASTM Designation F 558-98 Standard Test Method<br>S. Goldsmith Dep. Exhibit 3 | N/A | |
| DX278 | ASTM Designation F 558-03 Standard Test Method<br>S. Goldsmith Dep. Exhibit 4 | N/A | |
| DX281 | 7/21/05 E-mail re: F558 revisions<br>S. Goldsmith Dep. Exhibit 7 | IBR00359 | |
| DX298 | CA Research and Testing Centre Report A.17607 Appendix III Photographs (J. Essex Dep. Exhibit 11) | MAY017735/017741 | |
| DX308 | E-mail from Bob Hecht to tyu@hoover.com; rboyer@hoover.com; Debby Tucker; Ron Stephens; Lon Haidet; Erik Lesco; Frank Wittman re: Call Tuesday Evening China Time, 9/2/03 (R. Boyer Dep. Exhibit 47) | MAY003928 | |
| DX310 | E-mail from Russ Boyer to Roy Dauzat; Russ Boyer; James Benson; Gary Johns; Duane Peiffer; David Cotsmire re: Wal Mart Nova Plan, 8/11/07 (R. Boyer Dep. Exhibit 49) | MAY003864/003865 | |

Dyson v. Maytag
05cv434

LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| DX311 | Nova Program (chart), 10/28/04 (R. Boyer Dep. Exhibit 50) | MAY003414/003418 | |
| DX313 | E-mail from Pat Goldsmith to Russ Boyer; Bob Hecht; Nick Bosyi re: Nova (Fusion) Incentive Proposal, 1/24/05 (R. Boyer Dep. Exhibit 52) | MAY003792/003793 | |
| DX316 | E-mail from Chris Marshall to "giandq"; Dave Baker; Russ Boyer; SW Wu; Bob Hecht; Pat Goldsmith re: Nova Project, 1/24/05 (R. Boyer Dep. Exhibit 55) | MAY003777/003778 | |
| DX317 | E-mail from Pat Goldsmith to Russ Boyer; Bob Hecht; Nick Bosyi; Joel D. Crawford; Ellie Lundberg; Rick Goodman; Jodie Hill; Roy Dauzat; Dave Johnston; Tisha Roberts; Keith Hill; Bob Kneen; Jeff G. Ezell; Chris Marshall; John Canty re: Meeting Minutes - Fusion (Nova) Conference Call–April 6, 2005, 4/7/05 (R. Boyer Dep. Exhibit 56) | MAY003677/003678 | |
| DX325 | Fushion Box (R. Boyer Dep. Exhibit 64) | N/A | |
| DX327 | E-mail from Russ Boyer to Dave Baker; Duane Peiffer re: Meeting with Sid April 15, 2004 - Notes, 9/25/04 (R. Boyer Dep. Exhibit 66) | MAY080547/080548 | |
| DX329 | The New Hoover Fusion Launch Plan: Hoover and Wal-Mart make cyclonic technology affordable! (R. Boyer Dep. Exhibit 68) | MAY004254/004273 | |
| DX331 | Subpoena (J. Balough Dep. Exhibit 2) | N/A | |
| DX363 | E-mail from Lori Miller to Tariq Hassan; Sara Dow; Jennifer Weitzel re: Decisions, 2/28/005 (D. Baker Dep. Exhibit 12) | MAY064674/064675 | |
| DX365 | Dyson Meeting Notes, D.M. Baker, 9/5/02 (D. Baker Dep. Exhibit 14) | MAY001992/001993 | |
| DX366 | Jackie Love–Notes from Dyson Meeting, 9/5/02 (D. Baker Dep. Exhibit 15) | MAY016684/016885 | |
| DX367 | E-mail from Dave Baker to Thomas Yu; Larry Griggs; Tad Schimmelpfennig; Skip Lawton; Rick Goodman re: Lost production on WT and WTSP–FYI, 4/6/05 (D. Baker Dep. Exhibit 16) | MAY042789/042792 | |
| DX377 | Conference Call Transcript: MYG–Maytag Analyst and Investor Meeting, November 19, 2004 (D. Baker 30[b] [6] Dep. Exhibit 3) | | |
| DX378 | Client Brief–Core Strategy (D. Baker 30[b] [6] Dep. Exhibit 4) | ELEMENT79-000195/79-00197 | |
| DX382 | E-mail from Dave Baker to Duane Pieffer; Russ Boyer re: Consumer Reports, Dyson, 7/6/04 (D. Baker 30[b] [6] Dep. Exhibit 8) | MAY077005/077006 | |
| DX384 | Dyson Group Structure as at July 18, 2006 (D. Kellam Dep. Exhibit 2) | DYS358942 | |
| DX385 | Dyson Technology Group USA–Results (D. Kellam Dep. Exhibit 3) | DYS357898/357942 | |
| DX386 | HomeWorld2-16-04.jpg (D. Kellam Dep. Exhibit 4) | CRT0100620/0100621 | |
| DX399 | E-mail from Jeff Hyman to Erica Avery; Mandy Pekin re: slide update, 2/18/05 (D. Kellam Dep. Exhibit 17) | DYS039291/039292 | |
| DX401 | E-mail from Doug Kellam to Emma Jane Heatley re: New Hoover, 4/14/04 (D. Kellam Dep. Exhibit 19) | DYS034171 | |
| DX402 | E-mail from Doug Kellam to All Chicago Office re: FW: Dyson vs. Hoover, 11/10/03 (D. Kellam Dep. Exhibit 20) | DYS036001/036004 | |

Dyson v. Maytag
05cv434

**LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION**
(4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| DX404 | Show and Tell (chart) (D. Kellam Dep. Exhibit 22) | DYS624873/624889 | |
| DX446 | 2/5/07 letter with attachment from Lisa J. Parker to Steven Reich Balough Expert Dep. Exhibit 3 | N/A | |
| DX450 | 6/19/06 letter from Stephen P. Durchslag to John N. Balough Balough Expert Dep. Exhibit 7 | BAL 000007–000009 | |
| DX458 | ASTM document: Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners Balough Expert Dep. Exhibit 15 | N/A | |
| DX460 | Dyson marketing document Balough Expert Dep. Exhibit 17 | BAL 000431–000436 | |
| DX523 | Video: DYSN 3318 Part 2 | DYS075606 | |
| DX540 | Video: DYSN 3317 | DYS075623 | |
| DX546 | Dyson Video: Suction Loss | None | |
| DX597 | Fusion vacuum cleaner | N/A | |
| DX600 | James Dyson's sketch of window frame factory cyclonic cleaner (Dyson Dep. Ex. 1) | N/A | |
| DX601 | Photograph of Dyson Cyclon vacuum cleaner (Dyson Dep. Ex. 2) | N/A | |
| DX602 | Photograph of Dyson Cyclon vacuum cleaner with bin removed (Dyson Dep. Ex. 3) | N/A | |
| DX603 | Dyson Cyclon vacuum cleaner | N/A | |
| DX604 | Dyson sketch of G-Force unit (Dyson Dep. Ex. 4) | N/A | |
| DX605 | U.S. Patent 4,826,515 (Dyson Dep. Ex. 5) | N/A | |
| DX606 | U.S. Patent 4,853,008 (Dyson Dep. Ex. 6) | N/A | |
| DX607 | U.S. Patent 4,643,748 (Dyson Dep. Ex. 7) | N/A | |
| DX609 | Photo of Amway vacuum cleaner (Dyson Dep. Ex. 9) | N/A | |
| DX610 | Photo of Amway vacuum cleaner with bin removed (Dyson Dep. Ex. 10) | N/A | |
| DX611 | Photo of Amway vacuum cleaner bin (Dyson Dep. Ex. 11) | N/A | |
| DX614 | Prosecution history of U.S. Patent 4,853,008 (Dyson Dep. Ex. 14) | N/A | |
| DX616 | Prosecution history of U.S. Patent 4,643,748 (Dyson Dep. Ex. 16) | N/A | |
| DX617 | Prosecution history of SN 274,252 [predecessor of Pat. 4,826,515] (Dyson Dep. Ex. 17) | N/A | |
| DX618 | Prosecution history of SN 452,917 [predecessor of Pat. 4,826,515] (Dyson Dep. Ex. 18) | N/A | |
| DX619 | Prosecution history of SN 628,346 [predecessor of Pat. 4,826,515] (Dyson Dep. Ex. 19) | N/A | |
| DX620 | Prosecution history of U.S. Patent 4,826,515 (Dyson Dep. Ex. 20) | N/A | |
| DX621 | Email of Russ Boyer dated 8/22/2003 (Morrison Dep. Ex. 36) | N/A | |
| DX622 | Page of email Boyer/Hecht (Morrison Dep. Ex. 37) | N/A | |
| DX623 | Boyer email dated 8/25/2003 (Morrison Dep. Ex. 38) | N/A | |
| DX624 | Notebook of Dyson patents (Morrison Dep. Ex. 39) | N/A | |
| DX625 | Hecht email dated 11/12/2003 (Morrison Des. Ex. 40) | N/A | |

**Dyson v. Maytag**
**05cv434**

### LIST OF EXHIBITS SUBMITTED JOINTLY OR WITHOUT OBJECTION
#### (4/2/07)

| Exhibit No. | Description | Bates Nos. | DX Ex. Nos. |
|---|---|---|---|
| DX626 | Email of 1/16/2004 from Bosyj to Morrison (Morrison Dep. Ex. 41) | N/A | |
| DX627 | Email from Hecht to Bosyj and attachment (Morrison Dep. Ex. 42) | N/A | |
| DX629 | Portion of Patent Journal Report 3962 (Morrison Dep. Ex. 44) | N/A | |
| DX630 | Email from Russ Boyer to Sid Hartman (Morrison Dep. Ex. 45) | N/A | |
| DX633 | DeGraff sketch (DeGraff Dep. Ex. 6) | N/A | |
| DX634 | Dirt cup dust chamber drawings (DeGraff Dep. Ex. 8) | N/A | |
| DX635 | DeGraff notes and related materials dated 8/25/2005 (DeGraff Dep. Ex. 9) | N/A | |
| DX636 | Dust chamber drawing with associated notations (DeGraff Dep. Ex. 10) | N/A | |
| DX638 | Tabulation of Fusion sales (Jarosz Dep. Ex. 5) | N/A | |
| DX639 | Modified Fusion dirt receiving chamber (Jones Dep. Ex. 2) | N/A | |
| DX640 | Fusion dirt cup/cyclonic unit (Jones Dep. Ex. 7) | N/A | |
| DX644 | Patent Cross-License Agreement TTA/Royal (Constable Dep. Ex. 4) | N/A | |
| DX645 | Hoover/Bissell Settlement and License Agreement (Constable Dep. Ex. 5) | N/A | |
| DX646 | Hoover/Bissell Settlement and License Agreement (Constable Dep. Ex. 6) | N/A | |
| DX647 | Array of Dyson upright vacuum cleaners | N/A | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections* | Plaintiffs' Response† |
|---|---|---|---|---|
| 78 | Diagram illustrating Dyson's cyclonic technology (Exhibit 2 to Jones Expert Report) | | Demonstrative | |
| 79 | Diagram illustrating the outer container of the Hoover Fusion (Exhibit 4 to Jones Expert Report) | | Demonstrative | |
| 83 | Diagram illustrating the location of the shroud within the outer container (Exhibit 8 to Jones Expert Report) | | Demonstrative | |
| 84 | Diagram illustrating the location of the cone-shaped cyclone (Exhibit 9 to Jones Expert Report) | | Demonstrative | |
| 86 | Diagram illustrating air path between the container outlet and the air inlet of the cyclone of the Hoover Fusion (Exhibit 11 to Jones Expert Report) | | Demonstrative | |
| 91 | Extract from Hoover Fusion Owner's Manual showing the location of the dirt receiving and collecting chamber (Exhibit 16 to Jones Expert Report) | | Incomplete | |
| 92 | Extract from Hoover Fusion Owner's Manual showing open container base and receiving chamber to facilitate emptying of dirt (Exhibit 17 to Jones Expert Report) | | Incomplete | |
| 97 | Diagram illustrating the space between the disc and the interior surface of the outer container of the Hoover Fusion (Exhibit 23 to Jones Expert Report) | | Demonstrative | |
| 145 | Upright Vacuum Brand Shares in Units (Tab 5 to Jarosz Expert Report) | | Demonstrative | |
| 146 | Upright Vacuum Brand Shares in Units (Tab 6 to Jarosz Expert Report) | | Demonstrative | |
| 147 | Upright Vacuum Brand Shares in Dollars (Tab 7 to Jarosz Expert Report) | | Demonstrative | |
| 148 | Upright Vacuum Brand Shares in Dollars (Tab 8 to Jarosz Expert Report) | | Demonstrative | |

---

* Maytag reserved all objections as to hearsay to Dyson's Exhibits 1-242, which relate to the patent claims.  Dyson does not agree that Maytag is entitled to reserve a blanket objection to over two-hundred exhibits.  Such practice unduly interferes with the orderly exchange of exhibit objections.

† Dyson and Hoover are continuing to meet and confer regarding their respective objections to the exhibits, and expect that process to be completed before May 1, 2007.

80389812.1

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 152 | Royalty Rate Calculation Using Discounted Cash Flow Based on 10/28/04 Financial Analysis (Tab 12 to Jarosz Expert Report) | | Demonstrative | |
| 153 | Royalty Rate Calculation Using Discounted Cash Flow Based on 02/11/05 Financial Analysis (Tab 13 to Jarosz Expert Report) | | Demonstrative | |
| 283 | Hoover Fusion Owner's Manual (Bosyj No. 3) | DYS011630-DYS011668 | Relevance | |
| 284 | E-mail Re: Nova testing items (dated 7/27/2004) (Bosyj No. 70) | MAY000503-MAY000513 | Relevance | |
| 322 | Nova Preliminary Specifications for Bagless Vacuum (Harsh No. 5, Boyer) | MAY003958-MAY003962 | Relevance, Foundation, Authentication | |
| 323 | E-mail Re: Nova Specifications (Harsh No. 6, Boyer) | MAY003955 | Relevance | |
| 324 | E-mail Re: Nova Cyclone Model (dated 2/3/2004) (Harsh No. 11, Bosyj) | MAY001304 | Relevance, Foundation, Hearsay | |
| 326 | Dyson DC07 testing (dated 10/1/2004) (Harsh) | MAY000985-MAY000987 | Relevance, Foundation, Hearsay | |
| 327 | Dust and suction testing on Hoover Nova (dated 12/4/2004) (Harsh) | MAY000726-MAY000732 | Relevance, Foundation, Hearsay | |
| 328 | Dust leakage test (dated 7/13/2005) (Harsh) | MAY001064-MAY001065 | Relevance, Foundation, Hearsay | |
| 329 | Outline (Harsh) | MAY003838 | Relevance, Foundation, Authentication, Hearsay, Incomplete Documentation | |
| 330 | Wal-Mart The Hoover Company (dated 7/29/2004) (Hecht No. 30, Bosyj) | MAY003012-MAY003016 | Relevance, Foundation | |
| 331 | Request for Expenditure – Hoover re vendor tooling (dated 12/10/2004) (Hecht No. 31, Boyer) | MAY002973-MAY002975 | Relevance, Foundation | |
| 332 | E-mail Re: Fusion (Nova) at WalMart (dated 10/6/2004) (Hecht No. 33) | MAY001269; MAY023403-MAY023404 | Relevance, Foundation | |
| 359 | Air Data Characteristics | DYS035397-DYS035400 | Relevance, Foundation, Authentication | |
| 360 | Pick-up Group Test Report Re: pet hair pick up performance compared to IEC 60312 Rayon pick up performance (dated 10/16/1006) | DYS362725-DYS362728 | Incorrect Bates No., Foundation, Authentication, Summary Document, Hearsay, AR362723-724 | |
| 361 | Competitor Meeting Re: Hoover Fusion (dated 5/14/2005) | DYS388716-DYS388719 | Relevance, Incomplete Document | |

80389812.1

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections* | Plaintiffs' Response† |
|---|---|---|---|---|
| 363 | F558-03 Air Power Test Station 1 Tests | MAY099965-MAY100005 | Complete Authentication Foundation | |
| 364 | Hoover Fusion Cyclonic Bagless Upright | DYS062923 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 366 | Nova Packaging and Hoover Project Brief Re: Nova Hang Tag | MAY001271-MAY001272 | Relevance | |
| 368 | E-mail Re: Litter Removal Test (dated 2/7/2005) | MAY011258-MAY011259 | Relevance | |
| 370 | E-mail Re: LG's Cost Competitiveness (dated 8/5/2005) | MAY019450-MAY019453 | Completeness, Relevance | |
| 371 | E-mail Re: AFE on hold (dated 10/7/2004) | MAY023419-MAY023420 | Relevance | |
| 377 | Orion Gate 2 Review Presentation (dated 7/30/2004) | MAY130684-MAY130716 | Authentication Foundation | |
| 378 | Claim Substantiation – Dyson uprights are hygienic and quick to empty | DYS317144; DYS337045 | Foundation, Authentication | |
| 379 | Report No. 30233165-001 Air Performance Testing on Fifteen Upright Vacuum Cleaners (dated 4/17/2002) | DYS317116-DYS317134 | Relevance, Foundation, Authentication, Hearsay | |
| 380 | Report No. 3056109-005 Air Performance Testing on Fifteen Upright Vacuum Cleaners (dated 5/27/2004) | DYS317162-DYS317243 | Foundation, Authentication, Hearsay | |
| 381 | Usage and Attitude Study of the Floor Cleaning Market Fact Pack (dated 10/2006) | DYS330333-DYS330478 | Foundation, Authentication, Hearsay | |
| 382 | Claim Substantiation for DC07 – The most powerful upright with constant suction | DYS362723-DYS362724; DYS033707-DYS033708 | Incorrect Bates No., Foundation, Authentication, Summary Document, Hearsay, AR362723-724 | |
| 383 | Dust Removal from Carpet (Wilton) – IEC60312:2.3 (DTM 002) (dated 12/10/2005) | DYS029999.0340-DYS029999.0342 | Relevance, Foundation, Authentication | |
| 384 | Urgent pick-up tests (with dust loaded condition) results (dated 7/20/2005) | DYS030017-DYS030018 | Relevance, Foundation, Authentication | |
| 385 | Peak Suction Power (Air Watts) Through Hose | DYS035562-DYS035565 | Relevance, Foundation, Authentication | |
| 386 | Testing Documents | DYS074472-DYS074516 | Completeness, Relevance, Foundation, Authentication | |
| 387 | Intertek ASTM F608-03 Tests (dated 10/28/2005) | DYS328310-DYS328331 | Foundation, Authentication, Hearsay | |
| 388 | Intertek ASTM F608-03 Tests (dated 3/31/2006) | DYS328332-DYS328364 | Foundation, Authentication, Hearsay | |
| 389 | Information on particle sizes | DYS328400-DYS328401 | Relevance, Foundation, Authentication | |

3

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections* | Plaintiffs' Response† |
|---|---|---|---|---|
| 390 | Dust Removal from Carpet (Wilton) – IEC60312:2.3 (DTM 002) (dated 4/7/2005, 8/16/2004, 7/2/2005, 7/1/2005) | DYS328629-DYS328645 | Relevance, Foundation, Authentication | |
| 391 | Dust Emission Test | DYS328655-DYS328659 | Relevance, Foundation, Authentication | |
| 392 | Dust removal from hard floors with crevice | DYS328660-DYS328674 | Relevance, Foundation, Authentication | |
| 393 | Air Performance Testing on Fifteen Upright Vacuum Cleaners When Loaded with Dust (dated 4/26/2002) | DYS332347-DYS332353 | Relevance, Foundation, Authentication, Hearsay | |
| 394 | Air Performance Testing on Two Dyson Upright Vacuum Cleaners When Loaded with Dust (dated 6/22/2005) | DYS332355-DYS332363 | Relevance, Foundation, Authentication, Hearsay | |
| 395 | Claim: Hoover outcleans all other brands,  Challenge: (Various) (dated 9/24/2006) | DYS387091-DYS387094 | Relevance, Foundation, Summary Document, Authentication | |
| 396 | Comparison of pre-filter weight gain in DMT type 8 dust loads tests as percentage of dust loaded | DYS387668 | Relevance, Foundation, Authentication, Summary Document. Incomplete Document | |
| 397 | Average of ASTM and IEC tests on US uprights | DYS388029 | Relevance, Foundation, Authentication, Summary Document, Incomplete Document | |
| 398 | Large debris pick-up tests | DYS388501-DYS388503 | Relevance, Authentication, Foundation, Summary Document, Incomplete Document | |
| 399 | Average of ASTM and IEC tests on US uprights | DYS390442-DYS390443 | Relevance, Foundation, Authentication, Summary Document, Incomplete Document | |
| 400 | Air Performance Testing on Three Dyson DC07 Upright Vacuum Cleaners when Loaded with Dust (dated 9/8/2004) | DYS392299-DYS392308 | Hearsay, Foundation, Authentication, Relevance | |
| 401 | Percentage of dust emitted from Dyson and  competitor machines | DYS500932-DYS500933 | Relevance, Foundation, Authentication, Incomplete Document | |
| 402 | Dust emissions, Report NO. 1014-04-WW, DC07 (dated 2/9/2004) | DYS015202-DYS015204 | Inaccurate Bates Number, Relevance, Foundation, Authentication, Completeness | |
| 403 | Performance testing (dated 9/27/2005) | DYS015216-DYS015220 | Relevance, Foundation, Authentication, Completeness | |
| 404 | Test Report No. 1217-05-WW (dated 12/30/2005) | DYS015307-DYS015326; DYS009227-DYS009248; DYS318060-DYS318081 | Relevance, Foundation, Authentication, Completeness | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections* | Plaintiffs' Response† |
|---|---|---|---|---|
| 405 | U.S. Floorcare Market (dated 5/18/2006) (cited in Stamm expert report) | DYS301761-DYS301815 | Relevance, Foundation, Authentication | |
| 406 | Dyson Rejector Study (6/2006) (cited in Stamm expert report) | DYS304169-DYS304172 | Foundation, Authentication | |
| 407 | Hoover strategy – moving forward re: floor care (dated 2004) (cited in Stamm expert report) | MAY027559-MAY027583 | Relevance | |
| 409 | Month and year-to-date floor care figures (1/2005) (cited in Steckel expert report) | DYS357907-DYS357918 | Relevance | |
| 410 | Board Agenda and Meeting Summary (dated 7/17/2006) (cited in Steckel expert report) | DYS360220-DYS360225 | Relevance, Incomplete Document | |
| 411 | DC15 The Ball – US Customer Call-backs (6/2006) (cited in Steckel expert report) | DYS302994-DYS303049 | Foundation, Authentication | |
| 412 | International Board Report – Directors Re: Dyson International (dated 8/2002) (cited in Steckel expert report) | DYS359955 | Relevance, Incomplete Document | |
| 413 | DC07 & DC14 Post Launch Evaluation (cited in Steckel expert report) | DYS304895-DYS304985; DYS357992-DYS358082; DYS302515-DYS302610 | Foundation, Authentication | |
| 414 | Dyson's position in marketplace re: vacuums (dated 5/21/2004) (cited in Steckel expert report) | Element 79-000240-Element 79-000253 | Foundation, Authentication, Hearsay, Relevance | |
| 415 | Executive Summary re: Mystery Shopper at Best Buy and Sears (dated 5/15/2003) (cited in Steckel expert report) | MAY019964-MAY019971; MAY016724-MAY016739 | Authentication, Completeness, Foundation, Hearsay, Relevance | |
| 416 | Market opportunities in the USA Qualitative & Quantitative Research Final Report (dated 3/14/2002) (cited in Steckel expert report) | F100235-F100347 | Foundation, Authentication, Hearsay, Relevance | |
| 418 | 2004 US Market Overview (cited in Steckel expert report) | DYS033661-DYS033690 | Foundation | |
| 421 | Note from EHA Re: Dyson Competitive Testing (dated 4/29/2003) | MAY28600-MAY28601 | Incorrect Bates Number | |

