# –J, ke w: k - 7s 9 mX

## DYSON v. MAYTAG
### 05cv434
### EXHIBIT ___ TO PRE-TRIAL ORDER
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
### DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Pekin, Mandy | 5:8-12<br>7:18-8:12<br>8:16-10:17,<br>10:24-11:02<br>11:4-9, 15-24<br>12:5-16, 19-24<br>13:1-16<br>14:1-5, 9-24<br>15:1-23<br>20:4-22:10<br>22:14-24:7<br>24:17-25:15<br>25:24-28:8<br>28:15-30:7, 12-19<br>32:11-14, 16-19,21-24 – 33:17, 21-23<br>34:2-13<br>36:7-37:9,14-19<br>38:17-21<br>39:7-14, 18-24 – 40:1-2<br>40:7-12, 22-23 – 42:1,15-21, 24<br>43:2-9, 12-15, 17-18, 20-24 – 44:1,5-6,8-20, 22-23<br>45:2-5,7-9,21-24<br>46:3-9, 13 - 47:5<br>47:15 - 48:4, 9-12, 14-15, 17-22<br>49:8-12, 14-16, 23-24 – 50:1<br>50:3-5, 7-18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Pekin, Mandy | 51:1-16,20-24 – 52:2, 4-9, 12-15<br>54:2-6, 12-23, - 55:1-4, 10-12<br>55:24-56:11, 13-22<br>56:24 – 57:22<br>57:24-58:5, 7-11,13-16,18-22<br>58:24 – 59:4, 15-22<br>59:24 – 60:2<br>60:12-61:8, 13-24<br>62:2-4, 6-13, 18 - 63:1, 3-4<br>64:18-65:8<br>65:10 – 66:12, 16-19<br>66:24-67:12, 14-21, 23-24<br>68:1-9, 20-23<br>69:18-70:20<br>70:24-71:5, 7-12, 14-24<br>72:1-22, 24<br>73:8-13, 16-24 – 74:7, 10-17<br>74:23-75:4<br>75:10-76:19<br>77:2-3, 13-23<br>78:5-6, 9-10, 13-24 – 80:2<br>80:8-9, 13-17,<br>81:6-82:10, 12-20<br>82:22-83:1, 3-4, 9-11, 15-19<br>83:21-84:19<br>84:21-85:7 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Pekin, Mandy | 85:13-87:20<br>87:22-88:17, 19-20<br>88:22-89:1,3-7,<br>89:9-14, 16-24 – 90:2<br>90:4-11, 13-16<br>90:18-22, 24 – 91:9, 11-16, 20-23<br>92:2-3, 5-7, 9-13, 16-24<br>93:2-5, 7-20, 22-24<br>94:2-18, 20-24 – 95:1-4, 6-8, 10-16 | | |
| Samways, Andrew | 65:13 – 66:2<br>67:5 – 9<br>67:20 – 22<br>68:9 – 10<br>68:14 – 16<br>68:18 – 24<br>69:12 – 16<br>72:7 – 14<br>72:16 – 18<br>74:11 – 12<br>74:15 – 19<br>74:21 – 75:5<br>79:8 – 10<br>79:13<br>79:20 – 24<br>80:12 – 15<br>80:19 – 81:3 | | |

# DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Samways, Andrew | 81:7 – 10<br>83:20 – 22<br>84:9 – 21<br>85:16 – 17<br>90:15 – 17<br>90:22 – 91:13 | | |
| Wollen, Chris | 3:7 – 17<br>4:17 – 6:7<br>6:9 – 17<br>6:19<br>6:21 – 7:3<br>7:6 – 16<br>7:18 – 8:4<br>8:6 – 23<br>9:3 – 13<br>9:15 – 24<br>10:1 – 7<br>10:9 – 24<br>11:2 – 9<br>11:11 – 18<br>11:20 – 22<br>11:24 – 12:7<br>12:12 – 16<br>12:18 – 13:7<br>13:9 – 10<br>13:12 – 18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 13:20 – 14:16<br>14:18 – 21<br>14:23 – 15:4<br>15:6 – 12<br>15:14 – 20<br>16:6 – 9<br>16:12 – 17:3<br>17:5 – 11<br>17:13 – 19<br>17:21 – 18:14<br>19:3 – 12<br>19:14 – 16<br>19:19 – 23<br>19:25 – 20:16<br>20:20 – 22<br>21:2 – 3<br>21:6 – 10<br>21:12 – 24<br>22:1 – 11<br>22:15 – 24<br>23:1<br>23:3 – 9<br>23:11 – 23<br>23:25 – 24 – 4<br>24:6 – 18<br>24:20 – 26:4 | | |

### DYSON v. MAYTAG
### 05cv434
### EXHIBIT ___ TO PRE-TRIAL ORDER
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
### DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 26:6 – 9<br>26:12 – 14<br>26:17 – 19<br>26:21 – 27:17<br>27:19 – 28:8<br>28:10 – 29:8<br>29:10 – 11<br>29:13 – 22<br>29:24 – 30:2<br>30:4 – 13<br>30:16 – 17<br>30:20 – 23<br>30:25 – 31:15<br>31:17 – 21<br>31:23 – 32:17<br>32:19 – 33:5<br>33:8 – 13<br>33:16 – 17<br>33:20 – 34:7<br>34:9 – 12<br>34:14 – 17<br>34:19 – 21<br>34:23 – 35:2<br>35:5 – 36:6<br>36:8 – 11<br>36:13 – 18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 36:20 – 37:1<br>37:3-6<br>37:8 – 16<br>37:18 – 38:1<br>38:3 – 9<br>38:11 – 19<br>38:22 – 39:2<br>39:4 – 5<br>39:8 – 13<br>39:15 – 18<br>39:20 – 22<br>39:25 – 40:8<br>40:11 – 12<br>40:15 – 18<br>40:21 – 24<br>41:1<br>41:3 – 6<br>41:8 – 11<br>41:15 16<br>41:19 – 22<br>41:25 – 42:4<br>42:7 – 15<br>42:18<br>42:22 – 43:2<br>43:5 – 9<br>43:13 – 16 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 43:19 – 24<br>44:1 – 5<br>44:8 – 13<br>44:16 – 20<br>44:23 – 45:3<br>45:6 – 9<br>45:12 – 13<br>45:5 – 19<br>45:22 – 46:3<br>46:6 – 9<br>46:12 – 13<br>46:17 – 19<br>46:23 – 47:5<br>47:8 – 9<br>47:12 – 19<br>47:24 – 48:3<br>48:6 – 9<br>48:11 – 15<br>48:17 – 20<br>48:22 – 49:1<br>49:4 – 6<br>49:8<br>49:10 – 14<br>49:22 – 24<br>50:1<br>50:3 – 5 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 50:8 – 12<br>50:14 – 17<br>50:20 – 21<br>50:24 – 51:6<br>51:8 – 11<br>51:15 – 17<br>51:19 – 22<br>51:25 – 52:2<br>52:5 – 8<br>52:11 – 14<br>52:17 – 20<br>52:23 – 53:2<br>53:5 – 6<br>53:9 – 10<br>53:13 – 15<br>53:20 – 54:1<br>54:5 – 8<br>54:18 – 21<br>54:25 – 55:6<br>55:16 – 17<br>55:22 – 56:2<br>56:5 – 8<br>56:11 – 14<br>56:22 – 23<br>57:1 – 5<br>57:9 – 19 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 57:21 – 58:4<br>58:6 – 8<br>58:10- 13<br>58:15 – 18<br>58:20 – 59:1<br>59:3<br>59:5 – 9<br>59:11 – 14<br>59:16 – 60:8<br>60:11 – 22<br>60:25<br>61:1 – 9<br>61:12 – 14<br>61:17 – 22<br>62:1 – 15<br>62:18 – 21<br>62:24 – 63:5<br>65:12 – 15<br>65:18 – 23<br>66:1 – 2<br>66:5 – 6<br>67:6 – 7<br>67:12 – 16<br>67:19 – 21<br>67:23 – 24<br>68:1 – 21 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 69:1 – 9<br>69:12 – 17<br>69:19 – 70:4<br>70:8 – 18<br>70:22 – 71:4<br>71:8 – 10<br>71:15 – 19<br>71:22 – 72:1<br>72:5 – 6<br>72:9 – 13<br>72:19 – 73:3<br>73:7 – 13<br>73:19 – 74:7<br>74:10 – 14<br>74:17 – 22<br>75:4 – 9<br>75:13 – 18<br>75:22 – 24<br>76:1<br>76:5 – 9<br>76:12 – 16<br>76:20 – 22<br>76:25 – 77:4<br>77:6 – 10<br>77:15 – 18<br>77:20 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 77:22 – 78:5<br>78:7 – 10<br>78:15 – 18<br>78:20 – 24<br>79:5<br>79:12 – 15<br>79:18 – 19<br>79:21 – 23<br>80:2 – 6<br>80:10 – 16<br>80:18 – 22<br>80:25 – 81:6<br>81:11 – 20<br>81:22 – 25<br>82:3 – 8<br>82:10 – 14<br>82:17 – 23<br>83:1 – 7<br>83:13 – 18<br>83:20 – 25<br>84:4 – 10<br>84:13 – 14<br>85:2 – 3<br>85:11 – 15<br>85:17 – 86:15<br>86:19 – 87:23 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 88:3 – 9<br>88:11 – 12<br>88:15 – 19<br>88:21 – 89:2<br>89:5 – 10<br>89:13 – 22<br>89:25 – 90:3<br>90:6 – 17<br>90:22 – 91:6<br>91:9 – 12<br>91:14 – 22<br>91:25 – 92:8<br>92:12 – 15<br>92:17 – 22<br>93:8 – 25<br>94:3 – 7<br>94:10 – 15<br>94:17 – 25<br>95:3 – 23<br>96:1 – 7<br>96:10 – 14<br>96:17 – 97:6<br>97:8 – 12<br>97:15 – 19<br>97:22 – 98:3<br>98:6 – 98:17 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 98:20 – 25<br>99:3 – 13<br>99:15 – 17<br>99:20 – 23<br>100:1 – 11<br>100:14 – 23<br>101:4 – 17<br>101:19 – 25<br>102:4 – 21<br>102:23 – 103:2<br>103:5 – 8<br>103:11 – 15<br>103:19 – 104:3<br>104:5 – 105:6<br>105:8 – 13<br>105:15 – 106:10<br>106:13 – 23<br>107:2 – 16<br>107:19 – 108:9<br>108:12 – 21<br>108:24 – 109:18<br>109:21 – 110:12<br>110:14 – 16<br>110:19 – 23<br>110:3 – 111:10<br>111:15 – 112:3 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 112:6 – 25<br>113:3 – 24<br>114:3 – 6<br>114:9 – 15<br>114:17 – 115:3<br>115:5 – 12<br>15:15 - 116:14<br>116:17 – 20<br>116:23 – 117:1<br>117:4 – 9<br>117:12 – 17<br>117:20 – 23<br>118:1 – 5<br>118:7 – 14<br>118:17 – 29<br>118:22 – 119:3<br>119:6 – 9<br>119:11 – 15<br>119:18 – 23<br>120:1 – 6<br>120:9 – 14<br>120:16 – 18<br>120:21 – 121:4<br>121:8 – 12<br>121:14 – 122:15<br>122:18 – 25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 123:3 – 7<br>123:10 – 13<br>123:15 – 124:2<br>124:4 – 5<br>124:7 – 14<br>124:17 – 23<br>124:25 – 125:5<br>125:8 – 15<br>125:17 – 20<br>125:24 – 126:18<br>127:2 – 13<br>127:15 – 128:10<br>128:12 – 22<br>128:24 – 129:5<br>129:7 – 14<br>129:16 – 23<br>130:1 – 4<br>130:6 – 10<br>130:13 – 17<br>130:19 – 23<br>130:25 – 131:10<br>131:12 – 18<br>131:21 – 132:1<br>132:4 – 6<br>132:9 – 14<br>132:19 – 133:8 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 133:11 – 15<br>133:18 – 134:2<br>134:5 – 8<br>134:11 – 12<br>134:14 – 24<br>135:2 – 4<br>135:6 – 9<br>135:12 – 24<br>136:1 – 8<br>136:10 – 137:3<br>137:8 – 11<br>137:15 – 19<br>137:21 – 22<br>137:24 – 138:8<br>138:12 – 23<br>139:3 – 4<br>140:2 – 4<br>140:7 – 10<br>140:14 – 142:6<br>142:9 – 13<br>142:16 – 21<br>142:23 – 143:6<br>143:8 – 17<br>143:19 – 24<br>144:1 – 10<br>144:24 – 25 | | |

## DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 145:3 – 6<br>145:8 – 13<br>145:16 – 20<br>145:22 – 25<br>146:4 – 7<br>146:10 – 17<br>146:19 – 23<br>147:1 – 6<br>147:9 – 15<br>147:21 – 148:2<br>148:14 – 24<br>149:2 – 10<br>149:13 – 23<br>149:25 – 150:9<br>150:11 – 15<br>150:17 – 151:1<br>151:3 – 5<br>151:7 – 11<br>151:13 – 18<br>151:20 – 23<br>152:1 – 8<br>152:10 – 19<br>152:22 – 153:7<br>153:10 – 154:2<br>154:5 – 21<br>154:23 – 155:3 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 155:8 – 9<br>155:13 – 15<br>155:17 – 21<br>155:23<br>156:4 – 157:7<br>157:10 – 15<br>157:17 – 158:8<br>158:10 – 14<br>158:16 – 22<br>158:25 – 159:14<br>159:16 – 21<br>159:23 – 160:4<br>160:7 – 12<br>160:14 – 18<br>160:20 – 161:5<br>161:11 – 15<br>161:17 – 162:8<br>162:11 – 18<br>162:20 – 163:5<br>163:7 – 14<br>163:16 – 19<br>163:21 – 23<br>164:1 – 3<br>165:10 – 13<br>165:18 – 166:3<br>166:5 – 17 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 166:19 – 23<br>166:25 – 167:13<br>167:15 – 168:23<br>168:25 – 169:15<br>169:17 – 25<br>170:2 – 171:4<br>171:6 – 13<br>171:17 – 175:1<br>175:4 – 19<br>175:22 – 176:10<br>176:13 – 177:13<br>177:15 – 20<br>177:23 – 178:4<br>178:16 – 17<br>178:20 – 24<br>179:1 – 181:3<br>181:5 – 17<br>181:20 – 22<br>181:25 – 182:6<br>182:12 – 16<br>182:19 – 21<br>183:1 – 5<br>183:9 – 12<br>183:15 – 17<br>183:19 – 21<br>183:24 – 184:9 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 184:13 – 18<br>184:22 – 185:6<br>185:12 – 21<br>185:24 – 186:2<br>186:15 – 17<br>186:25 – 187:10<br>187:12 – 16<br>187:19 – 21<br>187:23 – 188:2<br>188:4 – 10<br>188:12 – 15<br>188:18 – 24<br>189:3 – 6<br>189:9 – 10<br>189:12 – 17<br>189:21 – 25<br>190:3 – 5<br>190:8 – 24<br>191:3 – 9<br>191:15 – 25<br>192:2 – 14<br>192:17 – 25<br>193:2 – 13<br>193:16 – 20<br>193:23 – 25<br>194:2 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Wollen, Chris | 194:6 – 9<br>194:11 – 14<br>194:16 – 195:3<br>195:6 – 7 | | |
| Dyson, James<br>9-27-2006 | 3: 8-12<br>4:4 – 5:6<br>16:1 - 17:24<br>18: 9 - 22<br>19: 9 - 14<br>20:20 - 22<br>23:5 – 24:2<br>24, l. 7 – 26:4<br>26:8 – 28:25<br>29:7 – 30:21<br>32:15 - 20<br>33:21 - 25<br>34: 13 – 35:10<br>36: 14 – 37:5<br>41:24 – 43: 25<br>70: 9 – 71: 25<br>72:24 – 73:2<br>73:5 – 73:6<br>74:6 - 10<br>78: 9 – 80:15<br>80:21 - 24<br>81:12-13 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 9-27-2006 | 82:19 – 84: 19<br>90:1-25<br>92:5 – 93:3<br>93:7 - 10<br>93:14 - 97, l. 9<br>97:16 - 23<br>101:8 - 102:4<br>114:19 – 115:14<br>121:16 – 122:9<br>122:12 – 124:19<br>125:7-24<br>136:19 – 137: 4<br>139: 9 – 139:15<br>140:5-11<br>148:12 – 149:9<br>150:23 – 151:11<br>151: 17 – 153:13<br>153:8 – 154:16<br>161:15 – 162:22<br>170:5 – 173:7<br>182:6-20<br>184:14 – 186:15<br>195:1 – 201:25<br>246:23 – 249:4<br>249:17 – 250:20<br>258: 14 - 258, l.18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 9-27-2006 | 259: 13 - 264, l.2 264: 11 - 265, l.1 | | |
| Shipsey, John | 3:13-21<br>4:10-6:11<br>6:17-21<br>6:25-12:2<br>12:4-18<br>12:22-24<br>13:1-28:21<br>28:23-29:14<br>29:16-30:2<br>30:4-7<br>30:10-21<br>30:24-32-4<br>32:7-33-7<br>33:10-13<br>33:16-34:3<br>34:6-35:18<br>35:21-36:21<br>36:24-38:7<br>38: 10-40:17<br>40:22-43:9<br>43:14-44:4<br>44:6-46:3<br>46:6-47:12<br>47:14-49:24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Shipsey, John | 50: 1-5<br>50:7-9<br>50:14-22<br>51:1-5<br>51:7-11<br>51:14-17<br>51:21-52:3<br>52:5-8<br>52:11-19<br>52:23-53:3<br>53:5-11<br>53:14-17<br>53:19-54:7<br>54:10-18<br>54:20-57:22<br>57:24-58:8<br>58:10<br>58:14-64:18<br>64:21-65:16<br>65:24-70:17<br>70:20-72:16<br>72:18-74:8<br>74:11-75:13<br>75:16-22<br>75:25-76:3<br>76:5-77:21 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Shipsey, John | 77:23-78:1<br>78:4-79:3<br>79:5-81:8<br>81:11-22<br>81:24-83:15<br>83:19-85:24<br>86:1-87:13<br>87:17<br>87:19-99-23<br>101:11-102:16<br>102:18-21<br>102:23-103:5<br>103:8-105:3<br>105:7-12<br>105:14-24<br>106:1-14<br>106:16-21<br>106:23-107:7<br>107:9-110:1<br>110:3-20<br>110:23-111:16<br>111:18-112:8<br>112:11-114:7<br>114:10-12<br>114:16-21<br>114:24-115:11 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Shipsey, John | 115:14<br>115:17-116:1<br>116:8-12<br>116:15-117:5<br>117:8-121:10<br>121:13-14<br>121:17-123:6<br>123:15-16<br>123:20-22<br>124:4-6<br>124:9-125:12<br>125:14-18<br>125:21-126:21<br>126:23-127:2<br>127:4-8<br>127:10-129:1<br>129:4-134:19<br>134:21-139:4<br>139:6-140:13<br>140:15-141:8<br>141:10-143:6<br>143:9-10<br>143:19-145:16<br>145:18-147:12<br>147:15-148:20<br>148:22 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Shipsey, John | 148:24-149:24<br>150:5-12<br>150:15-151:10<br>151:13-21<br>151:23-152:11<br>152:13-22<br>152:25-153:1<br>153:3-14<br>153:17-154:16<br>154:18-155:16<br>155:18<br>155:21-156:5<br>156:8-24<br>157:7-160:13<br>160:17-163:24<br>164:1-2<br>164:5-21<br>164:23-165:13<br>165:19-166:9<br>166:12-167:2<br>167:6-172:1<br>172:12-173:13<br>173:15-175:19<br>175:23-177:1<br>177:3-14<br>177:17-20 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Shipsey, John | 177:23<br>178:1-6<br>178:9-181:15<br>181:17-184:7<br>184:10-188-16<br>189:1-190:24<br>191:1-17<br>191:20-194:14<br>194:19-200:21<br>200:24-201:3<br>201:6-206:16<br>206:24-207:13<br>207:15-208:16<br>208:18-211:20<br>212:8-214:14<br>214:16-17<br>214:20-22<br>214:24-219:11<br>219:14-220:5<br>220:9-14<br>220:21-221:17<br>221:19-222:12 | | |
| Tryan, Maria | 4:3-9<br>4:16-24<br>6:2-13:2<br>13:4-15:18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Tryan, Maria | 15:20-19:12<br>20:5-21:2<br>21:8-9<br>21:11-14<br>21:18-22:5<br>22:8-15<br>22:19-22<br>22:24-23:3<br>23:5-24:4<br>24:9-11<br>24:17-25:2<br>25:4-26:8<br>26:22-30:6<br>30:13-19<br>30:22-31:8<br>31:16-32:1<br>32:5-12<br>32:14-33:13<br>33:19-34:9<br>34:16-35:1<br>35:4-37:12<br>37:14-38:7<br>38:9-39:18<br>39:22-42:22<br>43:1-44:22<br>44:24-45:4 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Tryan, Maria | 45:6-9<br>45:11-12<br>46:11-47:8<br>47:14-48:22<br>48:24-50:4<br>50:8-9<br>50:11-20<br>51:5-22<br>52:8-9<br>52:13-54:19<br>54:22-56:3<br>56:5-57:20<br>57:22<br>58:1-14<br>58:16-22<br>58:24-61:12<br>61:14-64:12<br>64:16-70:21<br>71:5-73:24<br>74:4-23<br>75:1-19<br>75:24-76:21<br>77:1-6<br>77:11-81:20<br>82:7-83:23<br>84:2-9 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Tryan, Maria | 84:12-97:10<br>97:19-98:1<br>98:3-9<br>98:13-99:10<br>99:12-101:10<br>101:12-13<br>101:16-21<br>101:23-106:4<br>106:9-21<br>106:24-107:2<br>107:5-110:15<br>110:18-111:1<br>111:6-114:2<br>114:5-115:23<br>116:1-7<br>116:11-118:19<br>119:7-124:9<br>124:14-126:5<br>126:13-132:19<br>132:21-134:4<br>134:6-24<br>135:3-10<br>135:21-23<br>136:7-15<br>136:22-137:16<br>137:19-20 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Tryan, Maria | 137:23-138:1<br>138:4<br>138:9-16<br>138:18-20<br>138:23-142:2<br>142:8-143:19<br>143:22-144:19<br>145:4-146:8<br>146:11-147:3<br>147:8-152:22<br>152:24-154:13<br>155:11-156:21<br>156:23<br>157:1-7<br>157:11-158:2<br>158:6-22<br>159:3-19<br>159:21-161:1<br>161:3-167:23<br>168:1-7<br>168:10-24<br>169:2-9<br>169:11-170:14<br>170:18-172:2<br>172:4<br>172:6-173:21 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Tyran, Maria | 173:23-176:18<br>180:16-21<br>181:2-182:10<br>182:17-185:1<br>185:6-186:20 | | |
| Widdowson, James | 6: 11-25<br>7: 1-25<br>8: 1-25<br>9: 1-25<br>10: 1; 4-5; 7-25<br>11: 1-25<br>12: 1-25<br>13: 1; 3-25<br>14: 1-25<br>15: 1-8<br>16: 14-25<br>17: 1-25<br>18: 1-25<br>19: 1-25<br>20: 1-25<br>21: 1-25<br>22: 1-25<br>23: 1; 17-25<br>24: 1-7; 9-25<br>25: 1-6; 10-12; 14-25<br>26: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 27: 1-5; 7-25<br>28: 1-25<br>29: 1-6; 9-25<br>30: 1-25<br>31: 1-11; 13-14; 16-18<br>32: 1-2; 4-5; 7-13; 15-19; 21-25<br>33: 1-10; 12-25<br>34: 1-17; 20-21; 23-24<br>35: 1-7; 10-24<br>36: 1-10; 12-25<br>37: 1-8; 11-13; 15-16; 18-22; 25<br>38: 1-6; 8-10; 12; 14-20; 22-25<br>39: 1; 3-14; 17-19; 22-25<br>40: 1-7; 9-16; 18; 20; 22-25<br>41: 1-3; 6-7; 9-11; 14-16; 18-20; 22-24<br>42: 2-25<br>43: 1-12; 15-16; 18; 21-25<br>44: 1-19<br>45: 4-13; 20-25<br>46: 5-18<br>49: 6-25<br>50: 1-18; 20-25<br>51: 1; 3-20; 22-25<br>52: 1-6; 11; 13-14; 18-19; 23<br>53: 1-2; 4-7; 20-21; 24<br>54: 1-2; 4-18; 20-24 | | |

## DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 55: 1-3; 5; 7; 9-12; 14-17; 19-25<br>56: 2-17; 19; 21-23<br>57: 1-5; 7-11; 13-25<br>58: 1-15; 17-18<br>59: 8-12; 14-25<br>60: 4; 6-13; 16-25<br>61: 1-11; 23-25<br>62: 1-14; 16-25<br>63: 1-6; 8-25<br>64: 2-9; 12-23; 25<br>65: 1-25<br>66: 1-22; 25<br>67: 1-19; 20-24<br>68: 1-2; 5-16; 19-25<br>69: 5-25<br>70: 1-25<br>71: 3-7; 15-25<br>72: 1-11; 13-23; 25<br>73: 1-21; 23-25<br>74: 1-7; 12-15; 20-25<br>75: 1-23; 25<br>76: 1-4; 6-7; 10-11; 15-25<br>77: 1; 3-4; 6-8; 10-18; 20-25<br>78: 1-11; 13-24<br>79: 1-9; 12-16; 18-25<br>80: 1-23 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 81: 1-10; 12-14; 18-25<br>82: 1-3; 5-25<br>83: 1-15; 17-22; 25<br>84: 1-6; 9-12; 14; 16-23; 25<br>85: 2-8; 10-21; 23-25<br>86: 1; 3-4; 6-14; 16-19; 21-25<br>87: 1-14; 17-22; 24-25<br>88: 1-14; 16-25<br>89: 1-20; 22-25<br>90: 1-9; 11-14; 16-22; 24-25<br>91: 1-2; 6-11; 13-19; 25<br>92: 1-5; 7-10; 13-25<br>93: 1-3; 5-19; 21-25<br>94: 1-6; 10-11; 17-24<br>95: 2-5; 7-10; 12-18; 20-25<br>96: 1-25<br>97: 1; 3-11; 13-24<br>98: 1-11; 13-25<br>99: 2-13; 15-25<br>100: 3-11; 13-14; 16-23; 25<br>101: 1-4; 6-25<br>102: 1; 4-6; 8; 10-20; 22-25<br>103: 3-7; 17-22; 24-25<br>104: 1-7; 12-23<br>105: 9-25<br>106:  1-6; 8-9; 11-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 107: 1-25<br>108: 1-25<br>109: 1-25<br>110: 1-2; 5-6; 8-25<br>111: 1-25<br>112: 1-16; 19-25<br>113: 1-25<br>114: 1-4; 6-25<br>115: 1-10; 13-25<br>116: 1-3; 7-25<br>117: 1-7; 9-10; 12-13; 15-19; 21-23<br>118: 1-17; 19-25<br>119: 1-5; 7-25<br>120: 1-13; 15-25<br>121: 1-7; 13-25<br>122: 1-8; 11-25<br>123: 1; 3-8; 17-21; 23-25<br>124: 2-4; 6-9; 11-12; 14-15; 17-25<br>125: 1-25<br>126: 1-2; 4-19; 21-25<br>127: 1-9; 11-16; 18-25<br>128: 1-9;  11-23; 25<br>129: 1-4; 6-7; 9-15; 17-18; 20-22<br>131: 7-25<br>132: 1-11; 13-25<br>133: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 134: 1-25<br>135: 1-12; 14-25<br>136: 1-8; 10-18; 23-25<br>137: 1-11<br>138:  4-7; 9, 13-25<br>139: 1; 5-7;  9; 11-12; 14-19; 22-25<br>140: 4-15; 19-20; 22-25<br>141: 1-8; 10-17<br>142: 16-25<br>143: 1-19<br>144: 1; 6-7; 9-10; 12-18; 20-21; 23; 25<br>145: 1-6; 8-18; 22<br>146: 5-25<br>147: 1-7; 11-25<br>148: 1-3; 7-12; 16-18; 21-25<br>149: 1-20; 22-25<br>150: 1-16; 18-20; 22-25<br>151: 1-13; 19-25<br>152: 1-2; 4; 6-15; 17-22<br>153: 1-6; 8-16; 18-24<br>154: 1-5; 9-15; 19; 21-25<br>155: 1; 5-6; 19-21; 23-25<br>156: 1-4; 6-13; 15-16; 18-24<br>157: 4-8; 10-12<br>158: 1-9; 16-25<br>159: 1-4; 6-12; 14-18; 20-22; 24-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 160: 2-4; 6; 8; 11-25<br>161: 1-2; 4-12; 14-17; 19-25<br>162: 1-9; 12-19; 21-25<br>163: 1-3; 5-18; 20-25<br>164: 1-8; 10-11<br>165: 7-25<br>166: 1-14; 25<br>167: 1-25<br>168: 1-3; 5-9; 16-17; 19-23; 25<br>169: 1-3; 5-25<br>170: 2-16; 18-25<br>171: 1-5; 7-15; 17-18; 20; 22-25<br>172: 1-6; 8-16; 18-25<br>173: 1-4; 7-25<br>174: 1-19; 21-25<br>175: 1-25<br>176: 1; 4-5; 8; 11-25<br>177: 1-6; 11-25<br>178: 1-2; 11-25<br>179: 1-8; 15-25<br>180: 1-4; 7-13; 16-19; 21-23; 25<br>181: 1; 3-4; 6-12; 14-25<br>182: 1-25<br>183: 1-5; 7-25<br>184: 2; 4-17; 19-25<br>185: 2-23 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 186: 1-9; 11; 13-14; 16-25<br>187: 1-5; 7-10<br>188: 8-25<br>189: 1-8; 12-25<br>190: 1-10; 13-15; 17-18; 21-25<br>191: 1-5; 7-10; 14-18; 20-21; 23-24<br>192: 3-25<br>193: 1-4; 9-24<br>194: 8-17; 20-22<br>195: 1-14; 16-23<br>196: 1-4; 6-19; 21-23; 5<br>197: 1-6; 8-10; 12-21<br>198: 3-5<br>199: 8-15<br>200: 19-25<br>201: 4-13<br>202: 2-22<br>203: 5-21<br>204: 1-3; 7-16; 20-25<br>205: 1-3; 10; 12-16; 18-24<br>206: 1-7; 10-25<br>207: 1-3; 6-7; 9-18; 19; 21-25<br>208: 1-2; 6-9; 11-25<br>209: 1; 5-14; 16-25<br>210: 1; 3; 7-20; 24-25<br>211: 1-25 | | |

# DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Widdowson, James | 212: 1-2; 4-11; 14-15; 18-25<br>213: 1; 3-9; 11; 13-14; 16; 18-20; 22-24<br>214: 1-4; 6-7; 9; 11-12; 14-15; 17; 19; 21<br>215: 1-4; 8-10; 13; 19-25<br>216: 1-25<br>217: 1-21; 24-25<br>218: 1-4; 8-9; 11-18; 21; 23; 25<br>219: 1-2; 4; 6-17; 21-25<br>220: 1-5; 9-25<br>221: 1-16; 18; 20-25<br>222: 1; 4-9; 11-17; 19; 21-23; 25<br>223: 1-2; 4-11; 14-19; 21; 23-25<br>224: 2-9; 12; 14-20; 22-23; 25<br>225: 1-7; 9-11; 16-22; 24<br>226: 1-15; 18-25<br>227: 1-9; 12-17; 24-25<br>228: 1-20; 23-25<br>229: 1-13; 17-25<br>230: 1-3; 7-14; 19-23<br>231: 2-7; 9-16; 18-22<br>232: 2-25<br>233: 1-8; 12-16; 12-16; 18-19; 23-24<br>234: 1-6; 8-9 | | |
| Mullin, Clare | 6: 1-25<br>7: 1-25<br>8: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 9: 1-5<br>10: 17-25<br>11: 1-25<br>12: 1-25<br>13: 1-25<br>14: 1-25<br>15: 1-25<br>16: 1-25<br>17: 1-7; 11-25<br>18: 1-25<br>19: 1-21<br>20: 3; 8-25<br>21: 1-25<br>22: 1-25<br>23: 1-5; 7-25<br>24: 1-24<br>25: 1-5; 7-22; 24-25<br>26: 1-25<br>27: 1-21; 23-25<br>28: 1-25<br>29: 1-25<br>30: 1-25<br>31: 1-25<br>32: 1-24<br>33:  12-25<br>34: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 35: 1-25<br>36: 1-11; 14-25<br>37: 1-2; 4; 7-8; 11-25<br>38: 1-21; 23; 25<br>39: 1-25<br>40: 1-5; 17-25<br>41: 1-6; 12-25<br>42: 1-25<br>43: 1-7; 11-13; 15-24<br>44: 2-21<br>45: 7-16; 22-25<br>46: 5-25<br>47: 17 1-18; 20-25<br>48: 1-2; 4-8; 10-12; 16-22; 25<br>49: 1-12; 14-25<br>50: 1-8; 12-16; 18-19; 21-24<br>51: 1; 8-16; 18-25<br>52: 1-9; 11-25<br>53: 1-2; 15-20; 22-25<br>54: 1-2; 6-13; 16-17; 19-21; 23-24<br>55: 1-19; 23-25<br>56: 1-22<br>57: 8-11; 20-25<br>58: 1-18; 21;23-25<br>59: 1-3; 5-14<br>60: 9-16 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 61: 3-13; 15-16; 18-25 <br> 62: 1-4; 24-25 <br> 63:1; 16-19; 21-25 <br> 64: 1-9; 14-25 <br> 65: 1-3; 6; 9-25 <br> 66: 1-25 <br> 67: 1-25 <br> 68: 1-17; 19-25 <br> 69: 1-13; 22-25 <br> 70: 1-4; 7-12; 14; 16-25 <br> 71: 1-24 <br> 72: 5; 8-10; 24-25 <br> 73: 1-12; 16-25 <br> 74: 1-25 <br> 75: 1-25 <br> 76: 1-25 <br> 77: 1-14; 19-25 <br> 78: 1-25 <br> 79: 1-25 <br> 80: 2-7; 18-25 <br> 81: 1-25 <br> 82: 1-25 <br> 83: 1-25 <br> 84: 1-25 <br> 85: 1-7; 9-17; 19-25 <br> 86: 1-14; 24-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 87: 1-17; 19-25<br>88: 1-2; 4-18; 20; 22-25<br>89: 1-25<br>90: 2-11; 13-23; 25<br>91: 1-3; 7-8; 10-25<br>92: 1-13; 17-18; 21-23; 25<br>93: 1-17; 19-20; 24-25<br>94: 1-4; 6-7; 10-17; 19-25<br>95: 9-12; 14-18; 20-25<br>96: 1-11; 16-22<br>97: 1; 6-10; 12-16; 19; 21-24<br>98: 2-5; 8-11; 13-14; 16-17; 20; 24<br>99: 1-6; 22-24<br>100: 1; 3-25<br>101: 1-10<br>102: 8-13; 20-25<br>103: 1-6; 10-25<br>104: 1-25<br>105: 1-12; 19-20; 22-25<br>106: 1-13; 15-22; 24-25<br>107: 1-14; 16; 18-19; 21; 23-25<br>108: 2-3; 5-14; 16; 18-20; 22; 23-25<br>109: 1-6; 9-16; 22-25<br>110: 1; 7-16; 18; 20-24<br>111: 1-2; 5-15; 19; 25<br>112: 1-18; 20; 22; 24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 113: 1-2; 8-18; 20; 23-25<br>114: 1-5; 7-25<br>115: 1-5; 7-8; 10-11<br>116: 8-21<br>117: 2-4; 20-25<br>118: 6-11; 13-17<br>119: 11-13; 15-25<br>120: 1; 5-7; 9; 11-25<br>121: 2; 5-6; 10-15; 16-21; 23-24<br>122: 1-4; 6-7; 9-22; 24-25<br>123:  2-4: 6-25<br>124: 1-8; 10-17; 19-25<br>125: 1-3; 5-25<br>126: 1-5; 7-21; 23-25<br>127: 1-7; 10-25<br>128: 1-3; 6; 9-12; 14-21; 25<br>129: 1-3; 6; 8; 11-19; 21-23<br>130: 1-7; 9-14; 18-21; 25<br>131: 1-25<br>132: 1; 3-15; 17-23; 25<br>133: 1-5; 8-11; 15-25<br>134: 1-4; 7-9; 11; 13-22; 25<br>135: 2; 4-6; 9-19; 22-24<br>136: 1-3; 11-13; 16-17; 20-25<br>137: 1-25<br>138: 2-13; 15-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 139: 1-13; 19-25<br>140: 1-11<br>141: 4-7; 9-10; 12-16<br>142: 2-3; 9-25<br>143: 1-10; 14-23<br>144: 1-2; 9-11; 13-16; 22-25<br>145: 1-24<br>146: 1-3; 8-12; 15-16; 18-25<br>147: 1-2; 6-11; 16-17; 19; 21-25<br>148: 1-2; 5-11; 13; 15-25<br>149: 1-13; 17-18; 20-25<br>150: 1-4;  7-8; 10-22; 24-25<br>151: 1-25<br>152: 1-10; 12-25<br>153: 1-3; 6-25<br>154: 1-6; 8-19; 23-24<br>155: 1-25<br>156: 1-7; 9-12; 15-18 20-21; 23-25<br>157: 1; 11-15; 17-24<br>158: 3-18; 24-25<br>159: 1-24<br>160: 2-5; 7; 12-13; 15; 18-24<br>161: 1-6; 9; 11-12; 14-18; 20-23<br>162: 1-6; 8-9; 11-13; 16-17; 19-22; 24-25<br>163: 1-9; 11-18; 20-25<br>164: 1-4; 7; 9-11; 13-15; 17-19; 21-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 165: 1-3; 5-7; 10-25<br>166: 1-25<br>167: 1-9; 11-16; 19-25<br>168: 3-11; 14; 16-25<br>169: 1-3; 6-7; 9-12; 14; 16; 18-25<br>170: 1-3; 5; 7-10; 12-14; 16-22; 24-25<br>171: 1-7; 9-10; 13-14; 17-18; 23-25<br>172: 1-15; 17-25<br>173: 2; 4-10; 12-15; 17; 19-25<br>174: 1-8; 10-21; 25<br>175: 1-7; 9; 11-17; 21-24<br>176: 2-8; 10-17; 20-25<br>177: 3-4; 6-11; 13-16; 18-23;  25<br>178: 1; 3-15; 17-18; 20-25<br>179: 1-3; 5-13; 15-17; 19; 25<br>180: 1-17; 19-25<br>181: 1-11; 15-21; 23-25<br>182: 1-2; 4-10; 12-14; 17-25<br>183: 1-25<br>184: 1-2; 15-22<br>185: 1-6; 8; 11-22<br>186: 3-8; 10; 12-14; 18-21; 25<br>187: 1-20<br>188: 6-14; 25<br>189: 1-24<br>190: 3-12; 19-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 191: 1-14; 18-25<br>192: 1-13; 16-25<br>193: 1-10; 14-16; 19; 24<br>194: 4-7; 9-11; 21-25<br>195: 1-16; 18-25<br>196: 1-25<br>197: 1-17<br>198: 3-25<br>199: 1-25<br>200: 1-4; 8-15; 17-23<br>201: 1-2; 5-9; 11; 13-18; 20-25<br>202: 1-3<br>203: 9-25<br>204: 1-13; 17-24<br>205: 1-2; 5-9; 14-25<br>206: 1-4; 7; 9-15; 18-25<br>207: 1-17; 19-20; 22-25<br>208: 1-2; 5-11; 14-24<br>209: 1-5; 8-12; 22-25<br>210: 2; 5-25<br>211: 1-20; 23-25<br>212: 1; 3; 5-13; 15-16; 18-25<br>213: 1-21<br>214: 1-4; 8-11; 15-25<br>215: 1-8; 10-21; 23; 25<br>216:1-2; 4-16; 18-19; 21-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 217: 1-5; 7-14; 16-24<br>218: 1-14; 16-25<br>219: 1-3; 5-25<br>220: 1-11; 13-24<br>221: 2; 4-8; 10-13; 15-25<br>222: 1-8; 10-12; 15-18; 22-25<br>223: 113; 25<br>224: 1-17; 21-25<br>225: 1-8; 10-14; 18-21; 24-25<br>226: 1-4; 6-25<br>227: 2-13; 15-23; 25<br>228: 2; 4-5; 7-15; 20-21; 24-25<br>229: 1-2; 4-8; 10-11; 13-14;16-17; 22-25<br>230: 1-4; 7-16; 21; 24-25<br>231: 1-25<br>232: 1-11; 13-19; 21-23; 25<br>233: 1; 6-24<br>234: 2-6; 9-16: 18-25<br>235: 1-5; 7; 9-20; 22-24<br>236: 2-7; 16-25<br>237: 1; 3-24<br>238: 3-25<br>239: 1-7; 12; 15-25<br>240: 2-4; 6-22; 25<br>241: 1-7; 9-25<br>242: 1-13; 16-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Mullin, Clare | 243: 1-6; 8-18; 20-25<br>244: 1-13; 15-25<br>245: 1-16; 18-22<br>246: 1-8; 10-25<br>247: 1-4; 6-25<br>248: 1-14<br>249: 5-9; 12-17; 21-25<br>250: 1-2; 7-25<br>251: 1-5; 8-19; 22-25<br>252: 1; 3-8; 16-25<br>253: 1-6; 11-12; 14-25<br>254: 1-2; 5-14; 18; 25<br>255: 1-13 | | |
| Errington, Caroline | 5: 13-19<br>8: 12-24<br>9: 1-24<br>10: 1-24<br>11: 1-24<br>12: 1-24<br>13: 1-24<br>14: 5-24<br>15: 1-24<br>16: 1-24<br>17: 1-24<br>18: 1-24<br>19: 1-17 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Errington, Caroline | 20: 18-24<br>21: 1-23<br>22: 9-24<br>23: 1-5<br>24: 1-15<br>25: 1-24<br>26: 1-8; 13-24<br>27: 1-24<br>28: 1-24<br>29: 1-24<br>30: 1-16; 20-24<br>31: 1-15; 18-24<br>32: 1-24<br>33: 1-24<br>34: 8-24<br>35: 1-9; 12-24<br>36: 1-24<br>37: 1-24<br>38: 1-24<br>39: 1-24<br>40: 1-23<br>41: 10-24<br>42: 1-5<br>44: 13-24<br>45: 1; 5-21; 24<br>46: 1-3; 5-7; 10-12; 14-16; 23-24 | | |

# DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Errington, Caroline | 47: 1; 12-15; 23-24<br>48: 1-4; 7-10; 12-13; 16-20; 22-24<br>49: 6-8; 10-24<br>50: 4-21<br>51: 1-23<br>52: 9-11; 16-18; 20-22<br>53: 2-4; 7-10; 13-16; 22-24<br>54: 4-10; 14-24<br>55: 3-24<br>56: 1-3; 5-18; 20-22; 24<br>57: 1-6; 8-10; 12-20; 22-24<br>59: 12-13; 15-16; 18-23<br>61: 7-24<br>62: 1-12; 20-24<br>63: 1-4; 6; 8-16; 19-20; 22-24<br>64: 1-4; 6; 9-10; 14-21<br>67: 7-24<br>68: 1-14; 16-23<br>69: 9-17; 20-21; 24<br>70: 1-3; 5-24<br>71: 1-2; 4-17; 19-24<br>72: 1-2; 4-8; 11-23<br>73: 4-14; 21-24<br>74: 1; 5-14; 16-18; 20-21; 23-24<br>75: 2-4; 6-8; 15-19; 21-22; 24<br>76: 1-2; 4-8; 10-22; 24 | | |

# DYSON v. MAYTAG
## 05cv434
### EXHIBIT ___ TO PRE-TRIAL ORDER
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
### DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| **Errington, Caroline** | 77: 1-2; 4-13; 15-19<br>79: 10-11; 13-24<br>80:1-7; 11-22; 24<br>81: 1-17; 21-24<br>82: 1-6; 18-20; 22-24<br>83: 1; 3-4; 6-12; 14-17; 19-21; 23-24<br>84: 2-4; 9-10; 13-24<br>85: 1; 3-7; 9-17; 19-20<br>86: 4-24<br>87: 1-24<br>88: 1-4; 6-10; 12-15; 18-21; 23-24<br>89:1-6; 8-9; 11-12; 14; 16-17; 19-20; 22-24<br>90: 1-2; 4-5; 7-23<br>91: 1-2; 4-6; 8-12; 17-24<br>92: 1-4; 7-8; 10-24<br>93: 1-24<br>94: 1-15; 19-24<br>95: 1-15; 18-19; 21-22; 24<br>96: 1; 3-4; 6-11; 13-14; 16-17; 19-24<br>97: 1-2; 5-10; 12-13; 15; 17-18; 20; 22-24<br>98: 1-4; 6-7; 9; 19-23<br>99: 7-24<br>100: 1-11; 14-24<br>101:1-11; 13-17; 19<br>102: 4-16; 18-21; 23<br>103: 1-11 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 3: 8-25<br>4: 2-17; 19-25<br>5: 2-25<br>6: 2-25<br>7: 1-25<br>8: 2-5; 7-25<br>9: 1-12; 14-18; 20-25<br>10: 1-25<br>11: 1-25<br>12: 1-13; 15-23; 25<br>13: 1-25<br>14: 2-4; 6-25<br>15: 1-25<br>16: 2-10; 12-25<br>17: 1-25<br>18: 1-25<br>19: 1-25<br>20: 1-25<br>21: 2-5; 7-25<br>22: 1-25<br>23: 1-25<br>24: 1-25<br>25: 3-7; 10-13; 16-25<br>26:2-6; 8-25<br>27: 1-25<br>28: 1-19; 21-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 29: 5-25<br>30: 1-9; 14-25<br>31: 1-16; 20-25<br>32: 1-25<br>33: 1-20; 22-25<br>34: 1-25<br>35: 1-9; 11-25<br>36: 1-25<br>37: 1-25<br>38: 2-15; 17-25<br>39: 1-25<br>40: 1-25<br>41: 1-25<br>42: 1-25<br>43: 1-25<br>44: 1-25<br>45: 1-9; 12-25<br>46: 1-25<br>47: 1-11; 14-25<br>48: 1-25<br>49: 1-19; 21-25<br>50: 1-25<br>51: 3-9; 15-25<br>52: 1-25<br>53: 1-12; 14-25<br>54: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 55: 1-25<br>56: 1-25<br>57: 1-25<br>58: 2-8; 23-25<br>59: 1-25<br>60: 1-21; 23-25<br>61: 1-4; 6-25<br>62: 1-25<br>63: 1-18; 20-25<br>64: 1-25<br>65: 1-25<br>66: 1-25<br>67: 1-6; 15-25<br>68: 1-25<br>69: 1-25<br>70: 1-25<br>71: 1-25<br>72: 1-25<br>73: 1-25<br>74:1-25<br>75: 1-6; 9-25<br>76: 1-25<br>77: 1-25<br>78: 1-25<br>79: 1-25<br>80: 1-9; 11-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 81: 1-22<br>82: 2-25<br>83: 1-25<br>84: 1-25<br>85: 1-25<br>86:1-7; 10-24<br>87: 4-25<br>88: 1-25<br>89: 1-25<br>90: 1-25<br>91: 1-25<br>92: 1-19; 23-25<br>93: 1-25<br>94: 1-18; 24-25<br>95: 1-25<br>96: 1-25<br>97: 1-25<br>98: 1-25<br>99: 1-25<br>100: 1-25<br>101: 1-25<br>102: 1-18; 21-25<br>103: 1-25<br>104: 2-7; 9; 11-25<br>105: 1-25<br>106: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 107: 1-23; 25<br>108: 1-13; 15-25<br>109: 1-14; 17-25<br>110:1-25<br>111: 1-25<br>112: 1-25<br>113: 1-24; 23-25<br>114: 3-9; 11-16; 18-25<br>115: 1-25<br>116: 1-9; 12-14; 16-25<br>117: 1-10; 13-19; 21-25<br>118: 1-11; 14-25<br>119: 1-25<br>120: 1-20; 23; 25<br>121: 1-11; 13-25<br>122: 1-18; 20-25<br>123: 1-7; 11-14; 15-25<br>124: 1-16; 18-25<br>125: 1-25<br>126: 1-7; 16-25<br>127: 2-9; 12-25<br>128: 8-21; 23-25<br>129: 1-25<br>130: 1-25<br>131: 1-24<br>132: 3-13; 15-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 133: 2-10; 17-25<br>134: 1-24<br>135: 3-25<br>136: 2-3; 6-15; 20-23<br>138: 12-13; 15-25<br>139: 2-10; 17-25<br>140: 1-17; 19-25<br>141: 1-7; 9-14; 19-25<br>142: 1-13; 16-25<br>143: 1-11; 15-25<br>144: 1-8; 10-18; 20-25<br>145: 1-21; 23-25<br>146: 2-6; 10-13; 18-25<br>147: 2-18; 24-25<br>148: 1-25<br>149: 1-25<br>150: 3-6; 9-10; 14-25<br>151: 2-25<br>152: 1-13; 15-25<br>153: 2-25<br>154: 1-25<br>155: 1-25<br>156: 1-16; 22-25<br>157: 1-15; 22-25<br>158: 1-25<br>159: 1-14; 17-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 160: 1-25<br>161: 1-25<br>162: 1-17; 19-25<br>163: 1-25<br>164: 1-17; 20-25<br>165: 1-15; 17-25<br>166: 1-25<br>167: 1-25<br>168: 1-23; 25<br>169: 1-25<br>170: 1-25<br>171: 1-4; 8-19; 21-25<br>172: 1-25<br>173: 1-9; 11-25<br>174: 1-25<br>175: 1-25<br>176: 1-25<br>177: 1-25<br>178: 1-25<br>179: 1-25<br>180: 3-5; 8-25<br>181: 1-19; 21-25<br>182: 2-6; 8-12; 14-25<br>183: 1-25<br>184: 1-25<br>185: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 186: 1-25<br>187: 1-13; 17-25<br>188: 1-12; 16-25<br>189: 1-2; 7-25<br>190: 2; 5-11; 14; 18-25<br>191: 2-4; 6-12; 14-17; 21-25<br>192: 1-22; 24-25<br>193: 2-25<br>194: 1-17; 19-25<br>195: 2-7; 9; 12-25<br>196: 1-25<br>197: 2-7; 9-14; 18-25<br>198: 1-25<br>199: 1-25<br>200: 1-25<br>201: 1-25<br>202: 1-25<br>203: 1-25<br>204: 1-25<br>205: 1-19; 21-25<br>206: 1-25<br>207: 1-25<br>208: 1-25<br>209: 2-16; 18-25<br>210: 2-4; 6-25<br>211: 2-13; 22-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 212: 1-25<br>213: 1-6; 8-19; 22-25<br>214: 4-25<br>215: 1-25<br>216: 2-6; 8-12; 14-25<br>217: 2-11; 15-24<br>219: 8-25<br>220: 1-16; 18-19; 21-25<br>221: 3-7; 9-25<br>222: 1-25<br>223: 1-25<br>224: 3-5; 11-25<br>225: 2-25<br>226: 2-5; 8-25<br>227: 1-25<br>228: 1-14<br>229: 6-25<br>230: 2-7; 17-22; 25<br>231: 2-10: 13-25<br>232: 1-25<br>233: 1-10; 13-25<br>234: 1-25<br>235: 1-8; 18-25<br>236: 1-24<br>237: 10-25<br>238: 2; 5-15; 18-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| McCourt, Martin | 239: 3-25<br>240: 2-9; 12-21<br>241:2-10 | | |
| Heatley, Emma J. | 3:12-17<br>3:24 – 5:7<br>5:11 – 12:20<br>12:25 – 25:22<br>26:1 – 28:20<br>28:25 – 31:7<br>31:10 – 35:8<br>35:10 – 19<br>35:23 – 36:5<br>36:8 – 37:19<br>37:23 – 40:21<br>41:3 – 16<br>41:20 – 42:4<br>42:9 – 43:9<br>43:11 – 45:16<br>46:9 – 47:14<br>47:16 – 24<br>48:1 – 49:4<br>49:6 – 13<br>49:15 – 50:3<br>50:6 – 51:15<br>51:17 – 52:6<br>52:8 – 15 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 52:17 – 24<br>53:1 – 17<br>54:3 – 56:14<br>54:16 – 22<br>56:24 – 58:11<br>58:13 – 62:12<br>62:15 – 18<br>62:22 – 63:20<br>63:22 – 65:1<br>65:4 – 18<br>65:22 – 66:5<br>66:7 – 22<br>67:5 – 6<br>67:10 – 70:7<br>70:9 – 12<br>70:14 – 16<br>70:23 – 71:10<br>71:15 – 73:16<br>73:18 – 74:16<br>74:18 – 75:1<br>75:7 – 79:13<br>79:22 – 80:6<br>80:11 – 83:24<br>84:3 – 85:12<br>85:18 – 88:24<br>89:1 – 93:4 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 93:6 – 95:2<br>95:5 – 96:14<br>96:17 – 97:23<br>97:25 – 98:19<br>98:21 – 99:5<br>99:7 – 100:3<br>100:9 – 102:10<br>102:12 – 18<br>102:20 – 24<br>103:1 – 7<br>103:9 – 13<br>103:15 – 23<br>103:25 – 104:11<br>104:13 – 105:3<br>105:5 – 17<br>105:19 – 106:2<br>106:5 – 18<br>106:20 – 107:19<br>107:21 – 24<br>108:1 – 9<br>108:11 – 13<br>108:17 – 109:24<br>110:6 – 7<br>110:9 – 111:4<br>111:6 – 21<br>111:23 – 112:12 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 112:14 – 122:10<br>122:12 – 123:18<br>124:11 – 132:11<br>132:13 – 135:5<br>135:11 – 143:23<br>143:25 – 144:4<br>144:6 – 16<br>144:19<br>144:21 – 145:12<br>145:14 – 146:22<br>146:25 – 150:10<br>150:12 – 16<br>150:18 – 152:2<br>152:5 – 153:4<br>153:6 – 14<br>153:16 – 158:6<br>158:8 – 18<br>158:20 – 159:6<br>159:8 – 11<br>159:13 – 15<br>159:17 – 160:11<br>160:15 – 16<br>160:18 – 24<br>161:1 – 17<br>162:1 – 163:3<br>163:7 – 167:3 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 167:5 – 8<br>167:10 – 170:8<br>170:10 – 176:4<br>176:6 – 177:20<br>177:22 – 184:16<br>185:4 – 189:17<br>189:19 – 191:8<br>191:10 – 192:13<br>192:19 – 194:21<br>194:23 – 24<br>195:1 – 196:24<br>197:13 – 18<br>197:24 – 198:4<br>198:6 – 199:12<br>199:14 – 200:20<br>200:24 – 201:3<br>201:7 – 24<br>202:9 – 203:10<br>203:12 – 207:2<br>207:4 – 208:2<br>208:4 – 212:2<br>212:7 – 214:15<br>214:20 – 215:6<br>215:8 – 216:16<br>216:18 – 217:11<br>217:18 – 218:2 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 218:4 – 219:15<br>219:17 – 223:17<br>224:5 – 19<br>224:21 – 225:7<br>225:10 – 227:22<br>227:24 – 228:6<br>228:8 – 13<br>228:15 – 230:6<br>230:8 – 232:5<br>232:7 – 20<br>232:22 – 233:7<br>233:10 – 234:20<br>234:22 – 237:2<br>237:5<br>237:8 – 22<br>237:24 – 244:14<br>245:12 – 25<br>246:6 – 13<br>247:7 – 250:3<br>250:17 – 254:15<br>250:17 – 255:2<br>255:10 – 264:12<br>264:14 – 265:11<br>265:13 – 270:23<br>271:2 – 272:11<br>272:13 – 273:4 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Heatley, Emma J | 273:6 – 10<br>273:13 – 17<br>273:19 – 274:7<br>274:9 – 279:5<br>279:7 – 283:6<br>283:13 – 23<br>284:5 – 285:13<br>285:15 – 286:7<br>286:12 – 19<br>286:21<br>287:2 – 8<br>287:10 – 19<br>287:23 – 288:9<br>288:11 – 13<br>288:23 – 289:18<br>289:21 – 290:6<br>290:8 – 291:11<br>291:21 – 292:25<br>293:6 – 24 | | |
