**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br>　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-434 GMS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT HOOVER, INC.'S MOTION *IN LIMINE* TO BAR EVIDENCE
RELATING TO DYSON'S EXPERT LAURA STAMM'S LEGAL CONCLUSIONS
AND REFERENCES TO TRANSFER PRICING**

NOW COMES Defendant/Counterclaim Plaintiff Hoover, Inc.[1] ("Hoover"), through its undersigned counsel, and respectfully moves this Court for an order excluding any evidence relating to the legal assertions and results thereof of Dyson's expert witness Laura Stamm, and any evidence, offered by Ms. Stamm or anyone else from Dyson, regarding transfer pricing arrangements.

In support of this motion, Hoover respectfully refers the Court to Hoover's memorandum of Law in Support of Motion *in Limine* to Bar Evidence Relating to Dyson's Expert's Legal Conclusions, and References to Transfer Pricing, the supporting affidavit of Chris Stathopoulos and attached exhibits, the paper and records on file in this action, and any evidence and argument that may be heard on this motion. A form of Order implementing the relief sought by this Motion is attached hereto.

---

[1] Subsequent to the filing of the complaint and counterclaims in this case, substantially all of the assets and liabilities of The Hoover Company, which was operated as a division of The Maytag Corporation at the time of suit, were sold to a newly formed corporation called "Hoover, Inc." and to entities owned by Hoover, Inc., including Hoover General LLC, Hoover Limited LLC and Hoover Partnership L.P. On March 13, 2007, Hoover filed a motion seeking leave to join these additional entities to whom its interest in the floor care business (along with the interest of its subsidiaries) was transferred, effective January 31, 2007.

Dated: April 16, 2007

Respectfully submitted,

HOOVER, INC.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED** | ) |
| **and DYSON, INC.,** | ) |
| Plaintiffs, | ) |
| v. | ) **Civil Action No. 05-434 GMS** |
| | ) |
| **MAYTAG CORPORATION,** | ) |
| Defendant. | ) |
| | ) |

### ORDER

WHEREFORE, having considered Hoover Inc.'s Motion *in Limine* to Bar Evidence

Relating to Dyson's Expert's Legal Conclusions, and References to Transfer Pricing:

IT IS SO ORDERED this _____ day of _____, 2007, that any evidence

relating to the legal assertions and results thereof of Dyson's expert witness Laura Stamm, and

any evidence, offered by Ms. Stamm or anyone else from Dyson, regarding transfer pricing

arrangements, are excluded.


_____

United States District Judge

3

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on April 16, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Keith McKenna
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)