IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br> Defendant. | ) ) ) ) ) Civil Action No. 05-434 GMS ) ) ) ) ) |

## DEFENDANT HOOVER, INC.'S MOTION *IN LIMINE* TO BAR EVIDENCE RELATING TO HOOVER ADVERTISING AND SUBSTANTIAITON

NOW COMES Defendant/Counterclaim Plaintiff Hoover, Inc.[1] ("Hoover"), through its undersigned counsel, and respectfully moves this Court for an order precluding all reference to, and all evidence of, any advertising by Hoover (or its predecessors), any evidence relating to substantiation of advertising claims made by Hoover.

In support of this motion, Hoover respectfully refers the Court to Hoover's memorandum of Law in Support of Motion *in Limine* to Exclude Evidence Relating to Hoover Advertising and Substantiation, the supporting affidavit of Chris Stathopoulos and attached exhibits, the paper and records on file in this action, and any evidence and argument that may be heard on this motion. A form of Order implementing the relief sought by this motion is attached hereto.

---

[1] Subsequent to the filing of the complaint and counterclaims in this case, substantially all of the assets and liabilities of The Hoover Company, which was operated as a division of The Maytag Corporation at the time of suit, were sold to a newly formed corporation called "Hoover, Inc." and to entities owned by Hoover, Inc., including Hoover General LLC, Hoover Limited LLC and Hoover Partnership L.P. On March 13, 2007, Hoover filed a motion seeking leave to join these additional entities to whom its interest in the floor care business (along with the interest of its subsidiaries) was transferred, effective January 31, 2007.

Dated: April 16, 2007                    Respectfully submitted,

                                         HOOVER, INC.

                                         /s/ Francis DiGiovanni
                                         Francis DiGiovanni (#3189)
                                         James Heisman (#2746)
                                         Connolly Bove Lodge & Hutz LLP
                                         The Nemours Building
                                         1007 N. Orange Street
                                         Wilmington, DE 19899
                                         Phone (302) 658-9141
                                         Fax (302) 658-5614

                                         Kimball R. Anderson
                                         Stephen P. Durchslag
                                         Winston & Strawn LLP
                                         35 West Wacker Drive
                                         Chicago, IL 60601
                                         Phone (312) 558-5600
                                         Fax (312) 558-5700

                                         Ray L. Weber
                                         Laura J. Gentilcore
                                         Renner, Kenner, Greive, Bobak,
                                         Taylor & Weber
                                         400 First National Tower
                                         Akron, OH 44308
                                         Phone (330) 376-1242
                                         Fax (330) 376-9646

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br> Plaintiffs, <br> v. <br><br> MAYTAG CORPORATION, <br> Defendant. | ) ) ) ) ) Civil Action No. 05-434 GMS ) ) ) ) |

## ORDER

WHEREFORE, having considered Hoover Inc.'s Motion *in Limine* to Exclude Evidence Relating to Hoover Advertising and Substantiation:

IT IS SO ORDERED this _____ day of _____, 2007, that the following is precluded: all reference to, and all evidence of, any advertising by Hoover (or its predecessors), any evidence relating to the substantiation of advertising claims made by Hoover.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on April 16, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

>Garrard R. Beeney
>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004

>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)