# TABS A-C

## REDACTED IN THEIR ENTIRETY

# TAB D

**Director, Transfer Pricing**

**Job Description**

Apply Online

**Description**
**THE CAREER OPPORTUNITY YOU'VE BEEN LOOKING FOR:**
Whirlpool Corporation is the world's leading manufacturer and marketer of major home appliances and consumer solutions, boasting a global market share some 40 percent larger than its largest competitor.  The company holds the leading market share in North America and Latin America.  Whirlpool is third in Europe but with the leading single brand in the Whirlpool brand itself.  It also has the top position among Western companies doing business in Asia today.

Whirlpool is organized around a global business structure and platform.  As a result of this global platform, the company is leveraging activities, practices and business processes on a worldwide basis to deliver a competitive advantage to each of the company's global businesses.  Major business processes, from product development, procurement and supply chain management, to managing information system technologies and harnessing the power of the Internet to drive efficiencies in revenues, are all globally leveraged within the corporation.  Furthermore, all major new product introductions are delivered by a global organization that serves each of the regional businesses.  This has allowed Whirlpool to come to market faster, at a lower cost, with more innovation and more consumer focused value than ever before.

Central to the company's growth strategy is driving unmatched levels of consumer loyalty, enabled by innovation and leveraged by a portfolio of 12 major brands worldwide, including: Whirlpool, KitchenAid, Roper, Brastemp, Bauknecht, Consul and others.  The company has 50 manufacturing and technology centers around the globe, and markets its brands in more than 170 countries.

**BRIEF OVERVIEW:**
This position is being created to provide strategic / tactical thought leadership to primary business and tax leadership on all areas that are impacted by Whirlpool's transfer pricing practices, policies, and procedures.

**Qualifications**
**IN THIS POSITION YOU'LL HAVE THE OPPORTUNITY TO:**
The mandate for this position is to drive change within Whirlpool Corporation to help build a successful, world-class tax organization. As with all Tax Directors at Whirlpool Corporation, this individual must be viewed as a respected business partner capable of delivering thoughtful, proactive advice to the senior leadership team and to business leaders around the world.

Key priorities and challenges include the following:

• Function as a business and tax leader for all transfer pricing projects, policies, and procedures within Whirlpool Corporation. This includes, but is not limited to, managing all transfer pricing documentation both in the US and overseas, and helping manage related tax audits and controversy as appropriate.

• Analyze current and future transfer pricing strategies to help mitigate risk, optimize efficiency, and facilitate future business operations, mergers, acquisitions, and the like. Provide timely and accurate tax advice to support business units and facilitate sound financial planning.  Develop and maintain robust accounting controls as they relate to transfer pricing.

• Establish productive and value-adding relationships with tax advisors, outside vendors of tax-related services, the Internal Revenue Service and other taxing authorities.  Ensure that the company is always receiving the highest quality tax counsel and service, and is always conducting itself with integrity and professionalism.

• Working with the VP and other Tax Directors, assist in developing and implementing a global tax strategy that maximizes consolidated Whirlpool financial results and supports our business unit objectives.  This will include creative tax planning and tax structuring for Whirlpool's global legal entities.

http://fetchster.com/redir.php?hash=da771320f9bea6b2c595397b586a89e0q

**WHAT YOU NEED TO SUCCEED IN THIS POSITION:**
This individual should be a person of unquestionable integrity and a team player who has shown the ability and track record of winning the confidence and trust of colleagues and the respect of the broader business community. This person should be a passionate, visionary leader capable of driving change and discipline throughout the organization - with the ability to serve as a business partner to the various division leaders, as well as the rest of senior management.

A deep technical background in transfer pricing is absolutely required to be successful in this role. Equally important to your success, however, is the ability to work well with people at all levels of our organization; excellent communication skills, a working knowledge of GAAP and SAP; the ability to manage multiple projects; and a sincere drive to create change.

The most highly sought after candidates will be broad-based financial professionals with strong academic credentials and at least 4 years of transfer pricing experience in public accounting or industry. Required education includes a Bachelor's degree with an emphasis in Accounting, Finance, or Economics, and a preference for candidates with a CPA and/or MBA.

