UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br><br>                  Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-434 GMS<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF CHRIS STATHOPOULOS IN SUPPORT OF DEFENDANT HOOVER, INC.'S RESPONSE TO PLAINTIFFS' MOTION IN LIMINE NO. 4 TO EXCLUDE WRITTEN OPINION BY THE NATIONAL ADVERTISING DIVISION**

I, CHRIS STATHOPOULOS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Response to Plaintiffs Motion *in Limine* 4 to Exclude Written Opinion by the National Advertising Division.

2. Attached hereto as Exhibit A is a true and correct copy of the referenced pages of Dyson's July 22, 2005 submission letter to the National Advertising Division.

FURTHER AFFIANT SAYETH NAUGHT

                                                                  _____
                                                                   Chris Stathopoulos

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 23rd day of April 2007

                                                                   _____
SEAL                                                Notary Public

"OFFICIAL SEAL"
MARY ANN CEASAR
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 05/08/2008