IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., Plaintiffs, v. MAYTAG CORPORATION, Defendant. | ) ) ) ) ) ) ) ) ) | Civil Action No. 05-434 GMS REDACTED FOR PUBLIC FILING |

DEFENDANT HOOVER, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY
OF PLAINTIFFS' WITNESS JAMES WIDDOWSON
AND STRIKE HIS EXPERT REPORT UNDER *DAUBERT*

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

Francis DiGiovanni
James Heisman
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover") respectfully moves this Court for an order excluding the testimony and striking the expert report of James Widdowson, an expert witness Dyson Technology Ltd. and Dyson, Inc. (collectively "Dyson").

## I. FACTUAL BACKGROUND

Dyson seeks to offer the expert testimony of Widdowson.

## II. ARGUMENT

Expert testimony must be "not only relevant, but reliable." *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993); *see also* Fed. R. Evid. 702. To be deemed reliable, an "expert's opinion must be based on the 'methods and procedures of science' rather than on 'subjective belief or unsupported speculation.'" *In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 742 (3d Cir. 1994). The Third Circuit has enunciated the following factors, among others, for courts to consider when evaluating the reliability of expert testimony: (1) whether a method consists of a testable hypothesis; (2) the known or potential rate of error; and (3) the existence and maintenance of standards controlling the technique's operation. *Paoli*, 35 F.3d at 742 n.8.

1

4

For the foregoing reasons, the test results contained in Widdowson's report are unreliable according to Rule 702, *Daubert*, and Third Circuit precedent and,

5

Dated: April 16, 2007

Respectfully submitted,[1]

HOOVER, INC.

*[signature]*

Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

---

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 16, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

Francis DiGiovanni (#3189)