UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>MAYTAG CORPORATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-434 GMS<br>)<br>) REDACTED<br>) VERSION<br>)<br>) |

**AFFIDAVIT OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT HOOVER, INC.'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFFS' WITNESS JAMES WIDDOWSON AND STRIKE HIS EXPERT REPORT UNDER *DAUBERT***

I, KARI M. ROLLINS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Motion *in Limine* to Exclude the Expert Testimony of Plaintiffs' Witness James Widdowson and Strike His Expert Report Under *Daubert*.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the transcript of the Deposition of Richard S. Figliola, Ph.D., taken on April 4, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the transcript of the Deposition of James Widdowson taken on March 14, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of relevant portions of the transcript of the Deposition of Grahame Capron-Tee taken on April 5, 2007.

FURTHER AFFIANT SAYETH NAUGHT

_____
Kari M. Rollins

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 16th day of April 2007

_Laura J. Smiley_
Notary Public

SEAL

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

2

# THE EXHIBITS TO THIS DOCUMENT HAVE BEEN REDACTED

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 16, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

Francis DiGiovanni (#3189)