UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-434 GMS <br> ) <br> ) REDACTED FOR PUBLIC FILING <br> ) <br> ) |

**AFFIDAVIT OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT HOOVER, INC.'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT JOEL H. STECKEL REGARDING CAUSATION**

I, KARI M. ROLLINS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Motion *in Limine* to Exclude the Testimony of Plaintiffs' Expert Joel H. Steckel Regarding Causation.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the Corrected Expert Report of Joel H. Steckel, Ph.D., submitted on January 16, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of

4. Attached hereto as Exhibit C is a true and correct copy of the

5. Attached hereto as Exhibit D is a true and correct copy of

6. Attached hereto as Exhibit E is a true and correct copy of

7. Attached hereto as Exhibit F is a true and correct copy of the

8. Attached hereto as Exhibit G is a true and correct copy of relevant portions of the transcript of the Deposition of Joel H. Steckel, Ph.D., taken on February 27, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of relevant portions of the Supplement Expert Report of Yoram Wind, Ph.D., dated February dated February 8, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of relevant portions of the transcript of the Deposition of Itamar Simonson, Ph.D., taken on February 12, 2007.

11. Attached hereto as Exhibit J is a true and correct copy of relevant portions of the transcript of the Deposition of Alex Simonson, Ph.D., taken on February 27, 2007.

FURTHER AFFIANT SAYETH NAUGHT

Kari M. Rollins

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 16th day of April 2007

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

Notary Public

2