# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| ADAM W. POFF<br>DIRECT DIAL: (302) 571-6642<br>DIRECT FAX: 302-576-3326<br>apoff@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

April 26, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

      Re:  *Dyson Technology Limited v. Maytag Corporation,*
            C.A. No. 05-434-GMS

Dear Judge Sleet:

      Enclosed please find the original and two courtesy copies of the parties' Supplemental Joint Proposed Final Pretrial Order, which replaces the original Joint Proposed Final Pretrial Order (D.I. 289). For ease of reference, each copy comprises a complete set of the parties' pretrial order submissions. If Your Honor has any questions about the Supplemental Order in advance of the Pretrial Conference, counsel for all parties are available at the Court's convenience.

                                          Respectfully submitted,

                                          Adam W. Poff
                                          (No. 3990)

cc:    Francis DiGiovanni, Esquire (by electronic filing)