UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED )
and DYSON, INC., )
                                        Plaintiffs, )
v. ) Civil Action No. 05-434 GMS
   )
MAYTAG CORPORATION, ) REDACTED FOR PUBLIC FILING
   )
                                        Defendant. )

**AFFIDAVIT OF CHRIS STATHOPOULOS IN SUPPORT OF DEFENDANT HOOVER, INC.'S RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* 2 TO EXCLUDE CONTENTIONS REGARDING DYSON INC.'S TRANSFER PRICING ARRANGEMENT**

I, CHRIS STATHOPOULOS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Response to Plaintiffs Motion *in Limine* 2 to Exclude Contentions Regarding Dyson Inc.'s Transfer Pricing Arrangement.

2. Attached hereto as Exhibit A is a true and correct copy of the referenced excerpts

3. Attached hereto as Exhibit B is a true and correct copy of the referenced excerpts

4. Attached hereto as Exhibit C is a true and correct copy of the referenced excerpts

5. Attached hereto as Exhibit D is a true and correct copy of referenced excerpts of

6. Attached hereto as Exhibit E is a true and correct copy of referenced excerpts of

FURTHER AFFIANT SAYETH NAUGHT

_____
Chris Stathopoulos

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 23rd day of April 2007

_____
Notary Public

SEAL

"OFFICIAL SEAL"
MARY ANN CEASAR
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 05/08/2008

2

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 23, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)