# Exhibit C

# REDACTED IN ITS ENTIRETY

# REDACTED IN ITS ENTIRETY