IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.,<br>Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>Defendant. | )<br>)<br>)<br>) Civil Action No. 05-434 GMS<br>)<br>) REDACTED FOR PUBLIC FILING<br>)<br>) |

**DEFENDANT HOOVER, INC.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3
TO EXCLUDE TESTIMONY OF MAYTAG EXPERT YORAM (JERRY) WIND
REGARDING CONSUMER SURVEY/MARKETING RESEARCH**

Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

Of Counsel:

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak, Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

Defendant Counterclaim Plaintiff Hoover, Inc. ("Hoover")[1] respectfully submits this answering brief in opposition to the motion *in limine* by Plaintiff Counterclaim Defendants Dyson Technology Limited and Dyson, Inc. (collectively "Dyson") to exclude the testimony of Hoover's expert Yoram (Jerry) Wind regarding consumer survey/marketing research.

I.   FACTUAL BACKGROUND

Yoram Wind, Ph.D., is one of the foremost experts on marketing research, consumer perceptions, and consumer surveys. (Wind Rep. App. A, Rollins Aff. Ex. A.)

1

II.  ARGUMENT

The Third Circuit "do[es] not require an expert to base his or her opinions on independent data collection or field research; rather the question is 'whether an expert's data is of a type reasonably relied on by experts in the field . . . and whether there are good grounds to rely on this data to draw the conclusion reached by the expert.'" *Jaasma v. Shell Oil Co.*, 412 F.3d 501, 514 (3d Cir. 2005) (finding Plaintiff's expert satisfied the *Daubert* standard in relying upon Defendant's own environmental

[handwritten margin note: "stet = no need to redact"]

3

surveys and reports to render conclusions about the uncertainty surrounding the environmental status of Defendants' property); *In re TMI Litig.*, 193 F.3d 613, 697 (3d Cir. 1999).

"In a Lanham Act false advertising case, it is crucial that the survey evidence presented to the trier of fact most closely replicates consumers' 'real world' perceptions." *Church & Dwight Co., Inc. v. S.C. Johnson & Son, Inc.*, 873 F. Supp. 893, 910 (D.N.J. 1994). Accordingly, "the type of consumer survey questions companies employ when making multi-million dollar consumer marketing decisions are the most accurate and reliable measure of actual consumer perception." *Id.*

WHEREFORE, for the foregoing reasons, Defendant Counterclaim Plaintiff Hoover respectfully requests that this Court deny Dyson's Motion *in Limine* No. 3.

Dated: April 23, 2007

Respectfully submitted,

HOOVER, INC.

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 23, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)