UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br>                   Plaintiffs, <br> v. <br> MAYTAG CORPORATION, <br>                   Defendant. | ) ) ) ) ) Civil Action No. 05-434 GMS ) ) REDACTED FOR PUBLIC FILING ) ) |

### AFFIDAVIT OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT HOOVER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE TESTIMONY OF MAYTAG EXPERT YORAM (JERRY) WIND REGARDING CONSUMER SURVEY/MARKETING RESEARCH

I, KARI M. ROLLINS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Opposition to Plaintiff's Motion *in Limine* No. 3 to Exclude Testimony of Maytag Expert Yoram (Jerry) Wind Regarding Consumer Survey/Marketing Research.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Yoram (Jerry) Wind, Ph.D., submitted on December 18, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the transcript of the Deposition of Caroline Errington taken on November 3, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the transcript of the Deposition of Clare Mullin taken on November 14, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the transcript of the Deposition of James Dyson taken on November 8, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of relevant portions of the transcript of the Deposition of Martin McCourt taken on November 2, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of the Expert Report of Alex Simonson, Ph.D.

8. Attached hereto as Exhibit G is a true and correct of the relevant portions of the transcript of the Deposition of Alex Simonson, Ph.D., taken on February 27, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of relevant portions of the transcript of the Deposition of Kim Lundgren taken on December 4, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of the relevant portions of the transcript of the Deposition of Itamar Simonson, Ph.D., taken on February 12, 2007.

FURTHER AFFIANT SAYETH NAUGHT

Kari M. Rollins

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 23d day of April 2007

Notary Public

SEAL

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

2

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 23, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)