# EXHIBITS A THROUGH I HAVE BEEN REDACTED