## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DYSON TECHNOLOGY LIMITED**<br>**and DYSON, INC.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **v.** | ) |
| | )    **Civil Action No. 05-434 GMS** |
| **MAYTAG CORPORATION,** | ) |
| | )    **REDACTED FOR PUBLIC FILING** |
| **Defendant.** | ) |
| | ) |

### AFFIDAVIT OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT HOOVER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE OF MAYTAG'S IN-HOME TESTS

I, KARI M. ROLLINS, being duly sworn, hereby depose and say:

1.     I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Opposition to Plaintiff's Motion *in Limine* No. 5 to Exclude Evidence of Hoover's In-Home Tests.

2.     Attached hereto as Exhibit A are true and correct copies of .

3.     Attached hereto as Exhibit B is a true and correct copy of relevant portions of the transcript of the Deposition of Martin McCourt taken on November 2, 2006.

4.     Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the transcript of the Deposition of James Dyson taken on October 31, 2006.

5.     Attached hereto as Exhibit D is a true and correct copy of relevant portions of the transcript of the Deposition of Clare Mullin taken on November 14, 2006.

6.     Attached hereto as Exhibit E is a true and correct copy of relevant portions of the transcript of the Fact Deposition of James Widdowson taken on November 10, 2006.

7.      Attached hereto as Exhibit F is a true and correct copy of the relevant portions of the IEC 60312 version 3.2, Part 2.9.

8.      Attached hereto as Exhibit G is a true and correct copy of relevant portions of the transcript of the Expert Deposition of James Widdowson taken on March 14, 2007.

9.      Attached hereto as Exhibit H is a true and correct copy of relevant portions of the transcript of the Deposition of Matthew Kitchin taken on March 8, 2007.

10.     Attached hereto as Exhibit I is a true and correct copy of relevant portions of the transcript of the Expert Deposition of Grahame Capron-Tee taken on April 5, 2007.

11.     Attached hereto as Exhibit J is a true and correct copy of relevant portions of the transcript of the Deposition of Richard S. Figliola, Ph.D., taken on April 4, 2007.

12.     Attached hereto as Exhibit K is a true and correct copy of the relevant portions of the transcript of the Fact Deposition of John Balough taken on October 27, 2006.

13.     Attached hereto as Exhibit L is a true and correct copy of the Expert Report of John N. Balough submitted on December 18, 2006.

14.     Attached hereto as Exhibit M is a true and correct copy of the ASTM F558.

15.     Attached hereto as Exhibit N is a true and correct copy of ASTM F608.

16.     Attached hereto as Exhibit O is a true and correct copy of the relevant portions of the transcript of the Expert Deposition of John Balough taken on February 15, 2007.

17.     Attached hereto as Exhibit P is a true and correct copy of the Corrected Report of John Balough submitted on January 31, 2007.

18.     Attached hereto as Exhibit Q are true and correct copies of

FURTHER AFFIANT SAYETH NAUGHT

Karl M. Rollins

2

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 23d day of April 2007

_Laura J. Smiley_
Notary Public

SEAL

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 23, 2007, copies of the foregoing

document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

_/s/Francis DiGiovanni_
Francis DiGiovanni (#3189)