# EXHIBITS A THROUGH Q HAVE BEEN REDACTED