UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAYTAG CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-434 GMS <br> ) <br> ) REDACTED FOR PUBLIC FILING <br> ) <br> ) |

### AFFIDAVIT OF KARI M. ROLLINS IN SUPPORT OF DEFENDANT HOOVER, INC.'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE OF MAYTAG'S REPEAT BIN EMPTYING TEST

I, KARI M. ROLLINS, being duly sworn, hereby depose and say:

1. I am an attorney for Defendant/Counterclaim Plaintiff Hoover, Inc. ("Hoover"), in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Hoover's Opposition to Plaintiff's Motion *in Limine* No. 6 to Exclude Evidence of Hoover's Repeat Bin Emptying Test.

2. Attached hereto as Exhibit A are true and correct copies of

3. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the transcript of the Deposition of Martin McCourt taken on November 2, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of the relevant portions of the transcript of the Deposition of James Dyson taken on October 31, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the transcript of the Deposition of Clare Mullin taken on November 14, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of relevant portions of the transcript of the Fact Deposition of James Widdowson taken on November 10, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of the relevant portions of the IEC 60312 version 3.2 Part 2.9.

8. Attached hereto as Exhibit G is a true and correct copy of relevant portions of the transcript of the Expert Deposition of James Widdowson taken on March 14, 2007.

9. Attached hereto as Exhibit H is a true and correct copy of relevant portions of the transcript of the Deposition of Matthew Kitchin taken on March 8, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of relevant portions of the transcript of the Expert Deposition of Grahame Capron-Tee taken on April 5, 2007.

11. Attached hereto as Exhibit J is a true and correct copy of relevant portions of the transcript of the Deposition of Richard S. Figliola, Ph.D., taken on April 4, 2007.

12. Attached hereto as Exhibit K is a true and correct copy of the relevant portions of the transcript of the Fact Deposition of John Balough taken on October 27, 2006.

13. Attached hereto as Exhibit L is a true and correct copy of the Supplemental Report of John Balough submitted on February 13, 2007.

14. Attached hereto as Exhibit M are true and correct copies of the underlying documents produced to Dyson in conjunction with Balough's Supplemental Report (BAL001253-BAL001309).

15. Attached hereto as Exhibit N are true and correct copies of

FURTHER AFFIANT SAYETH NAUGHT

_____
Kati M. Rollins

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 23d day of April 2007

_____  *Laura J. Smiley*
Notary Public

SEAL

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 23, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/Francis DiGiovanni
Francis DiGiovanni (#3189)