# EXHIBITS A THROUGH N HAVE BEEN REDACTED