IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | C.A. No. 05-434-GMS |
| MAYTAG CORPORATION, | ) ) ) | **REDACTED – PUBLIC VERSION** |
| Defendant. | ) ) | |

**PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFFS' WITNESS JAMES WIDDOWSON AND STRIKE HIS EXPERT REPORT UNDER *DAUBERT***

|  |  |
|---|---|
|  | C. Barr Flinn (No. 4092) |
|  | John W. Shaw (No. 3362) |
|  | Monté T. Squire (No. 4764) |
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | The Brandywine Building |
| OF COUNSEL: | 1000 West Street, 17th Floor |
|  | Wilmington, Delaware 19801 |
| Garrard R. Beeney | (302) 571-6600 |
| Richard C. Pepperman, II | msquire@ycst.com |
| James T. Williams |  |
| Adam Brebner | *Attorneys for Plaintiffs Dyson Technology* |
| SULLIVAN & CROMWELL LLP | *Limited and Dyson, Inc.* |
| 125 Broad Street |  |
| New York, New York 10004 |  |
| (212) 558-4000 |  |

Steven F. Reich
John Libby
Jeffrey S. Edelstein
Tamar Feder
Christopher A. Cole
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(212) 790-4500

Dated: April 23, 2007

## TABLE OF CONTENTS

Page

I. INTRODUCTION ................................................................................................. 1
II. ARGUMENT ......................................................................................................... 1
    A. Widdowson Properly Relies on Part 2.9 ................................................... 1
    B. Widdowson Properly Averages Test Results Across Flooring Surfaces ............... 3
    C. Maytag's Challenges Regarding Underlying Test Data Are Meritless ................. 5
III. CONCLUSION ..................................................................................................... 5

-ii-

## TABLE OF AUTHORITIES

Page

### CASES

*In re Sulfuric Acid Antitrust Litig.*,
  235 F.R.D. 646 (N.D. Ill. 2006) .................................................................................... 5

## TABLE OF EXHIBITS

| | Tab |
|---|---|
| Expert Report of James Widdowson | A |
| Excerpts from Transcript of April 5, 2007 Deposition of Grahame Capron-Tee | B |
| Excerpts from Transcript of October 27, 2006 Deposition of John Balough | C |
| Balough Deposition Exhibit 4, p. 9 | D |
| Excerpts from Transcript of November 17, 2006 Deposition of Susan H. Goldsmith | E |
| Excerpts from Transcript of December 14, 2006 Deposition of Daniel Miller | F |
| Excerpts from Transcript of April 12, 2007 Deposition of Richard S. Figliola | G |
| Report of Richard S. Figliola, dated April 2, 2007 | H |
| Report of Grahame Capron-Tee, dated December 14, 2006 | I |
| Miller Deposition Exhibit 12 | J |
| Excerpts from Transcript of March 6, 2007 Deposition of Michael Mackay-Lewis | K |
| Excerpts from Transcript of March 14, 2007 Deposition of James Widdowson | L |
| Hoover Press Release | M |

DB01:2374012.1     063753.1002

-1-

I.  **INTRODUCTION**

Maytag's motion to exclude the expert testimony of Dyson's claim substantiation expert James Widdowson should be denied.[1] ███████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████ The IEC is a global organization that creates and publishes consensus technical standards that are recognized and used by vacuum cleaner manufacturers around the world, including Maytag.[2] ██████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████ Neither argument is persuasive.

II.  **ARGUMENT**

████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

_____

████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

-2-



DB01:2374012.1                                                                 063753.1002

-3-



-4-

[REDACTED]

[REDACTED] Maytag itself uses of a "Cleaning Performance" index based on a variety of ASTM and non-standard testing performed on both carpeted and hardwood surfaces. *See* Widdowson 3/14/2007 Dep. 266:14-268:9 (Tab L); Press Release (Tab M). Maytag touts that the index will "End Consumer Confusion about Cleaning Performance" and will enable consumers to see how one Hoover vacuum "*compares with another in terms of true cleaning performance.*" *Id.* (emphasis added). [REDACTED]

[REDACTED]



### III. CONCLUSION

For the foregoing reasons, Maytag's motion to exclude James Widdowson's expert testimony should be denied.

                                          Young Conaway Stargatt & Taylor, LLP

                                          C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building, 1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

DB01:2374012.1   063753.1002

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on April 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, DE 19801

I further certify that on April 30, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Monté T. Squire*
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Monté T. Squire
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Dyson Technology Limited and Dyson, Inc.*

DB01:2213863.1                                                                                              063753.1002