# TABS A-L
## REDACTED IN THEIR ENTIRETY

# TAB M



**Hoover Unveils New Rating System to End Consumer Confusion About Cleaning Performance**

NORTH CANTON, Ohio, Aug. 1 /PRNewswire/ -- Hoover cuts through the clutter once and for all to end consumer confusion at point of sale!

Leave it to the floor care leader to create a rating system that enables shoppers to see at a glance how one Hoover upright compares with another in terms of true cleaning performance.

The system -- which is exclusive to the Hoover upright line and which spans the entire line -- is easy to understand: The rating is a number clearly marked on the hood and carton of every upright model from the low-end soft bag model (11) to the high-end Self Propelled WindTunnel(TM) Bagless (31).

The rating is largely based on the industry-recognized American Society for Testing and Materials (ASTM) Standard F608 for cleaning effectiveness, which relates to the amount of dirt removed from carpeting. In addition, the rating also takes into account the following factors that consumers have indicated they believe to be directly related to cleaning performance, and which are not considered features:

- Hose power, per ASTM standard F558
- Surface litter cleaning
- Hard floor cleaning
- Edge cleaning
- Cleaning width
- Air filtration

"Our extensive consumer research has indicated that what consumers want most in a vacuum cleaner is the ability to get dirt out of carpet, and they are both willing and expect to pay more for a better cleaning product," said Hoover vice president-marketing Dave Baker.

"It also has shown that consumers are confused by the plethora of floor care products on the market today and have no idea how to determine which cleans better than another. They tend to believe the amps fallacy -- that as amps increase, so does cleaning ability. In reality, amps only indicate how much energy is used.

"In response to these issues, we have created a new performance rating system that is simple, credible and easy-to-understand." Baker stressed that the Hoover Cleaning Performance Rating enables shoppers to see that stepping up in terms of price point truly means stepping up in terms of true cleaning performance -- a progression known as "product line integrity."

"Hoover communicates to the consumer that for every extra dollar they spend, they will generally get a better cleaning product," he said. "It means that the consumer will never pay more for a Hoover product that cleans less effectively than a Hoover product at a lower price. This is not true with other leading brands."

By August, The Hoover Cleaning Performance Rating System will encompass all Hoover upright models. In conjunction with this implementation, all uprights will carry new graphics, colors, a more prominent Hoover logo, and, for those which do not already have it, a 12-

amp motor.  Some will even sport new names.  For example, the product known by the name Breathe Easy(TM) will now be called Widepath(TM).
     "Now, the consumer can include in his or her decision-making process not just brand features and number of amps, but, within the Hoover upright line, the intelligence that our performance rating system communicates," said Baker.

SOURCE Hoover

**Related links:**
- http://www.hoover.com

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.
Copyright © 1996- PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.