IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>    Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-434-GMS<br>)<br>) REDACTED FOR PUBLIC FILING<br>)<br>) |

**DEFENDANT HOOVER, INC.'S REPLY MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF
PLAINTIFFS' EXPERT JOEL H. STECKEL REGARDING CAUSATION**

Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
  Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

Dr. Steckel's novel approaches are unreliable and nonsensical. They are based solely on speculation, and, therefore, should be excluded.

I. **ARGUMENT**

"[N]ovel scientific evidence carries with it concerns over trustworthiness and reliability akin to those raised by offers of hearsay evidence." *U.S. v. Downing*, 753 F.2d 1224, 1240 n.21 (3d Cir. 1985). "[B]ecause of the potential dangers raised by novel scientific evidence, prudence counsels that the court play a role in keeping unreliable scientific evidence from the jury." *Id.* As Dr. Steckel's approaches have not been subject to peer review, are not generally accepted, and were created *solely* for purposes of this litigation, Dr. Steckel's approaches are speculative, untrustworthy, and unreliable. *See Calhoun v. Yamaha Motor Corp., U.S.A.*, 350 F.3d 316, 322 (3d Cir. 2003); *Oddi v. Ford Motor Co.*, 234 F.3d 136, 148, 156, 158 (3d Cir. 2000); *Elcock v. Kmart Corp.*, 233 F.3d 734, 748-49 (3d Cir. 2000).

1

|  |  |
|---|---|
|  | HOOVER, INC. |
| Dated: April 26, 2007 | Respectfully submitted, |

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558–5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376–1242

# EXHIBITS A-B
# HAVE BEEN REDACTED

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 26, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)