IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., Plaintiffs, v. MAYTAG CORPORATION, Defendant. | Civil Action No. 05-434-GMS<br><br>REDACTED FOR PUBLIC FILING |

**DEFENDANT HOOVER, INC.'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO BAR EVIDENCE FROM EXPERT WITNESS LAURA STAMM AND ANY OTHER DYSON WITNESS CONCERNING LEGAL CONCLUSIONS AND TRANSFER PRICING ARRANGEMENTS**

Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
  Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

In further support of its Motion for an order excluding any legal opinion evidence from Dyson's expert witness Laura Stamm, and any evidence, offered by Ms. Stamm or anyone else from Dyson, regarding transfer pricing arrangements, Hoover states as follows:

I.  **FACTS AND ARGUMENT**

   A.  <u>Dyson's Concessions Regarding Laura Stamm's Opinion Support Granting Hoover's Motion</u>

   B.  <u>Dyson's Argument Regarding Transfer Pricing Again Misses The Point</u>

1

The fact of the matter is that inter-company payments are not *bona fide* expenses and must be excluded when calculating profits under *Banjo Buddies v. Renosky*, 399 F.3d 168, 178 (3d Cir. 2005).

Dyson's effort to distinguish *Banjo Buddies* is misguided. Although the cost item at issue in *Banjo Buddies* was a distribution to shareholders, the defendant's books and records treated it "as an expense for bookkeeping purposes." 399 F.3d at 178. The Court held that, regardless of the accounting characterization, it was "a method of disbursing income" and, thus, not a business expense that could be deducted from a Lanham Act profits award. *Id.*

---

[1] are attached hereto as Exhibit A.

Lower courts and other circuit courts have similarly held that only actual expenses incurred in generating the unlawful sale may be deducted from revenues to determine profits. *W.R. Grace & Co. v. Intercat, Inc.*, 60 F.Supp. 2d 316, 322 (D. Del. 1999) ("fixed costs—those costs which do not vary with increases in production, such as management salaries, property taxes, and insurance—are excluded when determining profits"); *Larsen v. Terk Techs Corp.* 151 F.3d. 140, 150 (4th Cir. 1998) (calculating lost profits as gross income minus cost of goods sold); *Taylor v. Meirick*, 712 F.2d. 1112, 1121 (7th Cir. 1983) (only overhead costs that were variable should be taken into account in determining lost profits; costs that would be incurred anyway should not be subtracted, because by definition they cannot be avoided by curtailing the profit making activity). Thus, even real costs are ignored if they were not necessarily incurred due to the challenged sales.

WHEREFORE, for the reasons stated herein, Hoover respectfully requests that this Court grant Hoover's Motion *in Limine*.

3

|  |  |
|---|---|
|  | HOOVER, INC. |
| Dated: April 26, 2007 | Respectfully submitted, |

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242

# EXHIBITS A-C
# HAVE BEEN REDACTED

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 26, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)