IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>    Plaintiffs,<br>v.<br><br>MAYTAG CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-434-GMS<br>)<br>)<br>)  REDACTED FOR PUBLIC FILING<br>)<br>) |

**DEFENDANT HOOVER, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PLAINTIFFS' WITNESS JAMES WIDDOWSON AND STRIKE HIS EXPERT REPORT UNDER *DAUBERT***

Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
Chicago, IL 60601
Phone (312) 558-5600
Fax (312) 558-5700

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
  Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376-1242
Fax (330) 376-9646

In further support of Hoover's Motion *in Limine* to bar James Widdowson's expert testimony ("Motion"), Hoover states as follows:

A.

Statistical or uncertainty analysis and repeatability and reproducibility calculations are a predicate for the admissibility ( *See In re Paoli R.R. Yard PCB Litig.*, 35 F.3d 717, 742 (3d Cir. 1994).

2

C.

Dyson bears the burden of proving the reliability of Widdowson's novel averaging methodology. *See U.S. v. Downing*, 753 F.2d 1124, 1240 n.21 (3d Cir. 1985).

WHEREFORE, for the reasons stated herein, Hoover respectfully requests that this Court grant Hoover's Motion *in Limine* to Exclude the Expert Testimony of James Widdowson.

---

[2] Dyson admits that Capron-Tee did not opine this combined methodology conveyed any "meaningful information." Resp. at 4. If no meaningful information is conveyed, then Widdowson's opinion will not help the jury.

3

HOOVER, INC.

Dated: April 26, 2007

Respectfully submitted,

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
Fax (302) 658-5614

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558–5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
 Taylor & Weber
400 First National Tower
Akron, OH 44308
Phone (330) 376–1242

# EXHIBITS A-J
# HAVE BEEN REDACTED

## **CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on April 26, 2007, copies of the foregoing document were served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL:**

C. Barr Flinn
John W. Shaw
Adam Poff
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

**BY UNITED STATES MAIL AND E-MAIL:**

Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Steven F. Reich
Jeffrey S. Edelstein
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10004

　　　　　　　　　　　　　　　　　　　/s/ *Francis DiGiovanni*
　　　　　　　　　　　　　　　　　　　Francis DiGiovanni (#3189)