# TABS A-C

## REDACTED IN THEIR ENTIRETY