# TABS A-C

## REDACTED IN THEIR ENTIRETY

# TAB D



PRODUCED AS
FIGLIOLA00546

# TAB E



PRODUCED AS
FIGLIOLA00589

# TAB  F
## REDACTED IN ITS ENTIRETY