UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED<br>and DYSON, INC.,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>MAYTAG CORPORATION,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-434-GMS<br>)<br>)<br>)<br>) |

NOTICE OF DEPOSITION

TO:    COUNSEL OF RECORD ON ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant/Counterclaimant, Maytag Corporation ("Maytag") by and through its attorneys will take the videotaped deposition upon oral examination of Justin King at Winston & Strawn LLP, 99 Gresham Street, London, England, EC2V 7NG on Thursday, May 10, 2007 at 9:00 a.m. or at such other time and place as the parties may agree.

The deposition will take place before a certified court reporter, videographer, and in accordance with the applicable Federal Rules of Civil Procedure. If counsel for Plaintiffs have any questions regarding this Notice, you are invited to contact counsel for Defendant to discuss this matter.

Date: May 8, 2007                       Respectfully submitted,

**MAYTAG CORPORATION**

By: /s/ Francis DiGiovanni
　　　Francis DiGiovanni (#3189)
　　　Connolly Bove Lodge & Hutz LLP
　　　The Nemours Building
　　　1007 N. Orange Street
　　　Wilmington, DE 19899
　　　Phone (302) 658-9141

2

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn
Chicago, IL  60601
Phone (312) 558-5600

Ray L. Weber
Laura J. Gentilcore
Renner, Kenner, Greive, Bobak,
Taylor & Weber
400 First National Tower
Akron, OH  44308
Phone (330) 376-1242

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on May 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>C. Barr Flinn
>John W. Shaw
>Young Conaway Stargatt & Taylor LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801

I further certify that on May 8, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record, and by e-mail on the following counsel of record:

>Richard C. Pepperman, II
>James T. Williams
>Keith McKenna
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY 10004
>
>Steven F. Reich
>Jeffrey S. Edelstein
>Manatt, Phelps & Phillips, LLP
>7 Times Square
>New York, NY 10004

>/s/ Francis DiGiovanni
>Francis DiGiovanni (#3189)