## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED  )
and DYSON, INC.,  )
                            )
                Plaintiffs,  )
                 v.  )         C.A. No. 05-434-GMS
                            )
MAYTAG CORPORATION,  )
                            )
               Defendant.  )
                            )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2007, a copy of the Supplemental

Expert Report of Richard S. Figliola dated May 8, 2007 was caused to be served upon the

following counsel in the manner indicated:

### BY ELECTRONIC MAIL

     Lisa J. Parker, Esquire
     WINSTON & STRAWN LLP
     35 W. Wacker Drive
     Chicago, IL  60601-9703

Additionally, I hereby certify that on May 11, 2007, I caused this Notice of

Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the

following counsel in the manner indicated:

### BY CM/ECF & HAND DELIVERY

     Francis DiGiovanni, Esquire
     CONNOLLY BOVE LODGE & HUTZ LLP
     The Nemours Building – 8th Floor
     1007 N. Orange Street
     Wilmington, Delaware 19801

                                                                    

**BY ELECTRONIC MAIL**

Ray L. Weber, Esquire
Laura J. Gentilcore, Esquire
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
400 First National Tower
Akron, OH 44308

Kimball R. Anderson, Esquire
Stephen P. Durchslag, Esquire
Lisa J. Parker, Esquire
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    C. Barr Flinn  (No. 4092)
                    John W. Shaw (No. 3362)
                    Adam W. Poff (No. 3990)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19801
                    (302) 571-6600
                    apoff@ycst.com

OF COUNSEL:
Garrard R. Beeney
Richard C. Pepperman, II
James T. Williams
Keith McKenna
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

Steven F. Reich
Jeffrey S. Edelstein
Monica Y. Youn
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York  10036
(212) 790-4500

*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.*

Dated:  May 11, 2007

DB01:2391169.1                                                                 063753.1002