IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLO GY LIMITED and DYSON, INC., Plaintiffs, v. MAYTAG CORPORATION, Defendant. | ) ) ) ) ) Civil Action No. 05-434 GMS ) ) ) ) |

## ORDER

WHEREFORE, having considered Maytag's Motion for Leave to Join Parties, and having considered argument thereon,

IT IS SO ORDERED this 16th day of May, 2007, that Maytag may re-file its Answer and Counterclaims wherein Hoover, Inc., Hoover General LLC, Hoover Limited LLC and Hoover Company I L.P. are joined as Defendants-Counterclaimants.

United States District Judge

FILED
MAY 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4