IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-434 (GMS) |
| v. | ) ) | |
| MAYTAG CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brandon Solana of Manatt, Phelps & Phillips, LLP to represent plaintiffs Dyson Technology Limited and Dyson, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Dated: May 22, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Brandon Solana is granted.

Dated: May ____, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Brandon Solana, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Brandon Solana
Mahatt, Phelps & Phillips
7 Times Square
New York, NY 10036

Dated: May 21, 2007

## CERTIFICATE OF SERVICE

I, Adam Poff, hereby certify that May 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, Delaware 19801

I further certify that on May 22, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Anthony DiSarro, Esquire
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, NY 10166

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/
>
> C. Barr Flinn (No. 4092)
> John W. Shaw (No. 3362)
> Adam W. Poff (No. 3990)
> Monté T. Squire (No. 4764)
> Chad S.C. Stover (No. 4919)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> cstover@ycst.com
>
> *Attorneys for Dyson, Inc.*