# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| ADAM W. POFF<br>DIRECT DIAL: (302) 571-6642<br>DIRECT FAX:  302-576-3326<br>apoff@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

May 25, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

        Re:    *Dyson Technology Limited v. Maytag Corporation*,
               C.A. No. 05-434-GMS

Dear Judge Sleet:

       Enclosed please find the Preliminary Jury Instructions agreed upon by all parties. The parties also jointly request that the Court show the patent video at the outset of trial. If Your Honor has any questions about these issues, counsel for all parties are available at the Court's convenience.

Respectfully submitted,

Adam W. Poff
(No. 3990)

cc:    Francis DiGiovanni, Esquire (by electronic filing)