# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| ADAM W. POFF<br>DIRECT DIAL: (302) 571-6642<br>DIRECT FAX: 302-576-3326<br>apoff@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

May 25, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court of Delaware
Lock Box 19
844 North King Street
Wilmington, DE 19801

       Re:  *Dyson Technology Limited v. Maytag Corporation*,
             C.A. No. 05-434-GMS

Dear Judge Sleet:

      Enclosed please find a CD containing a WordPerfect version of the Preliminary Jury Instructions filed earlier today. If Your Honor has any questions about the CD or the instructions, counsel for all parties are available at the Court's convenience.

Respectfully,

Adam W. Poff
(No. 3990)

AWP
enclosure

cc:    Francis DiGiovanni, Esquire (by electronic filing)