IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HOOVER, INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., HOOVER COMPANY I, L.P. and MAYTAG CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-434-GMS |

## JOINT PROPOSED SPECIAL VERDICT FORM (PATENT)

WE, THE JURY, unanimously find as follows:

### I. INFRINGEMENT

1. Do you find by a preponderance of the evidence that the Hoover "Fusion" vacuum cleaner infringes the following claim of the '515 patent? (A "yes" answer to this question is a finding for Dyson. A "no" answer is a finding for Hoover.)

    Claim 14    Yes _____    No _____

2. Do you find by a preponderance of the evidence that Hoover "Fusion" vacuum cleaner infringes the following claims of the '748 patent? (A "yes" answer to this questions is a finding for Dyson. A "no" answer is a finding for Hoover.)

    Claim 15    Yes _____    No _____

    Claim 16    Yes _____    No _____

    Claim 17    Yes _____    No _____

3. Do you find by a preponderance of the evidence that the Hoover "Fusion" vacuum cleaner infringes the following claims of the '008 patent? (A "yes" answer to this question is a finding for Dyson. A "no" answer is a finding for Hoover.)

Claim 1   Yes _____   No _____

Claim 2   Yes _____   No _____

Claim 3   Yes _____   No _____

Claim 7   Yes _____   No _____

Claim 11  Yes _____   No _____

Claim 23  Yes _____   No _____

Claim 24  Yes _____   No _____

Claim 25  Yes _____   No _____

## II. DAMAGES

4. The parties have agreed to the number of units sold and Hoover's net revenue from sale of the accused product. If you have found that the Hoover "Fusion" vacuum cleaner infringes at least one of the claims of the patents in suite, what percentage of Hoover's net revenue is Dyson entitled to as a reasonable royalty rate for Hoover's infringement?

Royalty Rate %_____

## III.   WILLFUL INFRINGEMENT

5.   If you have found that the Hoover "Fusion" vacuum cleaner infringes at least one of the claims of any of the patents in suit, do you find that Dyson has proven by clear and convincing evidence that Hoover's infringement was willful?  (A "yes" answer to this question is a finding for Dyson.  A "no" answer is a finding for Hoover.)

Yes _____          No _____

**WHEN THE JURY HAS REACHED A VERDICT, THE FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE U.S. MARSHALL THAT THE JURY IS READY TO RENDER A VERDICT.**

Date: _____          _____
                                                           Jury Foreperson