IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-434-GMS |
| HOOVER INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., HOOVER COMPANY I, L.P., and MAYTAG CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR LIMITED RELIEF FROM THE PROTECTIVE ORDER

Plaintiffs Dyson Technology Limited and Dyson, Inc. respectfully move this Court for limited relief from the Protective Order. The grounds for this motion are fully set forth in Plaintiffs' Opening Brief In Support Of Their Motion For Limited Relief From The Protective Order, filed contemporaneously herewith.

WHEREFORE, plaintiffs respectfully request this Court to grant their motion and to enter an order in the form attached hereto.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
C. Barr Flinn (No. 4092)
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Dated: June 6, 2007      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on June 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, DE 19801

I further certify that on June 6, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>  TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308
>
>Kimball R. Anderson, Esquire
>Stephen P. Durchslag, Esquire
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60601-9703

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Monté T. Squire
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>*Attorneys for Dyson Technology Limited and Dyson, Inc.*