IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-434-GMS |
| HOOVER INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., HOOVER COMPANY I, L.P., and MAYTAG CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, John W. Shaw, Esquire, hereby certify pursuant to Local Rule 7.1.1, that

counsel for plaintiffs has made a reasonable effort to reach agreement with counsel for

defendants on the matters set forth in the foregoing motion.

_____
John W. Shaw (No.3362)

Dated:  June 6, 2007