IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>HOOVER, INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., HOOVER COMPANY I, L.P., AND MAYTAG CORPORATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-434-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2007, having considered Dyson Technology Limited's and Dyson, Inc.'s ("Dyson") Motion for Limited Relief from the Protective Order and all responses thereto, IT IS HEREBY ORDERED that:

1. The Motion for Limited Relief from the Protective Order is granted.

2. Dyson may retain and use the following documents without regard to the confidentiality and use restrictions set forth in the December 19, 2005 Protective Order (D.I. 49):

　　a.　The documents listed in Exhibit C of the Appendix filed in support of this Motion;

　　b.　The April 5, 2007 deposition transcript of Graham Capron-Tee; and

　　c.　All exhibits to the April 5, 2007 deposition transcript of Graham Capron-Tee.

_____
United States District Judge