IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MAYTAG CORPORATION, <br> HOOVER, INC., <br> HOOVER GENERAL L.L.C., <br> HOOVER LIMITED L.L.C., and <br> HOOVER COMPANY I, L.P., <br><br> Defendants/Counter-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-434-GMS |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The undersigned parties, having entered into a settlement agreement, and the Court having entered a Consent Decree in this case, agree and stipulate, subject to the approval of the Court, that:

1. The action, and all claims and counterclaims asserted herein, is hereby dismissed with prejudice.

2. Each of the parties hereto shall bear its own costs and attorneys' fees.

3. This Court shall retain jurisdiction of all matters concerning the settlement in this action, including over the Mutual General Release and Settlement Agreement ("Settlement Agreement") entered into by the parties in this action, for the purpose of enforcing the Settlement Agreement. The Settlement Agreement shall be and is hereby incorporated by reference into this Stipulation and Order.

4. The Court shall further retain jurisdiction as set forth in D.I. 424 (Transcript page 868:10-16).

| | |
|---|---|
| /s/ John W. Shaw . <br> C. Barr Flinn (#4092) <br> John W. Shaw (#3362) <br> YOUNG CONAWAY STARGATT & <br>   TAYLOR, LLP <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> Wilmington, Delaware 19801 <br> (302) 571-6000 <br><br> *Attorneys for Plaintiffs* | /s/ Francis DiGiovanni . <br> Francis DiGiovanni (#3189) <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building – 8th Floor <br> 1007 N. Orange Street <br> Wilmington, Delaware 19801 <br> (302) 658-9141 <br><br> *Attorneys for Defendants* |

SO ORDERED, this ____ day of June, 2007

_____
United States District Judge