

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9.41
FAX (302) 658 5614

1990 K Street, N.W. Suite 500
Washington DC 20006
TEL (202) 331-7111
FAX (202) 293-6229

ver www.cblhaw.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 255-4316
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

June 7, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:    *Dyson, Inc, et al. v. Maytag Corp., et al.,* Civ. No. 05-434-GMS

Dear Judge Sleet:

The defendants ("Hoover") respectfully ask the Court to designate the portion of the trial transcript dated June 1, 2007, corresponding to the in-Chambers settlement-related discussions (page 863, li. 16 through page 867, li. 23) as "CONFIDENTIAL – FILED UNDER SEAL." The reason for Hoover's request is that the in-Chambers session was conducted in furtherance of the parties' settlement discussions, and should not be part of the public trial record. Hoover asked Dyson to consent to this request, but counsel for Dyson stated that it did not take a position on this matter.

We further note that on May 31, 2007, Dyson asked for, and the Court Ordered, that an earlier sidebar discussion regarding settlement be filed under seal. *See* Transcript of Thursday, May 31, 2007, at pages 689-695. We request that the similar in-Chambers discussions of June 1, 2007, which were undertaken with the goal of advancing the parties' settlement discussions, be similarly sealed.

Respectfully submitted,

*/s/ Francis DiGiovanni*

Francis DiGiovanni (#3189)

FD/

cc:    Clerk of the Court (by electronic filing)



The Honorable Gregory M. Sleet
United States District Court
June 7, 2007
Page 2

      Kevin Maurer (by hand)
      C. Barr Flinn, Esq. (by ECF and e-mail)
      John W. Shaw, Esq. (by ECF and e-mail)
      Garrard R. Beeney, Esq. (by e-mail)
      Richard C. Pepperman, II (by e-mail)
      Steven F. Reich, Esq. (by e-mail)
      Chad S. Hummel, Esq. (by e-mail)
      Kimball R. Anderson, Esq. (by e-mail)
      Stephen P. Durchslag, Esquire (by e-mail)
      Ray L. Weber, Esq. (by e-mail)

543714v1