

INCORPORATED

WILLIAM J. BRENNAN
VICE PRESIDENT
GENERAL COUNSEL

June 7, 2007

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

Re:   Dyson Technology Limited et al. v. Maytag Corporation,
      Case No. 05-434-GMS

Dear Judge Sleet:

I request on the authority of Littlejohn v. BIC Corporation, 852 F.2d 673 (3rd Cir. 1988) and The Copley Press, Inc. v. Peregrine Systems, Inc., 311 B. R. 679 (D. Del. 2004) the opportunity to inspect and copy at my expense all exhibits and documents that were introduced into evidence in open court at the trial of Dyson Technology Limited et al. v. Maytag Corporation, Case No. 05-434-GMS before those materials are returned to the parties. I will contact you to make arrangements for the inspection and copying. Thank you very much.

Very truly yours,

William J. Brennan

WJB/evb

Cc:   Honorable Gregory M. Sleet



P. O. BOX 1888
GRAND RAPIDS, MICHIGAN 49501
TELEPHONE (616) 791-0681
FAX (616) 791-0677
E-MAIL brennawj@bissell.com

FILED
JUN 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE