IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>HOOVER, INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., HOOVER COMPANY I, L.P. and MAYTAG CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-434-GMS<br>)<br>)<br>)<br>) **REDACTED –**<br>) **PUBLIC VERSION**<br>)<br>)<br>) |

**APPENDIX OF EXHIBITS TO PLAINTIFFS' OPENING BRIEF IN SUPPORT THEIR MOTION FOR LIMITED RELIEF FROM THE PROTECTIVE ORDER**

| | |
|---|---|
| OF COUNSEL<br>Garrard R. Beeney<br>Richard C. Pepperman, II<br>James T. Williams<br>Adam R. Brebner<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>Steven F. Reich<br>Jeffrey S. Edelstein<br>John F. Libby<br>Tamar Feder<br>Christopher C. Cole<br>MANATT, PHELPS & PHILLIPS, LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 790-4500<br><br>Dated: June 6, 2007 | C. Barr Flinn (No. 4092)<br>John W. Shaw (No. 3362)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>jshaw@ycst.com<br><br>*Attorneys for Plaintiffs Dyson Technology Limited and Dyson, Inc.* |

## TABLE OF EXHIBITS

                                                                                                 **Exhibit**

Transcript and Exhibits of Grahame Capron-Tee Deposition, taken April 5, 2007 ......... A

Declaration of Marc De Leeuw, executed June 5, 2007 ................................................... B

List of documents that defendant Maytag Corporation designated "highly confidential" when it produced them in this litigation and that Dyson seeks to have de-designated ............................................................................................................ C

MAY028923, an email dated August 7, 2002 from Grahame Capron-Tee ...................... D

MAY028909-10, an email dated July 30, 2002 from Grahame Capron-Tee .................... E

MAY73215-16, an email dated April 2, 2004 from Grahame Capron-Tee ...................... F

MAY07316-18, a December 2003 Report, and MAY062762-63, an email dated May 5, 2003 from D.M. Baker ................................................................................ G

MAY002534, a memo dated August 10, 1999 from D.M. Baker .................................... H

MAY062768, an email dated October 28, 2002 from Grahame Capron-Tee ................... I

MAY002067-74, a memo dated April 19, 2002 from F.E. Wittman ................................. J

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on June 13, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>James D. Heisman, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building – 8th Floor
>1007 N. Orange Street
>Wilmington, DE 19801

I further certify that on June 13, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Ray L. Weber, Esquire
>Laura J. Gentilcore, Esquire
>RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
>400 First National Tower
>Akron, OH 44308

>Kimball R. Anderson, Esquire
>Stephen P. Durchslag, Esquire
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60601-9703

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *John W. Shaw*
>C. Barr Flinn (No. 4092)
>John W. Shaw (No. 3362)
>Monté T. Squire (No. 4764)
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>*Attorneys for Dyson Technology Limited and Dyson, Inc.*