# EXHIBITS A AND B
## REDACTED IN THEIR ENTIRETY

# EXHIBIT C

10/27/2006 John Balough deposition transcript, 44:10-22.
11/17/2006 Susan Goldsmith deposition transcript, 19:13-20:21, 41:15-22
11/21/2006 David Baker deposition transcript, 112:24-116:24, 302:20-308:8, Exhibit 22, 23
12/14/2006 Daniel Miller deposition transcript, 8:3-21, 24:25-27:4
12/8/2006 Ralph Hake deposition transcript, 239:11-243:6, 271:4-20
2/19/2007 Ronald Battema deposition transcript, 241:24-242:25
4/5/2007 deposition transcript of Grahame Capron-Tee, including all video and all exhibits
5/22/2007 deposition transcript of Grahame Capron-Tee, including all video and all exhibits
CCI013559
CCI013652-CCI013654
CCI014284-CCI014285
CCI015443-CCI015444
CCI015507
CC1015863
CC1015318-CCI015324
CCI015325-CCI015331
CCI015341
CCI015441-CCI015485
CCI016010
CCI016027
MAY001828
MAY001879-MAY001884
MAY001990-MAY001991
MAY002030-MAY002032
MAY002065-MAY002066
MAY002067-MAY002074
MAY002517
MAY002534
MAY002579-MAY002580
MAY002755
MAY008745-MAY008747
MAY011160-MAY011161
MAY016078
MAY016788
MAY017735-MAY017741
MAY019444
MAY019445
MAY019477
MAY019478-MAY019479
MAY019691-MAY019692
MAY019698-MAY019700
MAY019702-MAY019703

MAY020343-MAY020346
MAY020524
MAY020761
MAY020813-MAY020814
MAY020828-MAY020831
MAY020841-MAY020842
MAY020843-MAY020844
MAY021198
MAY021203
MAY021209
MAY021238
MAY021565-MAY021566
MAY021567-MAY021568
MAY021586-MAY021588
MAY021589-MAY021590
MAY023407-MAY023408
MAY027096
MAY027173
MAY027187
MAY027188
MAY027189-MAY027190
MAY027906
MAY028504-MAY028505
MAY028506-MAY028508
MAY028557
MAY028602
MAY028779
MAY028780
MAY028908-MAY028910
MAY028923
MAY028924
MAY028977
MAY028978
MAY028979
MAY028980
MAY030041-MAY030042
MAY030043-MAY030045
MAY030046
MAY030202
MAY030460
MAY030465
MAY030470

MAY030479
MAY031200
MAY031282-MAY031285
MAY031463
MAY031700
MAY031752-MAY031753
MAY031767-MAY031770
MAY031780-MAY031783
MAY032137
MAY032142
MAY032148
MAY032177
MAY032504-MAY032505
MAY032506
MAY032525
MAY032526-MAY032527
MAY032528-MAY032529
MAY034346-MAY034347
MAY038035
MAY038112
MAY038126
MAY038127
MAY038128-MAY038129
MAY039035
MAY041448-MAY041449
MAY042754
MAY060288-MAY060289
MAY061298
MAY061309
MAY061311-MAY061312
MAY061325-MAY061326
MAY061337
MAY062314
MAY062323
MAY062324-MAY062325
MAY062330-MAY062331
MAY062411-MAY062414
MAY062474-MAY062475
MAY062476-MAY062477
MAY062641
MAY062648-MAY062649
MAY062650-MAY062653

MAY062662-MAY062663
MAY062664-MAY062665
MAY062731
MAY062732
MAY062754
MAY062760-MAY062761
MAY062762-MAY062763
MAY062768
MAY062769-MAY062770
MAY062771-MAY062772
MAY071278-MAY071279
MAY071287-MAY071288
MAY072670
MAY072671-MAY072672
MAY072748
MAY072749-MAY072750
MAY072756
MAY072778
MAY072815
MAY072816-MAY072817
MAY072849
MAY072979
MAY073051
MAY073135
MAY073136-MAY073138
MAY073210
MAY073215-MAY073216
MAY073452
MAY073463
MAY073920
MAY073923
MAY082376
MAY082417-MAY082418
MAY084700-MAY084701
MAY084702-MAY084703
MAY086236-MAY086238
MAY087418-MAY087423
MAY019444
MAY019445
MAY019477
MAY019478-19479
MAY019691

MAY019698
MAY019699-19700
MAY019702-19703
Maytag privilege log entry 211: 8/18/2005 e-mail from Grahame Capron-Tee, E-mail
to counsel reflecting privileged information re: Maytag v. Dyson litigation
Maytag privilege log entry 220: 8/29/2005 e-mail from Grahame Capron-Tee, E-mail
string, including e-mail to counsel reflecting privileged information re: Maytag v. Dyson litigation
TEE000001-TEE001755

# EXHIBIT D



"Grahame Capron -Tee"
<caprontee@mearsdon .co.u
k>

08/07/2002 10:10 AM
Please respond to
<caprontee@mearsdon.co.uk>

To   "Tom Yu" <TYu@hoover.com>, "Craig Breese"
<craig.breese@maytag.com>, "Dave Baker"
<dbaker@hoover.com>, "Dave Gault"
<dgault@hoover.com>, "Debby Tucker"
<DTucker@hoover.com>, "Don Coates"
<dcoates@hoover.com>, "Frank Wittman"
<fwittman@hoover.com>, "Keith G. Minton"
<kminton@hoover.com>, "Lynne Dragomier"
<ldragomier@hoover.com>, "Peter Earley"
<peter.earley@maytag.com>, "Ralph Hake"
<rhake@maytag.com>, "Ron Dorf"
<ron.dorf@maytag.com>

cc

bcc

Subject   Dyson in the USA

A little piece of information came my way today from a very reliable source
Dyson will be launching the DC07 upright in September in the US but only on a regional basis. I would
anticipate that would most likely be the North Eastern United States but don't know for sure. The idea is
to concentrate resources on a region rather than spread them nationally.

Grahame

---

Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.381 / Virus Database: 214 - Release Date: 02/08/2002

MAY028923

# EXHIBITS E-G
## REDACTED IN THEIR ENTIRETY

# EXHIBIT H

The Hoover Company
A Division of Maytag

**HOOVER**

# Memo

101 East Maple Street
North Canton, Ohio 44720

**Date:**  August 10, 1999

**To:**  C.D. DeGraff
D.A. Gault
K.G. Minton
V.A. Stukas
F.E. Wittman

**From:**  D.M. Baker

**Subject:**  **DYSON**

In a conversation with Grahame Capron-Tee, I learned the following:

- Per original contract, Fantom is paying a royalty to Dyson. Furthermore, a minimum amount was established, which due to current sales volume, is likely not an issue.

- Per original contract, Dyson would be precluded from entering North America with his own products. Fantom may have an arrangement whereby they can market Fantom made product under the Dyson name but pay license fee back to Dyson. I don't see how the latter would make sense.

- Grahame is documenting his total knowledge of the Dyson-Fantom relationship, and I should have it in a week.

DMB/l

FORM 750 (R2)

MAY002534

# EXHIBITS I AND J
## REDACTED IN THEIR ENTIRETY