# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

June 15, 2007

*VIA ELECTRONIC FILING*
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

Re:   *Dyson, Inc, et al. v. Maytag Corp., et al.*, Civ. Nos. 05-434-GMS and 06-654-GMS

Dear Judge Sleet:

On June 6, 2007, the parties jointly filed a proposed Consent Decree to be entered in both Civil Action Nos. 05-434-GMS and 06-654-GMS, and proposed stipulated Orders of dismissal of Civil Action Nos. 05-434-GMS and 06-654-GMS. The entry of the Orders of dismissal is required to fulfill the parties' settlement agreement, and significant obligations of the parties will be triggered by the entry of the Orders of dismissal. Accordingly, counsel for Hoover respectfully makes itself available, at the Court's convenience, should there be any questions or issues regarding the dismissal papers submitted jointly by the parties.

Respectfully submitted,

Francis DiGiovanni

FD/

cc:   Clerk of the Court (by electronic filing)
       C. Barr Flinn, Esq. (by hand delivery and e-mail)
       John W. Shaw, Esq. (by hand delivery and e-mail)
       Garrard R. Beeney, Esq. (by e-mail)
       Richard C. Pepperman, II (by e-mail)
       Steven F. Reich, Esq. (by e-mail)

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Gregory M. Sleet
June 15, 2007
Page 2

        Chad S. Hummel, Esq. (by e-mail)
        Kimball R. Anderson, Esq. (by e-mail)
        Stephen P. Durchslag, Esquire (by e-mail)
        Ray L. Weber, Esq. (by e-mail)

545243v1