IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., | ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-434-GMS |
| MAYTAG CORPORATION, HOOVER, INC., HOOVER GENERAL L.L.C., HOOVER LIMITED L.L.C., and HOOVER COMPANY I, L.P., | ) ) ) ) ) ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The undersigned parties, having entered into a settlement agreement, and the Court having entered a Consent Decree in this case, agree and stipulate, subject to the approval of the Court, that:

1. The action, and all claims and counterclaims asserted herein, is hereby dismissed with prejudice.

2. Each of the parties hereto shall bear its own costs and attorneys' fees.

3. This Court shall retain jurisdiction of all matters concerning the settlement in this action, including over the Mutual General Release and Settlement Agreement ("Settlement Agreement") entered into by the parties in this action, for the purpose of enforcing the Settlement Agreement. The Settlement Agreement shall be and is hereby incorporated by reference into this Stipulation and Order.

4. The Court shall further retain jurisdiction as set forth in D.I. 424 (Transcript page 868:10-16).

/s/ John W. Shaw
C. Barr Flinn (#4092)
John W. Shaw (#3362)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6000

*Attorneys for Plaintiffs*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
Wilmington, Delaware 19801
(302) 658-9141

*Attorneys for Defendants*

SO ORDERED, this ___ day of June, 2007

United States District Judge

FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE