**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

June 20, 2007

*VIA ELECTRONIC FILING*
The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

Re:   *Dyson, Inc, et al. v. Maytag Corp., et al.*, Civ. No. 05-434-GMS

Dear Judge Sleet:

I write on behalf of the defendants ("Hoover") in response to the letter request made by William J. Brennan, vice president and general counsel of Bissell, Inc. (D.I. 432). Hoover objects to allowing Bissell, Inc. to inspect or copy the documents subject to its request. It is Hoover's understanding that the exhibits referenced at trial were not entered into the public trial record, and due to the resolution of the case, those exhibits will not be entered into the public trial record.

Counsel is available for further discussion at the Court's convenience.

Respectfully submitted,

Francis DiGiovanni

FD/

cc:   Clerk of the Court (by electronic filing)
      C. Barr Flinn, Esq. (by hand delivery and e-mail)
      John W. Shaw, Esq. (by hand delivery and e-mail)
      Garrard R. Beeney, Esq. (by e-mail)
      Richard C. Pepperman, II (by e-mail)

CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Honorable Gregory M. Sleet
June 20, 2007
Page 2

    Steven F. Reich, Esq. (by e-mail)
    Kimball R. Anderson, Esq. (by e-mail)
    Stephen P. Durchslag, Esquire (by e-mail)
    Ray L. Weber, Esq. (by e-mail)

546027v1