## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DYSON TECHNOLOGY LIMITED**<br>**and DYSON, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-434 GMS** |
| **v.** | ) | |
| | ) | |
| **HOOVER, INC., HOOVER GENERAL,** | ) | |
| **L.L.C., HOOVER LIMITED L.L.C.** | ) | **REDACTED FOR PUBLIC FILING** |
| **HOOVER COMPANY I., L.P. and** | ) | |
| **MAYTAG CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF LISA J. PARKER IN SUPPORT OF DEFENDANT MAYTAG CORPORATION'S OPPOSITION TO DYSON'S MOTION FOR LIMITED RELIEF FROM THE PROTECTIVE ORDER

I, LISA J. PARKER, being duly sworn, hereby depose and say:

1.      I am a lawyer admitted to practice in the State of Illinois. I practice law at Winston & Strawn LLP, where I am a partner. I represent Maytag Corporation ("Maytag"), Defendant/Counter-Plaintiff in the above matter. I have personal knowledge of the facts set forth in this affidavit, which is filed in support of Maytag's Opposition to Dyson's Motion for Limited Relief from the Protective Order. I have personal knowledge of the facts stated herein and I am otherwise competent to testify.

2.      Attached hereto as Exhibit A is a true and correct copy of a Letter from S. Durchslag to S. Reich, dated June 8, 2007.

3.      Attached hereto as Exhibit B is a true and correct copy of an E-mail from J. Shaw to L. Parker, dated June 14, 2007.

4.      Attached hereto as Exhibit C is a true and correct copy of MAY073463.

5.      Attached hereto as Exhibit D is a true and correct copy of MAY032137.

6.    Attached hereto as Exhibit E is a true and correct copy of MAY031780.

7.    Attached hereto as Exhibit F is a true and correct copy of MAY032506.

8.    Attached hereto as Exhibit G is a true and correct copy of MAY002755.

9.    Attached hereto as Exhibit H is a true and correct copy of MAY002067.

10.   Attached hereto as Exhibit I is a true and correct copy of MAY061309.

11.   Attached hereto as Exhibit J is a true and correct copy of MAY028602.

12.   Attached hereto as Exhibit K is a true and correct copy of MAY031282.

13.   Attached hereto as Exhibit L is a true and correct copy of MAY023407.

14.   Attached hereto as Exhibit M is a true and correct copy of MAY021565.

15.   Attached hereto as Exhibit N is a true and correct copy of TEE000114.

16.   Attached hereto as Exhibit O is a true and correct copy of TEE001719.

17.   Attached hereto as Exhibit P is a true and correct copy of CCI013809.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on *June 20, 2007*

*[signature]*

Lisa J. Parker
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

County of Cook

State of Illinois

Sworn to and subscribed in my presence this 20th day of June, 2007.

*[signature]*
Notary Public

"OFFICIAL SEAL"
LAURA J. SMILEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06/2007

CHI:1931818.3