# EXHIBITS A – P

# FULLY REDACTED