# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ADAM W. POFF
(302) 571-6642
(302) 576-3326 FAX
apoff@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.ycst.com

June 27, 2007

**REDACTED - PUBLIC VERSION**

BY HAND DELIVERY

Dr. Peter T. Dalleo
United States District Court
  For the District of Delaware
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:  *Dyson Technology Limited, et al. v. Maytag Corp, et al.*
     C.A. No. 05-434 (GMS)

Dear Dr. Dalleo:

I write on behalf of all parties to request a correction to the trial transcript in the above-captioned matter, to the extent such correction has not already been made. The parties request that the reference                                                                                            I also note for the record that the portion of the trial transcript containing this reference has been placed under seal pursuant to an order of the Court.

If you have any questions about the parties' request, counsel are available at your convenience.

Respectfully,

Adam W. Poff (No. 3990)

AWP

cc: Frank DiGiovanni, Esquire (by electronic mail)

DB01:1517439.1