# EXHIBIT A

# EXHIBIT A

## 24 DOCUMENTS THAT ARE NOT DESIGNATED AS CONFIDENTIAL

1. MAY001879-84
2. MAY002517
3. MAY002534
4. MAY008745-47
5. MAY028924
6. MAY030046
7. MAY030202
8. MAY060288-89
9. MAY011160-61
10. MAY016078
11. MAY017735-41
12. MAY020524
13. MAY021209
14. MAY021565-66
15. MAY028923
16. MAY031463
17. MAY032148
18. MAY032504-05
19. MAY061337
20. MAY084700-701
21. MAY084702-703
22. MAY086236-38
23. MAY087418-23
24. MAY062411-14

# EXHIBIT B

# REDACTED IN ITS ENTIREY

DB01:2406413.1                                                                                              063753.1002

# EXHIBIT C

# EXHIBIT C

## HOOVER DOCUMENTS WITHOUT PROPOSED REDACTIONS

1. MAY002030-32
2. MAY002065-66
3. MAY002579-80
4. MAY002755
5. MAY008745-47
6. MAY011160-61
7. MAY016788
8. MAY019444
9. MAY019445
10. MAY019477
11. MAY019702-03
12. MAY020524
13. MAY020761
14. MAY027173
15. MAY027188
16. MAY027189-9
17. MAY027906
18. MAY028504-05
19. MAY028779
20. MAY028780
21. MAY028923
22. MAY028924
23. MAY028977
24. MAY028978
25. MAY030046
26. MAY030202
27. MAY030465
28. MAY030470
29. MAY030479
30. MAY031463
31. MAY031700
32. MAY032526-27
33. MAY038112
34. MAY038127
35. MAY038128-29
36. MAY060288-89
37. MAY061298
38. MAY061311-12
39. MAY061325-26
40. MAY061337
41. MAY062314
42. MAY062323

43. MAY062324-25
44. MAY062330-31
45. MAY062411-14
46. MAY062641
47. MAY062769-70
48. MAY072670
49. MAY072671-72
50. MAY072748
51. MAY072778
52. MAY072815
53. MAY072979
54. MAY073051
55. MAY073135
56. MAY073210
57. MAY073215-16
58. MAY073920
59. MAY073923
60. MAY082376
61. MAY084700-701
62. MAY084702-703
63. MAY086236-38
64. MAY087418-23
65. 10/27/06 John Balough deposition transcript, 44:10-22
66. 11/17/06 Susan Goldsmith deposition transcript, 19:13-20:21, 41:15-22
67. 11/21/06 David Baker deposition transcript, 112:24-116:24, 302:20-308:8, Exhibits 22 and 23
68. 12/14/06 Daniel Miller deposition transcript, 8:3-21, 24:25-27:4
69. 12/8/06 Ralph Hake deposition transcript, 239:11-243:6, 271:4-20
70. 2/19/07 Ronald Battema deposition transcript, 241:24-242:25
71. 4/5/07 deposition transcript of Grahame Capron-Tee, including video and exhibits
72. 5/22/07 deposition transcript of Grahame Capron-Tee, including video and exhibits

# EXHIBIT D

# REDACTED IN ITS ENTIRETY

# EXHIBIT D

# REDACTED IN ITS ENTIRETY

# EXHIBIT E

## EXHIBIT E

## DOCUMENTS PRODUCED BY COMPLIANCE CONSULTING

1. CCI013559
2. CCI013652-54
3. CCI014284-85
4. CCI015443-44
5. CCI015507
6. CCI015863
7. CCI015318-24
8. CCI015325-31
9. CC015341
10. CCI015441-85
11. CCI016010
12. CCI016024