# EXHIBIT A

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE20 PM 3: 35

NOVARTIS PHARMACEUTICALS          :
CORPORATION                       :
                                  :
          Plaintiff,              :
                                  :
     v.                           :
                                  :
ABBOTT LABORATORIES,              :    Civil Action No. 00-784-JJF
                                  :
          Defendant.              :
                                  :
                                  :
                                  :

## O R D E R

WHEREAS presently pending before the Court is a Motion To
Strike Novartis' Responsive Claim Construction Brief, Or In The
Alternative, Motion For Leave To File A Surreply Claim
Construction Brief (D.I. 138) filed by Defendant Abbott
Laboratories (hereinafter "Abbott") and a Motion For Leave To
File A Reply Brief In Response To Defendant Abbott's Responsive
And Surreply Claim Construction Briefs (D.I. 143) filed by
Plaintiff Novartis Pharmaceuticals Corporation's (hereinafter
"Novartis");

WHEREAS, the Court concludes that additional disputed terms
are now in dispute;

WHEREAS, the parties have filed their proposed "Surreply"
and "Reply" briefs as exhibits to their respective Motions (D.I.
138, Ex. A; D.I. 144, Ex. A) in violation of Local Rule 7.1.2
(c);

NOW THEREFORE, IT IS HEREBY ORDERED this _20_ day of February, 2002 that:

1)  Abbott's Motion To Strike Novartis' Responsive Claim Construction Brief (D.I. 138-1) is **DENIED**;

2)  Abbott's Motion For Leave To File A Surreply Claim Construction Brief (D.I. 138-2) is **GRANTED**;

3)  Novartis' Motion For Leave To File A Reply Brief In Response To Defendant Abbott's Responsive And Surreply Claim Construction Briefs (D.I. 143) is **GRANTED**;

4)  Abbott and Novartis shall formally file their respective "Surreply" and "Reply" briefs with the Court within ten (10) days of the date of this Order;

5)  No further claim construction briefing will be permitted.

_____
UNITED STATES DISTRICT JUDGE