REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DYSON TECHNOLOGY LIMITED )
and DYSON, INC., )
 )
        Plaintiffs, )
 )
v. ) C.A. No. 05-434-GMS
 )
HOOVER, INC., HOOVER GENERAL )
L.L.C., HOOVER LIMITED L.L.C., )
HOOVER COMPANY I, L.P. AND )
MAYTAG CORPORATION, )

        Defendant.

## DECLARATION OF CRAIG S. RUTENBERG

I, CRAIG S. RUTENBERG, declare:

1. I am an attorney for Plaintiffs and Counter-defendants Dyson Technology Limited and Dyson Inc. (collectively, "Dyson"). I have personal knowledge of the matters set forth herein, and if called as a witness I could and would testify competently thereto under oath.

2. A true and correct copy of the Protective Order (D.I. 49) in this action dated December 19, 2005 is attached hereto as Exhibit A.

3. [REDACTED]

4. On or about July 23, 2007, I contacted Ms. Parker, and requested that Defendants and Counter-plaintiffs join Dyson in contacting the court reporters that took depositions in this matter and requesting that the court reporters destroy all deposition transcripts and exhibits in their possession.

REDACTED VERSION – PUBLICLY FILED

5. A true and correct copy of Ms. Parker's July 25, 2007 email to me, in which she stated that Hoover would not agree to Dyson's request, is attached hereto as Exhibit C.

6. Between July 25 and July 27, 2007, I spoke to representatives at the following entities or court reporters who provided court reporting services to record depositions in this matter: TSG Reporting, Digital Evidence Group, Charlene Thomas, Toby Feldman, Inc., Sarnoff Corporation, and Greenhouse Reporting, Inc (the "Court Reporters").

7. Each of the Court Reporters informed me that upon receipt of a written request from the parties in this action, they would destroy all copies of the deposition transcripts and exhibits from this matter, in any form including hard copies, electronic copies, computer disks, and videotapes, which were in the Court Reporter's possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was signed on August 22, 2007 in Los Angeles, California.

_____
Craig S. Rutenberg

41141370.1

REDACTED VERSION – PUBLICLY FILED

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on August 24, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>  Francis DiGiovanni, Esquire
>  James D. Heisman, Esquire
>  CONNOLLY BOVE LODGE & HUTZ LLP
>  The Nemours Building – 8th Floor
>  1007 N. Orange Street
>  Wilmington, DE 19801

I further certify that on August 24, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308

> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Dyson Technology Limited and Dyson, Inc.*

# **CERTIFICATE OF SERVICE**

I, Monté T. Squire, hereby certify that on August 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> James D. Heisman, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building – 8th Floor
> 1007 N. Orange Street
> Wilmington, DE 19801

I further certify that on August 30, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Ray L. Weber, Esquire
> Laura J. Gentilcore, Esquire
> RENNER, KENNER, GREIVE, BOBAK,
>   TAYLOR & WEBER
> 400 First National Tower
> Akron, OH 44308
>
> Kimball R. Anderson, Esquire
> Stephen P. Durchslag, Esquire
> WINSTON & STRAWN LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire

C. Barr Flinn (No. 4092)
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com
*Attorneys for Dyson Technology Limited and Dyson, Inc.*