UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED and DYSON, INC., <br><br>                       Plaintiffs,<br><br>v.<br><br>HOOVER, INC., HOOVER GENERAL, L.L.C., HOOVER LIMITED L.L.C. HOOVER COMPANY I., L.P. and MAYTAG CORPORATION,<br><br>                       Defendants. | )<br>)<br>)<br>)<br>) **Civil Action No. 05-434**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF LISA J. PARKER

1. I am a partner with the law firm of Winston & Strawn, LLP and am a member of good standing of the Illinois Bar. I submit this declaration in support of Hoover's Answering Brief in opposition to Dyson's Motion to Enforce the Terms of the Protective Order and the Parties' Agreements Regarding the Destruction of Documents.

2. Attached as **Exhibit A** hereto is a true and correct copy of the Complaint in *Oreck Direct, LLC v. Dyson, Inc.* No. 07-2744, U.S. Dist. Ct., E.D. La (filed May 1, 2007).

3. Attached as **Exhibit B** hereto is a true and correct copy of Dyson, Inc.'s Reply Statement Concerning Local Rule 3.1., *Oreck Direct LLC*, No. 07-2744, U.S. Dist. Ct., E.D. La.

4. Attached as **Exhibit C** hereto is a true and correct copy of the Protective Order (D.I. 49) in this action.

5. Attached as **Exhibit D** hereto is a true and correct copy of my letter of June 14, 2007 to Dyson's counsel, Craig Rutenberg.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed this 10th day of Sept., 2007, in Chicago, IL.

/s/ [signature]