5

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 422 | Testing Documents (cited in Widdowson expert report) | Intertek000016-Intertek000024; Intertek00008351-Intertek00008368; Intertek00008442-Intertek00008460; Intertek000632-Intertek000642; Intertek000643-Intertek000657; DYS005454-DYS005468; DYS008204-DYS008221; DYS008257-DYS008260; DYS008292-DYS008294; DYS008326; DYS008501-DYS008527; DYS008777; DYS008913-DYS008915; DYS008916-DYS008917; DYS009065-DYS009068; DYS009330-DYS009718; DYS009500-DYS009513; DYS009882-DYS009882; DYS012021-DYS012409; DYS012718-DYS012736; DYS028824-DYS028868; DYS028869-DYS028950; DYS029168-DYS029260; DYS029999.0000-DYS029999.0079; DYS029999.0191-DYS029999.0294; DYS029999.0682-DYS029999.0684; DYS029999.0971-DYS029999.0975; DYS029999.0976-DYS029999.0979; DYS029999.1026-DYS029999.1027; DYS029999.1046-DYS029999.1047; DYS029999.1048-DYS029999.1053; DYS029999.1065-DYS029999.1068; DYS029999.2227-DYS029999.2313; DYS030078; DYS030433-DYS030450; DYS0311802; DYS031799-DYS031801; DYS032181-DYS032183; DYS032322-DYS032325; DYS032608-DYS032749; DYS033401-DYS033404; DYS033709-DYS033711; DYS033717-DYS033719; DYS034159-DYS034160; DYS034162-DYS034170; DYS034401-DYS034404; DYS034912-DYS034917; DYS035404-DYS035409; | Intertek000016-Intertek000657: Foundation, Authentication, Hearsay, Relevance, DYS008204-DYS008221: Foundation, Relevance, DYS008501-DYS008527: Relevance, Incomplete Document, DYS008777: Relevance, Summary Document, Incomplete Document, All Non-Intertek: Foundation, Relevance, Summary Document, Incomplete Document | |

**Dyson v. Maytag**
**05cv434**

### PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
### EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| | | DYS035562-DYS035577; DYS039120-DYS039159; DYS039161-DYS039200; DYS039200.01; DYS045180-DYS045184; DYS052383-DYS052387; DYS054414-DYS054417; DYS068899 -DYS068901; DYS068902-DYS068904; DYS12021-DYS12409; DYS300264-DYS300372; DYS301317-DYS301319; DYS304391-DYS304535; DYS305516-DYS305552; DYS305742-DYS305764; DYS306590-DYS028759; DYS306740-DYS306811; DYS306812-DYS306857; DYS306935-DYS307018; DYS307172-DYS307233; DYS307744-DYS307805; DYS307858-DYS307921; DYS307922-DYS307985; DYS308394-DYS308422; DYS308483-DYS308536; DYS310723-DYS310728; DYS310787-DYS310795; DYS315355-DYS315425; DYS316972-DYS316984; DYS316988; DYS317061-DYS317070; DYS317109-DYS317115; DYS317136-DYS317137; DYS317145-DYS317147; DYS317244-DYS317251; DYS317252-DYS317253; DYS328366-DYS328374; DYS328426; DYS328529-DYS328539; DYS328585-DYS328628; DYS328675-DYS328677; DYS329344-DYS329346; DYS331480-DYS331696; DYS332401-DYS332563; DYS333969-DYS333979; DYS357301; DYS357330-DYS357331; DYS359660-DYS359755; DYS363283-DYS363330; DYS363785-DYS363786; DYS364006-DYS364176; DYS364177-DYS364288; DYS364345-DYS364405; DYS364417-DYS364427; DYS365188-DYS365191; DYS372266-DYS372269; DYS385307-DYS385321; DYS385322-DYS385336; DYS385348-DYS385349; DYS385367-DYS385368; DYS385398-DYS385408; DYS385427-DYS385440; | | |

7

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| | | DYS385447-DYS305456; DYS385574-DYS385575; DYS385690-DYS385700; DYS385907-DYS385912; DYS386083-DYS386084; DYS387015-DYS387048; DYS387053-DYS387067; DYS387075-DYS387084; DYS387085-DYS387090; DYS387095-DYS385349; DYS387167; DYS387168; DYS387169; DYS387171; DYS387172; DYS387368; DYS387369-DYS387370; DYS387371; DYS387373; DYS387377; DYS387378; DYS387382; DYS387414; DYS387415; DYS387638-DYS387640; DYS387638-DYS387640; DYS388048-DYS388062; DYS388103-DYS388109; DYS388112-DYS388114; DYS388123-DYS388129; DYS388144-DYS388150; DYS388216-DYS388262; DYS388269-DYS388295; DYS388480; DYS388506-DYS388507; DYS388642-DYS388652; DYS388655-DYS388704; DYS390413-DYS390423; DYS390430-DYS390435; DYS390459-DYS390472; DYS390503-DYS390507; DYS391080-DYS391173; DYS391379-DYS391393; DYS391413-DYS391427; DYS391470-DYS391494; DYS391496-DYS391502; DYS391504-DYS391512; DYS392230-DYS392288; DYS392644; DYS392800-DYS392801; DYS394661-DYS394691; DYS394692-DYS394778; DYS394833-DYS394872; DYS395143-DYS395195; DYS395462; DYS397500-DYS397501; DYS501855-DYS501900; DYSON009506; DYSON009608-DYSON009621; DYSON009688-DYSON009691; DYSON009718; DYSON38799-DYSON38802; MAY001913-MAY001963; MAY001965; MAY013911; MAY013919; MAY013925; MAY013929; | | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| | | MAY013931; MAY015610-MAY015616; MAY017082-MAY017083; | | |
| 423 | E-mail Re: Hoover vacuum recall (dated 10/27/2005) | BBH_00008428-BBH_00008429 | Hearsay, Relevance, Authentication | |
| 424 | Summaries of Testing Documents | | Insufficient identification to allow for a specific objection to this exhibit | |
| 425 | Summaries of Marketing Documents | | Insufficient identification to allow for a specific objection to this exhibit | |
| 426 | Summaries of Financial Documents | | Insufficient identification to allow for a specific objection to this exhibit | |
| 429 | Fantom Vacuum | | Relevance | |
| 430 | Hoover Dual V Windtunnel Vacuum | | Relevance | |
| 431 | Hoover Fold Away Vacuum | | Relevance | |
| 432 | Hoover Fusion Vacuum | | Relevance | |
| 433 | Hoover Savvy Vacuum | | Relevance | |
| 434 | Hoover Windtunnel 2 Vacuum | | Relevance | |
| 435 | Hoover Windtunnel Vacuum | | Relevance | |
| 436 | Hoover Z Vacuum | | Relevance | |
| 447 | Secretary of State Reports Re: Hoover Company Corporate Records | | Insufficient identification to allow for a specific objection to this exhibit | |
| 448 | Hoover Bagless Windtunnel 2 Vacuum manual | | Relevance | |
| 449 | Hoover Dual V Bagless Vacuum manual | | Relevance | |
| 450 | 59F/157/CDV Committee Draft for Vote (CDV) (cited in Widdowson expert report) | | Insufficient identification to allow for a specific objection to this exhibit | |
| 453 | 59F/141/CDV Committee Draft for Vote (CDV) (cited in Widdowson expert report) | | Insufficient identification to allow for a specific objection to this exhibit | |
| 454 | 59F/147/CDV Committee Draft for Vote (CDV) (cited in Widdowson expert report) | | Insufficient identification to allow for a specific objection to this exhibit | |
| 455 | Frazer-Nash Report Re: Independent Professional Opinion Re: G-Force Claim | | Insufficient identification to allow for a specific objection to this exhibit | |
| 456 | Summary Report to AACEM | CLP000001-CLP000002 | Relevance | |
| 457 | Carpet assessment based on ASTM F-655 | CLP000027-CLP000029 | Incorrect Bates Number, Relevance, Hearsay, Foundation | |
| 458 | ASTM standard specification for test carpets and pads for vacuum cleaner testing F 655-06 | CLP000368-CLP000370 | Incorrect Bates Number, Relevance, Hearsay, Foundation | |

9

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 459 | ASTM standard test method for evaluation of carpet embedded dirt removal effectiveness of household commercial vacuum cleaners    F 608-03 | CLP000371-CLP000384 | Incorrect Bates Number, Relevance, Hearsay, Foundation, Hearsay | |
| 460 | ASTM standard test re: carpet and pads        F 608-03 | CLP000386-CLP000388 | Incorrect Bates Number, Relevance, Hearsay, Foundation | |
| 461 | Marketshare Floorcovering Types – 2000-2005 | CLP000389 | Relevance, Hearsay, Foundation, Hearsay | |
| 462 | Air data tests (dated 4/30/2003) | DYS008935-DYS008947 | Relevance, Foundation, Authentication | |
| 463 | Dyson hang tags | DYS010695-DYS010698 | Relevance | |
| 464 | Dyson Commercial | DYS011182 | Inaccurate description/Bates Number, Relevance | |
| 465 | Dyson Commercial | DYS011183; DYS075600 | Inaccurate description/Bates Number, Relevance | |
| 466 | The Ball Owner's Manual | DYS012737-DYS012751 | Relevance | |
| 467 | 59F/147/CD Committee Draft (dated 12/3/2005) | DYS012314-DYS012318 | Relevance | |
| 468 | 59F/141/CD Committee Draft (dated 4/9/2004) | DYS012319-DYS012323 | Relevance | |
| 469 | Analytical Services Report No. 195 (dated 9/13/2001) | DYS012395-DYS012409 | Foundation | |
| 470 | The Needs Based Segmentation | DYS330240-DYS330332; DYS396271-DYS396524 | Foundation, Authentication | |
| 472 | DC14 Post Launch Review | DYS335586-DYS335650 | Foundation, Authentication | |
| 473 | Dust Emission Test to IEC 60312 CI 2.10 (dated 1/7/2004) | DYS386997 | Relevance, Foundation, Incomplete Document, Summary Document | |
| 475 | Comments on the CFD Calculation Performed by Hoover (dated 7/1/2005) | DYS388065-DYS388066 | Relevance, Foundation | |
| 476 | Air Data IEC 60312:2.8 (dated 9/28/2004) | DYS388077-DYS388078 | Relevance, Foundation, Authentication | |
| 477 | Seal of Approval Re: Dyson DC14 Cylinder Vacuum Cleaner (dated 3/1/2005) | DYS388190-DYS388191 | Relevance, Authentication, Foundation | |
| 478 | Dust Load Suction Testing Results DC07 (dated 12/2/2005) | DYS029999.1498-DYS029999.1505 | Relevance, Foundation, Authentication, Completeness | |
| 479 | Pick Up Test Report DC14 | DYS029999.3190-DYS029999.3199 | Relevance, Foundation, Authentication, Completeness | |
| 480 | Target and Dyson Line Review (dated 12/2/2005) | DYS393486-DYS393523 | Foundation, Relevance | |
| 481 | Liquid Steel Hang Tag | DYS500423 | Incomplete Document, Foundation | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 482 | Analysis of G-Forces within the Dyson DC14 US Cleaner – Update (dated 3/22/2006) | DYS500940-DYS500941 | Relevance, Foundation, Authentication, Hearsay, Summary Document | |
| 483 | Dust Load Suction Testing Results | DYS031724-DYS031728 | Relevance, Foundation, Authentication | |
| 484 | Hoover My Vacuum Commercial | DYS035904 | Relevance | |
| 485 | Mintel Consumer Intelligence Report: Vacuum Cleaners | DYS036086 - DYS036187 | Relevance, Foundation, Authentication, Cumulative (384) | |
| 486 | Claim Substantiation – Root8Cyclone has higher suction and picks up more dust than a dual cyclone | DYS067993 | Foundation, Authentication | |
| 487 | DC14 Telescope Reach April '05 Call-backs (dated 5/4/2007) | DYS068328-DYS068373 | Foundation, Authentication | |
| 488 | DC15 Post Launch Review | DYS068430-DYS068461 | Foundation, Authentication | |
| 489 | Seal of Approval Re: DC07 (dated 4/17/2002) | DYS301313; DYS397450 | Relevance, Foundation, Authentication | |
| 490 | Air Performance Testing on Six Dyson Upright Vacuum Cleaners (dated 5/25/2005) | DYS312305-DYS312344 | Foundation, Authentication | |
| 491 | DTM045 Dust Loading (dated 5/6/2006) | DYS312999-DYS313000 | Incorrect description/Bates Number, Relevance, Foundation, Authentication, Completeness | |
| 492 | DC07 DTM 045 Tests (dated 6/5/2006) | DYS313001-DYS313027 | Incorrect description/Bates Number, Relevance, Foundation, Authentication, Completeness | |
| 493 | Pick Up Test Report DC15 (dated 4/20/2006) | DYS313284-DYS313335 | Incorrect description/Bates Number, Relevance, Foundation, Authentication, Completeness | |
| 494 | Dyson G-Force Statement for DC07 US | DYS316971 | Foundation, Authentication | |
| 495 | AW consumption of pre and post filter data | DYS357332-DYS357347; DYS357348-DYS357363; DYS357364-DYS357379; DYS357380-DYS357393; DYS357394-DYS357407; DYS357408-DYS357423; DYS357424-DYS357437; DYS357438-DYS357451; DYS357452-DYS357465; DYS357466-DYS357479; DYS357480-DYS357493; DYS357494-DYS357507; DYS357508-DYS357521; DYS357522-DYS357535; | Relevance, Foundation, Authentication, Several sheets of each document are blank or contain no data | |

11

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| | | DYS357536-DYS357549; DYS357550-DYS357563; DYS357564-DYS357577; DYS357578-DYS357591; DYS358813-DYS358826; DYS358827-DYS358840; DYS358841-DYS358854 | | |
| 496 | Filter Load Test Data | DYS358784-DYS358791; DYS358792-DYS358799; DYS358800-DYS358812 | Relevance, Foundation, Authentication | |
| 497 | Agendas and International Board Reports for Dyson Limited meeting (dated 1/24/1994 – 12/20/2004) | DYS360016- DYS360019 | Incomplete Document | |
| 498 | Board Meeting Agenda Monday, December 2004 (dated 12/20/2004) | DYS360020-DYS360022 | Incomplete Document | |
| 499 | Claim Substantiation – Dyson DC07 – Double the suction power of other vacuum cleaners after 10 oz. of dust (dated 4/10/2006) | DYS362721-DYS362722 | Incorrect Bates No., Foundation, Authentication, Summary Document, Hearsay | |
| 500 | DC14 Dust loaded filtration test (dated 6/23/2005) | DYS372280-DYS372281 | Relevance, Foundation, Authentication, Incomplete Document | |
| 501 | Dust emissions of Dyson DC14 vs. Hoover Fusion U5180-900 | DYS372282-DYS372286 | Relevance, Foundation, Authentication, Incomplete Document | |
| 503 | Declaration Pursuant to Federal Rule of Evidence 902(11) of [NAME] (dated 12/15/2006) | | Insufficient identification to allow for a specific objection to this exhibit | |
| 504 | PRNewswire Article: Hoover Unveils New Rating System to End Consumer Confusion About Cleaning Performance | | Insufficient identification to allow for a specific objection to this exhibit | |
| 507 | Hoover Z Press Release | PAI000049 | Relevance | |
| 508 | Hoover Z Press Materials (dated 6/27/2005) | PAI000068-PAI000072 | Relevance | |
| 509 | Hoover Introduces New Advertising Campaign Launching World's First Sport Utility Vacuum (dated 1/24/2006) | PAI000076-PAI000078 | Relevance | |
| 511 | Hoover Recap (dated 4/26/2006) | TBWA005050-TBWA005070 | No objection, joint exhibit | |
| 512 | Results of Tests on Dyson DC15 Vacuum Cleaner – Allergy Certification Testing (dated 1/24/2005) | DYS502246-DYS502252 | Relevance, Foundation, Authentication, Hearsay | |
| 513 | EAG Test Report (dated 7/11/2005) | DYS502383-DYS502387 | Relevance, Foundation, Authentication, Summary Document | |
| 514 | Vacuum Cleaners and Carpet-Cleaning Produces US December 2006 | DYS521094-DYS521220 | Foundation, Authentication, Hearsay, Relevance | |

12

**Dyson v. Maytag**
**05cv434**

# PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
# EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 515 | ASTM Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners F608-97 | FCB000197-FCB000208 | Additional Objections Reserved | |
| 516 | ASTM Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaners F558-06 | Figliola00096-Figliola00111 | Incomplete Document | |
| 517 | Letter enclosing Report No. 3082152CRT-002c – air performance testing on upright vacuum cleaners when loaded with dust (dated 3/2/2006) | Intertek000643-Intertek000657 | Relevance, Foundation, Authentication, Hearsay | |
| 519 | Hoover Floor Care (dated 2/23/2004) | MAY145578-MAY145650 | Relevance | |
| 521 | Affidavit of David Baker Re: Dyson's Position in Mass market (dated 8/26/2005) | MAY002684-MAY002687 | Relevance | |
| 522 | Monthy Report Re: Analysis of the SPWT Since January 2003 (dated 4/2/2004) | MAY069652-MAY069653 | Completeness | |
| 523 | Investigation into the change in pick-up performance of a Hoover Windtunnel U6439-900 as the brush bar belt wears over time (dated 7/6/2005) | DYS054831-DYS054837 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 524 | Table of US Competitor Machines with Key Points to Distinguish Dyson | DYS062778-DYS062786 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 525 | US Floorcare Airwatts Comparison (dated 2005) | DYS062787 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 526 | Analysis of g-forces within the Dyson DC14US cleaner-update (dated 3/22/2006) | DYS063148-DYS063149 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 527 | IBR test report on Dyson DC07, DC14 and DC15 (dated 2/7/2006) | DYS064199-DYS064202 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 528 | DC07 air test results | DYS064234-DYS064238 | Incorrect Bates Number, Relevance, Foundation, Authentication | |
| 529 | Dust mass pickup during house tests with three DC07US vacuums | DYS043857-DYS043858 | Relevance, Foundation, Authentication | |
| 530 | IEC 59F Working Group (dated 9/30/1985 – 10/2/1985) | MAY009388-MAY009413 | Authentication, Relevance, Hearsay, Foundation, Completeness | |
| 531 | Estimate air performance comparison | MAY011235 | Copleteness, Authentication, Foundation, Hearsay | |
| 532 | History of F608 (dated 4/26/2005) | MAY015853-MAY015898 | Completeness | |

13

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 533 | Competing with Dyson (dated 4/30/2004) | MAY016623-MAY016646 | Authentication, Foundation, Hearsay Incorrect Bates Number | |
| 535 | 7 Root cyclone issues (dated 7/2/2004) | MAY020456-MAY020457 | Relevance | |
| 537 | Urgent pick-up tests (with dust loaded condition) results | DYS040897 | Relevance, Foundation, Authentication | |
| 538 | Testing data for Hoover U6439-900 & Dyson DC14US | DYS041462-DYS041466 | Relevance, Foundation, Authentication | |
| 539 | DC14 Complete Testing Data (dated 3/25/2005) | DYS041924-DYS041932 | Relevance, Foundation, Authentication | |
| 540 | DC14 Testing Data (dated 3/21/2005) | DYS041942-DYS041950 | Relevance, Foundation, Authentication | |
| 541 | DC14 Testing Data (dated 3/25/2005) | DYS041960-DYS041968 | Relevance, Foundation, Authentication | |
| 542 | DC15 Testing Data | DYS041978-DYS041986 | Relevance, Foundation, Authentication | |
| 543 | DC15 Testing Data | DYS041987-DYS041995 | Relevance, Foundation, Authentication | |
| 544 | DC15 Testing Data (dated 3/21/2005) | DYS041996-DYS042004 | Relevance, Foundation, Authentication | |
| 545 | Performance (Pickup) Test Comparative Data | DYS042018-DYS042021 | Relevance, Foundation, Authentication | |
| 546 | Upright Vacuum Cleaners Test Data | DYS043841-DYS043855 | Relevance, Foundation, Authentication | |
| 547 | 3082151CRT-002A (dated 12/8/2005) | Intertek000779-Intertek00789 | Relevance, Foundation, Authentication, Hearsay, Incomplete Documentation | |
| 549 | Nova AFE (dated 1/12/2005) | MAY000601-MAY000604 | Relevance, Foundation | |
| 550 | Hoover Nova File | MAY001135-MAY001198 | Relevance | |
| 551 | Status report Re: how Hoover measures up to Dyson floorcare | MAY001950-MAY001951 | Relevance, Foundation, Authentication, Incomplete Document | |
| 552 | New Vacuum Cleaner Report from Mintel (dated 11/15/2000) | MAY002442-MAY002506 | Relevance, Foundation, Authentication | |
| 553 | Nova Gate BOI | MAY002990 | Relevance, Foundation, Authentication, Hearsay, Incomplete Documentation | |
| 554 | Request for final expenditure (dated 9/7/2004) | MAY003007-MAY003009 | Relevance, Foundation | |
| 555 | IEC 60312 Dust Emission Test (dated 11/21/2004) | MAT005155-MAY005163 | Relevance, Foundation | |
| 556 | Dyson DC07 Root8Cyclone U.S. Test (dated 10/11/2002) | MAY007465-MAY007527 | Relevance, Completeness, Foundation | |
| 558 | Air Performance Comparison | MAY008161 | Relevance, Completeness, Foundation | |
| 559 | E-mail Re: News from CPSC (dated 4/14/2005) | MAY030664-MAY030665 | Incorrect Bates Number | |