| Dyson, James<br>11-08-2006 | 278: 1-25<br>279: 1-25<br>280: 1-25<br>281: 2; 4-25<br>282: 1; 4-25<br>283: 2-3; 6-25<br>284: 1-20; 23-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 285: 2-4; 6-11; 13-25 286: 1-6; 8-17; 19-25 287: 1-6; 25 288: 2-5; 7-25 289: 1-3; 7-19 290: 10-14; 17-25 291: 2-8; 12-22; 25 292: 1-19 293: 2-10: 13-25 294: 2-3 295: 9-15 297: 2-25 298: 1-25 299: 2-10; 13-18; 21-25 300: 1-25 301: 1-13; 15-25 302: 1-25 303: 1-25 304: 1-25 305: 1-15; 17; 19-25 306: 1-25 307: 2-3; 5-13; 19-25 308: 1-25 309: 1-25 310: 1-4 312: 3-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 313: 1-25 314: 2-7; 14-16; 22-25 315: 1-25 316: 1-8; 10-14; 22-25 317: 1-25 318: 4-25 319: 2-10; 22-25 320: 1-25 321: 1-25 322: 1-25 323: 2-7; 11-25 324: 1-25 325: 1-15; 18-25 326: 1-25 327: 1-25 328: 1-13; 16-24 329: 1-21; 24-25 330: 2-17; 12-15 331: 24-25 332: 1-4; 6-17; 25 333: 1-16; 18-20; 22-25 334: 2; 4-25 335: 2-25 336: 13-25 337: 1-19; 21-25 338: 1-8; 10-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 339: 2-3; 24-25 340: 1-24 341: 1-25 342: 2-3; 16-25 343: 1-25 344: 1-18; 20-25 345: 1-6; 8-25 346: 1-2; 4-18; 20-25 347: 1-20: 22-25 348: 1-15; 17-25 349: 1-25 350: 1-9; 11-22; 25 351: 1-16; 18-25 352: 1-9 353: 3-25 354: 1-5; 7-22; 24-25 355: 2-7; 10-18; 20-24 356: 9-16; 18-25 357: 3; 6-25 358: 1-5; 7-8; 25 359: 2-14; 16-25 360: 1-15; 17-25 361: 1-11; 13-17; 20-25 362: 2-10; 13-15 363: 2-25 364: 1-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 365: 1-25<br>366: 1-3; 6-25<br>367: 1-14; 16-21-23-25<br>368: 1-4; 7-25<br>369: 1-25<br>370: 3-18; 20-25<br>371: 1-25<br>372: 1-25<br>373: 1-9; 11-25<br>374: 1-25<br>375: 1-13; 21-25<br>376: 2-25<br>377: 1-25<br>378: 1-2; 4-6; 10; 17-25<br>379: 1-25<br>380: 1-20; 24-25<br>381: 2; 9-22; 25<br>382: 1-25<br>383: 2-7; 9-14; 16-25<br>384: 1-17; 19-25<br>385: 1-25<br>386: 3-10<br>388: 15-24<br>389: 9-15<br>390: 2-10; 13-17; 21-25<br>391: 1-22 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 393: 6-25<br>394: 1-25<br>395: 1-25<br>396: 1925<br>397: 2<br>400: 2-19; 22-25<br>401: 1-25<br>402: 1-25<br>403: 1-25<br>404: 1-25<br>405: 1-13; 15; 18-25<br>406: 5-21; 23-25<br>407: 2-24<br>408: 2; 9-11; 14-25<br>409: 1-21; 25<br>410: 1-4; 5-10; 13-25<br>411: 1-25<br>412: 1-17<br>413: 4-25<br>414: 1-25<br>415: 3-8; 16-25<br>416: 1-23<br>417: 2; 7-20; 22-25<br>418: 1-25<br>419: 1-15; 17-25<br>420: 1-11; 13-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 421: 1-25 <br> 422: 1-14; 17-25 <br> 423: 1-21 <br> 424: 5-22 <br> 425: 2-25 <br> 426: 1-25 <br> 427: 2-3; 24-25 <br> 428: 2-9; 13-14 <br> 429: 4-15; 18-25 <br> 430: 1-25 <br> 431: 1-23 <br> 432: 2-15; 20-25 <br> 433: 2-6; 10-11 <br> 434: 3-12; 16-25 <br> 435: 10-19; 22-25 <br> 436: 2-11; 16-22 <br> 437: 1-15; 18-25 <br> 438: 2-8; 16-25 <br> 439: 1-22 <br> 440: 12-25 <br> 441: 1-10; 19-25 <br> 442: 2-25 <br> 443: 2-4; 6-17; 19-25 <br> 444: 2-9; 11-25 <br> 445: 1-17; 19-25 <br> 446: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 447: 1-25<br>448: 1-25<br>449: 2-6; 14-22; 25<br>450: 1-25<br>451: 1-25<br>452: 1-13; 16-23<br>453: 1-12; 14-25<br>454: 1-24<br>455: 1-8; 11-25<br>456: 3; 10-25<br>457: 2-6; 18-25<br>458: 1-12; 14-25<br>459: 2-7; 19-25<br>460: 1-25<br>461: 1-25<br>462: 1-25<br>463: 1-16; 20-25<br>464: 1-11; 14-21: 24-25<br>465: 1-15: 17-19<br>466: 11-16; 19-25<br>467: 2-5; 8-16; 18-25<br>468: 1-19; 23-25<br>469: 1-7; 9-25<br>470: 1-19<br>471: 16-25<br>472: 2-12 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 473: 6-12; 14-16; 21-25 474: 1-25 475: 1-25 476: 1-25 477: 1-25 478: 1-5; 11-25 479: 2-11; 18-25 480: 2-6; 15-23 481: 2-21 482: 11-23 483: 1-17; 20-25 484: 2-4; 8-25 485: 2-6; 8-25 486: 1-15 487: 11-17; 22-25 488: 2-7; 18-25 489: 1-16; 20-25 490: 2-25 491: 1-25 492: 1-25 493: 2-9; 13-18 494: 3-25 495: 1-25 496: 1-20; 23-25 497: 2-8; 10-25 498: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 499: 1-25 500: 1-25 501: 1-25 502: 1-25 503: 1-25 504: 9-25 505: 1-13 506: 5-25 507: 2-7; 10-25 508: 1-25 509: 1-25 510: 10-25 511: 2-4; 8-16; 21-25 512: 2-3; 7-19 513: 7-25 514: 2-21 515: 6-25 516: 1-25 517: 1-15 518: 2-25 519: 1-25 520: 1-2; 11-25 521: 1-25 522: 2-9; 12-25 523: 2-3; 6-25 524: 1-25 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Dyson, James 11-08-2006 | 525: 2-10; 19-25<br>526: 1-4; 8-25<br>527: 1-25<br>528: 2-6<br>529: 2-25<br>530: 1-11<br>531: 19-20; 23<br>532: 10-25<br>533: 1-25<br>534: 1-25<br>535:10-23<br>536: 2-8; 10-13<br>537: 1-25<br>538: 1-25<br>539: 1-25<br>540: 1-25<br>541: 1-25<br>542: 1-20; 23-25 | | |
| Lundgren, Kim | 4:1-3<br>6:15 – 7:10<br>8:4-7<br>8:9-23<br>9:2-4<br>9:7-10<br>9:12-21<br>9:23-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 10: 1<br>10:3-6<br>10:11-14<br>10:18-24<br>11:3-8<br>11:10-20<br>11:22-24<br>12:1-2<br>12:4-7<br>12:10-15<br>12:17 - 13:1<br>13:3 - 14:19<br>14:13 - 15:4<br>15:9-18<br>15:20 - 16:1<br>16:4-13<br>16:15-18<br>16:22 - 17:12<br>17:14-17<br>17:19-24<br>18:1-14<br>18:17-19<br>18:21-24<br>19:4-7<br>19:11-13<br>19:16-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 20:3-4<br>20:6-7<br>20:14-22<br>21:1-3<br>21:6-10<br>21:14-21<br>21:24 - 22:7<br>22:10-12<br>22:16-19<br>22:23 - 23:12<br>23:14<br>24:11-14<br>24:17-19<br>23:21-23<br>25:3-11<br>25:13<br>25:15-18<br>25:20-23<br>26:2-3<br>26:5-10<br>26:12-18<br>26:20-22<br>26:24 - 27:4<br>27:8-14<br>27:17-20<br>28:4-9 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 28:12-16<br>28:18-22<br>28:24 - 29:8<br>29:11-14<br>29:16-19<br>29:21 - 30:11<br>30:19 - 31:9<br>31:17-19<br>31:21 - 32:10<br>33:13-17<br>33:19-23<br>34:1-3<br>34:20 - 35:15<br>35:17<br>35:21 - 36:3<br>36:18 - 37:19<br>38:12-16<br>39:7 – 40:10<br>40:13-21<br>40:23 – 41:14<br>41:16 – 42:3<br>42:6-14<br>42:16-21<br>42:23 – 43:8<br>43:11-18<br>43:20 – 44:3 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 44:5-14<br>44:17-20<br>44:22 – 45:7<br>45:12-17<br>45:19-23<br>46:3-13<br>46:16-23<br>47:2-7<br>47:9-16<br>47:18-20<br>47:22 – 48:14<br>48:18 – 49:13<br>49:15-19<br>49:21 – 50:13<br>50:15-20<br>50:23 – 51:2<br>51:4-10<br>51:14-24<br>52:2-3<br>52:5-16<br>52:20 – 53:2<br>53:6-17<br>53:20-23<br>54:1-17<br>54:20-24<br>55:3-6 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 55:10-13<br>55:15-19<br>55:21 – 56:1<br>56:4-7<br>56:10-13<br>57:4-16<br>57:20 – 58:7<br>58:17 – 59:14<br>59:16 – 60:14<br>60:17 – 61:3<br>61:9-17<br>61:20 – 62:2<br>62:4-15<br>62:22 – 63:15<br>63:17-23<br>64:1-8<br>64:10-16<br>64:18 – 65:1<br>65:3-9<br>65:11 – 66:9<br>66:12-19<br>66:22 – 67:4<br>67:6-15<br>67:18-21<br>68:3-14<br>68:16-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 69:4-16<br>69:19 – 70:5<br>70:8 – 71:8<br>71:11-21<br>71:24 – 72:8<br>72:11-14<br>73:1-17<br>73:19 – 74:22<br>74:24 – 75:14<br>76:1-14<br>76:16-19<br>76:21 – 77:4<br>77:6-11<br>77:14-22<br>77:24 – 78:6<br>78:9 – 79:4<br>79:6-17<br>79:19-23<br>80:1-9<br>80:16-23<br>81:1-3<br>81:6-15<br>81:18 – 83:5<br>83:7 – 84:1<br>84:3-18<br>84:20 – 85:1 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 85:3-10<br>85:14-18<br>85:21 – 86:6<br>86:8-15<br>86:18-24<br>87:2-6<br>87:8-11<br>87:13-15<br>87:17-20<br>88:5-12<br>88:18-24<br>89:2-20<br>89:22 – 90:17<br>90:20 – 92:1<br>92:3-14<br>92:16-24<br>93:2-5<br>93:8 – 94:9<br>94:12-15<br>94:18 – 95:7<br>95:11-24<br>96:2-5<br>96:8-20<br>96:22 – 97:19<br>97:22 – 99:19<br>99:21 - 100:6 | | |