**WHIRLPOOL LEADERSHIP REQUIREMENTS AND QUALIFICATIONS:**
Whirlpool prides itself on hiring great talent with the necessary leadership requirement and qualifications to achieve greatness. In this position, we are looking for a leader that possesses strong character and integrity, as well as confidence in their actions and decisions that will ultimately drive vital business decisions. The leader must have the ability to communicate strategies and solutions to colleagues and customers to achieve financial goals. With these attributes and practices, we believe that the leader will successfully provide extraordinary results and consistently drive change that will be key factors in Whirlpool's future successes.

**Profile**
| | |
|---|---|
| **Job Field** | Tax |
| **Locations** | US-MI-Benton Harbor/St. Joseph |
| **Organization** | Global Finance |

**Additional Information**
**Posting Date** 10/31/2006, 10:52 AM, Montreal, New York, Washington D.C. - (UTC -5:00)

**Is Relocation Provided?** Yes

 Do you know someone who would be great at this job?

Send This Job To A Friend

 Return to the job list

Apply Online

 Powered by Taleo

http://fetchster.com/redir.php?hash=da771320f9bea6b2c595397b586a89e0q

# TAB E



**EHRCWEB.ORG/JOBS find a better job**

Home | Links | Contact Us | Press | Post a job | Bookm

Search jobs: [                    ] [Search]

· **Ads by Google**   Finance Job Description   Accounting Employment   Accounting Degree Job   Accountir

**Home** ∷ **Accounting & Finance** ∷ Director-Of-Taxes

 **Sr Fin Sys Analyst**
FedEx Services coordinates sales, marketing and technology support for the global FedEx brand, ...

# Director Of Taxes

**Details**

**Country:** USA
**Location:** SC Anderson
**Total applied:** 40
Job ID FIN0806KF
Position Type Full-Time Employee
Company Name Techtronic Industries North America, Inc.
Location Anderson, SC
Salary Unspecified
Experience 5-10 Years Experience
Desired Education Level Bachelor of Science

 **Tax Manager (DN)**
Position Type: Full Time Local CPA firm is looking to hire a seasoned Tax Manager. Candidates ...

## Director Of Taxes

**Staff Accountant Jobs**
Find a Staff Accountant Job Today Search Accounting Jobs and Apply
www.iHireAccounting.com

**Clerk job**
Find Part-Time & Full-Time Hourly Jobs at Top Companies Near You
www.SnagAJob.com

**Jobs in Accounting**
Search 1000's of Accounting Jobs- Post a Resume & Get Career Advice
careers.msn.com

**Accounting & Finance Jobs**
Entry-level to Executive Contract and Permanent Positions
www.HarveyNash.com

Ads by Google

Senior tax position

Company Information
Techtronic Industries North Am sales and distribution company portable electric power tools ar garden equipment; an equal er opportunity employer.

Job Description
This senior tax position for the American operations will be res providing senior management and timely tax information that incorporated into the Company decision making process.

 **Medical Collections Specialist - Medicare**
Position Type: Temporary Nashville based diaylsis company is needing a Medicare collections ...

**Regional Controller**
Job Title: Regional Controller Company: LabCorp Location: Knoxville,TN Status: Full Time, E...

Primary Responsibilities

Researching, planning and implementing income and operating tax strategies to minimize Company's overall tax liability and reduce its audit exposures

Establish transfer pricing methodologies and protocols for all US subsidiaries

Direct the accurate and timely preparation of transfer pricing studies to ensure complianc foreign tax law requirements.

Ensure proper application of GAAP tax accounting procedures

Establish income tax compliance and income tax accounting procedures

Establish internal controls and documentation for the income tax function

**Purchasing/Inventory Control Clerk**
Position Type: Full Time Will maintain Bill of Materials on all parts, generation of monthly ...

| | |
|---|---|
|  **Internal Auditor (DN)**<br>Position Type: Full Time<br>Large, publicly traded financial services firm has an immediate need for ... | Responsible for directing and managing third party tax advisors.<br><br>Job Qualifications<br><br>Bachelor's Degree in Accounting, Finance, or Business Administration<br><br>Minimum 7 years work experience with public accounting firm or corporate tax departmer<br><br>General knowledge of FAS 109, US income tax code, state income tax laws, transfer pric regulations, income tax audits and reviews.<br><br>Knowledge of business software applications, such as MS Office, SAP or Oracle based g accounting programs.<br><br>- **Apply for Director Of Taxes** |

 **Corporate Staff Accountant (bonus Eligible)**
Position Type: Full Time
Prominent Nashville corporation needs a corporate staff accountant. Must ...