14

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections* | Plaintiffs' Response† |
|---|---|---|---|---|
| 561 | E-mail Re: reference to ASTM in SPWT print ad (dated 2/16/2005) | MAY042509-MAY042510 | Completeness | |
| 563 | Report regarding Hoover laboratory completion of testing of prototype shag and multi-level carpet panels | MAY048628-MAY048629 | Authentication, Foundation | |
| 574 | 11-Nov-03 Longbow Research – Survey of Floorcare Retailers MYG's Hoover is Playing Come from Behind Ball in 4Q (dated 11/11/2003) | MAY076795-MAY076810 | Relevance | |
| 575 | DC07 ASTM 558-88 test (dated 9/25/2002) | MAY100216 | Authentication Foundation | |
| 576 | DC14 Animal ASTM F558-88 Test (dated 2/25/2005) | MAY101005-MAY101016 | Completeness Authentication Foundation | |
| 577 | Self-Propelled Windtunnel Bagless with Powered hand Tool by Hoover Owner's Manual | MAY103860-MAY103875 | Authentication Foundation Relevance | |
| 578 | Hoover TurboPower Windtunnel Bagless Owner's Manual | MAY103896-MAY103910 | Relevance Authentication Foundation | |
| 579 | Savvy Upright Vacuum Cleaner by Hoover Owner's Manual | MAY103940-MAY103952 | Relevance Authentication Foundation | |
| 580 | Hoover Preferred Windtunnel Bagless Owner's Manual | MAY103976-MAY103990 | Relevance Authentication Foundation | |
| 581 | Most Powerful Upright testing document | MAY120859 | Foundation Authentication Relevance? | |
| 582 | Various tests | MAY120863-MAY120867 | Foundation Authentication Relevance? | |
| 583 | Loaded Dust Receptacle Test IEC 60312 ed. 3 | MAY121781-MAY121783 | Authentication Foundation | |
| 584 | Self-Propelled Windtunnel Loaded Dust Receptacle Test IEC 60312 ed. 3 | MAY121788-MAY121790 | Authentication Foundation | |
| 585 | Laboratory Specification – Title: Loaded Dust Receptacle Test Specifications Re: IEC 60312 2.9 | MAY121903-MAY121911 | Authentication Foundation Relevance | |
| 586 | Quantitative Concept Test Topline Summary (dated 6/23/2004) | MAY130717-MAY130745 | Authentication Foundation Hearsay | |
| 587 | Orion – Gate 1 (dated 3/31/2004) | MAY130782-MAY130813 | Authentication Foundation | |
| 588 | Development Test Check List | MAY141268-MAY141312 | Authentication Foundation Relevance | |
| 589 | Chemical Analysis of North Canton Carpet Dirt (dated 11/24/1975) | MAY141399-MAY141415 | Authentication Foundation Relevance Hearsay | |
| 590 | IEC and Field Cleaning Effectiveness Testing (dated 3/24/1977) | MAY141735-MAY141737 | Authentication Foundation Relevance Hearsay | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 591 | Floor Care Saturation and Marketing Study – cross product report (dated 10/2006) | MAY142896-MAY143039 | Authentication Foundation Hearsay | |
| 592 | Floor Care Saturation and Marketing Study – report on vacuums (dated 10/2006) | MAY143040-MAY143196 | Authentication Foundation Hearsay | |
| 593 | Scout – Residential Floor Care Presentation Report Lifestage Segments Year-End, 2003 | MAY144507-MAY144702 | Authentication Foundation Hearsay | |
| 594 | DC07 Air Performance vs. Dust Loading Test | MAY147920-MAY147923 | Relevance | |
| 600 | E-mail Re: charts from presentation (dated 4/1/2004) | MAY020102 | Relevance, Completeness | |
| 605 | Hard Floor Cleaners | MAY044811-MAY044837 | Additional Objections Reserved | |
| 606 | Dust emission test results | DYS391280-DYS391284 | Relevance, Foundation, Authentication, Incomplete Document | |
| 608 | Report of a study to determine what a television commercial for Dyson vacuum cleaners communicates to consumers (dated 1/2007) | ASIMONSON 00001-ASIMONSON00031 | Hearsay | |
| 609 | *The Hover Company vs. Bissell Homecare, Inc.*, U.S.D.C. for the Northern District of Illinois Eastern Division, Local Rule 3.2 Disclosure of Plaintiff the Hoover Company (dated 8/30/2006) | | Relevance | |
| 610 | Job Posting, Director Finance, Global Transfer Pricing Whirlpool (Kalamazoo, Michigan) http://www.flipdog.com/job/director-finance-global-transfer-pricing/50001548/ and Director, Transfer Pricing – A126I http://fetchster.com/redir.php?hash=da771320f9bea6b2c595397b586a89e0&q | | Relevance | |
| 611 | Macro/Consumer-Trends (dated 10/8/2003) | | Insufficient identification to allow for a specific objection to this exhibit | |
| 613 | March 15, 2006 Letter from Lisa Parker and attached organization chart | | Insufficient identification to allow for a specific objection to this exhibit | |
| 614 | Hoover Fusion Cyclonic Filtration System (dated 5/11/2004) | MAY023881-MAY023904 | Relevance | |
| 615 | E-mail Re: Litter Removal (dated 2/7/2005) | MAY011258-MAY011259 | Relevance | |
| 616 | Test Report A06-05-001 (dated 5/22/2006 – 5/25/2006) | CCI016301 - CCI016329 | Cumulative | |
| 617 | Dyson DC07 – emissions that are cleaner than air (dated 9/18/2006) | DYS329325 | Relevance, Foundation, Authentication | |

16

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 618 | Hoover product Lab Requisition (dated 11/23/2005) | MAY005152-MAY005154 | Relevance, Foundation | |
| 619 | Percentage of dust emitted from Dyson and competitor machines | DYS310785-DYS310786 | Relevance, Foundation, Authentication | |
| 620 | Dust emissions test (dated 7/26/2005) | DYS372266-DYS372270 | Relevance, Foundation, Authentication, Incomplete Document | |
| 621 | Board of Directors Presentation (dated 8/2004) | MAY040498-MAY040520 | Relevance | |
| 622 | IBR Project: 7726 (dated 5/25/2005) | MAY001096-MAY001098 | Relevance | |
| 623 | IBR JN: 7824 (dated 7/7/2005) | MAY012339-MAY012346 | Authentication, Relevance, Hearsay, Foundation, Completeness | |
| 624 | Dyson DC14 Upright Reference Cleaner Summary (dated 6/26/2006) | BAL001271-BAL001278 | Completeness | |
| 628 | Relevance of IEC standards (dated 10/28/2004) | MAY008745-MAY008747 | Authentication, Relevance, Hearsay, Foundation | |
| 629 | IEC SC59F WG3 Meeting Minutes Frankfurt, Germany 26 April 2005 | MAY012266-MAY012273 | Authentication, Relevance, Hearsay, Foundation, Completeness | |
| 630 | Hoover Turnaround PMO Brand/Marketing Team Meeting (dated 7/24/2006) | TBWA011183-TBWA011196 | Relevance | |
| 633 | Dyson advertisements cited by Maytag in Maytag's supplemental interrogatory responses | MAY000351; MAY001914; MAY020545; TEN000506; MAY000344; MAY001918; MAY001793; MAY001919; MAY001958; MAY000335; MAY000336; MAY140970; MAY000346; MAY140991; MAY140987; MAY000352; MAY140979; BBH_00001105; MAY140959; MAY001836; MAY000337; MAY000354; MAY140984; MAY001957; MAY001926; MAY001923; MAY001825; MAY102800 | Additional Objections Reserved | |
| 635 | Management Discussion and Analysis Documents 2000-2004 | MAY142753-MAY142808; MAY073218-MAY073225 | Authentication | |
| 636 | Dyson Television Commercial | DYS011186; DYS075626 | Inaccurate description/Bates Number, Relevance | |
| 637 | Dyson Television Commercial | DYS011181 | Inaccurate description/Bates Number, Relevance | |
| 638 | Dyson Television Commercial | DYS011185; DYS075609 | Inaccurate description/Bates Number, Relevance | |
| 639 | Dyson Television Commercial | DYS015154 | Relevance | |

17

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 640 | Dyson Television Commercial | DYS011184; DYS075601 | Inaccurate description/Bates Number, Relevance | |
| 641 | Dyson Advertising Materials | DYS010780-DYS010781; DYS010515; DYS010661-DYS010673; DYS010695-DYS010698; DYS010517-DYS010541; DYS010551-DYS010553; DYS012716 | Relevance | |
| 642 | Dyson Print Advertisements | DYS008621; DYS008624; DYS008612; DYS317348; DYS317349; DYS317376; DYS008627; DYS008611; DYS008623; F_100759.0019; DYS317923; DYS317925; DYS317917; DYS317926; F_100759.0042; DYS317927; F_100759.0017; DYS330953; DYS330954; DYS317922; DYS317918; F_100759.0040; DYS009876 -DYS009881 | Incorrect Bates Number, Relevance | |
| 643 | Dyson Television Commercial | ASIMONSON00869-ASIMONSON00871 | Relevance | |
| 645 | Consumer Feedback | CRT051723-CRT051724; CRT053065; CRT0121122-CRT0121126; CRT0153300-CRT0153302; CRT0211615-CRT0211616; CRT0211620-CRT0211624; CRT0211644-CRT0211650; CRT0211692-CRT0211693; CRT0211745-CRT0211747 | Incorrect Bates Number, Completeness, Relevance, Hearsay, Foundation, Authentication, Cumulative | |
| 646 | E-mail Re: Price Changes | WM2006-11772C000236-WM2006-11772C000237 | Completeness | |
| 647 | Hoover Fusion/Floormate Wal-Mart Co-Marketing Print Recommendation (Creative Concepts and Media Plan) | WM2006-11772C000156-WM2006-11772C000172 | Relevance | |
| 648 | Notes from meeting with Hoover management (dated 5/27/2004) | MAY101484-101486; MAY020367-020368 | Completeness Authentication Foundation Hearsay | |
| 649 | Longbow Research It's Showtime for Hoover (dated 10/15/2004) | MAY101411-MAY101412 | Authentication Foundation Hearsay | |
| 650 | E-mail Re: Analyst Report | MAY021682-MAY021685 | Relevance, Hearsay, Authentication, Foundation | |
| 651 | Longbow Report Notes From Hoover Management Meeting & February Retail Survey Results (dated 3/5/2004) | MAY073203-MAY073205 | Authentication | |
| 652 | Floormate | Maytag Native 06.000044-Maytag Native 06.000055 | Incorrect Bates Number | |
| 653 | Claims, Advertising, Trademarks | Maytag Native06.000692-Maytag Native 06.000745 | Incorrect Bates Number | |
| 654 | Branding Background | TBWA003512-TBWA003530 | Relevance | |

**Dyson v. Maytag**
**05cv434**

## PLAINTIFF / COUNTERCLAIM DEFENDANT DYSON'S
## EXHIBIT LIST WITH MAYTAG OBJECTIONS

| Exhibit No. (PX) | Description | Bates Nos. | Defendant's Objections[*] | Plaintiffs' Response[†] |
|---|---|---|---|---|
| 655 | IEC 60312 Loaded Dust Receptacle Test | MAY110095-MAY110098 | Authentication Foundation Relevance | |
| 656 | Loaded Dust Receptacle Test | MAY121784-MAY121787 | Authentication Foundation Relevance | |
| 657 | Consumer Reviews Cordless Upright, May 2004 | MAY071600-618 | No objection, joint exhibit | |
| 658 | Declaration Persuant [sic] To Federal Rule of Evidence 902[11] of Richard T. John Esq. with attachments (2-27-2007) | DYS520335-336, DYS520337; DYS520338-372, DYS520372-398, DYS520452-478, DYS520479-558 | Relevance, Hearsay, Foundation, Authentication, Completeness | |
| 659 | Demonstrative Exhibits | | Hoover reserves the right to object to any of Dyson's demonstratives | |

19

**Dyson v. Maytag**
**05cv434**

## DYSON NON-BINDING LIST OF POTENTIAL DEMONSTRATIVES

The parties agreed that demonstrative exhibits would be exchanged at a date following the deadline for the joint pretrial order. Below is a list of general categories of demonstratives, samples, demonstrations, depictions, videos, images, animations, experiments or summaries (collectively "Demonstratives") that Dyson Technology Limited and Dyson Inc. (collectively "Dyson") may author and offer in defense of the Maytag counterclaims.

Dyson presents this list as a voluntary disclosure and to reciprocate the similar list provided by Maytag. This list is not required by the Court's rules or by any agreement among the parties and should not be construed in any way as a limitation on Dyson's right to present demonstratives during trial. The parties have agreed to exchange specific Demonstratives via e-mail or hand delivery no later than 8 P.M. on the day two days prior to the use of the Demonstrative at trial. All objections demonstratives or categories of demonstratives have been reserved.

1. Demonstratives related to the advertising and unfair competition issues in this litigation;

2. Demonstratives in rebuttal or response to any evidence or Demonstratives presented during Maytag's case-in-chief on its counterclaims;

3. Demonstratives related to statements by employees and officers of Maytag, Hoover and/or other vacuum cleaner companies.

4. Demonstratives related to Maytag's lack of standing in this litigation;

5. Demonstratives related to the identities, relationships between, and corporate histories of Maytag, The Hoover Company ("Hoover"), Techtronic Industries, Co., Ltd and all affiliated entities;

6. Demonstratives related to Dyson's advertising and marketing;

7. Demonstratives related to Maytag's, Hoover's and/or other companies' vacuum advertising and marketing;

8. Demonstratives related to support for Dyson's advertising claims;

9. Demonstratives related to support for Maytag's, Hoover's and/or other companies' vacuum advertising claims;

10. Demonstratives related to consumer reactions to performance, price and/or advertising of Dyson vacuum cleaners;

11. Demonstratives related to consumer reactions to performance, price and/or advertising of Maytag's, Hoover's or other companies' vacuum cleaners;

12. Demonstratives related to vacuum cleaners or component parts and demonstrations how such vacuum cleaners or parts work or are used;

13. Demonstratives related to the performance, characteristics, construction and design of

20

**Dyson v. Maytag**
**05cv434**

## DYSON NON-BINDING LIST OF POTENTIAL DEMONSTRATIVES

Dyson vacuum cleaners;

14. Demonstratives related to the performance, characteristics, construction and design of Maytag's, Hoover's or other companies' vacuum cleaners;

15. Demonstratives related to vacuum cleaner performance;

16. Demonstratives related to tests of vacuum cleaner performance, whether conducted for this litigation or otherwise;

17. Demonstratives related to protocols, standards and methodologies for tests of vacuum cleaner performance, including but not limited to those of ASTM International ("ASTM") and the International Electrotechnical Commission ("IEC");

18. Demonstratives related to the construction and characteristics of equipment, carpets and other surfaces, floor coverings, dust, and other materials used to test vacuum cleaner performance, whether conducted for this litigation or otherwise (collectively "Testing Materials");

19. Demonstratives related to the construction and characteristics of Testing Materials used pursuant to ASTM and IEC standards;

20. Demonstratives related to floor surfaces found in American homes;

21. Demonstratives related to other cleaning surfaces, including stairs and vertical surfaces found in American homes;

22. Demonstratives related to the use of vacuum cleaners in the American homes;

23. Demonstratives related to carpets, floor surfaces, or other cleaning surfaces in American homes;

24. Demonstratives related to dirt, dust, hair and other debris in American homes;

25. Demonstratives related to air in American homes;

26. Demonstratives related to allergies;

27. Demonstratives related to consumer purchasing decisions for vacuum cleaners;

28. Demonstratives related to Dyson customer satisfaction and ratings;

29. Demonstratives related to Maytag's, Hoover's, or other vacuum cleaner companies' customer satisfaction and ratings;

30. Demonstratives related to vacuum cleaner owner's manuals or other use instructions;

31. Demonstratives supporting Dyson's experts' opinions and/or tending to negate Maytag's

**Dyson v. Maytag**
**05cv434**

### DYSON NON-BINDING LIST OF POTENTIAL DEMONSTRATIVES

experts' opinions;

32. Demonstratives related to any opinions of Dyson's experts or to any charts or materials contained or referenced in Dyson's expert witness reports;

33. Demonstratives related to the market for floor-cleaning products, including any and all market segments;

34. Demonstratives related to the market for floor coverings, including carpets, hardwood floors, tiles and any other market segments;

35. Demonstratives related to history, trends and changes in the floor-cleaning and vacuum cleaner industries;

36. Demonstratives related to the history of vacuum cleaner products;

37. Demonstratives related to the invention of the Dyson vacuum;

38. Demonstratives related to the history of Dyson;

39. Demonstratives related to the history of Dyson products;

40. Demonstratives related to the Dyson offices and facilities, including but not limited to facilities for design, manufacture and testing of Dyson products;

41. Demonstratives related to the history of Maytag;

42. Demonstratives related to the history of Maytag products;

43. Demonstratives related to the conduct of Maytag and its counsel related to this litigation including Maytag's delay in asserting false advertising claims against Dyson;