## DYSON v. MAYTAG
### 05cv434
### EXHIBIT ___ TO PRE-TRIAL ORDER
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
### DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 100:9-17<br>100:20-24<br>101:6-7<br>101:9-15<br>101:17 – 102:2<br>102:4-13<br>102:15-24<br>103:2 – 104:7<br>104:10-16<br>104:18 – 105:3<br>105:6 – 106:2<br>106:5-10<br>106:14 – 107:1<br>107:4 – 109:6<br>109:12-13<br>109:15-20<br>109:23-24<br>110:2-10<br>110:13 – 111:13<br>111:15-21<br>111:23 – 112:11<br>112:15-16<br>112:18 – 113:8<br>113:12-18<br>113:21 – 114:20<br>114:22 – 115:10 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 115:13-20<br>115:23 - 116:7<br>116:11 – 117:5<br>117:7 – 118:2<br>118:5 – 119:2<br>119:10-16<br>119:20 - 120:2<br>120:5-8<br>120:10-11<br>120:14-24<br>121:3-9<br>121:12-18<br>121:22 – 122:11<br>122:14 – 123:1<br>123:6-16<br>123:19-21<br>123:23 – 124:10<br>124:13 – 125:19<br>125:21<br>126:3-15<br>127:2-9<br>127:22 - 128:6<br>128:10-21<br>128:24 – 129:5<br>129:9 – 130:13<br>130:16-18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 130:20 – 131:6<br>131:8-11<br>131:13-19<br>131:22 – 132:13<br>133:3-12<br>133:14-15<br>133:18-20<br>133:22 – 134:15<br>134:17-20<br>135:12-18<br>135:23 – 138:7<br>138:10 – 139:7<br>139:10-19<br>139:23 – 140:8<br>140:12 – 141:16<br>141:19 – 142:4<br>142:7 – 143:5<br>143:7-17<br>143:19 – 144:16<br>144:19-21<br>146:11-18<br>146:20 – 147:13<br>147:16 – 148:10<br>148:12:21<br>148:23 – 149:4<br>149:6-13 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 149:15<br>149:17 – 150:4<br>150:6-8<br>150:10-14<br>150:17-21<br>151:1-4<br>151:7-11<br>151:13-22<br>152:1-12<br>152:15-22<br>152:24 – 153:13<br>153:15-24<br>154:2-12<br>154:14-20<br>154:22 – 155:4<br>155:6-12<br>155:14-18<br>155:20 – 156:6<br>156:9 – 158:2<br>158:5-6<br>158:8 – 159:3<br>159:7-10<br>159:13-21<br>159:24 – 160:2<br>160:4-6<br>160:9-20 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 160:23 – 162:11<br>162:13 – 163:4<br>163:6-10<br>163:12-22<br>164:1-14<br>164:18 – 165:18<br>165:21 – 166:17<br>166:19 – 167:2<br>167:4-5<br>167:8-9<br>167:11-16<br>167:18 – 168:1<br>168:4 – 169:15<br>169:17 – 170:4<br>170:7-12<br>170:14-16<br>170:18 – 171:20<br>171:23 – 172:23<br>173:16-24<br>174:2-14<br>174:16-19<br>174:22-23<br>175:1-8<br>175:12<br>175:14-18<br>175:20 – 176:9 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 176:11-9<br>176:21 – 177:7<br>177:9-14<br>177:16 – 178:5<br>178:7-11<br>178:14-17<br>179:2-5<br>179:7-8<br>179:10-20<br>179:22 – 181:3<br>181:6 – 182:5<br>182:7-10<br>182:12-24<br>183:3-11<br>183:13-22<br>184:1-7<br>184:10 – 185:12<br>185:15 – 186:9<br>186:11 – 187:24<br>188:4 – 189:1<br>189:3-9<br>189:11-13<br>190:6:14<br>190:16-23<br>191:2-16<br>191:18-22 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 191:24 - 192:7<br>192:10-18<br>192:20 – 193:2<br>193:5-15<br>193:18 – 194:20<br>194:23 – 195:20<br>195:23 – 196:4<br>196:7-13<br>196:15 – 197:4<br>197:7-18<br>197:22 – 198:18<br>198:21 – 199:8<br>199:11-24<br>200:2-4<br>200:7-24<br>201:3-21<br>201:24 – 202:3<br>202:7-18<br>202:24 – 203:19<br>203:23 – 204:10<br>204:12 – 205:4<br>205:6-11<br>205:13-17<br>205:19 – 206:16<br>206:16 – 207:4<br>207:7-21 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 207:23-24<br>208:3-20<br>208:22 – 209:11<br>209:13-14<br>209:21 – 210:10<br>210:12 – 211:14<br>212:18 – 213:1<br>213:7-18<br>213:23 – 214:3<br>214:6-13<br>214:19 – 215:2<br>215:4-16<br>215:19 – 216:20<br>216:23 – 217:6<br>217:8-13<br>217:17-20<br>218:6-15<br>227:8 – 228:5<br>228:10-24<br>229:6-12<br>229:14 – 230:6<br>230:12 – 231:6<br>231:9-24<br>232:2-14<br>232:17-234:4<br>234:6-24 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 235:3 – 236:15<br>236:17 – 237:23<br>238:1-4<br>238:7-17<br>239:13-15<br>239:18-19<br>239:21 – 240:7<br>240:10-15<br>240:18 – 241:-6<br>241:8-10<br>241:12 – 242:5<br>242:10-24<br>243:2-14<br>243:18-22<br>243:24 – 245:6<br>245:10-18<br>245:20 – 246:4<br>246:6-10<br>246:12-23<br>247:1-14<br>247:16-22<br>247:24 – 249:9<br>249:12-15<br>249:19 – 250:3<br>250:5-23<br>251:1-4 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Lundgren, Kim | 251:6 – 252:7<br>252:10-13<br>252:15-18<br>252:20-24<br>255:16 – 256:2<br>256:6-8<br>256:17 – 257:16<br>257:21 – 258:1<br>258:6-8<br>258:10 – 259:7<br>259:9-14<br>259:17-23<br>260:1-2<br>260:5-19<br>260:23 – 261:2<br>261:5-10<br>261:15 – 262:14<br>262:16 – 263:11<br>263:14-18<br>263:20 – 264:1<br>264:5 – 265:2<br>265:4 | | |
| Perrin, Chris | 6:1 – 10:24<br>11:1 – 14:1<br>14:3-19<br>14:22-15:5 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 15:7-19:6<br>19:8-23:11<br>23:13-27:6<br>27:8-20<br>27:23-30:5<br>30:7-17<br>30:19-20<br>30:22<br>30:25<br>31:2-3<br>31:5-8<br>31:10-11<br>31:13-20<br>31:20<br>31:22-24<br>32:1-2<br>32:4-6<br>32:12-34:23<br>34:25<br>35:2-5<br>35:7-8<br>35:10-15<br>35:17<br>35:19<br>35:21-36:5<br>36:7-18 | | |

## DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 36:21-25<br>37:2-19<br>37:21-38:7<br>38:9-24<br>39:1-9<br>39:11-40:1<br>40:4-41:4<br>41:6-42:8<br>42:10-22<br>42:24-25<br>43:2<br>43:4-21<br>44:8-9<br>46:1-10<br>46:13-47:4<br>47:6-12<br>47:15-16<br>47:18-22<br>47:24-48:6<br>48:9-14<br>48:16-25<br>49:3-4<br>49:6-23<br>50:1-11<br>50:13-18<br>50:20-51:8 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 51:10-22<br>52:2-53:2<br>53:9-13<br>53:24-54:10<br>54:13<br>54:15-22<br>54:25-55:3<br>55:5-56:6<br>56:9-15<br>56:17-57:4<br>57:6<br>57:8-9<br>57:11-22<br>57:25-58:7<br>58:10-15<br>58:19-59:11<br>59:13-14<br>59:16-17<br>59:19-60:4<br>60:6-13<br>60:15-17<br>60:19-21<br>60:23-25<br>61:2-6<br>61:8-10<br>61:12-13 | | |

## DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 61:15-20<br>61:22-24<br>62:1-2<br>62:4-8<br>62:15-17<br>62:21-63:1<br>63:3-4<br>63:6-12<br>63:14-15<br>63:17<br>63:19-24<br>64:1<br>64:3-4<br>64:6-16<br>64:18-22<br>65:1-6<br>65:8-20<br>66:6-68:17<br>68:19-69:23<br>70:1-7<br>70:22-71:3<br>71:5-10<br>71:12-14<br>71:16-18<br>71:23-72:7<br>72:13-73:1 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 73:8-24<br>74:1<br>74:20-75:9<br>75:11-77:25<br>78:2-80:17<br>80:19-82:4<br>82:9-83:19<br>83:22-85:7<br>85:9-87:3<br>87:5-6<br>87:8-10<br>87:12-88:2<br>88:4-12<br>88:17-92:1<br>92:3-18<br>92:23-93:6<br>93:9-94:3<br>94:5-94:14<br>94:16-25<br>96:23-25<br>99:19-100-6<br>100:23-101:18<br>101:21-102:13<br>102:24-106:2<br>106:4-22<br>106:24-108:3 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 108:5-11<br>108:13-14<br>108:16:109:6<br>109:10-110:5<br>110:7<br>110:17-111:1<br>111:3-4<br>111:6-9<br>111:13-17<br>111:19-20<br>111:23-24<br>112:1-2<br>112:4-18<br>112:21-113:4<br>113:20-25<br>114:5-6<br>114:8-9<br>114:12-15<br>114:17-21<br>114:23-116:25<br>117:18-119:1<br>119:7-8<br>119:10-12<br>119:13-15<br>119:17-19<br>119:21-120:1 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 120:3-6<br>120:8-9<br>120:11-15<br>120:17-121:15<br>121:17-123:6<br>123:11-124:4<br>124:6-13<br>124:15-125:8<br>125:10-16<br>125:19-126:8<br>126:10-127:1<br>127:3-128:16<br>128:20-129:19<br>129:21-23<br>129:25-130:1<br>130:3-4<br>130:6-132:1<br>132:3-6<br>132:8-133:6<br>133:8-16<br>133:18-24<br>134:11-23<br>135:7-22<br>135:24-136:7<br>136:9-16<br>136:18-23 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 136:25<br>137:2-3<br>137:6-12<br>137:21-138:4<br>138:6<br>138:8-13<br>138:22-24<br>139:1-6<br>139:8-10<br>139:12-15<br>139:17-24<br>140:7-10<br>140:12-20<br>140:22-141:25<br>143:1-17<br>143:22-144:1<br>144:3-6<br>144:8-14<br>144:16-145:14<br>145:16-21<br>145:23-146:11<br>146:13-16<br>146:19<br>146:21-23<br>147:5-10<br>147:12-13 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 147:21-148:3<br>150:11-151:14<br>151:19-23<br>151:25-152:8<br>152:10-13<br>152:15-16<br>152:18-21<br>152:23-153:3<br>153:7-8<br>153:10-12<br>153:14-23<br>153:25<br>154:2-14<br>154:16-17<br>154:22-23<br>155:7-156:11<br>156:13-157:2<br>157:17-158:23<br>158:25-160:3<br>160:5-12<br>160:25-161:20<br>161:22-25<br>162:2-6<br>162:8-11<br>163:5-9<br>163:22-165:14 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 165:15-17<br>165:19-166:1<br>166:3<br>166:5-167:6<br>167:8-10<br>167:12-19<br>167:22-168:15<br>168:17-25<br>169:2-11<br>169:12-13<br>169:16-19<br>169:21-171:2<br>171:4-172:4<br>172:6-20<br>172:22<br>172:24-173:19<br>173:21-174:2<br>174:4-175:12<br>175:14-19<br>175:21-176:2<br>176:4-10<br>176:12-15<br>176:17-22<br>176:24-177:6<br>177:8-10<br>177:12-14 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 177:21-180:22<br>180:24-25<br>181:10-20<br>181:24-25<br>182:2-9<br>182:18-19<br>182:21-183:3<br>183:6-11<br>183:13<br>183:16-20<br>183:22-24<br>184:1-3<br>184:7-185:5<br>185:7-9<br>185:11-14<br>185:16-25<br>186:2-11<br>186:13-14<br>186:16-187:5<br>187:7-22<br>187:24-188:2<br>188:5<br>188:7-12<br>188:14-17<br>188:19-20<br>188:22-189:4 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 189:6-19<br>189:21-190:4<br>190:8-191:2<br>191:4-5<br>191:7-9<br>191:11-16<br>191:18-192:2<br>192:4-8<br>192:14-15<br>192:17-23<br>193:2-6<br>193:14-17<br>193:19-194:2<br>194L4-195:2<br>195:4-12<br>195:14-19<br>195:22-24<br>196:1-5<br>196:7-13<br>196:16-25<br>197:4-13<br>197:15-198:4<br>198:6-15<br>198:17-199:3<br>199:5-11<br>199:13-18 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 199:20-200:2<br>200:5-10<br>200:12-14<br>200:16-18<br>200:20-201:16<br>201:18-202:11<br>202:17-23<br>202:25-203:9<br>203:12-14<br>203:16-22<br>203:24-204:4<br>204:6-9<br>204:11-14<br>204:16-24<br>205:10-18<br>205:20-21<br>206:13-14<br>206:23-207:19<br>207:22-208:4<br>208:6-18<br>208:20-25<br>209:2-4<br>209:6-16<br>209:18-24<br>210:3-10<br>210:18-211:3 | | |

# DYSON v. MAYTAG
## 05cv434
## EXHIBIT ___ TO PRE-TRIAL ORDER
## DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
## DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Perrin, Chris | 211:5-15<br>211:17-212:2<br>212:10-213:10<br>213:12-25<br>214:2-6<br>214:8-13<br>214:15<br>214:17-20<br>214:22-25<br>215:4-6<br>215:8<br>215:11-216:3<br>216:16-217:11<br>217:18-218:2 | | |
| Kellam, Doug | 4:5 - 6<br>4:18 - 24<br>5:17 – 6:22<br>7:4 – 14:24<br>15:5<br>15:14 – 17:16<br>17:19 – 21:13<br>21:18<br>21:20 – 24:7<br>24:9 – 25:8<br>25:16 – 20<br>25:22 – 23 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Kellam, Doug | 26:1 – 27:7<br>27:9 – 31:4<br>31:10 – 20<br>31:22 – 33:8<br>33:10 – 34:3<br>34:7 – 13<br>34:15 – 35:5<br>35:11 – 36:10<br>36:15 – 37:22<br>38:1 – 40:8<br>40:10 – 42:1<br>42:16 – 43:16<br>43:21 – 46:19<br>46:24 – 47:8<br>47:19 – 48:12<br>48:14 – 51:18<br>52:4 – 54:8<br>54:11 – 58:9<br>58:11 – 62:9<br>62:11<br>62:13 – 68:1<br>68:3 – 69:3<br>70:1 – 71:10<br>71:13 – 19<br>71:21 – 73:12<br>73:14 – 74:6 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Kellam, Doug | 74:15 – 75:11<br>75:13 – 22<br>75:24 – 76:11<br>76:13 – 77:11<br>77:17 – 79:4<br>79:6 – 11<br>79:13 – 80:1<br>80:3 – 9<br>80:11 – 81:23<br>82:1 – 24<br>83:2 – 85:8<br>85:10 – 23<br>86:1 – 13<br>86:15 – 87:14<br>88:15 – 93:22<br>93:24 – 95:9<br>95:21 – 99:10<br>99:12 – 106:1<br>106:3 – 107:1<br>107:3 – 110:20<br>110:22 – 112:3<br>112:5 – 113:6<br>113:8 – 18<br>113:20<br>113:22 – 23<br>114:1 – 120:22 | | |

**DYSON v. MAYTAG**
**05cv434**
**EXHIBIT ___ TO PRE-TRIAL ORDER**
**DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s**
**DEPOSITION DESIGNATIONS**

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Kellam, Doug | 120:24 – 129:7<br>129:9 – 130:16<br>131:6 – 139:15<br>139:17 – 142:22<br>142:24 – 143:1<br>143:3 – 147:20<br>147:22 – 154:11<br>154:13 – 155:6<br>155:8 – 162:10<br>162:12 – 167:19<br>167:21 – 169:5<br>169:7 – 170:6<br>170:8<br>170:10 – 13<br>171:1 – 172:13<br>172:19 – 177:18<br>177:20 – 178:4<br>178:6 – 179:9<br>179:11<br>179:13 – 180:24<br>181:2 – 13<br>181:15 – 183:10<br>183:12 – 200:21<br>200:23 – 201:11<br>201:13 – 17<br>201:19 – 202:17 | | |

## DYSON v. MAYTAG
### 05cv434
### EXHIBIT ___ TO PRE-TRIAL ORDER
### DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC.'s
### DEPOSITION DESIGNATIONS

| WITNESS NAME | DEFENDANT/COUNTERCLAIM PLAINTIFF HOOVER INC'S DEPOSITION DESIGNATIONS | PLAINTIFF'S OBJECTION | PLAINTIFF'S COUNTER DESIGNATIONS |
|---|---|---|---|
| Kellam, Doug | 202:19 – 203:5<br>203:7 – 20<br>203:22 – 205:16 | | |