Your email: [            ]　　[ Notify me when this job is upd ]

Friend email: [            ]　　[ Send this page to a friend ]

 **Compliance Officer (JCD)**
Position Type: Full Time
Large financial services institution with offices located in East Memphis ...

### Related jobs

Secondary Market Processor
Secondary Market Processor We are recruiting for a Scondary Market Processor on a basis. Will be receiving closing packets and make sure all documents have ...

Project Specialist -Service Engineering Paper
The Citi brand is recognized as the prominent financial-services company in the world. the largest issuer of credit cards in the United States and the most ...

Retirement Plans Coordinator
Retirement Plans Coordinator Our client has a Full Time, permanent opening as Retire Coordinator. Individual will ensure accurate and timely processing of ...

**Buyer**
Position Type: Temporary to Full Time A local manufacturer is seeking a purchasing associate to ...

Audit Manager
Position Description: Eide Bailly LLP, a progressive top 25 regional consulting and cert accounting firm is seeking an audit manager for its Aberdeen, SD, ...

Senior MIS Analyst - Ops Risk Compliance And Control
The Citi brand is recognized as the prominent financial-services company in the world. the largest issuer of credit cards in the United States and the most ...

Controller - Construction
Award winning Residential/Commercial construction seeks Controller. An award winnir residential and commercial construction companyin Sioux Falls seeks to add a ...

**Entry Level Staff Accountant**
Position Type: Full Time
EXCLUSIVE ROBERT HALF OPPORTUNITY. Growing retail-based company is ...

Analyst - Capacity Planning Paper
The Citi brand is recognized as the prominent financial-services company in the world. the largest issuer of credit cards in the United States and the most ...

Mortgage Office Manager
Position Type: Full Time Growing regional Mortgage Company seeks experienced Offi Strong background in consumer credit and loan processing and demonstrated ...

Public Accounting Audit Manager
Position Type: Full Time Rapidly expanding regional accounting firm has a terrific oppo experienced audit manager. This firm is gaining additional ...

Contract Manager Food & Beverage Sourcing
About Us Harrah's Entertainment means winning. And it's our employees who make th experience possible for our guests. So it's only natural that we would ...

### Related press releases

#### Courageous reform
There can be little doubt we are making progress when it comes to improving further ec
More young people and adults than ever are gaining good qualifications ever...

#### Half of MG Rover workers want to return
Almost a year after the collapse of MG Rover, many former workers are paid less and v
worked for the firm, according to a report released today. Of the nea...

#### Making ends meet
Earning some dosh to get through uni might seem unavoidable, but don't lose sight of tl
you are there: to get a degree. Earning shouldn't mean missing vital lectu...

#### Young, successful, well paid: are they killing feminism?
Chiara Cargnel wants to have it all: a high-flying career and a successful marriage. So 1
halfway there. At 26, she is an investment banker in London working ove...

#### The earth man cometh
I am merely the conduit,' says Patrick Holden, director of the Soil Association, when I a:
sum up his achievement after 10 years in the job. 'The great thinkers, ...

#### Battle at the coalface
In his television review Rupert Smith described the NUM miners leader Arthur Scargill a
little man who needed to be trodden on" (G2, March 23). I suppose he w...

#### Hutton eases small firms' pension fears
The government will not force employers to contribute to workers' pensions without mal
minimise the impact on firms, the work and pensions secretary, John H...

#### NHS hospital redundancies gather pace
A wave of redundancies across the NHS in England gathered force yesterday when a L
teaching hospital announced that nearly 500 posts will be axed in an attempt to di...

#### Union warning over 'raw' stalls handlers
The Transport and General Workers Union (T&G) yesterday launched a fierce attack or
standard of the stalls handlers likely to be working at British racecourse...

#### Minimum wage to rise to £5.35
The minimum wage will rise by 6% in October to £5.35, the government confirmed yest
cautioned that the days of big, inflation-beating rises may be over...

0.244

Archive: All jobs - Links

Copyright (c)2006 Ehrcweb.org/jobs - All rights reserved

# TAB F

# REDACTED IN ITS ENTIRETY

# TAB G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED, and )
DYSON, INC., )
                                          Plaintiffs, )
v.                                        )   Civil Action No. 05-434 GMS
)
MAYTAG CORPORATION, )
)
                                          Defendant. )

## DEFENDANT / COUNTERCLAM PLAINTIFF HOOVER, INC.'S PROPOSED VERDICT FORM AND SPECIAL INTERROGATORY

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL  60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242
Fax (330) 376-9646

Francis DiGiovanni
James D. Heisman
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141
Fax (302) 658-5614

# VERDICT FORM

WE THE JURY, in the above-titled action, find the following special verdict on the following questions submitted to us:

**Count I – False Advertising Under The Lanham Act**

Choose Alternative A or Alternative B.