44. Demonstratives related to Maytag's damages;

45. Demonstratives related to Maytag's, Hoover's or other vacuum cleaner companies' revenues and expenses;

46. Demonstratives related to Maytag's, Hoovers' or other vacuum cleaner companies' cost structure;

47. Demonstratives related to Dyson's revenues and expenses;

48. Demonstratives related to Dyson's performance in the marketplace; and

49. Demonstratives related to Maytag's and Hoover's performance in the marketplace.

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX1 | 8/8/05 BBH Presentation to Dyson<br>C. Wollen Dep. Exhibit 1 | BBH_00006890,<br>BBH_00006977 | 402<br>403<br>802<br>901 |
| DX2 | Insights & Implications from Dyson Tracking Study<br>C. Wollen Dep. Exhibit 2 | BBH_00001331,<br>BBH_00001438 | 403<br>802<br>901 |
| DX3 | Segmentation Study<br>C. Wollen Dep. Exhibit 3 | BBH_00004747,<br>BBH_00004749 | 403<br>802<br>901 |
| DX4 | E-mail re: important notice on Dyson<br>C. Wollen Dep. Exhibit 4 | BBH_00009238,<br>BBH_00009240 | 106<br>802<br>901 |
| DX5 | 11/21/05 Incepta Marketing Report on qualitative research to Dyson & BBH<br>C. Wollen Dep. Exhibit 5 | BBH_00003700,<br>BBH_00003727 | 403<br>802<br>901 |
| DX6 | E-mail re: BBH POV on Dyson TV C. Wollen Dep. Exhibit 6 | BBH_00007259,<br>BBH_00007259 | 402<br>403<br>802 |
| DX7 | Partizan Dyson Full Circle Reverse of Fortune Treatment<br>C. Wollen Dep. Exhibit 7 | BBH_00014610,<br>BBH_00014613 | 402<br>403<br>802<br>901 |
| DX8 | 2/20/06 Dyson "Vacuum Manufacturer Say Dust Stops" commercial slides<br>C. Wollen Dep. Exhibit 8 | N/A | 802<br>901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX9 | 11/30/05 E-mail re: network responses to scripts<br>C. Wollen Dep. Exhibit 9 | BBH_00007608, BBH_00001673 | 106<br>802<br>901 |
| DX10 | 11/17/05 E-mail re: data requirements<br>C. Wollen Dep. Exhibit 10 | BBH_00007137, BBH 00007140 | 106<br>901 |
| DX11 | 1/31/05 BBH "What If" presentation to Dyson<br>C. Wollen Dep. Exhibit 11 | BBH_00005070, BBH_00005112 | 402<br>403<br>802<br>901 |
| DX12 | March–June 2006 continuous tracking BBH's first campaign for Dyson by Hall & Partners<br>C. Wollen Dep. Exhibit 12 | HALL 000001-HALL 000098 | 402<br>403<br>802<br>901 |
| DX14 | 10/11105 Hoover v. Dyson<br>"In the Mood for War"<br>C. Wollen Dep. Exhibit 14 | BBH_00015433, BBH_00015440 | 402<br>403<br>802<br>901 |
| DX15 | 10111105 BBH Hoover War Games Notes<br>C. Wollen Dep. Exhibit 15 | BBH 00015526, BBH_00015543 | 402<br>403<br>802<br>901 |
| DX16 | Wollen action plan overview<br>C. Wollen Dep. Exhibit 16 | BBH_00002354, BBH_00002356 | 802<br>901 |
| DX17 | 8/01/05 E-mail re: competitor team<br>J. Widdowson Dep Exhibit 1 | DYS 30602, DYS 30603 | 402<br>403 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX18 | DC07 All Floors product information J. Widdowson Dep Exhibit 2A | N/A | 106 802 901 |
| DX19 | DC 14 Animal product information J. Widdowson Dep Exhibit 2B | N/A | 802 901 |
| DX20 | DC 15 Ball product information J. Widdowson Dep Exhibit 2C | N/A | 802 901 |
| DX21 | DC 07 product information J. Widdowson Dep Exhibit 3 | N/A | 901 1003 |
| DX23 | DC07 root cyclone technology product information: J. Widdowson Dep Exhibit 5 | N/A | 802 901 |
| DX24 | 3/11/05 E-mail re: DC15 copy matrix J. Widdowson Dep Exhibit 6 | DYS 31563–DYS 31568 | 402 |
| DX28 | *5/27/05* E-mail re: Hoover v. Dyson data sheet J. Widdowson Dep Exhibit 10 | DYS 032267–DYS 032269 | 802 |
| DX29 | 7/27/05 N74 pick up substantiation J. Widdowson Dep Exhibit 11 | DYS 039002–DYS 039010 | 402 403 |
| DX33 | 12/09/02 E-mail re: top 5 U.S. carpets I Widdowson Dep Exhibit 15 | N/A | 802 901 |
| DX34 | Handwritten drawing I Widdowson Dep Exhibit 16 | N/A | 106 402 |
| DX35 | 7/16/05 E-mail re: test results I Widdowson Dep Exhibit 17 | DYS 030483–DYS 029999.3190 | 106 403 802 901 1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX36 | DMT Dust Loading Performance Summary<br>I Widdowson Dep Exhibit 18 | DYS 005978–DYS 005982 | 402<br>403<br>802 |
| DX37 | 7/04/05 E-mail re: Hoover dust loading<br>I Widdowson Dep Exhibit 19 | DYS 032416 | 106<br>802 |
| DX39 | 2/07/05 E-mail re: DC17 air watts<br>I Widdowson Dep Exhibit 21 | DYS 328394 | 402<br>403<br>802 |
| DX40 | U.S.A. Bristle Wear Final Report<br>I Widdowson Dep Exhibit 22 | N/A | 402<br>403 |
| DX41 | Dyson Group Structure<br>M. Tryan Dep. Exhibit 1 | DYS 358942 | 402 |
| DX43 | U.S.A. Results<br>M. Tryan Dep. Exhibit 3 | DYS 357898–DYS, 357942 | 802 |
| DX45 | 1/14/05 E-mail re: Dyson-APA<br>M. Tryan Dep. Exhibit 5 | DYS 036037–DYS, 036052 | 802 |
| DX46 | Dyson Group Structure<br>J. Shipsey Dep. Exhibit 1 | DYS 358942 | 402 |
| DX47 | Dyson Ltd. Directors Report & Financial Statement for 2005<br>J. Shipsey Dep. Exhibit 2 | N/A | 402 |
| DX48 | Dyson Technology Ltd. Directors Report & Financial Statement for 2005<br>J. Shipsey Dep. Exhibit 3 | N/A | 402 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX49 | Dyson Exchange Ltd. Directors Report & Financial Statement for 2005 J. Shipsey Dep. Exhibit 4 | N/A | 402 802 |
| DX50 | Dyson International Ltd. Directors Report & Financial Statement for 2005 J. Shipsey Dep. Exhibit 5 | N/A | 402 802 |
| DX51 | Dyson Estates Ltd. Directors Report & Financial Statement for 2005 J. Shipsey Dep. Exhibit 6 | N/A | 402 802 |
| DX52 | | | |
| DX53 | Dyson James Ltd. Directors Report & Financial Statement for 2005 J. Shipsey Dep. Exhibit 8 | N/A | 402 802 |
| DX55 | Hyperion International Template J. Shipsey Dep. Exhibit 10 | DYS 515118–DYS 515145 | 402 403 |
| DX56 | Hyperion International Template J. Shipsey Dep. Exhibit 11 | DYS 516057–DYS 516085 | 402 403 |
| DX57 | 7/17/06 Board Agenda J. Shipsey Dep. Exhibit 12 | DYS 360220–DYS 360225 | 402 403 |
| DX58 | Dyson Direct Inc. Returns Policy A. Samways Dep. Exhibit 1 | N/A | 901 |
| DX59 | 6/10/05 E-mail re: Hot Sheet A. Samways Dep. Exhibit 2 | DYS 034020–DYS 034021 | 402 |
| DX60 | 06/16/05 E-mail re: Sonwil audit analysis A. Samways Dep. Exhibit 3 | DYS 042979–DYS 042986 | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX61 | A. Samways Dep. Exhibit 4 | DYS 008631-DYS 008685 | 402<br>403<br>802 |
| DX62 | A. Samways Dep. Exhibit 5 | DYS 008635/DYSON 004226 | 402<br>403<br>802 |
| DX63 | Dyson Helpline Data<br>A. Samways Dep. Exhibit 6 | DYS 018076–DYS 018275 | 802 |
| DX64 | DC07 Testing Information<br>A. Samways Dep. Exhibit 7 | DYS 316298 | 402<br>403 |
| DX65 | DC07 Performance on Carpets<br>A. Samways Dep. Exhibit 8 | DYS 008551 | 402<br>403<br>1003 |
| DX66 | Dyson online help page<br>A. Samways Dep. Exhibit 9 | N/A | 402<br>403<br>901 |
| DX69 | Jan. 2004 Hoover Sales Report<br>S. Pollack Dep. Exhibit 15 | MAY 139073–MAY 139092 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX70 | Jan. 2004 Maytag Category Summary S. Pollack Dep. Exhibit 16 | MAY139093 – MAY139116 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX71 | Maytag Category Summary S. Pollack Dep. Exhibit 17 | MAY 139117–MAY 139176 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX72 | ABP 2005 SBU S. Pollack Dep. Exhibit 18 | MAY 139177–MAY 139230 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX73 | 4/26/04 E-mail re: Orion board approval documentation S. Pollack Dep. Exhibit 19 | MAY025214 – MAY025243 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX74 | Jan. 2003 Hoover Sales S. Pollack Dep. Exhibit 20 | MAY 070856–MAY 070857 | Bates numbers and descriptions do not match – Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX75 | DC14 U.S. Test Chart C. Perrin Dep. Exhibit 1 | DYS 393368, DYS 034438, DYS 034440–DYS 034443 | 402 403 901 1003 |
| DX76 | 12/09/02 E-mail re: top 5 U.S. carpets C. Perrin Dep. Exhibit 2 | N/A | 802 901 |
| DX77 | 4/06/05 E-mail re: U.S. Matrix C. Perrin Dep. Exhibit 3 | DYS 035387–DYS 035389 | 402 802 1003 |
| DX78 | 7/01/04 E-mail re: baglifter changes C. Perrin Dep. Exhibit 4 | DYS 042175 | 403 802 1003 |
| DX79 | 12/17/04 E-mail re: consumer reports C. Perrin Dep. Exhibit 5 | DYS 033493–DYS 033494 | 402 403 802 |
| DX81 | 12/12/02 E-mail re: DMT meeting C. Perrin Dep. Exhibit 7 | DYS 005937 | 802 |
| DX82 | 05/19/05 E-mail re: Hoover windtunnel pick up test C. Perrin Dep. Exhibit 8 | DYS 030346–DYS 030347 | 106 802 901 1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX83 | 7/04/05 E-mail re: Hoover legal test progress C. Perrin Dep. Exhibit 9 | N/A | 901 |
| DX85 | 05/09/03 E-mail re: cross team product performance meeting C. Perrin Dep. Exhibit 11 | DYS 005977 | 403 |
| DX86 | 9/14/04 E-mail re: consumer union C. Perrin Dep. Exhibit 12 | DYS 033121 | 106 402 403 901 |
| DX87 | DMT Dust Loading Performance Summary C. Perrin Dep. Exhibit 13 | DYS 005978–DYS 005982 | 402 403 |
| DX89 | U.S.A. Bristle Wear Final Report C. Perrin Dep. Exhibit 15 | N/A | 402 403 |
| DX90 | Hoover NAD Report C. Perrin Dep. Exhibit 16 | DYS 030410–DYS 030414 | 402 403 |
| DX91 | 8/15/05 E-mail re: U.S. copy roadmap M. Pekin Dep. Exhibit 1 | DYS 039926–DYS 039928 | 402 403 |
| DX92 | 11/03/04 E-mail re: consumer reports M. Pekin Dep. Exhibit 6 | DYS 034482–DYS 034483 | 402 403 1003 |
| DX93 | *5/25/04* E-mail re: brush bar M. Pekin Dep. Exhibit 7 | DYS 043291- DYS043295 | 402 403 |
| DX94 | DVD: "Dyson Cyclone The Ball" C. Mullin Dep. Exhibit 1 | N/A | 106 402 403 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX95 | DVD: 9/18/06 "Dyson Dust On Lens" C. Mullin Dep. Exhibit 2 | N/A | 402 403 901 |
| DX96 | Dyson commercial clips C. Mullin Dep. Exhibit 3 | N/A | 402 403 802 901 |
| DX98 | 6/21/04 Communications Strategy Brief C. Mullin Dep. Exhibit 5 | DYS 305288- DYS 305233 | 802 |
| DX99 | 1/20/05 E-mail re: key insights C. Mullin Dep. Exhibit 6 | | 402 403 802 |
| DX101 | 3/1/03 E-mail re: proposed cyclone improvements C. Mullin Dep. Exhibit 8 | DYS 358476- DYS 358477 | 106 901 |
| DX102 | 1/10/03 E-mail re: DC07 cyclone reliability improvement C. Mullin Dep. Exhibit 9 | DYS 358475 | 402 403 |
| DX103 | Dyson suction ad C. Mullin Dep. Exhibit 10 | | 402 403 901 |
| DX104 | 3/12/03 E-mail re: proposed cyclone improvements C. Mullin Dep. Exhibit 11 | DYS 358476- DYS 358477 | 402 403 |
| DX105 | 5/04/04 E-mail re: beater brush inquiry C. Mullin Dep. Exhibit 12 | | 402 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX106 | 5/04/04 E-mail re: beater brush inquiry<br>C. Mullin Dep. Exhibit 13 | | 402<br>403<br>901 |
| DX107 | 4/19/05 E-mail re: response and Q&A document<br>C. Mullin Dep. Exhibit 14 | | 402<br>403 |
| DX108 | 11110105 E-mail re: field visit<br>C. Mullin Dep. Exhibit 15 | DYS 316243 | 402<br>403<br>802 |
| DX109 | 9/29/05 Hoover Windtunnel and Fusion advertising letter<br>C. Mullin Dep. Exhibit 16 | | 402<br>403 |
| DX110 | 7/27/05 N74 Pick Up Spec Substantiation<br>C. Mullin Dep. Exhibit 17 | DYS 039002- DYS 039010 | 402<br>403 |
| DX128 | 9/06/02 Blair Worldwide Draft<br>D. Miller Dep. Exhibit 16 | MAY 016744, MAY 016758 | 402<br>403<br>802<br>901 |
| DX137 | IEC 60312:1998 Dust Removal Test Results<br>D. Miller 30[b][6] Dep. Exhibit 9 | DYS 332854-DYS 332857 | 802<br>901 |
| DX141 | Martin McCourt Background Information<br>M. McCourt Dep. Exhibit 1 | N/A | 901 |
| DX143 | Dyson Limited Directors Report Dec. 2004<br>M. McCourt Dep. Exhibit 3 | N/A | 402<br>403<br>802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX144 | 1/21/05 E-mail re: balance sheet<br>M. McCourt Dep. Exhibit 4 | DYS 030556-DYS 030558 | 402<br>403<br>802 |
| DX145 | P&L Summary<br>M. McCourt Dep. Exhibit 5 | DYS 327650-DYS 327693 | 802 |
| DX147 | Dyson Sales Information<br>M. McCourt Dep. Exhibit 7 | DYS 301545-DYS 301567 | 802 |
| DX148 | 11/22/04 E-mail re: Dyson share increase<br>M. McCourt Dep. Exhibit 8 | DYS 033468-DYS 033474 | 802 |
| DX149 | Dyson Graphics Team Market Update<br>M. McCourt Dep. Exhibit 9 | DYS 041480-DYS 041485 | 802 |
| DX150 | Hoover decline retailer information<br>M. McCourt Dep. Exhibit 10 | DYS 301502-DYS 301525 | 802 |
| DX151 | U.S. Weekly Exec. Summary<br>M. McCourt Dep. Exhibit 11 | DYS 042414-DYS 042416 | 802 |
| DX152 | Chief Exec. Officer Summary<br>Dec. 2004<br>M. McCourt Dep. Exhibit 12 | DYS 044058-DYS 044059 | 402<br>403 |
| DX153 | 6/09/05 E-mail re: competitor meeting<br>M. McCourt Dep. Exhibit 13 | DYS 043699-DYS 043705 | 802 |
| DX154 | 06/15/05M E-mail re: competitor meeting<br>McCourt Dep. Exhibit 14 | DYS 043706-DYS 043707 | 802 |
| DX155 | 06/08/05 E-mail re: Hoover Fusion details<br>M. McCourt Dep. Exhibit 15 | DYS 044849-DYS 044850 | 802 |
| DX156 | 6/14/05 E-mail re: UK Exec. Summary<br>M. McCourt Dep. Exhibit 16 | DYS 044147 | 402 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX157 | 5/18/05 E-mail re : Dyson share increase M. McCourt Dep. Exhibit 17 | | 402, 403, Additional Objections Reserved |
| DX158 | 7/28/05 E-mail re: June share data M. McCourt Dep. Exhibit 18 | DYS 315811 | 802 |
| DX159 | 7/04/05 E-mail re: Peak Air data & pick up M. McCourt Dep. Exhibit 19 | DYS 035561-DYS 035577 | 802 |
| DX161 | 9/30/04 E-mail re: competitor claims list M. McCourt Dep. Exhibit 21 | DYS 035180-DYS 035186 | 402 403 |
| DX162 | 9/14/04 E-mail re: consumer's union M. McCourt Dep. Exhibit 22 | DYS 033121-DYS 033123 | 402 403 802 |
| DX164 | 7/08/05 E-mail re: Hoover NAD complaint M. McCourt Dep. Exhibit 24 | DYS 038981-DYS 038985 | 402 403 |
| DX165 | 11/10/03 E-mail re: Hoover v. Dyson M. McCourt Dep. Exhibit 25 | DYS 036001-DYS 036004 | 403 |
| DX166 | Dyson commercial slides M. McCourt Dep. Exhibit 26 | N/A | 901 |
| DX167 | Dyson commercial slides M. McCourt Dep. Exhibit 27 | N/A | 901 |
| DX168 | Dyson commercial slides M. McCourt Dep. Exhibit 28 | N/A | 901 |
| DX169 | 4/6/06 Windtunnel Fusion advertising letter M. McCourt Dep. Exhibit 29 | N/A | 402 403 702 703 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX170 | 3/31/05 E-mail re: meeting<br>M. McCourt Dep. Exhibit 30 | DYS 030661-DYS 030663 | 402<br>403<br>802 |
| DX171 | Best Buy Ad<br>M. McCourt Dep. Exhibit 31 | N/A | 901 |
| DX172 | 4/30/93 Dyson suction article M. McCourt Dep. Exhibit 32 | N/A | 802<br>403 |
| DX173 | *5/27/05* E-mail re: reminder of Hoover statement<br>M. McCourt Dep. Exhibit 33 | DYS 033912-DYS 033914 | 802 |
| DX174 | 7/04/05 E-mail re: McCourt approval M. McCourt Dep. Exhibit 34 | DYS 034960-DYS 034962 | 402<br>802 |
| DX175 | 7/27/05 E-mail re: Hoover Fusion fact sheet M. McCourt Dep. Exhibit 35 | DYS 035087-DYS 035089 | 402<br>802 |
| DX176 | 2/14/05 E-mail re: Hoover SWOT issue<br>M. McCourt Dep. Exhibit 36 | DYS 039281-DYS 039284 | 402<br>403<br>802 |
| DX177 | 6/12/05 E-mail re: Hoover Fusion<br>M. McCourt Dep. Exhibit 37 | DYS 005763-DYS 005766 | 402 |
| DX178 | 8/26/05 E-mail re: Bissell v. Hoover v. Dyson M. McCourt Dep. Exhibit 38 | DYS 035138 | 802 |
| DX179 | 2/25/04 E-mail re: U.S. DC14 claims<br>M. McCourt Dep. Exhibit 39 | DYS 035841-DYS 035845 | 802 |
| DX180 | 1/08/03 E-mail re: consumer report Q&A<br>M. McCourt Dep. Exhibit 40 | DYS 035972-DYS 035976 | 402<br>403 |
| DX181 | Jan. 2003 USA Report<br>M. McCourt Dep. Exhibit 41 | DYS 359964 | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX182 | March 2003 International Board Report M. McCourt Dep. Exhibit 42 | DYS 359965-DYS 359966 | 802 |
| DX183 | April 2003 International Board Report M. McCourt Dep. Exhibit 43 | DYS 359967-DYS 359968 | 802 |
| DX184 | 3/17/03 E-mail re: Sears suction claim M. McCourt Dep. Exhibit 44 | DYS 358473-DYS 359474 | 402 403 802 |
| DX185 | May 2003 International Board Report M. McCourt Dep. Exhibit 45 | DYS 359969-DYS 359970 | 802 |
| DX186 | USA Report M. McCourt Dep. Exhibit 46 | DYS 360041–DYS 360044 | 802 |
| DX187 | 1/10/03 DC07 Cyclone reliability improvement M. McCourt Dep. Exhibit 47 | DYS 358475 | 402 403 |
| DX188 | 9/10/02 DC07 USA & UK outer bin modification M. McCourt Dep. Exhibit 48 | DYS 358478-DYS 358479 | 402 403 |
| DX189 | 3/12/03 E-mail re: DC07 proposed cyclone improvements M. McCourt Dep. Exhibit 49 | DYS 358476-DYS 358477 | 402 403 |
| DX190 | Dyson commercial slides J. Dyson Dep Exhibit 21A | N/A | 802 901 1003 |
| DX191 | Dyson commercial slides J. Dyson Dep Exhibit 21B | N/A | 802 901 1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX192 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21C | N/A | 802<br>901<br>1003 |
| DX193 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21D | N/A | 802<br>901<br>1003 |
| DX194 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21E | N/A | 802<br>901<br>1003 |
| DX195 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21F | N/A | 802<br>901<br>1003 |
| DX196 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21G | N/A | 802<br>901<br>1003 |
| DX197 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21H | N/A | 802<br>901<br>1003 |
| DX198 | Dyson commercial slides<br>J. Dyson Dep Exhibit 21I | N/A | 802<br>901<br>1003 |
| DX200 | Dyson DC07 ads<br>J. Dyson Dep Exhibit 23 | N/A | 901<br>1003 |
| DX201 | Hall & Partners insights and implications from Dyson tracking study<br>J. Dyson Dep Exhibit 24 | N/A | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX203 | Dyson online help page<br>J. Dyson Dep Exhibit 26 | DYS 012769-DYS 012785 | 901<br>1003 |
| DX207 | Dyson Limited Directors Report & Financial Statements<br>Dec. 2003<br>I Dyson Dep Exhibit 30 | N/A | 402<br>403<br>802 |
| DX208 | Intertek Upright vacuum air performance test 3023165-002<br>I Dyson Dep Exhibit 31 | N/A | 802<br>901 |
| DX209 | Dyson suction ad<br>I Dyson Dep Exhibit 32 | N/A | 901<br>1003 |
| DX215 | Dyson suction ad<br>I Dyson Dep Exhibit 38 | N/A | 106<br>901<br>1003 |
| DX217 | U.S. Upright dirt removal graph<br>I Dyson Dep Exhibit 40 | DYS 030433 | 106 |
| DX219 | Dyson Story Ad<br>J. Dyson Dep Exhibit 42 | N/A | 106<br>901<br>1003 |
| DX226 | 5/4/04 E-mail re: beater brush inquiry<br>J. Dyson Dep Exhibit 49 | DYS 034225–DYS 034228 | 802 |
| DX227 | 3/30/05 E-mail re: project not on MGPD<br>D. Hummel Dep. Exhibit 1 | N/A | 403 |
| DX229 | Performance requirement CTQ's<br>D. Hummel Dep. Exhibit 3 | N/A | 403 |
| DX230 | Reliability Test Plan<br>D. Hummel Dep. Exhibit 4 | N/A | 403 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX232 | Cleaner performance data sheet D. Hummel Dep. Exhibit 6 | MAY 008236-MAY 008239 | 403 |
| DX236 | Compliance Consulting Inc's Hoover Cleaning Effectiveness Testing D. Hummel Dep. Exhibit 10 | MAY 016091-MAY 016160 | 403 |
| DX238 | Handwritten Notes E.J. Heatley Dep. Exhibit 1 | DYS 512739-DYS 512774 | 402 403 802 |
| DX239 | Handwritten Notes E.J. Heatley Dep. Exhibit 2 | DYS 512775-DYS 512821 | 402 403 802 |
| DX240 | 7/01/04 E-mail re: ITS compets v. X067 E.J. Heatley Dep. Exhibit 3 | DYS 034320-DYS 034322 | 403 802 |
| DX241 | Suction power graph E.J. Heatley Dep. Exhibit 4 | DYS 033105 | 106 403 901 |
| DX242 | 6/21/04 E-mail re: ITS compets v. X067 E.J. Heatley Dep. Exhibit 5 | DYS 033099-DYS 033104 | 403 802 901 |
| DX243 | 9/14/04 E-mail re: consumers union E.J. Heatley Dep. Exhibit 6 | DYS 033121-DYS 033123 | 403 |
| DX244 | 12/07/04 E-mail re: consumer reports E.J. Heatley Dep. Exhibit 7 | DYS 033493 -DYS033494 | 402 403 802 |
| DX245 | 9/29/04 E-mail re: technical home trials E.J. Heatley Dep. Exhibit 8 | DYS 033153 | 403 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX246 | 10/19/04 E-mail re: CR data E.J. Heatley Dep. Exhibit 9 | DYS 033196-DYS 033197 | 403 |
| DX247 | 10/15/04 E-mail re: tech results E.J. Heatley Dep. Exhibit 10 | DYS 034439-DYS 034443 | 403 802 901 |
| DX248 | 10/25/04 E-mail re: tech home results E.J. Heatley Dep. Exhibit 11 | DYS 033214-DYS 033222 | 403 802 901 |
| DX249 | 3/25/04 E-mail re: real world data E.J. Heatley Dep. Exhibit 12 | DYS 501750 | 403 802 |
| DX250 | *5/27/05* E-mail re: Hoover v. Dyson data sheet E.J. Heatley Dep. Exhibit 13 | DYS 032267-DYS 032269 | 802 |
| DX251 | 5/04/04 E-mail re: beater brush inquiry E.J. Heatley Dep. Exhibit 14 | DYS 034225-DYS 034228 | 802 |
| DX252 | 5/04/04 E-mail re: beater brush inquiry E.J. Heatley Dep. Exhibit 15 | DYS 034229-DYS 034231 | 802 |
| DX253 | 8/05/04 E-mail re: pick up bar chart E.J. Heatley Dep. Exhibit 16 | DYS 034400-DYS 034404 | 802 |
| DX254 | 7/12/05 E-mail re: overall pick up E.J. Heatley Dep. Exhibit 17 | DYS 030432-DYS 030450 | 802 |
| DX255 | *5/24/05* E-mail re: floor covering stats E.J. Heatley Dep. Exhibit 18 | DYS 033908-DYS 033911 | 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX256 | 8/04/04 Hall & Partner Insights Presentation K. Lundgren Dep. Exhibit [Hall 1] | HALL 000107-HALL 000176 | 106 402 403 802 901 1003 |
| DX257 | Hall & Partners Jan. 2005 Dyson Tracking Study K. Lundgren Dep. Exhibit [Hall 2] | N/A | 106 402 403 802 901 1003 |
| DX258 | K Hall & Partners July 2005 Dyson Tracking Study Lundgren Dep. Exhibit [Hall 3] | HALL 000177-HALL 000284 | 106 402 403 802 901 1003 |
| DX259 | Hall & Partners Jan. 2006 Dyson Tracking Study K. Lundgren Dep. Exhibit [Hall 4] | HALL 000285-HALL 000358 | 106 402 403 802 901 1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX260 | Hall & Partners June 2006 Dyson Tracking Study<br>K. Lundgren Dep. Exhibit [Hall 5] | HALL 000001-HALL 000098 | 106<br>402<br>403<br>802<br>901<br>1003 |
| DX285 | IEC/SC 59F WG3 Meeting Attendee Delegate List<br>S. Goldsmith Dep. Exhibit 11 | IBR00237-IBR00244 | 802 |
| DX302 | Presentation: Insights and Implications After Launching the Outdoor in San Francisco and New York prepared for Dyson September 20, 2004 (C. Errington Dep. Exhibit 2) | DYS006698/006778 | 106<br>402<br>403<br>802<br>901<br>1003 |
| DX303 | Presentation: Insights and Implications from Dyson Tracking Study–Wave 3 prepared for Dyson January 2005 (C. Errington Dep. Exhibit 3) | DYS006854/006949 | 106<br>402<br>403<br>802<br>901<br>1003 |
| DX304 | Presentation: Insights and Implications from Dyson Tracking Study–Wave 4 prepared for Dyson July 2005 (C. Errington Dep. Exhibit 4) | HALL000177/000284 | 106<br>402<br>403<br>802<br>901<br>1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX305 | Presentation: Insights and Implications from Dyson Tracking Study–Wave 5 prepared for Dyson January 2006 (C. Errington Dep. Exhibit 5) | HALL000285/000358 | 106 402 403 802 901 1003 |
| DX306 | Dyson Helpline 2005 Data (2) (C. Errington Dep. Exhibit 6) | DYS019676/019719 | 106 802 901 1003 |
| DX321 | Doyle Research Associates, Inc. Summary Report: First Impressions Consumers Review Cordless Upright/Robotic Vacuum Concepts prepared for Hoover Company, May 2004 (R. Boyer Dep. Exhibit 60) | MAY071600/071618 | 802 |
| DX337 | Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaner Testing (J. Balough Dep. Exhibit 9) | May005846/005859 | 802, Additional Objections Reserved |
| DX347 | ASTM F11.23–Filtration Subcommittee April 19, 2003, Kansas, City (J. Balough Dep. Exhibit 18) | ASTM000392/000394 | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX364 | Draft–Following 21 Pages Submitted September 6, 2002 by Blair Worldwide, Inc. for Clerical Purposes: Synopsis of Comments to the Best of Our Recollection for September 5, 2002 Meeting at Hoover (D. Baker Dep. Exhibit 13) | MAY016744/016758 | 802 |
| DX371 | Hard Floor Cleaners, Gary Johs, Dave Cotsmire (D. Baker Dep. Exhibit 20) | May044811/044813 | 106, Additional Objections Reserved |
| DX372 | Hoover Creative Development, February 2005 (D. Baker Dep. Exhibit 21) | MAY064592/064613 | 802 |
| DX373 | E-mail from Grahame Capron-Tee to dbaker re: Dyson DC15–The Ball, 3/17/05 (D. Baker Dep. Exhibit 22) | MAY002755 | 402 403 802 |
| DX374 | Supplemental Report from April 2003 from Grahame Capron-Tee (D. Baker Dep. Exhibit 23) | MAY002580 | 802 |
| DX376 | Contact Report #26 January 14, 2005 Dyson SPWT Head-to-Head (D. Baker 30[b] [6] Dep. Exhibit 2) | MAY004143/004144 | 802 |
| DX380 | Hoover Recap 4/26/06, prepared by Stan Fiorito (D. Baker 30[b] [6] Dep. Exhibit 6) | TBWA005050/005070 | 802 |
| DX381 | Hoover Competitive 2001-Q1 2004 Media Spend and Market Share, 7/12/04 (D. Baker 30[b] [6] Dep. Exhibit 7) | ELEMENT79-000654/79-000677 | 802 |
| DX383 | Doug Kellam bio doc 2.doc (D. Kellam Dep. Exhibit 1) | CRT0131479/0131480 | 802 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX387 | E-mail from Martin Bowen to Gordon Thom; Clare Mullin; Mark Taylor; Michael Montalbano re: Sears–No Loss of Suction Claim, 3/17/03 (D. Kellam Dep. Exhibit 5) | DYS358473, DYS358474 | 106 802 |
| DX388 | E-mail from Jeff Hyman to Caroline Errington re: Cons report meeting, 10/21/04 (D. Kellam Dep. Exhibit 6) | DYS039232/039234 | 403 802 |
| DX389 | E-mail from Matthew Kitchin to Emma Jane Heatley re: FW: General enquiry: Beater Brush, 3/4/04 (D. Kellam Dep. Exhibit 7) | DYS034229/034231 | 403 802 901 |
| DX390 | E-mail from Emma Jane Heatley to Matthew Kitchin; Justin King; Mark Taylor; Mandy Pekin; Rebecca Trentham; Doug Kellam; Clare Mullin; Michael Mackay-Lewis re: General enquiry–Beater Brush, 4/30/04 (D. Kellam Dep. Exhibit 8) | DYS033077/033078 | 403 802 |
| DX391 | E-mail from Rebecca Trentham to Dough Kellam; Mandy Pekin; Emma Jane Heatley re: General enquiry: Beater Bruch, 5/4/04 (D. Kellam Dep. Exhibit 9) | DYS034225/034228 | 403 802 |
| DX392 | E-mail from Emma Jane Heatley to Paul Bagwell; Chris Perrin re: Easy Tilting, 6/14/04 (D. Kellam Dep. Exhibit 10) | DYS362992/362997 | 403 802 |
| DX393 | E-mail from Doug Kellam to Emma Jane Heatley re: ITS Compets vs X067 04.06.04 bagfilter changes.xls, 6/26/04 (D. Kellam Dep. Exhibit 11) | DYS034315/034316 | 106 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX394 | Fwd dyson at walmart.rtf (D. Kellam Dep. Exhibit 12) | CRT0200247/0200249 | 802 901 |
| DX395 | Wal-Mart to Test Dyson Vacs (D. Kellam Dep. Exhibit 13) | MAY102827 | 402 802 901 |
| DX396 | E-mail from Hugo Adams to Alex Souter; Andrea Strein; Heidi Stephens; James Ross-Smith; Kate Rixon; Mark Loder; Paul Wright; Tim Price re: FW: Hoover/Maytag restructuring, 6/8/04 (D. Kellam Dep. Exhibit 14) | DYS313018/313020 | 802 |
| DX397 | E-mail from Maria Tryan to Jeff Hyman re: Hoover's new print ad has a DC07 in it!, 4/15/05 (D. Kellam Dep. Exhibit 15) | DYS036069/036070 | 106 402 802 |
| DX398 | E-mail from Clare Mullin to Tim Price; Guy Lambert; Hugo Adams re: Dyson Remains #1 in Dollar Share!, 2/18/05 (D. Kellam Dep. Exhibit 16) | DYS314437/314440 | 106 802 |
| DX400 | E-mail from Paul Bagwell to Emma Jane Heatley re: ITS Compets vs X067 04.06.04 bagfilter changes.xls, 6/29/04 (D. Kellam Dep. Exhibit 18) | DYS034317/034319 | 106 403 802 |
| DX403 | E-mail from Doug Kellam to James Dyson; Martin McCourt re: After DC15 Launch, 4/3/05 (D. Kellam Dep. Exhibit 21) | DYS039087/039088 | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX405 | Expert Report of M. Rao<br>M. Rao Dep. Exhibit 1 | | 402<br>403<br>802 |
| DX406 | Unit Market Share for Hoover and Dyson Upright Vacuum Cleaners $169 and Above By Quarter (M. Rao Dep. Exhibit 2) | N/A | 106<br>802<br>901 |
| DX407 | Sales Figures (M. Rao Dep. Exhibit 3) | RAO010083/010094 | 802<br>901 |
| DX408 | Supplemental Expert Report of Mohan Rao, Ph.D. (M. Rao Dep. Exhibit 4) | N/A | 802 |
| DX409 | Handwritten Notes (M. Rao Dep. Exhibit 5) | RAO005232/005245 | 802<br>901 |
| DX410 | Expert Report of Dr. Joel H. Steckel (M. Rao Dep. Exhibit 6) | N/A | 802 |
| DX411 | Expert Report of Laura B. Stamm, 1/15/07 (M. Rao Dep. Exhibit 7) | N/A | 802 |
| DX412 | Expert Report of Dr. Itamar Simonson (M. Rao Dep. Exhibit 8) | N/A | 802 |
| DX416 | Multi Generation Product Development Process Initiative, Thomas Yu, 1/28/03 (G. Duplin Dep. Exhibit 4) | MAY074398/072727 (document not in page order) | 802<br>403 |
| DX417 | E-mail from Jerry Cook re: Wal-Mart Business Review, 4/29/03 (G. Duplin Dep. Exhibit 5) | MAY021593/021650 | 403 |
| DX423 | E-mail from Eric Henderson re: Unleash Hoover Comments, 5/7/04 (G. Duplin Dep. Exhibit 11) | MAY071330/071331 | 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX427 | E-mail from Greg Dupliin re: SAM's Club Intelligence, 4/27/04 (G. Duplin Dep. Exhibit 15) | MAY070897/070898 | 802 |
| DX428 | Expert Report of Lewis Migliore Migliore Dep. Exhibit 1 | N/A | 802 |
| DX429 | Standard specifications for Carpets and Pads for Vacuum Cleaning Testing Migliore Dep. Exhibit 2 | MIG000007-11 (The correct Bates-number for this document is MIG000009-MIG000011) | 802 |
| DX430 | Victor Polansky Report Battema Dep. Exhibit 1 | N/A | 802 |
| DX436 | Hoover Cleaning Effectiveness Testing At Reduced Suction, April 25 to May 13, 2005, Report No. A05-05-001 Battema Dep. Exhibit 7 | MAY 014096–014212 | 802 |
| DX437 | OMS Testing Services, 5/12/06 Battema Dep. Exhibit 8 | ORECK–3685–3686 | 802 901 |
| DX439 | Report No. 3089887CRT-001 Air Performance Testing On Two Upright Vacuum Cleaners When Loaded With Dust, Rendered To: Oreck Corporation, 2/6/06 Battema Dep. Exhibit 10 | N/A | 802 |
| DX444 | 12/18/06 letter with attachments from John N. Balough to Stephen P. Durchslag Balough Expert Dep. Exhibit 1 | N/A | 802 |
| DX445 | 1/9/07 letter with attachment from Lisa J. Parker to Steven Reich Balough Expert Dep. Exhibit 2 | N/A | 802 |