<u>Alternative A</u> – On Hoover's False Advertising Claim under the Lanham Act, we the jury find in favor of Hoover and we award the following damages:

| | |
|---|---|
| Dyson's Profits Obtained From False Advertising | $_____ |
| Hoover's Past Profits Lost Because of False Advertising | $_____ |
| Hoover's Future Profits Lost Because of False Advertising | $_____ |
| Corrective Advertising Required | $_____ |

We the jury also DO / DO NOT (select one) find that this case is exceptional pursuant to the Court's instructions.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

1

Case 1:05-cv-00434-GMS   Document 328-2   Filed 04/22/2007   Page 13 of 20

Alternative B -- On Hoover's False Advertising Claim under the Lanham Act, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

2

## Count II – Deceptive Trade Practices Under Delaware Law

      Choose Alternative A or Alternative B.

<u>Alternative A</u> – On Hoover's deceptive trade practices claim under Delaware law, we the jury find in favor of Hoover and we award the following damages:

      Hoover's Past Profits Lost Because of False Advertising    $_____
      Hoover's Future Profits Lost Because of False Advertising  $_____
      Corrective Advertising Required                                $_____

      We the jury also DO / DO NOT (select one) find that Dyson's conduct was willful pursuant to the Court's instructions.

                                                                 _____
                                                                  Foreperson

                                                                _____
                                                                juror

                                                                _____
                                                                juror

                                                                _____
                                                                juror

                                                                _____
                                                                juror

                                                                _____
                                                                juror

Alternative B -- On Hoover's claim for deceptive trade practices under Delaware law, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

**Count III – Unfair Competition Under Delaware Law**

       Choose Alternative A or Alternative B.

Alternative A – On Hoover's claim for unfair competition under Delaware law, we the jury find in favor of Hoover and we award the following damages:

       Hoover's Past Profits Lost Because of False Advertising    $_____
       Hoover's Future Profits Lost Because of False Advertising  $_____
       Corrective Advertising Required                               $_____

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

Alternative B -- On Hoover's claim for unfair competition under Delaware law, we the jury find in favor of Dyson and we award no damages.

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

Case 1:05-cv-00434-GMS   Document 328-2   Filed 04/23/2007   Page 7 of 20

**SPECIAL INTERROGATORY PURSUANT TO F.R.C.P. 39(c)**

For purposes of assisting the Court with respect to the scope of any injunction to be entered in this case, we the jury advise the Court that we find (by checking "yes" below) the following categories of advertising claims to be false and misleading:

|  | Yes | No |
|---|---|---|
| A. Dyson Vacuum Cleaners Never Lose Suction | ____ | ____ |
| B. Dyson Vacuum Cleaners Have Superior Suction Power | ____ | ____ |
| C. Dyson Vacuum Cleaners Do Not Rely On Filters | ____ | ____ |
| D. Dyson Vacuum Cleaners Do Not Clog | ____ | ____ |
| E. Dyson Vacuum Cleaners Pick Up More Dirt and/or Clean Better Than Other Vacuums | ____ | ____ |
| F. Other Vacuum Cleaners Do Not Work Properly | ____ | ____ |
| G. Dyson Vacuum Cleaners Are Approved For Allergy Sufferers and/or Are Hygienic | ____ | ____ |
| H. Dyson Vacuum Cleaners Generate Forces That Are 100,000 Times the Force of Gravity | ____ | ____ |
| I. Dyson Vacuum Cleaners Are Made of Liquid Steel | ____ | ____ |
| J. James Dyson Invented the Integral Hose and/or Cyclonic Technology | ____ | ____ |

7

_____
Foreperson

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

_____
juror

8

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> C. Barr Flinn
> John W. Shaw
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801

I further certify that on April 2, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail and first class mail on the following counsel of record:

> Garrard R. Beeney
> Richard C. Pepperman, II
> James T. Williams
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, NY 10004
>
> Steven F. Reich
> Jeffrey S. Edelstein
> Manatt, Phelps & Phillips, LLP
> 7 Times Square
> New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)