# DYSON v. MAYTAG
## 05cv434
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S
### EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX447 | 11/27/06 e-mail from John Balough to Susan Goldsmith Re: DC17 Tests Balough Expert Dep. Exhibit 4 | BAL 000035–36 | 402 403 |
| DX448 | 6/1/76 Minutes of Meeting VCMA Technical Standards Committee Members Balough Expert Dep. Exhibit 5 | BAL 000157–159 | 802 |
| DX449 | Handwritten document in re: 1957, 1979 Balough Expert Dep. Exhibit 6 | BAL 000160 | 103 802 901 1003 |
| DX451 | 7/14/06 e-mail from Stephen Durchslag to John Balough re: Susan Goldsmith agreement Balough Expert Dep. Exhibit 8 | BAL 000161–000164 | 802 |
| DX452 | Handwritten document entitled X Project Balough Expert Dep. Exhibit 9 | BAL 000014 | 106 901 |
| DX453 | 1/31/07 IBR Invoice to John Balough Balough Expert Dep. Exhibit 10 | BAL 000785–000789 | 802 901 |
| DX454 | E-mail string re: X Project Balough Expert Dep. Exhibit 11 | BAL 000138 | 802 |
| DX455 | 7/21/06 e-mail from John Balough to Susan Goldsmith re: IBR Balough Expert Dep. Exhibit 12 | BAL 000136 | 802 |
| DX456 | Test document Balough Expert Dep. Exhibit 13 | BAL 000010 | 802 901 1003 |

# DYSON v. MAYTAG
## 05cv434
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S
### EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX457 | 8/24/06 e-mail from David Wright to J. Balough re: Test Status JN 8588 Balough Expert Dep. Exhibit 14 | BAL 000106 | 106 802 901 1003 |
| DX459 | Colored Photographs entitled Filed Measuring Device Balough Expert Dep. Exhibit 16 | BAL 001046–001074 | 802 901 |
| DX461 | 8/24/06 e-mail from John Balough to David Wright re: Test Status JN 8588 Balough Expert Dep. Exhibit 18 | BAI 000105 | 802 |
| DX462 | Handwritten Document addressed to Susan Balough Expert Dep. Exhibit 19 | BAIL 000130 | 901 |
| DX463 | 8/30/06 e-mail from John Balough to David Wright re: X Project Balough Expert Dep. Exhibit 20 | BAIL 000077 | 802 |
| DX464 | 8/30/06 e-mail form John Balough to John Balough re: Pick up summary table Balough Expert Dep. Exhibit 21 | BAIL 000078–000079 | 802 |
| DX465 | 8/31/06 e-mail from John Balough to David Wright re: X Project Balough Expert Dep. Exhibit 22 | BAIL 000070 | 802 |
| DX466 | E-mail string re: X Project Balough Expert Dep. Exhibit 23 | BAIL 000068–000069 | 802 |
| DX467 | 9/14/06 e-mail from John Balough to David B. Wright re: X Project Balough Expert Dep. Exhibit 24 | BAIL 000062 | 106 802 901 1003 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX468 | IBR Test Report re: DC14 Balough Expert Dep. Exhibit 25 | BAIL 000273 | 802 901 |
| DX469 | E-mail string re: X Project Balough Expert Dep. Exhibit 26 | BAIL 000061 | 802 |
| DX470 | E-mail string re: X Project Balough Expert Dep. Exhibit 27 | BAIL 000059–000060 | 106 402 802 901 |
| DX471 | E-mail string re: X Project Balough Expert Dep. Exhibit 28 | BAIL 000057–000058 | 106 402 403 802 901 |
| DX472 | IBR Test Activity Log August 2006 F588-06 Balough Expert Dep. Exhibit 29 | BAIL 000889 | 106 403 802 901 |
| DX473 | 8/22/06 e-mail from John Balough to Susan Goldsmith re: X Project Balough Expert Dep. Exhibit 30 | BAIL 000129 | 106 402 802 |
| DX474 | IBR Test Report F588-06 September 11, 2006 Balough Expert Dep. Exhibit 31 | BAL 000231 | 106 403 802 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX475 | IBR In Home Data Sheet re: Great Oaks Community Center Balough Expert Dep. Exhibit 32 | BAL 000646 | 106 402 802 901 |
| DX476 | Handwritten Sawtooth Chart Balough Expert Dep. Exhibit 33 | BAL 000280 | 106 402 403 802 901 |
| DX477 | Document entitled DC07-4 Empty and Varied Fill Balough Expert Dep. Exhibit 34 | BAL 001043–001045 | 106 402 403 901 |
| DX478 | IBR Participant Home–Description of Test Areas Balough Expert Dep. Exhibit 35 | BAL 000498 | 106 402 802 901 |
| DX479 | ASTM F608 Carpet Pick Up Summary Balough Expert Dep. Exhibit 36 | BAL 000032 | 106 402 403 802 901 |
| DX480 | ASTM F608 Carpet Pick Up Summary Balough Expert Dep. Exhibit 37 | BAL 000025 | 106 402 403 802 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX481 | ASTM F608 Carpet Pick Up Summary Balough Expert Dep. Exhibit 38 | BAL 000021 | 106 402 403 802 901 |
| DX482 | 8/31/06 IBR Invoice to John Balough Balough Expert Dep. Exhibit 39 | BAL 000153 | 402 802 901 |
| DX483 | 8/31/06 IBR Invoice to John Balough Balough Expert Dep. Exhibit 40 | BAL 000155 | 402 802 901 |
| DX484 | 9/5/06 e-mail from John Balough to David Wright re: X Project Balough Expert Dep. Exhibit 41 | BAL 000067 | 106 402 802 901 |
| DX485 | E-mail string with attachment re: X Project Balough Expert Dep. Exhibit 42 | BAL 000053–000056 | 106 402 403 802 901 |
| DX486 | Document entitled DC07-4 Empty Balough Expert Dep. Exhibit 43 | BAL 001040–001042 | 106 402 403 802 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX487 | Document entitled DC14 Dust Pickup/Weight Chart<br>Balough Expert Dep. Exhibit 44 | BAL 000945 | 106<br>402<br>802<br>901 |
| DX488 | 12/18/06 e-mail from John Balough to J. Balough re: DC07 14 hour pick up transcript corrected JN 8588 H<br>Balough Expert Dep. Exhibit 45 | BAL 000371 | 106<br>402<br>403<br>802<br>901 |
| DX489 | IBR Test Report Corrected calculations September 12, 2006<br>Balough Expert Dep. Exhibit 46 | BAL 000867 | 106<br>403<br>802<br>901 |
| DX490 | IBR Test report ASTM F558-06<br>Balough Expert Dep. Exhibit 47 | BAL 000233 | 106<br>403<br>802<br>901 |
| DX491 | 11/30/06 e-mail from David Wright to J. Balough re: X Project<br>Balough Expert Dep. Exhibit 48 | BAL 000033–000034 | 106<br>402<br>802<br>901 |
| DX492 | 12/8/06 e-mail from Lisa Parker to J. Balough re: Dyson v. Maytag<br>Balough Expert Dep. Exhibit 49 | MAY 141267 | 402<br>403<br>802<br>901 |

# DYSON v. MAYTAG
## 05cv434
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S
### EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX493 | Field Cleaning Effectiveness Results Balough Expert Dep. Exhibit 50 | MAY 141266 | 106 402 403 802 901 |
| DX496 | Video: WB 4-25-2005 | DYS075579 | 106 802 901 |
| DX497 | Video: Full Circle | DYS075580 | 402 901 |
| DX498 | Video: Dyson Commercial | DYS075581 | 402 901 |
| DX499 | Video: Dyson Commercial | DYS075582 | 402 901 |
| DX500 | Video: Dyson Commercial | DYS075583 | 402 901 |
| DX501 | Video: Dyson Commercial | DYS075584 | 402 901 |
| DX502 | Video: Dyson Commercial | DYS075585 | 402 901 |
| DX503 | Video: Dyson Commercial | DYS075586 | 402 901 |
| DX504 | Video: Dyson Commercial | DYS075587 | 402 901 |
| DX505 | Video: Dyson Commercial | DYS075588 | 402 901 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX506 | Video: Dyson Commercial | DYS075589 | 402 901 |
| DX507 | Video: Dyson Commercial | DYS075590 | 402 901 |
| DX508 | Video: Dyson Commercial | DYS075591 | 402 901 |
| DX509 | Video: Dyson Commercial | DYS075592 | 402 901 |
| DX510 | Video: Dyson Commercial | DYS075593 | 402 901 |
| DX511 | Video: Dyson Commercial | DYS075594 | 402 901 |
| DX512 | Video: Dyson Commercial | DYS075595 | 402 901 |
| DX513 | Video: Dyson Commercial | DYS075596 | 402 901 |
| DX514 | Video: Dyson Commercial | DYS075597 | 402 901 |
| DX515 | Video: Dyson Commercial | DYS075598 | 402 901 |
| DX516 | Video: Dyson Commercial | DYS075599 | 402 901 |
| DX519 | Video: Dyson Full Circle | DYS075602 | 402 403 |
| DX520 | Video: Full Circle 2-27 | DYS075603 | 402 403 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX521 | Video: Full Circle WIP | DYS075604 | 402 403 |
| DX522 | Video: DYSN 3318 Part 1 | DYS075605 | 402 403 |
| DX524 | Video: Full Circle 001 | DYS075607 | 402 403 |
| DX525 | Video: Reversal 001 | DYS075608 | 402 403 |
| DX527 | Video: Full Circle THUR | DYS075610 | 402 403 |
| DX528 | Video: rev o fortune | DYS075611 | 402 403 |
| DX529 | Video: Full Circle mon3 | DYS075612 | 402 403 |
| DX530 | Video: Reversal mon3 | DYS075613 | 402 403 |
| DX531 | Video: 1 Reversal Jessop | DYS075614 | 402 403 |
| DX532 | Video: 2 Reversal Lurie | DYS075615 | 402 403 |
| DX533 | Video: 3 Reversal Hayden | DYS075616 | 402 403 |
| DX534 | Video: Reversal of Fortune | DYS075617 | 402 403 |
| DX535 | Video: Reversal of Fortune | DYS075618 | 402 403 |

# DYSON v. MAYTAG
## 05cv434
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S
### EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX536 | Video: Reversal 140206 | DYS075619 | 402 403 |
| DX537 | Video: Alt No Open Card | DYS075620 | 402 403 |
| DX538 | Video: Orig New Logo | DYS075621 | 402 403 |
| DX539 | Video: Orig New Logo | DYS075622 | 402 403 |
| DX541 | Video: Dyson Commercial | DYS075624 | 402 901 |
| DX542 | Video: Dyson Commercial | DYS075625 | 402 901 |
| DX544 | Dyson Video: Lousy Suction | N/A | If this is a final version of this document, no objection. |
| DX545 | Dyson Video: Dyson Cyclones | MAY140959 | If this is a final version of this document, no objection. |
| DX547 | Dyson Video: The Ball–Hand | N/A | If this is a final version of this document, no objection. |
| DX548 | Dyson Video: The Ball–Brain | N/A | If this is a final version of this document, no objection. |
| DX549 | Dyson Video: Reversal of Fortune | N/A | If this is a final version of this document, no objection. |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX550 | Dyson Video: Reversal of Fortune, Mold | N/A | If this is a final version of this document, no objection. |
| DX551 | Dyson Video: Dust on Lens 9-18-2006 | N/A | If this is a final version of this document, no objection. |
| DX552 | Video: Bad Boy Dirt | N/A | Exhibit Withdrawn |
| DX553 | Video: Dirt Party Empower 30 Track [1] | N/A | Exhibit Withdrawn |
| DX554 | Video: Dirt Party Empower 30 Track [2] | N/A | Exhibit Withdrawn |
| DX555 | Video: Dirt Party Empower AudioSet | N/A | Exhibit Withdrawn |
| DX556 | Video: Dyson Commercial, Dyson News 4H | DYS317254 | Dyson reserves the right to object until such time as this exhibit may be viewed. |
| | | | |
| DX563 | Video: Dyson Commercial Dyson Balls in Vacuum | DYS521088 | 402 403 |
| DX564 | Video: Dyson Commercial Dyson Historical Spots | F100758 | Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX565 | Video: Dyson Commercial Dyson Dots Rev 15 | DYS521239 | Dyson reserves the right to object until such time as this exhibit may be viewed. |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX566 | Video: Dyson Commercial Fall TV ads | N/A | If this is a final version of this document, no objection. |
| DX567 | Hoover Video: 70per More Dirt | N/A | Exhibit Withdrawn |
| DX568 | Hoover Video: Floormate Home Depot | N/A | Exhibit Withdrawn |
| DX569 | Hoover Video: Floormate Sears | N/A | Exhibit Withdrawn |
| DX570 | Hoover Video: Agility 25-5 | N/A | Exhibit Withdrawn |
| DX571 | Hoover Video: Agility 30 | N/A | Exhibit Withdrawn |
| DX572 | Hoover Video: Beach New 083104 | N/A | Exhibit Withdrawn |
| DX573 | Hoover Video: Beach New Best Buy | N/A | Exhibit Withdrawn |
| DX574 | Hoover Video: Fondue Empower 02 [1] | N/A | Exhibit Withdrawn |
| DX575 | Hoover Video: Fondue Empower 02 [2] | N/A | Exhibit Withdrawn |
| DX576 | Hoover Video; Fondue Empower Audio | N/A | Exhibit Withdrawn |
| DX577 | Hoover Video: My vacuum 121605 | N/A | Exhibit Withdrawn |
| DX578 | Hoover Video: My vacuum 042005 | N/A | Exhibit Withdrawn |
| DX579 | Hoover Video: My Vacuum Alt 042005 | N/A | Exhibit Withdrawn |
| DX580 | Hoover Video: On Off And Garden | N/A | Exhibit Withdrawn |
| DX581 | Hoover Video: PowerBoostHusband [1] | N/A | Exhibit Withdrawn |
| DX582 | Hoover Video: PowerBoostHusband [2] | N/A | Exhibit Withdrawn |
| DX583 | Hoover Video: PowerBoostHusband [3] | N/A | Exhibit Withdrawn |
| DX584 | Hoover Video: Proof of Life | N/A | Exhibit Withdrawn |
| DX585 | Hoover Video: The Guy | N/A | Exhibit Withdrawn |
| DX586 | Hoover Video: The Visitor Empower 0 [1] | N/A | Exhibit Withdrawn |
| DX587 | Hoover Video: The Visitor Empower 0 [2] | N/A | Exhibit Withdrawn |
| DX588 | Hoover Video: The Visitor Empower A | N/A | Exhibit Withdrawn |
| DX589 | Hoover Video: The Weekend V2 | N/A | Exhibit Withdrawn |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX590 | Hoover Video: Water 083104 | N/A | Exhibit Withdrawn |
| DX591 | Hoover Video: Windtunnel Envy 021 | N/A | Exhibit Withdrawn |
| DX592 | Hoover Video: XTOE640R Translation | N/A | Exhibit Withdrawn |
| DX593 | Field Measuring Device Photos | BAL001046-1053 | 402 403 802 |
| DX594 | IBR ID DC14-1 Photos | BAL001054-1060 | 402 403 802 |
| DX595 | IBR ID DC07-5 Photos | BAL001061-1074 | 402 403 802 |
| DX596 | IBR In Home Photos | BAL001075-1252 | 402 403 802 |
| DX598 | Modified Fusion vacuum cleaner | N/A | Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX599 | Sectioned dirt cup and separator assembly of Fusion vacuum cleaner | N/A | Insufficient identification; Dyson reserves the right to object until such time as this exhibit may be viewed. |
| DX608 | U.S. Patent 5,858,038 (Dyson Dep. Ex. 8) | N/A | 402 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX612 | Dyson story board for Late Show With David Letterman (Dyson Dep. Ex. 12) | N/A | 402 |
| DX613 | Dyson story board for Today show (Dyson Dep. Ex. 13) | N/A | 402 |
| DX615 | Prosecution history of U.S. Patent 5,858,038 (Dyson Dep. Ex. 15) | N/A | 402 |
| DX632 | Expert Report of Charles D. DeGraff executed 1/12/2007, and exhibits | N/A | 802 |
| DX637 | Expert Report of John C. Jarosz dated 12/18/2006, and exhibits | N/A | 802 |
| DX641 | Expert Report of Gareth Evan Lyn Jones dated 12/15/2006, and exhibits | N/A | 802 |
| DX642 | Expert Report of Alex L. Constable dated 1/11/2007, and exhibits | N/A | 802 |
| DX647 | Array of Dyson upright vacuum cleaners | N/A | 402 |
| DX648 | Expert Report of M. Rao, with exhibits and reliance materials | Various | 402 403 802 |
| DX649 | Expert Report of R. Battema, with exhibits and reliance materials | Various | 402 403 802 |
| DX650 | Expert Report of J. Balough, with exhibits and reliance materials | Various | 402 403 802 |
| DX651 | Expert Report of L. Migliore, with exhibits and reliance materials | Various, MIG000604-000765 | 402 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX652 | Expert Report of I Wind, with exhibits and reliance materials | Various | 402<br>403<br>802 |
| DX653 | Dyson advertisements and photos | MAY140942-141008 | 106<br>403<br>802<br>901<br>1003 |
| DX654 | Advertisements The most powerful upright. | MAY000351 | Additional Objections Reserved |
| DX655 | Advertisements The most powerful upright vacuum cleaner available. | MAY001914 | Additional Objections Reserved |
| DX656 | Advertisements The most powerful upright for pet hair. | MAY020545 | Additional Objections Reserved |
| DX657 | Advertisements The Root8Cyclone has the highest suction power and picks up more dirt from your home. | TEN000506 | Additional Objections Reserved |
| DX658 | Advertisements Dyson scientists developed the Root8Cyclone technology to give higher suction power and pick up more dust. | MAY000344 | Additional Objections Reserved |
| DX659 | Advertisements More cyclones give higher suction power. | MAY001918 | Additional Objections Reserved |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX660 | Advertisements Double the suction of other vacuums. After 10 oz of dust. | MAY001793 | Additional Objections Reserved |
| DX661 | Advertisements When it comes to vacuuming, nothing is more important than suction. | | Dyson reserves the right to object until such time as this exhibit may be viewed |
| DX662 | Advertisements Higher volumes of air are spread simultaneously through many cyclones to give higher constant suction power – which means you pick up even more dust. | MAY001919 | Additional Objections Reserved |
| DX663 | Advertisements Wide channel picks up large debris that others can leave behind. | MAY001958 | Additional Objections Reserved |
| DX664 | Advertisements The Dyson cyclones create 100,000 times the force of gravity to spin dirt out of the air, so nothing gets clogged, ever. | MAY000335 | Additional Objections Reserved |
| DX665 | Advertisements Bags, filters, they all clog with dust and lose suction. But a Dyson works differently. Its creates 100,000 times the force of gravity to spin dirt out of the air, so nothing gets clogged, ever. | MAY000336 | Additional Objections Reserved |
| DX666 | Advertisements Other vacuum cleaners use bags and filters, which clog with dust so they lose suction. Dyson is different because it doesn't rely on bags or filters so it never clogs and never loses suction. | MAY140965 | Additional Objections Reserved |
| DX667 | Advertisements [A Dyson] doesn't lose suction. | MAY140970 | Additional Objections Reserved |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX668 | Advertisements The first vacuum cleaner that doesn't lose suction. | MAY000346, MAY140991 | Additional Objections Reserved |
| DX669 | Advertisements Only a Dyson is designed not to lose suction. | MAY140987 | Additional Objections Reserved |
| DX670 | Advertisements Unlike other vacuum cleaners, Dyson doesn't lose suction. | MAY000352 | Additional Objections Reserved |
| DX671 | Advertisements Because a Dyson doesn't clog like other vacuums, its suction power remains constant, room after room, after room. | MAY000344 | Additional Objections Reserved |
| DX672 | Advertisements A Dyson doesn't lose suction no matter how far you vacuum. | MAY140978 | Additional Objections Reserved |
| DX673 | Advertisements Room after room after room a Dyson doesn't lose suction. | MAY140979 | Additional Objections Reserved |
| DX674 | Advertisements I was so frustrated with my old vacuum cleaner–it clogged quickly with dust, destroying the suction. So I set about developing an entirely new one to solve the problem. More than 5,000 prototypes later I had it–the first vacuum cleaner that doesn't lose suction. | DYS010199 | Additional Objections Reserved |
| DX675 | Advertisements So I thought I'd try and design something better. A few thousand prototypes later, I had it. No bags, no clogged up filters and the first vacuum that doesn't lose suction. (James Dyson Deposition Exhibit 21B) | | Dyson reserves the right to object until such time as this exhibit may be viewed |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX676 | Advertisements After 14 years and 5,127 prototypes, we had it. A vacuum that works as it should. It doesn't lose suction. | MAY140982 | Additional Objections Reserved |
| DX677 | Advertisements Five years and 5,127 prototypes later, the world's first cyclonic bagless vacuum cleaner arrived. (James Dyson Deposition Exhibit 42) | | Dyson reserves the right to object until such time as this exhibit may be viewed |
| DX678 | Advertisements [James Dyson] found that the filter used in a typical bagless system clogs as the container fills. Indeed, he discovered that vacuum cleaners can lose up to 50 percent of their suction after picking up just 10 ounces of dust. Five years and 5,127 prototypes later, Dyson came up with a solution–the world's first vacuum cleaner that doesn't lose suction. | MAY140989 | Additional Objections Reserved |
| DX679 | Advertisements Picks up larger dirt and debris that others leave behind. | DYS305285 | Additional Objections Reserved |
| DX680 | Advertisements Other vacuums can lose up to half their suction power after a small amount of dust. Dyson doesn't–it keeps its suction power room after room. | MAY140979 | Additional Objections Reserved |
| DX681 | Advertisements Dirt and dust are thrown out of the airflow and collected in the bin, not on filters or in bags. | BBH00001105 | Additional Objections Reserved |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX682 | Advertisements Ever since the vacuum cleaner was invented its had a basic design flaw...bags, filters, they all clog with dust then lose suction. The technology simply doesn't work. | MAY140959 | Additional Objections Reserved |
| DX683 | Advertisements When vacuum cleaners lose suction, your first instinct is to shake or hit it to unblock the clog. The problem, however, is more serious. Bags, filters, they all clog with dust and lose suction. I just think things should work properly. | MAY000336 | Additional Objections Reserved |
| DX684 | Advertisements Other vacuums–the more you use them, the less they work. | MAY001836 | Additional Objections Reserved |
| DX685 | Advertisements Fact: Vacuums don't always work effectively. Dyson does. | MAY001836 | Additional Objections Reserved |
| DX686 | Advertisements Only a Dyson is designed to not lose suction. Which make you wonder, what are the others designed to do? | MAY000337 | Additional Objections Reserved |
| DX687 | Advertisements Approved for allergy sufferers. | MAY000354 | Additional Objections Reserved |
| DX688 | Advertisements Dyson vacuum cleaners create 100,000 times the force of gravity to spin the dirt out of the air. | MAY140984 | Additional Objections Reserved |
| DX689 | Advertisements Dyson Root8Cyclone technology uses 100,000 G of centrifugal force in the cyclones to filter dust from the airflow efficiently. | MAY001836 | Additional Objections Reserved |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX690 | Advertisements Dyson vacuum cleaners are hygienic and quick to empty. | MAY001836 | Additional Objections Reserved |
| DX691 | Advertisements Dyson vacuum cleaners are made of Liquid Steel. | MAY001957 | Additional Objections Reserved |
| DX692 | Advertisements Even the integral hose, seen on most upright vacuum, cleaners, is a Dyson invention. | MAY001926 | Additional Objections Reserved |
| DX693 | Advertisements Dyson ... invented cyclone technology. | MAY001825, MAY102800 | Additional Objections Reserved |
| DX694 | Advertisements One of the largest UK vacuum manufacturers tried to imitate a Dyson, and James Dyson was forced back into court to protect his invention again ... The High Court last week agreed with James Dyson that Hoover had stolen the secrets of his dual-cyclone vacuum cleaner. | MAY001923 | Additional Objections Reserved |
| DX733 | N074 Review–Tuesday March 23rd | DYS030085 | 402 802 |
| DX734 | Press Office consumer reports.rtf | CRT0202752-2753 | 402 403 802 |
| DX735 | Good Fay Philly response.doc | CRT0132871-2872 | 402 403 802 |
| DX736 | Greensboro response.doc | CRT0132873-2874 | 402 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX737 | Las Vegas response.doc | CRT0132875-2876 | 402 403 802 |
| DX738 | Lexington KY response.doc | CRT0132877-2878 | 402 403 802 |
| DX739 | Wink TV response.doc | CRT0132891-2892 | 402 403 802 |
| DX740 | Fwd Consumer reports findings.rtf | CRT0111905-1907 | 402 403 802 |
| DX741 | Store Associate Interview Summary | DYS304723-4742 | 402 802 |
| DX742 | Vacuum Purchase Process Exploratory: Qualitative Research Debrief presented by Hall and Partners for Dyson, 4/2/06 | DYS304202-4263 | 802 |
| DX743 | Fallon Minneapolis Dyson Qualitative Research Summary, 4/28/2004 | F100757_0001056 -F100757_0001132 | 802 |
| DX744 | Re- Trade Ad.rtf | CRT0122561-2563 | 402 403 802 |
| DX745 | E-mail string re: Consumer Reports response, 9/26/2005 | DYS317290-7294 | 402 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX746 | E-mail from Matthew Wilson to Nigel Dymond re: US Total Pick Up Solution.doc | DYS038997-8998 | 402 403 802 |
| DX747 | Network Clearance Forms | DYS302620-DYS302780 | 802 |
| DX748 | 9-5-2006 E-mail from T. Harris to L. Gash RE: Substantiations for Networks | DYS360365-372 | 802 |
| DX749 | DC 14 USA Features Leaflet 13 FEB 04 | DYS501671-707 | 802 |
| DX750 | Dyson Media Schedules | MCW00001-00852 | 106 802 |
| DX751 | Dyson Photos | MAY149312-319 | 403 901 1003 |
| DX752 | Dyson Field Tests | DYS521090 (pages 1-40) | 106 402 403 802 |
| DX753 | Dyson Field Tests | DYS521091 (pages 1-51) | 106 402 403 802 |
| DX754 | Dyson Field Tests | DYS521089 (pages 1-40) | 106 402 403 802 |

**DYSON v. MAYTAG**
**05cv434**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'S**
**EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS**

| DEFENDANT EXHIBIT NO. | DESCRIPTION | BATES NO. | PLAINTIFF'S OBJECTIONS FRE RULES |
|---|---|---|---|
| DX755 | Dyson Testing Documents | DYS029999.0049, DYS029999.0156, DYS029999.0258, DYS029999.0349, DYS029999.0262, DYS029999.0648, DYS029999.0160, DYS029999.0051, DYS029999.0854, DYS029999.1042, DYS029999.1128, DYS012875, DYS029999.4572, DYS305851, DYSO42013, DYS313281, DYS361532, DYS032468, DYS029999.4729, DYS029999.4915. | 802 |
| DX756 | Dyson Testing Documents | DYS029999.0052, DYS029999.0164, DYS029999.0266, DYS029999.0350, DYS029999.0652 | 802 |
| DX757 | Dyson Testing Documents | DYS305850, DYS313281, DYS305792, DYS029999.4729 | 402 403 802 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DYSON, INC.,                                )
DYS6N TECHNOLOGY LIMITED    Plaintiff,    )
                                           )
v.                                         )    **Civil Action No. 05-434 GMS**
                                           )
MAYTAG CORPORATION,                        )
                                           )
                           Defendant.      )


**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER, INC.'S**
**LIST OF DEMONSTRATIVE EXHIBITS AND EXPERIMENTS**


       Kimball R. Anderson
       Stephen P. Durchslag
       Winston & Strawn
       Chicago, IL  60601
       Phone (312) 558-5600
       Fax (312) 558-5700

       Ray L. Weber
       Laura J. Gentilcore
       Renner, Kenner, Greive, Bobak,
       Taylor & Weber
       400 First National Tower
       Akron, OH  44308
       Phone (330) 376-1242
       Fax (330) 376-9646

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
Fax (302) 658-5614

## LIST OF DEMONSTRATIVE EXHIBITS AND EXPERIMENTS

The following is intended to group into general categories the demonstrative exhibits and experiments ("exhibits") to be offered at trial by Hoover. "Exhibits" are not limited to but may include animations or videotaped demonstrative evidence. The parties will exchange specific demonstratives at a date mutually agreed to by the parties, prior to trial.

1)    Exhibits relating to Dyson's advertising and marketing;

2)    Exhibits relating to support or lack thereof for Dyson's advertising claims;

3)    The advertising and commercials at issue in this litigation;

4)    Exhibits conveying what consumers understand Dyson's advertising claims to mean;

5)    Exhibits reflecting upright vacuum cleaner performance as measured by testing;

6)    Exhibits reflecting that suction does not correspond to cleaning effectiveness;

7)    Exhibits relating to testing protocols, standards development, methodology, equipment, floorcovering surfaces used, standards, and results;

8)    Exhibits relating to tests to measure vacuum cleaner performance, including but not limited to ASTM and IEC test standards;

9)    Exhibits relating to flooring surfaces;

10)    Exhibits relating to structure and design of vacuum cleaners;

11)    Exhibits relating to use of vacuum cleaners in American homes;

12)    Exhibits relating to reasons consumers purchase upright vacuum cleaners;

13)    Exhibits regarding measure of consumer satisfaction with Dyson upright vacuum cleaners;

14)    Exhibits relating to Dyson's Online Help for Consumers;

15)    Exhibits relating to consumer complaints received by Dyson;

16)    Exhibits reflecting actual home maintenance of vacuum cleaners;

17)    Exhibits regarding Dyson upright vacuum cleaner owner's manuals and Dyson's recommendations to consumers concerning proper vacuum cleaner use;

18)    Exhibits establishing Dyson upright vacuum cleaners' tendency to lose suction;

19)    Exhibits establishing Dyson upright vacuum cleaners' filters tendency to clog;

20)    Exhibits establishing blockage of Dyson upright vacuum cleaners;

21)    Exhibits regarding Consumer Reports and Consumers' Union;

22)    Exhibits tending to support Hoover's experts' opinions and exhibits tending to negate Dyson's experts' opinions;

23)    Exhibits relating to the Dyson corporate structure and relationships;

24)    Exhibits relating to Hoover's actual damages from Dyson's false advertising, and Dyson's profits due to its false advertising;

25)    Exhibits relating to the patents at issue in this litigation;

26)    All charts contained in reports submitted by Hoover's experts;

27)    Exhibits reflecting the changes in market shares with respect to upright vacuum cleaners;

28)    Exhibits reflecting Hoover's profits both before and after Dyson's entry into the U.S. marketplace;

**29)**    Exhibits relating to vacuum cleaner engineering, function, mechanics and operation;

**30)**    Exhibits demonstrating that suction as measured at the hose has no direct correlation to carpet cleaning or other home cleaning;

**31)**    Exhibits contrasting elements of testing standards designed to measure upright vacuum cleaner performance;

**32)**    Exhibits relating to Fantom advertising and cleaning efficacy of the Fantom upright vacuum cleaners;

**33)**    Exhibits relating to Fantom's success in the marketplace;

**34)**    Exhibits conveying the devastating impact of Dyson's false advertising on Hoover's business;

**35)**    Graphs reflecting the cleaning performance of Hoover upright vacuums cleaners as compared to other upright vacuum cleaners, including Dyson upright vacuum cleaners;

**36)**    Graphs reflecting the measure of suction of Hoover upright vacuum cleaners at the nozzle as compared to other upright vacuum cleaners, including Dyson upright vacuum cleaners; and

**37)**    Exhibits reflecting Dyson filters soiled following in-home testing.

# SCHEDULE 6

# SCHEDULE 6

## WITNESS LISTS

I. **WITNESSES PLAINTIFFS DYSON TECHNOLOGY LIMITED AND DYSON INC. WILL CALL AT TRIAL IN RESPECT OF THEIR PATENT INFRINGEMENT CLAIM**

| WITNESS | ADDRESS |
|---|---|
| James Dyson | Dyson Ltd., Tetbury Hill, Malmesbury, Wiltshire, UK 5N16 0RP |
| Nick Bosyj (live or by deposition) | Hoover 101 East Maple St., North Canton, OH 44720 |
| Robert Hecht (live or by deposition) | Hoover 101 East Maple St., North Canton, OH 44720 |
| Kurt Harsh (live or by deposition) | Hoover 101 East Maple St., North Canton, OH 44720 |
| John Morrison (live or by deposition) | Hoover 101 East Maple St., North Canton, OH 44720 |
| Russell H. Boyer (live or by deposition) | Hoover 101 East Maple St., North Canton, OH 44720 |
| Gareth E. L. Jones | 2 High Street, Freshford, Bath, UK BA2 7WE |
| John C. Jarosz | 1899 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006 |

II. **WITNESSES COUNTERDEFENDANTS DYSON TECHNOLOGY LIMITED AND DYSON INC. WILL CALL WITH RESPECT TO THE FALSE ADVERTISING COUNTERCLAIMS**

Witnesses who will be called:

| WITNESS | ADDRESS |
|---|---|
| James Dyson | c/o Manatt, Phelps & Phillips, LLP 7 Times Square New York, NY 10036 |

| WITNESS | ADDRESS |
|---|---|
| James Widdowson | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Clare Mullin | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Maria Tryan | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Andrew Samways | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Gordon Thom | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Russ Boyer | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Ralph Hake | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| David Baker | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Dan Miller | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Laura Stamm | Analysis Group<br>111 Huntington Avenue, 10th Floor<br>Boston, MA  02199 |
| Joel Steckel | New York University<br>812 Tisch Hall<br>40 West 4th Street<br>New York, NY  10012 |
| Alex Simonson | Simonson Associates, Inc.<br>560 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632 |
| Itamar Simonson | Graduate School of Business<br>Stanford University<br>Stanford, CA  94305 |

| WITNESS | ADDRESS |
|---------|---------|
| Richard Figliola | Clemson University<br>Clemson, SC  29634 |
| Charles Parham | 1628 Ryman Ridge Road<br>Dalton, Georgia  30720 |
| Victor Polansky | 2127 King College Road<br>Bristol, TN  37620 |
| Steve Harrison | Frazer-Nash Consultancy Ltd.<br>1 Trinity Street<br>College Green, Bristol BS1 5TE |

Witnesses who may be called:

| WITNESS | ADDRESS |
|---------|---------|
| John Shipsey | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Martin McCourt | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Michael McKay Lewis | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Chris Perrin | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Mandy Pekin | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Caroline Errington | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Sam Bernard | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Doug Kellam | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Matthew Kitchin | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |

| WITNESS | ADDRESS |
|---|---|
| Matthew Burgess | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Mark Taylor | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Nigel Leighton | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| David Ions | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Ricardo Gomiciago | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Alan Davis | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Richard Mason | c/o Manatt, Phelps & Phillips, LLP<br>7 Times Square<br>New York, NY 10036 |
| Susan Goldsmith | IBR Inc.<br>PO Box 250<br>11599 Morrissey Rd.<br>Grass Lake, MI 49240 |
| Kim Lundgren | Hall & Partners |
| Chris Wollen | BBH New York -<br>32 Avenue of the Americas<br>19th Floor<br>New York NY10013, USA |
| Greg Duplin | c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Thomas Yu | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Steve Pollock | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| John Balough | c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |

| WITNESS | ADDRESS |
|---|---|
| Rick Spinelli | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Guido Bergomi | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Duane Peiffer | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Nick Bosyj | Maytag Corporation<br>c/o Winston & Strawn<br>35 W. Wacker Drive<br>Chicago, IL  60601 |
| Graham Capron-Tee | |

Dyson reserves the rights to:

1. Present rebuttal testimony from other witnesses to rebut evidence presented by Maytag, which was not previously produced to Dyson during discovery or as to which Dyson has had no reasonable opportunity to take discovery;

2. Present rebuttal testimony from other witnesses to the extent necessary for a full and fair presentation of issues to the Court;

3. Present testimony from other witnesses as may be necessary to overcome objections to authenticity and/or admissibility of evidence; and

4. Supplement this list to add additional witnesses, as necessary.

41101781.2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DYSON, INC.,                                  )
DYS6N TECHNOLOGY LIMITED        Plaintiff,    )
                                             )
v.                                            )    **Civil Action No. 05-434 GMS**
                                             )
MAYTAG CORPORATION,                           )
                                             )
                                 Defendant.   )
                                             )

## DEFENDANT/COUNTERPLAINTIFF HOOVER INC.'S WITNESS LIST

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

**WITNESS LIST**

Presently, Defendant/Counter-Plaintiff Hoover, Inc. contemplates that it will call the following witnesses at the trial in this matter:

1.    David Baker
      c/o The Hoover Company
      101 E. Maple St.
      North Canton, OH 44720

2.    John Balough
      c/o The Hoover Company
      101 E. Maple St.
      North Canton, OH 44720

3.    Ronald D. Battema
      Compliance Consulting Inc.
      92 Tulip Grove Circle
      Unit 16
      Bristol, TN  37620

4.    Nick M. Bosyj
      c/o The Hoover Company
      101 E. Maple St.
      North Canton, OH 44720

5.    Alex L. Constable
      4040 Embassy Parkway
      Suite 100
      Akron, OH 44333

6.    Charles D. DeGraff
      213 North Circle Drive
      Canton, OH 44709

7.    Daniel R. Miller
      c/o The Hoover Company
      101 E. Maple St.
      North Canton, OH 44720

8.    John W. Morrison
      c/o The Hoover Company
      101 E. Maple St.
      North Canton, OH 44720

9.    Mohan Rao, Ph.D.

LECG, LLC
1603 Orrington Ave., Suite 1500
Evanston, IL 60201

10.  Yoram (Jerry) Wind, Ph.D.
     Wind Associates, Inc.
     1041 Waverly Road
     Gladwyne, PA 19035

Presently, Defendant/Counter-Plaintiff Hoover, Inc. contemplates that it may call the following witnesses at the trial in this matter:

1.  Russell H. Boyer
    c/o The Hoover Company
    101 E. Maple St.
    North Canton, OH 44720

2.  Grahame Capron-Tee
    14 Cheviot Close
    Trowbridge, Wiltshire
    BA14 7QT, United Kingdom

3.  James Dyson
    Dyson James Ltd.
    Tetbury Hill
    Malmesbury, Wiltshire
    SN16 ORP

4.  Caroline Errington
    Dyson Technical Services Inc.
    520 W. Erie, Suite 410
    Chicago, IL 60610

5.  Ralph Hake
    25 Isleworth Drive
    Henderson, NV 89052

6.  Kurt D. Harsh
    c/o The Hoover Company
    101 E. Maple St.
    North Canton, OH 44720

7.  Emma Jane Heatley
    Dyson Appliances
    Tetbury Hill
    Malmesbury, Wiltshire

3

SN16 ORP

8.   Steve Kegg
     c/o The Hoover Company
     101 E. Maple St.
     North Canton, OH 44720

9.   Kim Lundgren
     Hall & Partners
     440 N. Wells Street #420
     Chicago, IL 60610

10.  Lewis Migliore
     LGM and Associates
     519 Oxford Street
     Dalton, GA 30720

11.  Clare Mullen
     Dyson Ltd.
     Tetbury Hill
     Malmesbury, Wiltshire
     SN16 ORP

12.  Chris Perrin
     Dyson Technology Limited
     Tetbury Hill
     Malmesbury, Wiltshire
     SN16 ORP

13.  Steve Pollock
     c/o The Hoover Company
     101 E. Maple St.
     North Canton, OH 44720

14.  Andrew Samways
     Dyson Ltd.
     *current business address*
     Dyson Inc.
     520 W. Erie, Suite 410
     Chicago, IL 60610

15.  Alex Simonson, Ph.D.
     Simonson Associates, Inc.
     560 Sylvan Avenue
     Englewood Cliffs, NJ 07632

16.  James Widdowson
     Dyson Ltd.

Tetbury Hill
Malmesbury, Wiltshire
SN16 ORP

15.     Martin McCourt
        Dyson James Ltd.
        Tetbury Hill
        Malmesbury, Wiltshire
        SN16 ORP

16.     John Shipsey
        Dyson James Ltd.
        Tetbury Hill
        Malmesbury, Wiltshire
        SN16 ORP

17.     Greg Duplin
        c/o The Hoover Company
        101 E. Maple St.
        North Canton, OH 44720

# SCHEDULE 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED and )
DYSON, INC.,                  )
                             )
           Plaintiffs,       )
                             )
      v.                     )    C.A. No. 05-434-GMS
                             )
MAYTAG CORPORATION,          )
                             )
           Defendant.        )
                             )

## SCHEDULE 7

## STATEMENT OF EXPERT WITNESS QUALIFICATIONS

### I.    PLAINTIFFS' EXPERT WITNESSES FOR THE PATENT CLAIMS

#### A.    Gareth E.L. Jones

Mr. Gareth Jones will testify about whether the accused device infringes the patents in suit.

Mr. Jones is an engineer.  He has a mechanical engineering degree from Loughborough University in Leicestershire, England, which he received in 1988, and a Masters in Industrial Design Engineering from the Royal College of Art and Design and Imperial College of Science and Technology, which he received in 1991.

Since 1988 (except when attending his Masters program), Mr. Jones has worked as a product design and development engineer in the United Kingdom, both as an employee and as an independent consultant.  Among the products Mr. Jones has designed and developed are upright vacuum cleaners employing cyclonic technology.

After graduating from Loughborough University, Mr. Jones worked full-time for about one year for Rolls-Royce Motor Cars Limited as a design and development engineer in its new product development division.

Thereafter, from about March 1989 until September 1992 (except during his attendance at the Royal College of Art), Mr. Jones worked for James Dyson and his company, then known as Prototypes Limited and subsequently known as Dyson Research Limited, assisting in the design, development and production of vacuum cleaners using cyclonic technology.

In October 1992, Mr. Jones left Prototypes Limited to start his own business, and from approximately October 1992 to the Spring of 1996, he was self-employed as a design consultant working on a variety of design projects unconnected with Mr. Dyson or his companies.

Between the Spring of 1996 and August 1999, Mr. Jones returned to working with Mr. Dyson's company on a contract basis. During this period, Mr. Jones assisted in designing, developing and/or producing various new products, including new model cyclonic vacuum cleaners known as the Dyson DC03 and Dyson DC04 and certain laundry products.

In around September 1999, Mr. Jones took up the position of Laundry Director for Dyson Research Limited and headed up the company's laundry products group. Although Mr. Jones's main focus at this new position was washing machines, he continued to have input into issues with respect to the development and design of Dyson's cyclonic vacuum cleaners. In around December 2001, Mr. Jones became the Dyson Group Technical Director, with responsibilities for both cyclonic vacuum cleaners and Dyson laundry products, a position he held until February 2004, when he decided to return to his own design and engineering

consulting business, Fresh Design Limited. Since that time, Mr. Jones has acted as an industrial engineer consultant for various companies unrelated to Mr. Dyson, and has served as an engineering tutor to graduate students at the Royal College of Art and Design.

In short, Mr. Jones, an engineer by training, has spent years working in the design and development of vacuum cleaners employing cyclonic technology. Mr. Jones is thus qualified as an expert in the field of cyclonic technology as applied to vacuum cleaners.

### B.    John C. Jarosz

Mr. Jarosz will testify on the subject of damages. His testimony will include an economic analysis of a reasonable royalty adequate to compensate Dyson for Hoover's infringement of the patents in suit and, if requested by the Court, an opinion as to an appropriate prejudgment interest rate.

Mr. Jarosz is a Managing Principal of Analysis Group, Inc. and Director of the firm's Washington, D.C. office. Analysis Group is an economic, financial and strategy consulting firm with offices in Boston, Massachusetts; Chicago, Illinois; Dallas, Texas; Denver, Colorado; Los Angeles, California; Menlo Park, California; Montreal, Canada; New York, New York; San Francisco, California; and Washington, DC. Analysis Group provides research and analysis in a variety of business, litigation and regulatory matters, and has particular expertise in intellectual property ("IP") matters, having been engaged in numerous cases involving patents, copyrights, trademarks and trade secrets.

Mr. Jarosz holds an M.A. in Economics from Washington University in St. Louis, where he was a Ph.D. candidate and completed most of the program's requirements. He also holds a B.A. in Economics and Organizational Communication from Creighton University in Omaha, Nebraska. Mr. Jarosz also received a law degree from the University of Wisconsin.

Mr. Jarosz is an economist whose specialty is IP valuation and monetary relief assessment. Mr. Jarosz has been involved in more than 200 such engagements. His IP experience spans a broad range of industries, including consumer durables and home appliances.

Mr. Jarosz has provided testimony on the calculation of a reasonable royalty for patent infringement damages in more than 120 cases for both plaintiffs and defendants.

Mr. Jarosz is associated with a number of organizations relating to his work, including:

- the American Economic Association;
- the American Law and Economics Association;
- the American Intellectual Property Law Association (Sections: Federal Litigation, Licensing, Trade Secrets and Antitrust);
- the Licensing Executives Society;
- the Advisory Board of the *IP Litigator*, where he was also once a columnist on issues relating to damage awards;
- Omicron Delta Epsilon (an International Honor Society in Economics); and
- the Association of University Technology Managers.

Mr. Jarosz has authored or co-authored numerous publications relating to intellectual property licensing and damages, including:

- "Application of Game Theory to Intellectual Property Royalty Negotiations," (with Michael J. Chapman) LICENSING BEST PRACTICES: STRATEGIC, TERRITORIAL AND TECHNOLOGY ISSUES (2006);
- "Use of the 25 Per Cent Rule in Valuing IP," (with Robert Goldscheider and Carla S. Mulhern), 37 *les Nouvelles, Journal of The Licensing Executives Society* 123 (December 2002). Also in G. Smith and R. Parr, INTELLECTUAL PROPERTY: VALUATION, EXPLOITATION AND INFRINGEMENT DAMAGES (2005);
- "Damages in Patent and Trademark Infringement," *The Journal of Business Valuation* (1995); and
- "The CAFC and its Patent Damages Awards," 1 The University of Baltimore Intellectual Property Law Journal 17 (1992).

Based on his education and extensive experience and background, Mr. Jarosz is qualified as an expert in the field of patent damages and the economic analysis of a reasonable royalty.

## II.    DYSON'S EXPERT WITNESSES FOR THE FALSE ADVERTISING CLAIMS

### A.    DR. RICHARD S. FIGLIOLA

Dr. Richard S. Figliola is an expert in the field of mechanical engineering, fluid mechanics, performance testing, measurements, data interpretation, and statistics. Dr. Figliola intends to testify about his analysis of the testing and other scientific evidence regarding Dyson's "No Loss of Suction" advertising claim and other vacuum cleaner performance claims, using principles of mechanical engineering, fluid dynamics, test design, measurement uncertainty, and statistical analysis.

Dr. Figliola is a Professor of Mechanical Engineering and Bioengineering at Clemson University, where he has taught since 1980, and has served as the Department Chair of the Department of Mechanical Engineering from 1995 through 2002. He obtained his Ph.D from Notre Dame in 1979 in Fluid Mechanics / Heat Transfer, and also holds a masters degree in Mechanical Engineering and a bachelor's degree in Aerospace Engineering. He has been a practicing engineer for more than 30 years and holds the license of professional engineer (PE). Dr. Figliola has been recognized and elected by his peers as a Fellow of the ASME (American Society of Mechanical Engineers), and serves on ASME PTC 19.1 Test Uncertainty, the United States committee that oversees the development and maintenance of the ASME/ANSI (American National Standards Institute) test standard of the same name. He is senior author of a widely used textbook on measurement methodology, statistics, and uncertainty analysis Theory and Design for Mechanical Measurements that is now in its 4th edition and has been translated into

-5-

several languages. Dr. Figliola has also published dozens of articles in peer-reviewed

publications in areas of his expertise and has taught several thousand classes for undergraduate

and graduate engineering students and practicing engineers. .

   Dr. Figliola also has extensive experience as an industry consultant in mechanical

engineering and measurement techniques. In 1996, Dr. Figliola founded Upstate Aerodynamics,

Inc., a technical consulting firm providing consulting and expert services to industry in the areas

of energy, flow, aerodynamics, testing and product realization. Dr. Figliola has provided

consulting services to a variety of companies, including consulting with Ryobi Motor Products

on the design and testing of Ryobi, Kenmore, and Singer vacuum cleaners and with Electrolux

on vacuum cleaner flow design.. Based upon his industry experience with vacuum cleaners, Dr.

Figliola has developed a series of undergraduate engineering lab exercises by which students test

the performance of vacuum cleaners according to ASTM International ("ASTM") standard tests.

### B.   DR. JOEL H. STECKEL

   Dr. Joel H. Steckel is an expert in the fields of marketing and marketing research.

Dr. Steckel will testify as to Hoover's lost sales resulting from Dyson's alleged false advertising

and will also rebut the report and testimony of Maytag's damages expert, Dr. Mohan Rao.

   He received his B.A. from Columbia University in 1977, and M.B.A., M.A., and

Ph.D. degrees from the Wharton School, University of Pennsylvania in 1979, 1980, and 1982

respectively. Dr. Steckel is currently a Professor of Marketing at the Stern School of Business,

New York University, where he has taught since January 1989. Dr. Steckel was the Chairperson

of the Stern School of Business Marketing Department. From July 1998 to June 2004, Dr.

Steckel also held either permanent or visiting faculty appointments at the Graduate School of

Business, Columbia University; the Anderson Graduate School of Management, U.C.L.A.; the School of Management, Yale University; and the Wharton School, University of Pennsylvania.

Dr. Steckel specializes in the fields of marketing research and marketing strategy. He has authored three books and over 30 articles. In the course of his scholarly research, teaching, and consulting work, Dr. Steckel has studied issues of marketing research, forecasting, branding, and their roles in consumer choice and marketing strategy.

Dr. Steckel is the Founding President of the INFORMS (Institute for Operations Research and Management Science) Society for Marketing Science, the foremost professional group for the development and application of management science theory and tools in marketing. In addition, he is a member of the American Marketing Association, the American Statistical Association, the Association for Consumer Research, the American Association for Public Opinion Research, the International Trademark Association (INTA), and the Society for Consumer Psychology.

## C.    **CHARLES L. PARHAM**

Charles L. Parham is an expert in the carpet and flooring industry. Mr. Parham intends to testify about the construction and specifications of ASTM test carpets, whether the ASTM test carpets are representative of carpets that are available and in popular use in the United States, the carpet styles and specifications available and in popular use in the United States, and trends in retail sales flooring surfaces.

Mr. Parham has nearly 35 years of experience in the carpet manufacturing business. Mr. Parham graduated from Georgia Tech in 1961 with a B.S. in industrial management. Following a tour in the Navy as an engineering officer, Mr. Parham was hired by

the WestPointPepperall Textiles Division. He transferred to WestPointPepperell's carpet division in 1973 as the plant manager of the company's carpet manufacturing plant.

Mr. Parham also served as the JP Stevens and Co. Executive Vice President, Carpet Division. He later served as the Vice-President, Manufacturing for World Carpets, Inc., and the President and Chief Operating Officer of Columbus Mills, Inc. From 1992 to 1999, Mr. Parham was the Vice President, Manufacturing and Operations for Queen Carpet, Inc. In 1999, Shaw Industries, the largest carpet manufacturer in the world, acquired Queen Carpet, Inc., and Mr. Parham worked there until he retired in 2000.

**D.    VICTOR POLANSKY**

Mr. Victor Polansky is an expert on vacuum cleaners and performance testing and testing standards relating to vacuum cleaners. Mr. Polansky intends to testify about the consumer relevance of upright vacuum cleaner performance characteristics and the development and use of International Electrotechnical Commission ("IEC") and ASTM testing protocols. Mr. Polansky also intends to testify on the performance testing and results related thereto of Dyson's and other manufacturers' upright vacuum cleaners to evaluate the support for Dyson's advertising claims for its upright vacuum cleaners.

Mr. Polansky has over 25 years of experience in the vacuum cleaner industry. He obtained his B.S. in physics from Carnegie Mellon University, and his M.S. in Engineering Management from the New Jersey Institute of Technology.Mr. Polansky worked for Electrolux Corporation, a manufacturer of home appliances, including vacuum cleaners, for 25 years. Before his retirement in 1998, Mr. Polansky served as Vice President, Engineering and Product Development for Electrolux for 15 years.

Mr. Polansky was a longtime member of the Vacuum Cleaner Manufacturer's Association for many years, and served at one time or another, as its Treasurer, Vice President, and President.  Mr. Polansky was a member of ASTM Committee F-11 on vacuum cleaners from 1973-1999.  Mr. Polansky served as the Chairman, for the ASTM Committee F-11 Subcommittee on Precision and Accuracy.  Mr. Polansky also served as a member of the Editorial Advisory Board of Appliance Magazine, and has published articles relating to vacuum cleaners.

### E.    DR. ITAMAR SIMONSON

Dr. Itamar Simonson is an expert in the fields of consumer behavior, marketing management, survey methods, and human judgment and decision making.  Dr. Itamar Simonson intends to testify in rebuttal to the expert testimony of Dr. Yoram Wind.  Dr. Simonson will testify that the materials on which Dr. Wind based his findings were unreliable and unsuitable to prove in a litigation context that Dyson's advertisements communicate implied misleading messages.  Dr. Simonson will further testify that Dr. Wind's methodology was unscientific, unreliable, and designed to achieve a desired result in the litigation.

Dr. Simonson has conducted, supervised, or evaluated well over 1,000 marketing research studies, including many related to advertising, branding, marketing strategies, and trademark-related issues.  He has also worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics.

Dr. Simonson received his Ph.D. in Marketing from Duke University, Fuqua School of Business, his Master's degree in business administration (MBA) from the UCLA Graduate School of Management, and his Bachelor's degree from The Hebrew University with majors in Economics and Political Science.

Dr. Simonson is the Sebastian S. Kresge Professor of Marketing at the Stanford University Graduate School of Business. Mr. Simonson has been a professor at Stanford since 1993, and prior to that was a member of the faculty at the University of California, Berkeley Haas School of Business. He has taught MBA and executive courses on Marketing Management, covering such topics as buyer behavior, developing marketing strategies, building brand equity, advertising, sales promotions, and retailing. Dr. Simonson has also taught an MBA course on Marketing to Businesses and a course on High Technology Marketing. In addition to teaching MBA courses, he has guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

Additionally, Dr. Simonson has taught several doctoral courses. One doctoral course examines methods for conducting consumer research. It focuses on the various stages involved in a research project, including defining the problem to be investigated, selecting and developing the research approach, data collection and analysis, and deriving conclusions. Another doctoral course he teaches deals with buyer behavior, covering such topics as buyer decision making processes, influences on purchase decisions, and persuasion. A third doctoral course deals with buyer decision making. At Berkeley, Mr. Simonson taught an MBA Marketing Management course, a doctoral course on buyer behavior, and a doctoral course on buyer decision making. I also taught in various executive education programs, including a program for marketing managers in high technology companies.

Dr. Simonson has published three articles relating to trademark infringement and surveys from the customer's perspective. Dr. Simonson has received several awards, including (a) the award for the Best Article published in the Journal of Consumer Research (the major journal on consumer behavior) between 1987 and 1989, (b) the "Ferber Award" from the

Association for Consumer Research, which is the largest association of consumer researchers in the world, (c) the 1997 O'Dell Award, given to the best Journal of Marketing Research (the major journal on marketing research issues) article, which made the most significant, long-run contribution to marketing theory, methodology, and/or practice during the five years since its publication, (d) the 2001 O'Dell award, (e) the award for the Best Article published in the Journal of Public Policy & Marketing (the major journal on public policy and legal aspects of marketing) between 1993 and 1995, (f) the 2002 American Marketing Association award for the Best Article in the area of services marketing, and (g) Dr. Simonson was a winner in a competition dealing with research on the effectiveness of direct marketing programs, which was organized by the Direct Marketing Association and the Marketing Science Institute.

Prior to pursuing his PhD, Dr. Simonson worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last two years as the product marketing manager for two-way communications products. Dr. Simonson's responsibilities included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor analysis, and (c) sales forecasting.

### F.    DR. ALEX SIMONSON

Dr. Alex Simonson is an expert in marketing and market research. Dr. Alex Simonson intends to testify regarding a consumer perception survey that he undertook for this litigation regarding certain Dyson television commercials. Dr. Simonson will testify that his survey was conducted properly per judicially accepted standards and that it found no evidence that a significant percentage of consumers took away from the tested advertising any of the implied messages alleged by Maytag.

Dr. Simonson earned his Ph.D. in marketing, *with distinction*, from Columbia Business School, his J.D. from New York University School of Law, and his A.B., magna cum laude, from Columbia College, Columbia University. Dr. Simonson is the President and founder of Simonson Associates, Inc., a marketing research firm specializing in trademark, trade-dress and advertising studies in a legal context and in the context of brand protection. Prior to founding Simonson Associates, he was Vice President and co-head of Guideline Research Corporation's division in charge of brand protection and brand equity research. Prior to that, Dr. Simonson spent ten years as a full-time professor of marketing at Georgetown University School of Business and Seton Hall School of Business. There, Dr. Simonson taught courses in marketing research in addition to other marketing courses to both MBAs and undergraduates.

Dr. Simonson has designed surveys and consulted for numerous industries, law firms, agencies and consumer and business products and service companies for over 15 years. Dr. Simonson is a frequent speaker and co-chair of various critical conferences in the field of marketing research regarding brand protection. Recently, he co-chaired the American Marketing Association's conference for marketing academics and attorneys entitled "Using and Defending Consumer Surveys in Advertising and Trademark Cases" (2003 AMA Forum on Marketing and the Law) and was a presenter at the conference.

Dr. Simonson is the co-author of *Marketing Aesthetics*, a best-selling book on psychology and strategy in trade-dress and brand identity, as of now translated into 12 foreign languages, and he has published articles in leading marketing, strategic, and intellectual property journals. Dr. Simonson also provided an invited chapter in the PLI book Advertising Law in the New Media Age regarding the use of survey evidence in false advertising cases. Additionally, he is a member of the Editorial Board of The Trademark Reporter, a leading intellectual property

law review, the *Intellectual Property Strategist* and the *Journal of Public Policy and Marketing*,

a leading academic refereed journal published by the American Marketing Association. Dr.

Simonson's work has been cited in various media such as *Harvard Business Review, Business*

*Week, Ad Age, BBC Television, Fox News, The Guru Guide to Marketing, The Washington Post,*

*Forbes, NPR Morning Edition, Women's Wear Daily, and Bloomberg.com.*

### G.    LAURA B. STAMM

Laura Stamm is an expert in the field of damages analysis. Ms. Stamm will

testify as to calculations of Hoover's lost profits based on the lost sales calculated by Dr.

Steckel. Ms. Stamm will also testify as to calculations of Dyson's profits from the alleged false

advertising. Finally, Ms. Stamm will rebut the report and testimony of Maytag's damages

expert, Dr. Mohan Rao.

Ms. Stamm is a Managing Principal of Analysis Group, and specializes in the

application of finance and accounting to problems in complex business litigation. Ms. Stamm is

a graduate of the Sloan School of Management at the Massachusetts Institute of Technology,

where she received an M.S. in Management with a Concentration in Finance. Ms. Stamm

received a B.A. in Mathematics from Williams College. Ms. Stamm is a Certified Public

Accountant, and a member of the Massachusetts Society of Certified Public Accountants, where

she sits on the litigation committee.

Prior to joining Analysis Group, Ms. Stamm was a Manager at Price Waterhouse

in Dispute Analysis and Corporate Recovery Services where she managed several projects

involving the analysis of damages in business litigation. Ms. Stamm has served as an expert on

matters involving both commercial disputes and lost earnings. She has worked with leading

academic experts from prominent institutions such as Harvard, Princeton, and M.I.T., on high

profile cases involving issues ranging from intellectual property to securities violation.

Ms. Stamm is the author of several articles regarding business valuation and

damages analysis in civil litigation cases.

### H.    STEPHEN HARRISON

Stephen Harrison is an expert in the field of mechanical engineering, with a

specialty in aerodynamics.  Dr. Harrison will testify about the force-of-gravity generated by the

cyclones in  Dyson's U.S. upright vacuum cleaners and the computational fluid dynamics

techniques used to  model and measure such forces.

Mr. Harrison is a Chartered Engineer and a Corporate Member of the Institution

of Mechanical Engineers, and for the last seven years he has been a Technical Manager at

Frazer-Nash Consultancy, Ltd.  Mr. Harrison obtained an Honors Degree, First Class, in

Engineering and his PhD in gas turbine aerodynamics from the University of Cambridge.  Mr.

Harrison has published seven conference and journal papers in his field.

### I.    JAMES WIDDOWSON

James Widdowson is an expert in the field of vacuum cleaner testing and claim

substantiation. Mr. Widdowson will testify about tests that support Dyson advertising claims, the

general structure, practices, and function of the IEC and ASTM, and the similarities and

differences between ASTM and IEC testing  protocols for vacuum cleaner performance.

Mr. Widdowson has been an employee of Dyson Limited since 2001, and is

currently the Product Performance Manager.  His job responsibilities include overseeing the

organization and testing required to substantiate claims made on Dyson product packaging and in

Dyson marketing communications.

Mr. Widdowson earned his mechanical engineering degree in manufacturing engineering from Trinity College, Cambridge University. Prior to joining Dyson Limited, he spent four years at Dowty Aerospace Propellers as a Production Development Engineer and Team Leader for Hydraulic System Assembly.

Mr. Widdowson serves on both ASTM and IEC committees. He is the official UK representative to IEC committee SC 59F, the Technical Sub-Committee for vacuum cleaners, and he serves as Dyson's representative to WG3 of SC 59F where he works with representatives of other vacuum cleaner manufacturers and others in the industry to develop and/or add to the wide range of tests currently available in the current IEC 60312 standard. Mr. Widdowson is also the Dyson representative to and member of all ASTM F11 committee, as well as its subcommittees and task groups. Mr. Widdowson is the Chair of ASTM task group F11.21.09 charged with developing a "debris cleaning" test method in addition to ASTM F608. He also serves as the Recording Secretary of task group F11.96.01, which examines IEC standards and seeks to harmonize IEC standards with ASTM standards, and task group F11.93.05, which is responsible for the ASTM "Buyer's Guide."

41102647.1

-15-

# SCHEDULE 8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **DYSON, INC.,** | | ) |
| **DYSON TECHNOLOGY LIMITED**    Plaintiff, | | ) |
| | | ) |
| **v.** | | )    **Civil Action No. 05-434 GMS** |
| | | ) |
| **MAYTAG CORPORATION,** | | ) |
| | | ) |
| Defendant. | | ) |

**DEFENDANT/COUNTERPLAINTIFF HOOVER INC.'S**
**STATEMENT SETTING FORTH THE QUALIFICATIONS**
**OF HOOVER'S EXPERT WITNESS**

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

## EXPERT WITNESS QUALIFICATIONS

**1.    John Balough**

John Balough is an expert in the area of testing standards and performance testing related to vacuum cleaners. Mr. Balough intends to testify on performance testing standards related to upright vacuum cleaners and the performance testing conducted on Dyson upright vacuum cleaners pursuant to ASTM Test Methods F558 (Air Performance) and F608 (Carpet Cleaning Ability).

For over fifty years, Mr. Balough has had experience as a laboratory engineer, performing work, research, and testing for the floor care industry and, more specifically, related to vacuum cleaners. From 1972 to 2000, Mr. Balough served in various roles for The Hoover Company, including Laboratory Engineer, Laboratory Manager, Floor Care Research Scientist, Manager of Safety Standards, and Director of Laboratories. During his tenure at Hoover, Mr. Balough supervised and personally conducted the performance testing of both Hoover's and its competitors' vacuum cleaners and conducted research into product development and safety standards related to vacuum cleaners. From 2000 to the present, Mr. Balough has served as consultant to Hoover in the area of testing standards and performance testing, during which Mr. Balough has represented Hoover on the ASTM and Association of Home Appliance Manufacturers committees and advised Hoover on the development and evolution of testing standards related to the floor care industry and vacuum cleaners.

In both his roles as a consultant and laboratory engineer for Hoover, Mr. Balough has been intimately involved with the development of and execution of testing related to industry-accepted testing standards, such as ASTM and IEC standards. Since 1974, Mr. Balough has been a member of the ASTM International F11 Committee on Vacuum Cleaners, of which he

was Chairman from 2006 to 2007. As a prominent member of ASTM, Mr. Balough participated in the development and publication the ASTM F608 Test Method on Carpet Cleaning. In addition, since 1975 Mr. Balough has been a member of the International Electrotechnical Commission (IEC 59F – Floor Treatment Appliances), of which he was Secretary for the IEC 59F Working Group 3 from 1977 to 1996 and IEC 59F Technical Advisor to the U.S. National Committee from 1977 to 1996. Further, Mr. Balough is a member of the Association of Home Appliance Manufacturers, serving on the Engineering Council and Floor Care Board from 2004 to the present, the Vacuum Cleaner Manufacturers Association, serving as Chairman of Engineering Technical Committee from 1998 to 2004, and the American Society of Mechanical Engineers. In acknowledgement of his contributions to the area of testing standards for the floor care industry, Mr. Balough received the Award of Merit (Fellow) from ASTM and the HAIL Award from the Association of Home Appliance Manufacturers.

2.    **Ronald Battema**

Ronald Battema is an expert in the field of product safety, certification, testing standards, performance testing, and training related to domestic and foreign vacuum cleaners. Mr. Battema intends to testify on the testing standards and procedures for upright vacuum cleaners, including IEC (International Electrotechincal Commission) and ASTM (American Society for Testing and Materials) testing standards, relied upon by Dyson and other vacuum cleaner manufacturers to substantiate their advertising claims. Mr. Battema also intends to testify on the performance testing and results related thereto of Dyson's and other manufacturers' upright vacuum cleaners to evaluate the substantiation or lack thereof of Dyson's advertising claims for its upright vacuum cleaners.

Mr. Battema has more than twenty years of experience working with foreign and domestic product safety and performance testing standards and procedures, such as UL, CSA, IEC/EN, and ASTM, related to vacuum cleaners and other floor care products and appliances. During these twenty years, Mr. Battema has been actively involved in the development of these product safety and performance testing standards and procedures through his participation in many standards and testing committees in the U.S., Canada, and Europe. For example, Mr. Battema has provided a strong voice for the Vacuum Cleaner Manufacturers Association during the development of safety and performance standards on the SC59F – Floor Treatment Appliances/Working Group 3 (IEC 60312) Panel, the UL 94/746 Standards Testing Panel, the UL 1004 Standards Testing Panel, the TC 61 Technical Advisory Group, and the CISPR 14 (EMC) Panel. In addition, Mr. Battema has served as Chairman of various committees related to vacuum cleaners, including ASTM F11.10 (Safety), F11.21.03 (Cleaning Ability), F11.22.05 (Motor Air Performance), F11.22.06 (Sustained Performance), F11.96.01 (International Standards), and F11.25.01 (Sound Performance) committees, as well as Recording Secretary for the F11.22 (Air Performance), F11.30 (Durability), F11.23.01 (Fractional Filtration), F11.90 (Executive), and F11 (Main) committees.

Mr. Battema's education includes a Bachelor of Science in Electrical Engineering, *cum laude*, from the University of Bridgeport, Connecticut and a Bachelor of Applied Science in Electrical Engineering, *magna cum laude*, from the University of Bridgeport, Connecticut. In addition, Mr. Battema has been a member of the Institute of Electrical and Electronic Engineers, a member of the U.S. National Committee, and member of the American Society for Testing and Materials (ASTM).

4

Currently, Mr. Battema serves as a consultant for Compliance Consulting, Inc., where he provides consulting services related to ASTM performance testing of vacuum cleaners and product safety testing of appliances for domestic and international product safety standards organizations. Prior to his work at as a consultant for Compliance Consulting, Inc., from roughly January 1983 to May 2003, Mr. Battema served as Chief Certification Engineer and, for the first few years, as Supervisor of Test Engineering for Aerus LLC (formerly Electrolux LLC). In his position as Chief Certification Engineer, Mr. Battema provided a strong voice for Aerus/Electrolux on the Vacuum Cleaner Manufacturers Association Technical Committee, on the Underwriters Laboratories Standards Testing Panel for Vacuum Cleaner Standards, and on the Canadian Standards Association Technical Subcommittee for Vacuum Cleaner Standards. At this time, Mr. Battema also prepared and guided Aerus/Electrolux through the process of obtaining laboratory certification from UL, CSA, DEMKO, and TÜV Rheinland, which ultimately enabled Aerus/Electrolux laboratories to conduct not only in-house, but also third-party testing. Mr. Battema, therefore, administered and oversaw the UL and CSA in-house testing at Aerus/Electrolux facilities for both Aerus/Electrolux and third-party corporations. In his position as Supervisor of Test Engineering, Mr. Battema was responsible for all Engineering Test Labs, the design and specification of new test equipment, fixtures, and procedures, and the execution of product testing utilizing standard procedures from ASTM, UL, etc.

Throughout his career, Mr. Battema has received several awards from the Vacuum Cleaner Manufacturers Association, ASTM, and the U.S. National Committee for his work in the areas of product safety and performance testing standards development. In addition, Mr. Battema has participated in the drafting and publishing of several widely used and relied upon product safety and performance testing standards, including UL 1017/CSA C22.2 No. 243

5

(Vacuum Cleaners, Blower Cleaners, and Household Floor-Finishing Machines), ASTM F608 (Standard Test Method for Evaluation of Carpet Embedded Dirt Removal Effectiveness of Household/Commercial Vacuum Cleaners), ASTM F1334 (Standard Test Method for Determining A-Weighted Sound Power Level of Vacuum Cleaners), and ASTM F2105 (Standard Test Method for Measuring Air Performance Characteristics of Vacuum Cleaner Motor/Fan Systems).

### 3.    Lewis Migliore

Lewis Migliore is an expert on floor covering, having been involved in the floor covering industry for the past 35 years. Mr. Migliore intends to testify at trial on the prevalence of textile floor covering material in the U.S. market, that flooring with crevices is not prevalent flooring the U.S. market, that Wilton carpets are a negligible percentage of the carpet sold in the U.S. market, and that the four types of carpet used in the ASTM F608 test are representative of the carpet styles sold in the U.S. market.

Mr. Migliore specializes in the practice of consulting on and troubleshooting carpet and vinyl related complaints, problems, and performance issues. Mr. Migliore is the President of LGM Technical Carpet Services. In that capacity, he evaluates flooring surfaces, solves problems regarding flooring surfaces, and consults on carpet and vinyl claims and complaints. Other areas of his business include drafting informational and educational materials, writing and speaking on flooring issues, developing and presenting seminar programs, specifying flooring products, product specification review and evaluation, and product analysis. His work involves physically inspecting, testing, analyzing and evaluating complaints and problems related to floor surfaces for attorneys, manufacturers, distributors, retailers, large corporations, institutions, insurance companies, designers, contractors, architects and others. Mr. Migliore deals with a

multitude of floor covering problems including, but not limited to, those related to manufacturing, specification, installation, performance, use and maintenance.

Mr. Migliore began his career in a retail carpet store selling and managing. He then owned and operated a business in the service sector, cleaning and repairing carpet and furniture. Mr. Migliore's professional life's work has been devoted to mastering the knowledge and science of every aspect of textile floor covering products, their characteristics, performance, installation, maintenance, problems and how they can be resolved.

Based on his extensive experience in the floor care industry, Mr. Migliore has an in-depth understanding of floor coverings, including textile floor coverings, and their characteristics, including construction of the product. Additionally, Mr. Migliore maintains current knowledge of a multitude of floor covering issues, including: industry statistics and trends in floor covering and floor covering sales, prevalence of various floor covering products, floor covering surfaces used in U.S. homes, floor covering products available in the marketplace, carpet styles sold in the United States market, floor covering produced in the United States, market share of floor surfaces, desirable attributes of flooring surfaces, and installation of flooring surfaces. He also maintains constant contact with manufacturing, testing and technical facilities to keep abreast of new technology and changes occurring in the industry.

Additionally, Mr. Migliore routinely speaks, writes, and instructs on the subject of flooring surfaces and flooring problems. He has also written padding and installation specifications, maintenance manuals, and claims policies for carpet manufacturers and end users.

Some of Mr. Migliore's professional affiliations and honors include: Former Arbitrator and Panel Member of the American Arbitration Association, Former Member of the American Association of Textile Chemists and Colorists, Associate of the Carpet and Rug Institute, Former

7

Chairman of the Board - The Society of Cleaning Technicians (1979 and 1980), Past President - International Institute of Carpet and Upholstery Cleaners (1981), and Former Vice-President and Founder - National Association of Carpet Inspectors (1985).

**4.    Dan Miller**

Dan Miller is a senior engineer for the Hoover. He has been with the Hoover Company for over 13 years. Mr. Miller may testify on the following subject matters: similarities and differences between Dyson's U.S. and U.K. upright vacuum cleaners, performance testing on Dyson upright vacuum cleaners, testing standards for upright vacuum cleaners, substantiation or lack thereof of Dyson's advertising claims for its upright vacuum cleaners, and matters related to both U.S. and U.K. in-home testing.

As senior engineer for Hoover, Miller is responsible for representing Hoover's interests with regards to vacuum cleaner and extraction cleaner test standards development internally and within international standards forums, as well as supervising internal test programs for research, development, and advertising claims substantiation. Mr. Miller provides guidance for testing Hoover and competitive products and oversees the testing requested for claims. His job is to understand standards and supervise the testing.

Mr. Miller also maintains an active and prominent role in both national and international standards forums. Mr. Miller represents Hoover at the ASTM (American Society for Testing and Materials) and IEC (International Electrotechnical Commision), and assists with the development of testing standards and protocols. Mr. Miller is the subcommittee chairman for the ASTM F11.22 subcommittee on air performance of vacuum cleaners, the technical advisor to the United States National Committee Technical Advisory Group for IEC SC59F – Floor Treatment Appliances and the secretary of the IEC SC59F Working Group 3. He represents the U.S. at the

8

subcommittee 59F meetings.  Mr. Miller has extensive experience with the running of tests, testing protocols, procedures, reproducibility, and reliability, and IEC and ASTM operations and procedures.

Additionally, Mr. Miller served on the ANSI (American National Standards Institute) delegation to IEC.  The ANSI delegation for the technical advisory group is made up of a variety of companies within the U.S. that have interests in the IEC test methods, as well as individuals that might have interest for other reasons.   Additionally, Mr. Miller represented Hoover in the industry organization CRI (Carpet and Rug Institute).

Mr. Miller received a Bachelor of Science in aerospace engineering from the University of Cincinnati in 1992. Since then, he has taken courses at the University of Akron towards a degree in an M.B.A. program.

**5.**     **Mohan Rao, Ph.D.**

Dr. Mohan Rao is an expert at economic and financial analysis in complex commercial disputes.  Dr. Rao intends to testify on Hoover's damages, lost sales, and lost profits, due to false and misleading advertising claims made by Dyson since its entry into the U.S. market in 2002. Dr. Rao also intends to testify as to the profits made by Dyson as a result of the false and misleading advertising claims since its entry into the U.S. market in 2002.

Dr. Rao is a Director at LECG, LLC, an international economics and finance consulting firm, and an Adjunct Professor at the McCormick School of Engineering and Applied Science at Northwestern University.

He has a Bachelor of Science in Engineering from the University of Michigan, a pre-doctoral fellowship from Harvard University, and a Ph.D. from the University of Colorado. Dr. Rao was a recipient of the Cooley Award from the University of Michigan College of

Engineering and the David Cattel Fellowship from UCLA. Prior to joining LECG, he was a Managing Director at InteCap, Inc. and Vice President at Charles River Associates. Prior to that, he was a professor at UCLA and a Teaching Fellow at Harvard University.

Dr. Rao is a member of the American Economic Association, the IEEE, and the Intellectual Property Owners Association (Patent Litigation Committee). He also is the Chair-Elect of the Valuation and Taxation Committee of the Licensing Executives Society.

Dr. Rao teaches graduate-level finance at Northwestern University and has previously taught Ph.D.-level econometrics as a professor at UCLA. His teaching and research have included the financial and econometric concepts and techniques discussed in his December 18, 2006 Expert Report. Additionally, Dr. Rao teaches intermediate and advanced courses on intellectual property valuation at the Licensing Executives Society. Dr. Rao is the co-author of the chapter on econometrics in the *Litigation Services Handbook*, a leading reference for financial experts in litigation matters. Additionally, Dr. Rao has published extensively on the topics of econometrics, trademarks and trademark valuation, surveys, intellectual property protection and rights, patents and international trade.

Dr. Rao has performed economic and damages analysis as an Expert in a wide range of intellectual property, antitrust, and breach of contract matters, including cases involving false advertising.

6.    **Yoram (Jerry) Wind, Ph.D.**

Dr. Yoram (Jerry) Wind is one of the leading experts in the field of marketing strategy, marketing and consumer research, new product and market development, and consumer and organizational buying behavior. In this case, Dr. Wind intends to testify about consumers'

perceptions of Dyson's advertising claims and the impact these claims have on consumers' overall perceptions of Dyson and Hoover.

Dr. Wind's educational background includes a Bachelor of Social Science in Economics and Political Science and a Master of Arts in Business Administration and Political Science from the School of Economics and Social Sciences at The Hebrew University in Jerusalem and a Ph.D. in Marketing from Graduate School of Business at Stanford University. In addition, Dr. Wind holds a Certificate in Marketing Management from the International Center for Advancement of Management Education at Stanford University.

Currently, Dr. Wind is The Lauder Professor and Professor of Marketing at the Wharton School of Business at the University of Pennsylvania. Dr. Wind joined the Wharton School in January 1967 after receiving his doctorate degree from Stanford University. Dr. Wind teaches several MBA, Ph.D., and executive development courses on a wide range of marketing topics. During his tenure at that the Wharton School, Dr. Wind founded *The Wharton "think tank," The SEI Center for Advanced Studies in Management*, *The Wharton Fellowes* program, *The Joseph H. Lauder Institute of Management and International Studies*, and *The Wharton Center for International Management Studies*. Dr. Wind chaired the Wharton committees that designed *The Wharton Executive MBA Program*, the new MBA curriculum, the Wharton globalization strategy, and MBA program's cross-functional integration efforts. Dr. Wind also started and chaired *The Wharton International Forum*.

In addition to his extensive academic practice, Dr. Wind has also served as an advisor and consultant to many Fortune 500 firms and a number of non-U.S. multinationals in the financial services, pharmaceuticals, information, and consumer packaged good industries. As a consultant, Dr. Wind offers both overall global corporate and business strategy advice, as well as

11

marketing strategy and consumer research assistance. Furthermore, Dr. Wind has served as an expert witness in the areas of marketing and survey research on many occasions and in various contexts. In both his capacity as professor, consultant, and expert witness, Dr. Wind has concentrated on the development of marketing strategies and has designed, conducted, and evaluated numerous marketing and consumer research studies.

Dr. Wind is one of the most cited authors in the field of marketing. Dr. Wind is a regular contributor to professional marketing literature and has published 20 books and over 250 papers, articles, and monographs on the areas of marketing strategy, marketing research, new product and market development, consumer and industrial buying behavior, and international marketing. In addition, Dr. Wind is the founding editor of *Wharton School Publishing*, has served as the editor-in-chief of the *Journal of Marketing*, has participated on the policy boards of the *Journal of Consumer Research* and *Marketing Science*, and has been on the editorial boards of all major marketing journals.

Dr. Wind is also an active member of the major marketing and management science professional associations. For example, Dr. Wind has served as the Chancellor of the International Academy of Management, academic trustee of the Marketing Science Institute, chairman of the College of Marketing of the Institute of Management Science, and a member of the Board of Directors for the Philadelphia American Marketing Association Chapter.

In recognition for his vast contributions to the marketing community, Dr. Wind has received several awards, including the three major marketing awards: The Charles Coolidge Parlin Award (1985), the AMA/Irwin Distinguished Educator Award (1993), and the Paul D. Converse Award (1996). In 1984, Dr. Wind was elected as a member of the Attitude Research Hall of Fame. Additionally, Dr. Wind has received a number of research awards, including two

Alpha Kappa Psi Foundation awards. In 2001, Dr. Wind was selected as one of the 10 *Grand Auteurs in Marketing*. Most recently, in 2003, Dr. Wind was the recipient of the Elsevier Science Distinguished Scholar award of the Society for Marketing Advances.

7.    **Charles D. DeGraff**

Charles D. DeGraff will testify that the Hoover Fusion vacuum cleaner does not infringe any of the Dyson patents at issue in this litigation. He is an expert in the engineering of vacuum cleaners.

Mr. DeGraff received a Bachelor of Science degree in chemical engineering from Case Institute of Technology in 1960. He was continuously employed by The Hoover Company from 1960 until he retired in January 2001. During his entire period of employment with Hoover, he worked in engineering capacities, and his entire career was devoted to design, development and manufacturing of various housewares and floor care products, and particularly vacuum cleaners. In 1985, he became Chief Engineer, and from 1986 until his retirement, he was Vice President of Engineering at Hoover. During that entire time, 1985-2001, the Patent Department of The Hoover Company reported directly to him. Having a direct line of report from the Patent Department at Hoover, he became quite familiar with patents. Mr. DeGraff is proficient in reading, understanding and applying those teachings and claims as a person of ordinary skill in the art. During Mr. DeGraff's entire tenure with The Hoover Company, he was continuously associated with and either worked with or supervised persons of ordinary skill in the art of vacuum cleaner technology.

8.    **Alex L. Constable, MBA**

Mr. Constable will testify concerning the determination of a reasonable royalty as it relates to Hoover Fusion. He is an expert in Valuation and Statistical Analysis.

Mr. Constable is a Senior Manager in the Valuation and Litigation Advisory Services Group with CBIZ Accounting, Tax & Advisory of Ohio, LLC. CBIZ provides valuation or litigation services to over 100 clients annually as well as transaction, tax, accounting and other advisory services to over 700 clients.

Mr. Constable has over 15 years of experience with backgrounds in Litigation Support, Valuation and Statistical Analysis. He is responsible for the development and preparation of valuations of closely held business entities and litigation support issues. He has worked on projects for firms in the manufacturing, distribution, retail and service segments in a diverse variety of industries with revenues ranging from under $1 million to over $1 billion. Interests valued include entity value, common stocks, partnership interests (including Family Limited Partnerships), LLC interests, and interests subject to various contractual restrictions. Further, Mr. Constable has prepared over 1,000 expert reports regarding various damage issues in commercial and tort litigation including loss of contribution margin and personal injury/ lost earning capacity analyses. Mr. Constable testified in front of the September 11th Victim Compensation Fund.

Mr. Constable earned an undergraduate degree in Economics from Cleveland State University as well as a Master of Business Administration with dual concentrations in Finance and Business Statistics. Additional professional training, accreditation and examinations are currently under way with the American Society of Appraisers.

Mr. Constable is a member of the National Association of Forensic Economics, a member of the Business Valuation/ Forensic Litigation Services division of the American Institute of Certified Public Accountants, an Associate Member of the American Society of

Appraisers, and a member of the Beta Gamma Sigma Honor Society for Collegiate Schools of Business.